UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>IFTIKAR AHMED,<br><br>Defendant, and<br><br>IFTIKAR ALI AHMED SOLE PROP and I-CUBED DOMAINS, LLC,<br><br>Relief Defendants. | Civil Action No. 3:15cv675 (JBA) |

**DECLARATION OF JEFFREY ORAKER IN SUPPORT OF PLAINTIFF UNITED STATES SECURITIES AND EXCHANGE COMMISSION'S EMERGENCY MOTION FOR AN *EX PARTE* ORDER CLARIFYING AND AMENDING TEMPORARY RESTRAINING ORDER FREEZING ASSETS**

I, JEFFREY E. ORAKER do, hereby declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the following is true and correct, that I am over 18 years of age and I am competent to testify to the matters stated herein:

1. I am an attorney licensed in Colorado since 1996. I am employed as an attorney in the Market Abuse Unit of the Division of Enforcement in the Denver Regional Office of the Securities and Exchange Commission ("Commission").

## BACKGROUND REGARDING INVESTIGATION

2. Among other things, the federal securities laws authorize the Commission to conduct investigations to determine whether federal securities laws have been violated and to bring civil actions before the United States District Courts to enforce and secure compliance with those laws. During the course of my employment with the Commission,

1

I have participated in investigations to determine whether there have been violations of the federal securities laws.

3. I am a staff attorney assigned to investigate the securities law violations that the Commission alleges were committed by Iftikar Ahmed. I submit this declaration in support of Plaintiff United States Securities and Exchange Commission's Emergency Motion For an *Ex Parte* Order Clarifying and Amending Temporary Restraining Order Freezing Assets. I am familiar with the facts and circumstances herein.

4. As described more fully below, the staff of the Commission has received information concerning six properties from various third-party entities in connection with its investigation. Based on this information and my investigation, each of these properties appears to be directly or indirectly owned, in whole or in part, by Defendant Iftikar Ahmed.

## PROPERTY INTERESTS

### DIYA REAL HOLDINGS, LLC/530 PARK AVENUE UNIT 12F

5. The staff received documents from Oak Investment Partners ("Oak"), Iftikar Ahmed's former employer, related to our investigation. These documents included an unsigned DIYA Real Holdings, LLC Written Consent of Members for the purchase of condominium unit 12F at 530 Park Avenue, New York, NY 10065 ("530 Park Avenue, Unit 12F"), which is dated for execution in April 2015 and authorizes the purchase of 530 Park Avenue, Unit 12F. See Exhibit 1. That Written Consent lists two members of DIYA Real Holdings, LLC, Iftikar A. Ahmed and his wife Shalini A. Ahmed.

6. Oak also produced a New York City Recording and Endorsement which shows that DIYA Real Holdings, LLC obtained the Condominium Unit Deed for 530 Park Avenue, Unit 12F on or about April 20, 2015. See Exhibit 2.

7. The staff subpoenaed bank documents from Northern Trust Corporation ("NTC"). The documents from NTC show that on April 17, 2015, $7,991,899.21 was withdrawn from NTC checking account number XXX-XXX-XX5-188 belonging to Iftikar Ahmed and Shalini Ahmed. See Exhibit 3. On that same day, NTC issued a series of cashier's checks which totaled $7,991,899.21 that appear to be for the purchase of the 530 Park Avenue, Unit 12F. See Exhibit 4.

## DIYA HOLDINGS LLC/530 PARK AVENUE UNIT 12A

8. Oak also produced a New York State Department of Taxation and Finance LLC/LLP Request for Information dated December 11, 2013 related to DIYA Holdings LLC. See Exhibit 5. That document lists Shalini A. Ahmed as the manager and Iftikar A. Ahmed as a member of DIYA Holdings LLC and lists the physical address for the business as 530 Park Avenue, Unit 12A, New York, NY 10065 ("530 Park Avenue, Unit 12A").

9. Helena Engelhart, a paralegal in the Denver Securities and Exchange Office, searched property records in the Lexis database and those records show that DIYA Holdings LLC purchased 530 Park Avenue, Unit 12A on or about December 30, 2013. See Exhibit 6.

10. The staff subpoenaed bank documents from Bank of America ("BOA"). The documents from BOA show that on December 27, 2013, a check for $8,686,494.29 was written from BOA checking account number XXXX-XXXX-3754 belonging to Iftikar Ahmed and Shalini Ahmed. See Exhibit 7. That check was made out to Bank of America and the check says it was for "530 Park Avenue NYC".

## THE ESSELL FARMS LLC/ANCRAM FARM

11. Oak also produced a Unanimous Written Consent of The Managers and Members of The Essell Farms, LLC that was signed by Iftikar A. Ahmed in his capacity as Manager and Member of the company. See Exhibit 8. This document authorized The Essell Farms, LLC to purchase certain real property located at 1820 County Route 7, Ancram, Columbia County, New York ("Ancram Farm") for approximately $3 million.

12. Helena Engelhart searched property records in the Lexis database and those records show that The Essell Farms, LLC purchased the Ancram Farm on or about June 25, 2012. See Exhibit 9.

13. Oak also produced an email from Iftikar Ahmed dated August 11, 2014 in which he is transmitting a summary of his and his wife's private investments to an employee of NTC. In that email, he states that "Essell Farms is just the 197 acre farm in Ancram, NY, so I have not listed that as there's nothing else under the Essell Farms LLC." See Exhibit 10.

## 505 NORTH STREET

14. Iftikar Ahmed is a defendant in a criminal case filed in the District of Massachusetts. Criminal Case No. 15-mj-02062-MBB. In that case, Iftikar Ahmed and his wife Shalini Ahmed pledged, as owners, the property at 505 North Street, Greenwich, CT 06830 as security for his bail. See Exhibit 11.

## 354-360 WASHINGTON STREET LIMITED PARTNERSHIP/COMMERCIAL REAL ESTATE 354-360 WASHINGTON ST.

15. Oak produced an August 18, 2010 email to Ahmed with various attachments that appear to be related to Ahmed's 2009 tax returns. See Exhibit 12. One of the attachments to that email was a draft 2009 Tax Return for the entity 354-360 Washington Street Limited Partnership. See Exhibit 13. Iftikar Ahmed is listed as a partner of the partnership. See Exhibit 13 at 12.

16. According to the draft Tax Return for 354-360 Washington Street Limited Partnership, the partnership owns commercial real estate 354-360 Washington St., Dedham, MA 02026 (the "Commercial Real Estate 354-360 Washington St."). See Exhibit 13 at 6. Furthermore, Helena Engelhart searched property records in the Lexis database and those records show that 354-360 Washington Street LP owns an office building at 360 Washington St., Dedham, MA 02026. See Exhibit 14.

## SANDWICH HILLS, LLC/22 GREEN HOUSE ROAD

17. One of the attachments to the August 18, 2010 email to Ahmed (See Exhibit 12) that appears to be related to Ahmed's 2009 tax returns is the Operating Agreement for Sandwich Hills, LLC. See Exhibit 15. That Operating Agreement lists Iftikar Ahmed as a member of Sandwich Hills, LLC. See Exhibit 15 at 1 and Schedule A.

18. Helena Engelhart searched property records in the Lexis database and those records show that Sandwich Hills, LLC owns property at 22 Green House Road, Forestdale, MA 02644. See Exhibit 16.

Executed: May 21, 2015

*/s/ Jeffrey E. Oraker*
JEFFREY E. ORAKER