| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2015042101078001001EA422 |
|---|---|

<div align="center">

**RECORDING AND ENDORSEMENT COVER PAGE**     PAGE 1 OF 9

</div>

**Document ID:** 2015042101078001    Document Date: 04-20-2015    Preparation Date: 04-21-2015
**Document Type:** DEED
**Document Page Count:** 8

| PRESENTER: | RETURN TO: |
|---|---|
| TITLES OF NEW YORK<br>750 LEXINGTON AVE, 4TH FLOOR<br>NEW YORK, NY 10022<br>212-486-0070<br>RECORDING@TITLESOFNEWYORK.COM | GUADAGNO & EDIP, LLP<br>DERIN EDIP WALDEN, ESQ.<br>60 EAST 42ND STREET, 46TH FLOOR<br>NEW YORK, NY 10165<br>TONY32076NY-15 |

### PROPERTY DATA

| Borough | Block | Lot | | Unit | Address |
|---|---|---|---|---|---|
| MANHATTAN | 1375 | 1273 | Entire Lot | 12F | 530 PARK AVENUE |

**Property Type:** SINGLE RESIDENTIAL CONDO UNIT

### CROSS REFERENCE DATA

CRFN_____ or DocumentID_____ or _____ Year____ Reel____ Page____ or File Number_____

### PARTIES

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| DIAMOND 530 PARK AVENUE OWNER LLC<br>390 PARK AVE., 3FL<br>NEW YORK, NY 10022 | DIYA REAL HOLDINGS, LLC<br>530 PARK AVENUE, UNIT 12F<br>NEW YORK, NY 10065 |

### FEES AND TAXES

| Mortgage: | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 125.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 124,786.54 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $35,028.00 + $87,569.50 = $ | 122,597.50 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 77.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**
Recorded/Filed    04-27-2015 16:20
City Register File No.(CRFN): **2015000140642**

*City Register Official Signature*

OAK-SEC-00001075

# CONDOMINIUM UNIT DEED

## DIAMOND 530 PARK AVENUE OWNER LLC

TO

## DIYA REAL HOLDINGS, LLC

| | |
|---|---|
| Section: | 5 |
| Block: | 1375 |
| Tax Lot: | 1273 |
| County: | New York |
| Premises: | Unit No. 12F |
| | 530 Park Avenue Condominium |
| | 530 Park Avenue |
| | New York, NY  10065 |

### RECORD AND RETURN TO:

Derin Edip-Walden, Esq.
Guadagno & Edip, LLP
60 East 42nd Street
46th Floor
New York, NY 10165
Tel: (212) 953-4441

OAK-SEC-00001076

# 530 PARK AVENUE CONDOMINIUM

## CONDOMINIUM UNIT DEED

THIS INDENTURE made as of _____ **APR 2 0 2015** _____, between Diamond 530 Park Avenue Owner LLC, organized under the laws of the State of Delaware, having an office at 390 Park Avenue, New York, NY 10022 ("Grantor") and DIYA REAL HOLDINGS, LLC, having an address at 530 Park Avenue, New York, NY 10065 ("Grantee").

Unit 12F

W I T N E S S E T H :

That the Grantor, in consideration of Ten and 00/100 ($10.00) Dollars and other good and valuable consideration paid by the Grantee, does hereby grant and release unto the Grantee, the heirs or successors and assigns of the Grantee, forever:

The Condominium Unit ("Unit") known as Residential Unit No. 12F in the building known as 530 Park Avenue Condominium ("Condominium") and by the street address of 530 Park Avenue, New York, NY 10065 ("Building") in the Borough of Manhattan, County of New York, City and State of New York, said Unit being designated and described by the above Unit No. number in a certain declaration dated October 16, 2013, made by Grantor pursuant to Article 9-B of the Real Property Law of the State of New York ("Condominium Act") establishing a plan for condominium ownership of the Building and the land ("Land") upon which the Building is situate (which Land is more particularly described in Exhibit A annexed hereto and by this reference made a part hereof), which declaration was recorded in the Office of the Register of The City of New York of the County of New York ("Register's Office") on December 10, 2013, as corrected under CRFN 2013000507978 and amended by First Amendment to Declaration dated February 18, 2015 and recorded in the Register's Office on April 8, 2015 under CRFN 2015000117427 ("Declaration"). The Unit is also designated as Tax Lot 1273 in Block 1375 of Section 5 of the Borough of Manhattan on the Tax Map of the Tax Map Unit of The City of New York and on the Floor Plans of the Building, certified by Austin D. Regan, Registered Architect on November 18, 2013, and filed with the Tax Map Unit of The City of New York on November 25, 2013, as Condominium Plan No. 2425 and also filed in the New York City Land Records Division on December 10, 2013, as Condominium Map No. 2013000507979 and further revised on April 8, 2015 as Condominium Map CRFN 2015000117428;

