
**Northern Trust**

The Northern Trust Company
165 Mason Street
Greenwich, Connecticut 06830

*Statement of Account*

Page 1 of 3

Please refer statement inquiries to:
**888-289-6542**
**outside US & Canada 312-444-4454**
or
For other banking services
**John Popa**
**203-863-1410**

IFTIKAR AHMED
SHALINI AHMED
505 NORTH ST
GREENWICH CT 06830-3422

Statement Period
**04/06/15 through 05/05/15**

---

**Northern Anchor (Interest Ckg)**          Account Number:          5188

| | |
|---|---:|
| Beginning Balance on April 6, 2015 | 302,069.18 |
| Deposits and Credits | 9,233,914.82 |
| Interest Credited | 28.06 |
| Checks and Other Items Paid | (8,754,646.17) |
| Ending Balance on May 5, 2015 | 781,365.89 |
| Average Collected Balance | 1,365,498.00 |
| Interest Credited Year to Date | 44.42 |

### Deposits and Credits

| Date | Description | Amount |
|---|---|---:|
| 04-06 | Convenience Deposit | 1,083,051.82 |
| 04-08 | Domestic Wire Recvd | 150,863.00 |
| 04-16 | Domestic Wire Recvd | 8,000,000.00 |

### Interest Credited

| Date | Description | Amount |
|---|---|---:|
| 05-05 | Interest | 28.06 |

CONFIDENTIAL

Member FDIC

NTC000163

Equal Housing Lender



The Northern Trust Company
165 Mason Street
Greenwich, Connecticut 06830

*Statement of Account*

Page 2 of 3

IFTIKAR AHMED

**Northern Anchor (Interest Ckg)**   Account Number: 5188

### Checks Paid

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 04-14 | 1023 | 19,328.00 | 04-30 | 1029 | 51,321.00 |
| 04-08 | 1024 | 12,090.59 | 04-28 | 1030 | 21,441.97 |
| 04-08 | 1025 | 200,000.00 | 04-24 | 1031 | 15,724.00 |
| 04-16 | 1026 | 15,000.00 | 04-27 | 1032 | 100,000.00 |
| 05-04 | 1028 * | 75,000.00 | 05-01 | 1033 | 12,300.00 |

* Indicates preceding check(s) not processed this period

### Other Items Paid

| Date | Description | | Amount |
|---|---|---|---|
| 04-06 | Debit Transfer | | 50,000.00 |
| 04-17 | Electronic Check | | 20,541.40 |
| 04-17 | Withdrawal | | 7,991,899.21 |
| 04-21 | Domestic Wire Sent | WIRE OUT# 1164 BY FWR#001938 BNP= STARR ASSOCIATES LLP | 70,000.00 |
| 05-01 | Domestic Wire Sent | | 100,000.00 |

### Northern Anchor (Interest Ckg) Daily Ledger Balances

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 04-06 | 1,335,121.00 | 04-21 | 1,157,124.80 | 05-01 | 856,337.83 |
| 04-08 | 1,273,893.41 | 04-24 | 1,141,400.80 | 05-04 | 781,337.83 |
| 04-14 | 1,254,565.41 | 04-27 | 1,041,400.80 | 05-05 | 781,365.89 |
| 04-16 | 9,239,565.41 | 04-28 | 1,019,958.83 | | |
| 04-17 | 1,227,124.80 | 04-30 | 968,637.83 | | |

### Interest Disclosure

| | |
|---|---|
| Annual Percentage Yield Earned | 0.03% |
| Interest-Bearing Days | 30 |
| Interest Earned | $28.06 |



The Northern Trust Company
165 Mason Street
Greenwich, Connecticut 06830

*Statement of Account*

Page 3 of 3

IFTIKAR AHMED

**Northern Anchor (Interest Ckg)**     Account Number: 5188

FASTER AVAILABILITY OF DEPOSITS MADE AT NORTHERN TRUST ATMS!  YOUR DEPOSIT WILL BE ADDED TO YOUR ACCOUNT BALANCE IMMEDIATELY. CASH DEPOSITS WILL BE AVAILABLE TO WITHDRAW IMMEDIATELY.   OTHER DEPOSITS WILL BE AVAILABLE: PERSONAL ACCOUNTS-NEXT  BUSINESS DAY; NONPERSONAL ACCOUNTS-FIRST $200 NEXT BUSINESS DAY AND REMAINDER 2ND BUSINESS DAY. ALL DEPOSITS MADE AT NON-NORTHERN  TRUST ATMS WILL BE AVAILABLE IN TWO BUSINESS DAYS.

CONFIDENTIAL

Member FDIC
00NNNNNNN0136NNXXXXXX

NTC000165

Equal Housing Lender