## ESCROW AGREEMENT

ESCROW AGREEMENT entered into this 23rd day of April, 2015, among Iftikar Ahmed and Shalini A. Ahmed, on the one hand, (herein "Sureties"), and Carmen M. Ortiz, in her official capacity as United States Attorney for the District of Massachusetts (herein "United States Attorney"), and Robert M. Farrell, in his official capacity as Clerk of the United States District Court for the District of Massachusetts (herein "Escrow Agent"), on the other hand.

WHEREAS the Sureties are desirous of maintaining the release of Iftikar Ahmed (herein "Defendant") in Criminal No. 15-mj-02062-MBB-2, on the terms and conditions of bail set forth in an Order Setting Conditions of Release (herein "Bail Order") dated April 2, 2015, and entered by the Honorable William I. Garfinkel, United States Magistrate Judge, and has agreed to execute a personal bond in the amount of nine million (9,000,000) Dollars (herein "Personal Bond") to secure the Defendant's compliance with the terms and conditions of the Bail Order.

NOW THEREFORE, in consideration of the mutual covenants and agreements contained herein, the parties hereto agree as follows:

1.      The Sureties shall execute a warranty deed to the parcel of real property located at 505 North Street, Greenwich, Connecticut 06830 in favor of the United States of America, and deliver said deed to the Escrow Agent to be held in escrow pursuant to the terms of this Agreement.

2.      The Sureties shall also execute, and cause to be recorded on the appropriate land records, a mortgage deed to said parcel of real property in favor of the United States of America.

3.      The Sureties shall further execute a State of Connecticut real estate tax conveyance form Op-236 (the "Tax Conveyance Form").

4.      The Sureties further agree to execute any additional documents and take any action necessary to effectuate the transfer of said parcel of real property and facilitate the sale of such property in the event that the Defendant is in default of the terms and conditions of the Bail Order or Personal Bond.

5.      The Escrow Agent shall hold the warranty deed, mortgage deed, and Tax Conveyance Form in escrow under the following terms and conditions:

A.      In the event that the Defendant fails to appear as required at all proceedings in Criminal No. 15-mj-02062-MBB-2 or otherwise violates any condition of bail, and Defendant is declared to be in default by a judicial officer of the United States District Court for the District of Massachusetts, then, upon order of the Court, and in lieu of or in addition to foreclosure proceedings on any mortgage granted by the Sureties, the Escrow Agent shall tender the warranty deed to the United States Attorney, and she shall cause the same to be immediately recorded without notice to the Sureties. Any requirement that foreclosure proceedings be commenced upon any mortgage granted by the Sureties in connection with Criminal No. 15-mj-02062-MBB-2 is expressly waived by the Sureties.

B.    This Agreement shall terminate upon the final disposition of Criminal No. 15-mj-02062-MBB-2 and written discharge of the bond provided to the Sureties by the United States of America.  Upon such termination, and upon order of the Court, the Escrow Agent shall execute a release of the mortgage deed and shall further deliver the warranty deed, mortgage deed, and Tax Conveyance Form to the Sureties.  The cost and responsibility for the preparation and recording of the Release of Mortgage shall be upon the Defendant.

6.    The validity and construction of this Agreement shall be governed by the law of the Commonwealth of Massachusetts.

7.    This Escrow Agreement shall be binding upon and shall inure to the benefit of the parties hereto and their respective successors, assigns and personal representatives.

[SIGNATURE PAGE FOLLOWS]

IN WITNESS WHEREOF, the parties here have caused this Agreement to be executed as of the date first written above.

SURETIES:

Sign: _____

Print: Robert G. Rahilly

Sign: _____

Print: KEVIN C. BROWN

IFTIKAR AHMED

Sign: _____

Print: Robert G. Rahilly

Sign: _____

Print: KEVIN C. BROWN

SHALINI A. AHMED

State of Connecticut :

         : ss,

County of Fairfield :

    Before me personally appeared IFTIKAR AHMED, Signer and Sealer of the foregoing Instrument and acknowledged the same to be his free act and deed.

_____
Commissioner of the Superior Court

> Andrea Strada
> State of Connecticut
> Notary Public
> Commission No. 141196
> My Commission Expires 4/30/2020

State of Connecticut :

         : ss,

County of Fairfield :

    Before me personally appeared SHALINI AHMED, Signer and Sealer of the foregoing Instrument and acknowledged the same to be her free act and deed.

_____
Commissioner of the Superior Court

> Andrea Strada
> State of Connecticut
> Notary Public
> Commission No. 141196
> My Commission Expires 4/30/2020

- 3 -

Case 1:15-cv-02052-MBB Document 43-2 Filed 04/28/15 Page 4 of 27

ESCROW AGENT:
ROBERT M. FARRELL,
CLERK OF COURT

By: _____

    Deputy Clerk   *Brendan Garvin*

CARMEN M. ORTIZ,
UNITED STATES ATTORNEY

By: _____

    Asst. United States Attorney
    *Sarah E. Walters*

- 4 -

After recording, return to:

United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210

## MORTGAGE DEED

THIS MORTGAGE DEED (this "Mortgage") is made this 23rd day of April, 2015, between
Iftikar Ahmed and Shalini A. Ahmed (f/k/a Shalini Aggarwal) , both presently residing at 505
North Street, Greenwich, Connecticut 06830 (herein "Mortgagor(s)"), and the Clerk of the
United States District Court for the District of Massachusetts, United States Courthouse, 1
Courthouse Way, Boston, Massachusetts (herein "Mortgagee").

WITNESSETH, for consideration paid and to secure a personal bond of even date for Iftikar
Ahmed (herein "Defendant"), in Criminal No. 1:15-mj-02062-MBB, before the United States
District Court for the District of Massachusetts (herein "Court"), in the amount of NINE
MILLION AND 00/100 ($9,000,000.00) Dollars executed by the Defendant and the
Mortgagor(s) in favor of the United States of America, and to secure due observance and
performance of the obligation, terms, and conditions as set forth in an Order Setting Conditions
of Release dated April 2, 2015, and filed with the United States District Court for the District of
Connecticut, and to further secure the performance of all other covenants and agreements of or
by the Defendant and Mortgagor(s) herein for the benefit of the Mortgagee, which may now exist
or may hereafter exist or accrue while this Mortgage is still undischarged of record, and in
furtherance of and pursuant to an escrow agreement made this day between the Mortgagor(s), the
United States Attorney for the District of Massachusetts and the Mortgagee, the Mortgagor(s)
hereby grant with MORTGAGE COVENANTS the parcel of real property located in the Town
of Greenwich, County of Fairfield, and State of Connecticut, which property is more particularly
described on Exhibit A attached hereto.

