Message
---

**From:** Andrew J. Reardon [                    ]
**Sent:** 8/18/2010 2:57:10 PM
**To:** Iftikar Ahmed [/O=OAK/OU=OAKEAST/CN=RECIPIENTS/CN=IAHMED]
**Subject:** DRAFT RETURNS
**Attachments:** 354WASH 2009 DRAFT 8-15-10.PDF; SANDWICH HILLS OPERATING AGREEMENT.doc; SANDWICH HILLS 2009 DRAFT 8-15-10.PDF

Ifty,

Good to talk with you.

Here are drafts of 354-360 Washington and Sandwich Hills tax returns.
Also attached is a draft of Sandwich Hills operating agreement

Regards, Andrew

-----Original Message-----
From: Iftikar Ahmed [mailto:iahmed@oakvc.com]
Sent: Wednesday, August 18, 2010 9:14 AM
To: Andrew J. Reardon
Subject: Nannies...

Andrew -

Thanks for your time yesterday.

I shall be speaking with Amit today.

As for my nannies, here's the info:



Thanks a ton and have a lovely day,

Ifty

—