UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, ) ) ) ) Plaintiff, ) ) v. ) ) IFTIKAR AHMED, ) ) Defendant, and ) ) IFTIKAR ALI AHMED SOLE PROP and I-CUBED DOMAINS, LLC, ) ) ) Relief Defendants. ) | Civil Action No. 3:15cv675 (JBA) |

**PLAINTIFF UNITED STATES SECURITIES AND EXCHANGE COMMISSION'S EMERGENCY MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Plaintiff United States Securities and Exchange Commission (the "Commission") respectfully moves, on an emergency basis, for leave to file the attached proposed Amended Complaint. As detailed in the memorandum of law in support of this motion, leave to amend should be "freely give[n] … when justice so requires." Fed. R. Civ. P. 15(a)(2). Such leave is appropriate here. The Commission filed its initial complaint in this matter just over one month ago, on May 6, 2015. That complaint was filed on an emergency basis in light of the significant evidence that the Commission had obtained from Defendant Ahmed's former employer of Ahmed's fraud and self-dealing, and the need to secure an emergency asset freeze. The Commission has diligently continued its investigation into Ahmed's misconduct. That investigation has revealed additional evidence of a vast and long-running scheme to defraud perpetrated by Ahmed, dating back more than a decade. In light of the upcoming hearing on the

Commission's motion for a preliminary injunction freezing assets, set for July 2, 2015, the Commission seeks leave to file an Amended Complaint detailing this additional fraudulent conduct. The Commission requests the Court grant its request for leave to amend on an emergency basis so that the Commission may serve the Amended Complaint and take expedited discovery on its allegations in preparation for the July 2, 2015 preliminary injunction hearing.[1]

Dated: June 12, 2015

Respectfully submitted,

s/ Nicholas P. Heinke
Nicholas P. Heinke (Colo. Bar No. 38738)
Connecticut Bar No. phv07374
Mark L. Williams (New York Bar No. 4796611)
Connecticut Bar No. phv07375
United States Securities and Exchange Commission
1961 Stout St., Suite 1700, Denver, CO  80294
Phone:   (303) 844-1000 (main)
         (303) 844-1071 (Heinke)
         (303) 844-1027 (Williams)
E-mail:  HeinkeN@sec.gov
         WilliamsML@sec.gov

John B. Hughes (CT05289)
Connecticut Federal Bar No. ct05289
Assistant United States Attorney
Chief, Civil Division
United States Attorney's Office
Connecticut Financial Center
157 Church St., 25th Floor
New Haven, CT 06510
Ph: (203) 821-3700
Fax: (203) 773-5373
E-mail: John.Hughes@usdoj.gov

*Attorneys for Plaintiff*
UNITED STATES SECURITIES AND EXCHANGE COMMISSION

---

[1] The Commission is contemporaneously filing a motion for preliminary injunction, expedited discovery, alternative service, and other ancillary relief related to the allegations in the proposed Amended Complaint.

CERTIFICATE OF SERVICE

      I hereby certify that on June 12, 2015, a copy of foregoing PLAINTIFF UNITED STATES SECURITIES AND EXCHANGE COMMISSION'S EMERGENCY MOTION FOR LEAVE TO FILE AMENDED COMPLAINT was filed electronically and served by overnight mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Iftikar Ahmed
505 North Street
Greenwich, Connecticut 06830

Ahmed Sole Prop
505 North Street
Greenwich, Connecticut 06830

I-Cubed Domains, LLC
via Registered Agent:
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, Delaware 19808

                                                       s/Nicholas P. Heinke
                                                       Nicholas P. Heinke