| | |
|---|---|
| **From:** | Heinke, Nicholas |
| **To:** | "iftyahmed@mac.com" |
| **Cc:** | Williams, Mark L |
| **Subject:** | SEC v. Ahmed |
| **Date:** | Thursday, May 28, 2015 2:49:00 PM |

Mr. Ahmed – I am one of the attorneys who represents the United States Securities and Exchange Commission in the lawsuit the Commission has filed against you in Connecticut, <u>SEC v. Ahmed</u>, 15-cv-675. I am told by your former counsel, Martin Klotz, that he has informed you the Court has rescheduled the Preliminary Injunction hearing in this matter for Monday, June 8 at 10:00 a.m. EST. As we noted in a recent court filing, we anticipate filing an Amended Complaint in the near future alleging additional fraudulent conduct. As a result, we intend to ask the Court to continue the Preliminary Injunction hearing for another couple of weeks so that the Court may consider the entirety of the alleged conduct at one Preliminary Injunction hearing. As you know, under the terms of the stipulation you signed on May 16, 2015, all of your assets remain frozen until the Court's ruling on the Commission's motion for Preliminary Injunction. Please let me know by **3:00pm MST on Friday, May 29** if you would oppose a request to reschedule the Preliminary Injunction hearing.

Nicholas P. Heinke
Trial Counsel
U.S. Securities & Exchange Commission
Byron G. Rogers Federal Building
1961 Stout Street, Suite 1700
Denver, CO  80294-1961
(303) 844-1071
HeinkeN@sec.gov

Exhibit 1