UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 3:15cv675 (JBA) ) |
| IFTIKAR AHMED, | ) ) ) |
| Defendant, and | ) ) |
| IFTIKAR ALI AHMED SOLE PROP and I-CUBED DOMAINS, LLC, | ) ) ) |
| Relief Defendants. | ) ) |

**PLAINTIFF UNITED STATES SECURITIES AND EXCHANGE COMMISSION'S AMENDED MOTION FOR PRELIMINARY INJUNCTION, AND FOR AN EMERGENCY ORDER FOR EXPEDITED DISCOVERY AND OTHER ANCILLARY RELIEF IN PREPARATION FOR PRELIMINARY INJUNCTION HEARING**

Plaintiff United States Securities and Exchange Commission (the "Commission") respectfully moves the Court for a preliminary injunction freezing assets in an amount higher than initially requested by the Commission, requests that the Commission be heard on new allegations of additional fraudulent conduct at the previously scheduled July 2, 2015 preliminary injunction hearing, and seeks an emergency order for expedited discovery and other ancillary relief in preparation for the preliminary injunction hearing. This motion is supported by the Commission's attached memorandum of law, as well as the Second Declaration of Grace A. Ames, filed herewith, which details certain evidence of Defendant Ahmed's additional misconduct.

On May 6, 2015, the Commission filed its initial Complaint and sought a temporary restraining order freezing assets. On May 7, 2015, the Court entered a temporary restraining order freezing assets of Defendant and Relief Defendants up to the amount of approximately $55 million, and set this matter for a preliminary injunction hearing. That hearing was ultimately scheduled for July 2, 2015. Contemporaneous with the filing of this motion, the Commission is filing a motion for leave to file an Amended Complaint alleging significant additional fraudulent conduct by Defendant Ahmed. This additional misconduct was part of a long-running scheme to defraud various investment funds that Ahmed advised, and resulted in the misappropriation of approximately $37 million separate and apart from the fraud outlined in the initial complaint.

As explained in further detail in the accompanying memorandum of law, the Commission seeks an Order: (1) expanding the scope of the July 2, 2015 preliminary injunction hearing to permit the Commission to be heard on the entirety of Ahmed's misconduct;[1] (2) providing for expedited discovery related to the allegations in the Amended Complaint; (3) providing for alternative service by the Commission; and (4) extending the prohibition on the destruction or alteration of documents to the additional relief defendants named in the proposed Amended Complaint.

---

[1] The Commission requests that, at or after that preliminary injunction hearing, the Court enter a preliminary injunction freezing assets in an amount sufficient to preserve the Commission's disgorgement remedy and civil penalties for the entirety of the alleged fraud. At this time, the Commission is not asking for an amended temporary restraining order because Ahmed has previously stipulated to a temporary freeze of "ALL" of his assets pending the Court's determination of the Commission's motion for preliminary injunction. (Doc. No. 21 ¶¶ 3, 5) (emphasis in original.) However, because that stipulation expires by its terms upon the Court's ruling on the Commission's motion for preliminary injunction, the Commission is seeking a preliminary injunction freezing assets up to the higher amount to ensure that all of the proceeds of Ahmed's fraud and an additional amount needed for the assessment of penalties are frozen during the pendency of this action.

Dated: June 12, 2015

                        Respectfully submitted,

                        <u>s/ Nicholas P. Heinke</u>
Nicholas P. Heinke (Colo. Bar No. 38738)
Connecticut Bar No. phv07374
Mark L. Williams (New York Bar No. 4796611)
Connecticut Bar No. phv07375
United States Securities and Exchange Commission
1961 Stout St., Suite 1700, Denver, CO  80294
Phone:   (303) 844-1000 (main)
            (303) 844-1071 (Heinke)
            (303) 844-1027 (Williams)
E-mail:  HeinkeN@sec.gov
            WilliamsML@sec.gov

John B. Hughes (CT05289)
Connecticut Federal Bar No. ct05289
Assistant United States Attorney
Chief, Civil Division
United States Attorney's Office
Connecticut Financial Center
157 Church St., 25th Floor
New Haven, CT 06510
Ph: (203) 821-3700
Fax: (203) 773-5373
E-mail: John.Hughes@usdoj.gov

*Attorneys for Plaintiff*
UNITED STATES SECURITIES AND EXCHANGE COMMISSION

CERTIFICATE OF SERVICE

      I hereby certify that on June 12, 2015, a copy of foregoing **PLAINTIFF'S AMENDED MOTION FOR PRELIMINARY INJUNCTION, AND FOR AN EMERGENCY ORDER FOR EXPEDITED DISCOVERY AND OTHER ANCILLARY RELIEF IN PREPARATION FOR PRELIMINARY INJUNCTION HEARING** was filed electronically and served by overnight mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Iftikar Ahmed
505 North Street
Greenwich, Connecticut 06830

Ahmed Sole Prop
505 North Street
Greenwich, Connecticut 06830

I-Cubed Domains, LLC
via Registered Agent:
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, Delaware 19808

                                                        s/Nicholas P. Heinke
                                                        Nicholas P. Heinke