Exhibit 1 - Redacted

**Oak Investment Partners**
Check/Wire Request

| | | |
|---|---|---|
| ☐ | Check | |
| ☒ | Wire | |

Date of check/wire: **7/22/2005**

| | Percent | Acct # | | | Percent | Acct # | | | Percent | Acct # |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ Oak V | 97.80% | (▮▮0020) | ☐ Oak VII | 97.55% | (▮▮0073) | ☐ Oak X | 98.42% | (▮▮0187) |
| ☐ Oak V Aff | 2.20% | (▮▮0035) | ☐ Oak VII Aff | 2.45% | (▮▮0088) | ☐ Oak X Aff | 1.58% | (▮▮0191) |
| ☐ Oak VI | 97.72% | (▮▮0054) | ☐ Oak VIII | 98.10% | (▮▮0134) | ☒ Oak XI | 100.00% | (▮▮8511) |
| ☐ Oak VI Aff | 2.28% | (▮▮0069) | ☐ Oak VIII Aff | 1.90% | (▮▮0149) | | | |
| | | | ☐ Oak IX | 96.65% | (▮▮5790) | ☐ Oak Management Corporation | | (▮▮7170) |
| | | | ☐ Oak IX Aff | 1.030125% | (▮▮0168) | | | |
| | | | ☐ Oak IX Aff-A | 2.319875% | (▮▮0172) | | | |

| | Number of Shares | Price per Share | Amount | Number of Warrants | Amount | Note Amount |
|---|---|---|---|---|---|---|
| Main Fund | 20,987,654 | $ 1.05 | $22,100,000.00 | 0 | 0 | $ - |
| Affiliate Fund | | | | | | |
| Total | 20,987,654 | $ 1.05 | $22,100,000.00 | 0 | 0 | $ - |

Shares, warrants or notes should be split between funds and the amounts extended.

Payable to: ▮▮▮▮

Portfolio co.: **New Investment.**

Reason for expenditure or instrument purchased:

**Purchase of Series B Preferred Security as per PCR attached.**

For shares or warrants indicate totals and type of stock in this section.  For Notes indicate total and interest rate.

Requested by: **Ifty Ahmed**

Approved by: **Ptr:** _(signature)_          **Ptr:**

Approved by: **GAA:** _(signature)_

Forward form signed by two partners along with wire instructions, pre-commitment investment report, schedule A,
capitalization table and a copy of the note agreement, when applicable, to the finance department.

Wire instructions should include a bank name, address, ABA number, account name and account number.  Requests
for a check should include the name and address of recipient.

_(handwritten) Approved 7/29/05 8:34am_

CONFIDENTIAL – FOIA Confidentiality Requested

OAK-SEC-00001627

## Oak Investment Partners
## Check/Wire Request

☐ Check
☒ Wire

Date of check/wire:     **7/22/2005**

| | Percent | Acct # | | | Percent | Acct # | | | Percent | Acct # |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ Oak V | 97.80% | 0020) | ☐ Oak VII | 97.55% | 0073) | ☐ Oak X | 98.42% | 0187) |
| ☐ Oak V Aff | 2.20% | 0035) | ☐ Oak VII Aff | 2.45% | 0088) | ☐ Oak X Aff | 1.58% | 0191) |
| ☐ Oak VI | 97.72% | 0054) | ☐ Oak VIII | 98.10% | 0134) | ☒ Oak XI | 100.00% | 8511) |
| ☐ Oak VI Aff | 2.28% | 0069) | ☐ Oak VIII Aff | 1.90% | 0149) | | | |
| | | | ☐ Oak IX | 96.65% | 5790) | ☐ Oak Management Corporation | | 7170) |
| | | | ☐ Oak IX Aff | 1.030125% | 0168) | | | |
| | | | ☐ Oak IX Aff-A | 2.319875% | 0172) | | | |

| | Number of Shares | Price per Share | Amount | Number of Warrants | Amount | Note Amount |
|---|---|---|---|---|---|---|
| Main Fund | 20,987,654 | $ 1.05 | $22,100,000.00 | 0 | 0 | $    - |
| Affiliate Fund | | | | | | |
| Total | 20,987,654 | $ 1.05 | $22,100,000.00 | 0 | 0 | $    - |

Shares, warrants or notes should be split between funds and the amounts extended.

