Exhibit 2 - Redacted

███ Funding Instructions:

1. Bank: UBS Lugano, Switzerland
   Account Name: ███
   Account number: ███2.D6Z
   BIC: ███
   IBAN: ███
   Amount: $20,740,000.00

2. Bank: Bank of America
   Account Name: ███
   Account Number: ███7 717
   Routing Number: ███
   Amount: $1,360,000.00

CONFIDENTIAL – FOIA Confidentiality Requested                                    OAK-SEC-00001634