Exhibit 3 - Redacted

**ADRIAN HAMILTON**
**OAK MANAGEMENT CORPORATION**
ONE GORHAM ISLAND
WESTPORT, CT 06880

*Accepted on:* Jul 29, 2005 at 05:26:47 AM
*Send Date:* Jul 29, 2005

*Debit Bank:* **SVB - Silicon Valley Bank**
*Credit Bank:* **ForeignBank - (bank info in Bank to Bank section)**

*Debit Account:* ▮8511 - OAK INVESTMENT PARTNERS XI LP
*Credit Account:* ▮2.D6Z - ▮

*Debit Currency:* USD - US Dollar
*Credit Currency:* USD - US Dollar

*Debit Amount:* 20,740,000.00
*Credit Amount:* 20,740,000.00

*Template ID:* Free Form - 1 Approvers

*Originator-to-Beneficiary:*
- line 1 - FOR CREDIT TO A/C ▮2.D6Z
- line 2 - ▮
- line 3 - OAK XI INVESTMENT IN ▮
- line 4 - 20,987,654 SER B PFD @ $1.053/SHS

*Bank-to-Bank:*
- line 1 - IBAN: ▮2D6Z
- line 2 - BIC: ▮

*Entry Cust/User:* OAKM7629 - AHAMILTON

*Entry Date/Time:* Jul 29, 2005 - 05:26:46 AM

Bank Trace #: 2005210000290
Cust Pending #: 000537
Addtl Approvers Required: 1

In order to submit a Money Transfer request on the account numbers described above, approval is required. Please press the print button on your browser to generate a hard copy of this wire transfer request.

**If you did not fill in all the fields correctly, your wire transfer may be delayed or rejected.**

**Foreign Currency wire transfers**: The exchange rates shown are rates that will be used for outgoing wire transfer requests sent before the cut off time today. Exchange rates are updated each morning and may be updated during the day. The outgoing wire request will be processed at the most current updated rates when the bank receives your instructions to send the wire.

Foreign Currency requests are permitted for Spot Contracts *only*. For Forward and Derivative contracts, contact the Bank's Foreign Exchange Desk at 1-888-313-4029.

CONFIDENTIAL – FOIA Confidentiality Requested     OAK-SEC-00001635

| | |
|---|---|
| **ADRIAN HAMILTON** | *Accepted on:* Jul 29, 2005 *at* **05:31:45 AM** |
| **OAK MANAGEMENT CORPORATION** | *Send Date:* **Jul 29, 2005** |
| ONE GORHAM ISLAND | |
| WESTPORT, CT 06880 | |
| *Debit Bank:* **SVB - Silicon Valley Bank** | *Credit Bank:* **011900571 - Fleet National Bank of Connecticut** |
| *Debit Account:* ▆▆▆▆**8511 - OAK INVESTMENT PARTNERS XI LP** | *Credit Account:* ▆▆▆**7717 -** ▆▆▆▆ |
| *Debit Currency:* **USD - US Dollar** | *Credit Currency:* **USD - US Dollar** |
| *Debit Amount:* **1,360,000.00** | *Credit Amount:* **1,360,000.00** |
| *Template ID:* **Free Form - 1** Approvers | |
| *Originator-to-Beneficiary:* line 1 - **FOR CREDIT TO A/C** ▆▆▆▆**7717** | |
| line 2 - ▆▆▆▆▆▆▆ | |
| line 3 - **OAK XI INVESTMENT IN** ▆▆▆▆ | |
| line 4 - **20,987,654 SER B PFD SHARES** | |
| *Entry Cust/User:* **OAKM7629 - AHAMILTON** | |
| | *Entry Date/Time:* **Jul 29, 2005 - 05:31:44 AM** |

Bank Trace #: 2005210000292                              Cust Pending #: 000538
                                                          Addtl Approvers Required: 1

In order to submit a Money Transfer request on the account numbers described above, approval is required. Please press the print button on your browser to generate a hard copy of this wire transfer request.

*If you did not fill in all the fields correctly, your wire transfer may be delayed or rejected.*

**Foreign Currency wire transfers**: The exchange rates shown are rates that will be used for outgoing wire transfer requests sent before the cut off time today. Exchange rates are updated each morning and may be updated during the day. The outgoing wire request will be processed at the most current updated rates when the bank receives your instructions to send the wire.

Foreign Currency requests are permitted for Spot Contracts *only*. For Forward and Derivative contracts, contact the Bank's Foreign Exchange Desk at 1-888-313-4029.

CONFIDENTIAL – FOIA Confidentiality Requested                                    OAK-SEC-00001636