# Exhibit 4 - Redacted

Message

**From**: ███████████████████████████
**Sent**: 7/19/2005 11:07:30 AM
**To**: Iftikar Ahmed [/O=OAK/OU=OAKEAST/CN=RECIPIENTS/CN=IAHMED]
**Subject**: FW: ███████████████████

Dear all

█████ has received the UBS bank account numbers for the subscriptions.
If you wire the funds in ███ please use the following number:

Bank: UBS Lugano
Account number: ███████████2.D7W
BIC: ████████████
IBAN: ████████████████2D7W

If you use the funds in EUR, please use the following number:

Bank: UBS Lugano
Account number: ██████2.D6Z
BIC: ████████
IBAN: ████████████████2D6Z

Please notice that the ████EUR conversion rate is fixed at 1.54. Furthermore, please make sure that your subscription amount hits the UBS bank account without any deductions (such as wiring fees).

The account numbers will be integrated in the final Investment Agreement, but for your convenience I already circulate them. Early payment is highly appreciated; you remain protected under ██████ law because the funds are only released once the capital increase is duly incorporated.

Best regards,

████