Exhibit 5 - Redacted

| | |
|---|---|
| **Message** | |
| **From:** | [redacted] |
| **Sent:** | 8/24/2005 11:36:06 AM |
| **To:** | Iftikar Ahmed [/O=OAK/OU=OAKEAST/CN=RECIPIENTS/CN=IAHMED] |
| **CC:** | [redacted] |
| **Subject:** | RE: Oak - wire transfer record to [redacted] |

Ifty,
Sorry for replying so late. I hope all is well with you. I am still recovering my one week off.

I confirm what reported below. August 3rd, 2005 UBS quotation US$/Euro was:
Euro 1 = US$ 1.2214

Therefore, your wire transfer became:
US$ 20,740,000 / 1.2214 = Euro 16,980,514

Consequently, we have a shortfall respect to Oak's quota to be paid for the agreed series B issue of Euro 17,000,000:
Euro 17,000,000 - 16,980,514 = Euro 19,486 (Oak's shortfall).

As discussed earlier we can compensate the shortfall with your legal fees accordingly.

Kind regards,
[redacted]

-----Original Message-----
From: [redacted]
Sent: Tuesday, August 02, 2005 6:25 PM
To: 'Iftikar Ahmed'
Cc: [redacted]
Subject: RE: Oak - wire transfer record to [redacted]

Ifty,

It is my calculation, based on UBS exchange rate.
I will convert a small portion of USD in EUR, because I will use USD in the production cycle and for PI license.
Good your idea to compensate with your legal fees, I already discuss with [redacted]

Regards
[redacted]

-----Original Message-----
From: Iftikar Ahmed [mailto:iahmed@oakvc.com]
Sent: Tuesday, August 02, 2005 18:02
To: [redacted]
Cc: [redacted]
Subject: Re: Oak - wire transfer record to [redacted]

[redacted]

Thanks for the response.  As you know, we wired the funds out last Friday morning US time - at that time, the exchange rate was more like 1.21 - so, I did the calculations at 1.22 assuming some maring for movement.  In any case, I thought that you would see the exact transfer in Euros done by the banks versus using the close of day Tuesday exchange rate with UBS.  Did the bank confirm the Euro amount transferred in to the account or is this your calculation?

If it is short, one idea would be to adjust it against the expenses that would have to reimbursed to Oak for legal expenses.  Could you please confirm that the exact excess or shortfall is and let me know what you discuss with ▇▇▇▇▇▇  I shall call ▇▇▇▇▇▇ in a few minutes to discuss as well.

Thanks!

Ifty

------------------------------------
This message was sent from my handheld device - any typos may kindly be excused.


-----Original Message-----
From: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
To: Iftikar Ahmed <iahmed@oakvc.com>
Sent: Tue Aug 02 11:21:03 2005
Subject: RE: Oak - wire transfer record to ▇▇▇▇▇▇

Ifty,

I have checked UBS exchange rate the 2.8.05 at 17:10

20'740'0000:1.2214=   16'980'514
Capitalization table 17'000'000
Difference                        19'486


I will discuss with ▇▇▇▇▇▇ how to adjust the difference


Regards


▇▇▇▇▇▇



-----Original Message-----
From: Iftikar Ahmed [mailto:iahmed@oakvc.com]
Sent: Tuesday, August 02, 2005 11:57
To: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
Subject: Re: Oak - wire transfer record to ▇▇▇▇▇▇

Thanks, ▇▇▇▇▇▇   If you could please confirm the exact amount of the transfer in Euros, that would be greatly appreciated.  Thanks and please convey our greetings to everyone in the company on the successful closure of this round of funding.  Best regards,   Ifty

------------------------------------
This message was sent from my handheld device - any typos may kindly be excused.


-----Original Message-----
From: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
To: Iftikar Ahmed <iahmed@oakvc.com>
Sent: Tue Aug 02 03:40:29 2005
Subject: FW: Oak - wire transfer record to ▇▇▇▇▇▇

Ifty,


Money is on our bank account.


Thanks

CONFIDENTIAL – FOIA Confidentiality Requested

[REDACTED]

Financial Manager

[REDACTED]

---

From: [REDACTED]
Sent: Saturday, July 30, 2005 13:33
To: [REDACTED]
Subject: FW: Oak - wire transfer record to [REDACTED]
Importance: High
Sensitivity: Confidential



-----Original Message-----
From: Iftikar Ahmed [mailto:iahmed@oakvc.com]
Sent: venerdì, 29. luglio 2005 22:54
To: [REDACTED]
Subject: Oak - wire transfer record to [REDACTED]
Importance: High

[REDACTED]

Here is the PDF of the printout from our account showing the wire transfer of funds to [REDACTED] earlier today morning. Unfortunately, we do not get a SWIFT Message for international transfers from our bank, Silicon Valley Bank. If you have any questions, please call me or e-mail me. Hopefully, you will receive the funds some time early next week.

Thanks and have a great weekend, gentlemen.

Ifty

[REDACTED] wire transfer record.pdf>>


[REDACTED]

Financial Manager

[REDACTED]

---

From: [REDACTED]
Sent: Saturday, July 30, 2005 13:33
To: [REDACTED]
Subject: FW: Oak - wire transfer record to [REDACTED]
Importance: High
Sensitivity: Confidential



-----Original Message-----
From: Iftikar Ahmed [mailto:iahmed@oakvc.com]
Sent: venerdì, 29. luglio 2005 22:54
To: [REDACTED]
Subject: Oak - wire transfer record to [REDACTED]
Importance: High

[REDACTED]

Here is the PDF of the printout from our account showing the wire transfer of funds to [REDACTED] earlier today morning. Unfortunately, we do not get a SWIFT Message for international transfers from our bank, Silicon Valley Bank. If you have any questions, please call me or e-mail me. Hopefully, you will receive the funds some time early next week.

Thanks and have a great weekend, gentlemen.

Ifty

[REDACTED] wire transfer record.pdf>>