United States District Court
District of Connecticut
FILED AT    NEW HAVEN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

July 17 , 2015

Roberta D. Tabora, Clerk

By P. Q. Villard

Deputy Clerk

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,　　) ) ) )　　Plaintiff,　　) )　v.　　) ) IFTIKAR AHMED,　　) )　　Defendant, and　　) ) IFTIKAR ALI AHMED SOLE PROP; ) I-CUBED DOMAINS, LLC; SHALINI AHMED; ) SHALINI AHMED 2014 GRANTOR RETAINED ) ANNUITY TRUST; DIYA HOLDINGS LLC; ) DIYA REAL HOLDINGS, LLC; I.I. 1, a minor ) child, by and through his next friends IFTIKAR ) and SHALINI AHMED, his parents; I.I. 2, a minor ) child, by and through his next friends IFTIKAR ) and SHALINI AHMED, his parents; and I.I. 3, a ) minor child, by and through his next friends ) IFTIKAR and SHALINI AHMED, his parents,　) )　　Relief Defendants.　　) ) | Civil Action No. 3:15cv675 (JBA) <br><br> JURY TRIAL DEMANDED |

## PLAINTIFF UNITED STATES SECURITIES AND EXCHANGE COMMISSION AND THIRD PARTY AMIT KANODIA'S STIPULATION TO MODIFY AMENDED TEMPORARY RESTRAINING ORDER, AND PROPOSED ORDER

Plaintiff United States Securities and Exchange Commission (the "Commission") and

third party Amit Kanodia ("Kanodia") hereby stipulate and agree to modification of the Court's

Amended Temporary Restraining Order (Doc. No. 24) to remove two pieces of real property in

which, as represented and confirmed by Kanodia, Defendant Iftikar Ahmed ("Ahmed") no longer

holds an interest. In support of this stipulation, the Commission and Kanodia state as follows:

1.      On May 21, 2015, the Commission filed an emergency motion to amend the

Court's previously-issued temporary restraining order freezing Ahmed's assets. (Doc. No. 23.)

The Commission made its motion based on the newly-discovered facts that Ahmed had fled the

country and was attempting to access his assets. (See id.at 1-2.) The Commission specifically

requested that the Court amend the temporary restraining order to include certain real property in

which, evidence showed, Ahmed had an interest. (See id. at 2.)

2.      Among the real property in the Commission's motion was a piece of commercial

property located in Dedham, MA owned by 354-360 Washington Street LP (the "Dedham

Property") and a piece of property in Forestdale, MA owned by Sandwich Hills, LLC (the

"Sandwich Hills Property"). Based on evidence the Commission had gathered, including 2009

tax returns, Ahmed had an ownership interest in each of the entities that owned these properties.

(See Doc. No. 23-1 at ¶¶ 15-18, Exs. 13, 15.)

3.      Following the Court's entry of the Amended Temporary Restraining Order,

Kanodia provided evidence to the Commission which indicates that Ahmed no longer holds an

ownership interest in the Dedham Property or Sandwich Hills Property. In addition, Kanodia

hereby stipulates that Ahmed has no interest in those properties.

4.      Regarding the Dedham  Property, Kanodia provided 2013 tax returns which show

the partners in 354-360 Washington Street LP are Kanodia, Annapurna Kanodia, and SNK Corp.

(See Ex. 1.) Kanodia stipulates that these tax returns are true and correct copies of 354-360

Washington Street LP's 2013 tax returns, and that they accurately reflect the current partnership

structure of 354-360 Washington Street LP.  Kanodia further stipulates that Ahmed has no

interest in SNK Corp. Kanodia also provided to the Commission a letter from Reardon and

Company LLP, which prepared the annual tax returns for 354-360 Washington Street LP, stating

2

that Ahmed has no current ownership interest in 354-360 Washington Street LP. (See Ex. 2.)
Kanodia further stipulates that Ahmed has no interest in 354-360 Washington Street LP or the
Dedham Property. Kanodia further stipulates that he will not permit Ahmed to access any assets
of 354-360 Washington Street, LP or the Dedham Property.

        5.      Regarding the Sandwich Hills Property, Kanodia provided to the Commission a
letter from Reardon and Company LLP stating that, in 2011, Sandwich Hills, LLC became a
single-member LLC and that Ahmed has no current ownership interest in Sandwich Hills, LLC.
(See Ex. 2.) Kanodia further stipulates that Ahmed has no interest in Sandwich Hills, LLC or the
Sandwich Hills Property. Kanodia further stipulates that he will not permit Ahmed to access any
assets of Sandwich Hills, LLC or the Sandwich Hills Property.

        For the foregoing reasons, the Commission and Kanodia HEREBY STIPULATE AND
AGREE that the Court's Amended Temporary Restraining Order, dated May 21, 2015, is
modified to remove the following pieces of real property from the Order:

> Real property located at 360 Washington Street, Dedham, MA 02026 and held in
> the name of 354-360 Washington Street LP; and

> Real property located at 22 Green House Road, Forestdale, MA 02644 and held in
> the name of Sandwich Hills LLC.

        The Amended Temporary Restraining Order shall in all other ways remain in effect.

3

Dated: July 13, 2015

s/ Nicholas P. Heinke
_____
Nicholas P. Heinke (Colo. Bar No. 38738)         Amit Kanodia
Connecticut Bar No. phv07374
Mark L. Williams (New York Bar No. 4796611)
Connecticut Bar No. phv07375
United States Securities and Exchange Commission
1961 Stout St., Suite 1700, Denver, CO  80294
Phone:          (303) 844-1000 (main)
                (303) 844-1071 (Heinke)
                (303) 844-1027 (Williams)
E-mail:         HeinkeN@sec.gov
                WilliamsML@sec.gov

John B. Hughes (CT05289)                          Martin G. Weinberg
Connecticut Federal Bar No. ct05289               Martin G. Weinberg, P.C.
Assistant United States Attorney                  20 Park Plaza, Suite 1000
Chief, Civil Division                             Boston, MA 02116
United States Attorney's Office                   Phone:          (617) 227-3700
Connecticut Financial Center                      Email:          owlmgw@att.net
157 Church St., 25th Floor
New Haven, CT 06510                                *Attorney for Amit Kanodia*
Ph: (203) 821-3700
Fax: (203) 773-5373
E-mail: John.Hughes@usdoj.gov

