# BANK OF AMERICA - FLEET SIGNATURE CARDS

ACCOUNT: ██████9310

BANK: 280

DATE: 03/31/2005

Government Exhibit
1
1:13-cv-00675

SEC-BOA-E-0002090

# Bank of America.

BANK OF AMERICA, N.A (THE "BANK")

## Sole Proprietorship Authorization - Opening and Maintaining Deposit Accounts and Services

Name of Sole Proprietorship   IFTIKAR A AHMED   D/B/A _____   7717
First Title Line Must Be Sole Proprietor's Individual Name

Trade Name or D/B/A Name

I, the undersigned, hereby certify to **BANK OF AMERICA, N.A.**   that IFTIKAR A AHMED   D/B/A
Name of Sole Proprietorship
, (the "Proprietorship") is the name and style under which I conduct
having its principal place of business in the State of _____ , an unincorporated business as a sole proprietor and that no other person, firm or corporation has any right, title or interest in said Proprietorship Further, I hereby designate BANK OF AMERICA, N.A _____ (the "Bank") as a depository of said Proprietorship and hereby declare that deposit accounts and/or time deposits (CDs) be opened and maintained in the name of this Proprietorship with Bank in accordance with the terms of the Bank's Deposit Agreement and Disclosures and the applicable rules and regulations for such accounts

## Furthermore, I Hereby Certify, Agree And Direct As Follows:

**1.** That any one of the following authorized representatives of this Proprietorship

Iftikhar A. Ahmed
Name                                              Name

Name                                              Name

is hereby authorized, on behalf of this Proprietorship and in its name, to execute and to sign any application, deposit agreement, signature card and any other documentation required by Bank to open said accounts, to sign checks, drafts, notes, bills of exchange, acceptances, time deposits (CDs) or other orders for payment of money, to endorse checks, drafts, notes, bills, time deposits (CDs) or other instruments owned or held by this Proprietorship for deposit with Bank or for collection or discount by Bank, to accept drafts, acceptances, and other instruments payable at Bank, to place orders with Bank for the purchase and sale of foreign currencies on behalf of this Proprietorship, to execute and deliver an electronic fund transfer agreement and to make transfers or withdrawals by electronic transfer on behalf of the Proprietorship, to obtain an access device (including but not limited to a card, code, or other means of access to the Proprietorship's accounts) that may be used for the purpose of initiating electronic fund transfers [Proprietorship agrees and acknowledges that neither the Electronic Funds Transfer Act (15 U S C 1693 et seq ) nor Regulation E (12 C F R Part 205) are applicable to any such access device], to establish and maintain a night deposit relationship, to execute and deliver a wire transfer agreement and to request, or to appoint and delegate from time to time such persons who may request, wires of funds, to enter into any agreements with the Bank for the provision by Bank of various Treasury Management services to this Proprietorship as such Authorized Representative may determine, in his or her sole discretion, and to sign any and all documents and take all actions required by Bank relative to such Treasury Management services or the performance of the Proprietorship's obligations thereunder, and that any such Treasury Management agreement(s) shall remain in full force and effect until written notice to terminate given in accordance with the terms of any such agreement shall have been received by Bank and that such termination shall not affect any action taken by the Bank prior to such termination, to rent or lease a safe deposit box from Bank, to execute the rental agreement or lease, to take whatever other actions or enter into whatever other agreements relating to the accounts or investment of funds in such accounts with Bank and to execute, amend, supplement and deliver to Bank such agreements on behalf of the Proprietorship upon such terms and conditions as such Authorized Representative may deem appropriate and to appoint and delegate, from time to time, such person(s) who may be authorized to enter into such agreements and take any other actions pursuant to such agreements in connection with said accounts that the Authorized Representative deems necessary, and to waive presentment, demand, protest, and notice of protest or dishonor of any check, note, bill, draft, or other instrument made, drawn or endorsed by this Proprietorship, and

**2.** That the Bank be and is hereby authorized to honor, receive, certify, pay or exchange for money orders or other instruments all instruments signed in accordance with the foregoing instructions even though such payment may create an overdraft or even though such instruments may be drawn or endorsed to the order of any Authorized Representative signing the same or tendered by such Authorized Representative or a third party for exchange or cashing, or in payment of the individual obligation of such Authorized Representative, or for deposit to such Authorized Representative's personal account and Bank shall not be required or be under any obligation to inquire as to the circumstances of the issuance or use of any instrument signed in accordance with the foregoing instructions or the application or disposition of such instrument or the proceeds thereof, and, further, that the Bank is authorized to honor any instructions regarding withdrawals, orders for payment or transfer of funds whether oral, by telephone or electronic means if such withdrawal, orders or transfer are initiated by an Authorized Representative, and

**3.** That the Bank be and is hereby requested, authorized and directed to honor and to treat as authorized, checks, drafts or other orders for the payment of money drawn or purportedly drawn in this Proprietorship's name, including those payable to the individual order of any person whose name appears thereon as signer thereof, when bearing or purporting to bear the facsimile signature of an Authorized Representative authorized in the foregoing instructions and Bank shall be entitled to honor, to treat as authorized, and to charge this Proprietorship for such checks, drafts, or other orders regardless of by whom or by what means the actual or purported facsimile signature thereon may have been affixed thereto, if such signature resembles the facsimile specimen duly certified to or filed with the Bank by any Authorized Representative or if such facsimile signature resembles any facsimile signature previously affixed to any check draft, or other order drawn in the Proprietorship's name, which check, draft, or other order was accepted and paid without timely objection by the Proprietorship thereby ratifying the use of such facsimile signature, and the Proprietorship hereby indemnifies and holds the Bank harmless against any and all loss, cost, damage or expense suffered or incurred by the Bank arising out of or in any way related to the misuse or unlawful or unauthorized use by a person of such facsimile signature, and

DS-11 90894J 6-1999

SEC-BOA-E-0002091

**4. That** endorsements for deposit may be evidenced by the name of the Proprietorship being written or stamped on the check or other instrument deposited, without designation of the party making the endorsement, and Bank is authorized to supply any endorsement on any instrument tendered for deposit or collection, and

**5. That** the undersigned shall certify to Bank the names and signatures of the persons authorized to act on behalf of this Proprietorship under the foregoing instructions and in the event a change occurs in the identity of the Authorized Person(s), the undersigned shall immediately report, furnish, and certify such changes to Bank and shall submit to Bank a new account signature card reflecting such change in order to make such changes effective and Bank shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from, or growing out of, honoring the signature of any Authorized Representative so certified, or refusing to honor any signature not so certified, and

**6. That** if any other person, firm or corporation acquires any right, title or interest in the Proprietorship or if my relationship thereto as sole owner be altered in any way, or if said business shall become incorporated, the undersigned shall notify the Bank promptly, and

**7. That** the foregoing instructions shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as Bank is concerned until three (3) business days after the Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by Bank prior thereto, and

**8. That** all transactions by the undersigned, any Authorized Representative, or employee of this Proprietorship on its behalf and in its name with Bank prior to delivery to Bank of this Proprietorship Authorization are, in all respects, hereby ratified, confirmed, approved and adopted, and

**9. That** in consideration of your acceptance of the accounts of said Proprietorship under the foregoing name and style, I agree to protect and indemnify Bank against all loss or liability, including court costs and attorney fees, arising from or growing out of the acceptance by said Bank for payment or credit of checks, drafts, notes, bills of exchange, acceptances, certificates of deposits or other orders and instruments drawn to the order of and endorsed in the name of said Proprietorship, and

**10. That** the undersigned has signed, acknowledged and filed in the proper office of the state of the Proprietorship's principal place of business any document(s) which may be required by the laws of said state to be so filed by a person doing business under a fictitious or assumed name, if applicable

**In Witness Whereof,** I have hereto signed and subscribed my name this _26th_ day of _July 2005_

_____ (Seal)

Sole Proprietor

**Bank Information**

Date _07/26/2005_

Banking Center Name _0156 WESTPORT CENTER CT CT_

Associate's Name _CATHLEEN MORABITO_

Associate's Phone Number _203 221 3260_

SEC-BOA-E-0002092

**4.  That** endorsements for deposit may be evidenced by the name of the Proprietorship being written or stamped on the check or other instrument deposited, without designation of the party making the endorsement, and Bank is authorized to supply any endorsement on any instrument tendered for deposit or collection, and

**5.  That** the undersigned shall certify to Bank the names and signatures of the persons authorized to act on behalf of this Proprietorship under the foregoing instructions and in the event a change occurs in the identity of the Authorized Person(s), the undersigned shall immediately report, furnish, and certify such changes to Bank and shall submit to Bank a new account signature card reflecting such change in order to make such changes effective and Bank shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from, or growing out of, honoring the signature of any Authorized Representative so certified, or refusing to honor any signature not so certified, and

**6.  That** if any other person, firm or corporation acquires any right, title or interest in the Proprietorship or if my relationship thereto as sole owner be altered in any way, or if said business shall become incorporated, the undersigned shall notify the Bank promptly, and

