

H

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Page 1 of 4
Statement Period
11/01/05 through 11/30/05
E00  E  PA   EA          0622627
Enclosures 0           54
Account Number ████ █ 9310

01250 E01 SCM999 11      0

IFTIKAR ALI AHMED DBA
CIP ADVISORS

Our free Online Banking service allows you to check balances, track account activity, pay bills and more.
With Online Banking you can also view up to 18 months of this statement online.
Enroll at www.bankofamerica.com/smallbusiness.

## Customer Service Information
### www.bankofamerica.com

☎ For additional information or service, you may call:
1-888-BUSINESS (1-888-287-4637)

✉ Or you may write to:
Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Government Exhibit
**2**
1:13-cv-00675

SEC-BOA-E-0002205

H

IFTIKAR ALI AHMED DBA
OIP ADVISORS

Page 2 of 4
Statement Period
11/01/05 through 11/30/05
E00 E PA  EA
Enclosures 0           54
Account Number ████ 9310

---

## Manage Your Personal and Business Accounts Online

With Online Banking, you can get 24/7 account access from your home, office or on the road. Transfer funds between linked Bank of America accounts.  View up-to-the-minute account information, including ATM deposits and withdrawals, direct deposits, loan payments and more. Enroll or sign in today at www.bankofamerica.com.

---

## Now you don't need the clout of big business to save like one!

Introducing, the Small Business Discount Program. As a small business checking customer, you can save on products you buy for your business and for yourself. Use our easy on-line service to save 5%-75% with over 2,500 retailers--we've done the negotiating for you. Visit BankofAmerica.com, click on Small Business and follow the links to start saving today!

---

## Refer Your Friends, Earn Rewards

When you recommend a Bank of America business checking account to a friend, you could each earn rewards.  You can refer as many people as you like.  They'll get a business account with everything they need-and you can earn a great reward when they open a business account.  Please visit your nearest Bank of America banking center for more information.

---

## Get the Convenience and Flexibility You Need to Run Your
## Small Business

No matter where you are today or where you want to go tomorrow, the business accounts and services you need are available to you at Bank of America. We look forward to working with you, now and in the future.

---

## Thank You

Thank you for banking with Bank of America. We value your business.

---

SEC-BOA-E-0002206



H

IFTIKAR ALI AHMED DBA
OIP ADVISORS

Page 3 of 4
Statement Period
11/01/05 through 11/30/05
E00 E PA  EA                          0622629
Enclosures 0              54
Account Number        ▇▇▇ 9310

## Deposit Accounts

## Business Economy Checking

### IFTIKAR ALI AHMED DBA  OIP ADVISORS

#### Your Account at a Glance

| | | | |
|---|---|---|---|
| Account Number | ▇▇▇ 9310 | Statement Beginning Balance | $2,500.00 |
| Statement Period  11/01/05 through 11/30/05 | | Amount of Deposits/Credits | $92,285.15 |
| Number of Deposits/Credits | 1 | Amount of Withdrawals/Debits | $92,285.15 |
| Number of Withdrawals/Debits | 3 | Statement Ending Balance | $2,500.00 |
| Number of Deposited Items | 0 | | |
| | | Average Ledger Balance | $45,576.07 |
| Number of Days in Cycle | 30 | Service Charge | $0.00 |

#### Deposits and Credits

| Date Posted | Amount ($) Description | Bank Reference |
|---|---|---|
| 11/14 | 92,285.15 Wire Type:Fx IN Date:051114 Time:1851 Et ▇▇▇▇▇▇▇▇▇ | 903711100059304 |

#### Withdrawals and Debits

#### Other Debits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 11/14 | 15.00 | Wire Transfer Fee | 903711140127479 |
| 11/28 | 91,770.15 | Online Banking transfer to Chk 0482 Confirmation# 3035525937 | 957111287507080 |
| 11/29 | 500.00 | Online Banking transfer to Chk 0482 Confirmation# 3250576828 | 957111297523547 |

#### Daily Ledger Balances

| Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|
| 11/01 | 2,500.00 | 11/28 | 3,000.00 |
| 11/14 | 94,770.15 | 11/29 | 2,500.00 |

SEC-BOA-E-0002207

H

## How To Balance Your Bank of America Account

**FIRST, start with your Account Register/Checkbook:**

1. List your Account Register/Checkbook Balance here .............................................................. $ _____

2. Subtract any service charges or other deductions not previously recorded that are listed on this statement .......... $ _____

3. Add any credits not previously recorded that are listed on this statement (for example interest) ................... $ _____

4. This is your NEW ACCOUNT REGISTER BALANCE ................................................................... $ _____

**NOW, with your Account Statement:**

1. List your Statement Ending Balance here ........................................................................ $ _____

2. Add any deposits not shown on this statement .................................................................. $ _____

_____

_____

SUBTOTAL ....................................................... $ _____

3. List and total all outstanding checks, ATM, Check Card and other electronic withdrawals

| Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | |
|---|---|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount | Date/Check # | Amount |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

4. TOTAL OF OUTSTANDING CHECKS, ATM, Check Card and other electronic withdrawals .................... $ _____

5. Subtract total outstanding checks, ATM, Check Card and other electronic withdrawals from Subtotal
   This Balance should match your new Account Register Balance ............................................. $ _____

Upon receipt of your statement, differences, if any, should be reported to the bank promptly in writing and in accordance with provisions in your deposit agreement.

