

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

H

Page 1 of 4
Statement Period
07/26/05 through 07/31/05
B6  P PA  0A                    0433273
Enclosures 0              46
Account Number ████ 7717

31280 001 SCM999 Y  4 0

IFTIKAR A AHMED    D/B/A

████████████
████████ NY 10021-8776

Our free Online Banking service allows you to check balances, track account activity, pay bills and more. With Online Banking you can also view up to 18 months of this statement online. Enroll at www.bankofamerica.com/smallbusiness.

### Customer Service Information
### www.bankofamerica.com

For additional information or service, you may call
1.800.432.1000

Or you may write to:
Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

**Government Exhibit**

**3**

**1:13-cv-00675**

SEC-BOA-E-0002134

H

IFTIKAR A AHMED    D/B/A

Page 2 of 4
Statement Period
07/26/05 through 07/31/05
E0  P PA  0A
Enclosures 0           46
Account Number ▮▮▮ 7717

### Payroll services through Paychex
Have a conversation with Paychex, and you may never have to have one with the IRS. Call 1.800.PAYCHEX for a free payroll consultation. Also receive 1 month free payroll processing plus no set-up fees when you sign up for payroll services by 8/31/2005. Make sure to mention Bank of America promotion "Code 700".
Other terms and conditions may apply

### Bank of America Safe Deposit Box
Want a way to store your important valuables away from home? Visit any Bank of America banking center to inquire about various safe deposit box sizes available to meet your needs.

### Refer Your Friends, Earn Rewards
When you recommend a Bank of America business checking account to a friend, you could each earn rewards. You can refer as many people as you like. They'll get a business account with everything they need-and you can earn a great reward when they open a business account. Please visit your nearest Bank of America banking center for more information.

### Get the Convenience and Flexibility You Need to Run Your Small Business
No matter where you are today or where you want to go tomorrow, the business accounts and services you need are available to you at Bank of America. We look forward to working with you, now and in the future.

### Thank You
Thank you for banking with Bank of America. We value your business.



IFTIKAR A AHMED    D/B/A

H

Page 3 of 4
Statement Period
07/26/05 through 07/31/05
E0   P  PA   0A                          0433275
Enclosures 0                  46
Account Number              7717

## Deposit Accounts

## Business Economy Checking

IFTIKAR A AHMED D/B/A

### Your Account at a Glance

| | | | |
|---|---|---|---|
| Account Number | 7717 | Statement Beginning Balance | $0.00 |
| Statement Period | 07/26/05 through 07/31/05 | Amount of Deposits/Credits | $1,360,700.00 |
| Number of Deposits/Credits | 2 | Amount of Withdrawals/Debits | $12.00 |
| Number of Withdrawals/Debits | 2 | Statement Ending Balance | $1,360,688.00 |
| Number of Deposited Items | 0 | | |
| | | Average Ledger Balance | $680,577.33 |
| Number of Days in Cycle | 6 | Service Charge | $0.00 |

### Deposits and Credits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 07/27 | 700.00 | Online Banking transfer from Chk 0482 Confirmation# 2484699145 | 957107277512094 |
| 07/29 | 1,360,000.00 | Wire Type:Wire IN Date: 050729 Time:1029 Et | 903707290094498 |

### Withdrawals and Debits

#### Other Debits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 07/29 | 10.00 | Wire Transfer Fee | 903707290045234 |
| 07/29 | 2.00 | Wire Transfer Fee | 903707290045235 |

### Daily Ledger Balances

| Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|
| 07/27 | 700.00 | 07/29 | 1,360,688.00 |

## How To Balance Your Bank of America Account

**FIRST, start with your Account Register/Checkbook:**

1. List your Account Register/Checkbook Balance here ............................................................................. $ _____
2. Subtract any service charges or other deductions not previously recorded that are listed on this statement............ $ _____
3. Add any credits not previously recorded that are listed on this statement (for example interest) ..................... $ _____
4. This is your NEW ACCOUNT REGISTER BALANCE ............................................................................ $ _____

**NOW, with your Account Statement:**

1. List your Statement Ending Balance here ............................................................................................ $ _____
2. Add any deposits not shown on this statement ..................................................................................... $ _____

                                                                                                            SUBTOTAL ........................ $ _____

3. List and total all outstanding checks, ATM, Check Card and other electronic withdrawals

| Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | |
|---|---|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount | Date/Check # | Amount |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

4. TOTAL OF OUTSTANDING CHECKS, ATM, Check Card and other electronic withdrawals ................................ $ _____
5. Subtract total outstanding checks, ATM, Check Card and other electronic withdrawals from Subtotal
   This Balance should match your new Account Register Balance .............................................................. $ _____

Upon receipt of your statement, differences, if any, should be reported to the bank promptly in writing and in accordance with provisions in your deposit agreement.

### IMPORTANT INFORMATION FOR BANK DEPOSIT ACCOUNTS

**Change of Address.** Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Deposit Agreement.** When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule, which contain the current version of the terms and conditions of your account relationship, may be obtained at our banking centers.

**Electronic Transfers:** In case of errors or questions about your electronic transfers
If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

* Tell us your name and account number.
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting Other Problems.** You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.

**Direct Deposits.** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

                                        Bank of America, N.A. Member FDIC and       Equal Housing Lender



0433277

SEC-BOA-E-0002138



Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

H

Page 1 of 4
Statement Period
08/01/05 through 08/31/05
E0  P PA  OA                    0456121
Enclosures 0           46
Account Number ████ 7737

01285 001 SCH39D  1 2    0

IFTIKAR A AHMED       D/B/A

Our free Online Banking service allows you to check balances, track account activity, pay bills and more.
With Online Banking you can also view up to 18 months of this statement online.
Enroll at www.bankofamerica.com/smallbusiness.

