

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Page 1 of 4
Statement Period
07/01/06 through 07/31/06
E0 E PA EA 0605416
Enclosures 0 46
Account Number [REDACTED] 2349



01280 E01 SCM999 I1 0

[REDACTED]

Our free Online Banking service allows you to check balances, track account activity, pay bills and more.
**With Online Banking you can also view up to 18 months of this statement online.**
Enroll at www.bankofamerica.com/smallbusiness.

**Customer Service Information**
**www.bankofamerica.com**

For additional information or service, you may call:
1.888.BUSINESS (1.888.287.4637)

Or you may write to:
Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Government Exhibit
4
1:13-cv-00675

H

Page 2 of 4
Statement Period
07/01/06 through 07/31/06
E0 E PA EA
Enclosures 0 46
Account Number [redacted] 2349

## Manage Your Personal and Business Accounts Online

With Online Banking, you can get 24/7 account access from your home, office or on the road. Transfer funds between linked Bank of America accounts. View up-to-the-minute account information, including ATM deposits and withdrawals, direct deposits, loan payments and more. Enroll or sign in today at www.bankofamerica.com.

## Checking with automatic savings.

Sign up for Keep the Change and add to your savings every time you make a purchase with your Bank of America Visa Check Card. Purchases are rounded up to the next dollar, and the difference is transferred from your checking to your savings account. Talk to any banking associate to learn more. Experience Higher Standards in Checking with Bank of America.

## MERCHANT SERVICES

Find out more about accepting credit cards, equipment details, reporting features and more. Come visit our new and improved website: www.bankofamerica.com/merchantservices or call 1.877.837.9022 and reference promo code #142.

Quality health insurance for you, your dependents, and your employees offered through Banc of America Insurance Services, Inc. Get free quotes and compare rates and benefits from over 100 leading insurance companies nationwide. Personalized service from a licensed insurance agent fast and easy -- act now! Visit www.bankofamerica.com/bizhealth today!

## Thank You

Thank you for banking with Bank of America. We value your business.



H


Statement Period
07/01/06 through 07/31/06
E0 E PA EA 0605418
Enclosures 0 46
Account Number 2349

## Deposit Accounts

### Business Economy Checking

**Your Account at a Glance**

| | | | |
|---|---|---|---|
| Account Number | 2349 | Statement Beginning Balance | $2,500.00 |
| Statement Period | 07/01/06 through 07/31/06 | Amount of Deposits/Credits | $3,000,010.00 |
| Number of Deposits/Credits | 2 | Amount of Withdrawals/Debits | $3,000,010.00 |
| Number of Withdrawals/Debits | 5 | Statement Ending Balance | $2,500.00 |
| Number of Deposited Items | 0 | | |
| | | Average Ledger Balance | $2,499.35 |
| Number of Days in Cycle | 31 | Service Charge | $0.00 |

**Deposits and Credits**

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 07/03 | 3,000,000.00 | Wire Type:Wire IN Date: 060703 Time:0726 Et | 903707030075442 |
| 07/05 | 10.00 | Online Banking transfer from Chk 0482 Confirmation# 2128560887 | 957107057599653 |

**Withdrawals and Debits**

**Other Debits**

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 07/03 | 999,999.00 | Online Banking transfer to Chk 9310 Confirmation# 1939339573 | 957307037580969 |
| 07/03 | 900,000.00 | Online Banking transfer to Chk 3754 Confirmation# 1939385045 | 957207037581631 |
| 07/03 | 900,000.00 | Online Banking transfer to Chk 3754 Confirmation# 1939401724 | 957207037581733 |
| 07/03 | 200,001.00 | Online Banking transfer to Chk 9310 Confirmation# 1939358309 | 957307037581067 |
| 07/03 | 10.00 | Wire Transfer Fee | 903707030072771 |

**Daily Ledger Balances**

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 07/01 | 2,500.00 | 07/03 | 2,490.00 | 07/05 | 2,500.00 |

