

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

H
Combined Statement
Page 1 of 5          9887



0124232

02285 E01 SCM999

r free Online Banking service allows you to check balances, track account activity, pay bills and more.
With Online Banking you can also view up to 18 months of this statement online.
Enroll at www.bankofamerica.com/smallbusiness.

## Customer Service Information
www.bankofamerica.com

For additional information or service, you may call:
1-888-BUSINESS (1.888.287.4637)

Or you may write to:
Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Your Business Statement Summary

| Account Name | Account Number | Date | Statement Balance ($) |
|---|---|---|---|
| **Deposit Accounts ** | | | |
| Business Advantage Checking | 9887 | 12-31 | 500.00 |
| Business Economy Checking | 6833 | 12-31 | 50.00 |
| **Total Deposit Account Balance** | | | **$550.00** |

** Banking products such as checking and savings accounts and credit accounts are offered by Bank of America, N.A., member FDIC. Credit card accounts are offered by Bank of America, N.A. (USA).

Government Exhibit
5
1:13-cv-00675

SEC-BOA-E-0002113

H

Combined Statement
Page 2 of 5                    9887
Statement Period
12/18/07 through 12/31/07
E0  P PA  EA 46
Enclosures 0

## Important Information About Your Account

Effective with statement cycles beginning on or after February 1, 2008, the following changes apply to your Business Advantage account: The monthly maintenance fee is $29.95. You can avoid the monthly maintenance fee by maintaining an average monthly balance of $15,000 or a combined average monthly balance of $20,000. The cash deposited fee is $.20 per $100 after the first $25,000 per statement cycle. Fees for overdraft protection transfers to your account are no longer waived. Overdraft protection transfers from savings are $10 per transfer. Fees charged for overdraft protection transfers from credit cards or lines of credit are disclosed in the corresponding account agreements. These changes amend your Business Schedule of Fees. Please call your bank representative or Customer Service if you have any questions. We value your business and our associates will be happy to assist you.

## Deposit Accounts

### Business Advantage Checking

#### Your Account at a Glance

| | | | |
|---|---|---|---|
| Account Number | 9887 | Statement Beginning Balance | $0.00 |
| Statement Period | 12/18/07 through 12/31/07 | Amount of Deposits/Credits | $2,500,500.00 |
| Number of Deposits/Credits | 2 | Amount of Withdrawals/Debits | $2,500,000.00 |
| Number of Withdrawals/Debits | 3 | Statement Ending Balance | $500.00 |
| Number of Deposited Items | 0 | | |
| | | Average Ledger Balance | $500.00 |
| Number of Days in Cycle | 14 | Service Charge | $0.00 |

#### Your Business Advantage Pricing Relationship

| Account Name | Account Number | Qualifying Balance ($) | Type of Balance | Date |
|---|---|---|---|---|
| Business Advantage Checking | 9887 | 500.00 | Average | 12-28 |
| Business Economy Checking | 6833 | 50.00 | Average | 12-28 |
| Business Economy Checking | 9310 | 2,500.00 | Average | 12-28 |
| | Total Qualifying Balance | $3,050.00 | | |

Thank you for banking with Bank of America.

H

Combined Statement
Page 3 of 5                    9887
Statement Period
12/18/07 through 12/31/07
E0  P PA  EA 46                0124234
Enclosures 0

### Deposits and Credits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 12/18 | 2,500,000.00 | Wire Type:Wire IN Date: 071218 Time:1429 Et | 903712180210015 |
| 12/18 | 500.00 | Deposit | 813005070017895 |

### Withdrawals and Debits

#### Other Debits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 12/18 | 999,999.00 | Online Banking transfer to Sav 9566 Confirmation# 8033599117 | 957112187536991 |
| 12/18 | 999,999.00 | Online Banking transfer to Chk 3754 Confirmation# 8033568762 | 957312187565992 |
| 12/18 | 500,002.00 | Online Banking transfer to Sav 9566 Confirmation# 8033629834 | 957212187567054 |

### Daily Ledger Balances

| Date | Balance ($) |
|---|---|
| 12/18 | 500.00 |

## Business Economy Checking

### Your Account at a Glance

| | | | |
|---|---|---|---|
| Account Number | 6833 | Statement Beginning Balance | $0.00 |
| Statement Period | 12/18/07 through 12/31/07 | Amount of Deposits/Credits | $50.00 |
| Number of Deposits/Credits | 1 | Amount of Withdrawals/Debits | $0.00 |
| Number of Withdrawals/Debits | 0 | Statement Ending Balance | $50.00 |
| Number of Deposited Items | 0 | | |
| | | Average Ledger Balance | $50.00 |
| Number of Days in Cycle | 14 | Service Charge | $0.00 |

