



|  |  |
|---|---|
| Bank of America, N.A.<br>P.O. Box 25118<br>Tampa, FL 33622-5118 | H<br>Page 1 of 3<br>Statement Period<br>11/01/11 through 11/30/11<br>E0  P PA  0A 46     0112253<br>Enclosures 0<br>Account Number         6367 |

01280 001 SCM999       0

IFTIKAR ALI AHMED SOLE PROP
DBA

Our Online Banking service allows you to check balances, track account activity and more.
**With Online Banking you can also view up to 18 months of this statement online.**
Enroll at www.bankofamerica.com/smallbusiness.

### Customer Service Information
### www.bankofamerica.com

For additional information or service, you may call:
1.888.BUSINESS (1.888.287.4637)

Or you may write to:
Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

This holiday season, you can make 3 times the difference in the fight against hunger. For every $1 you give through the Bank of America Gift for Opportunity Fund, we'll give $2, up to $500,000. Together, we'll donate thousands of meals to people in need through Feeding America's Give a Meal campaign. To give, visit www.bankofamerica.com/give.

**Government Exhibit**

_____
**1:13-cv-00675**

SEC-BOA-E-0006888

H

IFTIKAR ALI AHMED SOLE PROP
DBA ▮▮▮▮▮

Page 2 of 3
Statement Period
11/01/11 through 11/30/11
E0   P  PA   0A 46
Enclosures 0
Account Number ▮▮▮▮▮ 6367

## Deposit Accounts

## Business Economy Checking

IFTIKAR ALI AHMED SOLE PROP   DBA ▮▮▮▮▮

### Your Account at a Glance

| | | | |
|---|---|---|---|
| Account Number | ▮▮▮▮▮ 6367 | Statement Beginning Balance | $2,981.00 |
| Statement Period | 11/01/11 through 11/30/11 | Amount of Deposits/Credits | $3,114,000.00 |
| Number of Deposits/Credits | 2 | Amount of Withdrawals/Debits | $3,000,012.00 |
| Number of Withdrawals/Debits | 2 | Statement Ending Balance | $116,969.00 |
| Number of Deposited Items | 0 | | |
| | | Average Ledger Balance | $114,395.63 |
| Number of Days in Cycle | 30 | Service Charge | $0.00 |

Remember, by using your Bank of America Small Business Check Card, Bank of America provides you with another way to avoid the monthly maintenance fee on your business checking account.

### Deposits and Credits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 11/03 | 19.00 | Online Banking transfer from Chk 3754 Confirmation# 2837374687 | 957111037568874 |
| 11/28 | 3,113,981.00 | Wire Type:Wire IN Date: 111128 Time:1428 Et ▮▮▮▮▮ | 903711280234488 |

### Withdrawals and Debits

### Other Debits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 11/28 | 12.00 | Wire Transfer Fee | 903711280033959 |
| 11/29 | 3,000,000.00 | Online Banking transfer to Chk 3754 Confirmation# 2656626792 | 957111297577673 |

### Daily Ledger Balances

| Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|
| 11/01 | 2,981.00 | 11/28 | 3,116,969.00 |
| 11/03 | 3,000.00 | 11/29 | 116,969.00 |



H

Page 3 of 3

0112255

## How To Balance Your Bank of America Account

FIRST, start with your Account Register/Checkbook:

1. List your Account Register/Checkbook Balance here ........................................................................................... $ _____
2. Subtract any service charges or other deductions not previously recorded that are listed on this statement ............... $ _____
3. Add any credits not previously recorded that are listed on this statement (for example interest) ................................ $ _____
4. This is your NEW ACCOUNT REGISTER BALANCE ........................................................................................ $ _____

NOW, with your Account Statement:

1. List your Statement Ending Balance here ........................................................................................................... $ _____
2. Add any deposits not shown on this statement .................................................................................................. $ _____
   _____
   _____

                                                                        SUBTOTAL  ................................. $ _____

3. List and total all outstanding checks, ATM, Check Card and other electronic withdrawals

| Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | |
|---|---|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount | Date/Check # | Amount |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

4. TOTAL OF OUTSTANDING CHECKS, ATM, Check Card and other electronic withdrawals ........................... $ _____
5. Subtract total outstanding checks, ATM, Check Card and other electronic withdrawals from Subtotal
   This Balance should match your new Account Register Balance ........................................................................ $ _____

Upon receipt of your statement, differences, if any, should be reported to the bank promptly in writing and in accordance with provisions in your deposit agreement.

