

P.O. Box 15284
Wilmington, DE 19850

Customer service information

⬤ Customer service: 1.888.BUSINESS

⬤ bankofamerica.com

⬤ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

IFTIKAR ALI AHMED SOLE PROP
DBA █████████

# Your Business Fundamentals Chk

for October 10, 2013 to October 31, 2013

Account number: ███████ 3640

## Account summary

| | |
|---|---|
| Beginning balance on October 10, 2013 | $0.00 |
| Deposits and other credits | 10,899,193.59 |
| Withdrawals and other debits | -154,300.00 |
| Checks | -0.00 |
| Service fees | -12.00 |
| Ending balance on October 31, 2013 | $10,744,881.59 |

# of deposits/credits: 2
# of withdrawals/debits: 6
# of deposited items: 0
# of days in cycle: 22
Average ledger balance: $6,859,785.37

Government Exhibit

**7**

1:13-cv-00675

SEC-BOA-E-0000845

IFTIKAR ALI AHMED SOLE PROP  |  Account # 3▮▮▮▮3640  |  October 10, 2013 to October 31, 2013

## IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Change of address – Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

Deposit agreement – When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our banking centers.

Electronic transfers: In case of errors or questions about your electronic transfers  – If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

Tell us your name and account number.

Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems – You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits – If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

© 2013 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

SEC-BOA-E-0000846

**Bank of America** 〉〉〉

## Your checking account

IFTIKAR ALI AHMED SOLE PROP  |  Account #  ████████ 3640  |  October 10, 2013 to October 31, 2013

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 10/10/13 | Deposit | 3,000.00 |
| 10/18/13 | Wire Type:Wire In Date: 131018 Time:1701 Et Trn: ████████ ████████ | 10,896,193.59 |
| Total deposits and other credits | | $10,899,193.59 |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 10/21/13 | Online Banking transfer to CHK 3754 Confirmation# 0119417896 | -20,000.00 |
| 10/21/13 | Online Banking transfer to Sav 0070 Confirmation# 0119432704 | -35,000.00 |
| 10/21/13 | Online Banking transfer to Sav 4104 Confirmation# 2819435626 | -35,000.00 |
| 10/21/13 | Online Banking transfer to Sav 5699 Confirmation# 0119444934 | -34,300.00 |
| 10/21/13 | Online Banking transfer to CHK 3754 Confirmation# 2736037884 | -30,000.00 |
| Total withdrawals and other debits | | -$154,300.00 |

## Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 10/21/13 | Wire Transfer Fee | -12.00 |
| Total service fees | | -$12.00 |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 10/10 | 3,000.00 | 10/18 | 10,899,193.59 | 10/21 | 10,744,881.59 |

SEC-BOA-E-0000843

IFTIKAR ALI AHMED SOLE PROP  |  Account #  ▓▓▓▓▓ 3640  |  October 10, 2013 to October 31, 2013

This page intentionally left blank

SEC-BOA-E-0000844



*Bus Platinum Privileges*

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

IFTIKAR ALI AHMED SOLE PROP
DBA ███████████████
███████████████████████

# Your Business Fundamentals Chk
# Bus Platinum Privileges
for November 1, 2013 to November 30, 2013

Account number: ████████ 3640

## Account summary

| | |
|---|---|
| Beginning balance on November 1, 2013 | $10,744,881.59 |
| Deposits and other credits | 0.00 |
| Withdrawals and other debits | -10,691,881.59 |
| Checks | -50,000.00 |
| Service fees | -0.00 |
| Ending balance on November 30, 2013 | $3,000.00 |

# of deposits/credits: 0

# of withdrawals/debits: 4

# of items-previous cycle[1]: 1

# of days in cycle: 30

Average ledger balance: $4,621,148.68

[1]Includes checks paid,deposited items&other debits

SEC-BOA-E-0000847

IFTIKAR ALI AHMED SOLE PROP  |  Account # ███████ 3640  |  November 1, 2013 to November 30, 2013

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Change of address - Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our banking centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

© 2013 Bank of America Corporation

 Bank of America, N.A. Member FDIC and    Equal Housing Lender

SEC-BOA-E-0000848

 **Bank of America**

**Your checking account**

IFTIKAR ALI AHMED SOLE PROP  |  Account #  ▮▮▮▮  3640  |  November 1, 2013 to November 30, 2013

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 11/04/13 | Online Banking transfer to CHK 3754 Confirmation# 1659462945 | -100,000.00 |
| 11/14/13 | Online Banking transfer to Sav 9566 Confirmation# 1546838772 | -9,999,999.99 |
| 11/14/13 | Online Banking transfer to Sav 9566 Confirmation# 0546842693 | -591,881.60 |
| Total withdrawals and other debits | | -$10,691,881.59 |

