# Bank of America

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

- 1.888.BUSINESS (1.888.287.4637)
- bankofamerica.com
- Bank of America, N.A.
  P.O. Box 25118
  Tampa, FL 33622-5118

I-CUBED DOMAINS LLC

## Your Business Fundamentals Checking

for October 28, 2014 to October 31, 2014

Account number: 8384

**I-CUBED DOMAINS LLC**

### Account summary

| | |
|---|---:|
| Beginning balance on October 28, 2014 | $0.00 |
| Deposits and other credits | 7,503,000.00 |
| Withdrawals and other debits | -0.00 |
| Checks | -0.00 |
| Service fees | -15.00 |
| Ending balance on October 31, 2014 | $7,502,985.00 |

- # of deposits/credits: 2
- # of withdrawals/debits: 1
- # of items-previous cycle[1]: 0
- # of days in cycle: 4
- Average ledger balance: $3,752,246.25

[1] Includes checks paid,deposited items&other debits



# Stay connected

Our e-newsletter, **Small Business Connections**, gives you access to articles and other resources from small business experts on marketing, financing, cash flow management, human resources and more.

Visit **bankofamerica.com/smallbiznews** and enter your email address to start receiving our free e-newsletter.

PULL: E  CYCLE: 46  SPEC: 0  DELIVERY: P  TYPE: IMAGE: A  BC: CT

**Government Exhibit 8**
1:13-cv-00675

I-CUBED DOMAINS LLC  |  Account # ▮▮▮▮ ▮▮ 8384  |  October 28, 2014 to October 31, 2014

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Change of address - Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our banking centers.

Electronic transfers: In case of errors or questions about your electronic transfers- If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled. You may also review your activity online or visit a banking center for information.

© 2013 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender



**Bank of America**                                                              Your checking account

I-CUBED DOMAINS LLC  |  Account # ▇▇▇▇▇ 8384  |  October 28, 2014 to October 31, 2014

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 10/29/14 | Deposit | 3,000.00 |
| 10/30/14 | Wire Type:Wire In Date: 141030 Time:1633 Et ▇▇▇▇▇ | 7,500,000.00 |

Total deposits and other credits                                                          $7,503,000.00

## Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 10/31/14 | Wire Transfer Fee | -15.00 |

Total service fees                                                                              -$15.00

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 10/29 | 3,000.00 | 10/30 | 7,503,000.00 | 10/31 | 7,502,985.00 |

✓ To help you BALANCE YOUR CHECKING ACCOUNT, visit bankofamerica.com/statementbalance or the Statements and Documents tab in Online Banking for a printable version of the How to Balance Your Account Worksheet.

### They're not just heroes, they're also our neighbors

Join us in helping connect our returning service members and veterans to the things they need to make their lives better. Express your thanks at #troopthanks or bankofamerica.com/troopthanks, and we'll donate $1—up to $1 million—to nonprofits dedicated to helping them succeed here at home.

**Join us at #troopthanks or bankofamerica.com/troopthanks.**

WELCOMEBACKVETERANS.ORG

Bank of America, N.A. Member FDIC ©2014 Bank of America Corporation

This page intentionally left blank.

SEC-BOA-E-0000800

*Bus Platinum Privileges*



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

🌐 bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

I-CUBED DOMAINS LLC

# Your Business Fundamentals Checking
# Bus Platinum Privileges

for November 1, 2014 to November 30, 2014            Account number: ▮▮▮▮ 8384
**I-CUBED DOMAINS LLC**

## Account summary

| | | |
|---|---:|---|
| Beginning balance on November 1, 2014 | $7,502,985.00 | # of deposits/credits: 0 |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 2 |
| Withdrawals and other debits | -0.00 | # of items-previous cycle[1]: 1 |
| Checks | -7,500,000.00 | # of days in cycle: 30 |
| Service fees | -0.00 | Average ledger balance: $502,985.00 |
| Ending balance on November 30, 2014 | $2,985.00 | [1]Includes checks paid,deposited items&other debits |

## Do more with your new checking account. Here's how.

From basic banking to on-the-go mobile banking, you can accomplish more with your new **Business Fundamentals®** checking account.

Visit **bankofamerica.com/GetStartedNow** or scan the QR code at the right to learn more.

Bank of America, N.A. Member FDIC. ©2014 Bank of America Corporation | ARBXXXXX | AD-08-14-0333

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Change of address - Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time.  These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals.  Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our banking centers.

Electronic transfers: In case of errors or questions about your electronic transfers- If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.  You may also review your activity online or visit a banking center for information.

© 2013 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender



**Your checking account**

I-CUBED DOMAINS LLC   |   Account # ████████8384   |   November 1, 2014 to November 30, 2014

## Checks

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|
| 11/03/14 | 993 | -7,425,000.00 | 11/03/14 | 994 | -75,000.00 |
| | | | Total checks | | -$7,500,000.00 |
| | | | Total # of checks | | 2 |

## Service fees

Based upon the activity below, the monthly fee on your Business Fundamentals checking account was waived for the statement period ending 10/31/14.

At least one of the following occurred

- ○ $250+ in net new purchases on a linked Business debit card
- ○ $250+ in net new purchases on a linked Business credit card
- ☑ $3,000+ minimum daily balance in primary checking account
- ☑ $5,000+ average monthly balance in primary checking account
- ☑ $15,000+ combined average monthly balance in linked business accounts

A check mark indicates that you have qualified for a monthly fee waiver on the account based on your usage of these products or services. For information on how to open a new product or to link an existing service to your account please call 1-888-BUSINESS or visit bankofamerica.com/smallbusiness.

## Daily ledger balances

| Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|
| 11/01 | 7,502,985.00 | 11/03 | 2,985.00 |

☑ To help you BALANCE YOUR CHECKING ACCOUNT, visit bankofamerica.com/statementbalance or the Statements and Documents tab in Online Banking for a printable version of the How to Balance Your Account Worksheet.

This page intentionally left blank

SEC-BOA-E-0000804

Page 5 of 6

This page intentionally left blank

This page intentionally left blank

SEC-BOA-E-0000806