# Fidelity Investments

**FIDELITY PRIVATE CLIENT GROUP**℠

Envelope 136005108

SHALINI AGGARWAL AHMED

## Investment Report

January 1, 2014 - January 31, 2014

| | |
|---|---|
| Online | Fidelity.com |
| FAST(sm)-Automated Telephone | 800-544-5555 |
| Private Client Group | 800-544-5704 |
| Customer Service | 800-544-6666 |
| Stock Plan Services | 800-544-9354 |
| Sun 5pm - Sat 12am ET | |

## Your Portfolio Summary

### Changes in Portfolio Value

| | |
|---|---:|
| Beginning value as of Jan 1 | $264,222.12 |
| Additions | 502,057.03 |
| Change in investment value | -2,867.54 |
| **Ending value as of Jan 31** | **$763,411.61** |
| | |
| Total trades for portfolio period | 0 |
| Feb 2013 - Jan 2014 | |

### Value by Account

| | Account Number | Net Value January 1, 2014 | Net Value January 31, 2014 |
|---|---|---:|---:|
| **General Investment** | | | |
| Fidelity Account℠ - Individual | ▇▇▇540 | $32,665.91 | $532,289.80 |
| **Personal Retirement** | | | |
| Fidelity Rollover IRA | ▇▇▇5760 | 147,696.48 | 147,261.37 |
| Fidelity Roth IRA | ▇▇▇5070 | 83,859.73 | 83,860.44 |
| **Total Portfolio Value** | | **$264,222.12** | **$763,411.61** |

### Income Summary

| | This period | Year to Date |
|---|---:|---:|
| Taxable | $3.16 | $3.16 |
| Tax-deferred | 27.62 | 27.62 |
| Tax-free | 0.71 | 0.71 |
| **Total** | **$31.49** | **$31.49** |

Government Exhibit
**12**
1:13-cv-00675

# Fidelity Investments

## FIDELITY PRIVATE CLIENT GROUP℠

---

### Fidelity Account℠ ####7540   SHALINI A AHMED - INDIVIDUAL

**Daily Additions and Subtractions** Cash @ $1 per share (the following is provided to you in accordance with industry regulations)

| Date | Amount | Balance | Date | Amount | Balance | Date | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 1/07 | $548.27 | $775.60 | 1/08 | 500,000.00 | 500,775.60 | 1/31 | 3.16 | 500,778.76 |

---

### Fidelity Rollover IRA ####5760   SHALINI A AHMED - ROLLOVER IRA - FIDELITY MANAGEMENT TRUST CO - CUSTODIAN

#### Account Summary
| | |
|---|---|
| Beginning value as of Jan 1 | $147,696.48 |
| Change in investment value | -435.11 |
| **Ending value as of Jan 31** | **$147,261.37** |
| Accrued Interest (AI) | $0.00 |
| Change in AI from last statement | $0.00 |
| Account trades from Feb 2013 - Jan 2014 | 0 |

#### Income Summary
| | This Period | Year to Date |
|---|---|---|
| **Tax-deferred** | **$27.62** | **$27.62** |

#### Holdings (Symbol) as of January 31, 2014

| | Performance January 31, 2014 | Quantity January 31, 2014 | Price per Unit January 31, 2014 | Cost | Total Value January 1, 2014 | Total Value January 31, 2014 |
|---|---|---|---|---|---|---|
| **Mutual Funds 21% of holdings** | | | | | | |
| SPARTAN 500 INDEX FD ADVANTAGE CLASS (FUSVX) | | 281.115 | $63.220 | $10,000.00 | $18,410.22 | $17,772.09 |
| EAI: $333.26, EY: 1.88% | | | | | | |
| SPARTAN US BOND INDX FIDELITY ADV CLASS (FSITX) | 30-day Yield: 2.17% | 1,098.542 | 11.520 | 10,000.00 | 12,453.17 | 12,655.20 |
| EAI: $292.42, EY: 2.31% | | | | | | |
| **Subtotal of Mutual Funds** | | | | **20,000.00** | | **30,427.29** |
| **Core Account 79% of holdings** | | | | | | |
| FIDELITY CASH RESERVES (FDRXX) | 7-day Yield: 0.01% | 116,834.080 | 1.000 | not applicable | 116,833.09 | 116,834.08 |
| EAI: $11.72, EY: 0.01% | | | | | | |

