UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------- X
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

        *Plaintiff,*

  v.

IFTIKAR AHMED,

        *Defendant, and*

IFTIKAR ALI AHMED SOLE PROP,
I-CUBED DOMAINS, LLC; SHALINI AHMED;
SHALINI AHMED 2014 GRANTOR RETAINED
ANNUITY TRUST; DIYA HOLDINGS LLC;
DIYA REAL HOLDINGS, LLC; I.I. 1, a minor
child, by and through his next friends IFTIKA and
SHALINI AHMED, his parents; I.I. 2, a minor child,
by and through his next friends IFTIKAR and
SHALINI AHMED, his parents; and I.I. 3, a minor
child, by and through his next friends IFTIKAR and
SHALINI AHMED, his parents,

        *Relief Defendants.*
---------------------------------------------------------------- X

Civil Action No.
3:15-CV-675 (JBA)

**DECLARATION OF
ALEXANDER SAKIN**

    I, Alexander Sakin, Esq., in support of the appearing Relief Defendants Shalini Ahmed, her three minor children, I-Cubed Domains, LLC ("I-Cubed"); Shalini Ahmed 2014 Grantor Retained Annuity Trust ("Shalini Ahmed 2014 GRAT"); DIYA Holdings LLC ("DIYA"); and DIYA Real Holdings LLC's ("DIYA Real") (collectively, "Relief Defendants") application for limited relief from asset freeze sought by Plaintiff U.S. Securities and Exchange Commission ("SEC") through a preliminary injunction hereby declare under penalties of perjury that the following is true and correct:

    1.    I am attorney for the Relief Defendants in this action.

2. Attached to this declaration are true and accurate copies of the following:

(i) Nick Baker, *Judge Lets Rigas Family Get $15 Million to Cover Legal Fees*, Wall Street Journal, Aug. 1, 2003 (Exhibit 1);

(ii) Email chain dated June 8, 2013, Bates-numbered OAK-RD-00005546-47 (Exhibit 2);

(iii) Email chain dated June 15, 2013, Bates-numbered OAK-RD-00001505-06, (Exhibit 3);

(iv) Email chain dated June 15, 2013, Bates-numbered OAK-RD-00021116-17 (Exhibit 4);

(v) Deposition excerpts (Exhibit 5);

(vi) Excerpts of Limited Partnership Agreement, Bates-numbered OAK-SEC-00000321, 00000324, 00000342-43 (Exhibit 6);

(vii) Email dated November 25, 2014, Bates-numbered OAK-RD-00019098-99 (Exhibit 7);

(viii) Capital Account Statements, Bates-numbered OAK-RD-00017498-17504 (Exhibit 8);

(ix) Email exchange between R. Skibell and G. Stein (Exhibit 9).

_____
Alexander Sakin

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2015, I served a copy of the foregoing Declaration of Alexander Sakin with exhibits upon the following counsel via the ECF filing system:

United States Securities and Exchange Commission

Attn: Nicholas P. Heinke
       Mark L. Williams
1961 Stout St., Suite 1700
Denver, CO 80294
E-mail: HeinkeN@sec.gov
        WilliamsML@sec.gov

John B. Hughes, Assistant United States Attorney
Chief, Civil Division, United States Attorney's Office
Connecticut Financial Center
157 Church St., 25th Floor
New Haven, CT 06510
E-mail: John.Hughes@usdoj.gov

Paul E. Knag
Kristen L. Zaehringer
Murtha Cullina, LLP
177 Broad Street, 4th Floor
Stamford, CT 06901
203-653-5406
Fax: 860-240-5758
Email: pknag@murthalaw.com
       kzaehringer@murthalaw.com


Jonathan Harris
Priya Chaudhry
L. Reid Skibell
David Deitch
Alexander Sakin
Harris, O'Brien, St. Laurent & Chaudhry LLP
111 Broadway, Suite 1502
New York, NY 10006
Tel.: 212-397-3370
Email: jon@harrisobrien.com

/s/ Alexander Sakin
Alexander Sakin (phv05683)
Harris, O'Brien, St. Laurent &
Chaudhry LLP
111 Broadway, Suite 1502
New York, NY 10006
Phone: (917) 509-7573
Fax: (212) 202-6206
asakin@harrisobrien.com