Civil- (Dec-2008)

**HONORABLE:** Janet Bond Arterton

**DEPUTY CLERK** P. Villano   **RPTR/ECRO/TAPE** Julia Cashman

**TOTAL TIME:** 4 hours 35 minutes

**DATE:** 7/23/2015   **START TIME:** 10:05 a.m.   **END TIME:** 2:40 p.m.

**LUNCH RECESS** FROM: _____ TO: _____

**RECESS** (if more than ½ hr) FROM: _____ TO: _____

**CIVIL NO.** 3:15cv675 (JBA)

SEC                           Nicholas P. Heinke/Mark L. Williams
                              Plaintiff's Counsel

vs

Ahmed, et al                  Deitch/Harris/Knag/Sakin/Skilbell
                              Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing           ☐ Show Cause Hearing
☐ Evidentiary Hearing      ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☑ ...# 2  Motion for Preliminary Injunction                    ☐ granted ☐ denied ☑ advisement
☑ ...# 29 Motion Amended Motion for Preliminary Injunction     ☐ granted ☐ denied ☑ advisement
☑ ...# 64 Motion for Default Entry                             ☐ granted ☐ denied ☑ advisement
☑ ...# 65 Motion to Seal Certain Exhibits                      ☐ granted ☐ denied ☑ advisement
☑ ...# 67 Motion to Seal Certain Exhibits                      ☐ granted ☐ denied ☑ advisement
☐ ...#    Motion                                               ☐ granted ☐ denied ☐ advisement
☐ ...#    Motion                                               ☐ granted ☐ denied ☐ advisement
☐ ...     Oral Motion                                          ☐ granted ☐ denied ☐ advisement
☐ ...     Oral Motion                                          ☐ granted ☐ denied ☐ advisement
☐ ...     Oral Motion                                          ☐ granted ☐ denied ☐ advisement
☐ ...     Oral Motion                                          ☐ granted ☐ denied ☐ advisement
☐ ...     ☐ Briefs(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ ...     _____                                                ☐ filed ☐ docketed
☐ ...     _____                                                ☐ filed ☐ docketed
☐ ...     _____                                                ☐ filed ☐ docketed
☐ ...     _____                                                ☐ filed ☐ docketed
☐ ...     _____                                                ☐ filed ☐ docketed
☐ ...     _____                                                ☐ filed ☐ docketed
☑ ...     Preliminary Injunction Hearing continued until 7/30/2015 at 9:00 a.m.