UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, *Plaintiff,* v. IFTIKAR AHMED, *et al.*, *Defendants.* | Civil No. 3:15cv675 (JBA) August 12, 2015 |

**SCHEDULING ORDER**

1. Plaintiff's Motion [Doc. # 64] for default entry pursuant to Fed. R. Civ. P. 55(a) is DENIED as MOOT in light of the Notice of Appearance filed [Doc. # 92] by counsel for Defendant Iftikar Ahmed. Defendant's Motion [Doc. # 95] for an extension of time to respond to the complaint and other relief is GRANTED in PART as to the extension of time, DENIED as MOOT in as much as it seeks to set aside the entry of default in that default has not entered, and taken UNDER ADVISEMENT as to the request to unfreeze assets. Defendant shall file an answer or otherwise respond to the Amended Complaint within 45 days of the entry of this Order. The SEC shall file its response to Defendant's Motion seeking to modify the Asset Freeze Order [Doc. # 24], continued by the Ruling and Order Granting Preliminary Injunction [Doc. # 113], within the time allotted by Local Rule 7(a).

2. The SEC may file a reply brief in support of its Motion [Doc. # 85] for Ruling on Attorney Client Privilege and in response to Relief Defendants' Opposition [Doc. # 90] within the time allotted by Local Rule 7(a),

addressing the limited issues of how and why the Court should consider Relief Defendants' claims of privilege where Relief Defendants have not submitted a privilege log or submitted the disputed documents to the Court for *in camera* review.

IT IS SO ORDERED.

    /s/
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 12th day of August, 2015.