UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | )<br>)<br>) |
| Plaintiff, | ) Civil Action No. 3:15-cv-675 (JBA) |
| v. | ) |
| IFTIKAR AHMED, | ) |
| Defendant, and | ) |
| IFTIKAR ALI AHMED SOLE PROP; I-CUBED DOMAINS, LLC; SHALINI AHMED; SHALINI AHMED 2014 GRANTOR RETAINED ANNUITY TRUST; DIYA HOLDINGS LLC; DIYA REAL HOLDINGS, LLC; I.I. 1, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; I.I. 2, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; and I.I. 3, a minor child, by and through his next friends FTIKAR and SHALINI AHMED, his parents, | ) |
| Relief Defendants. | ) |

## JOINT MOTION FOR EXTENSION OF TIME

Plaintiff United States Securities and Exchange Commission, Defendant Iftikar Ali Ahmed, and Relief Defendants I-Cubed Domains, LLC, Shalini Ahmed, Shalini Ahmed 2014 Grantor Retained Annuity Trust, Diya Holdings, LLC, Diya Real Holdings, LLC, I.I. 1, I.I. 2 and I.I. 3 (collectively, the "Parties"), through their undersigned counsel, hereby jointly move the Court, pursuant to Fed. R. Civ. Pro. 6(b)(1), for an enlargement of time for the Defendant and the

Relief Defendants to respond to the Plaintiff's Amended Complaint and for the Parties to jointly file a Form 26(f) report pending the Court's resolution of the Defendant's Motion for Application to Unfreeze Assets for Legal Fees (hereinafter the "Fee Motion").

On August 5, 2015, the Defendant filed the Fee Motion. [Docket No. 95]. On August 26, 2015, the Commission filed its response to the Fee Motion. [Docket No. 123]. On September 9, 2015, the Defendant filed a reply brief in further support of his Fee Motion. [Docket No. 137]. On August 28, 2015, the Defendant filed a request for a pre-filing conference concerning the Defendant's filing of a motion to dismiss the Commission's Amended Complaint [Docket No. 126]. On September 16, 2015, the Court held the pre-filing conference. At the pre-filing conference, the Parties informed the Court that they would seek additional time for the Defendant and Relief Defendants to answer or otherwise respond to the Amended Complaint and for the Parties to jointly file a Form 26(f) report.

Good cause exists because counsel cannot reasonably meet the time limitations currently set forth while the Fee Motion is still pending. Counsel for each party has consented to this motion. This is the second motion for extension of time to answer or otherwise respond to the Amended Complaint filed by the Defendant.

WHEREFORE, the Parties respectfully request that the Court enlarge the time for the Defendant and Relief Defendants to respond to the Amended Complaint to within thirty (30) days after the Court's resolution of the Fee Motion. Further, the Parties request that the Court enlarge the time to jointly file a Form 26(f) report to within fifteen (15) days after the Court's resolution of the Fee Motion.

Respectfully submitted,

_____
Dylan P. Kletter (ct28197)
Brown Rudnick LLP
185 Asylum Street, 38th Floor
Hartford, Connecticut 06103
Tel: (860) 509-6500
Fax: (860) 509-6501
Email: dkletter@brownrudnick.com

-and-

Alex Lipman (admitted *pro hac vice*)
Ashley L. Baynham (admitted *pro hac vice*)
Seven Times Square
New York, New York 10036
Tel: (212) 209-4800
Fax: (212) 938-2852
Email: alipman@brownrudnick.com
Email: abaynham@brownrudnick.com
*Attorneys for Defendant Iftikar Ali Ahmed*

_____
Jonathan Harris (phv07583)
Reid Skibell (phv07572)
David B. Deitch (ct07260)
HARRIS, O'BRIEN, ST. LAURENT
& CHAUDHRY LLP
111 Broadway, Suite 1502
New York, New York 10006
Tel. (212) 397-3370

-and-

MURTHA CULLINA, LLP
177 Broad Street, 16th Floor
Stamford, CT 06901
Tel: (203) 653-5400
*Attorneys for Relief Defendants
I-Cubed Domain, LLC, Shalini Ahmed,
Shalini Ahmed 2014 Grantor Retained
Annuity Trust, Diya Holdings, LLC, Diya
Real Holdings, LLC, I.I. 1, I.I. 2 and I.I. 3*

_____
Nicholas P. Heinke
Mark L. Williams
U.S. Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, CO 80294-1961
Tel. (303) 844-1071 (Heinke)
Tel. (303) 844-1027 (Williams)
Email: HeinkeN@sec.gov
Email: WilliamsML@sec.gov
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2015, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to any parties unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                         /s/ Dylan P. Kletter
                                                                         Dylan P. Kletter