UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES<br>AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>IFTIKAR AHMED,<br><br>                Defendant, and<br><br>IFTIKAR ALI AHMED SOLE PROP;<br>I-CUBED DOMAINS, LLC; SHALINI AHMED;<br>SHALINI AHMED 2014 GRANTOR RETAINED<br>ANNUNITY TRUST; DIYA HOLDINGS LLC;<br>DIYA REAL HOLDINGS, LLC; I.I. 1, a minor<br>child, by and through his next friends IFTIKAR<br>and SHALINI AHMED, his parents; I.I. 2, a minor<br>child, by and through his next friends IFTIKAR<br>and SHALINI AHMED, his parents; and I.I. 3, a<br>minor child, by and through his next friends<br>IFTIKAR and SHALINI AHMED, his parents,<br><br>                Relief Defendants. | Civil Action No. 3:15cv675 (JBA) |

**ORDER TO MODIFY PRELIMINARY INJUNCTION ASSET FREEZE**

On October 1, 2015, Plaintiff United States Securities and Exchange Commission (the "Commission") filed an unopposed motion to modify the Ruling and Order Granting Preliminary Injunction [Doc. #113].

Upon consideration of the Commission's motion, and for good cause shown, the Court **GRANTS** the motion. Now, therefore:

**IT IS HEREBY ORDERED** that the Ruling and Order Granting Preliminary Injunction [Doc. #113] is modified to permit the Agent of the 530 Park Avenue Condominium to 1) deposit the September rent check from the tenants of Unit 12A, in the amount of $31,000; and 2) apply those funds toward outstanding common charges and sub-metering charges for both Unit 12A and 12F.

**IT IS SO ORDERED** this 19th day of October, 2015, at 9:00 a.m.

_____
Janet Bond Arterton, U.S.D.J.