UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------------- X
UNITED STATES SECURITIES AND EXCHANGE :
COMMISSION, :
 :
        Plaintiff, :
 :
  v. :
 :
IFTIKAR AHMED, :
 :
        Defendant, and :
 :
IFTIKAR ALI AHMED SOLE PROP, : Civil Action No.
I-CUBED DOMAINS, LLC; SHALINI AHMED; : 3:15-CV-675 (JBA)
SHALINI AHMED 2014 GRANTOR RETAINED :
ANNUITY TRUST; DIYA HOLDINGS LLC; :
DIYA REAL HOLDINGS, LLC; I.I. 1, a minor :
child, by and through his next friends IFTIKAR :
and SHALINI AHMED, his parents; I.I. 2, a minor :
child, by and through his next friends IFTIKAR :
and SHALINI AHMED, his parents; and I.I. 3, a :
minor child, by and through his next friends :
IFTIKAR and SHALINI AHMED, his parents, :
 :
        Relief Defendants. :
---------------------------------------------------------------------- X

**UNOPPOSED MOTION TO MODIFY THE ASSET FREEZE ORDER**

Relief Defendants Shalini Ahmed, her three minor children, Shalini Ahmed 2014 Grantor Retained Annuity Trust, DIYA Holdings LLC, DIYA Real Holdings LLC, I.1, I.2 and I.3 (together, the "Relief Defendants"), through their undersigned counsel, respectfully move this Court to modify its order of August 12, 2015, freezing the Relief Defendants' assets, to allow for the payment of Ms. Ahmed's legal counsel in *U.S. v. Ahmed et al.*, 1:15-mj-02161 (D. Mass.). The motion supplements the Relief Defendants' currently pending motion for a limited modification of the asset freeze [Dkt. #148]. The SEC and Defendant Iftikar Ahmed, through his

1

legal counsel, do not object to this motion.

On August 3, 2015, Ms. Ahmed was charged with conspiracy to commit money laundering by virtue of the filing of a criminal complaint in the District of Massachusetts. Under the Sixth Amendment, Ms. Ahmed has the right to counsel of her choice. *See US v. Stein*, 541 F.3d 130, 141 (2d Cir. 2008); *SEC v. Thibeault*, 80 F. Supp.3d 288, 294 (D. Mass. 2015) (unfreezing funds for use in a parallel criminal action and holding that "the Sixth Amendment right to counsel protects an individual's right to a lawyer of her choice"); *US v. Inman*, 483 F.2d 738, 739-40 (4th Cir. 1973) (per curiam) ("The Sixth Amendment right to counsel includes not only an indigent's right to have the government appoint an attorney to represent him, but also the right of any accused, if he can provide counsel for himself by his own resources.").

Ms. Ahmed has retained Harris, O'Brien, St. Laurent & Chaudhry LLP ("Harris O'Brien") and Butters Brazilian LLP ("Butters Brazilian") to be her lawyers in the criminal case, but she has only been able to pay a small portion of their respective retainers. Ms. Ahmed owes $182,443.31 to Harris O'Brien and she owes $20,000 to Butters Brazilian. She requests the unfreezing of $202,443.31 so that she can pay their retainers. The SEC consents to this request that the Court unfreeze funds so that she can pay legal counsel of her choice.

Her legal counsel estimates that these monies should be sufficient to cover Ms. Ahmed's legal expenses in that matter over the next six months. This estimate is based on the fact that the criminal complaint has been filed but Ms. Ahmed has not yet been indicted, and the understanding that legal counsel for Mr. Ahmed will take the lead in the matter. Should the circumstances of that case change, the unfreezing of additional funds may become necessary. If that takes place, the Relief Defendants will work with the SEC to address the situation.

As of October 31, 2015, Ms. Ahmed has incurred $48,236.75 in unpaid legal fees to the

Harris O'Brien firm related to her representation in the criminal matter, and she has incurred $6,065 in unpaid legal fees to the Butters Brazilian firm. These amounts will be taken out of the retainers, once they have been paid. Separately, if the Court requests, Ms. Ahmed will provide the Court with copies of her lawyers' current invoices for *in camera* review, as well as provide the Court with copies of their invoices every two months for review. In the event the Court requests the modification of any billed charges or expenses, those will be refunded to the retainers. At the conclusion of the criminal matter, Harris O'Brien and Butters Brazilian will return any remaining funds to Ms. Ahmed. If the asset freeze is still in effect, legal counsel will also notify the SEC that these funds have been returned.

In the event that SEC obtains a judgment in this case against Defendant Iftikar Ahmed greater than the amount of frozen assets, and if the Court nevertheless directs that some amount of assets should be provided to Ms. Ahmed, the SEC reserves the right to argue that any funds unfrozen pursuant to this consent motion should be offset against such an award. Ms. Ahmed opposes any such offset, and reserves the right to argue against any such offset.

WHEREFORE, Relief Defendants respectfully request that the Court modify its order of August 12, 2015, and unfreeze $202,443.31 for the payment of the legal fees in *U.S. v. Ahmed et al.*, 1:15-mj-02161 (D. Mass.), over the next six months. As noted, the SEC and the Defendant do not object to this motion.

Dated: New York, New York
November 23, 2015

                                         Respectfully submitted,

                                             */s/ L. Reid Skibell*
                                       Jonathan Harris (phv07583)
                                       L. Reid Skibell (phv07572)
                                       David B. Deitch (phv07260)
                                       HARRIS, O'BRIEN, ST. LAURENT
                                       & CHAUDHRY LLP
                                       40 Wall Street, 53rd Floor
                                       New York, New York 10005
                                       Tel. 212.397.3370

                                       Paul E. Knag
                                       MURTHA CULLINA LLP
                                       177 Broad Street, 16th Floor
                                       Stamford, CT 06901
                                       Tel. 203.653.5400

                                       *Attorneys for Relief Defendants*
*I-Cubed Domain, LLC, Shalini Ahmed,*
*Shalini Ahmed 2014 Grantor Retained*
*Annuity Trust, Diya Holdings, LLC, Diya*
*Real Holdings, LLC, I.I. 1, I.I. 2 and I.I. 3*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 23, 2015, I caused a copy of the foregoing memorandum to be served by email upon:

Nicholas P. Heinke
Mark L. Williams
U.S. Securities and Exchange Commission
1961 Stout St., Suite 1700
Denver, CO 80294
HeinkeN@sec.gov
WilliamsML@sec.gov

                                                               */s/ L. Reid Skibell*
                                                                 L. Reid Skibell