UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------------ X
UNITED STATES SECURITIES AND EXCHANGE       :
COMMISSION,                                  :
                                             :
                     Plaintiff,              :
                                             :
        v.                                   :
                                             :
IFTIKAR AHMED,                               :
                                             :
                     Defendant, and          :
                                             :       Civil Action No.
                                             :       3:15-CV-675 (JBA)
IFTIKAR ALI AHMED SOLE PROP,                 :
I-CUBED DOMAINS, LLC; SHALINI AHMED;         :       [PROPOSED] ORDER ON
SHALINI AHMED 2014 GRANTOR RETAINED          :       CONSENT
ANNUITY TRUST; DIYA HOLDINGS LLC;            :
DIYA REAL HOLDINGS, LLC; I.I. 1, a minor     :
child, by and through his next friends IFTIKAR :
and SHALINI AHMED, his parents; I.I. 2, a minor :
child, by and through his next friends IFTIKAR :
and SHALINI AHMED, his parents; and I.I. 3, a :
minor child, by and through his next friends :
IFTIKAR and SHALINI AHMED, his parents,      :
                                             :
                     Relief Defendants.      :
------------------------------------------------------------------ X

        **WHEREAS** on August 12, 2015, the Court entered a preliminary injunction freezing

assets of Defendant Iftikar Ahmed and various Relief Defendants (Doc. No. 113);

        **WHEREAS** Relief Defendants Shalini Ahmed, her three minor children, Shalini

Ahmed 2014 Grantor Retained Annuity Trust, DIYA Holdings LLC, DIYA Real Holdings

LLC, I.1, I.2 and I.3 (together, the "Relief Defendants"), have moved this Court to modify

its order of August 12, freezing the Relief Defendants' assets to allow for the payment of

Ms. Ahmed's legal counsel in the pending criminal matter *U.S. v. Ahmed et al.*, 1:15-mj-

02161 (D. Mass.);

**WHEREAS** Relief Defendant Shalini Ahmed has retained Harris, O'Brien, St. Laurent & Chaudhry LLP ("Harris O'Brien") and Butters Brazilian LLP ("Butters Brazilian") to be her lawyers in *U.S. v. Ahmed et al.*, 1:15-mj-02161 (D. Mass.), but has only been able to pay a small portion of their respective retainers;

**WHEREAS** Ms. Ahmed owes $182,443.31 to Harris O'Brien and $20,000 to Butters Brazilian; and

**WHEREAS** Plaintiff United Sates Securities Exchance Commission (the "Commission" and Defendant Iftikar Ahmed, through his counsel, have conseted to this motion;

Upon consent, **IT IS HEREBY ORDERED** that the Court's asset freeze order dated August 12, 2015, is modified as follows:

1. Funds in the amount of $202,443.31, held in the Custodian Trust Account of Relief Defendant Shalini Ahmed ending 8965 at Fidelity, are released from the Court's asset freeze order for the payment of legal fees in *U.S. v. Ahmed et al.*, 1:15-mj-02161 (D. Mass.).

2. The Commission is directed to use all practical and reasonable efforts to ensure that all relief specified herein is effectuated promptly.


IT IS SO ORDRED this ___ day of November, 2015


_____
Janet Bond Arterton, U.S.D.J.