UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br>*Plaintiff*,<br><br>v.<br><br>IFTIKAR AHMED, et al,<br>*Defendants*. | Civil No. 3:15cv00675 (JBA) |

## ENDORSEMENT ORDER

For the reasons set forth on the record of the telephonic conference held December 29, 2015, the United States Securities and Exchange Commission's (the "Commission") Emergency Motion to Compel Discovery [Doc. # 169] is granted in part, conditioned on the requirement that no documents or information provided by Relief Defendant Shalini Ahmed in connection with her forthcoming deposition on December 30, 2015 may be disclosed to anyone other than persons involved in this civil case or used for any purpose other than this case until further order of the Court.

Plaintiff's motion is denied as to its request to reschedule the deposition and for court availability during the December 30th deposition.

IT IS SO ORDERED.

/s/
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 29th day of December, 2015