# EXHIBIT 1

# CLASSIC REALTY LLC

390 PARK AVENUE, 6TH FLOOR, NEW YORK, NY 10022

| DATE | 01/01/2016 |
|---|---|
| AMOUNT DUE | 14,529.06 |
| ACCT NO. | T0000989 |

986-375-4488

**MAKE CHECK PAYABLE TO:** CLASSIC REALTY LLC, AS AGENT

KEEP THIS STUB FOR YOUR RECORDS

| ACCT NO. | BILLING DATE |
|---|---|
| T0000989 | December 21, 2015 |

| ITEM | AMOUNT |
|---|---|
| COMMON CHG INCOME | 10,487.79 |
| ELECTRIC | 997.60 |
| COMMON CHG INCOME (0 | 3,043.67 |

**PLEASE RETURN PAYMENT TO:**
530 PARK AVENUE CONDOMINIUM
C/O CLASSIC REALTY LLC
390 PARK AVE - 6TH FL
NEW YORK, NY 10022

**NAME**
DIYA HOLDINGS LLC
C/O SHALINI A. AHMED
505 NORTH STREET
GREENWICH, CT 06830

9863701224841616161625242520000014529060101201600000006

| DATE DUE | AMOUNT DUE |
|---|---|
| 01/01/2016 | $14,529.06 |

---

530 Park Ave
New York, NY 10021

**MAKE PAYMENT TO** → This is not a bill. Charges will be billed in your rent statement.

**PLEASE PAY BY:**

**ELECTRIC BILL FOR UNIT:** 12A
**Billing Period:** 11/04/2015 – 12/08/2015

| METER NO. | PREVIOUS READING | CURRENT READING | USAGE - KWH | *** | AMOUNT - $ | RATE - $ |
|---|---|---|---|---|---|---|
| 81026858 | 34756.7 | 35657.2 | 900.5 | A | $156.16 | EL-1 RATES |

**USAGE - KWH**
KWH: 900.5

**METER MULTIPLIER: x 1.0**
Diya Holdings LLC
530 Park Ave UNIT# 12A
New York, NY 10021

| | |
|---|---|
| CUSTOMER CHARGE: | $17.86 |
| KWH COST: | $156.16 |
| FUEL ADJUSTMENT: | $16.91 |
| UTILITY TAX: | $7.97 |
| SALES TAX: | $8.95 |
| TOTAL AMOUNT DUE: | $207.85 |

**AMOUNT DUE - $**
$207.85
**TENANT**
12A
QB724

QLC QUAD LOGIC

\*\*\* E=ESTIMATED READ, A=ACTUAL READ
RETAIN THIS PORTION FOR YOUR RECORDS              RETURN THIS STUB WITH PAYMENT