# EXHIBIT 2

# CLASSIC REALTY LLC

390 PARK AVENUE, 6TH FLOOR, NEW YORK, NY 10022

| DATE | 01/01/2016 |
|---|---|
| AMOUNT DUE | 11,379.19 |
| ACCT NO. | T0001325 |

986-375-4488

**MAKE CHECK PAYABLE TO:** CLASSIC REALTY LLC, AS AGENT

**KEEP THIS STUB FOR YOUR RECORDS**

| ACCT NO. | BILLING DATE |
|---|---|
| T0001325 | December 21, 2015 |

| ITEM | AMOUNT |
|---|---|
| COMMON CHG INCOME | 7,473.02 |
| ELECTRIC | 169.66 |
| COMMON CHG INCOME (0 | 3,736.51 |

**PLEASE RETURN PAYMENT TO:**
530 PARK AVENUE CONDOMINIUM
C/O CLASSIC REALTY LLC
390 PARK AVE - 6TH FL
NEW YORK, NY 10022

**NAME**
DIYA REAL HOLDINGS LLC
505 NORTH STREET
GREENWICH, CT 06830

| DATE DUE | AMOUNT DUE |
|---|---|
| 01/01/2016 | $11,379.19 |

9863701224841616161719182140000011379190101201600000007

---

530 Park Ave
New York, NY 10021

**MAKE PAYMENT TO** →

This is not a bill. Charges will be billed in your rent statement.

**PLEASE PAY BY:**

**ELECTRIC BILL FOR UNIT:** 12F
**Billing Period:** 11/04/2015 — 12/08/2015

| METER NO. | PREVIOUS READING | CURRENT READING | USAGE - KWH | *** | AMOUNT- $ | RATE - $ |
|---|---|---|---|---|---|---|
| 70014668 | 45437.7 | 45645.0 | 207.3 | A | $35.95 | EL-1 RATES |

**USAGE - KWH**
KWH: 207.3

**METER MULTIPLIER:** x 1.0
DIYA REAL HOLDINGS LLC
530 Park Ave UNIT# 12F
New York, NY 10021

| CUSTOMER CHARGE: | $17.86 |
|---|---|
| KWH COST: | $35.95 |
| FUEL ADJUSTMENT: | $3.89 |
| UTILITY TAX: | $2.53 |
| SALES TAX: | $2.71 |
| TOTAL AMOUNT DUE: | $62.94 |

**AMOUNT DUE - $**
$62.94
**TENANT**
12F
QB724

*** E=ESTIMATED READ, A=ACTUAL READ

RETAIN THIS PORTION FOR YOUR RECORDS

QLC QUAD LOGIC

RETURN THIS STUB WITH PAYMENT