UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br>    *Plaintiff*,<br><br>v.<br><br>IFTIKAR AHMED, et al,<br>    *Defendants.* | Civil No. 3:15cv00675 (JBA) |

ENDORSEMENT ORDER

For the reasons set forth on the record of the telephonic conference held February 18, 2016:

1. Relief Defendants' motion [Doc. # 148] for a limited modification of the Court's asset freeze order [Doc. # 113] is granted with modification as follows:

    (A). $8,245 per month shall be released to Ms. Ahmed from her Fidelity account ending in 7540 on consent, with Ms. Ahmed required to maintain records documenting her use of these funds for her and her children's daily living expenses;

    (B). $40,000 shall be released from the Fidelity account to pay vendors of residential services only;

    (C). The parties shall inventory the contents of three safety deposit boxes at Bank of America;

(D). The parties shall collaborate to deposit the Bank of America, Trust, and State tax refund checks into bank accounts currently frozen pursuant to the Court's asset freeze order, and Ms. Ahmed shall promptly disclose any additional assets that come into her possession or control;

(E). Ms. Ahmed, in consultation with the SEC, shall prepare and execute a plan for the sale of specific assets, including non-liquid assets, within 90 days, which proceeds shall be deposited in the Fidelity account to replenish sums distributed pursuant to paragraphs (A) and (B) above;

(F). Relief Defendants' second New York apartment unit shall be placed with Sotheby's for immediate rental, with the net proceeds from rental income deposited into the Fidelity account to pay reasonable attorneys' fees, which will be released upon application.

2. The Commission's disputed motion [Doc. # 174] for clarification of the Court's order [Doc. # 171] is denied as moot in light of the parties' agreement as to the operative effect of the Court's order and the extant protective order.

3. The parties' motions to seal their post-deposition submissions (SEC's Mot. [Doc. # 174]; Relief Defs' Mot. Seal [Doc. # 181]) are granted in part and denied in part as follows:

(A). Ms. Ahmed's December 30, 2015 deposition shall remain under seal

until the earlier of termination of her criminal money laundering prosecution or order from this Court;

(B). The parties shall file redacted post-deposition briefs, removing confidential financial and other information, including information provided by Ms. Ahmed at her December 30, 2015 deposition. The original submissions will remain under seal.

4. The parties' 26(f) reports shall be filed by February 29, 2016.

IT IS SO ORDERED.

/s/
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 19th day of February, 2016