UNITED STATES DISTRICT COURT
District of Connecticut

SEC
_____
    Plaintiff

v.

Iftikar Ahmed et al.
_____
    Defendant

FILED
2016 APR 15  AM 10 49
U.S. DISTRICT COURT
NEW H_____ CT

Case No. 3:15-cv-675 (JBA)

## NOTICE OF PRO SE APPEARANCE

To: The clerk of court and all parties of record, I am representing myself in the matter above.

4/14/2016
_____
    Date

_____
    Filer's signature

Iftikar Ahmed
_____
    Printed name

C/O Advocate Anil Sharma
10 Government Place East,
Ground Floor
_____
    Address

Kolkatta, West Bengal, India 700069
_____
    City, State, Zip Code

+91.98.30.089.935
_____
    Telephone number

## CERTIFICATE OF SERVICE

I hereby certify that on 4/14/2016, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

List here:

_____
    Filer's signature