

April 15, 2016

VIA ECF
The Honorable Janet Bond Arterton, U.S.D.J.
United States District Court, District of Connecticut
Richard C. Lee United States Courthouse
141 Church Street, Courtroom 2
New Haven, CT 06512

Re:   *United States Securities and Exchange Commission v. Iftikar Ahmed, et al.*
      Civil Action No. 3:15-CV-00675-JBA

Dear Judge Arterton:

      This firm represents Relief Defendants in this action. On August 12, 2015, this court entered an Order freezing Defendant's and Relief Defendants' assets including, *inter alia*, real property held in the name of Iftikar Ahmed and Shalini Ahmed located at 505 North Street, Greenwich Connecticut. (ECF Doc. 113) We write to request that the Court direct a release of funds in the amount of $20,660.00 from the frozen assets in this case as necessary to pay the home insurance premium on the home at 505 North Street.

      Relief Defendants Shalini Ahmed and her three minor children presently reside in the home. The home is part of the Asset Freeze, secures the bond for Iftikar Ahmed in a criminal matter styled *U.S.A. v. Iftikar Ahmed*, 1:15-mj-02062-MBB (D. Mass.), and was purchased for approximately $9 million. The Commission has refused to consent to a release of funds to pay the insurance premium. Similarly, the U.S. Attorney's Office for the District of Massachusetts refuses to support this request. These refusals will imminently cause the Relief Defendants to be unable to pay the home insurance premium and thereby create a condition that may very well expose the property to waste and dissipation, notwithstanding this Court's order. It is our understanding that the premium must be paid by April 19, 2016, in order to maintain continuity of coverage.

      Relief Defendants request that the Court remedy this and allow Relief Defendants to

Hon. Janet B. Arterton, U.S.D.J.
April 15, 2016
Page 2 of 2

protect the property from waste by releasing $20,660.00 from Fidelity account ending x7540 for the purpose of paying the insurance premium.

                Respectfully submitted,

                /s/ Gabriel Hayes-Williams

                S. Gabriel Hayes-Williams (phv07948)

So Ordered:

_____
   U.S.D.J.

Dated: April \_\_\_\_, 2016
     New Haven, Connecticut

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2016, I caused a copy of the foregoing Letter Motion to be served by ECF upon:

Nicholas P. Heinke
Mark L. Williams
U.S. Securities and Exchange Commission
1961 Stout St., Suite 1700
Denver, CO 80294
HeinkeN@sec.gov
WilliamsML@sec.gov

                                              */s/ S. Gabriel Hayes-Williams*
                                               S. Gabriel Hayes-Williams