UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------------ X
UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

  v.

IFTIKAR AHMED,

        Defendant, and

IFTIKAR ALI AHMED SOLE PROP,
I-CUBED DOMAINS, LLC; SHALINI AHMED;
SHALINI AHMED 2014 GRANTOR RETAINED
ANNUITY TRUST; DIYA HOLDINGS LLC;
DIYA REAL HOLDINGS, LLC; I.I. 1, a minor
child, by and through his next friends IFTIKAR
and SHALINI AHMED, his parents; I.I. 2, a minor
child, by and through his next friends IFTIKAR
and SHALINI AHMED, his parents; and I.I. 3, a
minor child, by and through his next friends
IFTIKAR and SHALINI AHMED, his parents,

        Relief Defendants.
------------------------------------------------------------------ X

Civil Action No.
3:15-CV-675 (JBA)

### RELIEF DEFENDANTS' MOTION TO DISMISS CERTAIN CLAIMS IN THE SECOND AMENDED COMPLAINT

Relief Defendants I-Cubed Domains, LLC, Shalini Ahmed, Shalini Ahmed 2014 Grantor Retained Annuity Trust, DIYA Holdings LLC, DIYA Real Holdings, LLC, and three minor children by and through their next friends Iftikar and Shalini Ahmed, their parents (collectively, "Relief Defendants") respectfully request that the Court dismiss all claims in the Second Amended Complaint (ECF No. 208) that arise from events alleged to have occurred prior to May 6, 2010, on the ground that such claims are time-barred.

1

The bases for this motion are set forth in detail in the accompanying memorandum of law.

Dated: New York, New York
May 13, 2016

Respectfully submitted,

 */s/ David B. Deitch*
Jonathan Harris (phv07583)
L. Reid Skibell (phv07572)
David B. Deitch (phv07260)
S. Gabriel Hayes-Williams (phv07948)
HARRIS, ST. LAURENT
& CHAUDHRY LLP
40 Wall Street, 53rd Floor
New York, New York 10005
Tel. 212.397.3370

Paul E. Knag
MURTHA CULLINA LLP
177 Broad Street, 16th Floor
Stamford, CT 06901
Tel. 203.653.5400

*Attorneys for Relief Defendants*
*I-Cubed Domain, LLC, Shalini Ahmed,*
*Shalini Ahmed 2014 Grantor Retained*
*Annuity Trust, Diya Holdings, LLC, Diya*
*Real Holdings, LLC, I.I. 1, I.I. 2 and I.I. 3*

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 13, 2016, I caused a copy of the foregoing motion to be served by ECF or electronic mail upon:

Nicholas P. Heinke
Mark L. Williams
U.S. Securities and Exchange Commission
1961 Stout St., Suite 1700
Denver, CO 80294
HeinkeN@sec.gov
WilliamsML@sec.gov

Iftikar Ahmed
c/o Advocate Anil Sharma
10 Government Place East
Ground Floor
Kolkatta, West Bengal, India 700-069
iftyahmed@icloud.com

                                              */s/ David B. Deitch*
                                                David B. Deitch