UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------- X
UNITED STATES SECURITIES AND EXCHANGE  :
COMMISSION,                            :
                                       :
                    Plaintiff,         :
                                       :
        v.                             :
                                       :
IFTIKAR AHMED,                         :
                                       :
                    Defendant, and     :
                                       :
IFTIKAR ALI AHMED SOLE PROP,           :    Civil Action No.
I-CUBED DOMAINS, LLC; SHALINI AHMED;   :    3:15-CV-675 (JBA)
SHALINI AHMED 2014 GRANTOR RETAINED    :
ANNUITY TRUST; DIYA HOLDINGS LLC;      :
DIYA REAL HOLDINGS, LLC; I.I. 1, a minor :
child, by and through his next friends IFTIKAR :
and SHALINI AHMED, his parents; I.I. 2, a minor :
child, by and through his next friends IFTIKAR :
and SHALINI AHMED, his parents; and I.I. 3, a :
minor child, by and through his next friends   :
IFTIKAR and SHALINI AHMED, his parents, :
                                       :
                    Relief Defendants. :
---------------------------------------------------------------- X

**MOTION OF RELIEF DEFENDANTS TO MODIFY THE ASSET FREEZE ORDER TO PERMIT THE SALE OF SPECIFIC ASSETS AND TO RELEASE FUNDS FOR LIVING EXPENSES AND THE PAYMENT OF ATTORNEYS' FEES**

Relief Defendants Shalini Ahmed, her three minor children, Shalini Ahmed 2014 Grantor

Retained Annuity Trust, DIYA Holdings LLC, DIYA Real Holdings LLC, I.1, I.2 and I.3

(together, the "Relief Defendants"), through their undersigned counsel, thus respectfully move

this Court to further modify the asset freeze order. This motion seeks permission to sell certain

assets as necessary to comply with the Court's Endorsement Order of February 19, 2016,

modifying the asset freeze order, *inter alia* [Dkt. #195] (the "Modification Order"), to release

funds for Relief Defendants' living expenses and the payment of household debts. Additionally, Relief Defendants seek the Court's permission to liquidate additional assets and investments for the specific purpose of funding Relief Defendants' continued living expenses, the payment of insurance premiums necessary to protect real estate assets from waste, and attorneys' fees incurred in this action.[1]

### A. Request to Sell Assets to Replenish Funds Disbursed from Frozen Account for Living Expenses and Household Debts

Relief Defendants request leave to sell two (2) Swiss 1 kilogram gold bars and a 2012 BMW with vehicle identification number WBAKC8C57CC434907 (the "BMW"), and deposit such proceeds to replenish funds disbursed for living expenses and household debts pursuant to the Modification Order [Dkt. 195]. The gold assets are stored in a safe deposit box at Bank of America under account number ending 1332. In previous filings in this litigation, the account was assigned no value by the Commission and the contents of the safety deposit boxes were not included in the monetary value totals of liquid and non-liquid assets that the Commission has represented to the Court as having been secured under the freeze. (*See* Plaintiff's Response in Opposition to Relief Defendants' Motion for Limited Modification of the Asset Freeze Order, Dkt. No. 157, pp. 6 – 9)

The BMW is currently in the possession of Arroway Chrysler Dodge Jeep Ram LLC, with a place of business located at 140 Bedford Road, Katohah, New York ("Arroway").

---

[1] Pursuant to the Court's Modification Order, on May 2, 2016, the Parties conducted an inventory of safe deposit boxes at Bank of America bearing accounts numbers ending 2465, 1332, and 1325. Three Safe Deposit Box Inventory Certificates of Contents were prepared by Bank of America employees and are appended as hereto as Exhibits 1, 2, and 3 (the "Inventories"). The Relief Defendants designate these documents as confidential pursuant to the Protective Order in this case, dated July 17, 2015 [Dkt. No. 62], and request that the inventory documents be filed under seal, as they relate to the deposition testimony of Shalini Ahmed taken on December 30, 2015.

Arroway claims a lien against the vehicle in the amount of at least $7,295.00, plus additional storage fees that have accumulated since the vehicle came into its possession, and it is necessary to purchase a replacement key from BMW to facilitate the sale of the vehicle.

Relief Defendants request that the Court authorize the release of $442.36 from the Fidelity account ending in 7540 for the purchase of a replacement key from BMW, and request that subsequent to the above sales, the amount realized in excess of $72,980, (which is the amount that has been released to date for the payment of household debts and living expenses pursuant to the Modification Order), be released from the asset freeze for the payment of attorneys' fees.

