UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> IFTIKAR AHMED, <br><br> Defendant, and <br><br> IFTIKAR ALI AHMED SOLE PROP; I-CUBED DOMAINS, LLC; SHALINI AHMED; SHALINI AHMED 2014 GRANTOR RETAINED ANNUITY TRUST; DIYA HOLDINGS LLC; DIYA REAL HOLDINGS, LLC; I.I. 1, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; I.I. 2, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; and I.I. 3, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents, <br><br> Relief Defendants. | Civil Action No. 3:15cv675 (JBA) |

**PLAINTIFF UNITED STATES SECURITIES AND EXCHANGE COMMISSION'S
NOTICE OF FORFEITURE ALLEGATION**

Plaintiff United States Securities and Exchange Commission (the "SEC") respectfully notifies this Court that on June 1, 2016, 530 Park Avenue, Apartment 12F, located in New York, New York (Unit 12F) was named in a forfeiture allegation in a criminal indictment. *See* Indictment, Dkt. 34, *United States v. Ahmed*, 16-cr-10154 (D. Mass., June 1, 2016) (Exhibit A).

On May 23, 2016, the SEC requested [Doc. # 231] the Court hold an emergency status conference regarding the parties' dispute over certain disclosures in the proposed lease of Unit

12F.  Therein, the SEC requested that the proposed lease disclose that Unit 12F is involved in a criminal case in the District of Massachusetts, but that the U.S. Attorney's Office for the District of Massachusetts ("USAO") has not reviewed the proposed lease and therefore no party is making any representations regarding any action the USAO may take.  *Id*. at ¶ 10.

On May 24, 2016, Relief Defendants filed [Doc. # 232] a response to the SEC's motion [Doc. # 231] for a status conference.  Therein, Relief Defendants argued "there is no basis for the SEC's assertion that a disclosure of the criminal action is necessary…the Department of Justice has not sought (and no court has ordered) any restrictions on this property based upon that criminal complaint.  Unless and until the government actively seeks forfeiture of the property, there truly is nothing to disclose—as evidenced by the absence of any request to this Court from the Department of Justice."  *Id.* at 4.

On May 27, 2016, the Court held a telephonic status conference and found that the SEC's requested disclosure with regards to Unit 12F was unnecessary.

On June 1, 2016, the USAO indicted Defendant Iftikar Ahmed for committing wire fraud and filing false tax returns.  *See* Exhibit A.  The indictment includes the following forfeiture allegation:

> Upon conviction of one or more of the offenses alleged in Counts One through Four in the Indictment, [Defendant Ahmed] shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to such violations. The property to be forfeited includes … The real property located at 530 Park Avenue, Apartment 12F, New York, New York ….

Exhibit A at 18.  The SEC does not have any additional information regarding the USAO's intention with respect to Unit 12F.

The SEC feels obligated to bring this development to the Court's attention in the event that it bears on the Court's prior ruling.  Unless the Court orders otherwise, the SEC will work

with Relief Defendants to consummate a lease for Unit 12F consistent with this Court's prior ruling.

Dated: June 3, 2016

                                                  Respectfully submitted,

                                                  *s/ Mark L. Williams*
                                                  Nicholas P. Heinke
                                                  Mark L. Williams
                                                  U.S. Securities and Exchange Commission
                                                  1961 Stout Street, Suite 1700
                                                  Denver, CO 80294-1961
                                                  (303) 844-1071 (Heinke)
                                                  (303) 844-1027 (Williams)
                                                  HeinkeN@sec.gov
                                                  WilliamsML@sec.gov
                                                  *Attorneys for Plaintiff*
                                                  UNITED STATES SECURITIES AND
                                                  EXCHANGE COMMISSION

CERTIFICATE OF SERVICE

I certify that on June 3, 2016, a copy of the foregoing document was emailed to

Defendant Iftikar Ahmed at IftyAhmed@icloud.com, and served via ECF upon the following:

Jonathan Harris
Reid Skibell
David Deitch
Alexander Sakin
Harris, O'Brien, St. Laurent & Chaudhry LLP
111 Broadway, Suite 1502
New York, NY 10006
(Counsel for Relief Defendants).

                                                 s/ *Mark L. Williams*
                                                 Mark L. Williams