UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------------------------------------------- X
UNITED STATES SECURITIES AND EXCHANGE        :
COMMISSION,                                   :
                                              :
              Plaintiff,                      :
                                              :
     v.                                       :
                                              :
IFTIKAR AHMED,                                :
                                              :
              Defendant, and                  :
                                              :
IFTIKAR ALI AHMED SOLE PROP,                  :   Civil Action No.
I-CUBED DOMAINS, LLC; SHALINI AHMED;          :   3:15-CV-675 (JBA)
SHALINI AHMED 2014 GRANTOR RETAINED           :
ANNUITY TRUST; DIYA HOLDINGS LLC;             :
DIYA REAL HOLDINGS, LLC; I.I. 1, a minor      :
child, by and through his next friends IFTIKAR:
and SHALINI AHMED, his parents; I.I. 2, a minor:
child, by and through his next friends IFTIKAR:
and SHALINI AHMED, his parents; and I.I. 3, a :
minor child, by and through his next friends  :
IFTIKAR and SHALINI AHMED, his parents,       :
                                              :
              Relief Defendants.              :
------------------------------------------------------------------- X
```

**RELIEF DEFENDANTS' MOTION ON CONSENT TO MODIFY ASSET FREEZE TO RELEASE FUNDS TO PAY HOME INSURANCE PREMIUMS**

Relief Defendants Shalini Ahmed, her three minor children, Shalini Ahmed 2014 Grantor Retained Annuity Trust, DIYA Holdings LLC, DIYA Real Holdings LLC, I.1, I.2 and I.3 (together, the "Relief Defendants"), through their undersigned counsel, respectfully requests that this Court modify its August 12, 2015 Ruling and Order Granting Preliminary Injunction (ECF No. 113) by releasing the following funds: (a) funds in the amount of $12,532.00 from the frozen assets in this case to pay the base home, equipment breakdown, and endorsement

1

insurance premiums on the residence located at 505 North Street, Greenwich, Connecticut (the "North Street home"). Plaintiff United States Securities and Exchange Commission (the "Commission") has consented to this motion.

## ARGUMENT

Relief Defendants Shalini Ahmed and her three minor children presently reside in the North Street home. The home is part of the Asset Freeze, secures the bond for Iftikar Ahmed in a criminal matter styled *U.S.A. v. Iftikar Ahmed*, 1:15-mj-02062-MBB (D. Mass.), and was purchased for approximately $9 million. Any delay in the release of funds to pay the home insurance premium is likely to result in a lapse in coverage that may very well expose the property to waste.

Relief Defendants previously moved this Court for a release of funds to insure the property based upon a quote that would have continued an existing policy that also insured the contents of the home and other property. (Dkt. No. 215; denied by consent without prejudice to renew on May 27, 2016.) Separately, Relief Defendants have moved this court for leave to sell certain assets that have not been included in the monetary value totals of liquid and non-liquid assets that the Commission has represented to the Court as having been secured under the freeze. In that motion, Relief Defendants indicated that a portion of the proceeds from such sales, if approved, may be used to pay insurance premiums for the home. (Dkt. No. 225; Motion to Modify Asset Freeze Order to Permit Sale of Specific Assets.) Should the relief sought in the pending Motion at Dkt. No. 225 be granted, Relief Defendants respectfully suggest that any amounts released pursuant to this motion to be replenished by depositing an equal amount to the frozen account.

In connection with this renewed motion, Relief Defendants have obtained an insurance quote from Ms. Ahmed's regular insurance broker for coverage that includes only the North Street home.  The contemplated insurance policy excludes the categories of coverage for material possession which the Commission in its response to the original motion noted would not protect assets that could eventually be used to compensate allegedly harmed investors. The insurance policy Relief Defendants wish to purchase includes base coverage, liability coverage, and coverage for equipment breakdown. The total annual premium is supported by a quote document provided by AIG on May 27, 2016, and attached hereto as Exhibit A.

In selecting this particular policy, the Relief Defendants elect a $100,000 deductible so as to minimize costs. For the avoidance of any doubt, this motion does not seek funds not already released by this court from the asset freeze to pay any portion of the total premium that relates to personal or residence liability coverage.

## CONCLUSION

In view of the foregoing, Relief Defendants request that the Court allow them to protect the North Street home from waste by releasing $12,532.00 from Ms. Ahmed's Fidelity account ending x7540 for the purpose of paying the base insurance and equipment breakdown premiums for the North Street home.  As noted, the Commission does not object to this motion

Dated: New York, New York
       June 8, 2016

>                     Respectfully submitted,
>
>                         /s/ S. Gabriel Hayes-Williams
>                     Jonathan Harris (phv07583)
>                     L. Reid Skibell (phv07572)
>                     David B. Deitch (phv07260)
>                     S. Gabriel Hayes-Williams (phv07948)
>                     HARRIS, ST. LAURENT
>                     & CHAUDHRY LLP

3

40 Wall Street, 53rd Floor
New York, New York 10005
Tel. 212.397.3370

Paul E. Knag
MURTHA CULLINA LLP
177 Broad Street, 16th Floor
Stamford, CT 06901
Tel. 203.653.5400

*Attorneys for Relief Defendants
I-Cubed Domain, LLC, Shalini Ahmed,
Shalini Ahmed 2014 Grantor Retained
Annuity Trust, Diya Holdings, LLC, Diya
Real Holdings, LLC, I.I. 1, I.I. 2 and I.I. 3*

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 8, 2016, I caused a copy of the foregoing memorandum to be served by ECF or electronic mail upon:

Nicholas P. Heinke
Mark L. Williams
U.S. Securities and Exchange Commission
1961 Stout St., Suite 1700
Denver, CO 80294
HeinkeN@sec.gov
WilliamsML@sec.gov

Iftikar Ahmed
c/o Advocate Anil Sharma
10 Government Place East
Ground Floor
Kolkatta, West Bengal, India 700-069
iftyahmed@icloud.com

               */s/ S. Gabriel Hayes-Williams*
                S. Gabriel Hayes-Williams