UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>IFTIKAR AHMED,<br><br>　　　　　　Defendant, and<br><br>IFTIKAR ALI AHMED SOLE PROP; I-CUBED DOMAINS, LLC; SHALINI AHMED; SHALINI AHMED 2014 GRANTOR RETAINED ANNUITY TRUST; DIYA HOLDINGS LLC; DIYA REAL HOLDINGS, LLC; I.I. 1, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; I.I. 2, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; and I.I. 3, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents,<br><br>　　　　　　Relief Defendants. | Civil Action No. 3:15-cv-675 (JBA) |

**<u>FOLLOWUP MOTION IN RESPONSE TO HONORABLE JUDGE'S ORDER IN RESPONSE TO ORIGINAL EMERGENCY MOTION FOR RELEASE OF FUNDS FOR CANCER TREATMENT</u>**

Defendant Iftikar Ahmed respectfully begs and humbly requests the esteemed Court for an Order directing the immediate release of adequate funds for the Defendant's Medical Treatment in India. As context and grounds therefore, the Defendant would respectfully state as follows:

1.       The Defendant had originally submitted a motion to the Honorable Court to release funds for cancer treatment in India (Document #256).

2.       On the 5th of July, 2016, the Honorable Judge denied that motion without prejudice to renew (Document #263).

3.       This motion aims to renew the same motion begging for immediate release of funds for medical treatment with the documentation that the Honorable Judge may deem appropriate and fit.

4.       Following the order of the Honorable Court, the Defendant has spent the last 3-4 weeks running from pillar to post seeking help and assistance getting the information that he needs to furnish to the Court.   It has expended his scare resources of mostly borrowed funds and also extracted a physical toll on the Defendant.   The Indian pubic medical system is overcrowded and disorganized and is available only to Indian citizens.   The private medical system is both expensive and in high demand where the doctors, especially the Specialists, are unwilling to see patients without upfront payment of fees.

5.       With help from some friends, The Defendant was finally able to get an appointment to see a Specialist Oncologist (Dr. Senthil J. Rajappa) on 28th July 2016 at his chambers in the **Basavatarakam Indo-American Cancer Hospital & Research Institute** in Hyderabad, India.   After due consultation and consideration of his medical history, the

Oncologist has ordered an MRI of the neck.  Please see **Exhibit 1**.  This consultation was done *pro bono* by the Oncologist.

6. The Defendant the visited the imaging laboratory at the same hospital and they refused to give any bank details as they do not accept online payments.  They only accept cash or credit / debit card payments.  Even as the Defendant explained his situation and the need to furnish payment details so that funds could potentially be transferred from the US prior to any of the tests / examinations etc., they refused to help.

7. The cost of the MRI without contrast will be in the range of $2,400 - $5,000.  And the follow-up consultation with the Oncologist will likely be another $200.  Please see Page 9 of **Exhibit 2** for a schedule of costs for various imaging tests (MRI for Neck is on Page 9).  So, a total of **$3,000** (Three Thousand Dollars Only) should suffice for the test and follow-up doctor's consultation that is needed immediately and is the amount requested to be released by the Court for the immediate medical treatment of the Defendant in India.  Without access to funds, the Defendant faces a grave and immediate danger to his heath and his life.

8. The Defendant does not currently have any means of receiving funds from anyone and anywhere.  He has no bank account and none of the imaging centers, hospitals and doctors will accept online payment from a bank.  Hence, the Defendant is left high and dry without access to medical tests / treatment that he needs / may need urgently.  The Defendant continues to look for hospital and imaging centers that would accept direct bank transfers and online payment.  The Defendant's Indian Counsels are also unable and unwilling to help because any

remittance that would hit their bank accounts would immediately trigger an income tax assessment and that would impact them negatively since the funds would only be meant for medical treatment of an unrelated person.

The only viable options for payment left would, therefore, be one of the following:

- The Court could order the release of funds and a prepaid debit card loaded with the approved amount could be mailed to the Defendant to India and the Defendant will promptly submit formal invoices and receipts for the express purpose of using the funds for medical treatment only; *OR*

- The Court could order the release of funds to the Defendant's spouse and she can call the Hospital and authorize the payment directly for the tests and consultation using her credit / debit card (the Defendant submits that he has not discussed this possibility with his spouse and hence makes the supposition that she would or could be willing to help); OR

- The Court could order the remittance of the approved funds to the Defendant's mother (whose bank details can be made available to the Court in private were this to be the chosen mode of payment) and she could pay the hospital and doctor directly.

9. The Defendant wishes to clarify and put on record that this is the basic preliminary test necessary at this time – assuming, and hopefully, the Defendant is found clean and no further tests / expenses will be necessary for now even though these tests need to be conducted every three months as per the attending Oncologist; however, if that were not to be the case, the Defendant may need further tests and treatment as may be advised by his attending Oncologist(s). The Defendant would like to pray the Court to allow him to share his medical

results and prognosis under seal in private at the appropriate time if needed and asked for by the Court.

**WHEREFORE**, the Defendant humbly submits and respectfully requests that this motion be immediately granted in its entirety, even if purely on humanitarian grounds, together with such other and further relief as the Court may deem to be necessary and proper.

