# CLASSIC REALTY LLC

390 PARK AVENUE, 6TH FLOOR, NEW YORK, NY 10022

| DATE | 08/01/2016 |
|---|---|
| AMOUNT DUE | 6,647.80 |
| ACCT NO. | T0000989 |

**MAKE CHECK PAYABLE TO:** CLASSIC REALTY LLC, AS AGENT

986-375-4488

**KEEP THIS STUB FOR YOUR RECORDS**

| ACCT NO. | BILLING DATE |
|---|---|
| T0000989 | July 22, 2016 |

| ITEM | AMOUNT |
|---|---|
| COMMON CHG INCOME | 3,043.67 |
| ELECTRIC | 560.46 |
| COMMON CHG INCOME (0 | 3,043.67 |

**PLEASE RETURN PAYMENT TO:**

530 PARK AVENUE CONDOMINIUM
C/O CLASSIC REALTY LLC
390 PARK AVE - 6TH FL
NEW YORK, NY 10022

**NAME**

DIYA HOLDINGS LLC
C/O SHALINI A. AHMED
505 NORTH STREET
GREENWICH, CT 06830

| DATE DUE | AMOUNT DUE |
|---|---|
| 08/01/2016 | $6,647.80 |

9863701224841616161625242520000006647800801201600000006

---

530 Park Ave
New York, NY 10021

**MAKE PAYMENT TO**

This is not a bill.
Charges will be billed
in your rent statement.

**PLEASE PAY BY:**

**ELECTRIC BILL FOR UNIT: 12A**
**Billing Period:** 06/07/2016 – 07/07/2016

| METER NO. | PREVIOUS READING | CURRENT READING | USAGE - KWH | *** | AMOUNT - $ | RATE - $ |
|---|---|---|---|---|---|---|
| 81026858 | 41041.3 | 42280.1 | 1238.8 | A | $246.93 | EL-1 RATES |

**USAGE - KWH**
KWH: 1238.8

**METER MULTIPLIER: x 1.0**
Diya Holdings LLC
530 Park Ave UNIT# 12A
New York, NY 10021

| CUSTOMER CHARGE: | $15.76 |
|---|---|
| KWH COST: | $246.93 |
| FUEL ADJUSTMENT: | $21.78 |
| UTILITY TAX: | $11.58 |
| SALES TAX: | $13.32 |
| TOTAL AMOUNT DUE: | $309.37 |

**AMOUNT DUE - $**
$309.37
**TENANT**
12A
QB724

**QLC QUAD LOGIC**

*** E=ESTIMATED READ, A=ACTUAL READ
RETAIN THIS PORTION FOR YOUR RECORDS

RETURN THIS STUB WITH PAYMENT