# CLASSIC REALTY LLC

390 PARK AVENUE, 6TH FLOOR, NEW YORK, NY 10022

| DATE | 08/01/2016 |
|---|---|
| AMOUNT DUE | 7,595.64 |
| ACCT NO. | T0001325 |

986-375-4488

MAKE CHECK PAYABLE TO: **CLASSIC REALTY LLC, AS AGENT**

KEEP THIS STUB FOR YOUR RECORDS

| ACCT NO. | BILLING DATE |
|---|---|
| T0001325 | July 22, 2016 |

| ITEM | AMOUNT |
|---|---|
| COMMON CHG INCOME | 3,736.51 |
| ELECTRIC | 122.62 |
| COMMON CHG INCOME (0 | 3,736.51 |

**PLEASE RETURN PAYMENT TO:**

530 PARK AVENUE CONDOMINIUM
C/O CLASSIC REALTY LLC
390 PARK AVE - 6TH FL
NEW YORK, NY 10022

**NAME**

DIYA REAL HOLDINGS LLC
505 NORTH STREET
GREENWICH, CT 06830

9863701224841616161719182140000007595640801201600000005

| DATE DUE | AMOUNT DUE |
|---|---|
| 08/01/2016 | $7,595.64 |

---

530 Park Ave
New York, NY 10021

**MAKE PAYMENT TO** → This is not a bill. Charges will be billed in your rent statement.

**PLEASE PAY BY:**

**ELECTRIC BILL FOR UNIT: 12F**
**Billing Period:** 06/07/2016 — 07/07/2016

| METER NO. | PREVIOUS READING | CURRENT READING | USAGE - KWH | *** | AMOUNT - $ | RATE - $ |
|---|---|---|---|---|---|---|
| 70014668 | 46968.9 | 47168.4 | 199.5 | A | | $37.65 EL-1 RATES |

**USAGE - KWH**
KWH: 199.5

**METER MULTIPLIER: x 1.0**
DIYA REAL HOLDINGS LLC
530 Park Ave UNIT# 12F
New York, NY 10021

| | |
|---|---|
| CUSTOMER CHARGE: | $15.76 |
| KWH COST: | $37.65 |
| FUEL ADJUSTMENT: | $3.51 |
| UTILITY TAX: | $2.43 |
| SALES TAX: | $2.67 |
| TOTAL AMOUNT DUE: | $62.02 |

**AMOUNT DUE - $**
$62.02
TENANT
12F
QB724

**QLC QUAD LOGIC**

*** E=ESTIMATED READ, A=ACTUAL READ
RETAIN THIS PORTION FOR YOUR RECORDS
RETURN THIS STUB WITH PAYMENT