# Ifty A. A.
Sports and Entertainment Management

Mumbai, Maharashtra, India | Sports

| | |
|---|---|
| Current | Sports Village |
| Previous | Oak Management Corporation, Fidelity Ventures, Goldman Sachs |
| Education | Harvard Business School |

Send Ifty InMail

**7**
connections

https://in.linkedin.com/in/ifty-a-a-285906106

**Background**

 Summary

Striving to leave an impact and turn one's passion in to practice.

 Experience

**COS**
Sports Village
December 2015 – Present (9 months) | Mumbai Area, India

Sports, Wellness and Leisure, Culture and Entertainment destination.

**Investment Professional**
Oak Management Corporation
January 2004 – April 2015 (11 years 4 months) | Greenwich, CT

Venture Capital and Private Equity

**Investment Professional**
Fidelity Ventures
December 2000 – December 2003 (3 years 1 month) | Boston, MA

Venture Capital

**Associate**
Goldman Sachs
August 1999 – May 2000 (10 months) | New York, NY

Investment Managment

**Engineer**
Schlumberger
June 1993 – June 1997 (4 years 1 month) | Multiple Countries - Europe, North Africa and Asia



Oilfield services wireline engineer

 Education

**Harvard Business School**
Master of Business Administration (MBA)
1997 – 1999



**Indian Institute of Technology, Delhi**
Bachelor of Technology (B.Tech.), Engineering
1989 – 1993

 Languages

**English**
Native or bilingual proficiency

**Hindi**
Native or bilingual proficiency

**Bengali**
Native or bilingual proficiency

**Assamese**
Native or bilingual proficiency

**Urdu**
Professional working proficiency

**Arabic**
Limited working proficiency

**Korean**
Elementary proficiency

 Volunteer Experience & Causes

**Opportunities Ifty is looking for:**

- Joining a nonprofit board
- Skills-based volunteering (pro bono consulting)

Following

**Schools**


**Harvard Business Sc…**
Greater Boston Area
Follow


**Indian Institute of Te…**
New Delhi Area, India
Follow