

----- Original Message -----
From: Iftikar Ahmed <iahmed@oakvc.com>

CONFIDENTIAL – FOIA Confidentiality Requested  OAK-SEC-00002055

To: Ahmed, Shalini (Aggarwal)
Sent: Mon Dec 08 17:32:46 2008
Subject: Re:

Shal

[redacted] My mom has more money than me and my dad left her with enough - she does not depend on me and does not need my money. What I send to her is 100% - 100% - for charity, nothing else. It is my charity and rather than spend it here, I spend it in a place that benefits more from every marginal unit of charity. If I decided to give it out here the way I wanted to, it wd be a welcome decision by my mother.

[redacted]

Ifty

[redacted]

CONFIDENTIAL – FOIA Confidentiality Requested                                             OAK-SEC-00002056