UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------- X
UNITED STATES SECURITIES AND :
EXCHANGE COMMISSION, :
 :
*Plaintiff,* :
 :
v. :
 :
IFTIKAR AHMED, :
 :
*Defendant, and* :
 :
IFTIKAR ALI AHMED SOLE PROP, : Civil Action No.
I-CUBED DOMAINS, LLC; SHALINI AHMED; : 3:15-CV-675 (JBA)
SHALINI AHMED 2014 GRANTOR RETAINED :
ANNUITY TRUST; DIYA HOLDINGS LLC; :
DIYA REAL HOLDINGS, LLC; I.I. 1, a minor :
child, by and through his next friends IFTIKAR and :
SHALINI AHMED, his parents; I.I. 2, a minor child, :
by and through his next friends IFTIKAR and :
SHALINI AHMED, his parents; and I.I. 3, a minor :
child, by and through his next friends IFTIKAR and :
SHALINI AHMED, his parents, :
 :
*Relief Defendants.* :
---------------------------------------------------------------- X

**UNOPPOSED FIRST APPLICATION FOR RELEASE OF FUNDS
FOR PAYMENT OF ATTORNEYS' FEES AND DISBURSEMENTS**

Relief Defendants I-Cubed Domains, LLC, Shalini Ahmed, Shalini Ahmed 2014 Grantor Retained Annuity Trust, DIYA Holdings, LLC, DIYA Real Holdings, LLC, I.I. 1, I.I. 2, and I.I. 3 (together, "Relief Defendants"), by and through undersigned counsel, respectfully submit this First Application for Release of Funds for Payment of Attorneys' Fees and Disbursements. Plaintiff United States Securities and Exchange Commission ("SEC") does not object to this application.

1

On August 12, 2015, the Court entered a preliminary injunction freezing assets of Defendant Iftikar Ahmed and various Relief Defendants ("Asset Freeze Order") (Dkt. No. 113). On February 19, 2016, the Court granted a limited modification of the Asset Freeze Order ("Endorsement Order") (Doc. No. 195). In the Endorsement Order, the Court directed that "Relief Defendants' second New York apartment unit shall be placed with Sotheby's for immediate rental, with the net proceeds from rental income deposited into the Fidelity account to pay reasonable attorneys' fees, which will be released upon application." (Endorsement Order at 2.)

Subsequently, the Court modified its directive to permit the deposit and maintenance of rental income in an account at Bank of America in the name of Relief Defendant DIYA Real Holdings LLC ("DIYA Real") (Doc. No. 266). DIYA Real is the entity that owns the referenced apartment unit. DIYA Real leased the apartment to a tenant beginning July 15, 2016, and has begun collecting rent payments as of that date.

Ms. Ahmed now seeks the release of funds from the asset freeze, specifically proceeds from the apartment lease in the account of DIYA Real Holdings LLC, in order to begin to pay attorneys' fees and disbursements incurred in this matter. The release of these funds is anticipated by the Court's Endorsement Order of February 19, 2016 (Doc. No. 195).

Professional fees for the law firm of Harris, St. Laurent and Chaudhry LLP from the inception of this matter through July 31, 2016, totaled $821,011.25, and disbursements totaled $30,971.75; the outstanding amount due to Harris, St. Laurent & Chaudhry LLP is $820,062.59. Below is a summary of the amounts billed:

2

**Summary of Amounts Billed by Harris, St. Laurent & Chaudhry LLP**

| Invoice No. | Date | Professional Services | Disbursements | Invoice Total |
|---|---|---|---|---|
| 2470 | 9/30/15 | $447,998.75 | $14,103.72 | $462,102.47 |
| 2656 | 10/31/15 | $87,708.75 | $6,972.11 | $94,680.86 |
| 2963 | 12/31/15 | $88,545.00 | $300.00 | $88,845.00 |
| 4119 | 4/30/16 | $113,146.25 | $6,671.25 | $119,817.50 |
| 4509 | 5/1/16 - 7/31/16 | $83,612.50 | $2,924.67 | $86,537.17 |
| TOTAL | | $821,011.25 | $30,971.75 | $851,983.00 |
| *Balance as of 7/31/16 = **$820,062.59** | | | | |

Full invoices, including time-and-task information, from Harris, St. Laurent & Chaudhry LLP are attached hereto as Exhibit 1.

