UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------------ X
UNITED STATES SECURITIES AND EXCHANGE  :
COMMISSION,                            :
                                       :
        Plaintiff,                 :
                                       :
v.                                     :
                                       :
IFTIKAR AHMED,                         :
                                       :
        Defendant, and             :
                                       :  Civil Action No.
IFTIKAR ALI AHMED SOLE PROP,           :  3:15-CV-675 (JBA)
I-CUBED DOMAINS, LLC; SHALINI AHMED;   :
SHALINI AHMED 2014 GRANTOR RETAINED    :  ORDER
ANNUITY TRUST; DIYA HOLDINGS LLC;      :
DIYA REAL HOLDINGS, LLC; I.I. 1, a minor :
child, by and through his next friends IFTIKAR :
and SHALINI AHMED, his parents; I.I. 2, a minor :
child, by and through his next friends IFTIKAR :
and SHALINI AHMED, his parents; and I.I. 3, a :
minor child, by and through his next friends   :
IFTIKAR and SHALINI AHMED, his parents, :
                                       :
        Relief Defendants.         :
------------------------------------------------------------------ X

**WHEREAS** on August 12, 2015, the Court entered (Doc. # 113) a preliminary injunction freezing assets of Defendant Iftikar Ahmed ("Asset Freeze Order");

**WHEREAS** on July 29, 2016, Defendant Iftikar Ahmed filed [Doc. # 268] a renewed motion for release of funds for an MRI and follow up consulation ("Motion");

**WHEREAS** on August 22, 2016, the Court held a telephonic status conference and partially granted Defendant Iftikar Ahmed's Motion;

**IT IS HEREBY ORDERED** that the Asset Freeze Order is modified as follows:

1. Funds in the amount of $200.00 held in the account of Defendant Iftikar Ahmed and Relief Defendant Shalini Ahmed ending x3754 at Bank of America are released from the Court's asset freeze;

2. Bank of America is directed to remit $200.00 from x3754 to Nadamuri Basava Taraka Ramarao Memorial Cancer Foundation's bank account located at Indian Bank, Himayath Nagar Branch.

3. The Commission is directed to use all practical and reasonable efforts to ensure that the relief specified herein is effectuated promptly.

IT IS SO ORDRED this 6th day of ~~August~~ September, 2016

Janet Bond Arterton, U.S.D.J.