UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------------ X
UNITED STATES SECURITIES AND EXCHANGE           :
COMMISSION,                                                            :
                                                                              :
                                  Plaintiff,                            :
                                                                              :
         v.                                                                :
                                                                              :
IFTIKAR AHMED,                                                  :
                                                                              :
                                  Defendant, and                 :
                                                                              :   Civil Action No.
IFTIKAR ALI AHMED SOLE PROP,                       :   3:15-CV-675 (JBA)
I-CUBED DOMAINS, LLC; SHALINI AHMED;       :
SHALINI AHMED 2014 GRANTOR RETAINED     :   ORDER
ANNUITY TRUST; DIYA HOLDINGS LLC;            :
DIYA REAL HOLDINGS, LLC; I.I. 1, a minor        :
child, by and through his next friends IFTIKAR     :
and SHALINI AHMED, his parents; I.I. 2, a minor :
child, by and through his next friends IFTIKAR     :
and SHALINI AHMED, his parents; and I.I. 3, a      :
minor child, by and through his next friends          :
IFTIKAR and SHALINI AHMED, his parents,          :
                                                                              :
                                  Relief Defendants.               :
------------------------------------------------------------------ X
-

         Relief Defendants' Unopposed First Application for Release of Funds for Attorneys'

Fees and Disbursements [Doc. # 300] is GRANTED and the Court's Asset Freeze Order

dated August 12, 2015 [Doc. # 113], as modified by the Endorsement Order dated February

19, 2016 [Doc.# 195], is further modified as follows:

    1. Funds in the amount of $58,500.00, held in the account of Relief Defendant DIYA

        Real Holdings LLC ending x7632 at Bank of America, are released from the Court's

        asset freeze order for payment to Harris, St. Laurent & Chaudhry LLP.

2.   Funds in the amount of $6,500.00, held in the account of Relief Defendant DIYA

Real Holdings LLC ending x7632 at Bank of America, are released from the Court's

asset freeze order for payment to Murtha Cullina LLP.

3.   The Commission is directed to use all practical and reasonable efforts to ensure that

all relief specified herein is effectuated promptly.


IT IS SO ORDRED this 7th day of September, 2016


/s/_____
Janet Bond Arterton, U.S.D.J.