UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>IFTIKAR AHMED,<br><br>Defendant, and<br><br>IFTIKAR ALI AHMED SOLE PROP; I-CUBED DOMAINS, LLC; SHALINI AHMED; SHALINI AHMED 2014 GRANTOR RETAINED ANNUITY TRUST; DIYA HOLDINGS LLC; DIYA REAL HOLDINGS, LLC; I.I. 1, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; I.I. 2, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; and I.I. 3, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents,<br><br>Relief Defendants. | Civil Action No. 3:15cv675 (JBA) |

## PLAINTIFF UNITED STATES SECURITIES AND EXCHANGE COMMISSION AND NON-PARTY BARCLAYS CAPITAL INC.'S STIPULATION TO MODIFY PRELIMINARY INJUNCTION AND [PROPOSED] ORDER

Plaintiff United States Securities and Exchange Commission (the "Commission") and non-party Barclays Capital Inc. ("Barclays") hereby stipulate and agree to modification of the Court's Preliminary Injunction (Doc. No. 113) to permit the broker dealer of record to be changed from Barclays to Pershing, LLC ("Pershing") on an account Barclays holds in the name of Defendant Iftikar Ahmed's ("Ahmed") wife, Relief Defendant Shalini Ahmed ("S. Ahmed"). In support of this stipulation, the Commission and Barclays state as follows:

1.      On August 12, 2015, the Court issued a Preliminary Injunction (Doc. No. 113) freezing Ahmed's assets up to the amount of $118,246,186 and directing that "[a]ny bank, financial or brokerage institution . . . holding any funds, securities or other assets of Defendant Iftikar Ahmed or to Relief Defendant[]...Shalini Ahmed . . . up to the amount[] [$118,246,186], held in the name of, for the benefit of, or under the control of Defendant Iftikar Ahmed or Relief Defendant[]...Shalini Ahmed . . . shall hold and retain within their control and prohibit the withdrawal, removal, transfer or other disposal of any such funds or other assets."

2.      The Commission served a copy of the Preliminary Injunction on Barclays by letter dated August 19, 2015.

3.      Among the assets subject to the freeze is a brokerage account held by the Barclays Wealth and Investment Management, Americas business ("Barclays Wealth Americas") in the name of Relief Defendant S. Ahmed containing securities and funds in the approximate amount of $363,495.93[1] (the "S. Ahmed Account"). The S. Ahmed Account is under the control of Barclays, but the custodian for the assets held in the account is Pershing.

4.      On December 4, 2015, Barclays sold Barclays Wealth Americas to Stifel Financial Corp. However, Barclays retained certain accounts that were subject to legal freezes or holds, including the S. Ahmed Account. In order to complete its exit from Barclays Wealth Americas, Barclays is seeking to dispose of its remaining Barclays Wealth Americas accounts, which involves changing the role of broker dealer of record from Barclays to Pershing.

For the foregoing reasons, the Commission and Barclays HEREBY STIPULATE AND AGREE that the Court's August 12, 2015 Preliminary Injunction is modified to permit changing the role of broker dealer of record of the S. Ahmed Account from Barclays to Pershing. The Preliminary Injunction shall in all other ways remain in effect.

---

[1] As of July 13, 2016.

Dated: September 19, 2016

Nicholas P. Heinke (Colo. Bar No. 38738)
Connecticut Bar No. phv07374
Mark L. Williams (New York Bar No. 4796611)
Connecticut Bar No. phv07375
United States Securities and Exchange Commission
1961 Stout St., Suite 1700, Denver, CO 80294
Phone:    (303) 844-1000 (main)
              (303) 844-1071 (Heinke)
              (303) 844-1027 (Williams)
E-mail:    HeinkeN@sec.gov
              WilliamsML@sec.gov

Charles C. Platt
Connecticut Federal Bar No. ct23036
Wilmer Cutler Pickering Hale
 and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Phone: (212) 230-8860
Fax: (212) 230-8888
E-mail: charles.platt@wilmerhale.com

*Attorneys for non-party Barclays Capital Inc.*

John B. Hughes (CT05289)
Connecticut Federal Bar No. ct05289
Assistant United States Attorney
Chief, Civil Division
United States Attorney's Office
Connecticut Financial Center
157 Church St., 25th Floor
New Haven, CT 06510
Ph: (203) 821-3700
Fax: (203) 773-5373
E-mail: John.Hughes@usdoj.gov

*Attorneys for Plaintiff*
UNITED STATES SECURITIES AND EXCHANGE COMMISSION

3

SO ORDERED, this ___ day of September, 2016

_____
Janet Bond Arterton, U.S.D.J.

CERTIFICATE OF SERVICE

I certify that on September 19, 2016 a copy of the foregoing document was served via ECF/e-mail/UPS upon the following:

Iftikar Ahmed
505 North Street
Greenwich, Connecticut 06830

Ahmed Sole Prop
505 North Street
Greenwich, Connecticut 06830

Jonathan Harris
Harris, O'Brien, St. Laurent & Chaudhry LLP
111 Broadway, Suite 1502
New York, NY 10006
(Counsel for Relief Defendants)

s/Nicholas P. Heinke
Nicholas P. Heinke