UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------- X

UNITED STATES SECURITIES AND EXCHANGE        :
COMMISSION,                                                              :
                                                                               :
                        Plaintiff,                                          :
                                                                               :
        v.                                                                    :
                                                                               :
IFTIKAR AHMED,                                                       :
                                                                               :
                        Defendant, and                               :        Civil Action No.
                                                                               :        3:15-CV-675 (JBA)
IFTIKAR ALI AHMED SOLE PROP,                           :
I-CUBED DOMAINS, LLC; SHALINI AHMED;            :                ORDER ON
SHALINI AHMED 2014 GRANTOR RETAINED          :        CONSENT
ANNUITY TRUST; DIYA HOLDINGS LLC;              :
DIYA REAL HOLDINGS, LLC; I.I. 1, a minor           :
child, by and through his next friends IFTIKAR       :
and SHALINI AHMED, his parents; I.I. 2, a minor    :
child, by and through his next friends IFTIKAR       :
and SHALINI AHMED, his parents; and I.I. 3, a       :
minor child, by and through his next friends            :
IFTIKAR and SHALINI AHMED, his parents,           :
                                                                               :
                        Relief Defendants.                          :
---------------------------------------------------------------- X

   **WHEREAS** on August 12, 2015, the Court entered [Doc. # 113] a preliminary

injunction freezing assets of Defendant Iftikar Ahmed and various Relief Defendants

("Asset Freeze Order");

   **WHEREAS** on November 8, 2016, Defendant Iftiakr Ahmed requested [Doc. # 333]

that the Asset Freeze Order be modified to allow certain distirbutions made to the Essell

Group LLC from Ribbit Capital, L.P. and Ribbit Capital II, L.P to be transferred to the Essel

Group LLC's account ending x5234 at The Northern Trust Company;

WHEREAS Plaintiff United Sates Securities Exchange Commission consents to the modification of the Asset Freeze Order and the requested transfer;

Upon consent, **IT IS HEREBY ORDERED** that the Court's Asset Freeze Order dated August 12, 2015, as modified by the Endorsement Order dated February 19, 2016, is further modified as follows:

1. Distributions to The Essell Group LLC from Ribbit Capital, L.P. and Ribbit Capital II, L.P totalling $406,255.96 is to be transferred to to The Essell Group LLC's Northern Trust Company account ending x5234.

2. The Commission is directed to use all practical and reasonable efforts to ensure that all relief specified herein is effectuated promptly.

IT IS SO ORDRED this 2✗ day of December, 2016

Janet Bond Arterton, U.S.D.J.