# EXHIBIT A

**Harris, St. Laurent & Chaudhry LLP**
40 Wall St. 53rd floor
New York, NY 10005
646-571-0664

10-05-2016

**Invoice Number: 4827**
Invoice Period: 08-04-2015 - 09-30-2016

**RE: PC09046-001 SEC v Ahmed (1085-101)**

## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08-01-2016 | David Deitch | Telephone conference with client regarding status of home; review client's email regarding same; email P. Chaudhry regarding same. | 0.750 | 550.00 | 412.50 |
| 08-01-2016 | Gabriel Hayes-Williams | Telephone calls with S. Ahmed, and SEC re tax preparation issues; finalize additional motion re apartment cleaning | 1.250 | 325.00 | 406.25 |
| 08-02-2016 | Gabriel Hayes-Williams | File motion re additional reimbursements for cleaning costs; email re same; email w/ HSC attorneys re fees; email w/ P. Knag re fees | 0.750 | 325.00 | 243.75 |
| 08-03-2016 | David Deitch | Telephone conference with SEC counsel regarding upcoming settlement conference; emails regarding same. | 0.500 | 550.00 | 275.00 |
| 08-04-2016 | David Deitch | Draft reply memorandum regarding motion for additional release of funds for criminal legal fees; emails regarding same. | 2.750 | 550.00 | 1,512.50 |
| 08-04-2016 | Reid Skibell | Review of motion for release of few and email correspondence with D. Deitch re: same. | 1.000 | 550.00 | 550.00 |
| 08-04-2016 | Gabriel Hayes-Williams | Telephone calls w/ court re motion for fees; email | 0.750 | 325.00 | 243.75 |
| 08-05-2016 | Gabriel Hayes-Williams | Attention to tax issues, telephone call w/ court; email with D. Deitch, R. Skibell and SEC | 1.000 | 325.00 | 325.00 |
| 08-05-2016 | David Deitch | Emails regarding telephone conference this week with SEC counsel regarding settlement. | 0.500 | 550.00 | 275.00 |
| 08-08-2016 | David Deitch | Revise reply brief regarding additional criminal fees; emails with client regarding same. | 1.000 | 550.00 | 550.00 |
| 08-08-2016 | Priya Chaudhry | review transcript; internal emails | 1.000 | 675.00 | 675.00 |
| 08-08-2016 | Gabriel Hayes-Williams | File reply papers on motion to release funds for criminal fees, email w/ D. Deitch and P. Chaudhry re same | 0.500 | 325.00 | 162.50 |
| 08-09-2016 | Gabriel Hayes-Williams | Review email from K. Bajwa re liquidation of Phishme | 0.250 | 325.00 | 81.25 |
| 08-09-2016 | Priya Chaudhry | review pleading; email internally | 1.500 | 675.00 | 1,012.50 |
| 08-10-2016 | Jonathan Harris | confer w/PC and DD re settlement proposal | 0.500 | 675.00 | 337.50 |
| 08-10-2016 | Priya Chaudhry | internal call; email with client; prepare for meeting | 2.000 | 675.00 | 1,350.00 |
| 08-10-2016 | Priya Chaudhry | settlement call; internal meeting; speak with client | 2.000 | 675.00 | 1,350.00 |
| 08-10-2016 | David Deitch | Emails regarding Oak K-1s; prepare for and participate in settlement conference call with SEC and DOJ counsel; telephone conference with P. Chaudhry and client regarding same. | 2.500 | 550.00 | 1,375.00 |
| 08-10-2016 | Gabriel Hayes-Williams | Attention to email | 0.250 | 325.00 | 81.25 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08-11-2016 | Gabriel Hayes-Williams | Negotiate release of funds for tax preparation w/ SEC; draft consent motion and attachments same; confirm email w/ SEC and review revised draft; email and telephone calls with S. Ahmed | 1.250 | 325.00 | 406.25 |
| 08-11-2016 | David Deitch | Telephone conference regarding aspects of SEC settlement proposal involving illiquid assets. | 0.500 | 550.00 | 275.00 |
| 08-12-2016 | Reid Skibell | Review supplemental SEC submission and email correspondence re: same. | 0.500 | 550.00 | 275.00 |
| 08-12-2016 | Gabriel Hayes-Williams | Email K. Bajwa re PhishMe equity transfer; finalize and file consent motion for release of tax preparation funds. | 0.750 | 325.00 | 243.75 |
| 08-12-2016 | Priya Chaudhry | review IA filings | 0.500 | 675.00 | 337.50 |
| 08-15-2016 | Priya Chaudhry | review IA sec filing | 0.500 | 675.00 | 337.50 |
| 08-16-2016 | Gabriel Hayes-Williams | Email w/ K. Bajwa re I-Cubed | 0.250 | 325.00 | 81.25 |
| 08-16-2016 | Jonathan Harris | review emails and filings | 0.500 | 675.00 | 337.50 |
| 08-17-2016 | Gabriel Hayes-Williams | Review Letter of Instruction and email w/ S. Ahmed and SEC re release of funds for tax preparation; review emails re settlement discussions | 0.750 | 325.00 | 243.75 |
| 08-17-2016 | Priya Chaudhry | review emails; internal discussion | 1.000 | 675.00 | 675.00 |
| 08-17-2016 | Reid Skibell | Email correspondence with D. Deitch re: case status; conference with P. Chaudhry. | 0.400 | 550.00 | 220.00 |
| 08-17-2016 | David Deitch | Telephone conference with chambers regarding telephonic conference scheduled for next week; emails regarding same and regarding outstanding settlement discussions. | 1.250 | 550.00 | 687.50 |
| 08-18-2016 | Gabriel Hayes-Williams | Attention to Letter of Instruction for tax preparation; email S. Ahmed re same; attention to revised bill for civil fees and fee application | 0.750 | 325.00 | 243.75 |
| 08-18-2016 | Priya Chaudhry | read emails re conference. | 0.500 | 675.00 | 337.50 |
| 08-19-2016 | Priya Chaudhry | email and calls with client | 1.000 | 675.00 | 675.00 |
| 08-20-2016 | Gabriel Hayes-Williams | Complete draft application for civil fees | 0.500 | 325.00 | 162.50 |
| 08-20-2016 | Reid Skibell | Review order and email correspondence re: same. | 0.400 | 550.00 | 220.00 |
| 08-22-2016 | Priya Chaudhry | internal emails; internal meeting; call with DD | 1.500 | 675.00 | 1,012.50 |
| 08-22-2016 | Gabriel Hayes-Williams | Conference call w/ court; disc. w/ R. Skibell and P. Chaudhry re same; telephone call w/ K. Zaehringer; draft renewed motion to release additional fees for criminal matter, email re same; attention to DIYA Real bank account issues | 3.750 | 325.00 | 1,218.75 |
| 08-22-2016 | Reid Skibell | Conference with S. Gabriel Hayes-Williams and P. Chaudhry re: telephone conference | 0.300 | 550.00 | 165.00 |
| 08-22-2016 | David Deitch | Prepare for and participate in telephonic hearing with court. | 1.500 | 550.00 | 825.00 |
| 08-23-2016 | Priya Chaudhry | review order; email client; internal emails; internal meeting | 1.000 | 675.00 | 675.00 |
| 08-23-2016 | Reid Skibell | Attention to orders. | 0.300 | 550.00 | 165.00 |
| 08-23-2016 | Gabriel Hayes-Williams | Review invoices; revise motion for criminal fees; fact investigation re apartment lease funds and emails w/ SEC re same | 2.500 | 325.00 | 812.50 |
| 08-24-2016 | Gabriel Hayes-Williams | Finalize and file renewed motion for additional fees in criminal matter | 1.000 | 325.00 | 325.00 |
| 08-25-2016 | Gabriel Hayes-Williams | Finalize initial draft of fee application documents, email w/ C. Joo re same | 0.800 | 325.00 | 260.00 |
| 08-25-2016 | Priya Chaudhry | review emails and document | 0.500 | 675.00 | 337.50 |
| 08-26-2016 | Priya Chaudhry | review emails | 0.250 | 675.00 | 168.75 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08-26-2016 | Reid Skibell | Email correspondence re: release of funds. | 0.300 | 550.00 | 165.00 |
| 08-26-2016 | Gabriel Hayes-Williams | Telephone calls w/ K. Zhaeringer; revise motion for fees, email w/ SEC re same | 1.000 | 325.00 | 325.00 |
| 08-27-2016 | Jonathan Harris | review emails and filings | 0.500 | 675.00 | 337.50 |
| 08-29-2016 | Jonathan Harris | confer w/GHW re status of motions and strategy | 0.250 | 675.00 | 168.75 |
| 08-29-2016 | Priya Chaudhry | review emails | 0.500 | 675.00 | 337.50 |
