# EXHIBIT B

**Murtha Cullina LLP**
Payment Remittance: Dept.101011 | PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



<u>**Invoice Number: 532685**</u>
September 29, 2016

Vɪᴀ Eᴍᴀɪʟ: ᴊᴏɴ@sᴄ-ʜᴀʀʀɪs.ᴄᴏᴍ

Shalini Ahmed, et al.
c/o Harris, St. Laurent & Chaudhry LLP
Attn: Jonathan Harris, Esq.
40 Wall Street, 53rd Floor
New York, NY 10005

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... adv. United States Securities and Exchange Commission

For **PROFESSIONAL SERVICES** through August 31, 2016     **$4,820.50**

For **Disbursements**
   United Parcel Service     $53.76
      **Total Disbursements:**   **$53.76**

      **Current Invoice Total:**   **$4,874.26**
Plus Previous Balance Outstanding:   $83,980.27
*Less Payment Received*:   ($6,500.00)
**BALANCE DUE:**   **$82,354.53**

*Thank you for your business.*



**Murtha Cullina LLP**
Payment Remittance: Dept.101011 | PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015

**Invoice Number: 532685**
September 29, 2016

Client:      003944 .... Ahmed, Shalini, et al.
Matter:     003944-0001 .... adv. United States Securities and Exchange Commission

### Client Funds Account Summary

| | |
|---|---|
| **Previous Client Funds Balance:** | **$25,000.00** |
| New Client Funds Received: | $0.00 |
| Additional Client Funds Disbursed: | $0.00 |
| **Ending Client Funds Balance:** | **$25,000.00** |

*Thank you for your business.*



**Invoice Number: 532685**
September 29, 2016

Client:    003944 .... Ahmed, Shalini, et al.
Matter:   003944-0001 .... adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| 08/02/16 | Zaehringer | 0.2 | Reviewed email correspondence from defendant I. Ahmed; reviewed "notice of transcript of motion" and exhibits filed by I. Ahmed. | $74.00 |
| 08/02/16 | Zaehringer | 0.3 | Reviewed emails from G. Hayes-Williams (several) regarding case developments and filings; drafted reply emails (several) regarding same; reviewed Relief Defendants' supplemental unopposed motion to vacate regarding Apartment 12(f); drafted letter to Judge Arterton regarding courtesy copy of motion, per her individual practice rules. | $111.00 |
| 08/02/16 | Zaehringer | 0.1 | Reviewed District Court's order regarding I. Ahmed's "motion in response to order". | $37.00 |
| 08/02/16 | Knag | 0.1 | Attention to new filing. | $59.50 |
| 08/03/16 | Zaehringer | 0.1 | Reviewed District Court's scheduling order regarding August 8, 2016 response deadlines; updated deadlines regarding same. | $37.00 |
| 08/04/16 | Zaehringer | 0.1 | Reviewed District Court's order granting Relief Defendants' motion for release of funds for cleaning of property. | $37.00 |
| 08/08/16 | Zaehringer | 0.1 | Reviewed plaintiff's response to defendant I. Ahmed's motion to release funds for medical care. | $37.00 |
| 08/09/16 | Zaehringer | 0.2 | Reviewed Relief Defendants' reply in further support of motion for modification of asset freeze order for release of additional funds for payment of attorneys' fees in criminal matter; emails with G. Hayes-Williams (several) <span style="color:red">Redacted</span>; drafted letter to Judge Arterton regarding same. | $74.00 |
| 08/09/16 | Zaehringer | 0.2 | Investigated status of oral argument before Second Circuit; conference with P. E. Knag regarding case developments. | $74.00 |

*Thank you for your business.*

**Murtha Cullina LLP**
Payment Remittance: Dept.101011 | PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



**MURTHA CULLINA**

<u>**Invoice Number: 532685**</u>
September 29, 2016

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... adv. United States Securities and Exchange Commission

