# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>IFTIKAR AHMED,<br><br>    Defendant, and<br><br>IFTIKAR ALI AHMED SOLE PROP; I-CUBED DOMAINS, LLC; SHALINI AHMED; SHALINI AHMED 2014 GRANTOR RETAINED ANNUNITY TRUST; DIYA HOLDINGS LLC; DIYA REAL HOLDINGS, LLC; I.I. 1, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; I.I. 2, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; and I.I. 3, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents,<br><br>    Relief Defendants. | Civil Action No. 3:15-cv-675 (JBA) |

## DEFENDANT'S NOTICE ON ORDER DENYING DEFENDANT'S MOTION FOR SPECIFIC INSTRUCTIONS ON DEPOSITION

Defendant Iftikar Ahmed respectfully submits the following Notice to the esteemed Court.

This esteemed Court announced its Order [Document #365 dated December 14th, 2016] denying the Defendant's prayers for certain specific instructions on his deposition by the Plaintiff.    This Order stipulated that the Defendant notify the Plaintiff by December 21st, 2016 whether "he chooses to appear at the Consulate in Hyderabad or Kolkata."

The Defendant acknowledges and accepts the Order of this esteemed Court.

The Order, according to the Defendant's legal counsel in India, put him in very high likelihood of violating his bail conditions imposed by the sovereign Courts of India.   This is a matter of legal interpretation that is beyond the knowledge and qualifications of the Defendant and he is now caught between the proverbial "rock and a hard place."  The Defendant's legal counsels in India plan on making an application to allow leave for the Defendant to attend the deposition in the US Consulate as ordered by the esteemed Court and, thus, avoid what could potentially become grounds for revocation of the Defendant's bail in India, which would lead to incremental charges and immediate incarceration.

The Defendant has been in communication via email (**Exhibit 1**) with the Plaintiff about coordinating logistics for the said deposition.   However, being that time of the year with Christmas, winter vacations for the Courts in India, and New Years, it has been challenging for the Defendant to ascertain his legal counsel's availability and preference for the city of deposition.

     The Defendant prays for a little more time to be able to determine which of the two cities would suit his legal counsel the best to attend the said deposition with the Defendant - a request that the Plaintiff has very kindly consented to.   The Defendant would pray this Court to allow for the decision to be finalized by Friday, January 7th, 2017 in light of the holiday season in India and the inability of the Defendant to get an affirmative answer from his legal counsels in India because of the reasons cited above.

     Absent this allowance of a grace period to make a final determination, the Defendant would opt for the deposition to be conducted at the US Consulate in the city of Kolkata, India.

                                                        Respectfully Submitted,

Dated:       December 21st, 2016       s/ Iftikar Ahmed

                                               Iftikar A. Ahmed
                                               C/O Advocate Anil Sharma
                                               10 Government Place East, Ground Floor
                                               Behind Kanpur Leather House
                                               Kolkata 700069, India
                                               Tel: +91.98.30.089.945
                                               Email: iftyahmed@icloud.com
                                               *Pro Se*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and served by electronic mail to:

Nicholas P. Heinke
U.S. Securities and Exchange Commission
Byron G. Rogers Federal Building
1961 Stout Street, Ste. 1700
Denver, CO 80294
(303) 844-1071
Email: heinken@sec.gov

Mark L. Williams
U.S. Securities and Exchange Commission
Byron G. Rogers Federal Building
1961 Stout Street, Ste. 1700
Denver, CO 80294
(303) 844-1027
Email: williamsml@sec.gov

Alexander Sakin
Harris, St. Laurent & Chaudhry LLP
40 Wall Street, 53rd Floor
New York, NY 10005
(646) 461-2279
Fax: (212) 202-6206
Email: asakin@sc-harris.com

David B. Deitch
Harris, St. Laurent & Chaudhry LLP VA
1818 Library Street, Suite 500
Reston, VA 20190
(703) 956-3549
Fax: (703) 935-0349
Email: ddeitch@sc-harris.com

Jonathan Harris
Harris, St. Laurent & Chaudhry LLP
40 Wall Street, 53rd Floor
New York, NY 10005
(646) 395-3481
Fax: (212) 202-6206
Email: jon@sc-harris.com

L. Reid Skibell
Harris, St. Laurent & Chaudhry LLP
40 Wall Street, 53rd Floor
New York, NY 10005
(917) 512-9466
Fax: (212) 202-6206
Email: rskibell@sc-harris.com

Priya Chaudhry
Harris, St. Laurent & Chaudhry LLP
40 Wall Street, 53rd Floor
New York, NY 10005
(212) 785-5550
Fax: (212) 202-6206
Email: priya@sc-harris.com

Steven Gabriel Hayes Williams
Harris, St. Lauren & Chaudhry LLP
40 Wall Street, 53rd Floor
New York, NY 10005
(212) 397-3370
Fax: (212) 202-6206
Email: ghayeswilliams@sc-harris.com

Kristen Luise Zaehringer
Murtha Cullina, LLP
177 Broad Street, 4th Floor
Stamford, CT 06901
(203) 653-5406
Fax: (860) 240-5758
Email: kzaehringer@murthalaw.com

Paul E. Knag
Murtha Cullina, LLP
177 Broad Street, 4th Floor
Stamford, CT 06901
(203) 653-5400
Fax: (203) 653-5444
Email: pknag@murthalaw.com

Dated:        December 21st, 2016        s/ Iftikar Ahmed
                                                                        _____
                                                                        Iftikar A. Ahmed
                                                                        C/O Advocate Anil Sharma
                                                                        10 Government Place East, Ground Floor
                                                                        Behind Kanpur Leather House
                                                                        Kolkata 700069, India
                                                                        Tel: +91.98.30.089.945
                                                                        Email: iftyahmed@icloud.com

                                                                        *Pro Se*

# Re: Activity in Case 3:15-cv-00675-JBA United States Securities and Exchange Commission v. Ahmed et al Order on Motion for Miscellaneous Relief

December 21, 2016 at 7:38 AM

From Ifty Ahmed

To "Williams, Mark L"

Cc "Heinke, Nicholas", "Oraker, Jeffrey", "Blomgren, Elinor E (Contractor)"

Dear Sir:

Thanks a lot for your kind and quick response.    Much appreciated.

