UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------- X
UNITED STATES SECURITIES AND EXCHANGE    :
COMMISSION,                               :
                                          :
                    Plaintiff,            :
                                          :
    v.                                    :
                                          :
IFTIKAR AHMED,                            :
                                          :
                    Defendant, and        :       Civil Action No.
                                          :       3:15-CV-675 (JBA)
IFTIKAR ALI AHMED SOLE PROP,              :
I-CUBED DOMAINS, LLC; SHALINI AHMED;      :              ORDER ON
SHALINI AHMED 2014 GRANTOR RETAINED       :              CONSENT
ANNUITY TRUST; DIYA HOLDINGS LLC;         :
DIYA REAL HOLDINGS, LLC; I.I. 1, a minor  :
child, by and through his next friends IFTIKAR :
and SHALINI AHMED, his parents; I.I. 2, a minor :
child, by and through his next friends IFTIKAR :
and SHALINI AHMED, his parents; and I.I. 3, a :
minor child, by and through his next friends :
IFTIKAR and SHALINI AHMED, his parents,   :
                                          :
                    Relief Defendants.    :
---------------------------------------------------------------- X

**WHEREAS** on August 12, 2015, the Court entered a preliminary injunction freezing assets of Defendant Iftikar Ahmed and various Relief Defendants [Dkt. No. 113];

**WHEREAS** since the Court entered its Endoresment Order of February 19, 2016, modifying the asset freeze order to, *inter alia*, provide for the release of monthly living expenses for the Relief Defendants [Dkt. No. 195], the cost of the monthly health insurance premium for Relief Defendants Shalini Ahmed and her three minor children has increased by $416 and an incoming wire fee of $15 is charged by People's United Bank; and

**WHEREAS** Plaintiff United States Securities Exchange Commission (the "Commission") has consented to the motion;

Upon consent, **IT IS HEREBY ORDERED** that the Court's Asset Freeze Order dated August 12, 2015, as modified by the Endorsement Order dated February 19, 2016, is further modified as follows:

1. Funds in the amount of $8,676.00 held in the account in the name of Relief Defendant Shalini Ahmed ending x7540 at Fidelity Investments, are released from the Court's asset freeze order for transfer to Ms. Ahmed's People's United Bank account ending x1722, on a monthly basis for the Relief Defendants' living expenses.

2. The Court's previous Endorsement Order [Dkt. No. 195], releasing funds in the amount of $8,245 held in the account in the name of Relief Defendant Shalini Ahmed ending x7540 at Fidelity Investments on a monthy basis for the Relief Defendants' living expenses, is superceded and replaced by the instant Order.

3. The Commission is directed to use all practical and reasonable efforts to ensure that all relief specified herein is effectuated promptly.

IT IS SO ORDRED this 28th day of December, 2016

_____
Janet Bond Arterton, U.S.D.J.