UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br>*Plaintiff*,<br>v.<br>IFTIKAR AHMED,<br>*Defendant*, and<br><br>IFTIKAR ALI AHMED SOLE PROP; I-CUBED DOMAINS, LLC; SHALINI AHMED; SHALINI AHMED 2014 GRANTOR RETAINED ANNUNITY TRUST; DIYA HOLDINGS LLC; DIYA REAL HOLDINGS, LLC; I.I. 1, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; I.I. 2, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; and I.I. 3, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents,<br><br>*Relief Defendants*. | Civil No. 3:15cv675 (JBA)<br><br>January 10, 2016 |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO LIQUIDATE AND TRANSFER FROZEN ASSETS TO SHORT DURATION U.S. TREASURIES**

Defendant Iftikar Ahmed moves, with consent of Plaintiff U.S. Securities and Exchange Commission (the "SEC") to liquidate Defendant's public market equities and bonds currently held in Defendant's frozen brokerage accounts at Northern Trust ("NT") and e*Trade Securities and to hold those assets/funds in short duration United States Treasuries instead. Reflecting the reduced risk of market fluctuations sought to be achieved, IT IS HEREBY ORDERED:

1. All assets belonging to Defendant and entities controlled by Defendant (Rakitfi Holdings LLC, the Essell Farms LLC, and the Essell Group LLC) currently held at

NT and e*Trade Securities shall be liquidated and the proceeds shall be held in short term U.S. Treasuries subject to the Court's asset freeze order;

2. The Commission is directed to use all practical and reasonable efforts to ensure that all relief specified herein is effectuated promptly.

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 10th day of January 2017.