# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiff,<br><br>  v.<br><br>IFTIKAR AHMED,<br><br>              Defendant, and<br><br>IFTIKAR ALI AHMED SOLE PROP; I-CUBED DOMAINS, LLC; SHALINI AHMED; SHALINI AHMED 2014 GRANTOR RETAINED ANNUNITY TRUST; DIYA HOLDINGS LLC; DIYA REAL HOLDINGS, LLC; I.I. 1, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; I.I. 2, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; and I.I. 3, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents,<br><br>              Relief Defendants. | Civil Action No. 3:15-cv-675 (JBA) |

## DEFENDANT'S EMERGENCY MOTION FOR RELEASE OF FUNDS TO ALLOW HIS THREE MINOR CHILDREN TO VISIT HIM IN INDIA DURING SPRING BREAK IN MARCH 2017

Defendant Iftikar Ahmed respectfully submits the following Emergency Motion for humanitarian consideration by this esteemed Court with specific details on what costs would be incurred.

"Small men command the letter of the law.  Great men serve its spirit.  For the spirit of the law is justice ... and justice is the spirit of God."  -  JC Marino, *Dante's Journey*

The Defendant had earlier submitted a Motion with this same prayer [Document # 403 dated 17th January 2017] - that motion was denied by this esteemed Court without prejudice on the grounds that it lacked specific details on costs.    The context, background, and the prayer contained in that Motion remain essentially the same and, hence, are not repeated here.

The three minor children attend the same school and their Spring Break is between the 10th and 26th of March.   Given the limited time between now and then, the Defendant submits this emergency motion with a specific request and cost estimates.

Flight tickets are subject to dynamic pricing and the prices available or quoted by airline don't often stay the same closer it gets to the travel dates.  The prices of airline tickets tend to generally increase closer to the date of travel or shorter the time left to the travel date.

As of today, on Kayak (www.kayak.com), the leading online meta-search company that compares prices across hundreds of sites, the price of a round trip  air tickets with one stop between New York (NYC)  and Mumbai (MUM) is quoted at $3,300 per person (for 3 minor children and 1 accompanying adult).   The airlines and the Kayak would not quote a price for unaccompanied minor children alone online, and from a call to the airline call center, it appears that the total price of ticket for an unaccompanied minor child would be significantly higher than the total price of 4 passengers (3 minor children and 1 accompanying adult).   Please see **Exhibit 1**.

The Defendant apologizes that he does not have the ability to host his children in Mumbai and, hence, would actually need a hotel for the stay of his minor children and their accompanying adult.    Please see **Exhibit 2** for hotel rates for those dates in Mumbai, India. Hotel rooms would range between $150-400 per night per room.    Hotels in Mumbai will not allow 4 individuals to occupy the same room as it is considered a violation of fire and safety rules and, hence, would require 2 rooms for their stay.

To avoid confusion, the Defendant had earlier requested only airfare and had proposed that his children would stay with his family in Guwahati (Assam).    The round trip ticket from Mumbai to Guwahati [please see **Exhibit 3**] is almost as expensive as the price of the entire hotel stay in Mumbai.   There is no international flight to / airport in Guwahati, Assam, and hence there is no difference in the cost consideration between traveling back and forth from Mumbai to Guwahati and staying the duration of their visit in Mumbai.   The flight from New York to Mumbai itself is a long and arduous one and it would be in the best interest of the children to stay in Mumbai in order to minimize the total flying time as there is no difference in the total costs involved with the two options - between traveling to Guwahati, Assam, to stay with the Defendant's mother AND staying in Mumbai at a hotel.    The Defendant (and any of his family members like the children's paternal grandmother) will make his/their own travel and staying arrangements own and is not seeking any funds.

Going with these rates from Kayak, the Defendant requests the immediate release of expenses to cover the following:

1.  Round-trip NYC-MUM tickets for 4 (1 adult and 3 minor children): estimated at $3,300 per person, or $13,200; or the actual cost of the tickets bought online booked as soon as the approval is received;

2.  Hotel in Mumbai:  2 rooms for 4 people, 11 nights: estimated at $178 per room per night, or $5,090; or the actual cost of booking the rooms online as soon as the approval is received; and

3.  Incidentals (airport transfers, and meals on transit only) - estimated at $1,000.

For a total of approximately $20,000 (Twenty Thousand Dollars only).   All actual invoices and bills will be presented to this esteemed Court.

