UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, : <br><br> Plaintiff, : <br><br> v. : <br><br> IFTIKAR AHMED, : <br><br> Defendant, and : <br><br> IFTIKAR ALI AHMED SOLE PROP, I-CUBED DOMAINS, LLC; SHALINI AHMED; SHALINI AHMED 2014 GRANTOR RETAINED ANNUITY TRUST; DIYA HOLDINGS LLC; DIYA REAL HOLDINGS, LLC; I.I. 1, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; I.I. 2, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; and I.I. 3, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents, : <br><br> Relief Defendants. : | Civil Action No.<br>3:15-CV-675 (JBA)<br><br>ORDER |

---

**WHEREAS** on August 12, 2015, the Court entered [Doc. # 113] a preliminary injunction freezing assets of Defendant Iftikar Ahmed and various Relief Defendants ("Asset Freeze Order"), which has been modified by various ordered;

**WHEREAS** on January 17, 2017, Defendant Iftikar Ahmed requested [Doc. # 402] that the Asset Freeze Order be further modified to allow the payment of taxes on property owned by Essell Farms, LLC;

**WHEREAS** Plaintiff United States Securities Exchange Commission consents to the modification of the Asset Freeze Order;

Upon consent, **IT IS HEREBY ORDERED** that the Court's Asset Freeze Order dated August 12, 2015, as modified by the Endorsement Order dated February 19, 2016, is further modified as follows:

1. $38,177.93 is released from the account at Northern Trust in the name of Essell Farms, LLC ending x5226 for payment of county taxes. A check in the amount of $38,177.93 shall be made out to the Columbia County Treasurer's Office and shall be mailed to:

   > Columbia County Treasurer's Office
   > 15 N. 6th Street
   > Hudson, NY 12534

2. $36,623.81 is released from the account at Northern Trust in the name of Essell Farms, LLC ending x5226 for payment of local taxes. A check in the amount of $36,623.81 shall be made out to Monica Cleveland, Tax Collector and shall be mailed to:

   > Monica Cleveland, Tax Collector
   > 1416 Co Rte 7
   > Ancram, NY 12502

3. The Commission is directed to use all practical and reasonable efforts to ensure that all relief specified herein is effectuated promptly.

IT IS SO ORDRED this 3rd day of February, 2017

_____
Janet Bond Arterton, U.S.D.J.