UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>IFTIKAR AHMED,<br><br>Defendant, and<br><br>IFTIKAR ALI AHMED SOLE PROP; I-CUBED DOMAINS, LLC; SHALINI AHMED; SHALINI AHMED 2014 GRANTOR RETAINED ANNUITY TRUST; DIYA HOLDINGS LLC; DIYA REAL HOLDINGS, LLC; I.I. 1, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; I.I. 2, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; and I.I. 3, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents,<br><br>Relief Defendants. | Civil Action No. 3:15-cv-675 (JBA) |

**DEFENDANT'S EMERGENCY MOTION TO ALLOW PAYMENT OF 2015 FEDERAL AND STATE TAXES**

Defendant Iftikar Ahmed respectfully submits the following Motion to immediately facilitate and order the payment of long overdue Federal and State taxes owed for the year 2015 ending December 31st, 2015, for Individual Defendant and two legal entities that the Defendant manages.

1. **The Essell Farms LLC** is a duly organized US entity that owes federal and state taxes for calendar year 2015.  The Defendant is a 50% shareholder with one other unrelated individual owning the remainder 50%.  The Essell Farms LLC has sufficient funds in its account at Northern Trust ending in x5226 to be able to pay the taxes long overdue.   The following taxes are owed by The Essell Farms LLC:

- $2,228 payable to the "United States Treasury" (with Forms 8804 and 8805)

- $25 payable to "NYS Filing Fee" for NY State (with Form IT-204 LL)

- $44 payable to "Commissioner of Taxation and Finance" for NY State (with Form IT-2659)

Please refer to **Exhibit 1** for the details - all amounts payable are highlighted.  The total taxes due are $2,297.

2. **The Essell Group LLC** is a duly organized US entity that owes federal and state taxes for calendar year 2015.  The Defendant is a 60% shareholder with one other unrelated individual owning the remainder 40%.  The Essell Group LLC has sufficient funds in its account at Northern Trust ending in x5234 to be able to pay the taxes long overdue.   The following taxes are owed by The Essell Group LLC:

- $25,375 payable to the "United States Treasury" (with Forms 8804 and 8805)

- $7,084 payable only online to Commissioner of Revenue Services for CT State (with Form CT-1065/CT-1120SI)

Please refer to **Exhibit 2** for the details - all amounts payable are highlighted.   The total taxes due are $32,459.

3.  The **Defendant's Personal Federal and State Taxes for 2015**:   The following taxes are owed by the Defendant filing as "Married Filing Separately":

- $449,863 owed in Federal taxes (with Form 1040-V);

- $130,284 owed in CT State taxes (with Form CT-1040-V); and

- $657 owed in NY State taxes (with Form IT-201-V)

Please refer to **Exhibit 3** for the details - all amounts payable are highlighted.   The total taxes due are $580,804.

The vast majority of these Federal and CT State taxes, if not all, arise from the Oak distributions from the Defendant's direct investments in Oak funds - which have been unfairly withheld at Oak.   These distributions, as detailed in an earlier Motion of the Defendant which was opposed by the Plaintiff and subsequently denied by this esteemed Court, were never made but only reported in the K-1s, thereby causing this significant tax liability for the Defendant.

From a very simple standpoint of matching sources and payment of taxes, these tax liabilities of the Defendant should only be paid from the cash distributions reported by Oak but withheld by them so far.   A total of $1,999,837 - or, just under $2 Million - was reported by Oak funds in the K1s which caused this significant tax liability; yet those distributions were withheld at Oak.  Hence, this tax liability of the Defendant should be immediately paid from those distributions as the Oak assets belonging to the Defendant that are part of the overall asset freeze; since the taxes owed are directly 100% linked to those reported distributions.

The Defendant is therefore praying for this esteemed Court to immediately order the release of sufficient funds to pay the various federal and state taxes owed for 2015 by all the three entities - individual the Defendant, and the two LLCs - The Essell Farms LLC and The Essell Group LLC.    The Plaintiff has already been sent all the detailed tax papers and forms and detailed numbers behind all the summary numbers submitted here.