TOGETHER with an undivided 1.9004% interest in the Common Elements (as such term is defined in the Declaration);

TOGETHER with the appurtenances and all the estate and rights of the Grantor in and to the Unit;

TOGETHER with, and subject to, the rights, obligations, easements, restrictions and other provisions set forth in the Declaration and the By-Laws of the Condominium ("By Laws"), as the same may be amended from time to time, all of which constitute covenants running with the Land and shall bind any person having at any time any interest or estate in the Unit, as though recited and stipulated at length herein;

SUBJECT also to such other liens, agreements, covenants, easements, restrictions, consents and other matters of record as pertain to the Unit, to the Land and/or to the Building (which Land and Building, collectively referred to as the "Property").

TO HAVE AND TO HOLD the same unto the Grantee and the heirs or successors and assigns of the Grantee forever.

If any provision of the Declaration or the By-Laws is invalid under, or would cause the Declaration or the By-Laws to be insufficient to submit the Property to the provisions of the Condominium Act, or if any provision which is necessary to cause the Declaration and the By-Laws to be sufficient to submit the Property to the provisions of the Condominium Act is missing from the Declaration or the By-Laws, or if the Declaration and the By-Laws are insufficient to submit the Property to the provisions of the Condominium Act, the applicable provisions of the Declaration shall control.

Except as otherwise specifically permitted by the Condominium Board or provided in the Declaration or the By-Laws, the Unit is intended for residential use only or professional use only.

Grantor covenants that the Grantor has not done or suffered anything whereby the Unit has been encumbered in any way whatever, except as set forth in the Declaration and the By-Laws (and any Rules and Regulations adopted under the By-Laws).

Grantor, in compliance with Section 13 of the Lien Law of the State of New York, covenants that the Grantor will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the same for any other purposes.

Grantor herein is the same entity as the grantee who acquired title to the Property from Katz Park Avenue Corporation pursuant to that certain deed dated July 19, 2007 and recorded in the Register's Office on August 20, 2007 under CRFN 2007000428861.

Grantee accepts and ratifies the provisions of the Declaration and the By-Laws (and any Rules and Regulations adopted under the By-Laws) and agrees to comply with all the terms and provisions thereof.

This conveyance is made in the regular course of business actually conducted by the Grantor.

The term "Grantee" shall be read as "Grantees" whenever the sense of this indenture so requires.

All capitalized terms used herein which are not separately defined herein shall have the meanings given to those terms in the Declaration or the By-Laws of the Condominium.

OAK-SEC-00001078

All capitalized terms used herein which are not separately defined herein shall have the meanings given to those terms in the Declaration or the By-Laws of the Condominium.

IN WITNESS WHEREOF, the Grantor and the Grantee have duly executed this Indenture as of the day and year first above written.

**DIAMOND 530 PARK AVENUE OWNER LLC**

By: Diamond 530 Park Avenue Venture LLC, its sole member

By: 530 Park Avenue Holding LLC, its managing member

By: Classic Realty LLC, as Agent

By: _____
Name: Jay Solinsky
Title: President

GRANTEE:
Diya Real Holdings LLC

x _____
Shaliwi A Anmed, member

Case 3:15-cv-00675-JBA   Document 23-3   Filed 05/21/15   Page 6 of 13


## ACKNOWLEDGEMENTS

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

On **APR 2 0 2015**, before me, the undersigned, a notary public in and for said state, personally appeared Jay Solinsky personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity and that by his signature on the instrument, the individual or the person on behalf of which the individual acted, executed the instrument.

_____
Notary Public
JOHN RODRIGUEZ
Notary Public, State of New York
No. 01RO4876375
Qualified in Queens County
Commission Expires February 14, 2019

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

On **APR 2 0 2015**, before me, the undersigned, a notary public in and for said state, personally appeared _Shahin A Ahmed_, known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity and that by his/her signatures on the instrument, the individual or the person on behalf of which the individual acted executed the instrument.