TOGETHER with all the improvements now or hereafter erected on the property, and all
easements, rights, appurtenances, rents royalties, mineral, oil and gas rights and profits, water,
water rights, and water stock, and all fixtures now or hereafter attached to the property, all of
which, including replacements and additions thereto, shall be deemed to be and remain a part of
the property covered by this Mortgage; and all of the foregoing, together with said property are
hereinafter referred to as the "Property."

THE MORTGAGOR(S) covenant with the Mortgagee as follows:

1.      That the Mortgagor(s) shall pay the indebtedness as hereinbefore provided.

2.      That the Mortgagor(s) will keep the Property insured against loss by fire or hazards
included within the term "extended coverage" for the benefit of the Mortgagee; that the
Mortgagor(s) will assign and deliver the policies to the Mortgagee; and that the Mortgagor(s)
will reimburse the Mortgagee for any premiums paid or insurance made by the Mortgagee on the

Mortgagor(s)'s default in so insuring the Property or in so assigning and delivering the policies. However, the Mortgagee shall never be required to maintain insurance of any type or description on the Property.

3.      That the Mortgagor(s) shall keep the Property in good repair and shall not commit waste or permit impairment or deterioration of the Property, and no building on the Property shall be removed or demolished without the consent of the Mortgagee.

4.      That the Mortgagor(s) will pay all taxes, assessments or water rates, and in default thereof, the Mortgagee may, but is not required to, pay the same.  In the event that the Mortgagee elects not to pay the same, the Mortgagee is not required to so notify the Mortgagor(s).

5.      That the proceeds of any award or claim for damages, direct or consequential, in connection with any condemnation or other taking of the Property, or part thereof, or for conveyance in lieu of condemnation, said proceeds not to exceed the dollar amount of the personal bond secured by this Mortgage, shall be delivered to the Mortgagee, who shall hold such proceeds in a non-interest bearing escrow account until either (A) the personal bond has been discharged by the Court, whereupon, and only upon an order of the Court, the Mortgagee shall deliver said proceeds to the Mortgagor(s), or (2) the Defendant fails to observe the Order Setting Conditions of Release and is defaulted by a judicial officer of the Court, whereupon the proceeds shall be disbursed for the benefit of the United States of America in accordance with, and only upon, an order of the Court.

6.      That notice and demand or request may be made in writing and may be served in person or by mail.

7.      That the Mortgagor(s) will warrant and defend the title to the Property against all claims and demands.

8.      That the Mortgagor(s) will create no further encumbrances of any kind against the Property.

9.      That the Mortgagor(s), in case a sale shall be made under the power of sale, to the extent permitted by law, will, upon request, execute, acknowledge and deliver to the purchaser or purchasers a deed or deeds of release confirming such sale, and that the Mortgagee is appointed and constituted the attorney irrevocable of the Mortgagor(s) to execute and deliver to said purchaser a full transfer of all policies of insurance on the Property at the time of such sale.

10.     That the holder of this Mortgage, in any action to foreclose it, shall be entitled to the appointment of a receiver.

11.     Notwithstanding any other agreement between the Mortgagor(s) and Mortgagee, or any provision of law, the Mortgagee shall not be required to discharge this Mortgage except upon order of the Court.  It shall be the obligation of the Mortgagor(s) to furnish the Mortgagee with a certified copy of said order.

[SIGNATURE PAGE FOLLOWS]

- 2 -

IN WITNESS WHEREOF, this Mortgage has been duly executed by the Mortgagor(s).

Signed, Sealed and Delivered in the Presence of or Attested by:

Sign: _____

Print: Robert G. Rahilly

Sign: _____

Print: KEVIN C. BROWN

IFTIKAR AHMED

Sign: _____

Print: Robert G. Rahilly

Sign: _____

Print: KEVIN C. BROWN

SHALINI A. AHMED

State of Connecticut :

           : ss,

County of Fairfield :

     Before me personally appeared IFTIKAR AHMED, Signer and
Sealer of the foregoing Instrument and acknowledged the same to be his free act and deed.

_____

Commissioner of the Superior Court
Notary Public

> Andrea Strada
> State of Connecticut
> Notary Public
> Commission No. 141196
> My Commission Expires 4/30/2020

State of Connecticut :

           : ss,

County of Fairfield :

     Before me personally appeared SHALINI A. AHMED, Signer and
Sealer of the foregoing Instrument and acknowledged the same to be her free act and deed.

_____

Commissioner of the Superior Court
Notary Public

> Andrea Strada
> State of Connecticut
> Notary Public
> Commission No. 141196
> My Commission Expires 4/30/2020

- 3 -

91212983.3

## EXHIBIT A

### Legal Description

All that certain tract, piece or parcel of land located in the Town of Greenwich, County of Fairfield and State of Connecticut, bounded and described as follows:

Beginning on the westerly line of North Street in said Town of Greenwich at a point constituting the intersection of said westerly line of North Street and the northerly division line separating land now or formerly of Cornelia R. Vernon from land of the Grantor consisting of the premises herein, and running westerly along said northerly division line N. 84 degrees 35' W. 453.95 feet to land now or formerly of Milton F. Campbell et al; thence running northerly and easterly along said land now or formerly of Milton F. Campbell et al, N. 38 degrees, 50' E. 272.26 feet; thence running easterly along the southerly line of Lindsay Drive, S. 83 degrees 32'E. 291.31 feet to a point; thence running a distance of 49.20 feet along the arc of a circle curving to the right on a radius of 30 feet to a point on the westerly line of said North Street; and thence running southerly along said westerly line of North Street S. 10 degrees 26' W. 190.00 feet to the aforesaid intersection of the westerly line of North Street and the northerly division line separating said land now or formerly of Cornelia R. Vernon from the premises herein, being the point or place of beginning.

Said premises are conveyed subject to the following:

1. Restrictive covenants, easements and agreements contained in a grant from Murvern Enterprises, Inc. to Flagler Realty Corporation dated April 25, 1984 and recorded in the Greenwich Land Records in Book 1395 at Page 69.

2. Grant from The Darwin Realty Company to The Connecticut Light and Power Company dated March 8, 1965 and recorded in Book 719 at Page 621 of the Greenwich Land Records.