Payable to:   ▮▮▮▮

Portfolio co.:   **New Investment.**

Reason for expenditure or instrument purchased:

**Purchase of Series B Preferred Security as per PCR attached.**

For shares or warrants indicate totals and type of stock in this section.  For Notes indicate total and interest rate.

Requested by:   **Ifty Ahmed**

Approved by:   **Ptr:**          Ptr:

Approved by:   **GAA:**

Forward form signed by two partners along with wire instructions, pre-commitment investment report, schedule A, capitalization table and a copy of the note agreement, when applicable, to the finance department.

Wire instructions should include a bank name, address, ABA number, account name and account number.  Requests for a check should include the name and address of recipient.

CONFIDENTIAL – FOIA Confidentiality Requested

## Oak Investment Partners
## Check/Wire Request

| | Check | | | | Date of check/wire: | 7/22/2005 |
|---|---|---|---|---|---|---|
| X | Wire | | | | | |

| | | Percent | Acct # | | | Percent | Acct # | | | Percent | Acct # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Oak V | 97.80% | 0020) | | Oak VII | 97.55% | 0073) | | Oak X | 98.42% | 0187) |
| | Oak V Aff | 2.20% | 0035) | | Oak VII Aff | 2.45% | 0088) | | Oak X Aff | 1.58% | 0191) |
| | Oak VI | 97.72% | 0054) | | Oak VIII | 98.10% | 0134) | X | Oak XI | 100.00% | 8511) |
| | Oak VI Aff | 2.28% | 0069) | | Oak VIII Aff | 1.90% | 0149) | | | | |
| | | | | | Oak IX | 96.65% | 5790) | | Oak Management Corporation | | 7170) |
| | | | | | Oak IX Aff | 1.030125% | 0168) | | | | |
| | | | | | Oak IX Aff-A | 2.319875% | 0172) | | | | |

| | Number of Shares | Price per Share | Amount | Number of Warrants | Amount | Note Amount |
|---|---|---|---|---|---|---|
| Main Fund | 20,987,654 | $ 1.05 | $22,100,000.00 | 0 | 0 | $ - |
| Affiliate Fund | | | | | | |
| Total | 20,987,654 | $ 1.05 | $22,100,000.00 | 0 | 0 | $ - |

Shares, warrants or notes should be split between funds and the amounts extended.

Payable to:

Portfolio co.:   New Investment.

Reason for expenditure or instrument purchased:

**Purchase of Series B Preferred Security as per PCR attached.**

For shares or warrants indicate totals and type of stock in this section.  For Notes indicate total and interest rate.

Requested by:   **Illy Ahmed**

Approved by:   Ptr:                                          Ptr:

Approved by:   GAA:

Forward form signed by two partners along with wire instructions, pre-commitment investment report, schedule A,
capitalization table and a copy of the note agreement, when applicable, to the finance department.

Wire instructions should include a bank name, address, ABA number, account name and account number.  Requests
for a check should include the name and address of recipient.

CONFIDENTIAL – FOIA Confidentiality Requested                    OAK-SEC-00001629



| Prepared by: | BLC / JAA | | Date: July 18, 2005 | | |
|---|---|---|---|---|---|
| | | | **Preliminary Rpt** | | **Final Rpt** |
| | | | **Please indicate:** | | X |
| Company: | ▓▓▓▓▓▓ | | | **New** | **Follow-o** |
| Address: | ▓▓▓▓▓▓ | | Oak VI | | |
| | | | Oak VII | | |
| Telephone: | | | Oak VIII | | |
| Fax: | | | Oak IX | | |
| Year Founded: | March 2002 ▓▓▓ | | Oak X | | |
| Website: | ▓▓▓▓ | | Oak XI | **X** | |
| Oak Counsel: | Finn Dixon and Herling ▓ | | | | |
| Industry Category: | ▓▓▓▓▓ | | **Project Allocation** | Name | % |
| Industry Sub Category: | ▓▓▓▓▓▓ | | Manager | BLC | |
| Transaction Type: | Series B Preferred Equity | | Buddy | EFG | |
| Domestic company? | No | | Buddy | | |
| Stage: | Early stage venture | | | | |