*Attorneys for Plaintiff*
UNITED STATES SECURITIES AND EXCHANGE
COMMISSION

SO ORDERED, this ___ day of July, 2015

_____
Janet Bond Arterton, U.S.D.J.

4

Dated: ~~June~~ July 8, 2015

Amit Kanodia

Nicholas P. Heinke (Colo. Bar No. 38738)
Connecticut Bar No. phv07374
Mark L. Williams (New York Bar No. 4796611)
Connecticut Bar No. phv07375
United States Securities and Exchange Commission
1961 Stout St., Suite 1700, Denver, CO 80294
Phone:          (303) 844-1000 (main)
                (303) 844-1071 (Heinke)
                (303) 844-1027 (Williams)
E-mail:         HeinkeN@sec.gov
                WilliamsML@sec.gov

John B. Hughes (CT05289)
Connecticut Federal Bar No. ct05289
Assistant United States Attorney
Chief, Civil Division
United States Attorney's Office
Connecticut Financial Center
157 Church St., 25th Floor
New Haven, CT 06510
Ph: (203) 821-3700
Fax: (203) 773-5373
E-mail: John.Hughes@usdoj.gov

*Attorneys for Plaintiff*
UNITED STATES SECURITIES AND EXCHANGE
COMMISSION

Martin G. Weinberg
Martin G. Weinberg, P.C.
20 Park Plaza, Suite 1000
Boston, MA 02116
Phone: (617) 227-3700
Email: owlmgw@att.net

*Attorney for Amit Kanodia*

SO ORDERED, this 16th day of ~~June,~~ July, 2015

_____/s/_____
Janet Bond Arterton, U.S.D.J.

4

CERTIFICATE OF SERVICE

I certify that on July 13, 2015 a copy of the foregoing document was served via ECF/e-

mail/UPS upon the following:

Iftikar Ahmed
505 North Street
Greenwich, Connecticut 06830

Ahmed Sole Prop
505 North Street
Greenwich, Connecticut 06830

Jonathan Harris
Harris, O'Brien, St. Laurent & Chaudhry LLP
111 Broadway, Suite 1502
New York, NY 10006
 (Counsel for Relief Defendants)

                                   s/Nicholas P. Heinke
                                   Nicholas P. Heinke

5

Form **8879-PE**

Department of the Treasury
Internal Revenue Service

# IRS e-file Signature Authorization
## for Form 1065

▶ Do not send to the IRS. Keep for your records.
▶ Information about Form 8879-PE and its instructions is at *www.irs.gov/form8879pe.*
For calendar year 2013, or tax year beginning _____ , 2013, ending _____ ,20 ____

OMB No. 1545-2042

**2013**

| Name of partnership | Employer identification number |
|---|---|
| 354-360 WASHINGTON STREET LIMITED PARTNERSHIP | |

| Part I | Return Information (Whole dollars only) | | |
|---|---|---|---|
| 1 Gross receipts or sales less returns and allowances (Form 1065, line 1c) | | 1 | |
| 2 Gross profit (Form 1065, line 3) | | 2 | |
| 3 Ordinary business income (loss) (Form 1065, line 22) | | 3 | |
| 4 Net rental real estate income (loss) (Form 1065, Schedule K, line 2) | | 4 | -92,574. |
| 5 Other net rental income (loss) (Form 1065, Schedule K, line 3c) | | 5 | |

| Part II | Declaration and Signature Authorization of General Partner or Limited Liability Company Member Manager (Be sure to get a copy of the partnership's return) |
|---|---|

Under penalties of perjury, I declare that I am a general partner or limited liability company member manager of the above partnership and that I have examined a copy of the partnership's 2013 electronic return of partnership income and accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the partnership's electronic return of partnership income. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the partnership's return to the IRS and to receive from the IRS (a) an acknowledgement of receipt or reason for rejection of the transmission and (b) the reason for any delay in processing the return. I have selected a personal identification number (PIN) as my signature for the partnership's electronic return of partnership income.

General Partner or Limited Liability Company Member Manager's PIN: check one box only

[X] I authorize  REARDON  AND  COMPANY LLP _____   to enter my PIN _____
ERO firm name                                                                                           do not enter all zeros
as my signature on the partnership's 2013 electronically filed return of partnership income.

[ ]  As a general partner or limited liability company member manager of the partnership, I will enter my PIN as my signature on the partnership's 2013 electronically filed return of partnership income.

General partner or limited liability company member manager's signature ▶ _____

Title ▶ PRESIDENT                                                               Date ▶ _____

| Part III | Certification and Authentication |
|---|---|

ERO's EFIN/PIN. Enter your six-digit EFIN followed by your five-digit self-selected PIN. [_____]
                                                                          do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the 2013 electronically filed return of partnership income for the partnership indicated above. I confirm that I am submitting this return in accordance with the requirements of Pub. 3112, IRS e-file Application and Participation, and Pub. 4163, Modernized e-File (MeF) Information for Authorized IRS e-file Providers for Business Returns.

ERO's signature ▶ _____ CPA   Date ▶ 9/12/14

**ERO Must Retain This Form - See Instructions**
**Do Not Submit This Form to the IRS Unless Requested To Do So**

For Paperwork Reduction Act Notice, see instructions.                                      Form **8879-PE** (2013)
LHA

Plaintiff's Exhibit

1

3:15cv675 (JBA)

321031
10-09-13

| Form **7004** | Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns | | OMB No. 1545-0233 |
|---|---|---|---|
| (Rev. December 2012) | ▶ File a separate application for each return. | | |
| Department of the Treasury Internal Revenue Service | ▶ Information about Form 7004 and its separate Instructions is at *www.irs.gov/form7004*. | | |

| | Name | Identifying number |
|---|---|---|
| **Print or Type** | 354-360 WASHINGTON STREET LIMITED PARTNERSHIP | |
| | Number, street, and room or suite no. (If P.O. box, see instructions.) | |
| | 8 CRESCENT HILL | |
| | City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code)). | |
| | WAKEFIELD, MA   01880 | |

Note. *File request for extension by the due date of the return for which the extension is granted. See instructions before completing this form.*

**Part I   Automatic 5-Month Extension**

1a  Enter the form code for the return that this application is for (see below) .......................................................... | 09

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 1065 | 09 | Form 1041 (estate other than a bankruptcy estate) | 04 |
| Form 8804 | 31 | Form 1041 (trust) | 05 |

**Part II   Automatic 6-Month Extension**

b  Enter the form code for the return that this application is for (see below) .......................................................... |

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 706-GS(T) | 02 | Form 1120-PC | 21 |
| Form 1041 (bankruptcy estate only) | 03 | Form 1120-POL | 22 |
| Form 1041-N | 06 | Form 1120-REIT | 23 |
| Form 1041-QFT | 07 | Form 1120-RIC | 24 |
| Form 1042 | 08 | Form 1120S | 25 |
| Form 1065-B | 10 | Form 1120-SF | 26 |
| Form 1066 | 11 | Form 3520-A | 27 |
| Form 1120 | 12 | Form 8612 | 28 |
| Form 1120-C | 34 | Form 8613 | 29 |
| Form 1120-F | 15 | Form 8725 | 30 |
| Form 1120-FSC | 16 | Form 8831 | 32 |
| Form 1120-H | 17 | Form 8876 | 33 |
| Form 1120-L | 18 | Form 8924 | 35 |
| Form 1120-ND | 19 | Form 8928 | 36 |

2   If the organization is a foreign corporation that does not have an office or place of business in the United States, check here .............................. ▶ ☐

3   If the organization is a corporation and is the common parent of a group that intends to file a consolidated return, check here .............................. ▶ ☐
    If checked, attach a statement, listing the name, address, and Employer Identification Number (EIN) for each member covered by this application.