**7.  That** the foregoing instructions shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as Bank is concerned until three (3) business days after the Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by Bank prior thereto, and

**8.  That** all transactions by the undersigned, any Authorized Representative, or employee of this Proprietorship on its behalf and in its name with Bank prior to delivery to Bank of this Proprietorship Authorization are, in all respects, hereby ratified, confirmed, approved and adopted, and

**9.  That** in consideration of your acceptance of the accounts of said Proprietorship under the foregoing name and style, I agree to protect and indemnify Bank against all loss or liability, including court costs and attorney fees, arising from or growing out of the acceptance by said Bank for payment or credit of checks, drafts, notes, bills of exchange, acceptances, certificates of deposits or other orders and instruments drawn to the order of and endorsed in the name of said Proprietorship, and

**10.  That** the undersigned has signed, acknowledged and filed in the proper office of the state of the Proprietorship's principal place of business any document(s) which may be required by the laws of said state to be so filed by a person doing business under a fictitious or assumed name, if applicable

**In Witness Whereof,** I have hereto signed and subscribed my name this _26th_ day of _July 2005_

_____ (Seal)

**Sole Proprietor**

---

**Bank Information**

Date _07/26/2005_

Banking Center Name _0156 WESTPORT CENTER CT CT_

Associate's Name _CATHLEEN MORABITO_

Associate's Phone Number _203.221.0250_

SEC-BOA-E-0002093



36496

## TRADE NAME CERTIFICATE

The undersigned do/does hereby certify that he/she/they own, conduct and transact the

business of ___TECHNOLOGY   SERVICES___
(type of business)

under the assumed name of ▮▮▮▮▮▮▮▮
(name of business)

and that the street address of said business is as follows: ___420 E 61 STREET, APT. 24C___

___NEW   YORK, NY   10021___

and that the full name of every person conducting or transacting said business, together with the post-office address of each said person given below is correct.

IN WITNESS WHEREOF, I/We have hereunto set my/our hand at Westport, Connecticut, this 18 day of ___JULY___, 2005.

Name ___IFTIKAR  A. AHMED___              _____
(print)                                         (signature)
Address: ___420 E 61 ST # 24C, NEW YORK, NY 10021___

Name: _____                 _____
(print)                                         (signature)
Address _____

Name: _____                 _____
(print)                                         (signature)
Address: _____

Name _____                  _____
(print)                                         (signature)
Address _____

STATE OF CONNECTICUT}
                                    ss   Westport
COUNTY OF FAIRFIELD    }

On this the ___18___ day of ___July___, 20 05 before me, the undersigned officer,

personally appeared ___Iftikar A. Ahmed___
satisfactorily proven to be the person(s) whose name(s) subscribed to the within instrument and acknowledged that __he__ executed the same for the purposes therein contained IN WITNESS WHEREOF I HEREUNTO SET MY HAND

                                    **GEORGETTE E. HIGGS**
                                    *NOTARY PUBLIC*
                                    MY COMMISSION EXPIRES FEB 29, 2008
_____
Justice of the Peace/Notary Public/Town Clerk

The above and foregoing is a true copy of the original certificate on file in the office of the Town Clerk of the Town of Westport, Connecticut

SEC-BOA-E-0002094

**Bank of America.**

BANK OF AMERICA, N.A (THE "BANK")

**Sole Proprietorship
Signature Card**

Account Number _____ 7717
Account Type _____ BUSINESS ECONOMY CHKG
Account Title _____ IFTIKAR A AHMED   D/B/A
first title line must be sole proprietor's individual name

☐ Temporary Signature Card

Name of Sole Proprietorship  IFTIKAR A AHMED   D/B/A
Tax Identification Number _____ 0416     ☐ Social Security Number   ☒ Employer Identification Number

**Substitute Form W-9.** Certification Under penalties of perjury, I certify that, (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. person (including a U.S. resident alien).
**Certification Instructions**
You must cross out item (2) above if you have been notified by the IRS that you are currently subject to backup withholding because of underreporting interest or dividends on your tax return. (See also IRS Instructions for Form W-9)

> The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding

**Name (typed or printed)**                          **Signature**
1  _Iftikhar A Ahmed_                                 _[signature]_
2  _____                          _____
3  _____                          _____
4  _____                          _____
5  _____                          _____

By signing below, the Sole Proprietor acknowledges and agrees that this account is and shall be governed by the terms and conditions set forth in the following documents, as amended from time to time (1) the Deposit Agreement and Disclosures, (2) the Business Schedule of Fees, and (3) the Miscellaneous Fees for Business Accounts, and law, the Proprietorship further acknowledges the receipt of these documents. The undersigned further certifies, by signing below, that (1) all of the above named person(s) are those persons currently empowered to act under the Sole Proprietorship Authorization which authorizes this account and the other banking services provided for therein, (2) that the specimen signature set forth opposite the name of each person is true and genuine, and (3) the Substitute Form W-9 certification.

This _26th_ day of _July 2005_                        _[signature]_
                                                       Sole Proprietor/Owner

**ATM/Deposit/Check Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Check Cards, I (as authorised by the authorizations which authorise this account) hereby request the issuance of such cards to any of the authorized signers on this account

_[signature]_
Sole Proprietor/Owner

**Bank Information**

Date _07/28/2005_                                     Banking Center Name _0166 WESTPORT CENTER CT CT_
Associate's Phone Number _203 221 3250_               Associate's Name _CATHLEEN MORABITO_

**Sole Proprietor:**
Name _Iftikhar A. Ahmed_                              _MADL_ _____ — _12/28/8_
                                                      _MKT ACCESS · 41117400 3043 0620_
Review Information                                    _(BofA)_      _6/30/3 - 6/30/6_
NCT
95 14 900384 05 2001                                  _NCPS #248 076 73_

SEC-BOA-E-0002095

# Bank of America.

BANK OF AMERICA, N.A. (THE "BANK")

**Sole Proprietorship
Signature Card**

Account Number _____ ████2349

☐ Temporary Signature Card

Account Type    BUSINESS ECONOMY CHKG

Account Title _____

First title line must be sole proprietor's individual name

Name of Sole Proprietorship ____ ████████

Tax Identification Number _____    ☒ Social Security Number    ☐ Employer Identification Number

**Substitute Form W-9.** Certification. **Under penalties of perjury, I certify that: (1) The number shown on this form is the correct tax payer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. person (including a U.S. resident alien).**
**Certification Instructions.**
You must cross out item (2) above if you have been notified by the IRS that you are currently subject to backup withholding because of underreporting interest or dividends on your tax return. (See also IRS instructions for Form W-9).

> The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

Name (typed or printed)                          Signature

1. _Shukor Ali Ahmed_ _____    _[signature]_ _____

2. _____    _____

3. _____    _____

4. _____    _____

5. _____    _____

By signing below, the Sole Proprietor acknowledges and agrees that this account is and shall be governed by the terms and conditions set forth in the following documents, as amended from time to time: (1) the Deposit Agreement and Disclosures, (2) the Business Schedule of Fees, and (3) the Miscellaneous Fees for Business Accounts, and the Proprietorship further acknowledges the receipt of these documents. The undersigned further certifies, by signing below, that (1) all of the above named person(s) are those persons currently empowered to act under the Sole Proprietorship Authorization which authorizes this account and the other banking services provided for therein, (2) that the specimen signature set forth opposite the name of each person is true and genuine, and (3) the Substitute Form W-9 certification.

This _26th_ day of _JUNE, 2006_.    _[signature]_ _____
                                     Sole Proprietor/Owner

## ATM/Deposit/Check Card Request

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Check Cards, I (as authorized by the authorizations which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

**Sole Proprietor/Owner**

## Bank Information

Date _06/26/2006_ _____    Banking Center Name _0155 WESTPORT CENTER CT CT_

Associate's Phone Number _203 221 4341_    Associate's Name _CATHLEEN MORABITO_

**Sole Proprietor:**

Name _████████_

Review Information _____
NCT
96-14-000594 09-2001

SEC-BOA-E-0002106



**Bank of America.**

BANK OF AMERICA, N.A. (THE "BANK")

████ 2349

**Sole Proprietorship Authorization - Opening and Maintaining Deposit Accounts and Services**

Name of Sole Proprietorship ████

First Title Line Must Be Sole Proprietor's Individual Name

Trade Name or D/B/A Name

I, the undersigned, hereby certify to **BANK OF AMERICA, N.A.** that ████

Name of Sole Proprietorship

having its principal place of business in the State of _____, (the "Proprietorship") is the name and style under which I conduct an unincorporated business as a sole proprietor and that no other person, firm or corporation has any right, title or interest in said Proprietorship. Further, I hereby designate **BANK OF AMERICA, N.A.** (the "Bank") as a depository of said Proprietorship and hereby declare that deposit accounts and/or time deposits (CDs) be opened and maintained in the name of this Proprietorship with Bank in accordance with the terms of the Bank's Deposit Agreement and Disclosures and the applicable rules and regulations for such accounts.