### IMPORTANT INFORMATION FOR BANK DEPOSIT ACCOUNTS

**Change of Address.** Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Deposit Agreement.** When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule, which contain the current version of the terms and conditions of your account relationship, may be obtained at our banking centers.

**Electronic Transfers: In case of errors or questions about your electronic transfers**
If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
* Tell us your name and account number.
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
* Tell us the dollar amount of the suspected error.
For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.
For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting Other Problems.** You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.

**Direct Deposits.** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

Bank of America, N.A. Member FDIC and    Equal Housing Lender

SEC-BOA-E-0002208



H

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Page 1 of 4
Statement Period
07/01/06 through 07/31/06
E00 E PA  EA        0610830
Enclosures 0            54
Account Number ████ ██ 9319

01380 E01 SCM999 I1    0

IFTIKAR ALI AHMED DBA
OIP ADVISORS
███████ █████ ███████

Our free Online Banking service allows you to check balances, track account activity, pay bills and more.
With Online Banking you can also view up to 18 months of this statement online.
Enroll at www.bankofamerica.com/smallbusiness.

## Customer Service Information
## www.bankofamerica.com

For additional information or services, you may call:
1.888.BUSINESS (1.888.287.4637)

Or you may write to:
Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

SEC-BOA-E-0002236

H

IFTIKAR ALI AHMED DBA
OIP ADVISORS

Page 2 of 4
Statement Period
07/01/06 through 07/31/06
E00  E PA   EA
Enclosures 0            54
Account Number ████ 9310

## Manage Your Personal and Business Accounts Online
With Online Banking, you can get 24/7 account access from your home, office or on the road. Transfer funds between linked Bank of America accounts. View up-to-the-minute account information, including ATM deposits and withdrawals, direct deposits, loan payments and more. Enroll or sign in today at www.bankofamerica.com.

## Checking with automatic savings.
Sign up for Keep the Change and add to your savings every time you make a purchase with your Bank of America Visa Check Card. Purchases are rounded up to the next dollar, and the difference is transferred from your checking to your savings account. Talk to any banking associate to learn more. Experience Higher Standards in Checking with Bank of America.

## MERCHANT SERVICES
Find out more about accepting credit cards, equipment details, reporting features and more. Come visit our new and improved website: www.bankofamerica.com/merchantservices or call 1.877.837.9022 and reference promo code #142.

Quality health insurance for you, your dependents, and your employees offered through Banc of America Insurance Services, Inc. Get free quotes and compare rates and benefits from over 100 leading insurance companies nationwide. Personalized service from a licensed insurance agent fast and easy - - act now! Visit www.bankofamerica.com/bizhealth today!

## Thank You
Thank you for banking with Bank of America. We value your business.

SEC-BOA-E-0002237



H

Page 3 of 4
Statement Period
07/01/06 through 07/31/06
E00 E PA  EA          0610822
Enclosures 0       54
Account Number ████ 9310

IFTIKAR ALI AHMED DBA
OIP ADVISORS

## Deposit Accounts

## Business Economy Checking

### IFTIKAR ALI AHMED DBA  OIP ADVISORS

| | | |
|---|---|---|
| Statement Period 07/01/06 through 07/31/06 ████ 9310 | Statement Beginning Balance | $2,500.00 |
| Number of Deposits/Credits 2 | Amount of Deposits/Credits | $1,200,000.00 |
| Number of Withdrawals/Debits 2 | Amount of Withdrawals/Debits | $1,200,045.00 |
| Number of Deposited Items 0 | Statement Ending Balance | $2,455.00 |
| Number of Days in Cycle 31 | Average Ledger Balance | $79,880.16 |
| | Service Charge | $0.00 |

### Deposits and Credits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 07/03 | 999,999.00 | Online Banking transfer from Chk 2349 Confirmation# 1939339573 | 957307037580970 |
| 07/03 | 200,001.00 | Online Banking transfer from Chk 2349 Confirmation# 1939358309 | 957307037581068 |

### Withdrawals and Debits
### Other Debits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 07/05 | 1,200,000.00 | Wire Type:Intl Out Date:060705 Time:1254 Et ██████ | 903707050212584 |
| 07/05 | 45.00 | Wire Transfer Fee | 903707050111788 |

### Daily Ledger Balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 07/01 | 2,500.00 | 07/03 | 1,202,500.00 | 07/05 | 2,455.00 |

SEC-BOA-E-0002238

H

## How To Balance Your Bank of America Account

**FIRST, start with your Account Register/Checkbook:**

1. List your Account Register/Checkbook Balance here ........................................................................................ $ _____