**Customer Service Information**
www.bankofamerica.com

For additional information or service, you may call:
☎ 1.800.432.1000

Or you may write to:
✉ Bank of America, N.A.
  P.O. Box 25118
  Tampa, FL 33622-5118

H

IFTIKAR A AHMED    D/B/A

Page 2 of 4
Statement Period
08/01/05 through 08/31/05
E0  P PA  0A
Enclosures 0          46
Account Number          7717

## Manage Your Personal and Business Accounts Online

With Online Banking, you can get 24/7 account access from your home, office or on the road. Transfer funds between linked Bank of America accounts. View up-to-the-minute account information, including ATM deposits and withdrawals, direct deposits, loan payments and more. Enroll or sign in today at www.bankofamerica.com.

## Bank of America Safe Deposit Box

Want a way to store your important valuables away from home? Visit any Bank of America banking center to inquire about various safe deposit box sizes available to meet your needs.

## Win with Bank of America. $1,000,000 in prizes.

You could win one of 10 $100,000 prizes. From 7/11/05 through 9/30/05, use your Bank of America Visa Debit Card for non-PIN purchases - or use Online Banking to pay bills (up to 10 per calendar month) or receive your account statement online instead of in the mail. No purchase necessary. Void where prohibited. For rules, visit www.bankofamerica.com/sweeps

## Check Card Daily Purchase Limit Change

Effective 9/01/05, if you use a Bank of America Check Card (except Business Employee cards) to buy goods/services, and you haven't established an individualized limit, the daily purchase limit is the available balance in your account. All other terms of your Card Agreement remain in effect including your ability to establish individualized limits.

## Thank You

Thank you for banking with Bank of America. We value your business.

Page 3 of 4
Statement Period
08/01/05 through 08/31/05
E0  P PA  0A  0456123
Enclosures 0    46
Account Number ████ 7717

H

IFTIKAR A AHMED  D/B/A  ████

## Deposit Accounts

### Business Economy Checking

IFTIKAR A AHMED D/B/A ████

#### Your Account at a Glance

| | | | |
|---|---|---|---|
| Account Number | ████ 7717 | Statement Beginning Balance | $1,360,688.00 |
| Statement Period | 08/01/05 through 08/31/05 | Amount of Deposits/Credits | $0.00 |
| Number of Deposits/Credits | 0 | Amount of Withdrawals/Debits | $1,358,188.00 |
| Number of Withdrawals/Debits | 6 | Statement Ending Balance | $2,500.00 |
| Number of Deposited Items | 0 | | |
| | | Average Ledger Balance | $278,487.34 |
| Number of Days in Cycle | 31 | Service Charge | $0.00 |

#### Withdrawals and Debits

##### Other Debits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 08/04 | 18.90 | Check Order00280 Des:Fee   ID:0078225018 Indn:Iftikar A Ahmed   D/B  Co ID:0000000280 Ppd | 900652163742193 |
| 08/05 | 900,000.00 | Online Banking transfer to Chk 3754 Confirmation# 3256029679 | 957108057537245 |
| 08/05 | 300,000.00 | Online Banking transfer to Chk 0482 Confirmation# 3255727076 | 957208057584545 |
| 08/15 | 38,000.00 | Online Banking transfer to Chk 3754 Confirmation# 4071619186 | 957108157525041 |
| 08/22 | 20,169.10 | Online Banking transfer to Chk 3754 Confirmation# 4671538250 | 957108227550286 |
| 08/29 | 100,000.00 | Online Banking transfer to Chk 0482 Confirmation# 5233184532 | 957208297599370 |

#### Daily Ledger Balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 08/01 | 1,360,688.00 | 08/05 | 160,669.10 | 08/22 | 102,500.00 |
| 08/04 | 1,360,669.10 | 08/15 | 122,669.10 | 08/29 | 2,500.00 |

H

Page 4 of 4

## How To Balance Your Bank of America Account

**FIRST, start with your Account Register/Checkbook:**

1. List your Account Register/Checkbook Balance here ........................................................................ $ _____
2. Subtract any service charges or other deductions not previously recorded that are listed on this statement ....... $ _____
3. Add any credits not previously recorded that are listed on this statement (for example interest) ................ $ _____
4. This is your NEW ACCOUNT REGISTER BALANCE ............................................................................ $ _____

**NOW, with your Account Statement:**

1. List your Statement Ending Balance here ........................................................................ $ _____
2. Add any deposits not shown on this statement .................................................................. $ _____

SUBTOTAL ............... $ _____

3. List and total all outstanding checks, ATM, Check Card and other electronic withdrawals

| Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | |
|---|---|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount | Date/Check # | Amount |
| | | | | | |

4. TOTAL OF OUTSTANDING CHECKS, ATM, Check Card and other electronic withdrawals ...................... $ _____
5. Subtract total outstanding checks, ATM, Check Card and other electronic withdrawals from Subtotal
   This Balance should match your new Account Register Balance ............................................ $ _____

Upon receipt of your statement, differences, if any, should be reported to the bank promptly in writing and in accordance with provisions in your deposit agreement.

### IMPORTANT INFORMATION FOR BANK DEPOSIT ACCOUNTS

**Change of Address.** Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Deposit Agreement.** When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule, which contain the current version of the terms and conditions of your account relationship, may be obtained at our banking centers.

**Electronic Transfers: In case of errors or questions about your electronic transfers**
If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

* Tell us your name and account number.
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting Other Problems.** You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.

**Direct Deposits.** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.



Bank of America, N.A. Member FDIC and    Equal Housing Lender