H



## How To Balance Your Bank of America Account

**FIRST, start with your Account Register/Checkbook:**

1. List your Account Register/Checkbook Balance here ........ $ ______
2. Subtract any service charges or other deductions not previously recorded that are listed on this statement ........ $ ______
3. Add any credits not previously recorded that are listed on this statement (for example interest) ........ $ ______
4. This is your NEW ACCOUNT REGISTER BALANCE ........ $ ______

**NOW, with your Account Statement:**

1. List your Statement Ending Balance here ........ $ ______
2. Add any deposits not shown on this statement ........ $ ______

**SUBTOTAL** ........ $ ______

3. List and total all outstanding checks, ATM, Check Card and other electronic withdrawals

| Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | |
|---|---|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount | Date/Check # | Amount |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

4. TOTAL OF OUTSTANDING CHECKS, ATM, Check Card and other electronic withdrawals ........ $ ______
5. Subtract total outstanding checks, ATM, Check Card and other electronic withdrawals from Subtotal
This Balance should match your new Account Register Balance ........ $ ______

Upon receipt of your statement, differences, if any, should be reported to the bank promptly in writing and in accordance with provisions in your deposit agreement.

## IMPORTANT INFORMATION FOR BANK DEPOSIT ACCOUNTS

**Change of Address.** Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Deposit Agreement.** When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule, which contain the current version of the terms and conditions of your account relationship, may be obtained at our banking centers.

**Electronic Transfers: In case of errors or questions about your electronic transfers**
If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting Other Problems.** You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.

**Direct Deposits.** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.





H

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Page 1 of 5
Statement Period
01/01/07 through 01/31/07
E0 E PA EA 0446291
Enclosures 0 46
Account Number [redacted] 2349



01290 E01 SCM999 I1 0

[redacted]

Our free Online Banking service allows you to check balances, track account activity, pay bills and more.
With Online Banking you can also view up to 18 months of this statement online.
Enroll at www.bankofamerica.com/smallbusiness.

**Customer Service Information**
**www.bankofamerica.com**

For additional information or service, you may call
1.888.BUSINESS (1.888.287.4637)

Or you may write to:
Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

H


Statement Period
01/01/07 through 01/31/07
E0 E PA EA
Enclosures 0 46
Account Number [redacted] 2349

## Manage Your Personal and Business Accounts Online

With Online Banking, you can get 24/7 account access from your home, office or on the road. Transfer funds between linked Bank of America accounts. View up-to-the-minute account information, including ATM deposits and withdrawals, direct deposits, loan payments and more. Enroll or sign in today at www.bankofamerica.com.

## Bank of America Safe Deposit Box

Want a way to store your important valuables away from home? Visit any Bank of America banking center to inquire about various safe deposit box sizes available to meet your needs.

## Refer Your Friends, Earn Rewards

When you recommend a Bank of America business checking account to a friend, you could each earn rewards. You can refer as many people as you like. They'll get a business account with everything they need-and you can earn a great reward when they open a business account. Please visit your nearest Bank of America banking center for more information.

## Get the Convenience and Flexibility You Need to Run Your Small Business

No matter where you are today or where you want to go tomorrow, the business accounts and services you need are available to you at Bank of America. We look forward to working with you, now and in the future.

## Make saving money easy by selecting a Bank of America High Yield CD or Risk Free CD

Whether your objective is finding a great rate with the High Yield CD or liquidity with the Risk Free CD, we have a solution to help you reach your savings goals. Visit your nearest banking center or call 1.888.827.1812 and see why opening a CD with us is such a smart move.