### Deposits and Credits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 12/18 | 50.00 | Deposit | 813005070017893 |

H

Combined Statement
Page 4 of 5         9887
Statement Period
12/18/07 through 12/31/07
E0   P  PA    EA  46
Enclosures 0

## Daily Ledger Balances

| Date | Balance ($) |
|------|-------------|
| 12/18 | 50.00 |



H

Combined Statement
Page 5 of 5              9887

0124236

## How To Balance Your Bank of America Account

**FIRST, start with your Account Register/Checkbook:**

1. List your Account Register/Checkbook Balance here ........................................................................................ $ _____
2. Subtract any service charges or other deductions not previously recorded that are listed on this statement ........ $ _____
3. Add any credits not previously recorded that are listed on this statement (for example interest) ........................ $ _____
4. This is your NEW ACCOUNT REGISTER BALANCE .......................................................................................... $ _____

**NOW, with your Account Statement:**

1. List your Statement Ending Balance here ........................................................................................................ $ _____
2. Add any deposits not shown on this statement ................................................................................................ $ _____

SUBTOTAL .......................... $ _____

3. List and total all outstanding checks, ATM, Check Card and other electronic withdrawals

| Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | |
|---|---|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount | Date/Check # | Amount |
| | | | | | |

4. TOTAL OF OUTSTANDING CHECKS, ATM, Check Card and other electronic withdrawals ........................ $ _____
5. Subtract total outstanding checks, ATM, Check Card and other electronic withdrawals from Subtotal
   This Balance should match your new Account Register Balance ........................................................................ $ _____

Upon receipt of your statement, differences, if any, should be reported to the bank promptly in writing and in accordance with provisions in your deposit agreement.

### IMPORTANT INFORMATION FOR BANK DEPOSIT ACCOUNTS

**Change of Address.** Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Deposit Agreement.** When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule, which contain the current version of the terms and conditions of your account relationship, may be obtained at our banking centers.

**Electronic Transfers:** In case of errors or questions about your electronic transfers
If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
* Tell us your name and account number.
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
* Tell us the dollar amount of the suspected error.
For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.
For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting Other Problems.** You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.

**Direct Deposits.** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.



Bank of America, N.A. Member FDIC and     Equal Housing Lender

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

**Combined Statement**
Page 1 of 4                              9887
Statement Period
10/01/09 through 10/31/09
E0   E PB   EB 46                    0007401

31280 E01 SCM999 I 23  0



Our free Online Banking service allows you to check balances, track account activity, pay bills and more.
**With Online Banking you can also view up to 18 months of this statement online.**
Enroll at www.bankofamerica.com/smallbusiness.

## Customer Service Information
### www.bankofamerica.com

For additional information or service, you may call:
1.888.BUSINESS (1.888.287.4637)

Or you may write to:
Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Your Business Statement Summary

| Account Name | Account Number | Date | Statement Balance ($) |
|---|---|---|---|
| **Deposit Accounts **  | | | |
| Business Advantage Checking | 9887 | 10-31 | 3,977.80 |
| Business Economy Checking | 6833 | 10-31 | 50.00 |
| | | **Total Deposit Account Balance** | **$4,027.80** |

** Banking products such as checking and savings accounts and credit accounts are offered by Bank of America, N.A., member FDIC. Credit card accounts are offered by Bank of America, N.A. (USA).

Combined Statement
Page 2 of 4                    9887
Statement Period
10/01/09 through 10/31/09
E0   E  PB   EB  46

## Deposit Accounts

## Business Advantage Checking

### Your Account at a Glance

| | | | |
|---|---|---|---|
| Account Number | 9887 | Statement Beginning Balance | $2,790.35 |
| Statement Period | 10/01/09 th... 31/09 | Amount of Deposits/Credits | $2,101,185.45 |
| Number of Deposits/Credits | 1 | Amount of Withdrawals/Debits | $2,099,998.00 |
| Number of Withdrawals/Debits | 3 | Statement Ending Balance | $3,977.80 |
| Number of Deposited Items | 0 | | |
| | | Average Ledger Balance | $70,647.13 |
| Number of Days in Cycle | 31 | Service Charge | $0.00 |

### Your Business Advantage Pricing Relationship

| Account Name | Account | Qualifying Balance ($) | Type of Balance | Date |
|---|---|---|---|---|
| Business Advantage Checking | 9887 | 72,829.86 | Average | 10-29 |
| Business Economy Checking | 6833 | 50.00 | Average | 10-29 |
| Business Economy Checking | 9310 | 5,000.00 | Average | 10-29 |
| **Total Qualifying Balance** | | **$77,879.86** | | |

Thank you for banking with us.  With the balances in your accounts, there is no monthly maintenance fee for your Business Advantage account this month.