### IMPORTANT INFORMATION FOR BANK DEPOSIT ACCOUNTS

Change of Address. Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

Deposit Agreement. When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule, which contain the current version of the terms and conditions of your account relationship, may be obtained at our banking centers.

Electronic Transfers: In case of errors or questions about your electronic transfers
If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
* Tell us your name and account number.
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
* Tell us the dollar amount of the suspected error.
For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calender days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.
For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting Other Problems. You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.

Direct Deposits. If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

SEC-BOA-E-0006890

Bank of America, N.A. Member FDIC and  Equal Housing Lender

SEC-BOA-E-0006891





Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

H
Page 1 of 4
Statement Period
04/01/13 through 04/30/13
E0  P  PA   0A 46                          0092967
Enclosures 0
Account Number                  6367

**Bus Platform Privileges**

01280 001 SCM999       0

IFTIKAR ALI AHMED SOLE PROP
DBA

Our Online Banking service allows you to check balances, track account activity and more.
**With Online Banking you can also view up to 18 months of this statement online.**
Enroll at www.bankofamerica.com/smallbusiness.

## Customer Service Information
### www.bankofamerica.com

For additional information or service, you may call:
1.888.BUSINESS (1.888.287.4637)

Or you may write to:
Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

---

We're improving the system that supports automatic transfers for deposit accounts which will change the timing of certain automatic transfers. Effective April 23, when an automatic transfer between two of your Bank of America accounts falls on a weekend or federal holiday, it will now occur the prior business day. Please keep this change in mind when you schedule bill payments. Any other scheduled transfer that falls on a weekend or federal holiday will continue to occur the following business day. Additionally, you'll now be able to manage your transfers through Online Banking by going to the Transfers tab, as well as by calling the number on this statement or visiting your nearby banking center.

---

Good News! In response to customer feedback we've made some changes to your statements to make them easier to read. Soon you will notice color and graphics to highlight account details and draw attention to notifications and special offers. Over the next few months, a guide will be included with your new statement that will detail the enhancements. Stay tuned!



SEC-BOA-E-0006974

H

Page 2 of 4
Statement Period
04/01/13 through 04/30/13
E0   P  PA   0A 46
Enclosures 0
Account Number             6367

IFTIKAR ALI AHMED SOLE PROP
DBA ▮▮▮▮▮▮▮▮▮

## Deposit Accounts

### Bus Platinum Privileges Relationship
### Business Economy Checking

IFTIKAR ALI AHMED SOLE PROP   DBA ▮▮▮▮▮▮▮▮

#### Your Account at a Glance

| | |
|---|---|
| Account Number                      6367 | Statement Beginning Balance        $356,075.34 |
| Statement Period       04/01/13 through 04/30/13 | Amount of Deposits/Credits         $2,407,144.56 |
| Number of Deposits/Credits                  23 | Amount of Withdrawals/Debits       $2,179,994.75 |
| Number of Withdrawals/Debits                 9 | Statement Ending Balance             $583,225.15 |
| Number of Deposited Items                    0 | |
| | Average Ledger Balance               $464,746.84 |
| Number of Days in Cycle                     30 | |

### Deposits and Credits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 04/01 | 2,508.56 | Counter Credit | 813003442797607 |
| 04/08 | 44,945.00 | Wire Type:Wire IN Date: 130408 Time:1404 Et | 903704080235798 |
| 04/08 | 9,000.00 | Counter Credit | 813003142983048 |
| 04/08 | 8,670.00 | Counter Credit | 813006460914199 |
| 04/09 | 5,150.00 | Counter Credit | 813009030629820 |
| 04/09 | 2,180.00 | Counter Credit | 813005442178730 |
| 04/11 | 1,556,990.00 | Wire Type:Wire IN Date: 130411 Time:1201 Et | 903704110183655 |
| 04/15 | 34,960.00 | Wire Type:Intl IN Date:130415 Time:1043 Et | 903704150155719 |
| 04/15 | 8,012.37 | Counter Credit | 813004242129549 |
| 04/16 | 9,054.00 | Counter Credit | 813003242272495 |
| 04/17 | 8,997.00 | Counter Credit | 813003342621150 |
| 04/18 | 8,936.63 | Counter Credit | 813005242112460 |
| 04/22 | 19,945.00 | Wire Type:Wire IN Date: 130422 Time:1401 Et Ase Of Cds | 903704220232476 |
| 04/22 | 8,370.00 | Counter Credit | 813005542129554 |
| 04/22 | 7,565.00 | Counter Credit | 813006460640012 |
| 04/23 | 7,633.82 | Counter Credit | 813004142625724 |