SEC-BOA-E-0000849

IFTIKAR ALI AHMED SOLE PROP   |   Account # ▮▮▮▮▮▮8640   |   November 1, 2013 to November 30, 2013

## Checks

| Date | Check # | Amount |
|------|---------|--------|
| 11/12/13 | 991 | -50,000.00 |
| Total checks | | -$50,000.00 |
| Total # of checks | | 1 |

## Service fees

**Your monthly fee is waived for the previous statement cycle because:**

At least one of the following occurred

○  $250 in new purchases on a linked Business debit card

○  $250 in new purchases on a linked Business credit card

☑  $3,000+ minimum daily balance in primary checking account

☑  $5,000+ average monthly balance in primary checking account

☑  $15,000+ combined average monthly balance in linked business accounts

A check mark indicates that you have qualified for a monthly fee waiver on the account based on your usage of these products or services. For information on how to open a new product or to link an existing service to your account please call 1-888-BUSINESS or visit bankofamerica.com/smallbusiness.

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 11/01 | 10,744,881.59 | 11/12 | 10,594,881.59 | 11/14 | 3,000.00 |
| 11/04 | 10,644,881.59 | | | | |

SEC-BOA-E-0000850



**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

*Bus Platinum Privileges*

**Customer service information**

☎ 1.888.BUSINESS (1.888.287.4637)

🖳 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

IFTIKAR ALI AHMED SOLE PROP
DBA ███████

# Your Business Fundamentals Checking
# Bus Platinum Privileges

for August 1, 2014 to August 31, 2014

Account number. ███████ 3640

**IFTIKAR ALI AHMED SOLE PROP   DBA** ███████

## Account summary

| | | |
|---|---|---|
| Beginning balance on August 1, 2014 | $3,000.00 | # of deposits/credits: 1 |
| Deposits and other credits | 3,544,773.00 | # of withdrawals/debits: 6 |
| Withdrawals and other debits | -3,544,713.00 | # of items-previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -60.00 | Average ledger balance: $253,591.54 |
| Ending balance on August 31, 2014 | $3,000.00 | [1]Includes checks paid,deposited items&other debits |

Read our free article

"How Mutual Funds Can Help
You Pursue Your Goals"

Visit merrilledge.com/LearnMutualFunds



Merrill Edge™ is available through
Merrill Lynch, Pierce, Fenner & Smith
Incorporated (MLPF&S) and consists
of the Merrill Edge Advisory Center
(investment guidance) and self-
directed online investing. MLPF&S is
a registered broker-dealer, member
SIPC and a wholly owned subsidiary
of Bank of America Corporation.
Merrill Lynch, Merrill Edge, the
Merrill Edge logo, and Merrill Edge
Advisory Center are trademarks of
Bank of America Corporation.

Investment products:  | Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |

IFTIKAR ALI AHMED SOLE PROP   |   Account #   ████████3640   |   August 1, 2014 to August 31, 2014

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Change of address - Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our banking centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled. You may also review your activity online or visit a banking center for information.

© 2013 Bank of America Corporation

 **Bank of America, N.A. Member FDIC and**   **Equal Housing Lender**

SEC-BOA-E-0000892



**Bank of America** 

Your checking account

IFTIKAR ALI AHMED SOLE PROP   |   Account #          3640   |   August 1, 2014 to August 31, 2014

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 08/12/14 | Wire Type:Wire In Date: 140812 Time:1500 Et | 3,544,773.00 |
| **Total deposits and other credits** | | **$3,544,773.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 08/13/14 | WIRE TYPE:INTL OUT DATE:140813 TIME:0928 ET | -1,500,000.00 |
| 08/15/14 | Online Banking transfer to CHK 3754 Confirmation# 1312564173 | -2,000,000.00 |
| 08/18/14 | Online Banking transfer to CHK 3754 Confirmation# 0339033258 | -44,113.00 |
| 08/18/14 | Online Banking transfer to CHK 3754 Confirmation# 4039036163 | -600.00 |
| **Total withdrawals and other debits** | | **-$3,544,713.00** |



Get your exclusive Inc. guide
## "Build, Buy or Ally: Growth Strategies for Business"

Simply visit the **Bank of America Small Business Community** to download your free copy and learn how you can accelerate the growth of your business.
While you're there, access financial tools, exchange ideas with other small business owners and much more.

**Free download**   Go to bankofamerica.com/sbc today.   **Inc.**

SEC-BOA-E-0000893

IFTIKAR ALI AHMED SOLE PROP   |   Account #  ████ 3640   |   August 1, 2014 to August 31, 2014

## Service fees

Based upon the activity below, the monthly fee on your Business Fundamentals checking account was waived for the statement period ending 07/31/14.