SEC-NFS-E-0003154



**FIDELITY PRIVATE CLIENT GROUP**ˢᴹ

Envelope 136005362

SHALINI AGGARWAL AHMED

**Investment Report**

August 1, 2014 - August 31, 2014

| | |
|---|---|
| Online | Fidelity.com |
| FAST(sm)-Automated Telephone | 800-544-5555 |
| Private Client Group | 800-544-5704 |
| Customer Service | 800-544-6666 |
| Stock Plan Services | 800-544-9354 |
| Sun 5pm - Sat 12am ET | |

## Your Portfolio Summary

### Changes in Portfolio Value

| | |
|---|---:|
| Beginning value as of Aug 1 | $788,660.27 |
| Additions | 2,000,000.00 |
| Transaction costs, loads and fees | -71.55 |
| Change in investment value | 58,888.15 |
| **Ending value as of Aug 31** | **$2,847,476.87** |
| Total trades for portfolio period Sep 2013 - Aug 2014 | 9 |

### Value by Account

| | Account Number | Net Value August 1, 2014 | Net Value August 31, 2014 |
|---|---|---:|---:|
| **General Investment** | | | |
| Fidelity Account℠ - Individual | X78-187540 | $552,172.27 | $2,607,784.46 |
| **Personal Retirement** | | | |
| Fidelity Rollover IRA | 147-845760 | 152,623.48 | 155,827.18 |
| Fidelity Roth IRA | 488-995070 | 83,864.52 | 83,865.23 |
| **Total Portfolio Value** | | **$788,660.27** | **$2,847,476.87** |

### Income Summary

| | This period | Year to Date |
|---|---:|---:|
| Taxable | $2.82 | $8,872.02 |
| Tax-deferred | 0.62 | 770.89 |
| Tax-free | 0.71 | 5.50 |
| **Total** | **$4.15** | **$9,648.41** |

# Fidelity Investments

**FIDELITY PRIVATE CLIENT GROUP** ℠

Investment Report

August 1, 2014 - August 31, 2014

---

## Fidelity Account ℠ ###-#####7540 — SHALINI A AHMED - INDIVIDUAL

### Cash Management Activity

**Deposits (1)**

| Date | Description | Amount | Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|---|---|---|
| 8/15 | DEPOSIT RECEIVED | $2,000,000.00 | | Total | $2,000,000.00 | | | |

**Daily Additions and Subtractions** Cash @ $1 per share (the following is provided to you in accordance with industry regulations)

| Date | Amount | Balance | Date | Amount | Balance | Date | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 8/15 | $2,000,000.00 | $2,100,996.55 | 8/21 | -1,364,234.09 | 136,762.46 | | | |
| 8/19 | -600,000.00 | 1,500,996.55 | 8/29 | 2.82 | 136,765.28 | | | |

---

## Fidelity Rollover IRA  ###-#####5760 — SHALINI A AHMED - ROLLOVER IRA - FIDELITY MANAGEMENT TRUST CO - CUSTODIAN

### Account Summary

| | |
|---|---|
| Beginning value as of Aug 1 | $152,623.48 |
| Change in investment value | 3,203.70 |
| **Ending value as of Aug 31** | **$155,827.18** |
| Accrued Interest (AI) | $0.00 |
| Change in AI from last statement | $0.00 |
| Account trades from Sep 2013 - Aug 2014 | 0 |

### Income Summary

| | This Period | Year to Date |
|---|---|---|
| Tax-deferred | $0.62 | $770.89 |

### Holdings (Symbol as of August 31, 2014)

| | Performance August 31, 2014 | Quantity August 31, 2014 | Price per Unit August 31, 2014 | Cost | Total Value August 1, 2014 | Total Value August 31, 2014 |
|---|---|---|---|---|---|---|
| **Mutual Funds 53% of holdings** | | | | | | |
| SPARTAN 500 INDEX FD ADVANTAGE CLASS (FUSVX) | | 1,169.005 | $71.290 | $67,000.00 | $60,135.29 | $63,336.37 |
| EAI: $1,480.18 EY: 1.78% | | | | | | |