**B. Request to Sell Assets for Relief Defendants' Future Living
Expenses, Attorneys' Fees, and Other Expenses**

In order to provide for Relief Defendants' living expenses, property maintenance, up-keep and insurance, and for the payment of legal fees during the pendency of this litigation, Relief Defendants and their counsel request the Court's permission to undertake the liquidation of additional assets, including private investments which the Commission has indicated it does not believe it is able to liquidate. These assets will require a substantial amount of work to monetize, but Relief Defendants are prepared to undertake the necessary work if authorized for the purposes set forth in this motion.

- Relief Defendants request leave, with the cooperation and consent of Defendant Iftikar Ahmed, to liquidate and monetize the investment held with Fort Warren Capital Management that the Commission has identified as having a reported value of $485,540 as of November 2015.

- Relief Defendants request leave to liquidate and monetize the investment owned by I-Cubed Domains LLC and held with Aldrich Capital Partners that the

Commission has identified had a reported value of approximately $1,000,000 as of July 2015.[2]

- Relief Defendants request leave to remove from the Bank of America safety deposit box and sell four (4) Swiss 1 kilogram gold bars and three (3) Emirates 1 kilogram gold bars. These assets have an approximate value of $285,000.[3]

The liquidation of these assets will require significant effort by Relief Defendants and their counsel, and as such, the Relief Defendants will only pursue the liquidation efforts set forth if the resulting funds may be utilized for the payment of living expenses, attorneys' fees and the maintenance, upkeep and insurance of the Relief Defendants' assets. The Relief Defendants propose that the resulting funds be apportioned as follows:

- Approximately $200,000 to the Fidelity account to fund continued disbursements for living expenses under the Modification Order for approximately 24 months.

- Approximately $50,000 to payment of insurance premiums for the Relief Defendants' home for approximately 24 months.

- Approximately $1,000,000 for the payment of professional services and attorneys' fees to the law firms of Harris, St. Laurent & Chaudhry LLP, Morvillo Abramowitz Grand Iason & Anello PC, Murtha Cullina LLP, and Butters Brazilian LLP that have been accumulated during the course of this litigation.

---

[2] Counsel for Relief Defendants have communicated with counsel for Aldrich Capital Partners regarding the investment owned by I-Cubed Domains LLC and have learned that the interest is presently held with a ownership and management entity and must be transferred to an investment entity. Counsel for Aldrich Capital has represented that this transfer may be effected without cost or loss of value to the Relief Defendant's interest and is necessary for any subsequent monetization of the investment. Thus, Relief Defendants request that the asset freeze order be modified to authorize the transfer of I-Cubed's interest from to the investment entity and that they be further authorized to liquidate the investment.

[3] These gold bars are in addition to the two previously mentioned to satisfy past debts.

- Approximately $500,000 liquid assets to be returned to frozen accounts.

The Commission has indicated to that it consents to the sale of the automobile, and that it will potentially consent to the liquidation of the investments with Aldrich Capital Partners and Fort Warren Capital Management, contingent on terms which it has not specified. The Commission indicates that it opposes this motion in other respects.

Relief Defendants respectfully request that the Court modify its orders of August 12, 2015, and February 19, 2016, to provide for the relief requested herein; and, that the Court direct the Commission to use all practical and reasonable efforts to ensure that the relief is effectuated promptly.

Dated: New York, New York
       May 18, 2016

                                  Respectfully submitted,

                                  _____/s/ S. Gabriel Hayes-Williams_____
                                  Jonathan Harris (phv07583)
                                  L. Reid Skibell (phv07572)
                                  David B. Deitch (phv07260)
                                  S. Gabriel Hayes-Williams (phv07948)
                                  HARRIS, ST. LAURENT
                                  & CHAUDHRY LLP
                                  40 Wall Street, 53rd Floor
                                  New York, New York 10005
                                  Tel. 212.397.3370

                                  Paul E. Knag
                                  MURTHA CULLINA LLP
                                  177 Broad Street, 16th Floor
                                  Stamford, CT 06901
                                  Tel. 203.653.5400

                                  *Attorneys for Relief Defendants*
                                  *I-Cubed Domain, LLC, Shalini Ahmed,*
                                  *Shalini Ahmed 2014 Grantor Retained*
                                  *Annuity Trust, Diya Holdings, LLC, Diya*
                                  *Real Holdings, LLC, I.I. 1, I.I. 2 and I.I. 3*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 18, 2016, I caused a copy of the foregoing Motion to be

served by ECF upon:

Nicholas P. Heinke
Mark L. Williams
U.S. Securities and Exchange Commission
1961 Stout St., Suite 1700
Denver, CO 80294
HeinkeN@sec.gov
WilliamsML@sec.gov

Iftikar Ahmed
c/o Advocate Anil Sharma
10 Government Place East
Ground Floor
Kolkatta, West Bengal, India 700-069
iftyahmed@icloud.com

*/s/ S. Gabriel Hayes-Williams*
S. Gabriel Hayes-Williams