Respectfully Submitted,

Dated: July 29th, 2016    /s/ Iftikar Ahmed
_____
Iftikar A. Ahmed
C/O Advocate Anil Sharma
10 Government Place East, Ground Floor
Behind Kanpur Leather House
Kolkata 700069, India
Tel: +91.98.30.089.945
Email: iftyahmed@icloud.com
*Pro Se*

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and served by electronic mail to:

Nicholas P. Heinke
U.S. Securities and Exchange Commission
Byron G. Rogers Federal Building
1961 Stout Street, Ste. 1700
Denver, CO 80294
(303) 844-1071
Email: heinken@sec.gov

Mark L. Williams
U.S. Securities and Exchange Commission
Byron G. Rogers Federal Building
1961 Stout Street, Ste. 1700
Denver, CO 80294
(303) 844-1027
Email: williamsml@sec.gov

Alexander Sakin
Harris, St. Laurent & Chaudhry LLP
40 Wall Street, 53rd Floor
New York, NY 10005
(646) 461-2279
Fax: (212) 202-6206
Email: asakin@sc-harris.com

David B. Deitch
Harris, St. Laurent & Chaudhry LLP VA
1818 Library Street, Suite 500
Reston, VA 20190
(703) 956-3549
Fax: (703) 935-0349
Email: ddeitch@sc-harris.com

Jonathan Harris
Harris, St. Laurent & Chaudhry LLP
40 Wall Street, 53rd Floor
New York, NY 10005
(646) 395-3481
Fax: (212) 202-6206
Email: jon@sc-harris.com

L. Reid Skibell
Harris, St. Laurent & Chaudhry LLP
40 Wall Street, 53rd Floor
New York, NY 10005
(917) 512-9466
Fax: (212) 202-6206
Email: rskibell@sc-harris.com

Priya Chaudhry
Harris, St. Laurent & Chaudhry LLP
40 Wall Street, 53rd Floor
New York, NY 10005
(212) 785-5550
Fax: (212) 202-6206
Email: priya@sc-harris.com

Steven Gabriel Hayes Williams
Harris, St. Lauren & Chaudhry LLP
40 Wall Street, 53rd Floor
New York, NY 10005
(212) 397-3370
Fax: (212) 202-6206
Email: ghayeswilliams@sc-harris.com

Kristen Luise Zaehringer
Murtha Cullina, LLP
177 Broad Street, 4th Floor
Stamford, CT 06901
(203) 653-5406
Fax: (860) 240-5758
Email: kzaehringer@murthalaw.com

Paul E. Knag
Murtha Cullina, LLP
177 Broad Street, 4th Floor
Stamford, CT 06901
(203) 653-5400
Fax: (203) 653-5444
Email: pknag@murthalaw.com

Dated: July 29th, 2016 /s/ Iftikar Ahmed

                                                                 _____
Iftikar A. Ahmed
C/O Advocate Anil Sharma
10 Government Place East, Ground Floor
Behind Kanpur Leather House
Kolkata 700069, India
Tel: +91.98.30.089.945
Email: iftyahmed@icloud.com

*Pro Se*



# Basavatarakam Indo-American Cancer Hospital & Research Institute

Promoted by Smt. Nandamuri Basavataraka Rama Rao Memorial Cancer Foundation & Indo American Cancer Organisation
Road No : 10, Banjara Hills, Hyderabad - 500 034, India.
Ph: +91-40-2355 1235 / 2360 7944 ✱ Fax: +91-40-2354 2120 ✱ E-mail: Info@induscancer.com ✱ Website: www.induscancer.com

**Dr. Senthil. J. Rajappa**
MD;DNB;DM (Medical Oncology)
**Sr. Consultant Medical Oncologist**
e-mail: senthiljrajappa@gmail.com

Date: 28/7/16

Mr Iftikar

MRI (R) Neck for Parotid

( known Mucoepidermoid Ca. — (R) parotidectomy 2013 )