Fees for the law firm of Murtha Cullina LLP totaled $106,984.00, and disbursements totaled $814.60; the outstanding amount due to Murtha Cullina LLP is $82,798.60. Below is a summary of the amounts billed:

**Summary of Amounts Billed by Murtha Cullina LLP**

| Invoice No. | Date | Professional Services | Disbursements | Invoice Total |
|---|---|---|---|---|
| 514960 | 8/31/15 | $18,813.00 | $375.00 | $19,188.00 |
| 515975 | 9/3/15 | $4,638.00 | $11.74 | $4,649.74 |
| 518495 | 10/30/15 | $4,068.50 | $58.08 | $4,126.58 |
| 519848 | 11/30/15 | $27,031.50 | $101.90 | $27,133.40 |
| 521133 | 12/15/15 | $5,531.00 | - | $5,531.00 |
| 522962 | 1/29/16 | $2,781.50 | $34.77 | $2,816.27 |
| 523891 | 2/29/16 | $1,253.00 | $19.13 | $1,272.13 |
| 525257 | 3/31/16 | $1,266.00 | $51.05 | $1,317.05 |
| 526689 | 4/29/16 | $852.50 | $82.98 | $935.48 |
| 528176 | 5/31/16 | $2,141.00 | $15.96 | $2,156.96 |
| 529251 | 6/30/16 | $1,986.50 | $37.34 | $2,023.84 |
| 530480 | 7/29/16 | $36,621.50 | $26.65 | $36,648.15 |
| TOTAL | | $106,984.00 | $814.60 | $107,798.60 |
| *Balance as of 7/29/16 = **$82,798.60** | | | | |

Full invoices, including time-and-task information, from Murtha Cullina LLP are attached hereto as Exhibit 2.

     Funds presently available in the account of DIYA Real Holdings total $70,319.75. Relief Defendants request that the amount of $65,000.00 be released to cover counsels' fees and disbursements on a pro rata basis. As noted, the SEC does not object to this application.

     WHEREFORE, the Relief Defendants respectfully request that the Court modify the asset freeze order to release the sums of $58,500.00 to Harris St. Laurent & Chaudhry LLP and $6,500.00 to Murtha Cullina LLP, from the account of Relief Defendant DIYA Real Holdings LLC for partial payment of disbursements and legal fees that Relief Defendants have incurred in this litigation.

Dated: New York, New York
       August 29, 2016

                                        Respectfully submitted,

                                                  */s/ Gabriel Hayes-Williams*
                                     Jonathan Harris (admitted *pro hac vice*)
                                     David B. Deitch (admitted *pro hac vice*)
                                     L. Reid Skibell (admitted *pro hac vice*)
                                     S. Gabriel Hayes-Williams
                                          (admitted *pro hac vice*)
                                     HARRIS, ST. LAURENT
                                     & CHAUDHRY LLP
                                     40 Wall Street, 53rd Floor
                                     New York, New York 10005
                                     Tel. 212.397.3370

                                     Paul E. Knag
                                     MURTHA CULLINA, LLP
                                     177 Broad Street, 16th Floor
                                     Stanford, C 06901
                                     Tel: 203.653.5400

                                     *Attorneys for Relief Defendants*
                                     *I-Cubed Domain, LLC, Shalini Ahmed,*
                                     *Shalini Ahmed 2014 Grantor Retained*

*Annuity Trust, Diya Holdings, LLC, Diya Real Holdings, LLC, I.I. 1, I.I. 2 and I.I. 3*

Case 3:15-cv-00675-JBA   Document 300   Filed 08/29/16   Page 5 of 6

CERTIFICATE OF SERVICE

I hereby certify that, on August 29, 2016, I electronically transmitted the foregoing Application for Release of Funds for Payment of Attorneys' Fees and Disbursements to the Clerk of the Court using the CM/ECF system for filing. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                                  */s/ S. Gabriel Hayes-Williams*