| 08-29-2016 | Gabriel Hayes-Williams | Telephone call w/ S. Ahmed; Disc. w/ R. Skibell; file fee application; disc. w/ J. Harris re same and asset liquidation issues; email w/ K. Zaehringer | 1.750 | 325.00 | 568.75 |
| 08-31-2016 | Gabriel Hayes-Williams | Prepare for and hold call w/ SEC re asset liquidation; internal update re same; email with court re filings | 2.500 | 325.00 | 812.50 |
| 08-31-2016 | Jonathan Harris | emails; strategy | 0.250 | 675.00 | 168.75 |
| 09-01-2016 | Priya Chaudhry | email with team | 0.500 | 675.00 | 337.50 |
| 09-02-2016 | Jonathan Harris | confer w/DD re appeal | 0.250 | 675.00 | 168.75 |
| 09-04-2016 | Jonathan Harris | emails; review court's orders | 0.250 | 675.00 | 168.75 |
| 09-06-2016 | Priya Chaudhry | read emails from client | 0.500 | 675.00 | 337.50 |
| 09-06-2016 | Reid Skibell | Email correspondence re: CFA inquiry. | 0.400 | 550.00 | 220.00 |
| 09-07-2016 | Priya Chaudhry | email with IA; review order | 0.750 | 675.00 | 506.25 |
| 09-07-2016 | Priya Chaudhry | review emails | 0.750 | 675.00 | 506.25 |
| 09-07-2016 | Jonathan Harris | review filings | 0.500 | 675.00 | 337.50 |
| 09-08-2016 | Jonathan Harris | review orders of the court; confer w/GHW | 0.500 | 675.00 | 337.50 |
| 09-08-2016 | Priya Chaudhry | review emails | 0.500 | 675.00 | 337.50 |
| 09-08-2016 | David Deitch | Emails regarding consultation with client regarding settlement proposals. | 0.250 | 550.00 | 137.50 |
| 09-08-2016 | Gabriel Hayes-Williams | Review and revise proposed motion and order re sale of BMW, email re same | 1.000 | 325.00 | 325.00 |
| 09-09-2016 | Gabriel Hayes-Williams | Email w/ S. Ahmed; email w/ SEC | 0.750 | 325.00 | 243.75 |
| 09-09-2016 | David Deitch | Emails regarding scheduling moot argument for appeal. | 0.250 | 550.00 | 137.50 |
| 09-09-2016 | Priya Chaudhry | email with team; email with client; review document | 1.000 | 675.00 | 675.00 |
| 09-09-2016 | Jonathan Harris | emails | 0.250 | 675.00 | 168.75 |
| 09-12-2016 | Priya Chaudhry | email with client | 0.500 | 675.00 | 337.50 |
| 09-13-2016 | Priya Chaudhry | internal emails and discussion; email re moot argument | 1.750 | 675.00 | 1,181.25 |
| 09-13-2016 | Gabriel Hayes-Williams | Leave msg. for S. Ahmed; telephone call w/ S. Ahmed; disc. w/ P. Chaudhry; telephone call w/ Day & Meyer; email w/ SEC counsel; email w/ Defendant | 1.750 | 325.00 | 568.75 |
| 09-14-2016 | Gabriel Hayes-Williams | Telephone call w/ S. Ahmed | 0.250 | 325.00 | 81.25 |
| 09-15-2016 | Gabriel Hayes-Williams | Email w/ SEC counsel re proposed release of funds for corporate expenses and attorney fee payments | 0.250 | 325.00 | 81.25 |
| 09-16-2016 | Gabriel Hayes-Williams | Draft and file notice of hearing acknowledgement in 2nd Cir. appeal | 0.500 | 325.00 | 162.50 |
| 09-16-2016 | Jonathan Harris | confer w/DD re discovery | 0.500 | 675.00 | 337.50 |
| 09-19-2016 | David Deitch | Telephone conference with M. Satin (possible new counsel for I. Ahmed). | 0.500 | 550.00 | 275.00 |
| 09-19-2016 | Gabriel Hayes-Williams | Email re criminal fees reply brief | 0.250 | 325.00 | 81.25 |
| 09-20-2016 | Gabriel Hayes-Williams | Draft letter of instruction, revised authorization letter to Iftikar Ahmed; email S. Ahmed re same | 0.500 | 325.00 | 162.50 |
| 09-20-2016 | David Deitch | Review SEC subpoenas; emails regarding same. | 0.750 | 550.00 | 412.50 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09-20-2016 | Priya Chaudhry | review emails and document; call with DD | 1.000 | 675.00 | 675.00 |
| 09-21-2016 | Priya Chaudhry | review documents and email with client | 1.000 | 675.00 | 675.00 |
| 09-21-2016 | Gabriel Hayes-Williams | Telephone call w/ S. Ahmed re BMW; finalize communication w/ Fidelity; further telephone call w/ S. Ahmed re accounting; review PI documents and SEC subpoenas, email D. Deitch re same; attention to reply brief on renewed motion for criminal fees | 2.750 | 325.00 | 893.75 |
| 09-22-2016 | Gabriel Hayes-Williams | Draft reply brief for renewed motion on criminal fees; telephone call and email w/ S. Ahmed re third-party subpoenas; email w/ I. Ahmed and counsel re authorization to receive BMW key; email w/ SEC re release of funds for safety deposit boxes and misc. corporate expenses, email w/ S. Ahmed re same | 4.750 | 325.00 | 1,543.75 |
| 09-22-2016 | Priya Chaudhry | internal meeting | 0.750 | 675.00 | 506.25 |
| 09-22-2016 | Jonathan Harris | emails | 0.250 | 675.00 | 168.75 |
| 09-23-2016 | Priya Chaudhry | email with team | 0.500 | 675.00 | 337.50 |
| 09-23-2016 | Gabriel Hayes-Williams | Draft consent motions on various expenses and apartment management payments and email w/ SEC re same; finalize reply brief for criminal fees and circulate for comment | 4.500 | 325.00 | 1,462.50 |
| 09-24-2016 | Priya Chaudhry | review emails and documents | 1.250 | 675.00 | 843.75 |
| 09-25-2016 | Reid Skibell | Review filing. | 0.400 | 550.00 | 220.00 |
| 09-26-2016 | David Deitch | Review and edit reply memorandum regarding renewed motion for criminal fees; various other emails regarding tax accountant and security deposit; meeting with client to discuss settlement and other issues. | 3.500 | 550.00 | 1,925.00 |
| 09-26-2016 | Reid Skibell | Conference with D. Deitch; conference with G. Hayes-Williams re: appeal. | 0.400 | 550.00 | 220.00 |
| 09-26-2016 | Priya Chaudhry | meet with client | 2.500 | 675.00 | 1,687.50 |
| 09-26-2016 | Gabriel Hayes-Williams | Attention to email; review and draft edits to reply brief re additional criminal fees; email, circulate revisions to reply brief; review SEC revision to protective order; prepare email re appellate argument | 2.000 | 325.00 | 650.00 |
| 09-27-2016 | Gabriel Hayes-Williams | Analyze Bank of America fees, disc. w/ S. Ahmed and email w/ SEC re same; email w/ Day & Meyer; telephone calls w/ S. Ahmed; draft property release letter | 2.750 | 325.00 | 893.75 |
| 09-27-2016 | Priya Chaudhry | email with IA; internal meeting; review documents; email with client | 2.500 | 675.00 | 1,687.50 |
| 09-28-2016 | Priya Chaudhry | internal meeting; email with client; telephone call with client; email with IA; review docs | 2.500 | 675.00 | 1,687.50 |
| 09-28-2016 | Priya Chaudhry | email with Ifty | 0.500 | 675.00 | 337.50 |
| 09-28-2016 | Jonathan Harris | team meeting | 0.250 | 675.00 | 168.75 |
| 09-28-2016 | Gabriel Hayes-Williams | Finalize and file reply brief on motion for criminal fees; telephone call w/ S. Ahmed; email w/ SEC re Bank of America freeze breach issues and outstanding consent motions; revise and file consent order for condo common charges | 1.800 | 325.00 | 585.00 |
| 09-29-2016 | Priya Chaudhry | call with Ifty's potential new lawyers; email with team and client | 2.000 | 675.00 | 1,350.00 |
| 09-29-2016 | Jonathan Harris | strategy and case organization | 0.500 | 675.00 | 337.50 |
| 09-29-2016 | David Deitch | Telephone conference with M. Satin regarding representation of I. Ahmed. | 0.500 | 550.00 | 275.00 |
| 09-30-2016 | Priya Chaudhry | call with AL; email with client; review ECF filing | 1.000 | 675.00 | 675.00 |
| 09-30-2016 | Cynthia Joo | Appeal Binder w/ Cases for GH; drop off at | 3.000 | 125.00 | 375.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | FedEx | | | |
| 09-30-2016 | Gabriel Hayes-Williams | Telephone call w/ BMW parts supplier; telephone call w/ S. Ahmed re same | 0.500 | 325.00 | 162.50 |
| | | **Total Fees** | | | **54,796.25** |