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Description</u> | <u>Amount</u> |
|------|-----------|-------|-------------|--------|
| 08/11/16 | Zaehringer | 0.4 | Reviewed plaintiff's notice of supplemental authority in further opposition to Relief Defendants' motion to dismiss certain claims in second amended complaint, and the briefs and memorandum of decision in the "SEC v. Saltzman" case; identified new arguments for such motion to dismiss. | $148.00 |
| 08/12/16 | Zaehringer | 0.3 | Reviewed Relief Defendants' consent motion to modify asset freeze order to release funds for retention of accountant to prepare tax returns and exhibits; emails with G. Hayes-Williams (several) regarding same; drafted letter to Judge Arterton regarding courtesy copy, per her individual practice rules. | $111.00 |
| 08/12/16 | Caulfield | 0.1 | Drafted email to all counsel and parties of record serving copy of today's letter to Judge Arterton. | $22.50 |
| 08/12/16 | Zaehringer | 0.1 | Reviewed email from I. Ahmed; reviewed I. Ahmed's "final response regarding release of funds for cancer". | $37.00 |
| 08/12/16 | Knag | 0.2 | Attention to motions. | $119.00 |
| 08/16/16 | Zaehringer | 0.1 | Reviewed District Court's order granting Relief Defendants' consent motion to modify asset freeze order to release funds for retention of accountants to prepare and file tax returns. | $37.00 |
| 08/16/16 | Zaehringer | 0.2 | Reviewed District Court's scheduling order for August 22, 2016 telephonic status conference; conference with P. E. Knag regarding same. | $74.00 |
| 08/16/16 | Knag | 0.2 | Attention to status conference. | $119.00 |
| 08/17/16 | Zaehringer | 0.1 | Reviewed District Court's order amending scheduling notice regarding August 22 telephonic status conference. | $37.00 |
| 08/17/16 | Knag | 0.1 | Attention to District Court's ruling. | $59.50 |
| 08/19/16 | Zaehringer | 0.2 | Drafted email to D. Deitch and G. Hayes-Williams regarding August 22 court conference; conference with P. E. Knag regarding same. | $74.00 |

*Thank you for your business.*

**Murtha Cullina LLP**
**Payment Remittance: Dept.101011 | PO Box 150435 | Hartford, CT 06115-0435**
**Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com**
**Federal ID: 06-0686015**



**Invoice Number: 532685**
September 29, 2016

Client:        003944 .... Ahmed, Shalini, et al.
Matter:       003944-0001 .... adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| 08/19/16 | Zaehringer | 0.1 | Reviewed plaintiff's response to District Court's order requesting information on defendant I. Ahmed's claimed medical expenses in India, in advance of August 22 court conference. | $37.00 |
| 08/19/16 | Zaehringer | 0.1 | Reviewed District Court's order denying plaintiff's July 2015 motion to seal exhibits to brief in support of preliminary injunction; reviewed District Court's order denying Relief Defendants' July 2015 motion to seal exhibits to brief in opposition to preliminary injunction; reviewed District Court's order denying without prejudice Relief Defendants' August 2016 motion to modify asset freeze order to release additional funds to pay fees in criminal matter. | $37.00 |
| 08/19/16 | Knag | 0.5 | Attention to August 22 status conference. | $297.50 |
| 08/21/16 | Zaehringer | 0.2 | Emails (several) with P. E. Knag and G. Hayes-Williams regarding next-day court conference; prepared for conference. | $74.00 |
| 08/22/16 | Zaehringer | 2.0 | Prepared for call; attended telephonic status conference with District Court; telephone calls (several) with P. E. Knag and G. Hayes-Williams regarding new motions, proposed orders, and strategy; reviewed District Court's new scheduling notice and District Court's order regarding access to plaintiff's investigative file; additional telephone calls and emails (several) with P. E. Knag and G. Hayes-Williams regarding strategy; reviewed District Court's notices of transcripts; additional emails regarding same. | $740.00 |
| 08/22/16 | Knag | 1.0 | Attended telephonic status conference with District Court. | $595.00 |
| 08/23/16 | Zaehringer | 0.1 | Reviewed District Court's notice of minute entry of August 22 court conference; reviewed Court's endorsement order regarding motion to stay and Court's notice regarding docket correction; reviewed I. Ahmed's "response" filed August 23. | $37.00 |