I understand that I have to confirm with you the desired location of the US Consulate for the deposition by December 21st and I shall absolutely attempt to do that.  I confirm that my Indian lawyers are now preparing for an application to the Indian Court to allow me leave to attend such deposition given the US Court Order.  Hopefully that will be forthcoming.

Since you have now confirmed the dates of the deposition, can you please give us till the end of this week to confirm which of the two cities - Kolkata or Hyderabad - would best suit my lawyers as per their availability and convenience?

Please let me know as soon you can.   I am fine with either city but need to confirm with my lawyers.  Also, I shall plan on two days and if I have to travel, I shall book my flight accordingly.   And just so you know, if I attend the deposition in Kolkata,  I shall spend the night on the street outside the US Consulate guard booth as I am unable to stay overnight in a hotel without any photo identification - I shall assume that won't be a problem for the US Consulate.

Sincerely,

Iftikar


On Dec 21, 2016, at 04:49 AM, "Williams, Mark L" <██████████████> wrote:

> Mr. Ahmed,
>
> As represented to the Court in our prior filing [Doc. # 322], and as recognized by the Court in its Order [Doc. #365], the U. S. Consulate in Kolkata confirmed that you will not be arrested.  Consistent with your request, the SEC confirms that it will not attempt to arrest, detain or return you to the United States.
>
> Although we hope to finish the deposition in one day, it is possible that it will go into a second day.  In the event that it does go into a second day, we are not able to arrange accommodation for you.
>
> Please let us know your preferred location.  The deposition will take place the week of February 5th or the week of February 12th, 2017.  Please let us know any dates in those weeks that do not work for you.

Thank you,

Mark L. Williams
Trial Attorney
U.S. Securities and Exchange Commission
Denver Regional Office

Fax:

---

**From:** Ifty Ahmed [mailto:                    ]
**Sent:** Monday, December 19, 2016 7:10 AM
**To:** Heinke, Nicholas
**Cc:** Williams, Mark L; Oraker, Jeffrey; Blomgren, Elinor E (Contractor)
**Subject:** Re: Activity in Case 3:15-cv-00675-JBA United States Securities and Exchange Commission v. Ahmed et al Order on Motion for Miscellaneous Relief

Dear Sir –

Thanks a lot for your kind response.   Much appreciated.

I forwarded your email to my Indian legal counsel and they are in the process of making an application to the Indian Court to grant me the permission / leave to attend the deposition in the US Consulate.

They understand that you have assured the US Courts that I will not be arrested or detained or returned to the United States in violation of my bail conditions as is alluded to in the Order of the Court.   My Indian legal counsels would very much appreciate an acknowledgment of the same so that they can in turn make that representation to the Indian Court.   They wanted me to let you know that hopefully you will agree that a major diplomatic fuss could result otherwise and hence everyone would probably be aligned on trying to avoid it.

If you could please confirm by return of email itself, I shall forward your response to my Indian legal team.

I am still working on figuring out where to attend the deposition.    Towards that end, would you be so kind as to arrange accommodation for me (assuming that the depositions won't conclude in 1 day - if it were to just need one day only,  I will not require overnight stay arrangements) in Kolkata assuming that is where my lawyers want me to get deposed?

As soon as I know from them whether they prefer Kolkata or Hyderabad, I shall let you know  (I understand you need to know prior to the 21st of December, 2016).

I look forward to meeting you and welcoming you to India!

Thanks and best regards,

Iftikar


On Dec 15, 2016, at 11:47 PM, "Heinke, Nicholas" <                    > wrote:

Mr. Ahmed – we (the SEC) have no objection to your Indian legal counsel accompanying you to the deposition. We will reach out to the consulate to let you know if they have any issue.

Regards,
Nic

Nicholas P. Heinke
Trial Counsel
U.S. Securities & Exchange Commission
Byron G. Rogers Federal Building
1961 Stout Street, Suite 1700
███████████ 961
███████████

**From:** Ifty Ahmed [mailto:████████████]
**Sent:** Thursday, December 15, 2016 12:23 AM
**To:** Williams, Mark L; Heinke, Nicholas
**Cc:** Oraker, Jeffrey; Blomgren, Elinor E (Contractor)
**Subject:** Re: Activity in Case 3:15-cv-00675-JBA United States Securities and Exchange Commission v. Ahmed et al Order on Motion for Miscellaneous Relief

Dear Sirs – I just got off a call with my legal counsels in India and they had one quick question for you.  If you could please answer, I shall relay your response.   They (my Indian Counsel) would like to accompany me to a potential deposition and want to know if they will be allowed to accompany me – they will not answer or speak at all, assuming they allow me to attend a deposition in a US Consulate?
Sincerely,  Iftikar


On Dec 15, 2016, at 05:43 AM, "Williams, Mark L" <████████████████> wrote:

> Mr. Ahmed,
>
> Please find the attached Court Order that was issued earlier today.  Per the Court's Order, please let us know by December 21, 2016, whether your prefer your deposition be held at the U.S. Consulate in Hyderabad or Kolkata.
>
> Thank you,
>
> Mark L. Williams
> Trial Attorney
> U.S. Securities and Exchange Commission
> Denver Regional Office
> ███████████████████ ver, CO  80294
> ███████████████████