The Defendant would like to reiterate that these are prices as of today as quoted online and the Defendant has no control over the prices of either airline tickets or hotels.   This is evident from the fact that the flight on Kayak is shown to have only 4 seats remaining in Exhibit 1.   As time goes by, the prices are quite likely to escalate.   Hence this emergency Motion.

For the sake of completeness of this Motion , the Defendant has significant assets that are completely untained and untouched by any of the alleged transactions.   Leaving aside untainted assets, in 2015 itself the Defendant earned and declared just shy of $2 Million in taxable income and those funds are all frozen and yet earned completely outside any of the alleged transactions in this dispute and those earnings have only been added to the asset freeze though those earnings

4

were clearly not connected to any of the alleged transactions.

**WHEREFORE**, the Defendant humbly petitions and respectfully requests that the esteemed Court to grant this Motion immediately. Also, given the paucity of time, the Defendant will likely not be able to file a response to any potential opposition by the Plaintiff.

Respectfully Submitted,

Dated: February 02nd, 2017    s/ Iftikar Ahmed

———————————————
Iftikar A. Ahmed
C/O Advocate Anil Sharma
10 Government Place East, Ground Floor
Behind Kanpur Leather House
Kolkata 700069, India
Tel: +91.98.30.089.945
Email: iftyahmed@icloud.com
*Pro Se*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and served by electronic mail to:

Nicholas P. Heinke
US Securities and Exchange Commission
Byron G. Rogers Federal Building
1961 Stout Street, Ste. 1700
Denver, CO 80294
(303) 844-1071
Email: heinken@sec.gov

Mark L. Williams
US Securities and Exchange Commission
Byron G. Rogers Federal Building
1961 Stout Street, Ste. 1700
Denver, CO 80294
(303) 844-1027
Email: williamsml@sec.gov

Paul E. Knag
Murtha Cullina, LLP
177 Broad Street, 4th Floor
Stamford, CT 06901
(203) 653-5400
Fax: (203) 653-5444
Email: pknag@murthalaw.com

David B. Deitch
Harris, St. Laurent & Chaudhry LLP VA
1818 Library Street, Suite 500
Reston, VA 20190
(703) 956-3549
Fax: (703) 935-0349
Email: ddeitch@sc-harris.com

Jonathan Harris
Harris, St. Laurent & Chaudhry LLP
40 Wall Street, 53rd Floor
New York, NY 10005
(646) 395-3481
Fax: (212) 202-6206
Email: jon@sc-harris.com

L. Reid Skibell
Harris, St. Laurent & Chaudhry LLP
40 Wall Street, 53rd Floor
New York, NY 10005
(917) 512-9466
Fax: (212) 202-6206
Email: rskibell@sc-harris.com

Priya Chaudhry
Harris, St. Laurent & Chaudhry LLP
40 Wall Street, 53rd Floor
New York, NY 10005
(212) 785-5550
Fax: (212) 202-6206
Email: priya@sc-harris.com

Steven Gabriel Hayes Williams
Harris, St. Lauren & Chaudhry LLP
40 Wall Street, 53rd Floor
New York, NY 10005
(212) 397-3370
Fax: (212) 202-6206
Email: ghayeswilliams@sc-harris.com

Kristen Luise Zaehringer
Murtha Cullina, LLP
177 Broad Street, 4th Floor
Stamford, CT 06901
(203) 653-5406
Fax: (860) 240-5758
Email: kzaehringer@murthalaw.com

Dated: February 02nd, 2017    s/ Iftikar Ahmed
_____
Iftikar A. Ahmed
C/O Advocate Anil Sharma
10 Government Place East, Ground Floor
Behind Kanpur Leather House
Kolkata 700069, India
Tel: +91.98.30.089.945
Email: iftyahmed@icloud.com

*Pro Se*



Flights More

# EXHIBIT 1

Create a price alert

**Stops** Show all

| | |
|---|---|
| nonstop | |
| 1 stop | $3293 |
| 2+ stops | $3298 |

**Times**

Take-off New York (NYC)
Sat 12:00a – Sun 12:00a

Take-off Mumbai (BOM)
Fri 1:00a – Sat 12:00a

Show landing times

**Airports** Show all

Depart/Return same

New York

| | |
|---|---|
| JFK: John F Kenn… | $2455 |
| EWR: Newark | $2455 |
| LGA: LaGuardia | $4879 |