**WHEREFORE**, the Defendant humbly petitions and respectfully requests that the esteemed Court to grant this Motion.

Respectfully Submitted,

Dated:        February 04th, 2017             s/ Iftikar Ahmed

_____

Iftikar A. Ahmed
C/O Advocate Anil Sharma
10 Government Place East, Ground Floor
Behind Kanpur Leather House
Kolkata 700069, India
Tel: +91.98.30.089.945
Email: iftyahmed@icloud.com
*Pro Se*

**CERTIFICATE OF SERVICE**

       I hereby certify that a copy of the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and served by electronic mail to:

Nicholas P. Heinke
US Securities and Exchange Commission
Byron G. Rogers Federal Building
1961 Stout Street, Ste. 1700
Denver, CO 80294
(303) 844-1071
Email: heinken@sec.gov

Mark L. Williams
US Securities and Exchange Commission
Byron G. Rogers Federal Building
1961 Stout Street, Ste. 1700
Denver, CO 80294
(303) 844-1027
Email: williamsml@sec.gov

Paul E. Knag
Murtha Cullina, LLP
177 Broad Street, 4th Floor
Stamford, CT 06901
(203) 653-5400
Fax: (203) 653-5444
Email: pknag@murthalaw.com

David B. Deitch
Harris, St. Laurent & Chaudhry LLP VA
1818 Library Street, Suite 500
Reston, VA 20190
(703) 956-3549
Fax: (703) 935-0349
Email: ddeitch@sc-harris.com

Jonathan Harris
Harris, St. Laurent & Chaudhry LLP
40 Wall Street, 53rd Floor
New York, NY 10005
(646) 395-3481
Fax: (212) 202-6206
Email: jon@sc-harris.com

L. Reid Skibell
Harris, St. Laurent & Chaudhry LLP
40 Wall Street, 53rd Floor
New York, NY 10005
(917) 512-9466
Fax: (212) 202-6206
Email: rskibell@sc-harris.com

Priya Chaudhry
Harris, St. Laurent & Chaudhry LLP
40 Wall Street, 53rd Floor
New York, NY 10005
(212) 785-5550
Fax: (212) 202-6206
Email: priya@sc-harris.com

Steven Gabriel Hayes Williams
Harris, St. Lauren & Chaudhry LLP
40 Wall Street, 53rd Floor
New York, NY 10005
(212) 397-3370
Fax: (212) 202-6206
Email: ghayeswilliams@sc-harris.com

Kristen Luise Zaehringer
Murtha Cullina, LLP
177 Broad Street, 4th Floor
Stamford, CT 06901
(203) 653-5406
Fax: (860) 240-5758
Email: kzaehringer@murthalaw.com

Dated: February 04th, 2017          s/ Iftikar Ahmed
                                    _____
                                    Iftikar A. Ahmed
                                    C/O Advocate Anil Sharma
                                    10 Government Place East, Ground Floor
                                    Behind Kanpur Leather House
                                    Kolkata 700069, India
                                    Tel: +91.98.30.089.945
                                    Email: iftyahmed@icloud.com

                                    *Pro Se*

REARDON AND COMPANY LLP          **EXHIBIT - 1**

JANUARY 16, 2017


THE ESSELL FARMS LLC


THE ESSELL FARMS LLC:

WE HAVE PREPARED AND ENCLOSED YOUR 2015 PARTNERSHIP RETURNS FOR THE YEAR ENDED DECEMBER 31, 2015.

THIS RETURN HAS BEEN PREPARED FOR ELECTRONIC FILING.  IF YOU WISH TO HAVE IT TRANSMITTED ELECTRONICALLY TO THE IRS, PLEASE SIGN, DATE, AND RETURN FORM 8879-PE TO OUR OFFICE.  WE WILL THEN SUBMIT YOUR ELECTRONIC RETURN TO THE IRS.  DO NOT MAIL THE PAPER COPY OF THE RETURN TO THE IRS.

NO PAYMENT IS REQUIRED WITH THIS RETURN WHEN FILED.