_____
Notary Public
JAMES A. GIORDANO
Notary Public State of New York
No. 01-GI6142799
Qualified in Bronx County
Commission Expires March 20, 2018

## EXHIBIT A TO UNIT DEED

## DESCRIPTION OF THE LAND

ALL that certain plot, piece or parcel of land, situate, lying and being in the Borough of MANHATTAN, City, County and State of New York, bounded and described as follows:

BEGINNING at the corner formed by the intersection of the westerly side of Park Avenue with the southerly side of 61st Street;

running then westerly along the southerly side of 61st Street, 135 feet;

thence southerly parallel with Park Avenue and part of the distance through a party wall, 100 feet 5 inches to the center line of the block;

thence easterly along said center line of the block, 15 feet 3 inches to the point opposite the center of the westerly party wall of the building on the premises #51 E. 60th Street;

thence southerly again parallel with Park Avenue and part of the distance through the center of said party wall, 10 feet 5 inches;

thence easterly parallel with the southerly side of 61st Street, 119 feet 9 inches to said westerly side of Park Avenue;

thence northerly along said westerly side of Park Avenue, 110 feet 10 inches to the point or place of beginning.

## Schedule A Description

Title Number **TONY32076NY-15**                                Page   1

The Condominium Unit (the "Unit") known as Unit No. 12F in the Building known as The 530 Park Avenue Condominium said Unit designated and described as Unit No. 12F in the Declaration establishing a plan for condominium ownership of said premises under Article 9-B of the Real Property Law of the State of New York (the "New York Condominium Act"), dated 10/16/2013 and recorded in the New York County Office of the Register of the City of New York (the "Register's Office") on 12/02/2013 under CRFN 2013000493271, as corrected by Correction Declaration recorded 12/10/2013 under CRFN 2013000507978, and also designated as Tax Lot 1273 in Block 1375 of the Borough of Manhattan on the Tax Map of the Real Property Assessment Department of the City of New York and on the Floor Plans of said building, certified by Austin D. Regan Architect, on November 18, 2013 and filed with the Real Property Assessment Department of the City of New York on November 28, 2013 and filed in the Register's Office on December 10, 2013 as Condominium Plan No. 2425 in CRFN 2013000507979.

TOGETHER with an undivided 1.9004% percent interest in the Common Elements.

The premises within which the Unit is located are more particularly described as follows:

ALL that certain plot, piece or parcel of land, situate, lying and being in the Borough of Manhattan, City, County and State of New York, bounded and described as follows:

BEGINNING at the corner formed by the intersection of the westerly side of Park Avenue with the southerly side of 61st Street;

RUNNING THENCE westerly along the southerly side of 61st Street, 135 feet;

THENCE southerly parallel with Park Avenue and part of the distance through a party all, 100 feet 5 inches to the center line of the block;

THENCE easterly along said center line of the block, 15 feet 3 inches to the point opposite the center of the westerly party wall of the building on the premises #51 E, 60th Street;

THENCE southerly again parallel with Park Avenue and part of the distance through the center of said party wall, 10 feet 5 inches;

THENCE easterly parallel with the southerly side of 61st Street, 119 feet 9

Continued On Next Page

## Schedule A Description - continued

Title Number **TONY32076NY-15**

Page 2

inches to said westerly side of Park Avenue;

THENCE northerly along said westerly side of Park Avenue, 110 feet 10 inches to the point or place of BEGINNING.

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER | <br>2015042101078001001S6AA3 | |
|---|---|---|
| | **SUPPORTING DOCUMENT COVER PAGE** | **PAGE 1 OF 1** |
| **Document ID:** 2015042101078001<br>Document Type: DEED | Document Date: 04-20-2015 | Preparation Date: 04-21-2015 |

| **ASSOCIATED TAX FORM ID:**   2015041700242 |
|---|

| **SUPPORTING DOCUMENTS SUBMITTED:** | Page Count |
|---|---|
| RP - 5217 REAL PROPERTY TRANSFER REPORT | 2 |

OAK-SEC-00001084

Affidavit of Compliance with Smoke Detector Requirement for One and-Two Family Dwellings

# AFFIDAVIT OF COMPLIANCE
# WITH SMOKE DETECTOR REQUIREMENT
# FOR ONE- AND TWO-FAMILY DWELLINGS

State of New York   )
                    ) SS.:
County of  NY       )

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

_____530 PARK AVENUE_____ , __12F__ ,
             Street Address                     Unit/Apt.

__MANHATTAN__   New York,  __1375__   __1273__  (the "Premises");
   Borough                   Block      Lot

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

Diamond 530 Park Avenue Owner LLC

_____
Name of Grantor (Type or Print)

DIYA Real Holdings LLC

_____
Name of Grantee (Type or Print)

John Rodriguez
Auth. Signatory
_____Signature of Grantor_____

x _____
BY: Shalini A. Ahmed
Its: Member
_____Signature of Grantee_____

Sworn to before me                     APR 2 0 2015
this _____ date of _____ 20 ____

JAMES A. GIORDANO
Notary Public State of New York
No. 01-GI6142799
Qualified in Bronx County
Commission Expires March 20, 20 18