91212983.3

```
*------------------------------------------------------*
Official Receipt for Recording in:

    Town Clerk
    Greenwich Town Hall
    101 Field Point Rd
    Greenwich 06830

Issued To:
    CUSTOMER


            Recording Fees
*------------------------------------------------------*
Filing Type                              Recording
        Number  Volm  Page Time            Amount
*------------------------------------------------------*
MORTGAGE
        3173 06884 00273 08:17:20a          68.00

                                         -----------
                                           68.00
            Collected Amounts
*------------------------------------------------------*
Payment
Type                                       Amount
*------------------------------------------------------*
2 - Check          27622                    68.00
                                         -----------
                                            68.00


            Total Received  :              68.00
            Less Total Recordings:         68.00
                                         -----------
                Change Due     :             .00


            Thank You
    CARMELLA C. BUDKINS - Town Clerk

        By - Kia Jordan


        Receipt#   Date     Time
        0022145  04/24/2015 08:18a
```

After recording, return to:

United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210

<u>WARRANTY DEED</u>

TO ALL PEOPLE TO WHOM THESE PRESENTS SHALL COME GREETINGS:

KNOW YE, THAT WE, IFTIKAR AHMED AND SHALINI A. AHMED (f/k/a Shalini Aggarwal), both presently residing at 505 North Street, Greenwich, Connecticut 06830 herein designated as the Grantors, in consideration for the release on bond of the defendant, Iftikar Ahmed, pursuant to the appearance bond in the criminal proceeding entitled United States of America v. Iftikar Ahmed, Docket No. 1:15-mj-02062-MBB do hereby give, grant, bargain, sell and convey, with WARRANTY COVENANTS, to the Grantee, UNITED STATES OF AMERICA, whose mailing address is United States Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, MA 02210, the property known as 505 North Street, Greenwich, Connecticut 06830, which property is more particularly described in <u>Schedule A</u> attached hereto and made a part hereof.

[SIGNATURE PAGE FOLLOWS]

91214737.2

In Witness Whereof, the Grantors have hereunto set their hands and seals to be affixed hereto, this day 23rd of April, 2015 .

Signed, Sealed and Delivered in the Presence of or Attested by:

Sign: _____

Print: Robert G. Rehilly

Sign: _____

Print: KEVIN C. BROWN

IFTIKAR AHMED

Sign: _____

Print: Robert G. Rehilly

Sign: _____

Print: KEVIN C. BROWN

SHALINI A. AHMED

State of Connecticut :

             : ss,

County of Fairfield :

    Before me personally appeared IFTIKAR AHMED, Signer and Sealer of the foregoing Instrument and acknowledged the same to be his free act and deed.

                   Commissioner of the Superior Court
                   Notary Public

Andrea Strada
State of Connecticut
Notary Public
Commission No. 141196
My Commission Expires 4/30/2020

State of Connecticut :

             : ss,

County of Fairfield :

    Before me personally appeared SHALINI A. AHMED, Signer and Sealer of the foregoing Instrument and acknowledged the same to be her free act and deed.

                   Commissioner of the Superior Court
                   Notary Public

Andrea Strada
State of Connecticut
Notary Public
Commission No. 141196
My Commission Expires 4/30/2020

91214737.2

-2-

## SCHEDULE A

### Legal Description

All that certain tract, piece or parcel of land located in the Town of Greenwich, County of Fairfield and State of Connecticut, bounded and described as follows:

Beginning on the westerly line of North Street in said Town of Greenwich at a point constituting the intersection of said westerly line of North Street and the northerly division line separating land now or formerly of Cornelia R. Vernon from land of the Grantor consisting of the premises herein, and running westerly along said northerly division line N. 84 degrees 35' W. 453.95 feet to land now or formerly of Milton F. Campbell et al; thence running northerly and easterly along said land now or formerly of Milton F. Campbell et al, N. 38 degrees, 50' E. 272.26 feet; thence running easterly along the southerly line of Lindsay Drive, S. 83 degrees 32'E. 291.31 feet to a point; thence running a distance of 49.20 feet along the arc of a circle curving to the right on a radius of 30 feet to a point on the westerly line of said North Street; and thence running southerly along said westerly line of North Street S. 10 degrees 26' W. 190.00 feet to the aforesaid intersection of the westerly line of North Street and the northerly division line separating said land now or formerly of Cornelia R. Vernon from the premises herein, being the point or place of beginning.

Said premises are conveyed subject to the following:

1. Restrictive covenants, easements and agreements contained in a grant from Murvern Enterprises, Inc. to Flagler Realty Corporation dated April 25, 1984 and recorded in the Greenwich Land Records in Book 1395 at Page 69.

2. Grant from The Darwin Realty Company to The Connecticut Light and Power Company dated March 8, 1965 and recorded in Book 719 at Page 621 of the Greenwich Land Records.

91214737.2

Department of Revenue Services
State of Connecticut
PO Box 5035
Hartford CT 06102-5035

(Rev. 07/13)

## OP-236
## Real Estate Conveyance Tax Return

| For Town Clerk Use Only | | |
|---|---|---|
| Town Code | Land Record | |
| ► | ► Vol. | Page |

Complete Form OP-236 in blue or black ink only.

☐ Check here if this is an amended return.

| 1. Town | 2. Location of property conveyed (number and street) | 3. If more than two grantors/sellers, check here. |
|---|---|---|
| ► Greenwich | ► 505 North Street | ► ☐ Attach OP-236 Schedule A to provide required information. |

| 4. Grantor/seller #1 (last name, first name, middle initial) | 5. Taxpayer identification number |
|---|---|
| ► Iftikar Ahmed | ► ☐ SSN ☐ FEIN |

| 6. Grantor/seller address after conveyance | 7. City or town | State | ZIP code |
|---|---|---|---|
| ► Shalini A. Ahmed | ► | | |

| 8. Grantor/seller #2 (last name, first name, middle initial) | 9. Taxpayer identification number |
|---|---|
| ► | ► ☐ SSN ☐ FEIN |

| 10. Grantor/seller address after conveyance | 11. City or town | State | ZIP code |
|---|---|---|---|
| ► | ► | | |

| 12. Is grantor a partnership, S corporation, LLC, estate, or trust? See instructions. | 13. Is this conveyance between spouses? | 14. If this conveyance is for no consideration or less than adequate consideration, will federal and state gift tax returns be filed? |
|---|---|---|
| ► ☐ Yes ☒ No | ► ☐ Yes ☒ No | ► ☐ Federal only ☐ State only ☐ Both ☒ Not applicable |

| 15. Grantee/buyer (last name, first name, middle initial) If more than one grantee/buyer, see instructions. | 16. Taxpayer identification number |
|---|---|
| ► United States of America | ► ☐ SSN ☐ FEIN |

| 17. Grantee/buyer address after conveyance | 18. City or town | State | ZIP code |
|---|---|---|---|
| ► U.S. Attorney's Office Courthouse Way, Suite 9200 | ► Boston | MA | 02210 |

| 19. Date conveyed | 20. Date recorded | 21. Type of instrument |
|---|---|---|
| ► | ► | ► ☒ Warranty ☐ Quitclaim ☐ Easement ☐ Other _____ |

22. The grantor claims no tax is due because: (If applicable, check one.) See instructions.

► 22a. ☐ Conveyance was for no consideration or consideration was less than $2,000.