**Company Description:**

The company provides ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

The company currently

**Management (w/Prior Company Affiliation):** ▓▓▓▓▓▓▓

**Board of Directors** (w/Company Affiliation): ▓▓▓▓

**Bandel Carano**, Oak Investment Partners

---

**Deal Summary**

| | | | |
|---|---|---|---|
| Current Round: | Series B | **Post Financing Ownership:** | 28.23% |
| Lead Investor: | Oak Investment Partners | | |
| Date of Investment: | July 26, 2005 | **Other Significant Investors:** | |
| | | | 13.5% |
| Type of Investment: | 1x Senior Participating Preferred | | 19.2% |
| Oak Proposed Investment: | €17.0 million ($22.1 million) | | 7.8% |
| Oak Investments to Date: | €17.0 million ($22.1 million) | | 6.2% |
| Lifetime Investment Size: | €25-35 million ($35-45 million) | **Employee Ownership** | |
| Number of Shares: | 20,987,654 | Option Pool | 19.4% |
| Price Per Share: | €0.81 ($1.05) | | |
| Total Raised This Round: | €25.0 million ($32.5 million) | **Investing Oak Limited Partners:** | |
| Post Money Valuation: | €60.212 million ($78.2 million) | None | |
| Total CSEs (Fully-Diluted): | 74,335,803 | | |
| Transaction Fee: Yes/No | None. | | |

**Comments on deal structure:** Currently, the Company has a €4.41MM ($5.33MM) bridge loan outstanding that will convert to the Series B shares. Series B will be a 1x senior participating preferred security. The pre-money proposed is €29.727MM ($37MM).

CONFIDENTIAL – FOIA Confidentiality Requested                    OAK-SEC-00001630

**Funding History**
Investment Date:

| | Series A | | Series B | | | | | |
|---|---|---|---|---|---|---|---|---|
| Price/Share: | $0.799 | €0.6609 | $1.05 | €0.810 | | | | |
| Total Raised ('000): | $17,777 | €19,000 | $32,500 | €25,000 | | | | |
| Post Val. ('000): | $22,971 | €19,000 | $78,275 | €60,212 | | | | |

**Total Invested: $49,277 K**

Future private equity capital required ($000):   None.

6/30/05

**Financials ($'000s):**             December 31

| | 2004 A | 2005 E | 2006 E | 2007 E | | | 1H 2005 A |
|---|---|---|---|---|---|---|---|
| Revenues | $797 | $6,825 | $26,900 | $100,000 | | | $2,809 |
| Gross Profit | 362 | 3,100 | 12,800 | 45,000 | | | 1,251 |
| Expenses | 7,009 | 8,400 | 19,600 | 22,000 | | | 3,730 |
| EBITDA | (6,900) | (5,200) | (5,600) | 17,500 | | | (2,478) |
| Net Income | (6,646) | (5,299) | (4,100) | 20,000 | | | (2,455) |

**Post-financing Dashboard**

| | |
|---|---|
| Cash | €25MM. |
| Debt | None. |
| Burn | €600K a month. |
| Runway | Fully funded business plan. |

**Business Thesis**
1. **Large addressable market with significant growth left:** ████████████████

███████████████████████████████████████████████████████████████

3. **Competitive Landscape:** There is ████

███████████████████████████████████████████████████████████████

**Key Risks:**
1. **Sales and Marketing:** In order to succeed, the company will have to quickly scale up their sales and marketing efforts in all ███████████████

2. ██████████████████

**Exit Scenarios**
Expected Return: 8-10x invested capital.
Required Measures to Achieve Return:
1. ███████████████
2. ███████████████
Exit Scenario Detail:
1. ███████████████

CONFIDENTIAL – FOIA Confidentiality Requested                    OAK-SEC-00001631



(All Inputs are in BLUE)

Handwritten notes:
April 04
Per Ifty in the investments in the A round were over a period of time but April 04 would be the best date to use

Per Ifty no g was all opt com see other cap table for common detail

| | $ |
|---|---|
| Conversion Ratio, Dollars per Euro | $1.3000 |
| Total Series B raise | € 25,000,000 | 32,500,000 |
| Series B Pre-money valuation | € 29,727,000 | 38,645,100 |
| Oak Investment | € 17,000,000 | 22,100,000 |
| Option Pool Expansion | 7,950,000 | |
| Series B Share Price | € 0.8100 | $1.05 |
| Target Common + ISO | 19.4% | |
| Warrants' coverage for bridge | 20.0% | |
| Discount to Ser. B price for bridge | 15.0% | |
| Discounted Ser. B Price - some note holders | € 0.6885 | |