**Part III   All Filers Must Complete This Part**

4   If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here ................................................. ▶ ☐

5a  The application is for calendar year  2013 , or tax year beginning _____ , and ending _____

b  Short tax year. If this tax year is less than 12 months, check the reason:  ☐ Initial return   ☐ Final return
   ☐ Change in accounting period   ☐ Consolidated return to be filed   ☐ Other (see instructions-attach explanation)

| 6 | Tentative total tax ................................................................................................................................................ | 6 | |
|---|---|---|---|
| 7 | Total payments and credits (see instructions) ........................................................................................................ | 7 | |
| 8 | Balance due. Subtract line 7 from line 6 (see instructions) .................................................................................... | 8 | |

LHA  **For Privacy Act and Paperwork Reduction Act Notice, see separate Instructions.**                                      Form **7004** (Rev. 12-2012)
319741
03-06-14

| Form **1065** | | **U.S. Return of Partnership Income** | | OMB No. 1545-0099 |
|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | For calendar year 2013, or tax year beginning _____ , _____ , ending _____ , _____ | | **2013** |
| | | EXTENSION GRANTED TO 09/15/14 | | |

| | | | | |
|---|---|---|---|---|
| **A** Principal business activity | Name of partnership | | | **D** Employer identification number |
| RENTALS | 354-360 WASHINGTON STREET LIMITED PARTNERSHIP | | | |
| **B** Principal product or service | Type or Print | Number, street, and room or suite no. If a P.O. box, see the instructions. | | **E** Date business started |
| | | 8  CRESCENT HILL | | 05/01/1994 |
| REAL ESTATE | City or town, state or province, country, and ZIP or foreign postal code | | | **F** Total assets |
| **C** Business code number | | | | |
| 531110 | WAKEFIELD | | MA 01880 | $ 576,847. |

**G** Check applicable boxes: **(1)** ☐ Initial return **(2)** ☐ Final return **(3)** ☐ Name change **(4)** ☐ Address change **(5)** ☐ Amended return
**(6)** ☐ Technical termination - also check (1) or (2)

**H** Check accounting method: **(1)** ☐ Cash **(2)** ☒ Accrual **(3)** ☐ Other (specify) ▶ _____

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ 3

**J** Check if Schedules C and M-3 are attached ................................................................. ☐

*Caution. Include only trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.*

| | | | | |
|---|---|---|---|---|
| **Income** | 1 a Gross receipts or sales ........................................... | 1a | | |
| | b Returns and allowances ........................................... | 1b | | |
| | c Balance. Subtract line 1b from line 1a ............................................. | | 1c | |
| | 2 Cost of goods sold (attach Form 1125-A) .......................................... | | 2 | |
| | 3 Gross profit. Subtract line 2 from line 1c .......................................... | | 3 | |
| | 4 Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) .......... | | 4 | |
| | 5 Net farm profit (loss) (attach Schedule F (Form 1040)) ............................... | | 5 | |
| | 6 Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) ..................... | | 6 | |
| | 7 Other income (loss) (attach statement) ............................................ | | 7 | |
| | 8 **Total income (loss).** Combine lines 3 through 7 ................................... | | 8 | |
| **Deductions (see the instructions for limitations)** | 9 Salaries and wages (other than to partners) (less employment credits) .................. | | 9 | |
| | 10 Guaranteed payments to partners .............................................. | | 10 | |
| | 11 Repairs and maintenance .................................................... | | 11 | |
| | 12 Bad debts ................................................................ | | 12 | |
| | 13 Rent .................................................................... | | 13 | |
| | 14 Taxes and licenses ........................................................ | | 14 | |
| | 15 Interest ................................................................. | | 15 | |
| | 16 a Depreciation (if required, attach Form 4562) .................. 16a | | | |
| | b Less depreciation reported on Form 1125-A and elsewhere on return ............ 16b | | 16c | |
| | 17 Depletion (Do not deduct oil and gas depletion.) ................................. | | 17 | |
| | 18 Retirement plans, etc. ...................................................... | | 18 | |
| | 19 Employee benefit programs .................................................. | | 19 | |
| | 20 Other deductions (attach statement) ........................................... | | 20 | |
| | 21 **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 ..... | | 21 | |
| | 22 **Ordinary business income (loss).** Subtract line 21 from line 8 ...................... | | 22 | 0. |

| | | | |
|---|---|---|---|
| **Sign Here** | Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member manager) is based on all information of which preparer has any knowledge. | | May the IRS discuss this return with the preparer shown below (see instr.)? ☒ Yes ☐ No |
| | Signature of general partner or limited liability company member manager ▶ | Date | |

| | | | | | |
|---|---|---|---|---|---|
| | Print/Type preparer's name | Preparer's signature | Date | Check ☒ if self-employed | PTIN |
| **Paid Preparer Use Only** | ANDREW J. REARDON C.P.A. | | | | |
| | Firm's name ▶ REARDON AND COMPANY LLP | | | Firm's EIN ▶ 0 | |
| | Firm's address ▶111 WILLARD STREET QUINCY, MA 02169 | | | Phone no. 617-472-9434 | |

LHA   **For Paperwork Reduction Act Notice, see separate instructions.**                                   Form **1065** (2013)