**Furthermore, I Hereby Certify, Agree And Direct As Follows:**

**1. That** any one of the following authorized representatives of this Proprietorship:

Ishkar Ali Ahmed

Name                                    Name

Name

is hereby authorized, on behalf of this Proprietorship and in its name, to execute and to sign any application, deposit agreement, signature card and any other documentation required by Bank to open said accounts; to sign checks, drafts, notes, bills of exchange, acceptances, time deposits (CDs) or other orders for payment of money; to endorse checks, drafts, notes, bills, time deposits (CDs) or other instruments owned or held by this Proprietorship for deposit with Bank or for collection or discount by Bank; to accept drafts, acceptances, and other instruments payable at Bank; to place orders with Bank for the purchase and sale of foreign currencies on behalf of this Proprietorship; to execute and deliver an electronic fund transfer agreement and to make transfers or withdrawals by electronic transfer on behalf of the Proprietorship; to obtain an access device (including but not limited to a card, code, or other means of access to the Proprietorship's accounts) that may be used for the purpose of initiating electronic fund transfers [Proprietorship agrees and acknowledges that neither the Electronic Funds Transfer Act (15 U.S.C. 1693 et seq.) nor Regulation E (12 C.F.R. Part 205) are applicable to any such access device]; to establish and maintain a night deposit relationship; to execute and deliver a wire transfer agreement and to request, or to appoint and delegate from time to time such persons who may request, wires of funds; to enter into any agreements with the Bank for the provision by Bank of various Treasury Management services to this Proprietorship as such Authorized Representative may determine, in his or her sole discretion, and to sign any and all documents and take all actions required by Bank relative to such Treasury Management services or the performance of the Proprietorship's obligations thereunder, and that any such Treasury Management agreement(s) shall remain in full force and effect until written notice to terminate given in accordance with the terms of any such agreement shall have been received by Bank and that such termination shall not affect any action taken by the Bank prior to such termination; to rent or lease a safe deposit box from Bank; to execute the rental agreement or lease; to take whatever other actions or enter into whatever other agreements relating to the accounts or investment of funds in such accounts with Bank and to execute, amend, supplement and deliver to Bank such agreements on behalf of the Proprietorship upon such terms and conditions as such Authorized Representative may deem appropriate and to appoint and delegate, from time to time, such person(s) who may be authorized to enter into such agreements and take any other actions pursuant to such agreements in connection with said accounts that the Authorized Representative deems necessary; and to waive presentment, demand, protest, and notice of protest or dishonor of any check, note, bill, draft, or other instrument made, drawn or endorsed by this Proprietorship.

**2. That** the Bank be and is hereby authorized to honor, receive, certify, pay or exchange for money orders or other instruments all instruments signed in accordance with the foregoing instructions even though such payment may create an overdraft or even though such instruments may be drawn or endorsed to the order of any Authorized Representative signing the same or tendered by such Authorized Representative or a third party for exchange or cashing, or in payment of the individual obligation of such Authorized Representative, or for deposit to such Authorized Representative's personal account and Bank shall not be required or be under any obligation to inquire as to the circumstances of the issuance or use of any instrument signed in accordance with the foregoing instructions or the application or disposition of such instrument or the proceeds thereof; and, further, that the Bank is authorized to honor any instructions regarding withdrawals, orders for payment or transfer of funds whether oral, by telephone or electronic means if such withdrawal, orders or transfer are initiated by an Authorized Representative; and

**3. That** the Bank be and is hereby requested, authorized and directed to honor and to treat as authorized, checks, drafts or other orders for the payment of money drawn or purportedly drawn in this Proprietorship's name, including those payable to the individual order of any person whose name appears thereon as signer thereof, when bearing or purporting to bear the facsimile signature of an Authorized Representative authorized in the foregoing instructions and Bank shall be entitled to honor, to treat as authorized, and to charge this Proprietorship for such checks, drafts, or other orders regardless of by whom or by what means the actual or purported facsimile signature thereon may have been affixed thereto, if such signature resembles the facsimile specimen duly certified to or filed with the Bank by any Authorized Representative or if such facsimile signature resembles a facsimile signature previously affixed to any check, draft, or other order drawn in the Proprietorship's name, which check, draft, or other order was accepted and paid without timely objection by the Proprietorship, thereby ratifying the use of such facsimile signature; and the Proprietorship hereby indemnifies and holds the Bank harmless against any and all loss, cost, damage or expense suffered or incurred by the Bank arising out of or in any way related to the misuse or unlawful or unauthorized use by a person of such facsimile signature; and

NCT
05-14-0058M  6-1998

SEC-BOA-E-0002107

**4. That** endorsements for deposit may be evidenced by the name of the Proprietorship being written or stamped on the check or other instrument deposited, without designation of the party making the endorsement, and Bank is authorized to supply any endorsement on any instrument tendered for deposit or collection; and

**5. That** the undersigned shall certify to Bank the names and signatures of the persons authorized to act on behalf of this Proprietorship under the foregoing instructions and in the event a change occurs in the identity of the Authorized Person(s), the undersigned shall immediately report, furnish, and certify such changes to Bank and shall submit to Bank a new account signature card reflecting such change in order to make such changes effective and Bank shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from, or growing out of, honoring the signature of any Authorized Representative so certified, or refusing to honor any signature not so certified; and

**6. That** if any other person, firm or corporation acquires any right, title or interest in the Proprietorship or if my relationship thereto as sole owner be altered in any way, or if said business shall become incorporated, the undersigned shall notify the Bank promptly; and

**7. That** the foregoing instructions shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as Bank is concerned until three (3) business days after the Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by Bank prior thereto; and

**8. That** all transactions by the undersigned, any Authorized Representative, or employee of this Proprietorship on its behalf and in its name with Bank prior to delivery to Bank of this Proprietorship Authorization are, in all respects, hereby ratified, confirmed, approved and adopted; and

**9. That** in consideration of your acceptance of the accounts of said Proprietorship under the foregoing name and style, I agree to protect and indemnify Bank against all loss or liability, including court costs and attorney fees, arising from or growing out of the acceptance by said Bank for payment or credit of checks, drafts, notes, bills of exchange, acceptances, certificates of deposits or other orders and instruments drawn to the order of and endorsed in the name of said Proprietorship; and

**10. That** the undersigned has signed, acknowledged and filed in the proper office of the state of the Proprietorship's principal place of business any document(s) which may be required by the laws of said state to be so filed by a person doing business under a fictitious or assumed name, if applicable.

**In Witness Whereof,** I have hereto signed and subscribed my name this _26th_ day of _JUNE, 2006_ .

_____ (Seal)

**Sole Proprietor**

**Bank Information**

Date _06/26/2006_

Banking Center Name _0156 WESTPORT CENTER CT CT_

Associate's Name _CATHLEEN MORABITO_

Associate's Phone Number _203-221-3250_

SEC-BOA-E-0002108

36701

# TOWN OF WESTPORT ████ 2345

### Trade Name Certificate

The undersigned do/does hereby certify that he/she/they own, conduct and transact the

business of ___IT SERVICES_____

*(type of business)*

under the assumed name of ___████ ~~Inc.~~_____

*(name of business)*

and that the street address of said business is as follows:

~~WEST~~ 420 E 61ST ST. APT. 24C, NEW YORK, NY 10021,

and that the full name of every person conducting or transacting said business, together with the post-office address of each said person given below is correct.

IN WITNESS WHEREOF, I/we have hereunto set my/our hand at Westport, Connecticut, this 26 day of JUNE_____, 2006.

Name: __IFTIKAR A. AHMED____    _[signature]_
    *(print or type)*                *(signature)*
Address: __420 E 61ST ST. APT. 24C, NEW YORK, NY 10021__

Name: _____    _____
    *(print or type)*                 *(signature)*
Address: _____

Name: _____    _____
    *(print or type)*                 *(signature)*
Address: _____

Name: _____    _____
    *(print or type)*                 *(signature)*
Address: _____

STATE OF CONNECTICUT)
                  ) ss: Westport
COUNTY OF FAIRFIELD)

On this the 26 day of June_____, 2006 before me, the undersigned officer,

personally appeared _Iftikar Ali Ahmed___ satisfactorily proven to be the person(s) whose name(s) subscribed to the within instrument and acknowledged that _he_ executed the same for the purposes therein contained.
IN WITNESS WHEREOF I HEREUNTO SET MY HAND.

_Patricia H Strauss_
PATRICIA H. STRAUSS
NOTARY PUBLIC
Justice of the Peace/Notary Public/Town Clerk MY COMMISSION EXPIRES AUG. 31, 2011

The above and foregoing is a true copy of the original certificate on file in the office of the Town Clerk of the Town of Westport, Connecticut.