2. Subtract any service charges or other deductions not previously recorded that are listed on this statement ......... $ _____

3. Add any credits not previously recorded that are listed on this statement (for example interest) ........................... $ _____

4. This is your NEW ACCOUNT REGISTER BALANCE ......................................................................................... $ _____

**NOW, with your Account Statement:**

1. List your Statement Ending Balance here ...................................................................................................... $ _____

2. Add any deposits not shown on this statement ............................................................................................. $ _____

_____

_____

_____

**SUBTOTAL** ................................ $ _____

3. List and total all outstanding checks, ATM, Check Card and other electronic withdrawals

| Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | |
|---|---|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount | Date/Check # | Amount |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

4. TOTAL OF OUTSTANDING CHECKS, ATM, Check Card and other electronic withdrawals ................... $ _____

5. Subtract total outstanding checks, ATM, Check Card and other electronic withdrawals from Subtotal
This Balance should match your new Account Register Balance ......................................................... $ _____

Upon receipt of your statement, differences, if any, should be reported to the bank promptly in writing and in accordance with provisions in your deposit agreement.

## IMPORTANT INFORMATION FOR BANK DEPOSIT ACCOUNTS

**Change of Address.** Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Deposit Agreement.** When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule, which contain the current version of the terms and conditions of your account relationship, may be obtained at our banking centers.

**Electronic Transfers:** In case of errors or questions about your electronic transfers
If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

* Tell us your name and account number.
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
* Tell us the dollar amount of the suspected error.
For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calender days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.
For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting Other Problems.** You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems of unauthorized transactions.

**Direct Deposits.** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.



Bank of America, N.A. Member FDIC and          Equal Housing Lender

SEC-BOA-E-0002239



H

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Page 1 of 3
Statement Period
06/01/07 through 06/30/07
E00 E PA  EA 54          0277097
Enclosures 0
Account Number ████ 9310

02280 E01 SCM999 I12    0

IFTIKAR ALI AHMED DBA
OIP ADVISORS
███████████████████████

Our free Online Banking service allows you to check balances, track account activity, pay bills and more.
With Online Banking you can also view up to 18 months of this statement online.
Enroll at www.bankofamerica.com/smallbusiness.

## Customer Service Information
### www.bankofamerica.com

For additional information or service, you may call
1-888-BUSINESS (1-888-287-4637)

Or you may write to:
Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Important information regarding your debit card transactions

Effective 8/10/07, when we approve a request from a merchant to authorize a debit card transaction from your account, we may reduce the available balance in your account by the amount requested by the merchant. Your remaining available balance must be sufficient to cover checks, debits and other items that post to your account, or you may incur overdraft or returned item fees. This amends your debit card agreement with us. Questions: please call the number on your statement.

Not currently processing credit cards with Bank of America? Switch your Merchant Card Processing and save. We will Meet or Beat your current price or pay you $50. Visit www.bankofamerica.com/merchantservices to learn more and to obtain a customized solution for your business needs or call 1.800.955.8488 and reference offer code #157.

SEC-BOA-E-0002277

H

Page 2 of 3
Statement Period
06/01/07 through 06/30/07
E00 E PA  EA 54
Enclosures 0
Account Number ███ 9310

IFTIKAR ALI AHMED DBA
OIP ADVISORS

## Deposit Accounts

## Business Economy Checking

### IFTIKAR ALI AHMED DBA  OIP ADVISORS

### Your Account at a Glance

| | | | |
|---|---|---|---|
| Account Number | ███ 9310 | Statement Beginning Balance | $2,455.00 |
| Statement Period | 06/01/07 through 06/30/07 | Amount of Deposits/Credits | $250,075.00 |
| Number of Deposits/Credits | 2 | Amount of Withdrawals/Debits | $250,030.00 |
| Number of Withdrawals/Debits | 1 | Statement Ending Balance | $2,500.00 |
| Number of Deposited Items | 0 | | |
| | | Average Ledger Balance | $10,805.83 |
| Number of Days in Cycle | 30 | Service Charge | $0.00 |

### Deposits and Credits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 06/07 | 250,030.00 | Wire Type:Book IN Date:070607 Time:1140 Et ████████ | 903706070131703 |
| 06/20 | 45.00 | Online Banking transfer from Chk 0482 Confirmation# 2349121493 | 957106207547549 |

### Withdrawals and Debits

### Other Debits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 06/08 | 250,030.00 | Online Banking transfer to Sav 9566 Confirmation# 1314487061 | 957106087522011 |

### Daily Ledger Balances

| Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|
| 06/01 | 2,455.00 | 06/08 | 2,455.00 |
| 06/07 | 252,485.00 | 06/20 | 2,500.00 |