H



## Deposit Accounts

### Business Economy Checking

#### Your Account at a Glance

| | | | |
|---|---|---|---|
| Account Number | [redacted] 2349 | Statement Beginning Balance | $2,500.00 |
| Statement Period | 01/01/07 through 01/31/07 | Amount of Deposits/Credits | $6,600,004.00 |
| Number of Deposits/Credits | 2 | Amount of Withdrawals/Debits | $6,600,004.00 |
| Number of Withdrawals/Debits | 8 | Statement Ending Balance | $2,500.00 |
| Number of Deposited Items | 0 | | |
| | | Average Ledger Balance | $2,499.74 |
| Number of Days in Cycle | 31 | Service Charge | $0.00 |

#### Deposits and Credits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 01/29 | 6,600,000.00 | Wire Type:Wire IN Date: 070129 Time:0845 Et [redacted] | 903701290095319 |
| 01/31 | 4.00 | Online Banking transfer from Chk 0482 Confirmation# 0277052714 | 957301317557813 |

#### Withdrawals and Debits

#### Other Debits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 01/29 | 999,999.00 | Online Banking transfer to Sav 9566 Confirmation# 0126135232 | 957101297582026 |
| 01/29 | 999,999.00 | Online Banking transfer to Chk 3754 Confirmation# 0126186594 | 957101297582152 |
| 01/29 | 999,999.00 | Online Banking transfer to Chk 3754 Confirmation# 0126210278 | 957101297582238 |
| 01/29 | 999,999.00 | Online Banking transfer to Chk 3754 Confirmation# 0126153381 | 957201297597209 |
| 01/29 | 999,999.00 | Online Banking transfer to Sav 9566 Confirmation# 0126112083 | 957301297590848 |
| 01/29 | 999,999.00 | Online Banking transfer to Chk 3754 Confirmation# 0126171617 | 957301297591160 |
| 01/29 | 600,000.00 | Online Banking transfer to Chk 3754 Confirmation# 0126375072 | 957301297592296 |
| 01/29 | 10.00 | Wire Transfer Fee | 903701290066422 |

H

Page 4 of 5
Statement Period
01/01/07 through 01/31/07
E0 E PA EA
Enclosures 0 46
Account Number [redacted] 2349

## Daily Ledger Balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 01/01 | 2,500.00 | 01/29 | 2,496.00 | 01/31 | 2,500.00 |



H



0446295

# How To Balance Your Bank of America Account

**FIRST, start with your Account Register/Checkbook:**

1. List your Account Register/Checkbook Balance here .......... $ ______
2. Subtract any service charges or other deductions not previously recorded that are listed on this statement .......... $ ______
3. Add any credits not previously recorded that are listed on this statement (for example interest) .......... $ ______
4. This is your NEW ACCOUNT REGISTER BALANCE .......... $ ______

**NOW, with your Account Statement:**

1. List your Statement Ending Balance here .......... $ ______
2. Add any deposits not shown on this statement .......... $ ______

**SUBTOTAL** .......... $ ______

3. List and total all outstanding checks, ATM, Check Card and other electronic withdrawals

| Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | |
|---|---|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount | Date/Check # | Amount |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

4. TOTAL OF OUTSTANDING CHECKS, ATM, Check Card and other electronic withdrawals .......... $ ______
5. Subtract total outstanding checks, ATM, Check Card and other electronic withdrawals from Subtotal
   This Balance should match your new Account Register Balance .......... $ ______

Upon receipt of your statement, differences, if any, should be reported to the bank promptly in writing and in accordance with provisions in your deposit agreement.

## IMPORTANT INFORMATION FOR BANK DEPOSIT ACCOUNTS

**Change of Address.** Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Deposit Agreement.** When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule, which contain the current version of the terms and conditions of your account relationship, may be obtained at our banking centers.

**Electronic Transfers: In case of errors or questions about your electronic transfers**
If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting Other Problems.** You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.

**Direct Deposits.** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**



H

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Page 1 of 4
Statement Period
08/01/07 through 08/31/07
E0 E PA EA 46 0270431
Enclosures 0
Account Number [redacted] 2349



04280 E01 SCM999 I1 0

Our free Online Banking service allows you to check balances, track account activity, pay bills and more.
**With Online Banking you can also view up to 18 months of this statement online.**
Enroll at www.bankofamerica.com/smallbusiness.