### Deposits and Credits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 10/29 | 2,101,185.45 | | 903710290248109 |

### Withdrawals and Debits

#### Other Debits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 10/30 | 999,999.00 | Online Banking transfer to Chk 3754 Confirmation# 0290935876 | 957210307581000 |
| 10/30 | 999,999.00 | Online Banking transfer to Chk 3754 Confirmation# 6390941176 | 957310307581872 |
| 10/30 | 100,000.00 | Online Banking transfer to Chk 3754 Confirmation# 2790944377 | 957110307564733 |

SEC-BOA-E-0006755

H
Combined Statement
Page 3 of 4                              9887
Statement Period
10/01/09 through 10/31/09
E0   E  PB   EB  46                    0007403

### Daily Ledger Balances

| Date  | Balance ($)  | Date  | Balance ($)  | Date  | Balance ($) |
|-------|--------------|-------|--------------|-------|-------------|
| 10/01 | 2,790.35     | 10/29 | 2,103,975.80 | 10/30 | 3,977.80    |

## Business Economy Checking

### Your Account at a Glance

| | | | |
|---|---|---|---|
| Account Number | 6833 | Statement Beginning Balance | $50.00 |
| Statement Period | 10/01/09 th  /31/09 | Amount of Deposits/Credits | $0.00 |
| Number of Deposits/Credits | 0 | Amount of Withdrawals/Debits | $0.00 |
| Number of Withdrawals/Debits | 0 | Statement Ending Balance | $50.00 |
| Number of Deposited Items | 0 | | |
| | | Average Ledger Balance | $50.00 |
| Number of Days in Cycle | 31 | Service Charge | $0.00 |

Use your Bank of America Small Business Check Card to avoid the monthly maintenance fee on your business checking account. Contact a Bank of America associate to learn more.

### Daily Ledger Balances

| Date  | Balance ($) |
|-------|-------------|
| 10/01 | 50.00       |

# How To Balance Your Bank of America Account

**FIRST, start with your Account Register/Checkbook:**

1. List your Account Register/Checkbook Balance here ................................................................................................ $ _____
2. Subtract any service charges or other deductions not previously recorded that are listed on this statement ................ $ _____
3. Add any credits not previously recorded that are listed on this statement (for example interest) ................................ $ _____
4. This is your NEW ACCOUNT REGISTER BALANCE ................................................................................................ $ _____

**NOW, with your Account Statement:**

1. List your Statement Ending Balance here ................................................................................................................. $ _____
2. Add any deposits not shown on this statement ........................................................................................................... $ _____

                                                                                     SUBTOTAL ..................................... $ _____

3. List and total all outstanding checks, ATM, Check Card and other electronic withdrawals

| Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | |
|---|---|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount | Date/Check # | Amount |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

4. TOTAL OF OUTSTANDING CHECKS, ATM, Check Card and other electronic withdrawals ...................................... $ _____
5. Subtract total outstanding checks, ATM, Check Card and other electronic withdrawals from Subtotal
   This Balance should match your new Account Register Balance ............................................................................. $ _____

Upon receipt of your statement, differences, if any, should be reported to the bank promptly in writing and in accordance with provisions in your deposit agreement.

## IMPORTANT INFORMATION FOR BANK DEPOSIT ACCOUNTS

**Change of Address.** Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Deposit Agreement.** When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule, which contain the current version of the terms and conditions of your account relationship, may be obtained at our banking centers.

**Electronic Transfers: In case of errors or questions about your electronic transfers**
If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
* Tell us your name and account number.
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
* Tell us the dollar amount of the suspected error.
For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calender days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.
For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting Other Problems.** You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.

**Direct Deposits.** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

SEC-BOA-E-0006757




Bank of America, N.A. Member FDIC and    Equal Housing Lender