SEC-BOA-E-0006975



H

Page 3 of 4
Statement Period
04/01/13 through 04/30/13
E0  P PA  0A 46                    0092969
Enclosures 0
Account Number            6367

IFTIKAR ALI AHMED SOLE PROP
DBA

## Deposits and Credits - Continued

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 04/24 | 6,431.18 | Counter Credit | 813004642543625 |
| 04/26 | 9,216.28 | Counter Credit | 813003242768345 |
| 04/29 | 9,318.87 | Counter Credit | 813005042184103 |
| 04/29 | 8,680.45 | Counter Credit | 813003542089614 |
| 04/30 | 622,796.00 | Wire Type:Wire IN Date: 130430 Time:1029 Et | 903704300181407 |
| 04/30 | 5,714.40 | Counter Credit | 813005342390614 |
| 04/30 | 2,070.00 | Counter Credit | 813006460493841 |

## Withdrawals and Debits

### Other Debits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 04/08 | 12.00 | Wire Transfer Fee | 903704080235798 |
| 04/11 | 999,999.00 | Online Banking transfer to Chk 3754 Confirmation# 4172571569 | 957104117549750 |
| 04/11 | 556,991.00 | Online Banking transfer to Chk 3754 Confirmation# 4172574377 | 957104117550314 |
| 04/11 | 12.00 | Wire Transfer Fee | 903704110183655 |
| 04/15 | 16.00 | Wire Transfer Fee | 903704150155719 |
| 04/22 | 12.00 | Wire Transfer Fee | 903704220232476 |
| 04/30 | 622,796.00 | Online Banking transfer to Chk 3754 Confirmation# 2635710825 | 957104307556758 |
| 04/30 | 12.00 | Wire Transfer Fee | 903704300181407 |
| 04/30 | 144.75 | Cash Deposit Processing | |

## Daily Ledger Balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 04/01 | 358,583.90 | 04/16 | 480,515.27 | 04/24 | 548,381.90 |
| 04/08 | 421,186.90 | 04/17 | 489,512.27 | 04/26 | 557,598.18 |
| 04/09 | 428,516.90 | 04/18 | 498,448.90 | 04/29 | 575,597.50 |
| 04/11 | 428,504.90 | 04/22 | 534,316.90 | 04/30 | 583,225.15 |
| 04/15 | 471,461.27 | 04/23 | 541,950.72 | | |

H

Page 4 of 4

## How To Balance Your Bank of America Account

FIRST, start with your Account Register/Checkbook:

1. List your Account Register/Checkbook Balance here ................................................................................... $ _____
2. Subtract any service charges or other deductions not previously recorded that are listed on this statement ................. $ _____
3. Add any credits not previously recorded that are listed on this statement (for example interest) ............................. $ _____
4. This is your NEW ACCOUNT REGISTER BALANCE ................................................................................... $ _____

NOW, with your Account Statement:

1. List your Statement Ending Balance here ........................................................................................................ $ _____
2. Add any deposits not shown on this statement ................................................................................................ $ _____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SUBTOTAL ........................................ $ _____

3. List and total all outstanding checks, ATM, Check Card and other electronic withdrawals

| Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | |
|---|---|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount | Date/Check # | Amount |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

4. TOTAL OF OUTSTANDING CHECKS, ATM, Check Card and other electronic withdrawals ............................. $ _____
5. Subtract total outstanding checks, ATM, Check Card and other electronic withdrawals from Subtotal
   This Balance should match your new Account Register Balance ............................................................... $ _____

Upon receipt of your statement, differences, if any, should be reported to the bank promptly in writing and in accordance with provisions in your deposit agreement.

### IMPORTANT INFORMATION FOR BANK DEPOSIT ACCOUNTS

Change of Address.  Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

Deposit Agreement.  When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time.  These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals.  Copies of both the deposit agreement and fee schedule, which contain the current version of the terms and conditions of your account relationship, may be obtained at our banking centers.

Electronic Transfers:  In case of errors or questions about your electronic transfers
If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

* Tell us your name and account number.
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
* Tell us the dollar amount of the suspected error.
For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (10 calender days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting Other Problems.  You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.

Direct Deposits.  If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

SEC-BOA-E-0006977