At least one of the following occurred

○   $250+ in net new purchases on a linked Business debit card

○   $250+ in net new purchases on a linked Business credit card

☑   $3,000+ minimum daily balance in primary checking account

○   $5,000+ average monthly balance in primary checking account

○   $15,000+ combined average monthly balance in linked business accounts

A check mark indicates that you have qualified for a monthly fee waiver on the account based on your usage of these products or services. For information on how to open a new product or to link an existing service to your account please call 1-866-BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 08/13/14 | Wire Transfer Fee | -45.00 |
| 08/13/14 | Wire Transfer Fee | -15.00 |
| **Total service fees** | | **-$60.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 08/01 | 3,000.00 | 08/13 | 2,047,713.00 | 08/18 | 3,000.00 |
| 08/12 | 3,547,773.00 | 08/15 | 47,713.00 | | |

☑   To help you BALANCE YOUR CHECKING ACCOUNT, visit bankofamerica.com/statementbalance or the Statements and Documents tab in Online Banking for a printable version of the How to Balance Your Account Worksheet.

SEC-BOA-E-0000894



*Bus Platinum Privileges*

**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

☎ 1.888.BUSINESS (1.888.287.4637)

🖳 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

IFTIKAR ALI AHMED SOLE PROP
DBA ▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮  ▮▮▮▮▮▮▮▮

⬚ | Please see the Account Changes section of your statement for details regarding important changes to your account.

# Your Business Fundamentals Checking
# Bus Platinum Privileges

for December 1, 2014 to December 31, 2014                        Account number: ▮▮▮▮▮3640

IFTIKAR ALI AHMED SOLE PROP     DBA ▮▮▮▮▮▮▮▮▮

## Account summary

| | | |
|---|---|---|
| Beginning balance on December 1, 2014 | $3,000.00 | # of deposits/credits: 1 |
| Deposits and other credits | 18,000,000.00 | # of withdrawals/debits: 1 |
| Withdrawals and other debits | -0.00 | # of items-previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -15.00 | Average ledger balance: $7,551,382.25 |
| Ending balance on December 31, 2014 | $18,002,985.00 | [1]Includes checks paid,deposited items&other debits |



## Our free Mobile Banking App lets you bank for your business on the go

**Mobile Banking gives you convenient and secure access to your business accounts anytime, anywhere.**

- Check balances
- Pay bills
- Locate ATMs or banking centers.

**Text BizApp to 226526 and download your free Mobile Banking App today.**

Continued to Mobile App not available in all states. Wireless fees may apply. The text messaging rates and fees apply. To block all alerts at any time, Reply STOP to 226526 to cancel and text HELP to 226526 for help. Bank of America, N.A. Member FDIC. ©2014 Bank of America Corporation. ARXXXX | WS812541

SEC-BOA-E-0000907

IFTIKAR ALI AHMED SOLE PROP  |  Account #■■■■■8640  |  December 1, 2014 to December 31, 2014

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Change of address - Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our banking centers.

Electronic transfers: In case of errors or questions about your electronic transfers- If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled. You may also review your activity online or visit a banking center for information.

© 2013 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender

SEC-BOA-E-0000908

**Bank of America** 〰️

**Your checking account**

IFTIKAR ALI AHMED SOLE PROP  |  Account #  ██████ 3640  |  December 1, 2014 to December 31, 2014

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 12/19/14 | Wire Type:Wire In Date: 141219 Time:1132 Et ████████ ████████ | 18,000,000.00 |
| | ████████████████████ ████████████████████ | |
| **Total deposits and other credits** | | **$18,000,000.00** |

## Service fees

Based upon the activity below, the monthly fee on your Business Fundamentals checking account was waived for the statement period ending 11/28/14:

At least one of the following occurred

- ○ $250+ in net new purchases on a linked Business debit card
- ○ $250+ in net new purchases on a linked Business credit card
- ⊗ $3,000+ minimum daily balance in primary checking account
- ○ $6,000+ average monthly balance in primary checking account
- ○ $15,000+ combined average monthly balance in linked business accounts

A check mark indicates that you have qualified for a monthly fee waiver on the account based on your usage of these products or services. For information on how to open a new product or to link an existing service to your account please call 1-888-BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|-------------------------|--------|
| 12/22/14 | Wire Transfer Fee | -15.00 |
| **Total service fees** | | **-$15.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 12/01 | 3,000.00 | 12/19 | 18,003,000.00 | 12/22 | 18,002,985.00 |

Bet you've got great ideas.

(After all, your business started as one.)

**Join the Small Business Advisory Panel at Bank of America.**

By sharing your wisdom and ideas, you can help us enhance our products and services.