---



**FIDELITY PRIVATE CLIENT GROUP**℠

Envelope 900748042

SHALINI AGGARWAL AHMED

## Investment Report

September 1, 2014 - September 30, 2014

| | |
|---|---|
| Online | Fidelity.com |
| FAST(sm)-Automated Telephone | 800-544-5555 |
| Private Client Group | 800-544-5704 |
| Customer Service | 800-544-6666 |
| Stock Plan Services | 800-544-9354 |
| Sun 5pm - Sat 12am ET | |

## Your Portfolio Summary

### Changes in Portfolio Value

| | |
|---|---:|
| Beginning value as of Sep 1 | $2,847,476.87 |
| Additions | 500,000.00 |
| Transaction costs, loads and fees | -64.42 |
| Change in investment value | -70,871.88 |
| **Ending value as of Sep 30** | **$3,276,540.57** |
| | |
| Total trades for portfolio period Oct 2013 - Sep 2014 | 16 |

### Value by Account

| | Account Number | Net Value September 1, 2014 | Net Value September 30, 2014 |
|---|---|---:|---:|
| **General Investment** | | | |
| Fidelity Account℠ - Individual | 7540 | $2,607,784.46 | $3,038,015.88 |
| **Personal Retirement** | | | |
| Fidelity Rollover IRA | 5760 | 155,827.18 | 154,658.77 |
| Fidelity Roth IRA | 5070 | 83,865.23 | 83,865.92 |
| **Total Portfolio Value** | | **$2,847,476.87** | **$3,276,540.57** |

### Income Summary

| | This period | Year to Date |
|---|---:|---:|
| Taxable | $17,241.27 | $26,113.29 |
| Tax-deferred | 0.60 | 771.49 |
| Tax-free | 0.69 | 6.19 |
| **Total** | **$17,242.56** | **$26,890.97** |

0001   140930 0001 900748042   04 18  000

Page 1 of 14

SEC-NFS-E-0003246

# Fidelity

Investment Report
September 1, 2014 - September 30, 2014

FIDELITY PRIVATE
CLIENT GROUP℠

## Fidelity Account℠ ###-#####7540  SHALINI A AHMED - INDIVIDUAL
### Transaction Details
#### Investment Activity

| Settlement Date | Security | Description | Quantity | Price per Unit | Cost Basis of Close | Transaction Amount |
|---|---|---|---|---|---|---|
| 9/30 | CASH | Interest earned | | | | 2.87 |
| 9/30 | ISHARES RUSSELL MIDCAP VALUE ETF | Dividend received | | | | 704.03 |
| 9/30 | ISHARES RUSSELL TOP 200 GROWTH ETF | Dividend received | | | | 635.22 |

f - FIFO (First-In, First-Out)  a - Average Cost
Cost basis and gain/loss information is provided as a service to our customers and is based on standards for filing US Federal Tax Returns as determined by Fidelity. This information is not intended to address tax law or reporting requirements applicable in your country of tax residence.

#### Trades Pending Settlement on September 30, 2014

| Trade Date | Settlement Date | Security | Description | Quantity | Price per Unit | Cost Basis of Close | Settlement Amount |
|---|---|---|---|---|---|---|---|
| 9/26 | 10/01 | ISHARES RUSSELL MIDCAP VALUE ETF (IWS) | Sold | -3,000.000 | $70.23000 | $215,227.65f | $210,677.39 |
| | | | Short-term loss: $4,550.26 | | | | |

f - FIFO (First-In, First-Out)

### Cash Management Activity

#### Deposits (1)

| Date | Description | Amount | Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|---|---|---|
| 9/23 | DEPOSIT RECEIVED | $500,000.00 | Total | | $500,000.00 | | | |