Quality matters in Cancer Care

| RATES FOR DIAGNOSTIC LABS & IMAGING CENTRES HYDERABAD | | |
|---|---|---|
| NAME OF INVESTIGATION | NABL / Imaging | Non NABL |
| **DENTAL** | | |
| Dental IOPA X-ray | 50 | 43 |
| Occlusal X-ray | 80 | 68 |
| OPG X-ray | 200 | 170 |
| **PULMONARY** | - | - |
| Lung Ventilation & Perfusion Scan (V/Q Scan) | 5,000 | 4,250 |
| Lung Perfusion Scan | 2,800 | 2,380 |
| **OSTEOLOGY** | - | - |
| Whole Body Bone Scan with SPECT. | 3,500 | 2,975 |
| Three phase whole body Bone Scan | - | - |
| **NEUROSCIENCES** | - | - |
| Brain Perfusion SPECT Scan with Technetium 99m radiopharmaceuticals. | 6,000 | 5,100 |
| Radionuclide Cisternography for CSF leak | 5,000 | 4,250 |
| **GASTRO AND HEPATOBILIARY** | - | - |
| Gastro esophageal Reflux Study (G.E.R. Study) | - | - |
| Gastro intestinal Bleed (GloB.) Study with Technetium 99m labeled RBCs. | - | - |
| Hepatobiliary Scintigraphy. | - | - |
| Meckel's Scan | - | - |
| Hepatosplenic scintigraphy with Technetium-99m radiopharmaceuticals | - | - |
| Gastric emptying | - | - |
| **GENITOURINARY** | - | - |
| Renal Cortical Scintigraphy with Technetium 99m D.M.S.A. | 3,000 | 2,550 |
| Dynamic Renography. | 3,000 | 2,550 |
| Dynamic Renography with Diuretic. | 3,000 | 2,550 |
| Dynamic Renography with Captopril | 4,500 | 3,825 |
| Testicular Scan | 900 | 765 |
| **ENDOCRINOLOGY** | - | - |
| Thyroid Uptake measurements with 131-Iodine. | 1,600 | 1,360 |
| Thyroid Scan with Technetium 99m Pertechnetate. | 1,500 | 1,275 |
| Iodine-131 Whole Body Scan. | - | - |
| Whole Body Scan with M.I.B.G. | 12,000 | 10,200 |
| Parathyroid Scan | 3,000 | 2,550 |
| **RADIO-ISOTOPE THERAPY** | - | - |
| 131-Iodine Therapy | Listed Under Treatment Procedures | Listed Under Treatment Procedures |
| 131-Iodine Therapy <15mCi | Listed Under Treatment Procedures | Listed Under Treatment Procedures |
| 131-Iodine Therapy 15-50mCi | Listed Under Treatment Procedures | Listed Under Treatment Procedures |
| 131-Iodine Therapy 51-100mCi | Listed Under Treatment Procedures | Listed Under Treatment Procedures |
| 131-Iodine Therapy >100mCi | Listed Under Treatment Procedures | Listed Under Treatment Procedures |

| | | |
|---|---|---|
| Phosphorus-32 therapy for metastatic bone pain palliation | Listed Under Treatment Procedures | Listed Under Treatment Procedures |
| Samarium-153 therapy for metastatic bone pain palliation | Listed Under Treatment Procedures | Listed Under Treatment Procedures |
| Radiosynovectomy with Yttrium | Listed Under Treatment Procedures | Listed Under Treatment Procedures |
| **CARDIOLOGY** | - | - |
| Stress thallium / Myocardial Perfusion Scintigraphy | 9,900 | 8,415 |
| Rest thallium / Myocardial Perfusion Scintigraphy | 6,500 | 5,525 |
| Venography | 3,000 | 2,550 |
| ECG | 50 | 43 |
| STRESS ECHO- DOBUTAMINE | - | - |
| STRESS ECHO- EXERCISE | 750 | 638 |
| TMT | 500 | 425 |
| TEE | 500 | 425 |
| Lymph angiography | - | - |
| **TUMOUR IMAGING** | - | - |
| Scintimammography. | 3,500 | 2,975 |
| Indium lableled octeriotide Scan. | - | - |
| **PET SCAN** | - | - |
| FDG Whole body PET / CT Scan | 21,000 | 17,850 |
| Brain I Heart FDG PET / CTScan, | 15,000 | 12,750 |
| Gallium-68 Peptide PET / CT imaging for Neuroendocrine Tumor | 15,000 | 12,750 |
| Non-FDG PET / CT Scan | - | - |
| **Laboratory Medicine** | - | - |
| **Clinical Pathology** | - | - |
| Urine routine- pH,Specific gravity,sugar,protein and microscopy | 39 | 33 |
| 24 hrs urine for Proteins,Sodium,creatinine | 100 | 85 |
| Urine-Microalbumin | 150 | 128 |
| Quantitative Albumin/Sugar | 10 | 9 |
| Urine Bile Pigment and Salt | 20 | 17 |
| Urine Urobilinogen | 20 | 17 |
| Urine Ketones | 20 | 17 |
| Urine Occult Blood | 35 | 30 |
| Urine total proteins | 20 | 17 |
| Bence Jones protein | 48 | 41 |
| Stool routine | 39 | 33 |
| Stool occult blood | 35 | 30 |
| Post coital smear examination | 100 | 85 |
| semen analysis | 80 | 68 |
| Body fluid  (CSF/Ascitic Fluid etc.)Sugar, Protein etc. | 100 | 85 |
| Albumin. | 21 | 18 |
| Creatinine clearance. | 150 | 128 |
| **Haematology** | - | - |
| Haemoglobin (Hb) | 19 | 16 |
| Total Leucocytic Count (TLC) | 32 | 27 |
| Differential Leucocytic Count (DLC) | 32 | 27 |
| E.S.R. | 35 | 30 |