## Time Summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Cynthia Joo | 3.000 | 125.00 | 375.00 |
| David Deitch | 17.000 | 550.00 | 9,350.00 |
| Gabriel Hayes-Williams | 46.600 | 325.00 | 15,145.00 |
| Jonathan Harris | 5.250 | 675.00 | 3,543.75 |
| Priya Chaudhry | 35.500 | 675.00 | 23,962.50 |
| Reid Skibell | 4.400 | 550.00 | 2,420.00 |
| **Total Fees** | | | **54,796.25** |

## Expenses

| Date | Expense | Description | Amount |
|---|---|---|---|
| 08-04-2015 | Expenses | vdiscovery | 3,717.08 |
| 02-29-2016 | Expenses | vdiscovery | 394.40 |
| 03-31-2016 | Expenses | vdiscovery | 359.07 |
| 04-30-2016 | Expenses | vdiscovery | 163.31 |
| 04-30-2016 | Expenses | vdiscovery | 359.07 |
| 07-31-2016 | Expenses | vdiscovery | 248.10 |
| 08-10-2016 | Expenses | Day & Meyer, Murray & Young Corp. | 217.75 |
| 08-31-2016 | E106 - Online research | Online research | 300.00 |
| 09-09-2016 | Expenses | Day & Meyer, Murray & Young Corp. | 217.75 |
| 09-30-2016 | E106 - Online research | Online research | 300.00 |
| | | **Total Expenses** | **6,276.53** |
| | | **Total for this Invoice** | **61,072.78** |
| | | **Total Balance Due for Matter** | **822,745.37** |

# Matter Statement of Account

As Of 10-07-2016

| Matter | Amount |
|---|---|
| PC09046-001 SEC v Ahmed | 822,745.37 |
| **Total Balance Due for Matter** | **822,745.37** |

## PC09046-001 SEC v Ahmed

### Transactions

| Date | Transaction | Applied | Invoice | Amount |
|---|---|---|---|---|
| 08-24-2016 | Previous Balance | | | 820,172.59 |
| 09-16-2016 | Payment Received | | | (58,500.00) |
| 09-28-2016 | Payment Applied | 31,810.41 | 2470 | |
| 09-28-2016 | Payment Applied | 58,500.00 | 2470 | |
| 10-05-2016 | Invoice 4827 | | | 61,072.78 |
| | | | **Balance** | **822,745.37** |

### Open Invoices and Credits

| Date | Transaction | Amount | Applied | Balance |
|---|---|---|---|---|
| 10-16-2015 | Invoice 2470 | 462,102.47 | (90,310.41) | 371,792.06 |
| 11-16-2015 | Invoice 2656 | 94,680.86 | | 94,680.86 |
| 01-12-2016 | Invoice 2963 | 88,845.00 | | 88,845.00 |
| 06-10-2016 | Invoice 4119 | 119,817.50 | | 119,817.50 |
| 08-24-2016 | Invoice 4509 | 86,537.17 | | 86,537.17 |
| 10-05-2016 | Invoice 4827 | 61,072.78 | | 61,072.78 |
| | **Total Balance Due for Matter** | | | **822,745.37** |