*Thank you for your business.*



**Invoice Number: 532685**
September 29, 2016

Client:    003944 .... Ahmed, Shalini, et al.
Matter:   003944-0001 .... adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| 08/24/16 | Zaehringer | 0.6 | Reviewed Relief Defendants' renewed motion for modification of asset freeze order for release of additional funds for payment of fees in criminal matter, and exhibits thereto; emails with G. Hayes-Williams (several) regarding local procedures; drafted letter to Judge Arterton regarding courtesy copy of such motion, per her individual practice rules. | $222.00 |
| 08/24/16 | Zaehringer | 0.3 | Reviewed Relief Defendants' motion to seal portions of an exhibit to the declaration of P. Chaudhry in support of renewed motion to release funds; reviewed email from G. Hayes-Williams to plaintiff's counsel regarding same; reviewed plaintiff's proposed order regarding release of funds for I. Ahmed's medical treatment; drafted reply email to G. Hayes-Williams regarding same; drafted letter to Judge Arterton regarding courtesy copy of motion to seal, per her individual practice rules. | $111.00 |
| 08/24/16 | Caulfield | 0.1 | Drafted email to all counsel and parties of record serving copy of today's letter to Judge Arterton. | $22.50 |
| 08/24/16 | Knag | 0.3 | Attention to submissions, issues regarding sealing. | $178.50 |
| 08/25/16 | Zaehringer | 0.2 | Reviewed emails from G. Hayes-Williams (several) regarding new draft of Relief Defendants' application for release of funds for payment of attorneys' fees in civil action; drafted reply emails (several) regarding same. | $74.00 |
| 08/25/16 | Zaehringer | 0.2 | Reviewed plaintiff's second notice of supplemental authority and attached caselaw in further opposition to Relief Defendants' motion to dismiss. | $74.00 |

*Thank you for your business.*

**Murtha Cullina LLP**
Payment Remittance: Dept.101011 | PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



**Invoice Number: 532685**
September 29, 2016

Client:       003944 .... Ahmed, Shalini, et al.
Matter:      003944-0001 .... adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| 08/26/16 | Zaehringer | 0.9 | Reviewed and further drafted Relief Defendants' application for release of funds for payment of attorneys' fees in civil action; conference with P. E. Knag regarding same; emails with G. Hayes-Williams (several) regarding same; telephone call with G. Hayes-Williams regarding litigation strategy and settlement efforts; reported to P. E. Knag regarding same; drafted letter to Judge Arterton regarding courtesy copy of such application, per her individual practice rules; emails with G. Hayes-Williams (several) regarding court filings. | $333.00 |
| 08/26/16 | Knag | 0.5 | Worked on motion. | $297.50 |
| 08/29/16 | Knag | 0.3 | Attention to new motion. | $178.50 |
| 08/29/16 | Zaehringer | 0.2 | Reviewed email from G. Hayes-Williams regarding today's filing of Relief Defendants' consent application for release of funds for payment of attorneys' fees and disbursements; drafted reply email correspondence; finalized letter to Judge Arterton regarding same; reviewed such filing and exhibits. | $74.00 |
| 08/29/16 | Caulfield | 0.1 | Drafted email to all counsel and parties of record serving copy of today's letter to Judge Arterton. | $22.50 |
| 08/31/16 | Zaehringer | 0.1 | Reviewed Second Circuit Court's notice of October 24, 2016 oral argument. | $37.00 |
| | **Total Hours:** | **11.2** | **Total Amount:** | **$4,820.50** |

*Thank you for your business.*



Murtha Cullina LLP
Payment Remittance: Dept.101011 | PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015

**Invoice Number: 532685**
September 29, 2016

Client:     003944 .... Ahmed, Shalini, et al.
Matter:     003944-0001 .... adv. United States Securities and Exchange Commission