Mumbai

| | |
|---|---|
| BOM: Chhatrapati … | $2455 |
| DEL: Indira Gandh… | $3187 |

**Airlines** Show all

Carrier | Alliance

| | |
|---|---|
| airberlin | |
| Air Canada | |
| Air China | $2455 |
| Air France | $3745 |
| Air India | $2721 |
| Alitalia | |
| American Airlines | $4876 |
| ANA | $19462 |
| British Airways | $4482 |
| Cathay Pacific | $8215 |
| Delta | $3730 |
| Emirates | $3293 |
| Etihad Airways | $4377 |
| EVA Air | |
| Gulf Air | |
| Japan Airlines | |
| Jet Airways | $3565 |
| KLM | $7973 |
| Kuwait Airways | |
| Lufthansa | $3739 |
| Show operators | |
| Malaysia Airlines | |
| Qatar Airways | $4670 |
| Singapore Airlines | |
| SriLankan | |
| SWISS | $5720 |
| Thai Airways | |
| Turkish Airlines | $4025 |
| United | $8615 |
| Multiple airlines | |

**Booking Providers**

airberlin
Air Canada

---

NYC BOM — 94 of 1803 flights | Mar 11 Saturday — Mar 24 Friday | Business cabin | 4 travelers | Change

Sort by: Price | Recommended | Duration | More | Round-trip | Flight-by-flight

$3293
Emirates

Emirates

| | | | | |
|---|---|---|---|---|
| 11:00p JFK | 2:15a BOM | 16h 45m | 1 stop (DXB) |
| 4:15a BOM | 2:25p JFK | 19h 40m | 1 stop (DXB) |

View Deal

Hide details $3296 book easily on KAYAK

**Book**

Business First

| Booking site | Fare codes | Cost per ticket | Total | |
|---|---|---|---|---|
| Emirates | OWLFPUS4 | $3293 | $13172 | View |
| KAYAK | | $3296 | $13181 | Book |
| Expedia | | $3298 | $13189 | View |
| hotwire | | $3298 | $13189 | View |
| ORBITZ | | $3298 | $13189 | View |
| CheapTickets | | $3298 | $13189 | View |
| travelocity | | $3298 | $13189 | View |
| justfly.com | | $3298 | $13189 | View |
| ExploreTrip | | $3298 | $13189 | View |
| Vayama | | $3298 | $13189 | View |
| FlightNetwork | | $3321 | $13281 | View |
| cheapOair | | $3353 | $13409 | View |
| priceline.com | OWLFPUS1 | $3692 | $14767 | View |
| webjet.com | | $4495 | $17977 | View |

Select

30 return flight itineraries include this departure

**Depart — Sat, Mar 11** **16h 45m**

**11:00p — 8:15p** Biz 12h 15m
**Lands Sun, Mar 12**
New York (JFK) — Dubai (DXB) 4 seats remain
Emirates 202 · Wide-body jet · Airbus A380-800

Change planes in Dubai (DXB) 1h 35m

**9:50p — 2:15a** Biz 2h 55m
**Lands Mon, Mar 13**
Dubai (DXB) — Mumbai (BOM) 4 seats remain
Emirates 500 · Wide-body jet · Airbus A380-800

Select

41 departure itineraries include this return flight

**Return — Fri, Mar 24** **19h 40m**

**4:15a — 6:05a** Biz 3h 20m
Mumbai (BOM) — Dubai (DXB) 4 seats remain
Emirates 501 · Wide-body jet · Airbus A380-800

Change planes in Dubai (DXB) 2h 25m

**8:30a — 2:25p** Biz 13h 55m
Dubai (DXB) — New York (JFK) 4 seats remain
Emirates 201 · Wide-body jet · Airbus A380-800

Share

$3293
Emirates

Emirates

| | | | | |
|---|---|---|---|---|
| 11:00p JFK | 2:15a BOM | 16h 45m | 1 stop (DXB) |
| 7:10p BOM | 8:55a JFK | 23h 15m | 1 stop (DXB) |

---

**Compare Sites vs. KAYAK**

| | |
|---|---|
| Indian Eagle | Compare |
| CITIAIR | Compare |
| justfly.com | Compare |
| ORBITZ | Compare |
| priceline | Compare |
| StudentUniverse | Compare |
| FlightNetwork | Compare |
| Expedia | Compare |



Hotels More

EXHIBIT 2

Sun 3/12
33 of 725 hotels

Mar 12 — Mar 24 | 2 | 4 | Nightly ba…
Sunday Friday | rooms | guests | prices

Change

All hotels Family

Price (high to low)

58%

Room availability in Mumbai is getting low. We see that it's already 58% reserved!
Pro Tip: Plan to book now or adjust your travel dates to see more options.