ALSO ENCLOSED IS ==FORM 8804==, ==ANNUAL RETURN FOR PARTNERSHIP WITHHOLDING TAX==.  SIGN, DATE AND SEPARATELY MAIL FORM 8804 BY JANUARY 31, 2017 TO:

> INTERNAL REVENUE SERVICE CENTER
> P.O. BOX 409101
> OGDEN, UT  84409

ENCLOSE A CHECK OR MONEY ORDER FOR ==$2,228, PAYABLE TO UNITED STATES TREASURY.  WRITE THE PARTNERSHIP'S EMPLOYER IDENTIFICATION NUMBER AND THE WORDS "2015 FORM 8804" ON THE CHECK OR MONEY ORDER.==

INCLUDED ARE COPIES A, B, C AND D OF FORM 8805, FOREIGN PARTNER'S INFORMATION STATEMENT OF SECTION 1446 WITHHOLDING TAX.  COPIES A SHOULD BE ATTACHED TO FORM 8804 FOR FILING. COPIES B AND C SHOULD BE IMMEDIATELY FORWARDED TO THE PARTNERS.  COPIES D SHOULD BE FORWARDED TO THE WITHHOLDING AGENT.

THE NEW YORK FORM ==IT-204-LL== SHOULD BE MAILED AS SOON AS POSSIBLE TO:

> STATE PROCESSING CENTER
> PO BOX 4148
> BINGHAMTON, NY  13902-4148

==ENCLOSE A CHECK OR MONEY ORDER FOR $25.00, PAYABLE TO NYS FILING FEE.==

==INCLUDE THE EMPLOYER IDENTIFICATION NUMBER, AND THE WORDS "2015 FILING FEE" ON THE CHECK.==

THE CONNECTICUT FORM CT-1065/CT-1120SI RETURN HAS BEEN PREPARED FOR ELECTRONIC FILING.  IF YOU WISH TO HAVE IT TRANSMITTED ELECTRONICALLY TO THE CONNECTICUT DRS, PLEASE CONTACT OUR OFFICE.  WE WILL THEN SUBMIT YOUR ELECTRONIC RETURN TO THE CONNECTICUT DRS.  DO NOT MAIL THE PAPER COPY OF THE RETURN TO THE CONNECTICUT DRS.

NO PAYMENT IS REQUIRED WITH THIS RETURN WHEN FILED.

THE NEW YORK FORM IT-204 SHOULD BE MAILED ON OR BEFORE JANUARY 31, 2017 TO:

        STATE PROCESSING CENTER
        P.O. BOX 4149
        BINGHAMTON, NY  13902-4149

NO PAYMENT IS REQUIRED WITH THIS RETURN WHEN FILED.

ENCLOSED IS ==NEW YORK FORM IT-2659==.  PLEASE SIGN, DATE, AND SEPARATELY MAIL BY JANUARY 31, 2017 TO:

        NYS TAX DEPARTMENT - IT-2659
        P.O. BOX 15179
        ALBANY, NY  12212-5179

==MAKE YOUR CHECK OR MONEY ORDER PAYABLE TO COMMISSIONER OF TAXATION AND FINANCE IN THE AMOUNT OF $44.==  STAPLE CHECK OR MONEY ORDER TO THE FORM AS INSTRUCTED.  DO NOT ATTACH OR FILE THIS FORM WITH ANY OTHER FORM.

THE CONNECTICUT FORM CT K-1T DOES NOT NEED TO BE FILED WHEN THE CONNECTICUT RETURN IS FILED ELECTRONICALLY. NO FURTHER ACTION IS REQUIRED FOR THIS FORM.

ATTACHED ARE SCHEDULES K-1 FOR ALL PARTNERS INDICATING THEIR SHARE OF INCOME, DEDUCTIONS AND CREDITS TO BE REPORTED ON THEIR RESPECTIVE TAX RETURNS.  THESE SCHEDULES SHOULD BE IMMEDIATELY FORWARDED TO EACH OF THE PARTNERS.