Sworn to before me                     APR 2 0 2015
this _____ date of _____ 20 ____

JAMES A. GIORDANO
Notary Public State of New York
No. 01-GI6142799
Qualified in Bronx County
Commission Expires March 20, 20 18

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

**NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.**

1

OAK-SEC-00001085

2015041700242101

| FOR CITY USE ONLY | | | |
|---|---|---|---|
| C1. County Code | C2. Date Deed Recorded __/__/__ Month Day Year | | **REAL PROPERTY TRANSFER REPORT** STATE OF NEW YORK STATE BOARD OF REAL PROPERTY SERVICES **RP - 5217NYC** |
| C3. Book OR C4. Page | | | |
| C5. CRFN | | | |

**PROPERTY INFORMATION**

**1. Property Location** | 530 | PARK AVENUE 12F | MANHATTAN | 10065
STREET NUMBER | STREET NAME | BOROUGH | ZIP CODE

**2. Buyer Name** | DIYA REAL HOLDINGS, LLC
LAST NAME / COMPANY | FIRST NAME

LAST NAME / COMPANY | FIRST NAME

**3. Tax Billing Address** Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)
LAST NAME / COMPANY | FIRST NAME

STREET NUMBER AND STREET NAME | CITY OR TOWN | STATE | ZIP CODE

**4. Indicate the number of Assessment Roll parcels transferred on the deed** | 1 | # of Parcels OR | Part of a Parcel
**4A.** Planning Board Approval - N/A for NYC
**4B.** Agricultural District Notice - N/A for NYC

**5. Deed Property Size** ___ X ___ OR ___ •___
FRONT FEET | DEPTH | ACRES

Check the boxes below as they apply:
**6.** Ownership Type is Condominium ✓
**7.** New Construction on Vacant Land ☐

**8. Seller Name** | DIAMOND 530 PARK AVENUE OWNER LLC
LAST NAME / COMPANY | FIRST NAME

LAST NAME / COMPANY | FIRST NAME

**9. Check the box below which most accurately describes the use of the property at the time of sale:**

| A | ✓ | One Family Residential | C | ☐ | Residential Vacant Land | E | ☐ | Commercial | G | ☐ | Entertainment / Amusement | I | ☐ | Industrial |
| B | ☐ | 2 or 3 Family Residential | D | ☐ | Non-Residential Vacant Land | F | ☐ | Apartment | H | ☐ | Community Service | J | ☐ | Public Service |

**SALE INFORMATION**

**10. Sale Contract Date** | 3 / 18 / 2015
Month Day Year

**11. Date of Sale / Transfer** | 4 / 20 / 2015
Month Day Year

**12. Full Sale Price** $ | 8,756,950
( Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) *Please round to the nearest whole dollar amount.*

**13. Indicate the value of personal property included in the sale** | _____

**14. Check one or more of these conditions as applicable to transfer:**
A ☐ Sale Between Relatives or Former Relatives
B ☐ Sale Between Related Companies or Partners in Business
C ☐ One of the Buyers is also a Seller
D ☐ Buyer or Seller is Government Agency or Lending Institution
E ☐ Deed Type not Warranty or Bargain and Sale (Specify Below )
F ☐ Sale of Fractional or Less than Fee Interest ( Specify Below )
G ☐ Significant Change in Property Between Taxable Status and Sale Dates
H ☐ Sale of Business is Included in Sale Price
I ☐ Other Unusual Factors Affecting Sale Price ( Specify Below )
J ✓ None

**ASSESSMENT INFORMATION** - Data should reflect the latest Final Assessment Roll and Tax Bill

**15. Building Class** | R 4 | **16. Total Assessed Value (of all parcels in transfer)** | 287,163

**17. Borough, Block and Lot / Roll Identifier(s)** ( If more than three, attach sheet with additional identifier(s) )

| MANHATTAN 1375 1273 | | |

201504170024220101

OAK-SEC-00001086

| CERTIFICATION | I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments. |
|---|---|

Diya Real Holdings LLC

BUYER

__Shli Ahz__ By Shalini A. Ahmed   APR 2 0 2015
BUYER SIGNATURE                     DATE

530 PARK AVENUE, UNIT 12F
STREET NUMBER    STREET NAME (AFTER SALE)

NEW YORK        | NY    | 10065
CITY OR TOWN    | STATE | ZIP CODE

BUYER'S ATTORNEY
_Edip Oram_,           _Devin_
LAST NAME              FIRST NAME

212 / 953-4441
AREA CODE   TELEPHONE NUMBER

SELLER
_____   APR 2 0 2015
SELLER SIGNATURE           DATE

2015041700242201

OAK-SEC-00001087