► 22b. ☒ Conveyance is exempt under Conn. Gen. Stat. §12-498. See list of all exemption codes on reverse and enter exemption code here. ► 01

► 22c. If 22b exemption code is 01 or 09, enter citation or docket number. *U.S. v. Ahmed, Docket No. 1:15-mj-02062-*

*MBB*

### Computation of Tax Enter consideration for conveyance on the appropriate line.

| | | | |
|---|---|---|---|
| ► 23. Consideration for unimproved land: See Line Instructions. | $_____ | x 0.0075 = | $_____ |
| ► 24. Total consideration for residential dwelling: See Line Instructions. | $_____ | | $_____ |
| ► 24a. Portion of Line 24 that is $800,000 or less: See Line Instructions. | $_____ | x 0.0075 = | $_____ |
| ► 24b. Portion of Line 24 that exceeds $800,000: See Line Instructions. | $_____ | x 0.0125 = | $_____ |
| ► 25. Residential property other than residential dwelling | $_____ | x 0.0075 = | $_____ |
| ► 26. Nonresidential property other than unimproved land | $_____ | x 0.0125 = | $_____ |
| ► 27. Property conveyed by a delinquent mortgagor: See Instructions. | $_____ | x 0.0075 = | $_____ |
| ► 28. **Total State of Connecticut tax due:** Add Lines 23, 24a through 27. | | = | $_____ |

**Declaration:** I declare under penalty of law that I have examined this return (including any accompanying schedules and statements) and, to the best of my knowledge and belief, it is true, complete, and correct. I understand the penalty for willfully delivering a false return to the Department of Revenue Services (DRS) is a fine of not more than $5,000, or imprisonment for not more than five years, or both. The declaration of a paid preparer other than the taxpayer is based on all information of which the preparer has any knowledge.

Indicate by checking a box who is signing this return: ☒ Grantor  ☐ Grantor's attorney  ☐ Grantor's authorized agent

| Iftikar Ahmed | | 04/23/15 |
|---|---|---|
| Name of person signing the return (type or print) | Signature | Date |

| | | |
|---|---|---|
| Name of grantor's representative (type or print) | ► Provide Connecticut juris number if applicable | Telephone number |

See back of Page 1 for instructions.

Department of Revenue Services
State of Connecticut
PO Box 5035
Hartford CT 06102-5035

(Rev. 07/13)

# OP-236
## Real Estate Conveyance Tax Return

| For Town Clerk Use Only | | |
|---|---|---|
| Town Code | Land Record | |
| ▶ | ▶ Vol. | Page |

Complete Form OP-236 in blue or black ink only.          ☐ Check here if this is an amended return.

| 1. Town  ▶ Greenwich | 2. Location of property conveyed (number and street)  ▶ 505 North Street | 3. If more than two grantors/sellers, check here. ▶ ☐ Attach OP-236 Schedule A to provide required information. |
|---|---|---|

| 4. Grantor/seller #1 (last name, first name, middle initial)  ▶ Iftikar Ahmed | 5. Taxpayer identification number  ▶ ☐ SSN ☐ FEIN |
|---|---|

| 6. Grantor/seller address after conveyance  ▶ Shalini A. Ahmed | 7. City or town  ▶ | State | ZIP code |
|---|---|---|---|

| 8. Grantor/seller #2 (last name, first name, middle initial)  ▶ | 9. Taxpayer identification number  ▶ ☐ SSN ☐ FEIN |
|---|---|

| 10. Grantor/seller address after conveyance  ▶ | 11. City or town  ▶ | State | ZIP code |
|---|---|---|---|

| 12. Is grantor a partnership, S corporation, LLC, estate, or trust? See instructions. ☐ Yes ☒ No | 13. Is this conveyance between spouses? ▶ ☐ Yes ☒ No | 14. If this conveyance is for no consideration or less than adequate consideration, will federal and state gift tax returns be filed? ▶ ☐ Federal only ☐ State only ☐ Both ☒ Not applicable |
|---|---|---|

| 15. Grantee/buyer (last name, first name, middle initial) If more than one grantee/buyer, see instructions. ▶ United States of America | 16. Taxpayer identification number  ☐ SSN ☐ FEIN |
|---|---|

| 17. Grantee/buyer address after conveyance  ▶ U.S. Attorney's Office Courthouse Way, Suite 9200 | 18. City or town  ▶ Boston | State MA | ZIP code 02210 |
|---|---|---|---|

| 19. Date conveyed  ▶ | 20. Date recorded  ▶ | 21. Type of instrument  ▶ ☒ Warranty ☐ Quitclaim ☐ Easement ☐ Other _____ |
|---|---|---|

22. The grantor claims no tax is due because: (If applicable, check one.) See instructions.

▶ 22a. ☐ Conveyance was for no consideration or consideration was less than $2,000.

▶ 22b. ☒ Conveyance is exempt under Conn. Gen. Stat. §12-498. See list of all exemption codes on reverse and enter exemption code here. ▶ 01

▶ 22c. If 22b exemption code is 01 or 09, enter citation or docket number. U.S. v. Ahmed, Docket No. 1:15-mj-02062-

MBB

## Computation of Tax  Enter consideration for conveyance on the appropriate line.

| | | | | |
|---|---|---|---|---|
| ▶ 23. Consideration for unimproved land: See Line Instructions. | $_____ | x 0.0075 = | $_____ |
| ▶ 24. Total consideration for residential dwelling: See Line Instructions. | $_____ | | |
| ▶ 24a. Portion of Line 24 that is $800,000 or less: See Line Instructions. | $_____ | x 0.0075 = | $_____ |
| ▶ 24b. Portion of Line 24 that exceeds $800,000: See Line Instructions. | $_____ | x 0.0125 = | $_____ |
| ▶ 25. Residential property other than residential dwelling | $_____ | x 0.0075 = | $_____ |
| ▶ 26. Nonresidential property other than unimproved land | $_____ | x 0.0125 = | $_____ |
| ▶ 27. Property conveyed by a delinquent mortgagor: See Instructions. | $_____ | x 0.0075 = | $_____ |
| ▶ 28. **Total State of Connecticut tax due:** Add Lines 23, 24a through 27. | | = $_____ | |

**Declaration:** I declare under penalty of law that I have examined this return (including any accompanying schedules and statements) and, to the best of my knowledge and belief, it is true, complete, and correct. I understand the penalty for willfully delivering a false return to the Department of Revenue Services (DRS) is a fine of not more than $5,000, or imprisonment for not more than five years, or both. The declaration of a paid preparer other than the taxpayer is based on all information of which the preparer has any knowledge.