| | Post Series A Fully Diluted | | | New Share Warrants | Series B | | | | | | Post Series B Fully Diluted | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Shares | € Invested | % FD | Shares | Bridge Loan Converted, € | Shares for bridge | New Investment, € | Total B Shares | Total Invested, € | % | Shares | € Invested | % FD |
| **Share Price at issue** | | | | | € 0.8100 | | | € 0.8100 | | | | | |
| | | | | | | | | 22.6% | | | | | |
| **Investors** | | | | | | | | | | | | | |
| | 8,750,000 | € 5,782,609 | 30.4% | | € 1,022,472 | 1,262,311 | € 0 | 1,262,311 | 1,022,472 | 4.0% | 10,012,311 | € 6,805,081 | 13.5% |
| | 5,500,000 | 3,634,783 | 19.1% | | 642,697 | 793,453 | 2,000,000 | 2,642,697 | 2,642,697 | 10.4% | 8,762,589 | 6,277,480 | 11.8% |
| | 4,000,000 | 2,643,478 | 13.9% | | 467,416 | 577,057 | 1,000,000 | 1,811,625 | 1,467,416 | 5.8% | 5,811,625 | 4,110,894 | 7.8% |
| | 4,000,000 | 2,643,478 | 13.9% | | 467,416 | 577,057 | 0 | 577,057 | 467,416 | 1.8% | 4,577,057 | 3,110,894 | 6.2% |
| | | | | | | | 17,000,000 | 20,987,654 | 17,000,000 | 67.1% | 20,987,654 | 17,000,000 | 28.23% |
| | | | | | 1,500,000 | 726,216 | 0 | 2,178,649 | 1,500,000 | 7.0% | 2,178,649 | 1,500,000 | 2.9% |
| | | | | | 60,000 | 87,146 | 0 | 87,146 | 60,000 | 0.3% | 87,146 | 60,000 | 0.1% |
| | | | | | 250,000 | 363,108 | 0 | 363,108 | 250,000 | 1.2% | 363,108 | 250,000 | 0.5% |
| | | | | | | | 589,999 | 728,394 | 589,999 | 2.3% | 728,394 | 589,999 | 1.0% |
| **Subtotal** | 22,250,000 | € 14,704,348 | 77.4% | | € 4,410,001 | 4,386,348 | € 20,589,999 | 31,258,533 | € 25,000,000 | 100.0% | 53,508,533 | € 39,704,348 | 72.0% |
| **Others** | | | | | | | | | | | | | |
| Founders | 750,000 | | 2.6% | | | | | | | | 750,000 | | 1.0% |
| | 250,000 | | 0.9% | | | | | | | | 250,000 | | 0.3% |
| **Warrants** | | | | | | | | | | | | | |
| Series A Warrants, | | | | 5,500,000 | | | | | | | 5,500,000 | 3,634,783 | 7.4% |
| Bridge warrants | | | | 877,270 | | | | | | | 877,270 | 710,588 | 1.2% |
| **Options** | | | | | | | | | | | | | |
| Granted to employees | 4,800,000 | | 16.7% | | | | | | | | 4,800,000 | | 6.5% |
| Options available for grant | 700,000 | | 2.4% | 7,950,000 | | | | | | | 8,650,000 | | 11.6% |
| **Grand Total** | 28,750,000 | € 14,704,348 | 100.0% | 14,327,270 | € 4,410,001 | | € 20,589,999 | 31,258,533 | € 25,000,000 | 100.0% | 74,335,803 | € 44,049,719 | 100.0% |
| **Post-money valuation** | | € 19,000,000 | | | | | | | | | | € 60,212,000 | |
| | | $24,700,000 | | | | | | | | | Post-money | $78,275,600 | |

Handwritten note: They have a 15% bridge discount

Handwritten note: 2 tranches €500 k Cash + €1mm kind

Post Ser B Cap Table

CONFIDENTIAL – FOIA Confidentiality Requested

OAK-SEC-00001632

█████ Funding Instructions:

1.   Bank: UBS Lugano, Switzerland
     Account Name: ████████████
     Account number: ████ 2.D6Z
     BIC: ████████████
     IBAN: ████████████████ 2D6Z

2.   Bank:  JPMorgan Chase Bank, USA
     Account Name: ████████████
     Account Number: ████████ 5 965
     Routing Number: ████████████

CONFIDENTIAL – FOIA Confidentiality Requested