311001
12-16-13

Form 1065 (2013)   354-360 WASHINGTON STREET LIMITED PARTNE ███████   Page 2

## Schedule B | Other Information

| | | Yes | No |
|---|---|---|---|
| **1** | What type of entity is filing this return? Check the applicable box: | | |
| a | ☐ Domestic general partnership   b ☒ Domestic limited partnership | | |
| c | ☐ Domestic limited liability company   d ☐ Domestic limited liability partnership | | |
| e | ☐ Foreign partnership   f ☐ Other ▶ | | |
| **2** | At any time during the tax year, was any partner in the partnership a disregarded entity, a partnership (including an entity treated as a partnership), a trust, an S corporation, an estate (other than an estate of a deceased partner), or a nominee or similar person? | | X |
| **3** | At the end of the tax year: | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | X |
| b | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | X | |
| **4** | At the end of the tax year, did the partnership: | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| **5** | Did the partnership file Form 8893, Election of Partnership Level Tax Treatment, or an election statement under section 6231(a)(1)(B)(ii) for partnership-level tax treatment, that is in effect for this tax year? See Form 8893 for more details | | X |
| **6** | Does the partnership satisfy **all four** of the following conditions? | | |
| a | The partnership's total receipts for the tax year were less than $250,000. | | |
| b | The partnership's total assets at the end of the tax year were less than $ 1 million. | | |
| c | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| d | The partnership is not filing and is not required to file Schedule M-3 | | X |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or Item L on Schedule K-1. | | |
| **7** | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? | | X |
| **8** | During the tax year, did the partnership have any debt that was cancelled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| **9** | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| **10** | At any time during calendar year 2013, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See the instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR) (formerly TD F 90-22.1). If "Yes," enter the name of the foreign country. ▶ | | X |

Form **1065** (2013)

Form 1065 (2013)   354-360 WASHINGTON STREET LIMITED PARTNE       Page 3

| Schedule B | Other Information *(continued)* | | |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| 11 | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions | | X |
| 12a | Is the partnership making, or had it previously made (and not revoked), a section 754 election? See instructions for details regarding a section 754 election. | | X |
| b | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| c | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| 13 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly-owned by the partnership throughout the tax year) ▶ ☐ | | |
| 14 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? | | X |
| 15 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities, enter the number of Forms 8858 attached. See instructions ▶ | | |
| 16 | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership. ▶ | | X |
| 17 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return. ▶ | | |
| 18a | Did you make any payments in 2013 that would require you to file Form(s) 1099? See instructions | | X |
| b | If "Yes," did you or will you file required Form(s) 1099? | | |
| 19 | Enter the number of Form(s) 5471, Information Return of U.S. Persons With Respect To Certain Foreign Corporations, attached to this return. ▶ | | |
| 20 | Enter the number of partners that are foreign governments under section 892. ▶ | | |

**Designation of Tax Matters Partner** (see instructions)

Enter below the general partner or member-manager designated as the tax matters partner (TMP) for the tax year of this return:

| Name of designated TMP ▶ | Identifying number of TMP ▶ |
|---|---|
| If the TMP is an entity, name of TMP representative ▶ | Phone number of TMP ▶ |
| Address of designated TMP ▶ | |

Form **1065** (2013)

Form 1065 (2013)   354-360 WASHINGTON STREET LIMITED PARTNE                                                    Page 4

| Schedule K | Partners' Distributive Share Items | | Total amount |
|---|---|---|---|
| | 1 Ordinary business income (loss) (page 1, line 22) | 1 | 0. |
| | 2 Net rental real estate income (loss) (attach Form 8825) ............... SEE STATEMENT 1 | 2 | -92,574. |
| | 3 a Other gross rental income (loss) ................................... 3a | | |
| | b Expenses from other rental activities (attach statement) ............ 3b | | |
| | c Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| | 4 Guaranteed payments | 4 | |
| | 5 Interest income | 5 | |
| | 6 Dividends: a Ordinary dividends | 6a | |
| | b Qualified dividends ........................... 6b | | |
| | 7 Royalties | 7 | |
| | 8 Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | 8 | |
| | 9 a Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | 9a | |
| | b Collectibles (28%) gain (loss) ................................... 9b | | |
| | c Unrecaptured section 1250 gain (attach statement) ................ 9c | | |
| | 10 Net section 1231 gain (loss) (attach Form 4797) | 10 | |
| | 11 Other income (loss) (see instructions) Type ▶ | 11 | |
| | 12 Section 179 deduction (attach Form 4562) | 12 | |
| | 13 a Contributions | 13a | |
| | b Investment interest expense | 13b | |
| | c Section 59(e)(2) expenditures: (1) Type ▶                  (2) Amount ▶ | 13c(2) | |
| | d Other deductions (see instructions) Type ▶ | 13d | |
| | 14 a Net earnings (loss) from self-employment | 14a | 0. |
| | b Gross farming or fishing income | 14b | |
| | c Gross nonfarm income | 14c | |
| | 15 a Low-income housing credit (section 42(j)(5)) | 15a | |
| | b Low-income housing credit (other) | 15b | |
| | c Qualified rehabilitation expenditures (rental real estate) (attach Form 3468) | 15c | |
| | d Other rental real estate credits (see instructions)      Type ▶ | 15d | |
| | e Other rental credits (see instructions)      Type ▶ | 15e | |
| | f Other credits (see instructions)      Type ▶ | 15f | |
| | 16 a Name of country or U.S. possession ▶ | | |
| | b Gross income from all sources | 16b | |
| | c Gross income sourced at partner level | 16c | |
| | Foreign gross income sourced at partnership level | | |
| | d Passive category ▶            e General category ... ▶            f Other ...... ▶ | 16f | |
| | Deductions allocated and apportioned at partner level | | |
| | g Interest expense ▶            h Other | 16h | |
| | Deductions allocated and apportioned at partnership level to foreign source income | | |
| | i Passive category ▶      j General category ... ▶            k Other ...... ▶ | 16k | |
| | l Total foreign taxes (check one): ▶ Paid ☐  Accrued ☐ | 16l | |
| | m Reduction in taxes available for credit (attach statement) | 16m | |
| | n Other foreign tax information (attach statement) | | |
| | 17 a Post-1986 depreciation adjustment | 17a | |
| | b Adjusted gain or loss | 17b | |
| | c Depletion (other than oil and gas) | 17c | |
| | d Oil, gas, and geothermal properties - gross income | 17d | |
| | e Oil, gas, and geothermal properties - deductions | 17e | |
| | f Other AMT items (attach statement) ................... SEE STATEMENT 2 | 17f | 17,924. |
| | 18 a Tax-exempt interest income | 18a | |
| | b Other tax-exempt income | 18b | |
| | c Nondeductible expenses | 18c | |
| | 19 a Distributions of cash and marketable securities | 19a | |
| | b Distributions of other property | 19b | |
| | 20 a Investment income | 20a | |
| | b Investment expenses | 20b | |
| | c Other items and amounts (attach statement) | | |