ATTEST: _Patricia H Strauss_
                         Town Clerk 6/26/06

SEC-BOA-E-0002109

**Bank of America.**

BANK OF AMERICA, N.A. (THE "BANK")

**Sole Proprietorship Signature Card**

Account Number _____ 2887

☐ Temporary Signature Card

Account Type  **BUSINESS ECONOMY CHKG**

Account Title _____

first title line **must** be sole proprietor's individual name

Name of Sole Proprietorship _____

Tax Identification Number _____  ☐ Social Security Number  ☒ Employer Identification Number

**Substitute Form W-9.** Certification. **Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. person (including a U.S. resident alien). Certification Instructions**

You must cross out item (2) above if you have been notified by the IRS that you are currently subject to backup withholding because of underreporting interest or dividends on your tax return. (See also IRS Instructions for Form W-9).

> The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

**Name (typed or printed)**          **Signature**

1. IFTIKAR A. AHMED        _____

2. _____

3. _____

4. _____

5. _____

By signing below, the Sole Proprietor acknowledges and agrees that this account is and shall be governed by the terms and conditions set forth in the following documents, as amended from time to time: (1) the Deposit Agreement and Disclosures, (2) the Business Schedule of Fees, and (3) the Miscellaneous Fees for Business Accounts, and the Proprietorship further acknowledges the receipt of these documents. The undersigned further certifies, by signing below, that (1) all of the above named person(s) are those persons currently empowered to act under the Sole Proprietorship Authorization which authorizes this account and the other banking services provided for therein, (2) that the specimen signature set forth opposite the name of each person is true and genuine, and (3) the Substitute Form W-9 certification.

This _18_ day of _DEC_ . _____

Sole Proprietor/Owner

**ATM/Deposit/Check Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Check Cards, I (as authorized by the authorizations which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

_____
Sole Proprietor/Owner

**Bank Information**

Date _12/18/2007_ _____     Banking Center Name _0158 WESTPORT CENTER CT CT_

Associate's Phone Number _203-221-3250_     Associate's Name _FADI FARAH_

**Sole Proprietor:**

Name _____

Review Information _____
NCT
93-14-9008M 08-2001

SEC-BOA-E-0002099

SEC-BOA-E-0002100

**Bank of America.**

BANK OF AMERICA, N.A. (THE "BANK")

**Sole Proprietorship
Signature Card**

Account Number _____ ██████ 9887

Account Type _____ BUSINESS ECONOMY CHKG

Account Title _____ ████████████████

☐ Temporary Signature Card

first title line must ████ ████ proprietor's individual name

Name of Sole Proprietorship _____ ████████

Tax Identification Number _____   ☐ Social Security Number   ☒ Employer Identification Number

**Substitute Form W-9. Certification.** Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. person (including a U.S. resident alien).
**Certification Instructions**
You must cross out item (2) above if you have been notified by the IRS that you are currently subject to backup withholding because of underreporting interest or dividends on your tax return. (See also IRS Instructions for Form W-9).

> The Internal Revenue Service does not require your consent to any provision of this document other than the certification required to avoid backup withholding.

**Name (typed or printed)**            **Signature**

1. IFTIKAR A. AHMED

2. _____

3. _____

4. _____

5. _____

By signing below, the Sole Proprietor acknowledges and agrees that this account is and shall be governed by the terms and conditions set forth in the following documents, as amended from time to time: (1) the Deposit Agreement and Disclosures, (2) the Business Schedule of Fees, and (3) the Miscellaneous Fees for Business Accounts, and the Proprietorship further acknowledges the receipt of these documents. The undersigned further certifies, by signing below, that (1) all of the above named person(s) are those persons currently empowered to act under the Sole Proprietorship Authorization which authorizes this account and the other banking services provided for therein, (2) that the specimen signature set forth opposite the name of each person is true and genuine, and (3) the Substitute Form W-9 certification.

This   18   day of   Dec                           Sole Proprietor/Owner

**ATM/Deposit/Check Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Check Cards, I (as authorized by the authorizations which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

Sole Proprietor/Owner

Customer Name: IFTIKQR ALI AHMED
Address: 55 North St, Greenwich, CT
Primary ID Type: CA DL
Issue Date: 12/2003
Secondary ID Type: BOA ATM/CK Card
Issued by: BOA
Issue Date: 04/2002
Date of Birth: 12/25/1971

**Bank Information**

Date   12/18/2007                    Banking Center Name   0156 WESTPORT CENTER CT CT

Associate's Phone Number   203-221-3250      Associate's Name   PADI FARAH

**Sole Proprietor:**

Name   ████████

Review Information
NCT
SL-14-XXXX4   03-2011

SEC-BOA-E-0002102

# Bank of America.

BANK OF AMERICA, N.A. (THE "BANK")

## Sole Proprietorship Authorization - Opening and Maintaining Deposit Accounts and Services

Name of Sole Proprietorship _____ ~~~~~ ████ 98 87

First Title Line Must Be Sole Proprietor's Individual Name

Trade Name or D/B/A Name ████ 6 8 3 3

I, the undersigned, hereby certify to **BANK OF AMERICA, N.A.** _____ that ████ _____

Name of Sole Proprietorship

having its principal place of business in the State of _____ , (the "Proprietorship") is the name and style under which I conduct an unincorporated business as a sole proprietor and that no other person, firm or corporation has any right, title or interest in said Proprietorship. Further, I hereby designate **BANK OF AMERICA, N.A.** (the "Bank") as a depository of said Proprietorship and hereby declare that deposit accounts and/or time deposits (CDs) be opened and maintained in the name of this Proprietorship with Bank in accordance with the terms of the Bank's Deposit Agreement and Disclosures and the applicable rules and regulations for such accounts.

## Furthermore, I Hereby Certify, Agree And Direct As Follows:

**1.** That any one of the following authorized representatives of this Proprietorship:

**IFTIKAR A. AHMED** _____

Name _____   Name _____

Name _____   Name _____

is hereby authorized, on behalf of this Proprietorship and in its name, to execute and to sign any application, deposit agreement, signature card and any other documentation required by Bank to open said accounts; to sign checks, drafts, notes, bills of exchange, acceptances, time deposits (CDs) or other orders for payment of money; to endorse checks, drafts, notes, bills, time deposits (CDs) or other instruments owned or held by this Proprietorship for deposit with Bank or for collection or discount by Bank; to accept drafts, acceptances, and other instruments payable at Bank; to place orders with Bank for the purchase and sale of foreign currencies on behalf of this Proprietorship; to execute and deliver an electronic fund transfer agreement and to make transfers or withdrawals by electronic transfer on behalf of the Proprietorship; to obtain an access device (including but not limited to a card, code, or other means of access to the Proprietorship's accounts) that may be used for the purpose of initiating electronic fund transfers (Proprietorship agrees and acknowledges that neither the Electronic Funds Transfer Act (15 U.S.C. 1693 et seq.) nor Regulation E (12 C.F.R. Part 205) are applicable to any such access device); to establish and maintain a night deposit relationship; to execute and deliver a wire transfer agreement and to request, or to appoint and delegate from time to time such persons who may request, wires of funds; to enter into any agreements with the Bank for the provision by Bank of various Treasury Management services to this Proprietorship as such Authorized Representative may determine, in his or her sole discretion, and to sign any and all documents and take all actions required by Bank relative to such Treasury Management services or the performance of the Proprietorship's obligations thereunder, and that any such Treasury Management agreement(s) shall remain in full force and effect until written notice to terminate given in accordance with the terms of any such agreement shall have been received by Bank and that such termination shall not affect any action taken by the Bank prior to such termination; to rent or lease a safe deposit box from Bank, to execute the rental agreement or lease; to take whatever other actions or enter into whatever other agreements relating to the accounts or investment of funds in such accounts with Bank and to execute, amend, supplement and deliver to Bank such agreements on behalf of the Proprietorship upon such terms and conditions as such Authorized Representative may deem appropriate and to appoint and delegate, from time to time, such person(s) who may be authorized to enter into such agreements and take any other actions pursuant to such agreements in connection with said accounts that the Authorized Representative deems necessary; and to waive presentment, demand, protest, and notice of protest or dishonor of any check, note, bill, draft, or other instrument made, drawn or endorsed by this Proprietorship; and

**2.** That the Bank be and is hereby authorized to honor, receive, certify, pay or exchange for money orders or other instruments all instruments signed in accordance with the foregoing instructions even though such payment may create an overdraft or even though such instruments may be drawn or endorsed to the order of any Authorized Representative signing the same or tendered by such Authorized Representative or a third party for exchange or cashing, or in payment of the individual obligation of such Authorized Representative, or for deposit to such Authorized Representative's personal account and Bank shall not be required or be under any obligation to inquire as to the circumstances of the issuance or use of any instrument signed in accordance with the foregoing instructions or the application or disposition of such instrument or the proceeds thereof; and, further, that the Bank is authorized to honor any instructions regarding withdrawals, orders for payment or transfer of funds whether oral, by telephone or electronic means if such withdrawal, orders or transfer are initiated by an Authorized Representative; and