SEC-BOA-E-0002278



H

Page 3 of 3

0277099

# How To Balance Your Bank of America Account

**FIRST, start with your Account Register/Checkbook:**

1. List your Account Register/Checkbook Balance here ......................................................... $ _____
2. Subtract any service charges or other deductions not previously recorded that are listed on this statement ............ $ _____
3. Add any credits not previously recorded that are listed on this statement (for example interest) ..................... $ _____
4. This is your NEW ACCOUNT REGISTER BALANCE ........................................................... $ _____

**NOW, with your Account Statement:**

1. List your Statement Ending Balance here ................................................................. $ _____
2. Add any deposits not shown on this statement ........................................................... $ _____

_____
_____
_____

SUBTOTAL .................................. $ _____

3. List and total all outstanding checks, ATM, Check Card and other electronic withdrawals.

| Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | |
|---|---|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount | Date/Check # | Amount |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

4. TOTAL OF OUTSTANDING CHECKS, ATM, Check Card and other electronic withdrawals ............ $ _____
5. Subtract total outstanding checks, ATM, Check Card and other electronic withdrawals from Subtotal
   This Balance should match your new Account Register Balance ........................................... $ _____

Upon receipt of your statement, differences, if any, should be reported to the bank promptly in writing and in accordance with provisions in your deposit agreement.

## IMPORTANT INFORMATION FOR BANK DEPOSIT ACCOUNTS

**Change of Address.** Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Deposit Agreement.** When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule, which contain the current version of the terms and conditions of your account relationship, may be obtained at our banking centers.

**Electronic Transfers: In case of errors or questions about your electronic transfers**
If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

* Tell us your name and account number.
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.
For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting Other Problems.** You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.

**Direct Deposits.** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

Bank of America, N.A. Member FDIC and  Equal Housing Lender

SEC-BOA-E-0002279

H



Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Page 1 of 3
Statement Period
10/01/07 through 10/31/07
E00 E PA   EA 54          0261230
Enclosures 0
Account Number ████ 9310

01280 E01 SCM999 I1  4 0

IFTIKAR ALI AHMED DBA
OIP ADVISORS

Our free Online Banking service allows you to check balances, track account activity, pay bills and more.
With Online Banking you can also view up to 18 months of this statement online.
Enroll at www.bankofamerica.com/smallbusiness.

## Customer Service Information
### www.bankofamerica.com

For additional information or services you may call:
1-888-BUSINESS (1-888-287-4637)

Or you may write to:
Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

---

## An introductory 0% rate is just the beginning

Call 1-888-663-6262 today to request the Platinum Visa Business card & receive all the great benefits!

SEC-BOA-E-0002289

H

Page 2 of 3
Statement Period
10/01/07 through 10/31/07
E00 E PA  EA 54
Enclosures 0
Account Number ████ 9310

IFTIKAR ALI AHMED DBA
OIP ADVISORS

## Deposit Accounts

## Business Economy Checking

### IFTIKAR ALI AHMED DBA  OIP ADVISORS

### Your Account at a Glance

| | | | |
|---|---|---|---|
| Account Number | ████ 9310 | Statement Beginning Balance | $2,500.00 |
| Statement Period | 10/01/07 through 10/31/07 | Amount of Deposits/Credits | $786,312.27 |
| Number of Deposits/Credits | 1 | Amount of Withdrawals/Debits | $786,312.27 |
| Number of Withdrawals/Debits | 5 | Statement Ending Balance | $2,500.00 |
| Number of Deposited Items | 0 | | |
| | | Average Ledger Balance | $65,333.62 |
| Number of Days in Cycle | 31 | Service Charge | $0.00 |

### Deposits and Credits

| Date Posted | Amount ($) Description | Bank Reference |
|---|---|---|
| 10/04 | 786,312.27 Wire Type:Fx IN Date:071004 Time:1533 Et ██████████████ | 903710010153874 |

### Withdrawals and Debits

### Other Debits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 10/04 | 15.00 | Wire Transfer Fee | 903710040115574 |
| 10/05 | 500,000.00 | Online Banking transfer to Chk 3754 Confirmation# 1587040418 | 957210057572989 |
| 10/09 | 269,896.17 | Wire Type:Intl Out Date:071009 Time:1654 Et ██████████████ | 903710090362827 |
| 10/09 | 45.00 | Wire Transfer Fee | 903710090131018 |
| 10/10 | 16,356.10 | Online Banking transfer to Chk 3754 Confirmation# 2052936969 | 957110107545326 |

### Daily Ledger Balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 10/01 | 2,500.00 | 10/05 | 288,797.27 | 10/10 | 2,500.00 |
| 10/04 | 788,797.27 | 10/09 | 18,856.10 | | |



H

0261232

## How To Balance Your Bank of America Account

**FIRST, start with your Account Register/Checkbook:**

1. List your Account Register/Checkbook Balance here ............................................. $ _____

2. Subtract any service charges or other deductions not previously recorded that are listed on this statement ............. $ _____

3. Add any credits not previously recorded that are listed on this statement (for example interest) ................. $ _____