Customer Service Information
www.bankofamerica.com

For additional information or service, you may call:
1.888.BUSINESS (1.888.287.4637)

Or you may write to:
Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

**Bank of America is a proud sponsor of THE WAR, a Ken Burns film.**

This seven-part series about WWII demonstrates that in extraordinary times, there are no ordinary lives. Tune into PBS on Sunday, 9/23 for the premier. As a valued Bank of America Customer, you are eligible for an exclusive 20% customer discount on the DVD, CD or book when using code BOA201 (code is limited to one per customer and cannot be combined with any other offer). Visit www.bankofamerica.com/ww2 to learn more.

H

Page 2 of 4
Statement Period
08/01/07 through 08/31/07
E0 E PA EA 46
Enclosures 0
Account Number 2349

## Deposit Accounts

### Business Economy Checking

#### Your Account at a Glance

| | | | |
|---|---|---|---|
| Account Number | 2349 | Statement Beginning Balance | $2,500.00 |
| Statement Period | 08/01/07 through 08/31/07 | Amount of Deposits/Credits | $800,528.81 |
| Number of Deposits/Credits | 3 | Amount of Withdrawals/Debits | $800,528.81 |
| Number of Withdrawals/Debits | 4 | Statement Ending Balance | $2,500.00 |
| Number of Deposited Items | 0 | | |
| | | Average Ledger Balance | $28,322.54 |
| Number of Days in Cycle | 31 | Service Charge | $0.00 |

#### Deposits and Credits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 08/21 | 773,711.09 | Wire Type:Wire IN Date: 070821 Time:1611 Et | 903708210220680 |
| 08/21 | 18,571.27 | Wire Type:Wire IN Date: 070821 Time:1611 Et | 903708210220677 |
| 08/21 | 8,246.45 | Wire Type:Wire IN Date: 070821 Time:1611 Et | 903708210220668 |

#### Withdrawals and Debits

#### Other Debits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 08/21 | 10.00 | Wire Transfer Fee | 903708210039416 |
| 08/21 | 10.00 | Wire Transfer Fee | 903708210039419 |
| 08/21 | 10.00 | Wire Transfer Fee | 903708210039413 |
| 08/22 | 800,498.81 | Online Banking transfer to Chk 0482 Confirmation# 7790296206 | 957208227579339 |



H


Statement Period
08/01/07 through 08/31/07
E0 E PA EA 46 0270433
Enclosures 0
Account Number [redacted] 2349

## Daily Ledger Balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 08/01 | 2,500.00 | 08/21 | 802,998.81 | 08/22 | 2,500.00 |

H



## How To Balance Your Bank of America Account

**FIRST, start with your Account Register/Checkbook:**

1. List your Account Register/Checkbook Balance here ........ $ ______
2. Subtract any service charges or other deductions not previously recorded that are listed on this statement ........ $ ______
3. Add any credits not previously recorded that are listed on this statement (for example interest) ........ $ ______
4. This is your NEW ACCOUNT REGISTER BALANCE ........ $ ______

**NOW, with your Account Statement:**

1. List your Statement Ending Balance here ........ $ ______
2. Add any deposits not shown on this statement ........ $ ______

**SUBTOTAL** ........ $ ______

3. List and total all outstanding checks, ATM, Check Card and other electronic withdrawals

| Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | |
|---|---|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount | Date/Check # | Amount |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

4. TOTAL OF OUTSTANDING CHECKS, ATM, Check Card and other electronic withdrawals ........ $ ______
5. Subtract total outstanding checks, ATM, Check Card and other electronic withdrawals from Subtotal
   This Balance should match your new Account Register Balance ........ $ ______

Upon receipt of your statement, differences, if any, should be reported to the bank promptly in writing and in accordance with provisions in your deposit agreement.

## IMPORTANT INFORMATION FOR BANK DEPOSIT ACCOUNTS

**Change of Address.** Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Deposit Agreement.** When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule, which contain the current version of the terms and conditions of your account relationship, may be obtained at our banking centers.

**Electronic Transfers: In case of errors or questions about your electronic transfers**
If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting Other Problems.** You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.

**Direct Deposits.** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**