**Join us at bankofamerica.com/shareideas today.**

Bank of America, N.A. Member FDIC.
©2014 Bank of America Corporation  AR8V5FD  |  A3-65-14-0306.B

SEC-BOA-E-0000909

IFTIKAR ALI AHMED SOLE PROP  |  Account # ██████ 3640  |  December 1, 2014 to December 31, 2014

☑ To help you BALANCE YOUR CHECKING ACCOUNT, visit bankofamerica.com/statementbalance or the Statements and Documents tab in Online Banking for a printable version of the How to Balance Your Account Worksheet.

Page 4 of 6

SEC-BOA-E-0000910

## Account Changes

At Bank of America, we're committed to keeping you up-to-date on any changes that may impact your banking accounts.

Starting February 3, 2015, if you have a Bank of America Debit or ATM card, you'll no longer be able to use these cards to get cash back at a merchant **without making a purchase**. You can still get cash back when you make a purchase or by making a cash withdrawal at one of our ATMs or banking centers. You can find a banking center or ATM near you by visiting bankofamerica.com/locator.

SEC-BOA-E-0000911

This page intentionally left blank

SEC-BOA-E-0000912

*Bus Platinum Privileges*


**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

Customer service information

1.888.BUSINESS (1.888.287.4637)

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118


IFTIKAR ALI AHMED SOLE PROP
DBA

# Your Business Fundamentals Checking
# Bus Platinum Privileges

for January 1, 2015 to January 31, 2015                                Account number:          3640

**IFTIKAR ALI AHMED SOLE PROP     DBA GIOSIS HOLDINGS**

## Account summary

| | | |
|---|---|---|
| Beginning balance on January 1, 2015 | $18,002,985.00 | # of deposits/credits: 0 |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 2 |
| Withdrawals and other debits | -17,999,985.00 | # of items-previous cycle¹: 0 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -0.00 | Average ledger balance: $6,390,091.45 |
| Ending balance on January 31, 2015 | $3,000.00 | ¹Includes checks paid,deposited items&other debits |



## Our free Mobile Banking App lets you bank for your business on the go

**Mobile Banking gives you convenient and secure access to your business accounts anytime, anywhere.**

* Check balances
* Pay bills
* Locate ATMs or banking centers

**Text BizApp to 226526 and download your free Mobile Banking App today.**

Connect to Mobile app not available in all areas. Wireless data may apply. Text the last message, text STOP. Data charges may apply. Offer STOP to the 7 Mobile, Virgin Mobile, US Cellular and Metro WIRELE. Text STOP to 226526 to cancel and get HELP to 226526 for Help. Bank of America, N.A. Member FDIC. ©2014 Bank of America Corporation.

SEC-BOA-E-0000913

IFTIKAR ALI AHMED SOLE PROP  |  Account #████3640  |  January 1, 2015 to January 31, 2015

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Change of address - Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time.  These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals.  Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our banking centers.

Electronic transfers: In case of errors or questions about your electronic transfers- If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.  You may also review your activity online or visit a banking center for information.

© 2013 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

SEC-BOA-E-0000914


**Bank of America**

Your checking account

IFTIKAR ALI AHMED SOLE PROP   |   Account #        640   |   January 1, 2015 to January 31, 2015

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 01/12/15 | Online Banking transfer to CHK 3754 Confirmation# 3008214295 | -9,000,000.00 |
| 01/12/15 | Online Banking transfer to CHK 3754 Confirmation# 3808218452 | -8,999,985.00 |
| Total withdrawals and other debits | | -$17,999,985.00 |

## Service fees

Based upon the activity below, the monthly fee on your Business Fundamentals checking account was waived for the statement period ending 12/31/14:

At least one of the following occurred

- ○ $250+ in net new purchases on a linked Business debit card
- ○ $250+ in net new purchases on a linked Business credit card
- ☑ $3,000+ minimum daily balance in primary checking account
- ☑ $5,000+ average monthly balance in primary checking account
- ☑ $15,000+ combined average monthly balance in linked business accounts

A check mark indicates that you have qualified for a monthly fee waiver on the account based on your usage of these products or services. For information on how to open a new product or to link an existing service to your account please call 1-888-BUSINESS or visit bankofamerica.com/smallbusiness.

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) |
|------|-------------|------|------------|
| 01/01 | 18,002,985.00 | 01/12 | 3,000.00 |

# We appreciate your business

To learn more about our other business products and services, please visit us at

**bankofamerica.com/smallbusiness**

SEC-BOA-E-0000915

IFTIKAR ALI AHMED SOLE PROP  |  Account # ████████ 3640  |  January 1, 2015 to January 31, 2015

☑ To help you BALANCE YOUR CHECKING ACCOUNT, visit bankofamerica.com/statementbalance or the Statements and Documents tab in Online Banking for a printable version of the How to Balance Your Account Worksheet.

SEC-BOA-E-0000916