#### Daily Additions and Subtractions  Cash @ $1 per share (the following is provided to you in accordance with industry regulations)

| Date | Amount | Balance | Date | Amount | Balance | Date | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 9/12 | $367,157.09 | $503,922.37 | 9/25 | 387,320.89 | 968,465.50 | 9/30 | 1,542.12 | 1,250,140.95 |
| 9/17 | -422,777.76 | 81,144.61 | 9/26 | 278,545.81 | 1,247,011.31 | | | |
| 9/23 | 500,000.00 | 581,144.61 | 9/29 | 1,587.52 | 1,248,598.83 | | | |

SEC-NFS-E-0003252



FIDELITY PRIVATE
CLIENT GROUP SM

Envelope 900757546

SHALINI AGGARWAL AHMED

**Investment Report**

November 1, 2014 - November 30, 2014

| | |
|---|---|
| Online | Fidelity.com |
| FAST(sm) Automated Telephone | 800-544-5555 |
| Private Client Group | 800-544-5704 |
| Customer Service | 800-544-6666 |
| Stock Plan Services | 800-544-9354 |
| Sun 5pm - Sat 12am ET | |

## Your Portfolio Summary

### Changes in Portfolio Value

| | |
|---|---:|
| Beginning value as of Nov 1 | $1,199,155.06 |
| Additions | 2,700,000.00 |
| Transaction costs, loads and fees | -31.80 |
| Change in investment value | 13,590.64 |
| **Ending value as of Nov 30** | **$3,912,713.80** |
| | |
| Total trades for portfolio period Dec 2013 - Nov 2014 | 26 |

### Value by Account

| | Account Number | Net Value November 1, 2014 | Net Value November 30, 2014 |
|---|---|---:|---:|
| **General Investment** | | | |
| Fidelity Account℠ - Individual | 7540 | $952,518.10 | $3,659,433.53 |
| **Personal Retirement** | | | |
| Fidelity Rollover IRA | 5760 | 159,506.55 | 163,823.04 |
| Fidelity Roth IRA | 5070 | 87,130.41 | 89,457.23 |
| **Total Portfolio Value** | | **$1,199,155.06** | **$3,912,713.80** |

### Income Summary

| | This period | Year to Date |
|---|---:|---:|
| Taxable | $15.18 | $28,343.01 |
| Tax-deferred | 0.01 | 1,151.86 |
| Tax-free | 0.02 | 6.81 |
| **Total** | **$15.21** | **$29,501.68** |

**Fidelity Investments**

Investment Report

November 1, 2014 - November 30, 2014

FIDELITY PRIVATE
CLIENT GROUP℠

## Fidelity Account℠ ▓▓▓▓7540  SHALINI A AHMED - INDIVIDUAL

### Deposits (2)

| Date | Description | Amount | Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|---|---|---|
| 11/6 | DEPOSIT RECEIVED | $1,200,000.00 | 11/18 | DEPOSIT RECEIVED | 1,500,000.00 | Total | | $2,700,000.00 |

**Daily Additions and Subtractions**  Cash @ $1 per share (the following is provided to you in accordance with industry regulations)

| Date | Amount | Balance | Date | Amount | Balance | Date | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 11/05 | -$445,019.40 | $401,306.99 | 11/12 | -244,198.00 | 1,357,108.39 | 11/25 | -250,000.00 | 2,607,108.39 |
| 11/06 | 1,200,000.00 | 1,601,366.99 | 11/18 | 1,500,000.00 | 2,857,108.39 | 11/28 | -284,992.77 | 2,322,175.62 |

## Fidelity Rollover IRA ▓▓▓▓5760  SHALINI A AHMED - ROLLOVER IRA - FIDELITY MANAGEMENT TRUST CO - CUSTODIAN

### Account Summary

| | |
|---|---|
| Beginning value as of Nov 1 | $159,506.55 |
| Change in investment value | 4,316.49 |
| **Ending value as of Nov 30** | **$163,823.04** |
| Accrued Interest (AI) | $0.00 |
| Change in AI from last statement | $0.00 |
| Account trades from Dec 2013 - Nov 2014 | 1 |

### Income Summary

| | This Period | Year to Date |
|---|---|---|
| Tax-deferred | $0.01 | $1,151.86 |