| | | |
|---|---|---|
| Total Red Cell count with MCV,MCH,MCHC,DRW | 35 | 30 |
| Complete Haemogram -Hb,RBC count and indices, TLC, DLC, Platelet, ESR, Peripheral smear examination | 138 | 117 |
| Platelet count | 50 | 42 |
| Reticulocyte count | 49 | 42 |
| Absolute Eosinophil count | 50 | 42 |
| Packed Cell Volume (PCV) | 35 | 30 |
| Peripheral Smear Examination | 44 | 37 |
| Smear for Malaria parasite | 42 | 36 |
| Bleeding & Clotting Time | 48 | 41 |
| Clot Retraction Time | 35 | 30 |
| R.B.C. Fragility Test | 60 | 51 |
| L.E. Cell | 77 | 65 |
| Foetal Haemoglobin (Hb-F) | 90 | 77 |
| Prothrombin Time (P.T.) | 119 | 101 |
| Bone Marrow Smear Exmination | 75 | 64 |
| Bone Marrow Smear Exmination with iron stain | 256 | 218 |
| Bone Marrow Smear Exmination and cytochemistry where required. | 665 | 565 |
| Partial Thromboplastin | 105 | 89 |
| Glucose Phosphate Dehydrogenase (G, 6PD) | 150 | 128 |
| Rapid test for malaria(card test) | 44 | 37 |
| WBC cytochemistry for leukemia -Conmplete panel | 70 | 60 |
| Bleeding Disorder panel-BT,CT,Platetlet count,APTT,extended & Dic studies(FDP). | 700 | 595 |
| Factro Assays-Factor VIII | 750 | 638 |
| Factor Assays-Factor IX | 700 | 595 |
| Factro Assays-other Factors | 1,600 | 1,360 |
| Anti Cardiolipin Antibodies. | - | - |
| IgG. | 260 | 221 |
| IgM. | 260 | 221 |
| IgA. | 260 | 221 |
| Anti Phospholipid Antibodies. | - | - |
| IgG. | 260 | 221 |
| IgM. | 260 | 221 |
| IgA. | 260 | 221 |
| Thalessemia studies | 700 | 595 |
| Hb Electrophoresis | 455 | 387 |
| Sickling studies | 77 | 65 |
| Nutritional Markers | - | - |
| Serum Iron | 100 | 85 |
| Total Iron Binding Capacity | 100 | 85 |
| Vitamin B.12. | 256 | 218 |
| Folic Acid. | 350 | 298 |
| HDL Cholestrol | 100 | 85 |
| Blood Bank | - | - |
| Blood Group & RHO Type | 33 | 28 |
| Cross match | 60 | 51 |
| Packed cell preparation | 40 | 34 |
| Coomb's Test Direct | 100 | 85 |
| Coomb's Test Indirect | 100 | 85 |
| Australia Antigen | 120 | 102 |
| RHO, Antibody titer | 119 | 101 |
| Blood Components-PRO | 1,200 | 1,020 |

| Blood Components -Fresh Frozen Plasma | 1,000 | 850 |
|---|---|---|
| Blood Components-Cryoprecipitate | 488 | 414 |
| **Histopathology** | - | - |
| Routine-H & E | 100 | 85 |
| special stain | 100 | 85 |
| Immunohistochemistry(IHC) | 250 | 213 |
| Frozen section | 1,350 | 1,148 |
| Paraffin section | 275 | 234 |
| **Cytology** | - | - |
| Pap Smear | 160 | 136 |
| Vaginal Cytology for Hormonal evaluation | 160 | 136 |
| Body fluid for Malignant cells | 200 | 170 |
| FNAC | 250 | 213 |
| special stain on cytology | 90 | 77 |
| **Flow cytometry** | - | - |
| Leukemia panel /Lymphoma panel | 3,575 | 3,039 |
| CD Count: CD3,CD4,CD8 | 1,000 | 850 |
| PNH Panel-CD55,CD59 | 1,450 | 1,233 |
| **Cytogenetics** | - | - |
| karyotyping | 2,200 | 1,870 |
| **Tumour markers.** | - | - |
| PSA- Total. | 250 | 213 |
| PSA- Free. | 450 | 383 |
| AFP. | 345 | 293 |
| HCG. | 340 | 289 |
| CA. 125. | 400 | 340 |
| CA 19,9. | 630 | 536 |
| CA  5,3. | 630 | 536 |
| Carcioembryonic antigen(CEA) | 350 | 298 |
| **Bio-Chemistry** | - | - |
| Blood Glucose Random | 25 | 21 |
| Blood Urea Nitrogen | 55 | 47 |
| Serum Creatinine | 56 | 48 |
| Serum Uric Acid | 56 | 48 |
| Serum Bilirubin total & direct | - | - |
| Serum Iron | at S.No. 104 | at S.No. 104 |
| Serum Cholesterol | 63 | 54 |
| Total Iron Binding Capacity | 100 | 85 |
| Glucose (Fasting & PP) | 48 | 41 |
| Serum Calcium -Total | 63 | 54 |
| Serum Calcium -Ionic | 45 | 38 |
| Serum Phosphorus | 66 | 56 |
| Total Protein Alb/Glo Ratio | 70 | 60 |
| S.G.P.T. | 56 | 48 |
| S.G.O.T. | 56 | 48 |
| Serum amylase | 120 | 102 |
| Serum Electrolyte | 140 | 119 |
| Triglyceride | 95 | 81 |
| Glucose Tolerance Test (GTT) | 100 | 85 |
| C.P.K. | 105 | 89 |
| L.D.H. | 132 | 112 |
| Alkaline Phosphatase | 63 | 54 |
| Acid Phosphatase | 80 | 68 |
| CK MB | 196 | 167 |
| Lithium. | 140 | 119 |
| Dilantin (phenytoin). | 439 | 373 |