**Harris, St. Laurent & Chaudhry LLP**
40 Wall St. 53rd floor
New York, NY 10005
646-571-0664

11-07-2016

**Invoice Number: 5022**
Invoice Period: 10-02-2016 - 10-31-2016

**RE: PC09046-001 SEC v Ahmed (1085-101)**

## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10-02-2016 | Jonathan Harris | strategy and case organization | 0.250 | 675.00 | 168.75 |
| 10-03-2016 | Priya Chaudhry | review letter; email with team; email with client; email with IA's new potential lawyers | 2.000 | 675.00 | 1,350.00 |
| 10-03-2016 | David Deitch | Various emails with potential counsel for I. Ahmed. | 0.250 | 550.00 | 137.50 |
| 10-03-2016 | Gabriel Hayes-Williams | Email and t/c w/ S. Ahmed | 0.250 | 325.00 | 81.25 |
| 10-04-2016 | Gabriel Hayes-Williams | Finalize accountant letter for S. Ahmed; draft revisions to motions for release of funds, email w/ SEC re same; email w/ co-counsel re replaced retainer funds | 1.250 | 325.00 | 406.25 |
| 10-04-2016 | Priya Chaudhry | email with other counsel; internal emails | 0.750 | 675.00 | 506.25 |
| 10-04-2016 | Jonathan Harris | case organization | 0.250 | 675.00 | 168.75 |
| 10-05-2016 | Jonathan Harris | case organization and strategy | 0.250 | 675.00 | 168.75 |
| 10-05-2016 | Priya Chaudhry | email with client; review document; internal email; work on letter; internal meeting | 2.000 | 675.00 | 1,350.00 |
| 10-05-2016 | Gabriel Hayes-Williams | File motion for release of funds; review supplemental Rule 26 notice from SEC | 0.750 | 325.00 | 243.75 |
| 10-06-2016 | Gabriel Hayes-Williams | Check appellate docket, email w/ S. Ahmed re same; discussion w/ J. Harris. | 0.750 | 325.00 | 243.75 |
| 10-06-2016 | Priya Chaudhry | emails; phone call with DD | 1.000 | 675.00 | 675.00 |
| 10-06-2016 | Jonathan Harris | confer w/GHW; | 0.500 | 675.00 | 337.50 |
| 10-06-2016 | David Deitch | Review appellate record in preparation for Second Circuit argument. | 2.500 | 550.00 | 1,375.00 |
| 10-07-2016 | David Deitch | Prepare for Second Circuit argument. | 3.750 | 550.00 | 2,062.50 |
| 10-07-2016 | Priya Chaudhry | email with MS; email with client; call with MS; review letter; email with MB; internal meeting | 2.250 | 675.00 | 1,518.75 |
| 10-07-2016 | Elizabeth Dwyer | Prepare documents for preparation of argument in the 2nd circuit appeal for D. Deitch | 1.000 | 265.00 | 265.00 |
| 10-07-2016 | Cynthia Joo | appeal binders for DD | 0.500 | 125.00 | 62.50 |
| 10-07-2016 | Gabriel Hayes-Williams | Discuss access to investigative file w/ D. Deitch, J. Harris and P. Chaudhry; attention to prep of materials for appellate argument | 1.000 | 325.00 | 325.00 |
| 10-10-2016 | Joseph Matty | Printing Appeals binders | 2.000 | 125.00 | 250.00 |
| 10-10-2016 | Priya Chaudhry | call with Matt Beck; speak with Gabe; review emails | 1.000 | 675.00 | 675.00 |
| 10-10-2016 | David Deitch | Prepare for Second Circuit argument. | 3.250 | 550.00 | 1,787.50 |
| 10-10-2016 | Reid Skibell | Telephone conference with D. Deitch re: appeal; review I. Ahmed filing. | 0.700 | 550.00 | 385.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10-10-2016 | Gabriel Hayes-Williams | Attention to discovery database; attention to security deposit receipt; email and telephone call w/ S. Ahmed re tax/gift questions issues; attention to additional appellate prep binders | 1.500 | 325.00 | 487.50 |
| 10-11-2016 | Gabriel Hayes-Williams | Attention to escrow of apartment security deposit; email S. Ahmed re defendant's filing | 0.500 | 325.00 | 162.50 |
| 10-11-2016 | David Deitch | Prepare for Second Circuit argument. | 3.500 | 550.00 | 1,925.00 |
| 10-11-2016 | Priya Chaudhry | review emails; internal meetings | 1.500 | 675.00 | 1,012.50 |
| 10-11-2016 | Jonathan Harris | case organization and strategy | 0.500 | 675.00 | 337.50 |
| 10-12-2016 | Priya Chaudhry | email with team and client; call with client | 1.000 | 675.00 | 675.00 |
| 10-13-2016 | Priya Chaudhry | phone call with client; internal meeting | 1.500 | 675.00 | 1,012.50 |
| 10-13-2016 | David Deitch | Prepare for Second Circuit argument. | 3.000 | 550.00 | 1,650.00 |
| 10-16-2016 | Gabriel Hayes-Williams | Email w/ B. Farber, P. Chaudhry re appellate argument moot | 0.250 | 325.00 | 81.25 |
| 10-16-2016 | Jonathan Harris | strategy and case organization | 0.250 | 675.00 | 168.75 |
| 10-17-2016 | Andrew St. Laurent | Prep for moot of 2nd Circuit argument. | 2.500 | 450.00 | 1,125.00 |
| 10-17-2016 | Priya Chaudhry | email re moot; talk with Gabe | 0.750 | 675.00 | 506.25 |
| 10-17-2016 | Gabriel Hayes-Williams | Attention to accounting; email S. Ahmed's tenant and real estate counsel re security deposit; draft letter re protective order; begin drafting discovery plan | 2.000 | 325.00 | 650.00 |
| 10-18-2016 | Gabriel Hayes-Williams | Work on discovery and claim evidence outline; discovery plan meeting | 4.750 | 325.00 | 1,543.75 |
| 10-18-2016 | Reid Skibell | Conference with D. Deitch re: appeal; review filing by SEC. | 0.600 | 550.00 | 330.00 |
| 10-18-2016 | David Deitch | Prepare for Second Circuit argument; moot argument. | 4.500 | 550.00 | 2,475.00 |
| 10-18-2016 | Beth Farber | Prepare for and participate in moot court for appellate oral argument | 2.000 | 625.00 | 1,250.00 |
| 10-18-2016 | Beth Farber | Meeting on discovery issues in SEC case | 0.400 | 625.00 | 250.00 |
| 10-18-2016 | Priya Chaudhry | moot argument, internal meeting re litigation | 4.000 | 675.00 | 2,700.00 |
| 10-18-2016 | Andrew St. Laurent | Review materials & participate in moot of 2nd Circuit argument. | 4.000 | 450.00 | 1,800.00 |
| 10-18-2016 | Jonathan Harris | moot for second circuit argument; meeting re discovery plan and case strategy | 3.250 | 675.00 | 2,193.75 |
| 10-19-2016 | Jonathan Harris | confer w/DD re second circuit appeal; discovery plan; confer w/GHW | 1.000 | 675.00 | 675.00 |
| 10-19-2016 | Priya Chaudhry | internal meetings re litigation and research; meeting re argument; meeting re SEC letters | 3.750 | 675.00 | 2,531.25 |
| 10-19-2016 | David Deitch | Prepare for CA2 argument. | 2.500 | 550.00 | 1,375.00 |
| 10-19-2016 | Gabriel Hayes-Williams | Draft motion for order re BMW key; Disc. w/ J. Harris re discovery plan; disc. w/ P. Chaudhry re SEC call; prepare for and hold teleconf. w/ SEC on various matters; emails w/ S. Ahmed | 2.250 | 325.00 | 731.25 |
| 10-20-2016 | Priya Chaudhry | internal discussions | 1.000 | 675.00 | 675.00 |
| 10-21-2016 | Priya Chaudhry | discuss argument; talk with Gabe; review filings | 1.000 | 675.00 | 675.00 |
| 10-21-2016 | Jonathan Harris | prepare for 2nd Cir argument, call w/DD | 0.250 | 675.00 | 168.75 |
| 10-21-2016 | Andrew St. Laurent | With JH, PC, DD re: Shalini oral argument. | 0.750 | 450.00 | 337.50 |
| 10-21-2016 | David Deitch | Prepare for Second Circuit argument. | 2.500 | 550.00 | 1,375.00 |
| 10-21-2016 | Gabriel Hayes-Williams | Email w/ SEC re BMW key and CSC payments; email w/ K. Zhaeringer; email w/ S. Ahmed; strategy | 3.000 | 325.00 | 975.00 |
| 10-23-2016 | Gabriel Hayes-Williams | Review discovery status and work on discovery strategy and requirements | 2.500 | 325.00 | 812.50 |
| 10-23-2016 | David Deitch | Prepare for Second Circuit argument. | 2.000 | 550.00 | 1,100.00 |
| 10-24-2016 | David Deitch | Prepare for and attend Second Circuit argument. | 4.000 | 550.00 | 2,200.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10-24-2016 | Gabriel Hayes-Williams | Prepare protective order documents for Shalini;travel to, attend second circuit argument; meeting w/ P. Chaudhry and S. Ahmed | 5.750 | 325.00 | 1,868.75 |
| 10-24-2016 | Reid Skibell | Conference re: appeal. | 0.400 | 550.00 | 220.00 |
| 10-24-2016 | Priya Chaudhry | attend second circuit argument; meet with client | 6.500 | 675.00 | 4,387.50 |
| 10-24-2016 | Jonathan Harris | SEC oral argument; meet w/Shalini; confer w/DD re oral argument and discovery | 3.250 | 675.00 | 2,193.75 |
| 10-25-2016 | Priya Chaudhry | review SEC filings; email with client; internal meeting | 1.750 | 675.00 | 1,181.25 |
| 10-25-2016 | Gabriel Hayes-Williams | Research and strategy | 4.750 | 325.00 | 1,543.75 |
| 10-26-2016 | Gabriel Hayes-Williams | Ahmed discovery strategy development and meeting w/ D. Deitch and P. Chaudhry re same; document review | 7.500 | 325.00 | 2,437.50 |
| 10-26-2016 | David Deitch | Review G. Hayes-Williams memorandum regarding discovery tasks; meeting with P. Chaudhry and G. Hayes-Williams regarding same; review scheduling order and emails regarding same. | 1.750 | 550.00 | 962.50 |
| 10-26-2016 | Priya Chaudhry | discovery meeting | 1.000 | 675.00 | 675.00 |
| 10-27-2016 | Priya Chaudhry | call with client re: engagement terms | 1.000 | 675.00 | 675.00 |
| 10-27-2016 | Priya Chaudhry | review emails; review docs; email with MBeck; internal discussion | 0.750 | 675.00 | 506.25 |
| 10-27-2016 | Jonathan Harris | call w/Shalini; work on discovery | 0.750 | 675.00 | 506.25 |
| 10-27-2016 | Gabriel Hayes-Williams | Document review; telephone call w/ S. Ahmed re discovery; draft order for SEC re release of apartment funds; emails w/ S. Ahemd | 5.500 | 325.00 | 1,787.50 |
| 10-28-2016 | Gabriel Hayes-Williams | Telephone calls w/ S. Ahmed; document review; telephone call to estate counsel; meeting w/ SEC counsel re BMW and apartment counsel common charges; telephone calls and email w/ discovery vendor re revisions to coding panel and client access issues | 4.750 | 325.00 | 1,543.75 |
| 10-28-2016 | Beth Farber | Research Redacted | 0.800 | 625.00 | 500.00 |
| 10-28-2016 | Megan Dubatowka | OC w. PC and GHW re discovery plan, review discovery documents | 0.500 | 325.00 | 162.50 |
| 10-28-2016 | Reid Skibell | Review I. Ahmed filing and email correspondence re: same. | 0.300 | 550.00 | 165.00 |
| 10-28-2016 | Jonathan Harris | confer w/PC re case organization and discovery | 0.500 | 675.00 | 337.50 |
| 10-28-2016 | Priya Chaudhry | internal meeting; call with KZ; email re discovery plan | 3.000 | 675.00 | 2,025.00 |
| 10-29-2016 | Jonathan Harris | review discovery plan | 1.250 | 675.00 | 843.75 |
| 10-30-2016 | Jonathan Harris | read cases on pre-judgment attachment | 1.000 | 675.00 | 675.00 |
| 10-30-2016 | Priya Chaudhry | email with team; review filings | 1.500 | 675.00 | 1,012.50 |
| 10-30-2016 | Beth Farber | Review law on Redacted | 1.300 | 625.00 | 812.50 |
| 10-30-2016 | Gabriel Hayes-Williams | Telephone call w/ counsel re SEC disclosures re expert accountant witness; email re same | 0.750 | 325.00 | 243.75 |
| 10-31-2016 | Beth Farber | Conference call with legal team re: discovery requests | 1.000 | 625.00 | 625.00 |
| 10-31-2016 | Megan Dubatowka | review complaint, discovery plan and document requests; meeting re discovery plan; draft discovery demands to third parties | 4.500 | 325.00 | 1,462.50 |
| 10-31-2016 | David Deitch | Telephone conference regarding discovery tasks; emails regarding same. | 1.000 | 550.00 | 550.00 |
| 10-31-2016 | Priya Chaudhry | internal meeting; call with AL; review documents; email with SEC | 4.000 | 675.00 | 2,700.00 |
| 10-31-2016 | Jonathan Harris | team call re motions and discovery and research | 1.250 | 675.00 | 843.75 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10-31-2016 | Gabriel Hayes-Williams | Telephone call w/ MK Dunning; meeting re discovery tasks; draft email to SEC; revisions to motion re discovery extension; review transcript of hearing; telephone call w/ MK Dunning; draft email to team; draft revision to motion; email w/ opposing counsel | 7.000 | 325.00 | 2,275.00 |
| | | | | **Total Fees** | 86,233.75 |