---

### Disbursement Detail

| Date | Description | Amount |
|------|-------------|--------|
| 08/02/16 | UPS from K. L. Zaehringer to Judge Arterton enclosing courtesy copy of ECF No. 272 | $7.98 |
| 08/09/16 | UPS from K. L. Zaehringer to Judge Arterton enclosing courtesy copy of ECF No. 276 | $7.98 |
| 08/12/16 | UPS from K. L. Zaehringer to Judge Arterton enclosing courtesy copy of ECF No. 279 | $7.98 |
| 08/24/16 | UPS from K. L. Zaehringer to Judge Arterton enclosing courtesy copy of ECF No. 298 | $10.69 |
| 08/25/16 | UPS from K. L. Zaehringer to Judge Arterton enclosing courtesy copy of ECF No. 296 | $7.98 |
| 08/29/16 | UPS from K. L. Zaehringer to Judge Arterton enclosing courtesy copy of ECF No. 300 | $11.15 |

**Total Disbursements:     $53.76**

*Thank you for your business.*

**Murtha Cullina LLP**
Payment Remittance:  Dept.101011 | PO Box 150435 | Hartford,  CT  06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



# REMITTANCE COPY

<u>**Invoice Number: 532685**</u>
September 29, 2016

Shalini Ahmed, et al.
c/o Harris, St. Laurent & Chaudhry LLP
Attn:  Jonathan Harris, Esq.
40 Wall Street, 53rd Floor
New York, NY  10005

Client:      003944 .... Ahmed, Shalini, et al.
Matter:     003944-0001 .... adv. United States Securities and Exchange Commission

| | |
|---|---|
| Professional Services: | $4,820.50 |
| Disbursements: | $53.76 |
| **Current Invoice Total:** | **$4,874.26** |
| Plus Previous Balance Outstanding: | $77,480.27 |
| **BALANCE DUE**: | **$82,354.53** |

**Payments by ACH or Credit Card can be made by visiting:**

*www.murthalaw.com/clientpayments*

**<u>Payments by Wire:</u>**

| | |
|---|---|
| Bank Name: | Webster Bank |
| Bank Address: | 185 Asylum St., Hartford, CT  06103 |
| Account Name: | Murtha Cullina LLP |
| | Hartford Operating Account |
| Account Number: | 010455319 |
| ABA Number: | 211170101 |
| Murtha Cullina LLP Contact: | Accounts Receivable (860) 240-6000 |

**<u>Payments by Mail:</u>**
Murtha Cullina, LLP
Dept. 101011
PO Box 150435
Hartford, CT 06115-0435

*Thank you for your business.*

**Murtha Cullina LLP**
**Payment Remittance: Dept.101011 | PO Box 150435 | Hartford, CT 06115-0435**
**Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com**
**Federal ID: 06-0686015**



**Invoice Number: 534020**
October 31, 2016

VIA EMAIL: JON@SC-HARRIS.COM

Shalini Ahmed, et al.
c/o Harris, St. Laurent & Chaudhry LLP
Attn: Jonathan Harris, Esq.
40 Wall Street, 53rd Floor
New York, NY 10005

Client:   003944 .... Ahmed, Shalini, et al.
Matter:   003944-0001 .... adv. United States Securities and Exchange Commission

---

For **PROFESSIONAL SERVICES** through September 30, 2016          **$1,393.00**


For **DISBURSEMENTS**
   United Parcel Service                                          $15.96
                           **Total Disbursements:**               **$15.96**


                           **Current Invoice Total:**      **$1,408.96**
              Plus Previous Balance Outstanding:           $82,354.53
                           **BALANCE DUE:**                **$83,763.49**

*Thank you for your business.*



**Invoice Number: 534020**
October 31, 2016

Client:     003944 .... Ahmed, Shalini, et al.
Matter:     003944-0001 .... adv. United States Securities and Exchange Commission

---

### Client Funds Account Summary

| | |
|---|---|
| **Previous Client Funds Balance:** | **$25,000.00** |
| New Client Funds Received: | $0.00 |
| Additional Client Funds Disbursed: | $0.00 |
| **Ending Client Funds Balance:** | **$25,000.00** |

*Thank you for your business.*



Murtha Cullina LLP
Payment Remittance: Dept.101011 | PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015