**Private Deals** - Sign up to save up to 35% on hotels.

Sign up now

## The St. Regis Mumbai

**Excellent** (**8.9**, 1,009 reviews)

**$268** Expedia.com **$268** Hotels.com **$221** KAYAK
**$269** Priceline **$268** Hotwire **$221** getaroom
5 more sites

$268
Booking.com

View Deal

## The Oberoi Mumbai

**Excellent – 9.3** **Top Romantic Hotel**

**$244** Hotels.com **$244** KAYAK **$258** Booking.com
**$244** Hotwire **$244** Travelocity **$244** TripAdvisor
5 more sites

~~$399~~
$244
Expedia.com
Free cancellation

View Deal

## JW Marriott Mumbai Juhu

**Excellent – 8.7** **Top Wellness Hotel**

**$197** Hotels.com **$184** KAYAK **$197** Booking.com
**$184** Priceline **$197** Hotwire **$197** Travelocity

$197
Expedia.com

View Deal

## InterContinental Marine Drive-Mumbai

**Excellent – 8.7** **Top Wellness Hotel**

**$170** Hotwire **$171** KAYAK **$237** Priceline
**$190** InterContin… **$190** Hotels.com **$190** Travelocity
1 more site

~~$237~~
$190
Expedia.com

View Deal

## ITC Maratha, Collection Hote…

**Excellent** (**8.8**, 727 reviews)

**$181** Hotels.com **$181** Booking.com **$181** Hotwire
**$181** Priceline **$181** KAYAK **$193** AMOMA.com
4 more sites

$181
Expedia.com

View Deal

## Taj Lands End

**Excellent – 9.0**

**$179** Hotels.com **$179** Booking.com **$179** KAYAK
**$179** Hotwire **$180** Priceline **$179** TripAdvisor
2 more sites

~~$258~~
$179
Expedia.com
Free cancellation

View Deal



Details  Map  **Rates**  Reviews  Similar

| Site | Room Type | Nightly | Trip Total | |
|---|---|---|---|---|
| | Deluxe Room, 1 King Bed, Sea View, Free W… | $178 | $5094 | View |
| | Deluxe room, 1 king bed, sea view, free wirel… | $178 | $5094 | View |
| | Deluxe Double Room - Free cancellation | $178 | $5090 | View |
| | Deluxe Double Room - Free cancellation | $178 | $5090 | Book |
| | Deluxe Room, 1 King Bed, Sea View, Free W… | $178 | $5094 | View |
| | Deluxe double room - free cancellation | $180 | $5131 | View |
| | Deluxe Room, 1 King Bed, Sea View | $178 | $5095 | View |

Watch   Share   Track   Show all rates & room types ▸

---



**The Taj Mahal Palace Mumbai**  
SAVE 38%  
Excellent – 9.3  
~~$277~~  
**$174**  
KAYAK

| $174 Hotels.com | $193 Booking.com | $174 TripAdvisor |
| $193 Priceline | $174 Hotwire | $174 Expedia.com |

2 more sites ▾   View Deal

---

**Taj Wellington Mews Luxury Res**  
Excellent (9.6, 4 reviews)  
**$171**  
KAYAK  
Free cancellation ⓘ

| $171 Priceline | $171 Booking.com |

View Deal

---



**Trident Nariman Point**  
Excellent (9.0, 3,092 reviews)  
**$168**  
Expedia.com

| $168 Hotels.com | $168 Booking.com | $169 TripAdvisor |
| $168 KAYAK | $168 Hotwire | $169 Priceline |

4 more sites ▾   View Deal

---



**The Westin Mumbai Garden City**  
Excellent – 9.0  
**$162**  
Booking.com

| $178 Expedia.com | $178 Hotels.com | $157 KAYAK |
| $178 Hotwire | $178 Travelocity | $162 Priceline |

4 more sites ▾   View Deal

---



**Taj Santacruz**  
Excellent (9.1, 473 reviews)  
**$157**  
Expedia.com  
Free cancellation ⓘ

| $157 Hotels.com | $156 TripAdvisor | $157 KAYAK |
| $157 Travelocity | $157 Hotwire | $157 Priceline |