COPIES OF THE RETURNS ARE ENCLOSED FOR YOUR FILES.  WE SUGGEST THAT YOU RETAIN THESE COPIES INDEFINITELY.

VERY TRULY YOURS,


ANDREW J. REARDON C.P.A.

# EXHIBIT - 2

REARDON AND COMPANY LLP



JANUARY 17, 2017


THE ESSELL GROUP LLC


THE ESSELL GROUP LLC:

WE HAVE PREPARED AND ENCLOSED YOUR 2015 LIMITED LIABILITY
COMPANY RETURNS FOR THE YEAR ENDED DECEMBER 31, 2015.

THIS RETURN HAS BEEN PREPARED FOR ELECTRONIC FILING.  IF YOU
WISH TO HAVE IT TRANSMITTED ELECTRONICALLY TO THE IRS, PLEASE
SIGN, DATE, AND RETURN FORM 8879-PE TO OUR OFFICE.  WE WILL
THEN SUBMIT YOUR ELECTRONIC RETURN TO THE IRS.  DO NOT MAIL
THE PAPER COPY OF THE RETURN TO THE IRS.

NO PAYMENT IS REQUIRED WITH THIS RETURN WHEN FILED.

ALSO ENCLOSED IS ==FORM 8804, ANNUAL RETURN FOR PARTNERSHIP
WITHHOLDING TAX==.  SIGN, DATE AND SEPARATELY MAIL FORM 8804 BY
JANUARY 31, 2017 TO:

> INTERNAL REVENUE SERVICE CENTER
> P.O. BOX 409101
> OGDEN, UT  84409

==ENCLOSE A CHECK OR MONEY ORDER FOR $25,375, PAYABLE TO UNITED
STATES TREASURY.  WRITE THE PARTNERSHIP'S EMPLOYER
IDENTIFICATION NUMBER AND THE WORDS "2015 FORM 8804" ON THE
CHECK OR MONEY ORDER.==

INCLUDED ARE COPIES A, B, C AND D OF FORM 8805, FOREIGN
PARTNER'S INFORMATION STATEMENT OF SECTION 1446 WITHHOLDING
TAX.  COPIES A SHOULD BE ATTACHED TO FORM 8804 FOR FILING.
COPIES B AND C SHOULD BE IMMEDIATELY FORWARDED TO THE
PARTNERS.  COPIES D SHOULD BE FORWARDED TO THE WITHHOLDING
AGENT.

THE CONNECTICUT ==FORM CT-1065/CT-1120SI== RETURN HAS BEEN
PREPARED FOR ELECTRONIC FILING.  IF YOU WISH TO HAVE IT
TRANSMITTED ELECTRONICALLY TO THE CONNECTICUT DRS, PLEASE
CONTACT OUR OFFICE.  WE WILL THEN SUBMIT YOUR ELECTRONIC
RETURN TO THE CONNECTICUT DRS.  DO NOT MAIL THE PAPER COPY OF
THE RETURN TO THE CONNECTICUT DRS.

YOUR PAYMENT SHOULD BE MADE AS INSTRUCTED BELOW BY JANUARY 31, 2017.

YOU HAVE A BALANCE DUE OF $7,084.00.

PAYMENT MUST BE MADE ELECTRONICALLY VIA THE COMMISSIONER OF REVENUE SERVICES WEBSITE AT:

WWW.CT.GOV/TSC


THE CONNECTICUT FORM CT K-1T DOES NOT NEED TO BE FILED WHEN THE CONNECTICUT RETURN IS FILED ELECTRONICALLY. NO FURTHER ACTION IS REQUIRED FOR THIS FORM.

ATTACHED ARE SCHEDULES K-1 FOR ALL MEMBERS INDICATING THEIR SHARE OF INCOME, DEDUCTIONS AND CREDITS TO BE REPORTED ON THEIR RESPECTIVE TAX RETURNS.  THESE SCHEDULES SHOULD BE IMMEDIATELY FORWARDED TO EACH OF THE MEMBERS.