Indicate by checking a box who is signing this return: ☒ Grantor  ☐ Grantor's attorney  ☐ Grantor's authorized agent

| Iftikar Ahmed | | 04/23/15 |
|---|---|---|
| Name of person signing the return (type or print) | Signature | Date |

| | | |
|---|---|---|
| Name of grantor's representative (type or print) | ▶ Provide Connecticut juris number if applicable | Telephone number |

See back of Page 1 for instructions.

Department of Revenue Services
State of Connecticut
PO Box 5035
Hartford CT 06102-5035

(Rev. 07/13)

## OP-236
### Real Estate Conveyance Tax Return

| For Town Clerk Use Only | | |
|---|---|---|
| Town Code | Land Record | |
| ► | ► Vol. | Page |

Complete Form OP-236 in blue or black ink only.   ☐ Check here if this is an amended return.

| 1. Town | 2. Location of property conveyed (number and street) | 3. If more than two grantors/sellers, check here. |
|---|---|---|
| ► Greenwich | ► 505 North Street | ► ☐ Attach OP-236 Schedule A to provide required information. |

| 4. Grantor/seller #1 (last name, first name, middle initial) | 5. Taxpayer identification number | ☐ SSN ☐ FEIN |
|---|---|---|
| ► Iftikar Ahmed | ► | |

| 6. Grantor/seller address after conveyance | 7. City or town | State | ZIP code |
|---|---|---|---|
| ► Shalini A. Ahmed | ► | | |

| 8. Grantor/seller #2 (last name, first name, middle initial) | 9. Taxpayer identification number | ☐ SSN ☐ FEIN |
|---|---|---|
| ► | ► | |

| 10. Grantor/seller address after conveyance | 11. City or town | State | ZIP code |
|---|---|---|---|
| ► | ► | | |

| 12. Is grantor a partnership, S corporation, LLC, estate, or trust? See instructions. | 13. Is this conveyance between spouses? | 14. If this conveyance is for no consideration or less than adequate consideration, will federal and state gift tax returns be filed? |
|---|---|---|
| ► ☐ Yes ☑ No | ► ☐ Yes ☑ No | ► ☐ Federal only ☐ State only ☐ Both ☑ Not applicable |

| 15. Grantee/buyer (last name, first name, middle initial) If more than one grantee/buyer, see instructions. | 16. Taxpayer identification number | ☐ SSN ☐ FEIN |
|---|---|---|
| ► United States of America | ► | |

| 17. Grantee/buyer address after conveyance | 18. City or town | State | ZIP code |
|---|---|---|---|
| ► U.S. Attorney's Office Courthouse Way, Suite 9200 | ► Boston | MA | 02210 |

| 19. Date conveyed | 20. Date recorded | 21. Type of instrument |
|---|---|---|
| ► | ► | ► ☑ Warranty ☐ Quitclaim ☐ Easement ☐ Other _____ |

22. The grantor claims no tax is due because: (If applicable, check one.) See instructions.

► 22a. ☐ Conveyance was for no consideration or consideration was less than $2,000.

► 22b. ☑ Conveyance is exempt under Conn. Gen. Stat. §12-498. See list of all exemption codes on reverse and enter exemption code here. _01_

► 22c. If 22b exemption code is 01 or 09, enter citation or docket number. _U.S. V. Ahmed, Docket No. 1:15-mj-02062-MBB_

### Computation of Tax Enter consideration for conveyance on the appropriate line.

| | | | | |
|---|---|---|---|---|
| ► 23. Consideration for unimproved land: See Line Instructions. | $_____ | x 0.0075 = | $_____ |
| ► 24. Total consideration for residential dwelling: See Line Instructions. | $_____ | | |
| ► 24a. Portion of Line 24 that is $800,000 or less: See Line Instructions. | $_____ | x 0.0075 = | $_____ |
| ► 24b. Portion of Line 24 that exceeds $800,000: See Line Instructions. | $_____ | x 0.0125 = | $_____ |
| ► 25. Residential property other than residential dwelling | $_____ | x 0.0075 = | $_____ |
| ► 26. Nonresidential property other than unimproved land | $_____ | x 0.0125 = | $_____ |
| ► 27. Property conveyed by a delinquent mortgagor: See Instructions. | $_____ | x 0.0075 = | $_____ |
| ► 28. **Total State of Connecticut tax due:** Add Lines 23, 24a through 27. | | = $_____ | |

**Declaration:** I declare under penalty of law that I have examined this return (including any accompanying schedules and statements) and, to the best of my knowledge and belief, it is true, complete, and correct. I understand the penalty for willfully delivering a false return to the Department of Revenue Services (DRS) is a fine of not more than $5,000, or imprisonment for not more than five years, or both. The declaration of a paid preparer other than the taxpayer is based on all information of which the preparer has any knowledge.

Indicate by checking a box who is signing this return: ☑ Grantor ☐ Grantor's attorney ☐ Grantor's authorized agent

| Iftikar Ahmed | | 04/23/15 |
|---|---|---|
| Name of person signing the return (type or print) | Signature | Date |

| | | |
|---|---|---|
| Name of grantor's representative (type or print) | ►Provide Connecticut juris number if applicable | Telephone number |

See back of Page 1 for instructions.

## General Instructions

Complete Form OP-236 in blue or black ink only. Line instructions for Form OP-236 are available on Forms **OP-236I**, *Line Instructions for Form OP-236.* See *Forms and Publications* below.

**Grantor, Grantor's Attorney, or Grantor's Authorized Agent:** You must submit a completed tax return to the city or town clerk with a check for the amount on Line 28 payable to **Commissioner of Revenue Services.**

**Declaration:** The grantor, grantor's attorney, or grantor's authorized agent must sign the return.

**Amended Return:** If this is an amended tax return, mail it directly to: Department of Revenue Services, PO Box 5035, Hartford CT 06106-8207. Do not send the return to the city or town clerk. Remit the state tax and interest due an amended return to DRS. Make the check payable to **Commissioner of Revenue Services.** Include the original volume and page of the recorded deed on the amended return.

**City or Town Clerk:** Mail this tax return and check not later than ten days after receipt to the Commissioner of Revenue Services at:

> Department of Revenue Services
> State of Connecticut
> PO Box 5035
> Hartford CT 06102-5035

Enter the three-digit town code and the volume and page reference in the box marked "For Town Clerk Use Only." Do not staple the check to the return.