Row labels (left margin): Income (Loss); Deductions; Self-Employment; Credits; Foreign Transactions; Alternative Minimum Tax (AMT) Items; Other Information

Form 1065 (2013)

4

Form 1065 (2013)   354-360 WASHINGTON STREET LIMITED PARTNE   Page 5

## Analysis of Net Income (Loss)

| 1 | Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16l | 1 | -92,574. |
|---|---|---|---|

| 2 Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| a General partners | -926. | | | | | |
| b Limited partners | | | -91,648. | | | |

## Schedule L   Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | 4,241. | | 4,574. |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | | | | |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets (attach statement) | | | | |
| 7a Loans to partners (or persons related to partners) | | 106,317. | | |
| b Mortgage and real estate loans | | | | |
| 8 Other investments (attach statement) | | | | |
| 9a Buildings and other depreciable assets | 705,216. | | 705,216. | |
| b Less accumulated depreciation | 249,069. | 456,147. | 266,993. | 438,223. |
| 10a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 11 Land (net of any amortization) | | 132,159. | | 132,159. |
| 12a Intangible assets (amortizable only) | 4,450. | | 4,450. | |
| b Less accumulated amortization | 2,114. | 2,336. | 2,559. | 1,891. |
| 13 Other assets (attach statement) | | | | |
| 14 Total assets | | 701,200. | | 576,847. |
| **Liabilities and Capital** | | | | |
| 15 Accounts payable | | | | |
| 16 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 Other current liabilities (attach statement) | STATEMENT 3 | 52,000. | | 52,000. |
| 18 All nonrecourse loans | | | | |
| 19a Loans from partners (or persons related to partners) | | | | 23,221. |
| b Mortgages, notes, bonds payable in 1 year or more | | 843,334. | | 788,334. |
| 20 Other liabilities (attach statement) | | | | |
| 21 Partners' capital accounts | | -194,134. | | -286,708. |
| 22 Total liabilities and capital | | 701,200. | | 576,847. |

## Schedule M-1   Reconciliation of Income (Loss) per Books With Income (Loss) per Return
Note. Schedule M-3 may be required instead of Schedule M-1 (see instructions).

| | | | | |
|---|---|---|---|---|
| 1 Net income (loss) per books | -92,574. | 6 Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | | |
| 2 Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | a Tax-exempt interest $ | | |
| 3 Guaranteed payments (other than health insurance) | | 7 Deductions included on Schedule K, lines 1 through 13d, and 16l, not charged against book income this year (itemize): | | |
| 4 Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16l (itemize): | | a Depreciation $ | | |
| a Depreciation $ | | | | |
| b Travel and entertainment $ | | 8 Add lines 6 and 7 | | |
| | | 9 Income (loss) (Analysis of Net Income (Loss), | | |
| 5 Add lines 1 through 4 | -92,574. | line 1). Subtract line 8 from line 5 | | -92,574. |

## Schedule M-2   Analysis of Partners' Capital Accounts

| | | | | |
|---|---|---|---|---|
| 1 Balance at beginning of year | -194,134. | 6 Distributions: a Cash | | |
| 2 Capital contributed: a Cash | | b Property | | |
| b Property | | 7 Other decreases (itemize): | | |
| 3 Net income (loss) per books | -92,574. | | | |
| 4 Other increases (itemize): | | 8 Add lines 6 and 7 | | |
| 5 Add lines 1 through 4 | -286,708. | 9 Balance at end of year. Subtract line 8 from line 5 | | -286,708. |

311042

| Form **8825** | Rental Real Estate Income and Expenses of a Partnership or an S Corporation | OMB No. 1545-1186 |
|---|---|---|
| (Rev. December 2010) Department of the Treasury Internal Revenue Service | ▶ See instructions on page 2. ▶ Attach to Form 1065, Form 1065-B, or Form 1120S. | |

Name   354-360 WASHINGTON STREET LIMITED PARTNERSHIP

Employer identification number ▮▮▮▮▮

**1** Show the type and address of each property. For each rental real estate property listed, report the number of days rented at fair rental value and days with personal use. See instructions. See page 2 to list additional properties.

| Physical address of each property - street, city, state, ZIP code | Type - Enter code 1-8; see page 2 for list | Fair Rental Days | Personal Use Days |
|---|---|---|---|
| **A** 354-360 WASHINGTON ST. DEDHAM, MA 02026 | 4 | | |
| **B** | | | |
| **C** | | | |
| **D** | | | |

| | | **Properties** | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| **Rental Real Estate Income** | | | | | |
| 2 Gross rents | 2 | 0. | | | |
| **Rental Real Estate Expenses** | | | | | |
| 3 Advertising | 3 | | | | |
| 4 Auto and travel | 4 | | | | |
| 5 Cleaning and maintenance | 5 | 300. | | | |
| 6 Commissions | 6 | | | | |
| 7 Insurance | 7 | 8,115. | | | |
| 8 Legal and other professional fees | 8 | 386. | | | |
| 9 Interest | 9 | 16,536. | | | |
| 10 Repairs | 10 | 1,865. | | | |
| 11 Taxes | 11 | 39,580. | | | |
| 12 Utilities | 12 | 4,676. | | | |
| 13 Wages and salaries | 13 | | | | |
| 14 Depreciation (see instructions) | 14 | 17,924. | | | |
| 15 Other (list) ▶ STMT 5 | 15 | 3,192. | | | |
| 16 Total expenses for each property. Add lines 3 through 15 | 16 | 92,574. | | | |
| 17 Income or (Loss) from each property. Subtract line 16 from line 2 | 17 | -92,574. | | | |

| | | | |
|---|---|---|---|
| 18a Total gross rents. Add gross rents from line 2, columns A through H | | 18a | |
| b Total expenses. Add total expenses from line 16, columns A through H | | 18b | ( 92,574.) |
| 19 Net gain (loss) from Form 4797, Part II, line 17, from the disposition of property from rental real estate activities | | 19 | |
| 20a Net income (loss) from rental real estate activities from partnerships, estates, and trusts in which this partnership or S corporation is a partner or beneficiary (from Schedule K-1) | | 20a | |

b Identify below the partnerships, estates, or trusts from which net income (loss) is shown on line 20a. Attach a schedule if more space is needed:

| (1) Name | (2) Employer identification number |
|---|---|
| | |
| | |

| | | |
|---|---|---|
| 21 Net rental real estate income (loss). Combine lines 18a through 20a. Enter the result here and on:<br>• Form 1065 or 1120S: Schedule K, line 2, or<br>• Form 1065-B: Part I, line 4 | 21 | -92,574. |

320141
05-01-13   JWA   For Paperwork Reduction Act Notice, see page 2 of form.