**3.** That the Bank be and is hereby requested, authorized and directed to honor and to treat as authorized, checks, drafts or other orders for the payment of money drawn or purportedly drawn in this Proprietorship's name, including those payable to the individual order of any person whose name appears thereon as signer thereof, when bearing or purporting to bear the facsimile signature of an Authorized Representative authorized in the foregoing instructions and Bank shall be entitled to honor, to treat as authorized, and to charge this Proprietorship for such checks, drafts, or other orders regardless of by whom or by what means the actual or purported facsimile signature thereon may have been affixed thereto, if such signature resembles the facsimile specimen duly certified to or filed with the Bank by any Authorized Representative or if such facsimile signature resembles any facsimile signature previously affixed to any check, draft, or other order drawn in the Proprietorship's name, which check, draft, or other order was accepted and paid without timely objection by the Proprietorship, thereby ratifying the use of such facsimile signature; and the Proprietorship hereby indemnifies and holds the Bank harmless against any and all loss, cost, damage or expense suffered or incurred by the Bank arising out of or in any way related to the misuse or unlawful or unauthorized use by a person of such facsimile signature; and

NCT
DSTI-SOASM  8-1999

SEC-BOA-E-0002103

**4. That** endorsements for deposit may be evidenced by the name of the Proprietorship being written or stamped on the check or other instrument deposited, without designation of the party making the endorsement, and Bank is authorized to supply any endorsement on any instrument tendered for deposit or collection; and

**5. That** the undersigned shall certify to Bank the names and signatures of the persons authorized to act on behalf of this Proprietorship under the foregoing instructions and in the event a change occurs in the identity of the Authorized Person(s), the undersigned shall immediately report, furnish, and certify such changes to Bank and shall submit to Bank a new account signature card reflecting such change in order to make such changes effective and Bank shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from, or growing out of, honoring the signature of any Authorized Representative so certified, or refusing to honor any signature not so certified; and

**6. That** if any other person, firm or corporation acquires any right, title or interest in the Proprietorship or if my relationship thereto as sole owner be altered in any way, or if said business shall become incorporated, the undersigned shall notify the Bank promptly; and

**7. That** the foregoing instructions shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as Bank is concerned until three (3) business days after the Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by Bank prior thereto; and

**8. That** all transactions by the undersigned, any Authorized Representative, or employee of this Proprietorship on its behalf and in its name with Bank prior to delivery to Bank of this Proprietorship Authorization are, in all respects, hereby ratified, confirmed, approved and adopted; and

**9. That** in consideration of your acceptance of the accounts of said Proprietorship under the foregoing name and style, I agree to protect and indemnify Bank against all loss or liability, including court costs and attorney fees, arising from or growing out of the acceptance by said Bank for payment or credit of checks, drafts, notes, bills of exchange, acceptances, certificates of deposits or other orders and instruments drawn to the order of and endorsed in the name of said Proprietorship; and

**10. That** the undersigned has acknowledged and filed in the proper office of the state of the Proprietorship's principal place of business any document(s) which may be required by the laws of said state to be so filed by a person doing business under a fictitious or assumed name, if applicable.

**In Witness Whereof,** I have hereto signed and subscribed my name this ____ *18* ____ day of ____ *Dec* ____

_____ (Seal)
**Sole Proprietor**

**Bank Information**

Date _12.18.2007_

Banking Center Name _0136 WESTPORT CENTER CT CT_

Associate's Name _FADI FARAH_

Associate's Phone Number _203.221.3250_

SEC-BOA-E-0002104



9887
6833

Doc ID: 0000118600001 Type: TRD
File 37014

## TRADE NAME CERTIFICATE

The undersigned do/does hereby certify that he/she/they own, conduct and transact the

business of _____
                    (type of business)

under the assumed name of _____
                              (name of business)

and that the street address of said business is as follows: 505 NORTH ST.
GREENWICH, CT 06830

and that the full name of every person conducting or transacting said business, together with the
post-office address of each said person given below is correct.

IN WITNESS WHEREOF, I/We have hereunto set my/our hand at Westport, Connecticut,
this 14th day of DECEMBER, 2007.

Name: IFTIKAR A. AHMED
       (print)                              (signature)
Address: 505 NORTH ST., GREENWICH, CT 06830.

Name: _____
       (print)                              (signature)
Address: _____

Name: _____
       (print)                              (signature)
Address: _____

STATE OF CONNECTICUT      }
                          }    ss: Westport
COUNTY OF FAIRFIELD       }

On this the 14 day of Dec., 2007, before me, the undersigned officer,
personally appeared Iftikar A. Ahmed
satisfactorily proven to be the person(s) whose name(s) subscribed to the within instrument and
acknowledged that __he__ executed the same for the purposes therein contained.
IN WITNESS WHEREOF I HEREUNTO SET MY HAND.

Ruth M. Cavayero
Notary Public, State of Connecticut
My Commission Expires June 30, 2012

Justice of the Peace/Notary Public/Town Clerk

Received for Record at Town of Westport, CT
On 12/14/2007 At 3:09:53 pm
Patricia M. Strauss, Town Clerk

The above and foregoing is a true copy of the original certificate on file in the office of the
Town Clerk of the Town of Westport, Connecticut.

ATTEST: _____
           Deputy    Town Clerk

Oct-18-2011 09:07 AM BANK OF AMERICA 2035715118                                    2/3

**Bank of America**

BANK OF AMERICA, N.A. (THE "BANK")                    Sole Proprietorship Authorization –Opening and
                                                      Maintaining Deposit Accounts and Services

Name of Sole Proprietorship  IFTIKAR ALI AHMED SOLE PROP                                    ⬛⬛⬛⬛6367

I, the undersigned, hereby certify to  BANK OF AMERICA, N.A.

that ⬛⬛⬛⬛⬛⬛⬛⬛

having its principal place of business in the State of ____ CT. ____ , (the "Proprietorship") is the name and style under
which I conduct an unincorporated business as a sole proprietor and that no other person, firm or corporation has any right, title or interest in said Proprietorship.

Further, I hereby designate  BANK OF AMERICA, N.A.                                                      (the "Bank")
as a depository of said Proprietorship and hereby declare that deposit accounts and/or time deposits (CDs) be opened and maintained in the name of this
Proprietorship with Bank in accordance with the terms of the Bank's Deposit Agreement and Disclosures and the applicable rules and regulations for such accounts.

**Furthermore, I Hereby Certify, Agree And Direct As Follows:**

1.   THAT any one of the following authorized representatives of this Proprietorship:

Iftkar Ali Ahmed
_____          _____
Name                                       Name

_____          _____
Name                                       Name

is hereby authorized, on behalf of this Proprietorship and in its name, to execute and sign any application, deposit agreement, signature card and any other documentation required by Bank to open said accounts; to sign checks, drafts, notes, bills of exchange, acceptances, time deposits (CDs) or other orders for payment of money; to endorse checks, drafts, notes, bills, time deposits (CDs) or other instruments owned or held by this Proprietorship for deposit with Bank or for collection or discount by Bank; to accept, drafts, acceptances, and other instruments payable at Bank; to place orders with Bank for the purchase and sale of foreign currencies on behalf of this Proprietorship; to execute and deliver an electronic fund transfer agreement and to make transfers or withdrawals by electronic transfer on behalf of the Proprietorship; to obtain an access device (including but not limited to a card, code, or other means of access to the Proprietorship's accounts) that may be used for the purpose of initiating electronic fund transfers (Proprietorship agrees and acknowledges that neither the Electronic Funds Transfer Act (15 U.S.C. 1693 et seq.) nor Regulation E (12 C.F.R. Part 205) are applicable to any such access device); to establish and maintain a right deposit relationship; to execute and deliver a wire transfer agreement and to request, or to appoint and delegate from time to time such persons who may request, wires of funds; to enter into any agreements with the Bank for the provision by Bank of various Treasury Management services to this Proprietorship in such Authorized Representative may determine, in his or her sole discretion, and to sign any and all documents and take all actions required by Bank relative to such Treasury Management services or the performance of the Proprietorship's obligations thereunder, and that any such Treasury Management agreement(s) shall remain in full force and effect until written notice to terminate given in accordance with the terms of any such agreement shall have been received by Bank and that such termination shall not affect any action taken by the Bank prior to such termination; to rent or lease a safe deposit box from Bank, to execute the rental agreement or lease, to take whatever other actions or enter into whatever other agreements relating to the accounts or investment of funds in such accounts with Bank and to execute, amend, supplement and deliver to Bank such agreements on behalf of the Proprietorship upon such terms and conditions as such Authorized Representative may deem appropriate and to appoint and delegate, from time to time, such person(s) who may be authorized to enter into such agreements and take any other actions pursuant to such agreements in connection with said accounts that the Authorized Representative deems necessary; and to waive presentment, demand, protest, and notice of protest or dishonor of any check, note, bill, draft, or other instrument made, drawn or endorsed by this Proprietorship; and