4. This is your NEW ACCOUNT REGISTER BALANCE ............................................. $ _____

**NOW, with your Account Statement:**

1. List your Statement Ending Balance here ............................................. $ _____

2. Add any deposits not shown on this statement ............................................. $ _____

_____

_____

SUBTOTAL ........................................ $ _____

3. List and total all outstanding checks, ATM, Check Card and other electronic withdrawals

| Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | |
|---|---|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount | Date/Check # | Amount |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

4. TOTAL OF OUTSTANDING CHECKS, ATM, Check Card and other electronic withdrawals ............. $ _____

5. Subtract total outstanding checks, ATM, Check Card and other electronic withdrawals from Subtotal
   This Balance should match your new Account Register Balance ............................ $ _____

Upon receipt of your statement, differences, if any, should be reported to the bank promptly in writing and in accordance with provisions in your deposit agreement.

## IMPORTANT INFORMATION FOR BANK DEPOSIT ACCOUNTS

**Change of Address.** Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Deposit Agreement.** When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule, which contain the current version of the terms and conditions of your account relationship, may be obtained at our banking centers.

**Electronic Transfers:** In case of errors or questions about your electronic transfers
If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

* Tell us your name and account number.
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting Other Problems.** You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.

**Direct Deposits.** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.



Bank of America, N.A. Member FDIC and          Equal Housing Lender



H

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Page 1 of 3
Statement Period
01/01/08 through 01/31/08
E00  E  PA   EA  54            0261472
Enclosures 0
Account Number ████ 9310

01280 E01 SCM999 I1      0

IFTIKAR ALI AHMED DBA
OIP ADVISORS
████████████████████

Our free Online Banking service allows you to check balances, track account activity, pay bills and more.
With Online Banking you can also view up to 18 months of this statement online.
Enroll at www.bankofamerica.com/smallbusiness.

## Customer Service Information
### www.bankofamerica.com

For additional information or service, you may call:
1.888.BUSINESS (1.888.287.4637)

Or you may write to:
Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33627-5118

---

## Security Features FREE with your Business Check Card

Defense against unauthorized use if card is lost or stolen, fraud monitoring and guaranteed credit. Zero liability for fraudulent transactions when reported within 60 days from statement date. Free online banking alerts - prevent overdrafts and monitoring irregular activity.

SEC-BOA-E-0002298

H

Page 2 of 3
Statement Period
01/01/08 through 01/31/08
E00 E PA  EA 54
Enclosures 0
Account Number ███ 9310

IFTIKAR ALI AHMED DBA
OIP ADVISORS

## Deposit Accounts

## Business Economy Checking

### IFTIKAR ALI AHMED DBA  OIP ADVISORS

### Your Account at a Glance

| | | | |
|---|---|---|---|
| Account Number | ███ 9310 | Statement Beginning Balance | $2,500.00 |
| Statement Period | 01/01/08 through 01/31/08 | Amount of Deposits/Credits | $2,201,050.56 |
| Number of Deposits/Credits | 1 | Amount of Withdrawals/Debits | $2,202,050.56 |
| Number of Withdrawals/Debits | 3 | Statement Ending Balance | $1,500.00 |
| Number of Deposited Items | 0 | | |
| | | Average Ledger Balance | $72,791.95 |
| Number of Days in Cycle | 31 | Service Charge | $0.00 |

### Deposits and Credits

| Date Posted | Amount ($) Description | Bank Reference |
|---|---|---|
| 01/09 | 2,201,050.56  Wire Type:Intl IN Date:080109 Time:0707 Et ███████ | 903701090041880 |

### Withdrawals and Debits
### Other Debits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 01/10 | 999,999.00 | Online Banking transfer to Chk 3754 Confirmation# 0000346996 | 957101107530522 |
| 01/10 | 999,999.00 | Online Banking transfer to Chk 3754 Confirmation# 0000382951 | 957101107530712 |
| 01/10 | 202,052.56 | Online Banking transfer to Chk 3754 Confirmation# 0000414433 | 957301107538859 |

### Daily Ledger Balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 01/01 | 2,500.00 | 01/09 | 2,203,550.56 | 01/10 | 1,500.00 |

SEC-BOA-E-0002299



H

0261474

# How To Balance Your Bank of America Account

**FIRST, start with your Account Register/Checkbook:**

1. List your Account Register/Checkbook Balance here _____ $ _____

2. Subtract any service charges or other deductions not previously recorded that are listed on this statement ____ $ _____

3. Add any credits not previously recorded that are listed on this statement (for example interest) _____ $ _____

4. This is your NEW ACCOUNT REGISTER BALANCE _____ $ _____

**NOW, with your Account Statement:**

1. List your Statement Ending Balance here _____ $ _____

2. Add any deposits not shown on this statement _____ $ _____

_____

_____

_____

SUBTOTAL _____ $ _____

3. List and total all outstanding checks, ATM, Check Card and other electronic withdrawals

| Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | |
|---|---|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount | Date/Check # | Amount |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

4. TOTAL OF OUTSTANDING CHECKS, ATM, Check Card and other electronic withdrawals _____ $ _____

5. Subtract total outstanding checks, ATM, Check Card and other electronic withdrawals from Subtotal
This Balance should match your new Account Register Balance _____ $ _____

Upon receipt of your statement, differences, if any, should be reported to the bank promptly in writing and in accordance with provisions in your deposit agreement.