### Holdings (Symbol) as of November 30, 2014

| | Performance November 30, 2014 | Quantity November 30, 2014 | Price per Unit November 30, 2014 | Cost | Total Value November 1, 2014 | Total Value November 30, 2014 |
|---|---|---|---|---|---|---|
| **Stocks 47% of holdings** | | | | | | |
| SPDR S&P 500 ETF TRUST UNIT SER 1 S&P (SPY) | | 370.000 | $207.200 | $71,758.31 | $74,614.20 | $76,664.00 |

SEC-NFS-E-0003279

# Fidelity Investments

FIDELITY PRIVATE
CLIENT GROUP (SM)

Envelope 900605970

SHALINI AGGARWAL AHMED

## Investment Report

December 1, 2014 - December 31, 2014

| | |
|---|---:|
| Online | Fidelity.com |
| FAST(sm)-Automated Telephone | 800-544-5555 |
| Private Client Group | 800-544-5704 |
| Customer Service | 800-544-6666 |
| Stock Plan Services | 800-544-9354 |
| Sun 5pm - Sat 12am ET | |

## Your Portfolio Summary

### Changes in Portfolio Value

| | |
|---|---:|
| Beginning value as of Dec 1 | $3,912,713.80 |
| Additions | 755,500.00 |
| Transaction costs, loads and fees | -23.85 |
| Change in investment value | -51,850.09 |
| **Ending value as of Dec 31** | **$4,616,339.86** |
| | |
| Total trades for portfolio period | 29 |
| Jan 2014 - Dec 2014 | |

### Value by Account

| | Account Number | Net Value December 1, 2014 | Net Value December 31, 2014 |
|---|---|---:|---:|
| **General Investment** | | | |
| Fidelity Account(sm) - Individual | 7540 | $3,659,433.53 | $4,359,096.27 |
| **Personal Retirement** | | | |
| Fidelity Rollover IRA | 5760 | 163,823.04 | 162,983.53 |
| Fidelity Roth IRA | 5070 | 89,457.23 | 94,260.06 |
| **Total Portfolio Value** | | **$3,912,713.80** | **$4,616,339.86** |

### Income Summary

| | This period | Year to Date |
|---|---:|---:|
| Taxable | $8,449.25 | $36,792.26 |
| Tax-deferred | 647.13 | 1,798.99 |
| Tax-free | 0.03 | 6.84 |
| **Total** | **$9,096.41** | **$38,598.09** |

**Fidelity Investments**

Investment Report
December 1, 2014 - December 31, 2014

FIDELITY PRIVATE
CLIENT GROUP℠

---

## Fidelity Account℠  ###7540    SHALINI A AHMED - INDIVIDUAL
### Transaction Details
### Investment Activity

| Settlement Date | Security | Description | Quantity | Price per Unit | Transaction Amount |
|---|---|---|---|---|---|
| 12/12 | FIDELITY NASDAQ COMPOSITE INDEX | Reinvestment | 62.095 | 61.26000 | -3,803.93 |
| 12/30 | GOLDMAN SACHS GROUP INC | Dividend received | | | 115.20 |
| 12/30 | SELECT SECTOR SPDR TR HEALTH CARE FORMERLY CONSUMER SVCS TO 06/24/2002 | Dividend received | | | 1,298.65 |
| 12/30 | SECTOR SPDR TR SHS BEN INT TECHNOLOGY | Dividend received | | | 3,030.86 |
| 12/31 | FIDELITY NASDAQ COMPOSITE INDEX | Dividend received | | | 133.66 |
| 12/31 | FIDELITY NASDAQ COMPOSITE INDEX | Short-term cap gain | | | 46.27 |
| 12/31 | FIDELITY NASDAQ COMPOSITE INDEX | Reinvestment | 2.886 | 62.33000 | -179.93 |
| 12/31 | CASH | Interest earned | | | 20.68 |

### Cash Management Activity

**Deposits (1)**

| Date | Description | Amount | Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|---|---|---|
| 12/16 | DEPOSIT RECEIVED | $750,000.00 | | Total | $750,000.00 | | | |

**Daily Additions and Subtractions**  Cash @ $1 per share (the following is provided to you in accordance with industry regulations)

| Date | Amount | Balance | Date | Amount | Balance | Date | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 12/05 | -$223,878.99 | $2,098,298.63 | 12/16 | 750,000.00 | 2,744,770.88 | 12/31 | 20.68 | 2,749,236.27 |
| 12/08 | -103,527.75 | 1,994,770.88 | 12/30 | 4,444.71 | 2,749,215.59 | | | |