| | | |
|---|---|---|
| Carbamazepine. | 439 | 373 |
| Valproic acid. | 315 | 268 |
| Feritin. | 315 | 268 |
| Blood gas analysis | 470 | 400 |
| Blood gas analysis with electrolytes | 151 | 129 |
| Urine pregnancy test | 69 | 58 |
| Hb A1 C | 165 | 140 |
| Kidney Function Test. | 200 | 170 |
| Liver Function Test. | 275 | 234 |
| Lipid Profile.( Total cholesterol,LDL,HDL,treigylcerides) | 215 | 182 |
| Extended Lipid Profile.( Total cholesterol,LDL,HDL,treigylcerides,Apo A1,Apo B,Lp(a)) | 700 | 595 |
| Apo A1. | 203 | 173 |
| Apo B. | 203 | 173 |
| Lp (a). | 400 | 340 |
| LDL. | 63 | 54 |
| Homocysteine. | 455 | 387 |
| HB Electrophoresis. | 450 | 383 |
| Serum Electrophoresis. | 300 | 255 |
| Fibrinogen. | 220 | 187 |
| Chloride. | 66 | 56 |
| Magnesium. | 154 | 131 |
| GGTP. | 100 | 85 |
| Lipase. | 245 | 208 |
| Fructosamine. | 200 | 170 |
| β2 microglobulin | 100 | 85 |
| Albumin. | 21 | 18 |
| Catecholamines. | 1,265 | 1,075 |
| Creatinine clearance. | 150 | 128 |
| ==Harmones== | - | - |
| T3, T4, TSH | 213 | 181 |
| T3 | 75 | 64 |
| T4 | 75 | 64 |
| TSH | 125 | 106 |
| LH | 188 | 159 |
| FSH | 188 | 159 |
| Prolactin | 188 | 159 |
| Cortisol | 266 | 226 |
| Enteropoetin | 693 | 589 |
| PTH(Paratharmone) | 618 | 525 |
| Calcitonin | 840 | 714 |
| C-Peptide. | 400 | 340 |
| Insulin. | 325 | 276 |
| Progesterone. | 266 | 226 |
| 17-DH Progesterone. | 450 | 383 |
| DHEAS. | 450 | 383 |
| Androstendione. | 770 | 655 |
| Growth Hormone. | 350 | 298 |
| TPO. | 385 | 327 |
| Throglobulin. | 400 | 340 |
| ==Microbiology & Serology== | - | - |
| Smear gram-strain examination | 48 | 41 |
| Sputum smear A.F.B. stain | 56 | 48 |
| Vaginal Smear Examination | 80 | 68 |

| | | |
|---|---|---|
| Direct smear and stain examination for cryptosporidium | 100 | 85 |
| Direct smear and stain examination for P.Carcinei | 100 | 85 |
| LCB Count for mycology | 150 | 128 |
| LCB Count for others | 300 | 255 |
| V.D.R.L. | 50 | 42 |
| TPHA test | 150 | 128 |
| Widal test | 70 | 60 |
| Rheumatoid Factor test | 105 | 89 |
| Culture & Sensitivity -bacterial | 100 | 85 |
| Culture & Sensitivity -Mycobacterial | 200 | 170 |
| Culture & Sensitivity -mycology | 200 | 170 |
| C.R.P. | 120 | 102 |
| C.R.P Quantative | 200 | 170 |
| ASO Titer | 143 | 122 |
| Quantitative H.C.G. | 80 | 68 |
| Blood culture & sensitivity- manual | 160 | 136 |
| Blood culture & sensitivity-automated | 300 | 255 |
| Vibro cholera culture | 300 | 255 |
| Rapid Blood Culture. | 468 | 397 |
| Rapid AFB Culture. | 420 | 357 |
| C.3. | 250 | 213 |
| C.4. | 250 | 213 |
| IgG. | 260 | 221 |
| IgM. | 260 | 221 |
| IgA. | 260 | 221 |
| ANA. | 320 | 272 |
| Ds DNA. | 385 | 327 |
| P ANCA. | 800 | 680 |
| C ANCA. | 770 | 655 |
| ==Infectuous disease serology== | - | - |
| HAV. | 553 | 470 |
| HbSAg – Elisa. | 147 | 125 |
| Anti HBS. | 300 | 255 |
| Anti HBC Total. | 490 | 417 |
| Anti HBC IgM. | 488 | 414 |
| HbeAg. | 423 | 359 |
| Anti Hbe. | 450 | 383 |
| Anti- HCV. | 300 | 255 |
| Anti- HEV. | 500 | 425 |
| Triple Marker. | 900 | 765 |
| ==TORCH.== | - | - |
| IgG. | 260 | 221 |
| IgM. | 260 | 221 |
| ==Toxoplasmosis.== | - | - |
| IgG. | 260 | 221 |
| IgM. | 260 | 221 |
| ==CMV(Cytomegalo virus).== | - | - |
| IgG. | 260 | 221 |
| IgM. | 260 | 221 |
| ==HSV.== | - | - |
| IgG. | 260 | 221 |
| IgM. | 260 | 221 |
| IgE. | 400 | 340 |
| ==Tuberculosis== | - | - |