## Time Summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Andrew St. Laurent | 7.250 | 450.00 | 3,262.50 |
| Beth Farber | 5.500 | 625.00 | 3,437.50 |
| Cynthia Joo | 0.500 | 125.00 | 62.50 |
| David Deitch | 34.500 | 550.00 | 18,975.00 |
| Elizabeth Dwyer | 1.000 | 265.00 | 265.00 |
| Gabriel Hayes-Williams | 56.750 | 325.00 | 18,443.75 |
| Jonathan Harris | 14.500 | 675.00 | 9,787.50 |
| Joseph Matty | 2.000 | 125.00 | 250.00 |
| Megan Dubatowka | 5.000 | 325.00 | 1,625.00 |
| Priya Chaudhry | 43.000 | 675.00 | 29,025.00 |
| Reid Skibell | 2.000 | 550.00 | 1,100.00 |
| | | **Total Fees** | 86,233.75 |

## Expenses

| Date | Expense | Description | Amount |
|---|---|---|---|
| 10-03-2016 | Expenses | Fed Ex | 17.17 |
| 10-10-2016 | Expenses | Fed Ex | 16.36 |
| 10-15-2016 | Expenses | RDS Delivery Service | 28.95 |
| 10-17-2016 | Expenses | Amtrak | 290.00 |
| 10-21-2016 | Expenses | Uber Technologies | 21.04 |
| 10-23-2016 | Expenses | Amtrak | 28.00 |
| 10-23-2016 | Expenses | Amtrak | 142.00 |
| 10-24-2016 | Expenses | Club Quarters | 804.78 |
| 10-25-2016 | Expenses | Colonial Parking | 44.00 |
| 10-25-2016 | Expenses | Amtrak | 290.00 |
| 10-26-2016 | Expenses | Amtrak | 318.00 |
| 10-26-2016 | Expenses | Amtrak | 28.00 |
| 10-27-2016 | Expenses | Club Quarters | 329.40 |
| 10-31-2016 | E106 - Online research | E106 - Online research | 300.00 |
| 10-31-2016 | Expenses | 5/31/16 vDiscovery | 465.85 |
| 10-31-2016 | Expenses | 6/30/16 vDiscovery | 248.10 |
| 10-31-2016 | Expenses | 8/31/16 vDiscovery | 68.92 |
| | | **Total Expenses** | 3,440.57 |
| | | **Total for this Invoice** | 89,674.32 |
| | | **Total Balance Due for Matter** | 912,419.69 |
| | | **Total Balance Due for Client** | 989,490.62 |

# Client Statement of Account

As Of 11-07-2016

| Matter | Amount |
|---|---:|
| PC09046-001 SEC v Ahmed | 912,419.69 |
| PC09046-002 US v Ahmed | 77,070.93 |
| **Total Balance Due for Client** | **989,490.62** |

## PC09046-001 SEC v Ahmed

### Open Invoices and Credits

| Date | Transaction | Amount | Applied | Balance |
|---|---|---:|---:|---:|
| 10-16-2015 | Invoice 2470 | 462,102.47 | (90,310.41) | 371,792.06 |
| 11-16-2015 | Invoice 2656 | 94,680.86 | | 94,680.86 |
| 01-12-2016 | Invoice 2963 | 88,845.00 | | 88,845.00 |
| 06-10-2016 | Invoice 4119 | 119,817.50 | | 119,817.50 |
| 08-24-2016 | Invoice 4509 | 86,537.17 | | 86,537.17 |
| 10-05-2016 | Invoice 4827 | 61,072.78 | | 61,072.78 |
| 11-07-2016 | Invoice 5022 | 89,674.32 | | 89,674.32 |
| | | **Total Balance Due for Matter** | | **912,419.69** |

## PC09046-002 US v Ahmed

### Open Invoices and Credits

| Date | Transaction | Amount | Applied | Balance |
|---|---|---:|---:|---:|
| 06-10-2016 | Invoice 4125 | 91,674.72 | (30,408.75) | 61,265.97 |
| 07-06-2016 | Invoice 4307 | 448.71 | | 448.71 |
| 10-18-2016 | Invoice 4962 | 13,837.50 | | 13,837.50 |
| 11-07-2016 | Invoice 5023 | 1,518.75 | | 1,518.75 |
| | | **Total Balance Due for Matter** | | **77,070.93** |