**Invoice Number: 534020**
October 31, 2016

Client:   003944 .... Ahmed, Shalini, et al.
Matter:  003944-0001 .... adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| 09/02/16 | Zaehringer | 0.1 | Reviewed Court's order and decision denying defendant I. Ahmed's motion for protective order and to quash deposition. | $37.00 |
| 09/06/16 | Zaehringer | 0.1 | Reviewed Court's order granting in part I. Ahmed's motion for release of funds for cancer treatment. | $37.00 |
| 09/06/16 | Knag | 0.2 | Attention to new filings. | $119.00 |
| 09/07/16 | Zaehringer | 0.1 | Reviewed amended notice regarding Second Circuit Court appellate argument. | $37.00 |
| 09/07/16 | Zaehringer | 0.1 | Reviewed email correspondence from Judge Arterton's law clerk J. Denker regarding proposed order; reviewed email correspondence from N. Heinke regarding same. | $37.00 |
| 09/07/16 | Zaehringer | 0.1 | Reviewed District Court's order granting Relief Defendants' motion to seal portions of an exhibit to the declaration of P. Chaudhry (in support of motion to release funds); reviewed District Court's order granting Relief Defendants' application for release of funds for payment of attorneys' fees in civil matter; reported on same to P. E. Knag. | $37.00 |
| 09/07/16 | Zaehringer | 0.1 | Reviewed I. Ahmed's pro se "motion for temporary restraining order" (i.e., motion for inclusion of all untainted assets currently held by Oak to comply with Court's May 2015 temporary restraining order). | $37.00 |
| 09/07/16 | Knag | 0.1 | Emails and court action. | $59.50 |
| 09/09/16 | Zaehringer | 0.1 | Reviewed new Second Circuit Court notice regarding oral argument before Appellate Court. | $37.00 |
| 09/12/16 | Zaehringer | 0.2 | Reviewed plaintiff's consent motion for sale of certain assets. | $74.00 |
| 09/13/16 | Zaehringer | 0.1 | Reviewed Court's CM/ECF notices regarding transcripts. | $37.00 |

*Thank you for your business.*



**Murtha Cullina LLP**
Payment Remittance: Dept.101011 | PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015

**Invoice Number: 534020**
October 31, 2016

Client:      003944 .... Ahmed, Shalini, et al.
Matter:     003944-0001 .... adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| 09/15/16 | Zaehringer | 0.1 | Reviewed plaintiff's response to Relief Defendants' renewed motion for payment of attorneys' fees in criminal matters. | $37.00 |
| 09/15/16 | Zaehringer | 0.1 | Emails with G. Hayes-Williams (several) regarding District Court's order; updated P. E. Knag regarding same. | $37.00 |
| 09/16/16 | Zaehringer | 0.1 | Reviewed acknowledgements of Appellate Court's notice of hearing filed by each of appellee and appellant. | $37.00 |
| 09/19/16 | Knag | 0.1 | Attention to new filing. | $59.50 |
| 09/20/16 | Zaehringer | 0.1 | Reviewed plaintiff's stipulation with non-party Barclays Capital Inc. to modify preliminary injunction. | $37.00 |
| 09/21/16 | Zaehringer | 0.1 | Reviewed District Court's order dated September 20, 2016 approving plaintiff's stipulated motion for sale of certain assets. | $37.00 |
| 09/22/16 | Zaehringer | 0.1 | Reviewed District Court's order dated September 21, 2016 approving stipulation between plaintiff and Barclays. | $37.00 |
| 09/25/16 | Zaehringer | 0.2 | Reviewed I. Ahmed's motion for specific instructions for his deposition; reviewed email correspondence from I. Ahmed regarding same. | $74.00 |
| 09/26/16 | Zaehringer | 0.1 | Reviewed appellee's letter to Second Circuit Court regarding dismissal from criminal proceeding. | $37.00 |
| 09/28/16 | Zaehringer | 0.3 | Reviewed Relief Defendants' reply memorandum in further support of renewed motion for release of funds for payment of fees in criminal matter; emails with G. Hayes-Williams regarding same; draft letter to Judge Arterton regarding courtesy copy, per her individual practice rules. | $111.00 |
| 09/28/16 | Knag | 0.1 | Attention to new filing. | $59.50 |