1 more site ▾   View Deal

---

Go To Map View

**Top Filters**   More

**Stars**   Show all

**Review Score**   Show all
Excellent (47)
Good (255)
Okay (86)
Mediocre (14)
Poor

**Price**
$6 – $274

**Freebies**
Free Breakfast (292)
Free Internet (226)
more freebies ▾

**Hotel Name**
[hotel name or brand]

**Location**
Any miles ▾ from
Mumbai (city center)
Mumbai hotels only

**Neighborhoods**
Andheri East (97)
Juhu Beach (19)
Colaba (21)
Bandra (15)
Santacruz (14)
more neighborhoods ▾

Go To Map View

---

**Compare Sites vs. KAYAK**

tripadvisor  Compare
travelocity  Compare
Booking.com  Compare
priceline  Compare
Expedia  Compare
hotwire  Compare
HotelPlanner  Compare
Hotels.com  Compare



Flights More

# EXHIBIT 3

Create a price alert

BOM GAU 44 of 573 flights | Mar 12 Sunday — Mar 24 Friday | cabin | 4 travelers | Change

Sort by: Price Recommended Duration More | Round-trip | Flight-by-flight

Fares include **Mixed** cabin class flights. Use the **Cabin** filter to limit results.

**Stops** Show all
- nonstop
- 1 stop $1265
- 2+ stops $828

**Times**

Take-off Mumbai (BOM)
Sun 3:00a – 10:00p

Take-off Guwahati (GAU)
Fri 8:00a – 8:30p

Show landing times

**Airlines** Show all

Carrier | Alliance
- Air India $860
- Jet Airways $1265
- Vistara
- Multiple airlines

**Booking Providers**
- Air India
- CheapTickets.com
- eDreams
- Expedia.com
- Jet Airways $1265
- OneTravel $1265
- Orbitz
- Priceline

Show more

More filters

---

**$1384** Expedia.com — View Deal

Jet Airways
**11:30a** BOM — **4:25p** GAU 4h 55m 1 stop (DEL)
**6:00p** GAU — **8:40a** BOM 14h 40m 1 stop (CCU)

Hide details — Mixed
Operated by Jet Airways, Jetkonnect

**Book**

| Booking site | Cost per ticket | Total | |
|---|---|---|---|
| Expedia | $1384 | $5534 | View |

Select
20 return flight itineraries include this departure

**Depart — Sun, Mar 12** 4h 55m

**11:30a — 1:35p** Biz 2h 05m
Mumbai (BOM) — New Delhi (DEL) 4 seats remain
Jet Airways 307 · Narrow-body jet · Boeing 737-800 (winglets)

Change planes in New Delhi (DEL) Short layover 0h 40m

**2:15p — 4:25p** Biz 2h 10m
New Delhi (DEL) — Guwahati (GAU) 4 seats remain
Jet Airways 7160 · Narrow-body jet · Boeing 737-800 (winglets)
Operated by Jetkonnect

Select
12 departure itineraries include this return flight

**Return — Fri, Mar 24** 14h 40m

**6:00p — 7:50p** Economy 1h 50m
Guwahati (GAU) — Kolkata (CCU) 4 seats remain
Jet Airways 2472 · Turbo-prop plane · Aerospatiale/Alenia ATR 72

Change planes in Kolkata (CCU) Long layover 9h 55m

**5:45a — 8:40a** Biz 2h 55m
**Takes off Sat, Mar 25**
Kolkata (CCU) — Mumbai (BOM) 4 seats remain
Jet Airways 618 · Narrow-body jet · Boeing 737-800

Share

---

**$1384** Expedia.com — View Deal

Jet Airways
**11:30a** BOM — **4:25p** GAU 4h 55m 1 stop (DEL)
**8:10p** GAU — **8:40a** BOM 12h 30m 1 stop (CCU)

Show details — Mixed
Operated by Jet Airways, Jetkonnect

---

**$1379** Travelocity — View Deal

Jet Airways
**11:30a** BOM — **4:25p** GAU 4h 55m 1 stop (DEL)
**8:05a** GAU — **4:55p** BOM 8h 50m 1 stop (CCU)

Show details — Mixed
Operated by Jet Airways, Jetkonnect

---

**$1379** Travelocity — View Deal

Jet Airways
**11:30a** BOM — **4:25p** GAU 4h 55m 1 stop (DEL)
**1:30p** GAU — **9:40p** BOM 8h 10m 1 stop (CCU)

Show details — Mixed
Operated by Jet Airways, Jetkonnect

---

Try your search on these other sites

**Compare Sites vs. KAYAK**
- Expedia — Compare
- CheapTickets — Compare
- travelocity — Compare