COPIES OF THE RETURNS ARE ENCLOSED FOR YOUR FILES.  WE SUGGEST THAT YOU RETAIN THESE COPIES INDEFINITELY.

VERY TRULY YOURS,



ANDREW J. REARDON C.P.A.

EXHIBIT - 3

```
                    REARDON AND COMPANY LLP
```

JANUARY 17, 2017

IFTIKAR A. AHMED

DEAR IFTIKAR:

ENCLOSED ARE YOUR 2015 INCOME TAX RETURNS.

SPECIFIC FILING INSTRUCTIONS ARE AS FOLLOWS.

FEDERAL INCOME TAX RETURN:

THIS RETURN HAS BEEN PREPARED FOR ELECTRONIC FILING AND THE PRACTITIONER PIN PROGRAM HAS BEEN ELECTED.  PLEASE SIGN AND RETURN FORM 8879 TO OUR OFFICE.  WE WILL THEN TRANSMIT YOUR RETURN ELECTRONICALLY TO THE IRS.  DO NOT MAIL THE PAPER COPY OF THE RETURN TO THE IRS.

YOUR CHECK FOR $449,863, PAYABLE TO THE UNITED STATES TREASURY, MUST BE PAID BY JANUARY 31, 2017.  BE SURE TO INCLUDE YOUR PAYMENT WITH FORM 1040-V, FORM 1040 PAYMENT VOUCHER.  INCLUDE YOUR SOCIAL SECURITY NUMBER, DAYTIME PHONE NUMBER, AND THE WORDS "2015 FORM 1040" ON YOUR CHECK.

     MAIL TO - INTERNAL REVENUE SERVICE CENTER
               P.O. BOX 37008
               HARTFORD, CT  06176-7008

CONNECTICUT INCOME TAX RETURN:

THIS RETURN HAS BEEN PREPARED FOR ELECTRONIC FILING.  WE WILL SUBMIT YOUR ELECTRONIC RETURN TO THE CTDRS.  DO NOT MAIL THE PAPER COPY OF THE RETURN TO THE CTDRS.

YOUR CHECK FOR $130,284, PAYABLE TO COMMISSIONER OF REVENUE SERVICES, MUST BE MAILED BY JANUARY 31, 2017.  BE SURE TO ATTACH YOUR PAYMENT TO CONNECTICUT FORM CT-1040V, PAYMENT VOUCHER.  INCLUDE YOUR SOCIAL SECURITY NUMBER, DAYTIME PHONE NUMBER AND THE WORDS "2015 FORM CT-1040" ON YOUR CHECK.

```
     MAIL TO - DEPARTMENT OF REVENUE SERVICES
              STATE OF CONNECTICUT
              P.O. BOX 2921
              HARTFORD, CT 06104-2921
```

NEW YORK INCOME TAX RETURN:

THIS RETURN HAS BEEN PREPARED FOR ELECTRONIC FILING.  PLEASE
SIGN, DATE, AND RETURN FORM TR-579-IT TO OUR OFFICE.  WE WILL
THEN SUBMIT YOUR ELECTRONIC RETURN TO THE NY TAX DEPT.  DO
NOT MAIL THE PAPER COPY OF THE RETURN TO THE NY TAX DEPT.

YOUR CHECK FOR $657, PAYABLE TO NEW YORK STATE INCOME TAX,
MUST BE MAILED BY JANUARY 31, 2017.  BE SURE TO ATTACH YOUR
PAYMENT TO NEW YORK FORM IT-201-V, PAYMENT VOUCHER.  INCLUDE
YOUR SOCIAL SECURITY NUMBER AND THE WORDS "2015 INCOME TAX"
ON YOUR CHECK.

```
     MAIL TO - NYS PERSONAL INCOME TAX
              PROCESSING CENTER
              P.O. BOX 4124
              BINGHAMTON, NY 13902-4124
```

YOUR COPIES OF THE RETURNS ARE ENCLOSED FOR YOUR FILES.  WE
SUGGEST THAT YOU RETAIN THESE COPIES INDEFINITELY.

VERY TRULY YOURS,



ANDREW J. REARDON C.P.A.