**Forms and Publications:** Visit the DRS website at **www.ct.gov/DRS** to preview and download Forms **OP-236I, AU-263,** *Real Estate Conveyance Tax Allocation Worksheet,* and **OP-236 Schedule A,** *Supplemental Information for Real Estate Conveyance Tax Return,* as well as other DRS publications or call DRS at **1-800-382-9463** (Connecticut calls outside the Greater Hartford calling area only) or **860-297-5962** (from anywhere). TDD/TT users only call 860-297-4911. If you need help, call the Public Services Taxes Unit at **860-541-3225,** Monday through Friday, 8:30 a.m. to 4:30 p.m.

## Types of Exempt Conveyances
Enter on Line 22b.

Code #

01   The instrument is one the State of Connecticut is prohibited from taxing by the laws or Constitution of the United States. Enter citation to specific statutory or constitutional provision on Line 22c.

02   The instrument secures a debt or other obligation. (Example: mortgage deed)

03   The State of Connecticut or a Connecticut political subdivision is either the grantor or grantee of this instrument.

04   The instrument is a tax deed.

05   The instrument is a deed or release of property that is security for a debt or other obligation. Such instruments do not include a deed in lieu of foreclosure.

06   The instrument is a deed of partition (other than a decree of the Superior Court under Conn. Gen. Stat. §52-495).

07   The instrument is a deed under a statutory merger or consolidation of corporations. The controlling interest transfer tax may apply.

08   The instrument is a deed made by a subsidiary corporation to its parent corporation for no consideration (including no assumption of liabilities of the subsidiary corporation) other than the cancellation or surrender of the subsidiary corporation's stock.

09   The instrument conveys property under decree of the Superior Court as the result of:

  A. An annulment, dissolved marriage, or legal separation under Conn. Gen. Stat. §46b-81. Real estate conveyance tax returns are not required with the recording of Certificates by Decree; or

  B. Foreclosure by a decree of sale under Conn. Gen. Stat. §49-24. On Line 4, enter the delinquent mortgagor's name, followed by the court representative's name and title (Committee); on

Line 5, enter the delinquent mortgagor's Social Security Number or Federal Employer Identification Number, whichever is applicable. On Lines 6 and 7, enter the court representative's mailing address; **or**

  C. Partition of joint and common estates under Conn. Gen. Stat. §52-495.

Enter the docket number on Line 22c.

10   The instrument conveys residential property no later than six months after the date on which the property was previously conveyed to a transferor that is either: 1) an employer that acquired the property from an employee under an employee relocation plan; or 2) an entity in the business of purchasing and selling residential property of employees who are being relocated.

11   The instrument conveys property between affiliated corporations, provided both corporations are exempt from taxation under paragraph (2), (3), or (25) of section 501(c) of the Internal Revenue Code of the United States.

12   The instrument conveys the principal residence of a grantor who: (1) is approved for property tax assistance under Conn. Gen. Stat. §12-129b or §12-170aa for the current property tax assessment year; or (2) was approved for assistance in a property tax assessment year ending 15 months earlier or less. Such an instrument is not exempt from the municipal real estate conveyance tax. The estate of a deceased person formerly approved for property tax assistance may not claim this exemption.

13   The instrument conveys property located in an area designated in accordance with Conn. Gen. Stat. §32-70 as an enterprise zone. Such an instrument is not exempt from the municipal real estate conveyance tax.

  If claiming this exemption, attach a letter from the economic development officer of the relevant municipality stating that the property is located within an enterprise zone.

14   The instrument conveys property from a corporation determined by the Internal Revenue Service to be a corporation described in 26 U.S.C. §501(c)(3) to another corporation determined by the Internal Revenue Service to be a corporation described in 26 U.S.C. §501(c)(3).

15   The instrument conveys property in connection with the reorganization of a mutual savings bank or mutual savings and loan association under sections 36a-192 to 36a-198, as provided in Conn. Gen. Stat. §36a-199.

16   The instrument conveys property to any nonprofit organization organized for the purpose of holding undeveloped land in trust for conservation or recreation purposes.

17   The instrument conveys property between spouses for consideration and the consideration was $2,000 or more.

18   The instrument conveys property located in a designated entertainment district. Such an instrument is not exempt from the municipal real estate conveyance tax.

19   The instrument conveys land to a water company, as defined in Conn. Gen. Stat. §16-1, provided after the transfer the land is classified as Class I or Class II land, as defined in Conn. Gen. Stat. §25-37c.

20   The instrument conveys property to effectuate a mere change of identity or form of ownership or organization where there is no change in beneficial ownership.

21   The instrument conveys a transferor's principal residence in lieu of foreclosure.

22   The instrument conveys a transferor's principal residence where the gross purchase price is insufficient to pay the sum of:

  • The mortgages encumbering the property transferred; and

  • Any real estate taxes and other charges for which the municipality may place a lien (such as sewer taxes) and which have priority over the mortgages encumbering the property transferred.

OP-236 (Back) (Rev. 07/13)

## STATEMENT — REAL ESTATE CONVEYANCE TAX

Name of Grantor:     Iftikar Ahmed And Shalini A. Ahmed

Name of Grantee:     United States Of America

To Town Clerk of Greenwich, Connecticut:

The following information is submitted with reference to property at  505 North Street and in accordance with Secs. 12-494 to 12-504, inclusive, of the Connecticut General Statutes:

*Check and insert applicable pertinent data.*

- [ ] Full purchase price, including assumed or existing mortgages, liens, etc. $
- [ ] Not subject to tax for the following reason:
  (Check appropriate reason)
- [ ] No consideration paid;
- [ ] Consideration less than $2,000;
- [x] The instrument is one that the State of Connecticut is prohibited from taxing by the laws or Constitution of the United States.  Cite statutory or constitutional provision:
- [ ] The State of Connecticut or a Connecticut political subdivision is either the grantor or grantee of this instrument.
- [ ] Tax deed;
- [ ] Deed of partition;
- [ ] Deed made pursuant to a statutory merger or consolidation from a constituent corporation to the continuing or new corporation;
- [ ] Deed made pursuant to a decree of the Superior Court under Section 46b-81, 49-24 or 52-495 of the Connecticut General Statutes;
- [ ] The instrument conveys property between spouses.

Signed By _____

Type name here:     Iftikar Ahmed

Seller or Representative

Date

Exact Sale Price  $ _____ x .000 =    $0.00 _____

No deduction shall be made for the amount of any mortgages or liens remaining upon the property at the time of the sale even though not assumed by the grantee.