Form **8825** (12-2010)

354-360 WASHINGTON STREET LIMITED PARTNE

Form 8825 (12-2010)                                                                                                        age 2

| 1 | Show the type and address of each property. For each rental real estate property listed, report the number of days rented at fair rental value and days with personal use. See instructions. | | | | |

| Physical address of each property - street, city, state, ZIP code | | Type - Enter code 1-8; see below for list | Fair Rental Days | Personal Use Days |
|---|---|---|---|---|
| E | | | | |
| F | | | | |
| G | | | | |
| H | | | | |

|  |  | Properties | | | |
|---|---|---|---|---|---|
|  |  | E | F | G | H |
| **Rental Real Estate Income** | | | | | |
| 2 Gross rents | 2 | | | | |
| **Rental Real Estate Expenses** | | | | | |
| 3 Advertising | 3 | | | | |
| 4 Auto and travel | 4 | | | | |
| 5 Cleaning and maintenance | 5 | | | | |
| 6 Commissions | 6 | | | | |
| 7 Insurance | 7 | | | | |
| 8 Legal and other professional fees | 8 | | | | |
| 9 Interest | 9 | | | | |
| 10 Repairs | 10 | | | | |
| 11 Taxes | 11 | | | | |
| 12 Utilities | 12 | | | | |
| 13 Wages and salaries | 13 | | | | |
| 14 Depreciation (see instructions) | 14 | | | | |
| 15 Other (list) ▶ | 15 | | | | |
| 16 Total expenses for each property. Add lines 3 through 15 | 16 | | | | |
| 17 Income or (Loss) from each property. Subtract line 16 from line 2 | 17 | | | | |

**Allowable Codes for Type of Property**

1 - Single Family Residence

2 - Multi-Family Residence

3 - Vacation or Short-Term Rental

4 - Commercial

5 - Land

6 - Royalties

7 - Self-Rental

8 - Other (include description with the code on Form 8825 or on a separate statement)

JWA                                                                                                        Form 8825 (12-2010)

320142
05-01-13

7

| SCHEDULE B-1<br>(Form 1065)<br>(Rev. December 2011)<br>Department of the Treasury<br>Internal Revenue Service | Information on Partners Owning 50% or More of the Partnership<br><br>▶ Attach to Form 1065. See instructions. | OMB No. 1545-0099 |
|---|---|---|

| Name of partnership | Employer identification number |
|---|---|
| 354-360 WASHINGTON STREET LIMITED PARTNERSHIP | ████ |

### Part I   Entities Owning 50% or More of the Partnership (Form 1065, Schedule B, Question 3a)

Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, tax-exempt organization, or any foreign government that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### Part II   Individuals or Estates Owning 50% or More of the Partnership (Form 1065, Schedule B, Question 3b)

Complete columns (i) through (iv) below for any individual or estate that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| AMIT KANODIA | ████ | UNITED STATES | 74.00 |
| | | | |
| | | | |
| | | | |
| | | | |

LHA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065. Schedule B-1 (Form 1065) (Rev. 12-2011)

**2013 DEPRECIATION AND AMORTIZATION REPORT**
COMMERCIAL REAL ESTATE

R-    1

| Asset No. | Description | Date Acquired | Method | Life | Line No. | Unadjusted Cost Or Basis | Bus % Excl | * Reduction In Basis | Basis For Depreciation | Accumulated Depreciation | Current Sec 179 | Current Year Deduction |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | LOAN COSTS | 041008 | 461 | 120M | 43 | 4,450. | | | 4,450. | 2,114. | | 445. |
| | * TOTAL RENTAL | | | | | | | | | | | |
| | DEPRECIATION & AMOR | | | | | 4,450. | | | 4,450. | 2,114. | | 445. |

328102
05-01-13

(D) - Asset disposed

* ITC, Section 179, Salvage, Bonus, Commercial Revitalization Deduction

8.1

## Worksheet for Adjusted Current Earnings Adjustments
## for Corporate and Partnership Partners

| Name of partnership | Employer identification number |
|---|---|
| 354-360 WASHINGTON STREET LIMITED PARTNERSHIP | |

1. Additions to AMTI:
   a. Depreciation recomputed for AMT purposes ......... 17,924.
   b. Tax-exempt interest income
   c. Amortization of organizational expenditures
   d. Depletion for post-1989 properties
   e. Intangible drilling costs deducted from AMTI

   f. Total additions to AMTI ......... 17,924.

2. Deductions:
   a. Depreciation recomputed for ACE purposes
   b. Depletion recomputed for ACE purposes
   c. ACE intangible drilling costs

   d. Total deductions

3. Other adjustments:
   a. Basis adjustments from sales or exchanges
   b. Other adjustments

   c. Total other adjustments

4. Total adjustments to AMTI for ACE calculation. Combine lines 1f, 2d and 3c ......... 17,924.

312181
05-01-13

354-360 WASHINGTON STREET LIMITED PARTNE

| SCHEDULE K | NET INCOME (LOSS) FROM RENTAL REAL ESTATE | STATEMENT 1 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| COMMERCIAL - COMMERCIAL REAL ESTATE | -92,574. |
| TOTAL TO SCHEDULE K, LINE 2 | -92,574. |

| SCHEDULE K | OTHER ADJUSTMENTS AND TAX PREFERENCE ITEMS | STATEMENT 2 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| ADJUSTED CURRENT EARNINGS FROM THE PARTNERSHIP | 17,924. |
| TOTAL TO SCHEDULE K, LINE 17F | 17,924. |

| SCHEDULE L | OTHER CURRENT LIABILITIES | STATEMENT 3 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| ACCRUED EXPENSES | 52,000. | 52,000. |
| TOTAL TO SCHEDULE L, LINE 17 | 52,000. | 52,000. |

| FORM 1065 | PARTNERS' CAPITAL ACCOUNT SUMMARY | STATEMENT 4 |
|---|---|---|

| PARTNER NUMBER | BEGINNING CAPITAL | CAPITAL CONTRIBUTED | SCHEDULE M-2 LNS 3, 4 & 7 | WITH-DRAWALS | ENDING CAPITAL |
|---|---|---|---|---|---|
| 2 | -162,739. | | -68,505. | | -231,244. |
| 3 | -5,838. | | -926. | | -6,764. |
| 4 | -25,557. | | -23,143. | | -48,700. |
| TOTAL | -194,134. | | -92,574. | | -286,708. |