2.   That the Bank be and is hereby authorized to honor, receive, certify, pay or exchange for money orders or other instruments all instruments signed in accordance with the foregoing instructions even though such payment may create an overdraft or even though such instruments may be drawn or endorsed to the order of any Authorized Representative signing the same or tendered by such Authorized Representative or a third party for exchange or cashing, or in payment of the individual obligation of such Authorized Representative, or for deposit to such Authorized Representative's personal account and Bank shall not be required or be under any obligation to inquire as to the circumstances of the issuance or use of any instrument signed in accordance with the foregoing instructions or the application or disposition of such instrument or the proceeds thereof and, further, that the Bank is authorized to honor any instructions regarding withdrawals, orders for payment or transfer of funds whether oral, by telephone or electronic means if such withdrawal, orders or transfer are initiated by an Authorized Representative; and

3.   That the Bank be and is hereby requested, authorized and directed to honor and to treat as authorized, checks, drafts or other orders for the payment of money drawn or purportedly drawn in this Proprietorship's name, including those payable to the individual order of any person whose name appears thereon as signer thereof, when bearing or purporting to bear the facsimile signature of an Authorized Representative authorized in the foregoing instructions and the Bank shall be entitled to honor, to treat as authorized, and to charge this Proprietorship for such checks, drafts, or other orders regardless of by whom or by what means the actual or purported facsimile signature thereon may have been affixed thereto, if such signature resembles the facsimile specimen duly certified to or filed with the Bank by any Authorized Representative or if such facsimile signature resembles any facsimile signature previously affixed to any check, draft, or other order drawn in the Proprietorship's name, which check, draft, or other order was accepted and paid without timely objection by the Proprietorship, thereby ratifying the use of such facsimile signature; and the Proprietorship hereby indemnifies and holds the Bank harmless against any and all loss, cost, damage or expense suffered or incurred by the Bank arising out of or in any way related to the misuse or unlawful or unauthorized use by a person of such facsimile signature; and

NCT
00-14-9088M  05-1999                                                                    Page 1 of 2

⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛

SEC-BOA-E-0002110

4. That endorsements for deposit may be evidenced by the name of the Proprietorship being written or stamped on the check or other instrument deposited, without designation of the party making the endorsement, and the Bank is authorized to supply any endorsement on any instrument tendered for deposit or collection; and

5. That the undersigned shall certify to Bank the names and signatures of persons authorized to act on behalf of this Proprietorship under the foregoing instructions and in the event a change occurs in the identity of the Authorized Person(s), the undersigned shall immediately report, furnish and certify such changes to the Bank and shall submit to the Bank a new account signature card reflecting such change in order to make such changes effective and the Bank shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from, or growing out of, honoring the signature of any Authorized Representative so certified, or refusing to honor any signature not so certified; and

6. That if any other person, firm or corporation acquires any right, title or interest in the Proprietorship or if my relationship thereto as sole owner be altered in any way, or if said business shall become incorporated, the undersigned shall notify the Bank promptly; and

7. That the foregoing instructions shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable so far as Bank is concerned until three (3) business days after the Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by Bank prior thereto; and

8. That all transactions by the undersigned, any Authorized Representative, or employee of this Proprietorship on its behalf and in its name with Bank prior to delivery to Bank of this Proprietorship Authorization are, in all respects, hereby ratified, confirmed, approved and adopted; and

9. That in consideration of your acceptance of the accounts of said Proprietorship under the foregoing name and style, I agree to protect and indemnify Bank against all loss or liability, including court costs and attorney fees, arising from or growing out of the acceptance by said Bank for payment or credit of checks, drafts, notes, bills of exchange, acceptances, certificates of deposits or other orders and instruments drawn to the order of and endorsed in the name of said Proprietorship; and

10. That the undersigned has signed, acknowledged and filed in the proper office of the state of the Proprietorship's principal place of business any document(s) which may be required by the laws of said state to be so filed by a person doing business under a fictitious or assumed name, if applicable.

In Witness Whereof, I have hereto signed and subscribed my name this ___17th___ day of ___October 2011___ .

_____   (Seal)
Sole Proprietor

Bank Information

Date                          10/17/2011

Banking Center Name           WESTPORT CENTER

Associate's Name              CATHLEEN MORABITO

Associate's Phone Number      203-221-3248

Page 2 of 2



SEC-BOA-E-0002111

Oct-18-2011 09:07 AM BANK OF AMERICA 2035715118                          1/3

**Bank of America**

BANK OF AMERICA, N.A. (THE "BANK")                    Sole Proprietorship
                                                      Signature Card

| | |
|---|---|
| Account Number | ☐ 6367     ☐ Temporary Signature Card |
| Account Type | Business Economy Checking |
| Account Title | IFTIKAR ALI AHMED SOLE PROP |

Name of Sole Proprietorship

Tax Identification Number     ☒ Social Security Number     ☐ Employer Identification Number

Substitute Form W-9. Certification- Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. person (including a U.S. resident alien).

Certification Instructions

You must cross out item (2) above if you have been notified by the IRS that you are currently subject to backup withholding because of underreporting interest or dividends on your tax return. (See also IRS Instructions for Form W-9).

> The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

Name (typed or printed)                                Signature
1. Iftikar Ali Ahmed
2.
3.
4.
5.

By signing below, the Sole Proprietor acknowledges and agrees that this account is and shall be governed by the terms and conditions set forth in the following documents, as amended from time to time: (1) the Deposit Agreement and Disclosures, (2) the Business Schedule of Fees, and (3) the Miscellaneous Fees for Business Accounts, and the Proprietorship further acknowledges the receipt of these documents. The undersigned further certifies, by signing below, that (1) all of the above named person(s) and these persons currently empowered to act under the Sole Proprietorship Authorization which authorizes this account and the other banking services provided for therein, (2) that the specimen signature set forth opposite the name of each person is true and genuine, and (3) the Substitute Form W-9.

This 17th day of October 2011                     Sole Proprietor/Owner

**ATM/Deposit/Check Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Check Cards, I (as authorized by the authorizations which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

Sole Proprietor/Owner

**Bank Information**

| | |
|---|---|
| Date | 10/17/2011 |
| Banking Center Name | WESTPORT CENTER |
| Associate's Name | CATHLEEN MORABITO |
| Associate's Phone Number | 203-221-3248 |
| Sole Proprietor | |
| Name | IFTIKAR ALI AHMED |

Iftikar Ali Ahmed
GIOL # JBBN68 315
ISSUE DATE - 10/18/11
EXP. DATE - 10/06/2013
BOA VISA Debit # 4710
ISSUE DATE - N/A
EXP. DATE - 4/2014
128458315

Review Information
95-14-9003M 10-2009
NCT

SEC-BOA-E-0002112



Oct-10-2013 12:51 PM Bank of America 203625661S

**Bank of America**

BANK OF AMERICA, N.A. (THE "BANK")

3640

Sole Proprietorship Authorization –Opening and
Maintaining Deposit Accounts and Services

Name of Sole Proprietorship    IFTIKAR ALI AHMED SOLH PROP

I, the undersigned, hereby certify to   BANK OF AMERICA, N.A.

that

having its principal place of business in the State of _____ CT _____, (the "Proprietorship") is the name and style under

which I conduct an unincorporated business as a sole proprietor and that no other person, firm or corporation has any right, title or interest in said Proprietorship.

Further, I hereby designate   BANK OF AMERICA, N.A.                                              (the "Bank")

as a depository of said Proprietorship and hereby declare that deposit accounts and/or time deposits (CDs) be opened and maintained in the name of this

Proprietorship with Bank in accordance with the terms of the Bank's Deposit Agreement and Disclosures and the applicable rules and regulations for such accounts.

**Furthermore, I Hereby Certify, Agree And Direct As Follows:**

1.  That any one of the following authorized representatives of this Proprietorship:

    IFTIKAR  A.  AHMED
    Name                                                            Name

    Name                                                            Name

is hereby authorized, on behalf of this Proprietorship and in its name, to execute and sign any application, deposit agreement, signature card and any other documentation required by Bank to open said accounts; to sign checks, drafts, notes, bills of exchange, acceptances, time deposits (CDs) or other orders for payment of money; to endorse checks, drafts, notes, bills, time deposits (CDs) or other instruments owned or held by this Proprietorship for deposit with Bank or for collection or discount by Bank; to accept, drafts, drafts, acceptances, and other instruments payable at Bank; to place orders with Bank for the purchase and sale of Foreign currencies on behalf of this Proprietorship; to execute and deliver an electronic fund transfer agreement and to make transfers or withdrawals by electronic transfer on behalf of the Proprietorship; to obtain an access device (including but not limited to a card, code, or other means of access to the Proprietorship's accounts) that may be used for the purpose of initiating electronic fund transfers (Proprietorship agrees and acknowledges that neither the Electronic Funds Transfer Act (15 U.S.C. 1693 et seq.) nor Regulation E (12 C.F.R. Part 205) are applicable to any such access device); to establish and maintain a night deposit relationship; to execute and deliver a wire transfer agreement and in request, or to appoint and delegate from time to time such persons who may request, where of funds; to enter into any agreements with the Bank for the provision by Bank of various Treasury Management services in this Proprietorship as such Authorized Representative may determine, in his or her sole discretion, and to sign any and all documents and take all actions required by Bank relative to such Treasury Management services or the performance of the Proprietorship's obligation thereunder, and that any such Treasury Management agreement(s) shall remain in full force and effect until written notice to terminate given in accordance with the terms of any such agreement shall have been received by Bank and that such termination shall not affect any action taken by the Bank prior to such termination; to rent or lease a safe deposit box from Bank, to execute the rental agreement or lease, to take whatever other actions or enter into whatever other agreements relating to the accounts or investment of funds in such accounts with Bank and to execute, amend, supplement and deliver to Bank such agreements on behalf of the Proprietorship upon such terms and conditions as such Authorized Representative may deem appropriate and to appoint and delegate, from time to time, such person(s) who may be authorized to enter into such agreements and take any other actions pursuant to such agreements in connection with said accounts that the Authorized Representative deems necessary; and to waive presentment, demand, protest, and notice of protest or dishonor of any check, note, bill, draft, or other instrument made, drawn or endorsed by this Proprietorship; and