## IMPORTANT INFORMATION FOR BANK DEPOSIT ACCOUNTS

**Change of Address.** Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Deposit Agreement.** When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule, which contain the current version of the terms and conditions of your account relationship, may be obtained at our banking centers.

**Electronic Transfers:** In case of errors or questions about your electronic transfers
If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

* Tell us your name and account number.
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
* Tell us the dollar amount of the suspected error.
For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calender days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.
For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting Other Problems.** You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.

**Direct Deposits.** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.



Bank of America, N.A. Member FDIC and       Equal Housing Lender

SEC-BOA-E-0002300





H

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Page 1 of 3
Statement Period
04/01/09 through 04/30/09
E00 E PA   EA 54                    0255415
Enclosures 0
Account Number ▓▓▓▓ 9310

01280 E01 SCM999 I  3  0

IFTIKAR ALI AHMED DBA
OIP ADVISORS

Our free Online Banking service allows you to check balances, track account activity, pay bills and more.
**With Online Banking you can also view up to 18 months of this statement online.**
Enroll at www.bankofamerica.com/smallbusiness.

## Customer Service Information
## www.bankofamerica.com

 For additional information or service, you may call:
     1.888.BUSINESS (1.888.287.4637)

Or you may write to:
     Bank of America, N.A.
     P.O. Box 25118
     Tampa, FL 33622-5118

## IMPORTANT INFORMATION ABOUT YOUR ACCOUNT

Effective on June 5, 2009, the following changes apply to your Business Economy Checking account: The Overdraft Item Fee for each overdraft item and the NSF: Returned Item Fee for each declined or returned item are both changing to $39. Domestic deposited items returned or cashed items returned are $6 each. Deposited items recleared are $7 per item. Non-standard bag cash processing fee is $5. Change order fee is $2 per change order. Stop payment fee is $30 per request or renewal. These changes amend your Business Schedule of Fees. Please call Customer Service if you have any questions. We value your business and our associates will be happy to assist you. If you would like more information, visit bankofamerica.com/pricingchanges.

SEC-BOA-E-0006710

H

Page 2 of 3
Statement Period
04/01/09 through 04/30/09
E00 E PA  EA 54
Enclosures 0
Account Number ████ 9310

IFTIKAR ALI AHMED DBA
OIP ADVISORS

## Deposit Accounts

## Business Economy Checking

### IFTIKAR ALI AHMED DBA  OIP ADVISORS

#### Your Account at a Glance

| | | | |
|---|---|---|---|
| Account Number | ████ 9310 | Statement Beginning Balance | $1,500.00 |
| Statement Period | 04/01/09 th /30/09 | Amount of Deposits/Credits | $1,694,459.54 |
| Number of Deposits/Credits | 2 | Amount of Withdrawals/Debits | $1,690,959.54 |
| Number of Withdrawals/Debits | 4 | Statement Ending Balance | $5,000.00 |
| Number of Deposited Items | 0 | | |
| | | Average Ledger Balance | $58,797.75 |
| Number of Days in Cycle | 30 | Service Charge | $0.00 |

Use your Bank of America Small Business Check Card to avoid the monthly maintenance fee on your business checking account.
Contact a Bank of America associate to learn more.

#### Deposits and Credits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 04/23 | 1,575,905.94 | | 903704230096252 |
| 04/23 | 118,553.60 | 1 Et | 903704230102241 |



#### Withdrawals and Debits
#### Other Debits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 04/23 | 15.00 | Wire Transfer Fee | 903704230121583 |
| 04/23 | 12.00 | Wire Transfer Fee | 903704230058604 |
| 04/24 | 999,999.00 | Online Banking transfer to Chk 3754 Confirmation# 1260022129 | 957204247544616 |
| 04/24 | 690,933.54 | Online Banking transfer to Chk 3754 Confirmation# 5260024918 | 957304247545790 |

#### Daily Ledger Balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 04/01 | 1,500.00 | 04/23 | 1,695,932.54 | 04/24 | 5,000.00 |



H

0255417

# How To Balance Your Bank of America Account

**FIRST, start with your Account Register/Checkbook:**

1. List your Account Register/Checkbook Balance here ......................................................................... $ _____

2. Subtract any service charges or other deductions not previously recorded that are listed on this statement ...... $ _____

3. Add any credits not previously recorded that are listed on this statement (for example interest) ............... $ _____

4. This is your NEW ACCOUNT REGISTER BALANCE ........................................................................... $ _____

**NOW, with your Account Statement:**

1. List your Statement Ending Balance here .................................................................................. $ _____

2. Add any deposits not shown on this statement ........................................................................... $ _____

$ _____

SUBTOTAL ................................ $ _____

3. List and total all outstanding checks, ATM, Check Card and other electronic withdrawals

| Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | |
|---|---|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount | Date/Check # | Amount |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

4. TOTAL OF OUTSTANDING CHECKS, ATM, Check Card and other electronic withdrawals ......... $ _____

5. Subtract total outstanding checks, ATM, Check Card and other electronic withdrawals from Subtotal
   This Balance should match your new Account Register Balance .................................................. $ _____

Upon receipt of your statement, differences, if any, should be reported to the bank promptly in writing and in accordance with provisions in your deposit agreement.