**FIDELITY PRIVATE
CLIENT GROUP**℠

Envelope 900740053

SHALINI AGGARWAL AHMED

Investment Report

January 1, 2015 - January 31, 2015

| | |
|---|---|
| Online | Fidelity.com |
| FAST(sm)-Automated Telephone | 800-544-5555 |
| Private Client Group | 800-544-5704 |
| Customer Service | 800-544-6666 |
| Stock Plan Services | 800-544-9354 |
| Sun 5pm - Sat 12am ET | |

## Your Portfolio Summary

### Changes in Portfolio Value

| | |
|---|---:|
| Beginning value as of Jan 1 | $4,616,339.86 |
| Additions | 18,000,000.00 |
| Transaction costs, loads and fees | -23.85 |
| Change in investment value | -76,166.83 |
| **Ending value as of Jan 31** | **$22,540,149.18** |
| | |
| Total trades for portfolio period Feb 2014 - Jan 2015 | 32 |

### Value by Account

| | Account Number | Net Value January 1, 2015 | Net Value January 31, 2015 |
|---|---|---:|---:|
| **General Investment** | | | |
| Fidelity Account℠ - Individual | 7540 | $4,359,096.27 | $22,289,411.40 |
| **Personal Retirement** | | | |
| Fidelity Rollover IRA | 6760 | 162,983.53 | 158,558.78 |
| Fidelity Roth IRA | 5070 | 94,260.06 | 92,179.00 |
| **Total Portfolio Value** | | **$4,616,339.86** | **$22,540,149.18** |

### Income Summary

| | This period | Year to Date |
|---|---:|---:|
| Taxable | $111.37 | $111.37 |
| Tax-deferred | 419.93 | 419.93 |
| Tax-free | 476.74 | 476.74 |
| **Total** | **$1,008.04** | **$1,008.04** |

**Fidelity Investments**

Investment Report

January 1, 2015 - January 31, 2015

FIDELITY PRIVATE
CLIENT GROUP℠

## Fidelity Account℠  ███7540    SHALINI A AHMED - INDIVIDUAL

### Deposits (1)

| Date | Description | Amount | Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|---|---|---|
| 1/12 | DEPOSIT RECEIVED | $18,000,000.00 | | Total | $18,000,000.00 | | | |

**Daily Additions and Subtractions**  *Cash @ $1 per share (the following is provided to you in accordance with industry regulations)*

| Date | Amount | Balance | Date | Amount | Balance | Date | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 1/12 | $18,000,000.00 | $20,749,236.27 | 1/14 | -329,987.95 | 19,576,870.87 | | | |
| 1/13 | -842,377.45 | 19,906,858.82 | 1/30 | 111.37 | 19,576,982.24 | | | |

## Fidelity Rollover IRA  ███5760    SHALINI A AHMED - ROLLOVER IRA - FIDELITY MANAGEMENT TRUST CO - CUSTODIAN

### Account Summary

| | |
|---|---|
| Beginning value as of Jan 1 | $162,983.53 |
| Change in investment value | -4,424.75 |
| **Ending value as of Jan 31** | **$158,558.78** |
| Accrued Interest (AI) | $0.00 |
| Change in AI from last statement | $0.00 |
| Account trades from Feb 2014 - Jan 2015 | 1 |

### Income Summary

| | This Period | Year to Date |
|---|---|---|
| **Tax-deferred** | **$419.93** | **$419.93** |

### Holdings  (Symbol as of January 31, 2015)

| | Performance January 31, 2015 | Quantity January 31, 2015 | Price per Unit January 31, 2015 | Cost | Total Value January 1, 2015 | Total Value January 31, 2015 |
|---|---|---|---|---|---|---|
| **Stocks 47% of holdings** | | | | | | |
| SPDR S&P 500 ETF TRUST UNIT SER 1 S&P (SPY) | | 370.000 | $199.450 | $71,758.31 | $76,049.80 | $73,796.50 |