| | | |
|---|---|---|
| TB IgG. | 280 | 238 |
| TB IgM. | 280 | 238 |
| TB IgA. | 280 | 238 |
| Rubella | - | - |
| Ig G | 200 | 170 |
| Ig M | 200 | 170 |
| Ig A | 250 | 213 |
| Dengue Serology. | 600 | 510 |
| Cysticercosis. | 500 | 425 |
| Hydatic Serology. | 374 | 318 |
| Anti Sperm Antibodies. | 400 | 340 |
| HBV DNA. | - | - |
| Qualitative. | 2,340 | 1,989 |
| Quantitative. | 1,600 | 1,360 |
| HCV RNA. | - | - |
| Qualitative. | 2,340 | 1,989 |
| HPV serology | | - |
| Rota Virus serology | 163 | 138 |
| PCR for TB | 975 | 829 |
| PCR for HIV | 630 | 536 |
| Chlamydae antigen | 900 | 765 |
| chlamydae antibody | 280 | 238 |
| Brucella serology | 200 | 170 |
| Influenza A serology | 943 | 801 |
| USG, X-ray , CT, MRI, Bone Densitometry | - | - |
| USG for Obstetrics -  Anomalies scan | 380 | 323 |
| Abdomen USG | 300 | 255 |
| Pelvic USG ( prostate, gynae, infertility etc) | 300 | 255 |
| Small parts USG ( scrotum, thyroid , parathyroid etc) | 410 | 349 |
| Neonatal head (Tranfontanellar) | 500 | 425 |
| Neonatal spine | 500 | 425 |
| Contrast enhanced USG | 650 | 553 |
| USG Breast | 410 | 349 |
| USG Hystero-Salpaingography  (HSG) | 300 | 255 |
| Colour Doppler , Carotid artery | 900 | 765 |
| Colour Doppler,  Peripheral Artery/Veins | 830 | 706 |
| Colour doppler, renal arteries/any other organ | 1,000 | 850 |
| USG guided intervention-aspiration | 500 | 425 |
| USG guided intervention- FNAC | 700 | 595 |
| USG guided intervention - biopsy | Listed Under Treatment Procedures | Listed Under Treatment Procedures |
| USG guided intervention - nephrostomy | 875 | 744 |
| X-Ray | - | - |
| Abdomen AP Supine or Erect (One film) | 150 | 128 |
| Abdomen Lateral view (one film) | 150 | 128 |
| Pelvimetry | 150 | 128 |
| Chest PA view (one film) | 70 | 60 |
| Chest Lateral (one film) | 70 | 60 |
| Mastoids: Towne view, oblique views (3 films) | 300 | 255 |
| Extremities, bones  & Joints AP & Lateral views (Two films) | 300 | 255 |
| Pelvis A.P  (one film) | 150 | 128 |
| T. M. Joints (one film) | 150 | 128 |
| Abdomen & Pelvis for K. U. B. | 150 | 128 |

| | | |
|---|---|---|
| Skull A. P. & Lateral (2 films) | 300 | 255 |
| Spine A. P. & Lateral (2 films) | 300 | 255 |
| PNS view (1 film) | 150 | 128 |
| **X ray Contrast studies** | - | - |
| Barium Swallow | 450 | 383 |
| Barium Upper GI study | 500 | 425 |
| Barium Upper GI study (Double contrast) | 800 | 680 |
| Barium Meal follow through | 900 | 765 |
| Barium Enema (Single contrast/double contrast) | 600 | 510 |
| Small bowel enteroclysis | 1,200 | 1,020 |
| ERCP (Endoscopic Retrograde Cholangio – Pancreatography) | 3,400 | 2,890 |
| General :Fistulography /Sinography/Sialography/Dacrocystography/ T-Tube cholangiogram/Nephrostogram | 750 | 638 |
| Percutaneous transhepatic cholangiography (PTC) | - | - |
| Intravenous Pyelography (IVP) | 1,400 | 1,190 |
| Micturating Cystourethrography (MCU) | 750 | 638 |
| Retrograde Urethrography (RGU) | 800 | 680 |
| Contrast Hystero-Salpingography (HSG) | 1,100 | 935 |
| X ray - Arthrography | 1,200 | 1,020 |
| Cephalography | 150 | 128 |
| Myelography | 1,500 | 1,275 |
| Digital Subtraction Angiography (DSA) – Cerebral arteries | 20,000 | 17,000 |
| Digital Subtraction Angiography (DSA) – Peripheral Artery/arteries | 9,000 | 7,650 |
| Digital Subtraction Angiography (DSA) - abdomen | - | - |
| Digital Subtraction Angiography (DSA) - chest | - | - |
| **Mammography** | - | - |
| X-ray Mammography | 500 | 425 |
| Ultrasound Mammography | 500 | 425 |
| MRI Mammography | 3,000 | 2,550 |
| **CT** | - | - |
| CT Head-Without Contrast | 1,050 | 893 |
| CT Head- with Contrast (+/- CT angiography) | 1,350 | 1,148 |
| C. T. Chest - without contrast (for lungs) | 2,000 | 1,700 |
| C. T. Chest - with contrast (+/- CT angiography) | 2,500 | 2,125 |
| C. T. Scan Upper Abdomen Without Contrast | 1,700 | 1,445 |
| C. T. Scan Upper Abdomen With Contrast | 2,400 | 2,040 |
| C. T. Scan Lower Abdomen Without Contrast | 1,700 | 1,445 |
| C. T. Scan lower Abdomen With Contrast | 2,400 | 2,040 |
| C. T. Scan Whole Abdomen Without Contrast | 3,300 | 2,805 |
| C. T. Scan Whole Abdomen With Contrast | 4,500 | 3,825 |
| CT angiography abdomen | 5,000 | 4,250 |
| CT enteroclysis | 5,700 | 4,845 |
| C. T. Scan Neck (Thyroid, parathyroid, Soft Tissues) – Without Contrast | 1,800 | 1,530 |
| C. T. Scan Neck – With Contrast | 2,200 | 1,870 |
| C. T. Scan Orbits - Without Contrast | 1,400 | 1,190 |
| C. T. Scan Orbits - With Contrast | 1,900 | 1,615 |
| C. T. Scan of Para Nasal Sinuses- Without Contrast | 1,250 | 1,063 |
| C. T. Scan of Para Nasal Sinuses - With Contrast | 1,700 | 1,445 |