**Harris, St. Laurent & Chaudhry LLP**
40 Wall St. 53rd floor
New York, NY 10005
646-571-0664

12-06-2016

PC09046 Shalini Ahmed

**Invoice Number: 5319**
Invoice Period: 11-01-2016 - 11-30-2016

**RE: PC09046-001 SEC v Ahmed (1085-101)**

## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11-01-2016 | Jonathan Harris | experts; case organization; motion papers | 0.750 | 675.00 | 506.25 |
| 11-01-2016 | Priya Chaudhry | review brief, email, legal research | 3.000 | 675.00 | 2,025.00 |
| 11-01-2016 | Megan Dubatowka | Call with David Zweighaft re expert email and OC w. JH and PC re same, review discovery plan | 1.250 | 325.00 | 406.25 |
| 11-01-2016 | Gabriel Hayes-Williams | Email w/ P. Chaudhry, email w/ local counsel re motion to extend discovery, review motion and finalize; telephone call w/ MK Dunning; email w/ S. Ahmed | 0.750 | 325.00 | 243.75 |
| 11-02-2016 | Gabriel Hayes-Williams | Process new production from SEC and begin review; drafting discovery requests with MD; draft revisions to claims assessment and discovery plan; begin drafting responses and objections to SEC requests for production | 5.750 | 325.00 | 1,868.75 |
| 11-02-2016 | Megan Dubatowka | draft subpoena to Oak entities, circulate to team | 5.500 | 325.00 | 1,787.50 |
| 11-02-2016 | Priya Chaudhry | email with team; client call; internal meetings | 3.000 | 675.00 | 2,025.00 |
| 11-02-2016 | Beth Farber | Legal research on Redacted | 1.600 | 625.00 | 1,000.00 |
| 11-02-2016 | Reid Skibell | Email correspondence re: CFA issues. | 0.300 | 550.00 | 165.00 |
| 11-02-2016 | Jonathan Harris | confer w/PC and BF re Redacted | 0.500 | 675.00 | 337.50 |
| 11-03-2016 | Megan Dubatowka | attention to emails re discovery requests, review DD revisions to discovery requests | 0.400 | 325.00 | 130.00 |
| 11-03-2016 | Gabriel Hayes-Williams | Draft revisions to discovery plan, email team re same; continue review of RFPs and work on responses ; document review | 6.500 | 325.00 | 2,112.50 |
| 11-04-2016 | Gabriel Hayes-Williams | Leave message for BMW dealership; review Second Circuit decision; call and email w/ Schulte Roth attorneys re accepting subpoenas to OAK; work on discovery responses; work on third-party subpoena attachments w/ PC and MD | 7.500 | 325.00 | 2,437.50 |
| 11-04-2016 | Priya Chaudhry | internal meeting; call with MB; review and edit subpoenas; read IA filings | 3.500 | 675.00 | 2,362.50 |
| 11-04-2016 | Jonathan Harris | second circuit opinion; strategy; emails; case organization | 1.000 | 675.00 | 675.00 |
| 11-04-2016 | Reid Skibell | Email correspondence re: 2nd Circuit Decision. | 0.500 | 550.00 | 275.00 |
| 11-04-2016 | Megan Dubatowka | review and revise subpoena to Oak entities, multiple and email office communications with GHW and PC | 3.500 | 325.00 | 1,137.50 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11-05-2016 | Gabriel Hayes-Williams | Draft revisions to subpoenas | 1.500 | 325.00 | 487.50 |
| 11-06-2016 | Priya Chaudhry | email with group; review docs | 1.000 | 675.00 | 675.00 |
| 11-07-2016 | Priya Chaudhry | call with DD; email with DD | 0.500 | 675.00 | 337.50 |
| 11-07-2016 | Priya Chaudhry | work on discovery issues; internal emails; internal meetings | 2.000 | 675.00 | 1,350.00 |
| 11-07-2016 | Jonathan Harris | emails | 0.250 | 675.00 | 168.75 |
| 11-07-2016 | Gabriel Hayes-Williams | Serve third-party discovery; prepare for meeting w/ D. Zweighaft; email w/ counsel for Ahmed family; email with counsel to Oak; document review | 7.000 | 325.00 | 2,275.00 |
| 11-07-2016 | Megan Dubatowka | emails with expert witness re tracing funds | 0.250 | 325.00 | 81.25 |
| 11-07-2016 | David Deitch | Telephonic conference with G. Hayes-Williams and various emails regarding pending discovery matters. | 0.500 | 550.00 | 275.00 |
| 11-08-2016 | Gabriel Hayes-Williams | Drafting third party subpoenas to bank; meeting with David Zweighaft and M. Dubatowka; document review for tracing; begin process and review of documents from S. Ahmed; telephone calls w/ S. Ahmed re discovery; telephone calls/ vDiscovery; continue doc review; email update to team | 7.750 | 325.00 | 2,518.75 |
| 11-08-2016 | Cynthia Joo | search for unredacted exhibits to JO declaration in relativity | 2.500 | 125.00 | 312.50 |
| 11-08-2016 | Megan Dubatowka | Draft subpoenas to financial institutions including BofA, TD Bank, and Fidelity (3) meeting with expert David Zweighaft (1.5) | 4.500 | 325.00 | 1,462.50 |
| 11-09-2016 | Priya Chaudhry | review and edit subpoenas | 2.000 | 675.00 | 1,350.00 |
| 11-09-2016 | Gabriel Hayes-Williams | Email w/ S. Ahmed; document review for **Redacted**; review SEC filings on motion to extend discovery; attention to compliance with orders re release of payments for CSC and BofA safety deposit boxes | 5.500 | 325.00 | 1,787.50 |
| 11-10-2016 | Gabriel Hayes-Williams | Telephone call w/ S. Ahmed; attention to discovery responses; attention to expert issues and email | 1.000 | 325.00 | 325.00 |
| 11-10-2016 | Priya Chaudhry | email with team and IA | 0.500 | 675.00 | 337.50 |
| 11-10-2016 | Jonathan Harris | reveiw SEC brief on extension | 0.250 | 675.00 | 168.75 |
| 11-11-2016 | Jonathan Harris | insurance issue | 0.500 | 675.00 | 337.50 |
| 11-11-2016 | Gabriel Hayes-Williams | Complete responses and objections to requests for production; processing documents for DIYA entities; email w/ J. Harris and SEC re insurance issues | 4.750 | 325.00 | 1,543.75 |
| 11-12-2016 | Gabriel Hayes-Williams | Document review | 2.500 | 325.00 | 812.50 |
| 11-13-2016 | Gabriel Hayes-Williams | Document review | 3.000 | 325.00 | 975.00 |
| 11-13-2016 | Priya Chaudhry | email with team | 0.500 | 675.00 | 337.50 |
| 11-14-2016 | Priya Chaudhry | review draft docs; internal meeting; edit answers; email with client; email with SEC | 3.500 | 675.00 | 2,362.50 |
| 11-14-2016 | Jonathan Harris | emails; insurance issue; disoovery | 0.500 | 675.00 | 337.50 |
| 11-14-2016 | Megan Dubatowka | discussion with Soudry re valuation report | 0.250 | 325.00 | 81.25 |
| 11-14-2016 | Gabriel Hayes-Williams | Telephone call w/ S. Ahmed; document review; Finalize and serve written discovery responses; meeting w/ P. Chaudhry re discovery; email w/ valuation expert; email w/ co-counsel re motion for expert fees; discussions w/ document review vendors | 7.750 | 325.00 | 2,518.75 |