*Thank you for your business.*

**Murtha Cullina LLP**
Payment Remittance: Dept.101011 | PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



**Invoice Number: 534020**
October 31, 2016

Client:   003944 .... Ahmed, Shalini, et al.
Matter:   003944-0001 .... adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| 09/28/16 | Caulfield | 0.1 | Sent email to all counsel and I. Ahmed serving copy of today's letter to Judge Arterton. | $22.50 |
| 09/29/16 | Zaehringer | 0.6 | Reviewed Relief Defendants' unopposed motion to modify asset freeze order to release funds for common charges for DIYA's apartments; emails with G. Hayes-Williams (several) regarding same and future motions; reviewed plaintiff's response in opposition to I. Ahmed's motion for inclusion of all untainted assets held by Oak; drafted letter to Judge Arterton regarding courtesy copy of Relief Defendants' motion to modify, per her individual practice rules; reported to P. E. Knag regarding case developments. | $222.00 |
| 09/30/16 | Zaehringer | 0.1 | Reviewed District Court's order granting Relief Defendants' unopposed motion to modify asset freeze order to release funds for common charges for DIYA's apartments. | $37.00 |
| | **Total Hours:** | **3.5** | **Total Amount:** | **$1,393.00** |

**Disbursement Detail**

| Date | Description | Amount |
|------|-------------|--------|
| 09/28/16 | UPS from K. L. Zaehringer to Judge Arterton enclosing courtesy copy of ECF No. 313 | $7.98 |
| 09/29/16 | UPS from K. L. Zaehringer to Judge Arterton enclosing courtesy copy of ECF No. 314 | $7.98 |
| | **Total Disbursements:** | **$15.96** |

*Thank you for your business.*

**Murtha Cullina LLP**
Payment Remittance: Dept.101011 | PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



# *REMITTANCE COPY*

**Invoice Number: 534020**
October 31, 2016

Shalini Ahmed, et al.
c/o Harris, St. Laurent & Chaudhry LLP
Attn: Jonathan Harris, Esq.
40 Wall Street, 53rd Floor
New York, NY 10005

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... adv. United States Securities and Exchange Commission

|  |  |
|---|---|
| Professional Services: | $1,393.00 |
| Disbursements: | $15.96 |
| **Current Invoice Total:** | **$1,408.96** |
| Plus Previous Balance Outstanding: | $82,354.53 |
| **BALANCE DUE**: | **$83,763.49** |

**Payments by ACH or Credit Card can be made by visiting:**

*www.murthalaw.com/clientpayments*

**Payments by Wire:**

| | |
|---|---|
| Bank Name: | Webster Bank |
| Bank Address: | 185 Asylum St., Hartford, CT 06103 |
| Account Name: | Murtha Cullina LLP |
| | Hartford Operating Account |
| Account Number: | 010455319 |
| ABA Number: | 211170101 |
| Murtha Cullina LLP Contact: | Accounts Receivable (860) 240-6000 |

**Payments by Mail:**
Murtha Cullina, LLP
Dept. 101011
PO Box 150435
Hartford, CT 06115-0435

*Thank you for your business.*

**Murtha Cullina LLP**
**Payment Remittance:** Dept.101011 | PO Box 150435 | Hartford, CT 06115-0435
**Phone 860.240.6000 | Fax 860.240.6150 |** www.murthalaw.com
**Federal ID: 06-0686015**



**Invoice Number: 535159**
November 30, 2016

VIA EMAIL: JON@SC-HARRIS.COM

Shalini Ahmed, et al.
c/o Harris, St. Laurent & Chaudhry LLP
Attn:  Jonathan Harris, Esq.
40 Wall Street, 53rd Floor
New York, NY  10005