Real Estate Conveyance Tax Statement

91216321.1

BK5422PG0068

**STATUTORY WARRANTY DEED**

7009

505 North Street, LLC ("Grantor"), a Connecticut Limited Liability Company with an address of 98 Valleywood Road, Cos Cob, CT 06807, for consideration of NINE MILLION SIX HUNDRED TWENTY-FIVE THOUSAND ($9,625,000.00) DOLLARS received of IFTIKAR AHMED and SHALINI AGGARWAL ("Grantee"), of 505 North Street, Greenwich, CT 06830, grants to said Grantee, as JOINT TENANTS with rights of SURVIVORSHIP, with WARRANTY COVENANTS all such interest as Grantor may now or hereafter have in and to:

ALL that certain tract, piece or parcel of land located in the Town of Greenwich, County of Fairfield and State of Connecticut, bounded and described as follows:

Beginning on the westerly line of North Street in said Town of Greenwich at a point constituting the intersection of said westerly line of North Street and the northerly division line separating land now or formerly of Cornelia R. Vernon from land of the Grantor consisting of the premises herein, and running westerly along said northerly division line N. 84 degrees 35' W. 453.95 feet to land now or formerly of Milton F. Campbell et al; thence running northerly and easterly along said land now or formerly of Milton F. Campbell et al, N. 38 degrees 50' E. 272.26 feet; thence running easterly along the southerly line of Lindsay Drive, S. 83 degrees 32' E. 291.31 feet to a point; thence running a distance of 49.20 feet along the arc of a circle curving to the right on a radius of 30 feet to a point on the westerly line of said North Street; and thence running southerly along said westerly line of North Street S. 10 degrees 26' W. 190.00 feet to the aforesaid intersection of the westerly line of North Street and the northerly division lien separating said land now or formerly of Cornelia R. Vernon from the premises herein, being the point or place of beginning.

Said premises are conveyed subject to:

1. Any and all provisions of any ordinance, municipal regulation and public or private law, inclusive of the planning and zoning rules and regulations of the Town of Greenwich.

2. Taxes of the Town of Greenwich, including any tax owing as a result of the issuance of a Certificate of Occupancy, which are due and payable after the date of delivery of the deed.

3. Public improvement assessments or any unpaid installments thereof becoming due and payable after the date of delivery of the deed.

4. Restrictive covenants, easements and agreements contained in a grant from Murvern Enterprises, Inc. to Flagler Realty Corporation dated April 25, 1984 and recorded in the Greenwich Land Records in Book 1395 at Page 69.

5. Grant from The Darwin Realty Company to The Connecticut Light and Power Company dated March 1965 and recorded in Book 719 at Page 621 of the Greenwich Land Records.

6. Such state of facts which an accurate survey and/or physical inspection of the premises would disclose, provided same does not render title unmarketable.

IN WITNESS WHEREOF, the Grantor has hereunto caused this instrument to be executed by its duly authorized Member/Manager this 1st day of June, 2007.

In the presence of:                     505 North Street, LLC

_____      BY: _____ L.S.
Joel M. Kaye        -Witness        Louis Ferraro, its Authorized Signatory

_____ Witness
Nancy S. Brantley

STATE OF CONNECTICUT    )
                        ) ss:  Greenwich        June 1, 2007
COUNTY OF FAIRFIELD     )

Personally appeared Louis Ferraro, duly authorized Signatory of 505 North Street, LLC, signer and sealer of the foregoing instrument, and acknowledged the same to be his free act and deed, and the free act and deed of said 505 North Street, LLC, before me.

_____
Joel M. Kaye
Commissioner of the Superior Court

\st-sd\Ferraro Warranty Deed.doc

Received for Record    JUN 0 4 2007    at 9014 = A  M. and recorded by _____
                                        A 554        Town Clerk

I hereby certify that this is a true copy of the original document received for record in the Office of The Town Clerk, Town of Greenwich

On APR 28 2015
ATTEST: Town Clerk

**VINCENT J. HURLEY, III**

*Attorney At Law*
135 Warner Hill Road
Southport, CT 06890
Telephone (203) 255-3496
Facsimile (203) 255-2385

April 23, 2015

Robert G. Rahilly, Esq.
Day Pitney LLP
One Canterbury Green
Stamford, CT 06901-2047

      RE:    505 North Street, Greenwich
                Owner's Policy No. 104072183 CTO

Dear Bob:

Pursuant to your request, I have continued the above referenced title from June 4, 2007 and April 23, 2015 and found the following:

1. Taxes on the List of October 1, 2013 due and payable July 1, 2014 and January 1, 2015 in the amount of $58,864.92; paid in full.

2. Change of Name Certificate from Shalini Aggarwal to Shalini Aggarwal Ahmed recorded July 8, 2008 in Volume 5650 at Page 217 of the Greenwich Land Records.

3. Termination of Easement Agreement dated November 4, 2009 and recorded in Volume 5861 at Page 279 of the Greenwich Land Records.

There were no other changes in title or other matters of record. If you have any questions, or if you need further assistance, please do not hesitate to contact me.

Sincerely,

Vincent J. Hurley, III, Esquire

VJH/mjh

File #22266

# OᴡNER'S POLICY

## SCHEDULE A

File No. AHMED

| ALTA Owner Policy No.<br>104072183 CTO | Date and Time of Policy<br>June 4, 2007 at 9:14 a.m. | Amount of Insurance:<br>$9,625,000.00 | Premium:<br>$ |
| --- | --- | --- | --- |

[   ] Please indicate if this loan is a refinance

Policy No(s).                                          Amount(s) of Insurance $

**AUTOMATIC INFLATION CLAUSE:** The policy amount will automatically increase by 10% of the amount shown above on each of the first five anniversaries of the policy date with respect to residential policies.

Street Address of the Land: 505 North Street, Greenwich, CT

1.  Name of the Insured:   IFTIKAR AHMED and SHALINI AGGARWAL

2.  The estate or interest in the land described herein and which is covered by this policy is: FEE SIMPLE

3.  Title to the estate or interest in the Land is vested in:

    IFTIKAR AHMED and SHALINI AGGARWAL

4.  The land described herein is encumbered by the following mortgage, and the assignment thereof, if any:

    NONE

5.  The land referred to in this Policy is described as follows:

    Street:  505 North Street

    in the Town of Greenwich , State of Connecticut and is described as set forth in "Exhibit A" attached hereto and

    made a part hereof.

AUTHORIZED SIGNATORY

Kaye & Hennessey
71 Lewis Street
Greenwich, CT  06836

**This Policy is valid only if Schedule B is attached.**

# OWNER'S POLICY
## SCHEDULE B – PART I

File No.  AHMED
Owner's Policy No.  **104072183 CTO**

This policy does not insure against loss or damage (and the Company will not pay costs, attorney's fees or expenses) which arise by reason of the following:

1. Any facts, rights, interest, or claims which are not shown by public records, but which could be ascertained by an inspection of said land or by making inquiry of persons in possession thereof.