354-360 WASHINGTON STREET LIMITED PARTNE

| OTHER RENTAL EXPENSES | STATEMENT | 5 |
|---|---|---|

COMMERCIAL

PROPERTY:  COMMERCIAL REAL ESTATE
LOCATION:  354-360 WASHINGTON ST., DEDHAM, MA 02026

| DESCRIPTION | AMOUNT |
|---|---|
| ANNUAL REPORT | 2,325. |
| SECURITY | 422. |
| AMORTIZATION | 445. |
| TOTAL TO RENTAL SCHEDULE, LINE 15 | 3,192. |

2

651113

| Schedule K-1 (Form 1065) **2013** | | | | |
|---|---|---|---|---|

☐ Final K-1   ☐ Amended K-1    OMB No. 1545-0099

Department of the Treasury
Internal Revenue Service

For calendar year 2013, or tax
year beginning _____
ending _____

**Partner's Share of Income, Deductions,
Credits, etc.**    ▶ See separate Instructions.

**Part III   Partner's Share of Current Year Income,
Deductions, Credits, and Other Items**

| | | |
|---|---|---|
| 1 Ordinary business income (loss) 0. | 15 Credits | |
| 2 Net rental real estate income (loss) -68,505. | 16 Foreign transactions | |
| 3 Other net rental income (loss) | | |
| 4 Guaranteed payments | | |
| 5 Interest income | | |
| 6a Ordinary dividends | | |
| 6b Qualified dividends | 17 Alternative min tax (AMT) items | |
| 7 Royalties | | |
| 8 Net short-term capital gain (loss) | 18 Tax-exempt income and nondeductible expenses | |
| 9a Net long-term capital gain (loss) | | |
| 9b Collectibles (28%) gain (loss) | 19 Distributions | |
| 9c Unrecaptured sec 1250 gain | | |
| 10 Net section 1231 gain (loss) | 20 Other Information | |
| 11 Other income (loss) | | |
| 12 Section 179 deduction | | |
| 13 Other deductions | | |
| 14 Self-employment earnings (loss) A 0. | | |

**Part I   Information About the Partnership**

A Partnership's employer identification number ▮

B Partnership's name, address, city, state, and ZIP code
354-360 WASHINGTON STREET LIMITED
PARTNERSHIP
8 CRESCENT HILL
WAKEFIELD, MA   01880

C IRS Center where partnership filed return
E-FILE

D ☐ Check if this is a publicly traded partnership (PTP)

**Part II   Information About the Partner**

E Partner's identifying number ▮

F Partner's name, address, city, state, and ZIP code

AMIT KANODIA
8 CRESCENT HILL
WAKEFIELD, MA   01880

G ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

H ☒ Domestic partner   ☐ Foreign partner

I1 What type of entity is this partner?   INDIVIDUAL

I2 If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

J Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 74.0% | 74.0000000% |
| Loss | 74.0% | 74.0000000% |
| Capital | 74.0% | 74.0000000% |

K Partner's share of liabilities at year end:

| | | |
|---|---|---|
| Nonrecourse | $ | |
| Qualified nonrecourse financing | $ | |
| Recourse | $ | 0. |

*See attached statement for additional information.

L Partner's capital account analysis:

| | | |
|---|---|---|
| Beginning capital account | $ | -162,739. |
| Capital contributed during the year | $ | |
| Current year increase (decrease) | $ | -68,505. |
| Withdrawals & distributions | $( | ) |
| Ending capital account | $ | -231,244. |

For IRS Use Only

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

M Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If "Yes", attach statement (see instructions)

311261 12-03-13 LHA  For Paperwork Reduction Act Notice, see Instructions for Form 1065.    IRS.gov/form1065    Schedule K-1 (Form 1065) 2013

651113

**Schedule K-1**
**(Form 1065)**

Department of the Treasury
Internal Revenue Service

**2013**

For calendar year 2013, or tax
year beginning _____
ending _____

**Partner's Share of Income, Deductions,**
**Credits, etc.**

▶ See separate instructions.

☐ Final K-1      ☐ Amended K-1      OMB No. 1545-0099

**Part III   Partner's Share of Current Year Income,**
**Deductions, Credits, and Other Items**

| | | |
|---|---|---|
| 1 Ordinary business income (loss)<br>0. | 15 Credits | |
| 2 Net rental real estate income (loss)<br>-926. | 16 Foreign transactions | |
| 3 Other net rental income (loss) | | |

**Part I   Information About the Partnership**

A  Partnership's employer identification number

B  Partnership's name, address, city, state, and ZIP code
354-360 WASHINGTON STREET LIMITED
PARTNERSHIP
8 CRESCENT HILL
WAKEFIELD, MA   01880

C  IRS Center where partnership filed return
E-FILE

D  ☐ Check if this is a publicly traded partnership (PTP)

| | |
|---|---|
| 4 Guaranteed payments | |
| 5 Interest income | |
| 6a Ordinary dividends | |
| | 17 Alternative min tax (AMT) items |
| 6b Qualified dividends | F*                     179. |
| 7 Royalties | |
| 8 Net short-term capital gain (loss) | 18 Tax-exempt income and<br>nondeductible expenses |

**Part II   Information About the Partner**

E  Partner's identifying number

F  Partner's name, address, city, state, and ZIP code

SNK CORP.
8 CRESCENT HILL
WAKEFIELD, MA   01880

| | |
|---|---|
| 9a Net long-term capital gain (loss) | |
| 9b Collectibles (28%) gain (loss) | 19 Distributions |
| 9c Unrecaptured sec 1250 gain | |
| | 20 Other information |
| 10 Net section 1231 gain (loss) | |
| 11 Other income (loss) | |

G  ☒ General partner or LLC
      member-manager
   ☐ Limited partner or other LLC
      member

H  ☒ Domestic partner      ☐ Foreign partner

I1  What type of entity is this partner?  CORPORATION
I2  If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here  ☐
J  Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 1.0000000% | 1.0000000% |
| Loss | 1.0000000% | 1.0000000% |
| Capital | 1.0000000% | 1.0000000% |

K  Partner's share of liabilities at year end:

| | | |
|---|---|---|
| Nonrecourse | $ | |
| Qualified nonrecourse financing | $ | |
| Recourse | $ | 811,555. |

| | |
|---|---|
| 12 Section 179 deduction | |
| 13 Other deductions | |
| 14 Self-employment earnings (loss) | |

*See attached statement for additional information.