2.  That the Bank be and is hereby authorized to honor, receive, certify, pay or exchange for money orders or other instruments all instruments signed in accordance with the foregoing instruction even though such payment may create an overdraft or even though such instruments may be drawn or endorsed to the order of any Authorized Representative signing the same or tendered by such Authorized Representative or a third party for exchange or cashing, or in payment of the individual obligation of such Authorized Representative, or for deposit to such Authorized Representative's personal account and Bank shall not be required or in under any obligation to inquire as to the circumstances of the issuance or use of any instrument signed in accordance with the foregoing instructions or the application or disposition of such instrument or the proceeds thereof; and, further, that the Bank is authorized to honor any instructions regarding withdrawals, orders for payment or transfer of funds whether oral, by telephone or electronic means if such withdrawal, orders or transfer are initiated by an Authorized Representative; and

3.  That the Bank be and is hereby instructed, authorized and directed to honor and to treat as authorized, checks, drafts or other orders for the payment of money drawn or purportedly drawn in this Proprietorship's name, including those payable to the individual order of any person whose name appears thereon as signer thereof, when bearing or purporting to bear the facsimile signature of an Authorized Representative authorized in the foregoing instructions and the Bank shall be entitled to honor, to treat as authorized, and to charge this Proprietorship p for such checks, drafts, or other orders regardless of by whom or by what means the actual or purported facsimile signature thereon may have been affixed thereto, if such signature resembles the facsimile specimen duly certified to or filed with the Bank by any Authorized Representative or if such facsimile signature resembles any facsimile signature previously affixed to any check, draft, or other order drawn in the Proprietorship's name, which check, draft, or other order was accepted and paid without timely objection by the Proprietorship, thereby ratifying the use of such facsimile signature; and the Proprietorship hereby indemnifies and holds the Bank harmless against any and all loss, cost, damage or expense suffered or incurred by the Bank arising out of or in any way related to the misuse or unlawful or unauthorized use by a person of such facsimile signature; and

NCT
00-14-9685M  05-2013

Page 1 of 2

SEC-BOA-E-0001155



Oct-10-2013 12:51 PM Bank of America 2036256616

3640

4.   That endorsements for deposit may be endorsed by the name of the Proprietorship being written or stamped on the check or other instruments deposited, without designation of the party making the endorsement, and the Bank is authorized to supply any endorsement on any instrument tendered for deposit or collection; and

5.   That the undersigned shall certify to Bank the names and signatures of persons authorized to act on behalf of this Proprietorship under the foregoing instructions and in the event a change occurs in the identity of the Authorized Person(s), the undersigned shall immediately report, furnish and certify such changes to the Bank and shall submit to the Bank a new account signature card reflecting such change in order to make such changes effective and the Bank shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from, or growing out of, honoring the signature of any Authorized Representative so certified, or refusing to honor any signature not so certified; and

6.   That if any other person, firm or corporation acquires any right, title or interest in the Proprietorship or if my relationship thereto as sole owner be altered in any way, or if said business shall become incorporated, the undersigned shall notify the Bank promptly; and

7.   That the foregoing instructions shall remain in full force and effect and the authority herein given to all of said persons shall remain in revocable as far as Bank is concerned until three (3) business days after the Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by Bank prior thereto; and

8.   That all transactions by the undersigned, any Authorized Representative, or employee of this Proprietorship on its behalf and in its name with Bank prior to delivery to Bank of this Proprietorship Authorization are, in all respects, hereby ratified, confirmed, approved and adopted; and

9.   That in consideration of your acceptance of the accounts of said Proprietorship under the foregoing name and style, I agree to protect and indemnify Bank against all loss or liability, including court costs and attorney fees, arising from or growing out of the acceptance by said Bank for payment or credit of checks, drafts, notes, bills of exchange, acceptances, certificates of deposits or other orders and instruments drawn in the order of said endorsed in the name of said Proprietorship; and

10.  That the undersigned has signed, acknowledged and filed in the proper office of the state of the Proprietorship's principal place of business any document(s) which may be required by the laws of said state to be so filed by a person doing business under a fictitious or assumed name, if applicable.

In Witness Whereof, I have hereto signed and subscribed my name this   10   day of   Oct   2013

_____ (Seal)
Sole Proprietor

| Bank Information | |
|---|---|
| Date | 10/10/2013 |
| Banking Center Name | GREENWICH AVE |
| Associate's Name | Monica Ellis |
| Associate's Phone Number | 203-625-6607 |

Page 2 of 2

SEC-BOA-E-0001156

Oct-10-2013 12:51 PM Bank of America 2036255645                    13/16

## Bank of America

BANK OF AMERICA, N.A. (THE "BANK")

Business Signature Card
with Substitute Form W-9

Account Number ███ 1540                          Bank Number: 280

Account Type:  [X] DDA   [ ] SAV   [ ] CD

Account Title:

IFTIKAR ALI AHMED SOLE PROP

_____

Legal Designation:

[X] Individual/Sole Proprietor   [ ] Trust/Estate   [ ] Unincorporated Association   [ ] C Corporation   [ ] S Corporation

[ ] Partnership (Enter the type of partnership: General, LP, LLP or LLLP)

[ ] Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor)

[ ] Other (Defined in W-9 instructions)

Social Security Number ███ 9416        (or)   Employer Identification Number

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, I/we acknowledge the receipt of these documents. By signing below, I/we acknowledge and agree that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported. The Deposit Agreement includes a provision for alternative dispute resolution.

Substitute Form W-9 Certification - Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions).

Certification Instructions: You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your current TIN. (Please refer to the IRS instructions for Form W-9).

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

[ ] Exempt Payee (check if applicable)

[ ] Nonresident Alien Status (if applicable) If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8.

| Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|
| 1  IFTIKAR A. AHMED | OWNER | [signature] | 10/10/13 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

© 2012 Bank of America, N.A. All Rights Reserved

NCT
03-34-3797bd 02-2013                 |||||||||||||||||||||||              Page 1 of 2

Oct-10-2013 12-51 PM Bank of America 2036258618                                    2/16

Account Number: ████ 3699

☐ Signature Card Addendum on File

ATM/Deposit/Debit Card Request

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards, I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

_____                    OWNER
Authorized Signer                                          Title

## Review Information

**Customer 1:**

Name _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

**Customer 2:**

Name _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

**Customer 3:**

Name _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

**Customer 4:**

Name _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

**Customer 5:**

Name _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

## Bank Information

Date                        10/10/2013

Banking Center Name         GREENWICH AVE

Associate's Name            Monica Eza

Associate's Phone Number    203-625-5602

MCT
90-14-9299M 02-2013                                              Page 2 of 2

**Bank of America** 

BANK OF AMERICA, N.A. (THE "BANK")

Business Signature Card
with Substitute Form W-9

Account Number: �though8384                                          Bank Number: 280

Account Type:  ☒ DDA    ☐ SAV    ☐ CD

Account Title:

I-CUBED DOMAINS LLC

_____

_____

_____

Legal Designation:

☐ Individual/Sole Proprietor   ☐ Trust/Estate   ☐ Unincorporated Association   ☐ C Corporation   ☐ S Corporation

☐ Partnership   (Enter the type of partnership: General, LP, LLP or LLLP)

☒ Limited Liability Company  (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member/Sole Proprietor)  C

☐ Other (Defined in W-9 instructions)

Social Security Number _____  (or)  Employer Identification Number  46-1260996

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, I/we acknowledge the receipt of these documents. By signing below, I/we acknowledge and agree that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported. The Deposit Agreement includes a provision for alternative dispute resolution.

Substitute Form W-9. Certification - Under penalties of perjury, I certify that, (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions) and (4) The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

Certification Instructions: You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. (Please refer to the IRS instructions for Form W-9).