## IMPORTANT INFORMATION FOR BANK DEPOSIT ACCOUNTS

**Change of Address.** Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Deposit Agreement.** When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule, which contain the current version of the terms and conditions of your account relationship, may be obtained at our banking centers.

**Electronic Transfers: In case of errors or questions about your electronic transfers**
If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

* Tell us your name and account number.
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
* Tell us the dollar amount of the suspected error.
For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calender days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.
For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting Other Problems.** You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.

**Direct Deposits.** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

Bank of America, N.A. Member FDIC and  Equal Housing Lender          SEC-BOA-E-0006712

SEC-BOA-E-0006713





H

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Page 1 of 3
Statement Period
06/01/09 through 06/30/09
E00 E PA  EA 54          0241599
Enclosures 0
Account Number          9310

01280 E01 SCM999 I1 3  0

IFTIKAR ALI AHMED DBA
OIP ADVISORS

Our free Online Banking service allows you to check balances, track account activity, pay bills and more.
**With Online Banking you can also view up to 18 months of this statement online.**
Enroll at www.bankofamerica.com/smallbusiness.

## Customer Service Information
## www.bankofamerica.com

 For additional information or service, you may call:
       1.888.BUSINESS (1.888.287.4637)

Or you may write to:
       Bank of America, N.A.
       P.O. Box 25118
       Tampa, FL 33622-5118

## Deposit Accounts

## Business Economy Checking

### IFTIKAR ALI AHMED DBA  OIP ADVISORS

### Your Account at a Glance

| | | | |
|---|---|---|---|
| Account Number | 9310 | Statement Beginning Balance | $5,000.00 |
| Statement Period   06/01/09 th    /30/09 | | Amount of Deposits/Credits | $535,025.04 |
| Number of Deposits/Credits | 1 | Amount of Withdrawals/Debits | $535,025.04 |
| Number of Withdrawals/Debits | 1 | Statement Ending Balance | $5,000.00 |
| Number of Deposited Items | 0 | | |
| | | Average Ledger Balance | $22,834.16 |
| Number of Days in Cycle | 30 | Service Charge | $0.00 |

Use your Bank of America Small Business Check Card to avoid the monthly maintenance fee on your business checking account.
Contact a Bank of America associate to learn more.

SEC-BOA-E-0006726

H

Page 2 of 3
Statement Period
06/01/09 through 06/30/09
E00 E PA  EA 54
Enclosures 0
Account Number  ████  9310

IFTIKAR ALI AHMED DBA
OIP ADVISORS

## Deposits and Credits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 06/17 | 535,025.04 | ████████ | 917906171800005 |

## Withdrawals and Debits

### Other Debits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 06/18 | 535,025.04 | Online Banking transfer to Chk 3754 Confirmation# 4431903377 | 957106187540561 |

## Daily Ledger Balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 06/01 | 5,000.00 | 06/17 | 540,025.04 | 06/18 | 5,000.00 |



H

0241601

# How To Balance Your Bank of America Account

**FIRST, start with your Account Register/Checkbook:**

1. List your Account Register/Checkbook Balance here ............................................................................... $ _____

2. Subtract any service charges or other deductions not previously recorded that are listed on this statement ............... $ _____

3. Add any credits not previously recorded that are listed on this statement (for example interest) ......................... $ _____

4. This is your NEW ACCOUNT REGISTER BALANCE ................................................................................... $ _____

**NOW, with your Account Statement:**

1. List your Statement Ending Balance here ..................................................................................... $ _____

2. Add any deposits not shown on this statement ................................................................................ $ _____

_____

SUBTOTAL ................... $ _____

3. List and total all outstanding checks, ATM, Check Card and other electronic withdrawals

| Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | |
|---|---|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount | Date/Check # | Amount |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

4. TOTAL OF OUTSTANDING CHECKS, ATM, Check Card and other electronic withdrawals .......................... $ _____

5. Subtract total outstanding checks, ATM, Check Card and other electronic withdrawals from Subtotal
   This Balance should match your new Account Register Balance ............................................. $ _____

Upon receipt of your statement, differences, if any, should be reported to the bank promptly in writing and in accordance with provisions in your deposit agreement.