| | | |
|---|---|---|
| C. T. Spine (Cervical, Dorsal, Lumbar, Sacral)–without contrast | 1,750 | 1,488 |
| CT Temporal bone – without contrast | 1,050 | 893 |
| CT - Dental | 800 | 680 |
| C. T. Scan Limbs -Without Contrast | 2,000 | 1,700 |
| C. T. Scan Limbs -With Contrast including CT angiography | 2,650 | 2,253 |
| C.T. Guided intervention – Biopsy /FNAC | 1,500 | 1,275 |
| C. T. Guided intervention -percutaneous catheter drainage / tube placement | 1,535 | 1,305 |
| **MRI** | - | - |
| MRI Head – Without Contrast | 2,350 | 1,998 |
| MRI Head – With Contrast | 3,350 | 2,848 |
| MRI Orbits – Without Contrast | 1,700 | 1,445 |
| MRI Orbits – With Contrast | 5,000 | 4,250 |
| MRI Nasopharynx and PNS – Without Contrast | 2,500 | 2,125 |
| MRI Nasopharynx and PNS – With Contrast | 5,000 | 4,250 |
| MRI Neck - Without Contrast | 2,400 | 2,040 |
| MRI Neck- with contrast | 5,000 | 4,250 |
| MRI Shoulder – With contrast | 2,500 | 2,125 |
| MRI Shoulder – Without contrast | 2,500 | 2,125 |
| MRI shoulder both Joints - Without contrast | 2,500 | 2,125 |
| MRI Shoulder both joints – With contrast | 5,000 | 4,250 |
| MRI Wrist Single joint - Without contrast | 2,500 | 2,125 |
| MRI Wrist Single joint - With contrast | 5,000 | 4,250 |
| MRI Wrist both joints - Without contrast | 2,500 | 2,125 |
| MRI Wrist Both joints - With contrast | 5,000 | 4,250 |
| MRI knee Single joint - Without contrast | 2,500 | 2,125 |
| MRI knee Single joint - With contrast | 5,000 | 4,250 |
| MRI knee both joints - Without contrast | 2,500 | 2,125 |
| MRI knee both joints - With contrast | 5,000 | 4,250 |
| MRI Ankle Single joint - Without contrast | 2,500 | 2,125 |
| MRI Ankle single joint - With contrast | 5,000 | 4,250 |
| MRI Ankle both joints - With contrast | 2,500 | 2,125 |
| MRI Ankle both joints - Without contrast | 2,500 | 2,125 |
| MRI Hip - With contrast | 2,500 | 2,125 |
| MRI Hip – without contrast | 3,000 | 2,550 |
| MRI Pelvis – Without Contrast | 2,500 | 2,125 |
| MRI Pelvis – with contrast | 5,000 | 4,250 |
| MRI Extremities - With contrast | 5,000 | 4,250 |
| MRI Extremities - Without contrast | 2,500 | 2,125 |
| MRI Temporomandibular - Single Joint - With contrast | 5,000 | 4,250 |
| MRI Temporomandibular - Single Joint - Without contrast | 2,500 | 2,125 |
| MRI Temporomandibular Double Joint - With contrast | 5,000 | 4,250 |
| MRI Temporomandibular Double Joint - Without contrast | 2,500 | 2,125 |
| MRI Abdomen – Without Contrast | 2,500 | 2,125 |
| MRI Abdomen – With Contrast | 5,000 | 4,250 |
| MRI Breast - With Contrast | 5,000 | 4,250 |
| MRI Breast - Without Contrast | 2,500 | 2,125 |
| MRI Spine Screening - Without Contrast | 1,000 | 850 |
| MRI Chest – Without Contrast | 2,500 | 2,125 |
| MRI Chest – With Contrast | 5,000 | 4,250 |

*Annotation (right margin, next to "MRI Neck - Without Contrast"):* This is the test ordered by the Oncologist.