| 11-15-2016 | Gabriel Hayes-Williams | Telephone call w/ K. Zaehranger re motion for to release funds for expert; email w/ S. Ahmed; email w/ SEC; document review; draft motion for | 6.750 | 325.00 | 2,193.75 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | release of funds for life insurance | | | |
| 11-15-2016 | Jonathan Harris | call w/ Shalini; discovery; case strategy | 1.000 | 675.00 | 675.00 |
| 11-15-2016 | Priya Chaudhry | call with client; internal meeting; call with SEC; review docs; email | 4.250 | 675.00 | 2,868.75 |
| 11-16-2016 | Priya Chaudhry | review and edit motion; email with sec; internal meetings | 1.500 | 675.00 | 1,012.50 |
| 11-16-2016 | Jonathan Harris | motions | 0.500 | 675.00 | 337.50 |
| 11-16-2016 | Gabriel Hayes-Williams | Finalize motion for release of funds for life insurance, discussions and email w/ P. Chaudhry, D. Deitch re same; telephone calls and email w/ S. Ahmed re insurance; continue document review; file motion and email re chambers copy | 6.500 | 325.00 | 2,112.50 |
| 11-17-2016 | Gabriel Hayes-Williams | Email w/ M.K. Dunning re letter to ALJ; attention to processing further documents received from S. Ahmed; email w/ SEC; continue document review | 6.500 | 325.00 | 2,112.50 |
| 11-17-2016 | Priya Chaudhry | email with client and SEC | 0.500 | 675.00 | 337.50 |
| 11-18-2016 | Priya Chaudhry | email with client and SEC; call with DJ's lawyer | 1.250 | 675.00 | 843.75 |
| 11-18-2016 | Gabriel Hayes-Williams | Prepare initial discovery production folders; telephone call and email w/ C. Esposito/Arroway re BMW; telephone call w/ M.K. Dunning re M. Williams; email w/ R. Paulikens re valuation for company transaction; continue document review; email w/ S. Ahmed re payment to CSC and discovery productions | 8.250 | 325.00 | 2,681.25 |
| 11-19-2016 | Gabriel Hayes-Williams | Email w/ S. Ahmed; review emails from SEC; continue document review | 5.250 | 325.00 | 1,706.25 |
| 11-20-2016 | Gabriel Hayes-Williams | Continue document review and redactions | 4.000 | 325.00 | 1,300.00 |
| 11-20-2016 | Priya Chaudhry | email with client | 0.500 | 675.00 | 337.50 |
| 11-21-2016 | Priya Chaudhry | internal emails; review response from Oak; review docs | 1.500 | 675.00 | 1,012.50 |
| 11-21-2016 | Jonathan Harris | emails; discovery | 0.500 | 675.00 | 337.50 |
| 11-21-2016 | Gabriel Hayes-Williams | Telephone calls with S. Ahmed; process documents; attention to supplemental production from SEC re third party subpoenas and email SEC re same; email w/ co-counsel re motions for expert fees; attention to re-coding portions of production for privilege; draft letter to Arroway re BMW | 7.000 | 325.00 | 2,275.00 |
| 11-21-2016 | David Deitch | Emails regarding various discovery issues. | 0.500 | 550.00 | 275.00 |
| 11-22-2016 | Gabriel Hayes-Williams | Telephone calls w/ S. Ahmed and co-counsel re motion for insurance; conf. w/ K. Zaehringer re motion for expert fees; email w/ valuation expert re retention and conflicts; finalize processing of new responsive documents and initial production; draft reply brief on motion to extend discovery schedule | 9.500 | 325.00 | 3,087.50 |
| 11-22-2016 | Priya Chaudhry | review docs; email; strategize about case | 1.750 | 675.00 | 1,181.25 |
| 11-23-2016 | Priya Chaudhry | work on motions; meet with JH | 5.750 | 675.00 | 3,881.25 |
| 11-23-2016 | Gabriel Hayes-Williams | Email and telephone calls w/ S. Ahmed re document production; email vDiscovery re revised production coding; draft revisions to motion for expert and attorney fees and discussions w/ P. Chaudhry re same; revise reply brief on motion to extend discovery and discuss w/ P. Chaudhry re same | 7.750 | 325.00 | 2,518.75 |
| 11-23-2016 | David Deitch | Emails with P. Chaudhry regarding discussion about discovery status. | | 550.00 | No Charge |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11-28-2016 | David Deitch | Telephone conference with P. Chaudhry and G. Hayes-Williams regarding discovery tasks; conference all with counsel for Oak to meet and confer on motion to compel. | 0.750 | 550.00 | 412.50 |
| 11-28-2016 | Gabriel Hayes-Williams | Draft consent motion re 530 Park common charges, email SEC re same; telephone calls/ w D. Deitch, P. Chaudhry, S. Ahmed re depositions and discovery; prepare for and participate in meet and confer w/ third-party counsel; continue coding of new documents and begin preparing second production for DIYA entities | 6.500 | 325.00 | 2,112.50 |
| 11-28-2016 | Priya Chaudhry | call with client; internal meeting; call with Oak attorneys; email with SEC | 2.500 | 675.00 | 1,687.50 |
| 11-28-2016 | Reid Skibell | Email correspondence re: depositions. | 0.400 | 550.00 | 220.00 |
| 11-28-2016 | Jonathan Harris | confer w/PC re discovery | 0.500 | 675.00 | 337.50 |
| 11-29-2016 | Jonathan Harris | case organization; confer w/GHW and PC re discovery | 1.000 | 675.00 | 675.00 |
| 11-29-2016 | Reid Skibell | Conference with P. Chaudhry re: Johnson deposition. | 0.400 | 550.00 | 220.00 |
| 11-29-2016 | Priya Chaudhry | internal meetings; email withDJ and sec. email with client | 2.750 | 675.00 | 1,856.25 |
| 11-29-2016 | Gabriel Hayes-Williams | Continue document review and complete coding for second production for DIYA entities; finalize SEC 30(b)(6) deposition notice and subpoena to SEC's retained accountants | 9.500 | 325.00 | 3,087.50 |
| 11-29-2016 | David Deitch | Emails regarding discovery tasks and issues. | 0.500 | 550.00 | 275.00 |
| 11-30-2016 | Gabriel Hayes-Williams | Email and telephone calls w/ S. Ahmed; review and finalize production set; meetings w/ P. Chaudhry, R. Skibell and telephone conf. w/ J. Carberry re DIYA entity depositions; finalize and serve deposition notice and subpoena re Anchin; various emails w/ SEC; complete production and review production folders w/ S. Ahmed; finalize production w/ vendor; attention to revisions and updates to status report. | 8.250 | 325.00 | 2,681.25 |
| 11-30-2016 | Priya Chaudhry | internal meetings; call with client; call with DJ; email with SEC; review documents | 5.750 | 675.00 | 3,881.25 |
| 11-30-2016 | Jonathan Harris | discovery | 0.500 | 675.00 | 337.50 |
| | | | | **Total Fees** | 93,585.00 |