Client:       003944 .... Ahmed, Shalini, et al.
Matter:      003944-0001 .... adv. United States Securities and Exchange Commission

| | |
|---|---:|
| For **PROFESSIONAL SERVICES** through October 31, 2016 | **$3,992.50** |
| For **DISBURSEMENTS** | |
| United Parcel Service | $15.96 |
| **Total Disbursements:** | **$15.96** |
| **Current Invoice Total:** | **$4,008.46** |
| Plus Previous Balance Outstanding: | $83,763.49 |
| **BALANCE DUE:** | **$87,771.95** |

*Thank you for your business.*

**Murtha Cullina LLP**
Payment Remittance: Dept.101011 | PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



<u>**Invoice Number: 535159**</u>
November 30, 2016

Client:     003944 .... Ahmed, Shalini, et al.
Matter:    003944-0001 .... adv. United States Securities and Exchange Commission

---

**<u>Client Funds Account Summary</u>**

| | |
|---|---|
| **Previous Client Funds Balance:** | **$25,000.00** |
| New Client Funds Received: | $0.00 |
| Additional Client Funds Disbursed: | <u>$0.00</u> |
| **Ending Client Funds Balance:** | **$25,000.00** |

*Thank you for your business.*

**Murtha Cullina LLP**
Payment Remittance: Dept.101011 | PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



**Invoice Number: 535159**
November 30, 2016

Client:     003944 .... Ahmed, Shalini, et al.
Matter:   003944-0001 .... adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| 10/04/16 | Zaehringer | 0.1 | Emails with G. Hayes-Williams (several) regarding Redacted ; conference with P. E. Knag regarding same. | $37.00 |
| 10/05/16 | Zaehringer | 0.2 | Reviewed Relief Defendants' motion to modify asset freeze order to release funds for registered agent services and for safety deposit box fees; emails with G. Hayes-Williams (several) regarding same; drafted letter to Judge Arterton regarding courtesy copy of motion, per her individual practice rules. | $74.00 |
| 10/06/16 | Caulfield | 0.1 | Sent email to all counsel and *pro se* parties serving copy of letter to Judge Arterton. | $22.50 |
| 10/06/16 | Knag | 0.2 | Attention to motions. | $119.00 |
| 10/10/16 | Zaehringer | 0.1 | Reviewed defendant I. Ahmed's response to plaintiff's opposition to his motion for inclusion of all untainted assets held by Oak; reviewed email from I. Ahmed regarding same. | $37.00 |
| 10/12/16 | Zaehringer | 0.1 | Reviewed District Court's order granting release of funds regarding safety deposit box fees. | $37.00 |
| 10/13/16 | Zaehringer | 0.1 | Reviewed plaintiff's unopposed motion to amend or correct protective order through stipulation. | $37.00 |
| 10/14/16 | Zaehringer | 0.1 | Reviewed District Court's order modifying protective order. | $37.00 |
| 10/17/16 | Zaehringer | 0.2 | Reviewed plaintiff's brief in opposition to I. Ahmed's motion for specific instructions for his deposition. | $74.00 |
| 10/19/16 | Zaehringer | 0.3 | Reviewed plaintiff's third notice of supplemental authority regarding motion to dismiss. | $111.00 |
| 10/21/16 | Zaehringer | 0.1 | Reviewed joint motion to modify asset freeze order to release funds for retention of accountants to prepare tax return. | $37.00 |
| 10/21/16 | Knag | 0.2 | Reviewed status. | $119.00 |