2. Discrepancies, conflicts in boundary lines, shortages in area, encroachments, or any other facts which a correct survey would disclose, and which are not shown by the public records.

3. Any lien or right to a lien, for services, labor or material heretofore or hereafter furnished, imposed by law and not shown by the public records.

4. The mortgage, if any, referred to in Item 4 of Schedule A.  (This exception does NOT apply to Loan Policies.)

5. Liens for taxes and assessments which become due and payable subsequent to the date of policy.

6. IF THE INSURED PREMISES IS A CONDOMINIUM UNIT: Covenants, conditions, restrictions, reservations, easements, liens for assessments, options, powers of attorney, and limitations on title, created by laws of the State of the insured premises or set forth in the Master Deed or Declaration of Condominium, in the related By-Laws, in the Declaration of Trust, or Site Plans and Floor Plans as duly recorded in the appropriate land records office and as the same may have been lawfully amended, and in any instrument creating the estate or interest insured by this policy.

Special Exceptions - See attached Exhibit B Continuation Form

1. Grant from The Darwin Realty Company to the Connecticut Light and Power Company dated March 8, 1965 and recorded in the Greenwich Land Records in Book 719, Page 621.

2. Restrictive covenants and grant from Murvern Enterprises, Inc. to Flagler Realty Corporation dated April 25, 1984 and recorded in the Greenwich Land Records in Book 1395, Page 69.

3. Such state of facts as is shown on a certain survey entitled "Survey of Property For Iftikar Ahmed and Shalini Aggarwal 505 North Street Greenwich, Conn." made by S. E. Minor & Co., Inc. and dated May 9, 2007.

Exceptions numbered <u>1, 2, and 3</u> are hereby omitted from the Owners Policy only.

_____
INITIAL FOR IDENTIFICATION

# O W N E R ' S   P O L I C Y
## SCHEDULE B – PART II

File No.  AHMED
Owner's Policy No.  **104072183 CTO**

In addition to the matters set forth in Part I of this Schedule, the title to the estate or interest in the land described or referred to in Schedule A is subject to the following matters, if any be shown.

NONE

## EXHIBIT A: LEGAL DESCRIPTION

ALL THAT CERTAIN tract, piece or parcel of land, located in the Town of Greenwich, County of Fairfield and State of Connecticut, bounded and described as follows:

BEGINNING on the westerly line of North Street in said Town of Greenwich at a point constituting the intersection of said westerly line of North Street and the northerly division line separating land now or formerly of Cornelia R. Vernon from land of the Grantor consisting of the premises herein, and running westerly along said northerly division line North 84° 35' West 453.95 feet to land now or formerly of Milton F. Campbell et al; thence running northerly and easterly along said land now or formerly of Milton F. Campbell et al North 38° 50' East 272.26 feet; thence running easterly along the southerly line of Lindsay Drive South 83° 32' East 291.31 feet to a point; thence running a distance of 49.20 feet along the arc of a circle curving to the right on a radius of 30 feet to a point on the westerly line of said North Street; and thence running southerly along said westerly line of North Street South 10° 26' West 190.00 feet to the aforesaid intersection of the westerly line of North Street and the northerly division line separating said land now or formerly of Cornelia R. Vernon from the premises herein, being the point or place of beginning.

 **Town of Greenwich**

| Town of Greenwich |
| 101 Field Point Road |
| Greenwich, CT 06830 |

## Payment Details

| Tax Payer Information | |
|---|---|
| Bill #: | 2013-1-0100889 (REAL ESTATE ) |
| Unique ID: | 11-2635 |
| District & Flag: | |
| Name: | AHMED IFTIKAR & SHALINI AGGARWAL W/S |
| Address: | |
| Property Location: | 505 NORTH STREET 273/001 |
| Volume: | |
| Page: | |
| Town Benefit: | 0.00 |
| Elderly Benefit (C): | 0.00 |

| Bill Information as of 04/22/2015 | | | | | |
|---|---|---|---|---|---|
| Due 1: | 07/01/2014 | Inst1: | $29,432.46 | Total Installment: | $58,864.92 |
| Due 2: | 01/01/2015 | Inst2: | $29,432.46 | Paid: | $58,864.92 |
| Due 3: | | Inst3: | $0.00 | Tax/Princ/Bint Due: | $0.00 |
| Due 4: | | Inst4: | $0.00 | Interest Due: | $0.00 |
| Assessment | $5,366,480 | Total: | $58,864.92 | Lien Due: | $0.00 |
| Exempt | $0 | Total Adjustment: | $0.00 | Fee Due: | $0.00 |
| Net | $5,366,480 | Mill Rate | 10.969 | Total Due: | $0.00 |
| To Pay This Bill in Full: | | | | | $0.00 |

| Payment History | | | | | | |
|---|---|---|---|---|---|---|
| Pay Date | Type | Tax/Principal | Interest | Lien | Fee | Total |
| 07/31/2014 | PAY | $58,864.92 | $0.00 | $0.00 | $0.00 | $58,864.92 |

| * Total Payments made to taxes in 2014: | $58,864.92 |
|---|---|

| * This is not a tax form, contact your financial advisor for information regarding tax reporting. |
|---|

*Date Generated: 04/22/2015*

X5650P60217

## CHANGE OF NAME CERTIFICATE         7220

**TO WHOM IT MAY CONCERN:**

BE IT KNOWN THAT I, _SHALINI AGGARWAL AHMED_ , of the TOWN OF

GREENWICH, County of FAIRFIELD and State of Connecticut, owning property

located at _505 NORTH STREET, GREENWICH, CT 06830_

in the name of _SHALINI AGGARWAL_ hereby certify that my

name has been changed to _SHALINI AGGARWAL AHMED_ and this

certificate is duly acknowledged and given for record in compliance with the Connecticut

General Statutes.

IN WITNESS WHEREOF, I have executed this certificate on _JULY 8, 2008_ .

Signed, sealed and Delivered in          _Shalini Ahmed_          L.S.
the presence of:

_Melissa Phen_

_Denise Joan D'Acunto_

STATE OF CONNECTICUT
                              ss: GREENWICH
COUNTY OF FAIRFIELD

Personally appeared _SHALINI AGGARWAL_ , signer and sealer of the

foregoing Instrument and made oath to the truth of the statements therein, before me, on

_July 8th 2008_ .

_Denise Joan D'Acunto_
Notary Public

**DENISE JOAN D'ACUNTO**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES JULY 31, 2010