L  Partner's capital account analysis:

| | | |
|---|---|---|
| Beginning capital account | $ | -5,838. |
| Capital contributed during the year | $ | |
| Current year increase (decrease) | $ | -926. |
| Withdrawals & distributions | $( | ) |
| Ending capital account | $ | -6,764. |

For IRS Use Only

☒ Tax basis     ☐ GAAP     ☐ Section 704(b) book
☐ Other (explain)

M  Did the partner contribute property with a built-in gain or loss?
☐ Yes     ☒ No
If "Yes", attach statement (see instructions)

311261
12-03-13   LHA   For Paperwork Reduction Act Notice, see Instructions for Form 1065.      IRS.gov/form1065      Schedule K-1 (Form 1065) 2013

354-360 WASHINGTON STREET LIMITED PARTNE

---

| SCHEDULE K-1 | OTHER ALTERNATIVE MINIMUM TAX (AMT)<br>ITEMS, BOX 17, CODE F | |
|---|---|---|

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| ADJUSTED CURRENT EARNINGS | SEE FORM 4626 ACE WORKSHEET<br>INSTRUCTIONS | 179. |
| TOTAL TO SCHEDULE K-1, BOX 17, CODE F | | 179. |

3

## Worksheet for Adjusted Current Earnings Adjustments
## for Corporate and Partnership Partners

| Name of partnership | Employer identification number |
|---|---|
| | |

| | | |
|---|---|---:|
| 1. Additions to AMTI: | | |
|   **a.** Depreciation recomputed for AMT purposes | 179. | |
|   **b.** Tax-exempt interest income | | |
|   **c.** Amortization of organizational expenditures | | |
|   **d.** Depletion for post-1989 properties | | |
|   **e.** Intangible drilling costs deducted from AMTI | | |
|   **f.** Total additions to AMTI | | 179. |
| 2. Deductions: | | |
|   **a.** Depreciation recomputed for ACE purposes | | |
|   **b.** Depletion recomputed for ACE purposes | | |
|   **c.** ACE intangible drilling costs | | |
|   **d.** Total deductions | | |
| 3. Other adjustments: | | |
|   **a.** Basis adjustments from sales or exchanges | | |
|   **b.** Other adjustments | | |
|   **c.** Total other adjustments | | |
| 4. Total adjustments to AMTI for ACE calculation.  Combine lines 1f, 2d and 3c | | 179. |

13-1

651113

**Schedule K-1**
**(Form 1065)**

**2013**

For calendar year 2013, or tax
year beginning _____
ending _____

Department of the Treasury
Internal Revenue Service

**Partner's Share of Income, Deductions,
Credits, etc.**

▶ See separate instructions.

| ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0099 |
|---|---|---|

**Part III   Partner's Share of Current Year Income,
Deductions, Credits, and Other Items**

| | |
|---|---|
| 1 Ordinary business income (loss) | 15 Credits |
| 0. | |
| 2 Net rental real estate income (loss) | |
| -23,143. | 16 Foreign transactions |
| 3 Other net rental income (loss) | |
| 4 Guaranteed payments | |
| 5 Interest income | |
| 6a Ordinary dividends | |
| | 17 Alternative min tax (AMT) items |
| 6b Qualified dividends | |
| 7 Royalties | |
| 8 Net short-term capital gain (loss) | 18 Tax-exempt income and nondeductible expenses |
| 9a Net long-term capital gain (loss) | |
| 9b Collectibles (28%) gain (loss) | 19 Distributions |
| 9c Unrecaptured sec 1250 gain | |
| | 20 Other information |
| 10 Net section 1231 gain (loss) | |
| 11 Other income (loss) | |
| 12 Section 179 deduction | |
| 13 Other deductions | |
| 14 Self-employment earnings (loss) | |
| A                    0. | |

**Part I   Information About the Partnership**

**A** Partnership's employer identification number

**B** Partnership's name, address, city, state, and ZIP code
354-360 WASHINGTON STREET LIMITED
PARTNERSHIP
8 CRESCENT HILL
WAKEFIELD, MA   01880

**C** IRS Center where partnership filed return
E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

**Part II   Information About the Partner**

**E** Partner's identifying number

**F** Partner's name, address, city, state, and ZIP code

ANNPURNA KANODIA
8 CRESCENT HILL
WAKEFIELD, MA   01880

**G** ☐ General partner or LLC
member-manager
☒ Limited partner or other LLC member

**H** ☒ Domestic partner   ☐ Foreign partner

**I1** What type of entity is this partner?   INDIVIDUAL
**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here  ...... ☐

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 25.0% | 25.0000000% |
| Loss | 25.0% | 25.0000000% |
| Capital | 25.0% | 25.0000000% |

**K** Partner's share of liabilities at year end:

| | | |
|---|---|---|
| Nonrecourse | $ | |
| Qualified nonrecourse financing | $ | |
| Recourse | $ | 0. |

**L** Partner's capital account analysis:

| | | |
|---|---|---|
| Beginning capital account | $ | -25,557. |
| Capital contributed during the year | $ | |
| Current year increase (decrease) | $ | -23,143. |
| Withdrawals & distributions | $( | ) |
| Ending capital account | $ | -48,700. |

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If "Yes", attach statement (see instructions)

*See attached statement for additional information.

For IRS Use Only

# REARDON AND COMPANY LLP

Certified Public Accountants
111 Willard Street, Suite 1E
Quincy, MA 02169
Office (617) 472-9434
Fax (617) 472-9802

May 29, 2015

To whom it may concern:

I have prepared the annual tax returns of 354-360 Washington Street LP since 2007 and annual tax returns for Sandwich Hills LLC for years 2009 to 2011. I also have prepared the annual tax returns of Iftikar Ahmed since 2009.

354-360 Washington Street LP owns an office building at 354-360 Washington Street, Dedham, Massachusetts. Sandwich Hills LLC owns a parcel of farmland at 22 Greenhouse Road, Sandwich, Massachusetts.

In 2009, Mr. Ahmed was to have purchased ownership interests in both entities from Amit Kanodia and/or Mr. Kanodia's family members and an affiliated business that Mr. Kanodia controlled. In 2011 I was informed that Mr. Ahmed did not make contributions to purchase the interests in these entities and therefore had no ownership interests in 354-360 Washington Street LLP and Sandwich Hill LLC. With Mr. Ahmed having no ownership interest, Sandwich Hills LLC became a single member limited liability company and no longer needed to file a separate tax return.

To the best of my knowledge, Iftikar Ahmed has no current ownership interests in either entity. Also no income, expense or loss from these entities has been reported on Mr. Ahmed's tax returns since 2010.

Sincerely,

Andrew J. Reardon C.P.A.

Plaintiff's Exhibit

**2**

3:15cv675 (JBA)