> The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

☐ Nonresident Alien Status (if applicable) If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8.

| Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|
| 1. AHMED A IFTIKAR | MEMBER | | 10/28/14 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

NCT

CG-14-9297MW  08-2014

© 2012 Bank of America, N.A.  All Rights Reserved

Page 1 of 2

SEC-BOA-E-0001189

Account Number: ⬛ 8384

☐ Signature Card Addendum on File

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards, I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

_____                    MEMBER
Authorized Signer                             Title

**Review Information**

**Customer 1**

Name: AHMED A IFTIKAR

ID Type: US Driver License W/Photo   ID#: ⬛   ID Issuer: Connecticut   Iss Date: 11/2013   Exp Date: 12/2019

ID Type: BOA ATM/Debit No Photo   ID#: 8585   ID Issuer: VISA DEBIT   Iss Date: N/A   Exp Date: 07/2018

**Customer 2:**

Name: _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss Date: _____ Exp Date: _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss Date: _____ Exp Date: _____

**Customer 3:**

Name: _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss Date: _____ Exp Date: _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss Date: _____ Exp Date: _____

**Customer 4:**

Name: _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss Date: _____ Exp Date: _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss Date: _____ Exp Date: _____

**Customer 5:**

Name: _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss Date: _____ Exp Date: _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss Date: _____ Exp Date: _____

**Bank Information**

Date: 10/28/2014

Banking Center Name: GREENWICH AVE

Associate's Name: Lazarus Chavez

Associate's Phone Number: 203-625-6600

NCF
00-14-9293MW  08-2014

Page 2 of 2

SEC-BOA-E-0001190

**Bank of America** 🇺🇸

BANK OF AMERICA, N.A. (THE "BANK")

**Certified Copy of Limited Liability Company Resolutions**
**Opening and Maintaining Deposit Accounts and Services**

Account Number ██████ 8384

Name of Limited Liability Company  I-CUBED DOMAINS LLC

I, the undersigned, hereby certify to  BANK OF AMERICA, N.A

, that I am the a/the _____ *Member* _____ and the designated keeper

of the records and minutes of  I-CUBED DOMAINS LLC

a ☒ limited liability company  ☐ professional limited liability company duly organized and existing under the laws of the State of  *Connecticut*

(the "Company"), that I have full authority to manage, represent, sign for and bind the Company, that the following is a true copy of resolutions duly adopted by a majority of the members/managers of said Company at a meeting duly held on the ___ *28* ___ day of ___ *October* ___ , *2014* , at which a quorum was present and acted throughout or adopted by the written consent of a majority of the members/managers, and that such resolutions are in full force and effect and have not been amended or rescinded.

1. Resolved, that  BANK OF AMERICA, N.A  (the "Bank") is hereby designated as a depository of the Company and that deposit accounts and/or time deposits (CDs) be opened and maintained in the name of this Company with the Bank in accordance with the terms of the Bank's Deposit Agreement and Disclosures and the applicable rules and regulations for such accounts, that any one of the following members, managers, or employees of this Company

| | |
|---|---|
| *IFTIKAR A. AHMED* | *MEMBER* |
| Name | Title/Status |
| | |
| Name | Title/Status |
| | |
| Name | Title/Status |
| | |
| Name | Title/Status |

is hereby authorized, on behalf of this Company and in its name, to execute and sign any application, deposit agreement, signature card and any other documentation required by Bank, to open said accounts, to sign checks, drafts, notes, bills of exchange, acceptances, time deposits (CDs) or other orders for payment of money, to endorse checks, drafts, notes, bills, time deposits (CDs) or other instruments owned or held by this company for deposit with Bank or for collection or discount by Bank, to accept drafts, acceptances, and other instruments payable at Bank, in place orders with Bank for the purchase and sale of foreign currencies on behalf of this Company, to execute and deliver to wholesale fund transfer agreement and to make transfers of the Company's account(s) that may be used for the purpose of initiating electronic fund transfers [Company agrees and acknowledges that neither the Electronic Funds Transfer Act (15 U.S.C. 1693 et seq.) nor Regulation E (12 C.F.R. Part 205) are applicable to any such account device], to establish and maintain a night deposit relationship, to execute and deliver a wire transfer agreement and to request, to appoint and delegate from time to time such persons who may request, wires of funds, to enter into any agreements with the Bank for the provision by Bank of various Treasury Management services to the Company as such member, manager or employee may determine, in his or her sole discretion, and to sign any and all documents and take all actions required by Bank relative to such Treasury Management services or the performance of the Company's obligations there under, and that any such Treasury Management agreement(s) shall remain in full force and effect until written notice to terminate given in accordance with the terms of any such agreement shall have been received by Bank and that such termination shall not affect any action taken by the Bank prior to such termination, to rent or lease a safe deposit box from Bank, to execute the rental agreement at lease, to enter the safe deposit box and to terminate the rental agreement or lease, to take whatever other actions or enter into whatever other agreements relating to the accounts or investment of funds in such accounts with Bank and to execute, amend, supplement and deliver to Bank such agreements on behalf of the Company upon such terms and conditions as such member, manager or employee may deem appropriate and to appoint and delegate, from time to time, such person(s) who may be authorized to enter into such agreements and take any other actions pursuant to such agreements in connection with said accounts that the member, manager or employee deems necessary, and to waive presentment, demand, protest and notice of protest or dishonor of any check, note, bill, draft, or other instrument made, drawn or endorsed by this Company; and

2. Further Resolved, that the Bank be and is hereby authorized to honor, receive, certify, pay or exchange for money orders or other instruments all instruments signed in accordance with the foregoing resolutions even though such payment may create an overdraft or even though such instruments may be drawn or endorsed to the order of any member, manager or employee signing the same or tendered by such member, manager or employee or a third party for exchange or cashing, or in payment of any individual obligation of such member, manager or employee, or for deposit to such member's, manager's or employee's personal account and Bank shall not be required or be under any obligation to inquire as to the circumstances of the issuance or use of any instrument signed in accordance with the foregoing resolutions or the application or disposition of such instrument or the proceeds thereof, and, further that the Bank is authorized to honor any transactions regarding withdrawals, orders for payment or transfer of funds whether oral, by telephone or electronic means of such withdrawal, orders or transfer are initiated by an above authorized member, manager or employee; and

NCT
90-14-5258M 11-2013

Page 1 of 2

http://imageview.bankofamerica.com/iv5/resources/print.html       5/15/2015

SEC-BOA-E-0001191

Account Number ████2384

3. **Further Resolved,** that the Bank be and is hereby requested, authorized and directed to honor and to treat as authorized, checks, drafts or other orders for the payment of money drawn or purportedly drawn in this Company's name, including those payable to the individual order of any person whose name appears thereon as signer thereof, when bearing or purporting to bear the facsimile signature of an member, manager or employee authorized in the foregoing resolutions and the Bank shall be entitled to honor, to treat as authorized, and to charge this Company for such checks, drafts, or other orders regardless of by whom or by what means the actual or purported facsimile signature thereon may have been affixed thereto, if such signature resembles the facsimile specimen duly certified to or filed with the Bank by a member/manager of this Company or if such facsimile signature resembles any facsimile signature previously affixed to any check, draft, or other order drawn in the Company's name, which check, draft, or other order was accepted and paid without timely objection by the Company, thereby ratifying the use of such facsimile signature, and the Company hereby indemnifies and holds the Bank harmless against any and all loss, cost, damage or expense suffered or incurred by the Bank arising out of or in any way related to the misuse or unlawful or unauthorized use by a person of such facsimile signature, and

4. **Further Resolved,** that endorsement for deposit may be evidenced by the name of the Company being written or stamped on the check or other instrument deposited without designation of the party making the endorsement, and the bank is authorized to supply any endorsement on any instrument tendered for deposit or collection, and

5. **Further Resolved,** that a duly authorized member/manager of this Company shall certify to the Bank names and signatures of persons authorized to act on behalf of this Company under the foregoing resolutions and shall from time to time hereafter, as changes in the identity of said members, managers and employees are made, immediately report, furnish and certify such changes to the Bank and shall submit to the Bank a new account signature card reflecting such change(s) in order to make such changes effective and the Bank shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from, or growing out of, honoring the signature of any member, manager or employee so certified, or refusing to honor any signature not so certified, and

6. **Further Resolved,** that the foregoing resolutions shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as the Bank is concerned until three (3) business days after the Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by said Bank prior thereto, and

7. **Further Resolved,** that all transactions by any member, manager or employee of this Company or on behalf and in its name with the Bank prior to the delivery to the Bank of a certified copy of the foregoing resolutions are, in all respects, hereby ratified, confirmed, approved and adopted, and

8. **Further Resolved,** that any member/manager be and hereby is, authorized and directed to certify these resolutions to the Bank and that the provisions hereof are in conformity with the Articles of Organization and Operating Agreement of this Company

**In Witness Whereof,** and intending to bind the Company, I have hereunto subscribed my name as a member/manager of this Company, this
__28th__ day of __OCTOBER__ , __2014__ .

Member/Manager

| Bank Information | |
| --- | --- |
| Date | 10/28/2014 |
| Banking Center Name | GREENWICH AVE |
| Associate's Name | Lazaro Chavez |
| Associate's Phone Number | 203-625-6606 |

Page 2 of 2

SEC-BOA-E-0001192