## IMPORTANT INFORMATION FOR BANK DEPOSIT ACCOUNTS

**Change of Address.** Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Deposit Agreement.** When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule, which contain the current version of the terms and conditions of your account relationship, may be obtained at our banking centers.

**Electronic Transfers: In case of errors or questions about your electronic transfers**
If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
* Tell us your name and account number.
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
* Tell us the dollar amount of the suspected error.
For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calender days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.
For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting Other Problems.** You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.

**Direct Deposits.** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

SEC-BOA-E-0006728

Bank of America, N.A. Member FDIC and        Equal Housing Lender

SEC-BOA-E-0006729





H

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Page 1 of 3
Statement Period
12/01/10 through 12/31/10
E00 E PA  EA 54              0197988
Enclosures 0
Account Number ████ 9310

03280 E01 SCM999          0

IFTIKAR ALI AHMED DBA
OIP ADVISORS
████████████████████

Our Online Banking service allows you to check balances, track account activity and more.
**With Online Banking you can also view up to 18 months of this statement online.**
Enroll at www.bankofamerica.com/smallbusiness.

## Customer Service Information
## www.bankofamerica.com

For additional information or service, you may call:
1.888.BUSINESS (1.888.287.4637)

Or you may write to:
Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Deposit Accounts

## Business Economy Checking

### IFTIKAR ALI AHMED DBA  OIP ADVISORS

#### Your Account at a Glance

| | | | |
|---|---|---|---|
| Account Number | ████ 9310 | Statement Beginning Balance | $5,000.00 |
| Statement Period | 12/01/10 th ██ /31/10 | Amount of Deposits/Credits | $2,185,946.03 |
| Number of Deposits/Credits | 1 | Amount of Withdrawals/Debits | $2,185,946.03 |
| Number of Withdrawals/Debits | 4 | Statement Ending Balance | $5,000.00 |
| Number of Deposited Items | 0 | | |
| | | Average Ledger Balance | $75,513.87 |
| Number of Days in Cycle | 31 | Service Charge | $0.00 |

Remember, by using your Bank of America Small Business Check Card, Bank of America provides you with another way to avoid
the monthly maintenance fee on your business checking account.

SEC-BOA-E-0006836

H

Page 2 of 3
Statement Period
12/01/10 through 12/31/10
E00 E PA EA 54
Enclosures 0
Account Number ████ 9310

IFTIKAR ALI AHMED DBA
OIP ADVISORS

## Deposits and Credits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 12/22 | 2,185,946.03 | | 903712200061429 |



## Withdrawals and Debits

### Other Debits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 12/22 | 16.00 | Wire Transfer Fee | 903712220174984 |
| 12/23 | 999,999.00 | Online Banking transfer to Sav 9566 Confirmation# 6414071159 | 957312237563017 |
| 12/23 | 999,999.00 | Online Banking transfer to Sav 9566 Confirmation# 6414073461 | 957312237563195 |
| 12/23 | 185,932.03 | Online Banking transfer to Sav 9566 Confirmation# 0414076497 | 957212237565099 |

## Daily Ledger Balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 12/01 | 5,000.00 | 12/22 | 2,190,930.03 | 12/23 | 5,000.00 |



H

Page 3 of 3

0197990

# How To Balance Your Bank of America Account

**FIRST, start with your Account Register/Checkbook:**

1. List your Account Register/Checkbook Balance here ............................................................... $ _____

2. Subtract any service charges or other deductions not previously recorded that are listed on this statement ...... $ _____

3. Add any credits not previously recorded that are listed on this statement (for example interest) ............... $ _____

4. This is your NEW ACCOUNT REGISTER BALANCE .................................................................... $ _____

**NOW, with your Account Statement:**

1. List your Statement Ending Balance here ......................................................................... $ _____

2. Add any deposits not shown on this statement .................................................................... $ _____

$ _____

SUBTOTAL ............... $ _____

3. List and total all outstanding checks, ATM, Check Card and other electronic withdrawals

| Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | |
|---|---|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount | Date/Check # | Amount |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

4. TOTAL OF OUTSTANDING CHECKS, ATM, Check Card and other electronic withdrawals ............... $ _____

5. Subtract total outstanding checks, ATM, Check Card and other electronic withdrawals from Subtotal
   This Balance should match your new Account Register Balance ............... $ _____

Upon receipt of your statement, differences, if any, should be reported to the bank promptly in writing and in accordance with provisions in your deposit agreement.

## IMPORTANT INFORMATION FOR BANK DEPOSIT ACCOUNTS

**Change of Address.** Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Deposit Agreement.** When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule, which contain the current version of the terms and conditions of your account relationship, may be obtained at our banking centers.

**Electronic Transfers: In case of errors or questions about your electronic transfers**
If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

* Tell us your name and account number.
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calender days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting Other Problems.** You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.

**Direct Deposits.** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

SEC-BOA-E-0006838



Bank of America, N.A. Member FDIC and        Equal Housing Lender

SEC-BOA-E-0006839