| | | |
|---|---|---|
| MRI Cervical Spine – Without Contrast | 2,500 | 2,125 |
| MRI Cervical Spine – With Contrast | 5,000 | 4,250 |
| MRI Dorsal Spine - Without Contrast | 2,500 | 2,125 |
| MRI Dorsal Spine – With Contrast | 5,000 | 4,250 |
| MRI Lumbar Spine  – Without Contrast | 2,500 | 2,125 |
| MRI Lumbar Spine – With Contrast | 5,000 | 4,250 |
| Whole body MRI (For oncological workup) | 6,000 | 5,100 |
| MRI Angiography – Without Contrast | 1,200 | 1,020 |
| MRI Angiography – With Contrast | 5,000 | 4,250 |
| MR cholecysto-pancreatography. | 2,500 | 2,125 |
| MR Enteroclysis | 2,500 | 2,125 |
| **Bone Densitometry** | - | - |
| Bone Densitometry - Single Site | 800 | 680 |
| Bone Densitometry - Two sites | 1,000 | 850 |
| Bone Densitometry - Three sites (Spine, Hip & extremity) | 2,300 | 1,955 |
| Bone Densitometry Whole body | 1,500 | 1,275 |
| **NEUROLOGICAL INVESTIGATIONS AND PROCEDURES** | - | - |
| EEG/Video EEG | 350 | 298 |
| EMG (Electro myography) | 750 | 638 |
| Nerve condition velocity (at least 2 limbs) | 750 | 638 |
| Decremental response (before and after neo stigmine) | 700 | 595 |
| Incremental response | 700 | 595 |
| SSEP (Somato sensory evoked potentials) | 750 | 638 |
| Poly somnography | 750 | 638 |
| Brachial plexus study | 750 | 638 |
| Muscle biopsy | 410 | 349 |
| ACHR anti body titre | - | - |
| Anti MUSK body titre | 1,750 | 1,488 |
| Serum COPPER | 600 | 510 |
| Serum ceruloplasmin | 395 | 336 |
| Urinary copper | 300 | 255 |
| Serum homocystine | 455 | 387 |
| Serum valproate level | 439 | 373 |
| Serum phenol barbitone level | 390 | 332 |
| Coagulation profile | 650 | 553 |
| Protein C, S anti thrombine – III | 1,800 | 1,530 |
| Serum lactate level | 500 | 425 |
| **CSF** | - | - |
| a.   Basic studies including cell count, protein, sugar, gram stain, India Ink preparation and smear for AFP | 240 | 204 |
| b.     Special studies | - | - |
| PCR for tuberculosis/ Herpes simplex | 1,229 | 1,044 |
| Bacterial culture and sensitivity | 150 | 128 |
| Mycobacterial culture and sensitivity | 200 | 170 |
| Fungal culture | 150 | 128 |
| Malignant cells | 75 | 64 |
| Anti measles antibody titre (with serum antibody titre) | 950 | 808 |
| Viral culture | 300 | 255 |
| Antibody titre (Herpes simplex, cytomegalo virus, flavivirus, zoster varicella virus) | 2,000 | 1,700 |
| Oligoclonal band | 1,500 | 1,275 |

| | | |
|---|---|---|
| Myelin Basic protein | 2,000 | 1,700 |
| Lactate | 350 | 298 |
| Crypto coccal antigen | 1,138 | 967 |
| **TESTS IN GASTRO-ENTEROLOGY** | - | - |
| a.     D-xylase test | 735 | 625 |
| b.     Fecal fat test/ fecal chymotrypsin/ fecal elastase | 1,000 | 850 |
| c.     Breath tests | 670 | 570 |
| d.     H pylori serology for ciliac disease | 550 | 468 |
| e.     HBV genotyping | 2,730 | 2,321 |
| f.     HCV genotyping | 5,450 | 4,633 |
| **Tests in Endocrinology   ( in addition to those included under Harmones)** | - | - |
| Urinary VMA | 150 | 128 |
| Urinary metanephrine/Normetanephrine | 400 | 340 |
| Urinary free catecholamine | 1,690 | 1,437 |
| Serum catecholamine | 2,800 | 2,380 |
| Serum aldosterone | 1,200 | 1,020 |
| 24 Hr urinary aldosterone | 920 | 782 |
| Plasma renin activity | 1,235 | 1,050 |
| Serum aldosterone/renin ratio | 1,250 | 1,063 |
| Osmolality urine | 150 | 128 |
| Osmolality serum | 150 | 128 |
| Urinary sodium | 94 | 79 |
| Urinary Chloride | 50 | 43 |
| Urinary potassium | 94 | 79 |
| Urinary calcium | 80 | 68 |
| Anti TPO  ante body | 400 | 340 |
| Thyroid binding globulin | 600 | 510 |
| Serum cotisole | 300 | 255 |
| 24 hr urinary free cotisole | 400 | 340 |
| Islet cell antebody | 1,015 | 863 |
| GAD antibody | 1,330 | 1,131 |
| Insulin associated antibody | 449 | 381 |
| IGF-1 | 2,000 | 1,700 |
| IGF-BP3 | 1,788 | 1,519 |
| Sex hormone binding globulin | 1,200 | 1,020 |
| USG guided FNAC thyroid gland | 455 | 387 |
| FT3 | 125 | 106 |
| FT4 | 125 | 106 |
| FT4/TSH | 100 | 85 |
| FT3/FT4/TSH | 300 | 255 |
| E2 | 245 | 208 |
| Thyro globulin antibody | 600 | 510 |