## Time Summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Beth Farber | 1.600 | 625.00 | 1,000.00 |
| Cynthia Joo | 2.500 | 125.00 | 312.50 |
| David Deitch | 2.250 | 550.00 | 1,237.50 |
| Gabriel Hayes-Williams | 147.000 | 325.00 | 47,775.00 |
| Jonathan Harris | 7.750 | 675.00 | 5,231.25 |
| Megan Dubatowka | 15.650 | 325.00 | 5,086.25 |
| Priya Chaudhry | 47.500 | 675.00 | 32,062.50 |
| Reid Skibell | 1.600 | 550.00 | 880.00 |
| | | **Total Fees** | 93,585.00 |

## Expenses

| Date | Expense | Description | Amount |
|---|---|---|---|
| 11-01-2016 | Expenses | VDiscovery | 520.29 |
| 11-07-2016 | Expenses | Fed Ex | 31.00 |

| Date | Expense | Description | Amount |
|---|---|---|---|
| 11-10-2016 | Expenses | Fed Ex | 26.51 |
| 11-14-2016 | Expenses | Fed Ex | 31.00 |
| 11-15-2016 | Expenses | Fed Ex | 31.00 |
| 11-21-2016 | Expenses | Fed Ex | 18.27 |
| | | **Total Expenses** | 658.07 |
| | | **Total for this Invoice** | 94,243.07 |
| | | **Total Balance Due for Client** | 1,075,633.69 |

# Client Statement of Account

As Of 12-12-2016

| Matter | Invoices / Credits | Trust | Balance Due |
|---|---:|---:|---:|
| PC09046-001 SEC v Ahmed | 1,006,662.76 | | 1,006,662.76 |
| PC09046-002 US v Ahmed | 68,970.93 | | 68,970.93 |
| | **Total Balance Due for Client** | | **1,075,633.69** |

## PC09046-001 SEC v Ahmed

**Open Invoices and Credits**

| Date | Transaction | Amount | Applied | Balance |
|---|---|---:|---:|---:|
| 10-16-2015 | Invoice 2470 | 462,102.47 | (90,310.41) | 371,792.06 |
| 11-16-2015 | Invoice 2656 | 94,680.86 | | 94,680.86 |
| 01-12-2016 | Invoice 2963 | 88,845.00 | | 88,845.00 |
| 06-10-2016 | Invoice 4119 | 119,817.50 | | 119,817.50 |
| 08-24-2016 | Invoice 4509 | 86,537.17 | | 86,537.17 |
| 10-05-2016 | Invoice 4827 | 61,072.78 | | 61,072.78 |
| 11-07-2016 | Invoice 5022 | 89,674.32 | | 89,674.32 |
| 12-06-2016 | Invoice 5319 | 94,243.07 | | 94,243.07 |
| | | | **Balance** | **1,006,662.76** |

## PC09046-002 US v Ahmed

**Open Invoices and Credits**

| Date | Transaction | Amount | Applied | Balance |
|---|---|---:|---:|---:|
| 06-10-2016 | Invoice 4125 | 91,674.72 | (38,508.75) | 53,165.97 |
| 07-06-2016 | Invoice 4307 | 448.71 | | 448.71 |
| 10-18-2016 | Invoice 4962 | 13,837.50 | | 13,837.50 |
| 11-07-2016 | Invoice 5023 | 1,518.75 | | 1,518.75 |
| | | | **Balance** | **68,970.93** |