*Thank you for your business.*

**Murtha Cullina LLP**
**Payment Remittance:** Dept.101011 | PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



**Invoice Number: 535159**
November 30, 2016

Client:     003944 .... Ahmed, Shalini, et al.
Matter:   003944-0001 .... adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| 10/24/16 | Zaehringer | 0.1 | Reviewed defendant I. Ahmed's motion for attorneys' fees. | $37.00 |
| 10/25/16 | Zaehringer | 0.1 | Reviewed Appellate Court's October 24, 2016 notice. | $37.00 |
| 10/27/16 | Knag | 0.2 | Attention to filing. | $119.00 |
| 10/27/16 | Knag | 0.3 | Attention to discovery. | $178.50 |
| 10/28/16 | Zaehringer | 0.1 | Reviewed I. Ahmed's reply to plaintiff's response regarding his deposition in India. | $37.00 |
| 10/28/16 | Zaehringer | 0.6 | Telephone call with P. Chaudhry regarding <span style="color:red">Redacted</span> <span style="color:red">Redacted</span> ; conference with P. E. Knag regarding same; reviewed litigation strategy memo from P. Chaudhry regarding same. | $222.00 |
| 10/28/16 | Knag | 0.3 | New filings; attention to discovery. | $178.50 |
| 10/29/16 | Zaehringer | 0.2 | Emails (several) with J. Harris, P. Chaudhry, and B. Farber regarding <span style="color:red">Redacted</span> | $74.00 |
| 10/31/16 | Zaehringer | 0.2 | Reviewed Relief Defendants' unopposed motion to modify asset freeze order to release funds for common charges to an apartment; email with G. Hayes-Williams regarding same; drafted letter to Judge Arterton regarding courtesy copy of motion, per her individual practice rules. | $74.00 |
| 10/31/16 | Zaehringer | 6.0 | Prepared for call; conference call with J. Harris, P. Chaudhry, G. Hayes-Williams, D. Deitch, and B. Farber regarding strategy; drafted Relief Defendants' motion to extend deadlines in scheduling order; identified potential requests for admission directed to third parties; investigated letters rogatory procedure; further developed <span style="color:red">Redacted</span> as it relates to plaintiff's untimely expert disclosure; reviewed emails from plaintiff's counsel (several) regarding discovery dispute. | $2,220.00 |

*Thank you for your business.*



**Invoice Number: 535159**
November 30, 2016

Client:   003944 .... Ahmed, Shalini, et al.
Matter:   003944-0001 .... adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| 10/31/16 | Zaehringer | 0.2 | Reviewed materials on *SEC v. Tilton* case; reviewed email from G. Hayes-Williams regarding same. | $74.00 |
| | **Total Hours:** | **10.1** | **Total Amount:** | **$3,992.50** |

**Disbursement Detail**

| Date | Description | Amount |
|------|-------------|--------|
| 10/06/16 | UPS from K. L. Zaehringer to Judge Arterton enclosing courtesy copy of ECF No. 317 | $7.98 |
| 10/31/16 | UPS from K. L. Zaehringer to Judge Arterton enclosing courtesy copy of ECF No. 327 | $7.98 |
| | **Total Disbursements:** | **$15.96** |

*Thank you for your business.*

**Murtha Cullina LLP**
**Payment Remittance: Dept.101011 | PO Box 150435 | Hartford, CT 06115-0435**
**Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com**
**Federal ID: 06-0686015**



# *REMITTANCE COPY*

**Invoice Number: 535159**
November 30, 2016

Shalini Ahmed, et al.
c/o Harris, St. Laurent & Chaudhry LLP
Attn: Jonathan Harris, Esq.
40 Wall Street, 53rd Floor
New York, NY 10005

Client:     003944 .... Ahmed, Shalini, et al.
Matter:     003944-0001 .... adv. United States Securities and Exchange Commission

| | |
|---|---|
| Professional Services: | $3,992.50 |
| Disbursements: | $15.96 |
| **Current Invoice Total:** | **$4,008.46** |
| Plus Previous Balance Outstanding: | $83,763.49 |
| **BALANCE DUE**: | **$87,771.95** |

**Payments by ACH or Credit Card can be made by visiting:**

*www.murthalaw.com/clientpayments*

**Payments by Wire:**
Bank Name:          Webster Bank
Bank Address:        185 Asylum St., Hartford, CT 06103
Account Name:        Murtha Cullina LLP
                    Hartford Operating Account
Account Number:      010455319
ABA Number:          211170101
Murtha Cullina LLP Contact:      Accounts Receivable (860) 240-6000

**Payments by Mail:**
Murtha Cullina, LLP
Dept. 101011
PO Box 150435
Hartford, CT 06115-0435

*Thank you for your business.*