# EXHIBIT A

**Harris, St. Laurent & Chaudhry LLP**
40 Wall St. 53rd floor
New York, NY 10005
646-571-0664

01-11-2017

PC09046 Shalini Ahmed

**Invoice Number: 5544**
Invoice Period: 12-01-2016 - 12-31-2016

### RE: PC09046-001 SEC v Ahmed (1085-101)

## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12-01-2016 | Priya Chaudhry | internal meetings; email with SEC; review docs | 2.500 | 675.00 | 1,687.50 |
| 12-01-2016 | Reid Skibell | Attention to email correspondence; review subpoena. | 0.700 | 550.00 | 385.00 |
| 12-01-2016 | David Deitch | Emails regarding discovery issues. | 1.000 | 550.00 | 550.00 |
| 12-01-2016 | Gabriel Hayes-Williams | Conference w/ court; telephone call w/ local counsel; telephone call w/ S. Ahmed; Draft subpoena; email w/ counsel to Richard Kimball; Draft update emails to team; Discussions w/ R. Skibell and P. Chaudhry; Research re privilege log; attention to draft status report | 6.500 | 325.00 | 2,112.50 |
| 12-02-2016 | Gabriel Hayes-Williams | Categorize documents for privilege log; attention to expert engagement pre release of funds for retention, review SEC communications re same, email w/ local counsel and strategy re same | 8.250 | 325.00 | 2,681.25 |
| 12-02-2016 | David Deitch | Various emails regarding discovery; legal research regarding issues of valuation of Company C stock. | 1.750 | 550.00 | 962.50 |
| 12-02-2016 | Reid Skibell | Participate in Diya deposition; email correspondence re: deposition logistics; email correspondence re: case strategy. | 5.000 | 550.00 | 2,750.00 |
| 12-02-2016 | Priya Chaudhry | internal meeting; deposition; work on fee structure | 6.500 | 675.00 | 4,387.50 |
| 12-02-2016 | Jonathan Harris | discovery; strategy re court order; experts | 0.750 | 675.00 | 506.25 |
| 12-03-2016 | Jonathan Harris | emails re court's order; strategy | 0.500 | 675.00 | 337.50 |
| 12-03-2016 | Reid Skibell | Email correspondence re: case strategy; email correspondence with SEC re: order. | 0.700 | 550.00 | 385.00 |
| 12-03-2016 | Priya Chaudhry | internal discussions re SEC | 1.000 | 675.00 | 675.00 |
| 12-03-2016 | Gabriel Hayes-Williams | Draft letter of instruction and email w/ S. Ahmed; email with team re filing strategy; emails w/ local counsel re same; finalize privilege log | 5.500 | 325.00 | 1,787.50 |
| 12-04-2016 | Gabriel Hayes-Williams | Email w/ team; email w/ P. Chaudhry, email w/ local counsel | 1.500 | 325.00 | 487.50 |
| 12-04-2016 | Reid Skibell | Email correspondence re: case strategy; email correspondence with SEC re: compliance with order; telephone conference with J. Harris. | 1.000 | 550.00 | 550.00 |
| 12-04-2016 | Priya Chaudhry | prepare for depo prep; internal emails | 5.000 | 675.00 | 3,375.00 |
| 12-04-2016 | David Deitch | Various emails regarding SEC motion to clarify or reconsider order releasing funds to relief | 0.500 | 550.00 | 275.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | defendants. | | | |
| 12-04-2016 | Jonathan Harris | emails re court order; discovery strategy; respond to emails from Shalini Ahmed; call w/ Reid | 1.250 | 675.00 | 843.75 |
| 12-05-2016 | Jonathan Harris | emails; experts; damages | 0.250 | 675.00 | 168.75 |
| 12-05-2016 | David Deitch | Various emails and telephone conferences relating to Court's stay of order releasing funds. | 1.500 | 550.00 | 825.00 |
| 12-05-2016 | Reid Skibell | Email correspondence re: case strategy; review order; discussion of case strategy; revise emergency motion. | 3.000 | 550.00 | 1,650.00 |
| 12-05-2016 | Priya Chaudhry | meet with client; call with oak; internal meeting | 8.500 | 675.00 | 5,737.50 |
| 12-05-2016 | Priya Chaudhry | email and work on emergency motion | 1.000 | 675.00 | 675.00 |
| 12-05-2016 | Gabriel Hayes-Williams | Deposition prep meeting; attention to discovery; draft motion for emergency conference, discussions w/ counsel re same; telephone call w/ local counsel | 9.500 | 325.00 | 3,087.50 |
| 12-05-2016 | Cynthia Joo | print depo transcripts + exhibits for PC/GHW meeting | 0.500 | 125.00 | 62.50 |
| 12-05-2016 | Joseph Matty | Printing documents for meeting | 1.000 | 125.00 | 125.00 |
| 12-06-2016 | Gabriel Hayes-Williams | Telephone call w/ S. Ahmed; emails w/ SEC; schedule call w/ counsel to R. Kimball; telephone call w/ K. Zaehringer; telephone call w/ J. Kotlier; conf. w/ P. Chaudhry and R. Skibell | 4.500 | 325.00 | 1,462.50 |
| 12-06-2016 | Priya Chaudhry | review docs; email with SEC; email with client; internal meetings | 6.000 | 675.00 | 4,050.00 |
| 12-06-2016 | Reid Skibell | Review email correspondence; conferences re: case strategy. | 1.000 | 550.00 | 550.00 |
| 12-06-2016 | David Deitch | Emails and telephone conferences regarding email response to SEC regarding movement of valuables. | 0.500 | 550.00 | 275.00 |
| 12-06-2016 | Jonathan Harris | emails | 0.250 | 675.00 | 168.75 |
| 12-07-2016 | Jonathan Harris | emails; strategy | 0.250 | 675.00 | 168.75 |
| 12-07-2016 | David Deitch | Various emails regarding discovery and status. | 1.000 | 550.00 | 550.00 |
| 12-07-2016 | Reid Skibell | Conference with P. Chaudhry and S. Gabriel Hayes-Williams re: case strategy; email correspondence re: deposition scheduling. | 0.600 | 550.00 | 330.00 |
| 12-07-2016 | Priya Chaudhry | call with SEC; call with JC; review docs; internal meetings | 2.500 | 675.00 | 1,687.50 |
| 12-07-2016 | Gabriel Hayes-Williams | Email w/ P. Chaudhry re deposition prep; call w/ SEC, conf. w/ P. Chaudhry re same; review BMW offer, price research, email S. Ahmed re same, separate email to I. Ahmed re same; analysis of issues for D. Johnson deposition and review of counsel communications | 4.500 | 325.00 | 1,462.50 |
| 12-08-2016 | Gabriel Hayes-Williams | Call w/ D. Deitch re discovery; draft motion; email w/ K. Zaehringer re court communication | 6.750 | 325.00 | 2,193.75 |
| 12-08-2016 | Priya Chaudhry | email and call with client | 0.750 | 675.00 | 506.25 |
| 12-08-2016 | David Deitch | Various emails regarding discovery. | 0.750 | 550.00 | 412.50 |
| 12-08-2016 | Jonathan Harris | motion to withdraw; calls and emails | 0.750 | 675.00 | 506.25 |
| 12-09-2016 | Jonathan Harris | motion to withdraw; read ruling on MTD; meet with Shalini | 1.250 | 675.00 | 843.75 |
| 12-09-2016 | David Deitch | Review draft motion for fees or withdrawal; telephone conference regarding same; various additional emails regarding discovery. | 1.750 | 550.00 | 962.50 |
| 12-09-2016 | Reid Skibell | Revise motion for release of funds; conference with S. Ahmed re: case status; conference with P. Chaudhry re: same; email correspondence re: case strategy. | 4.000 | 550.00 | 2,200.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12-09-2016 | Priya Chaudhry | deposition; meet with client; internal meeting; email with sec | 7.000 | 675.00 | 4,725.00 |
| 12-09-2016 | Priya Chaudhry | call with Matt Beck | 0.500 | 675.00 | 337.50 |
| 12-09-2016 | Gabriel Hayes-Williams | Telephone call w/ K. Zaehringer; draft edits to motion; teleconf. w/ team and local counsel; meeting w/ S. Ahmed, J. Harris and P. Chaudry; strategy meetings; email w/ SEC and S. Ahmed re insurance documentation; attention to loading document production from Oak; email w/ SEC re health insurance; email w/ Deitch and Chaudhry re Oak discovery | 7.000 | 325.00 | 2,275.00 |
| 12-10-2016 | Jonathan Harris | strategy re Shalini depo and motions | 0.250 | 675.00 | 168.75 |
| 12-12-2016 | Jonathan Harris | motion for extension, expert and other fees, or to withdraw; discovery | 1.500 | 675.00 | 1,012.50 |
| 12-12-2016 | Priya Chaudhry | review and edit motion; internal meeting; emails | 2.000 | 675.00 | 1,350.00 |
| 12-12-2016 | Reid Skibell | Email correspondence re: case status; review draft motion. | 0.800 | 550.00 | 440.00 |
| 12-12-2016 | David Deitch | Emails regarding motion for release of funds or withdrawal of appearance; revise draft motion regarding same; emails regarding SEC meet and confer items. | 2.500 | 550.00 | 1,375.00 |
| 12-12-2016 | Gabriel Hayes-Williams | Telephone call w/ S. Ahmed; strategy discussion; email w/ TD bank re subpoena scope; draft revisions to motion; review local counsel exhibits | 4.250 | 325.00 | 1,381.25 |
| 12-13-2016 | Gabriel Hayes-Williams | Email w/ P. Chaudhry re discovery; revise motion w/ J. Harris; continue edits; calls w/ local counsel, S. Ahmed; email w/ counsel to D. Johnson, finalize and file motion; attention to property; attention to verification of fees for motion | 9.500 | 325.00 | 3,087.50 |
| 12-13-2016 | Cynthia Joo | prepare copies for certified mail and visit usps on church st [GHW] | 2.000 | 125.00 | 250.00 |
| 12-13-2016 | David Deitch | Review revised draft of motion for release of funds or withdrawal and emails regarding same. | 1.000 | 550.00 | 550.00 |
| 12-13-2016 | Priya Chaudhry | review and edit draft; email | 1.250 | 675.00 | 843.75 |
| 12-13-2016 | Priya Chaudhry | email and call with Oak attorney | 0.500 | 675.00 | 337.50 |
| 12-13-2016 | Jonathan Harris | memorandum in support of motion for extension, for fees, or to withdraw; discovery; experts | 2.250 | 675.00 | 1,518.75 |
| 12-14-2016 | Jonathan Harris | emails; prep for conference with court | 0.750 | 675.00 | 506.25 |
| 12-14-2016 | Priya Chaudhry | review docs and internal meetings | 1.500 | 675.00 | 1,012.50 |
| 12-14-2016 | Gabriel Hayes-Williams | Review compel/sanctions motion; research and draft analysis email on meet and confer issues; email w/ court re conference; email w/ local counsel; prepare for telephonic conference with court | 5.500 | 325.00 | 1,787.50 |
| 12-15-2016 | Gabriel Hayes-Williams | Telephone call w/ S. Ahmed; conference w/ court; meeting w/ P. Chaudhry, J. Harris, D. Deitch re same; email w/ SEC re accounts; email w/ expert; prepare for meet & confer; draft letter to court re apartment units; revise same with J. Harris; calculate revised offer and email counsel for car dealership re same; document review | 6.250 | 325.00 | 2,031.25 |
| 12-15-2016 | Priya Chaudhry | internal meetings; review docs | 2.000 | 675.00 | 1,350.00 |
| 12-15-2016 | Jonathan Harris | prep for and conference with Judge Arterton; letter to Judge Arteron; experts | 2.250 | 675.00 | 1,518.75 |
| 12-15-2016 | David Deitch | Conference with P. Chaudhry and G. Hayes-Williams regarding open items; review draft letter to J. Arterton; draft email to counsel for Oak regarding production of documents. | 1.000 | 550.00 | 550.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12-15-2016 | Reid Skibell | Discussions re: telephonic conference; attention to email correspondence. | 0.500 | 550.00 | 275.00 |
| 12-16-2016 | Priya Chaudhry | review docs; email; internal meeting | 1.000 | 675.00 | 675.00 |
| 12-16-2016 | Jonathan Harris | experts; discovery; letter to court; meet and confer w/SEC; | 2.250 | 675.00 | 1,518.75 |
| 12-16-2016 | Gabriel Hayes-Williams | Telephone conf. w/ SEC re meet and confer on outstanding motion to compel; document review; telephone call w/ S. Ahmed; attention to processing third-party production; email and telephone call w/ expert; email w/ SEC re further conferral | 5.000 | 325.00 | 1,625.00 |
| 12-17-2016 | Jonathan Harris | review order; prepare for meeting with expert | 0.500 | 675.00 | 337.50 |
| 12-17-2016 | Priya Chaudhry | review docs and email | 0.750 | 675.00 | 506.25 |
| 12-19-2016 | Jonathan Harris | meet w/expert; discovery; letter to court; emails | 2.500 | 675.00 | 1,687.50 |
| 12-19-2016 | Gabriel Hayes-Williams | Meeting with expert and J. Harris; discuss insurance release strategy; begin draft reply brief; draft letter of instruction and transmit order re criminal fees; attention to third-party productions and work with tracing expert; email and telephone calls w/ S. Ahmed | 7.500 | 325.00 | 2,437.50 |
| 12-20-2016 | Gabriel Hayes-Williams | Draft insurance reply brief; telephone calls w/ S. Ahmed; drafting answering pleading, preparing documents for expert; further document work for tracing expert | 8.750 | 325.00 | 2,843.75 |
| 12-20-2016 | Jonathan Harris | discovery; prepare for meet and confer w/ SEC; motion for relief of funds for insurance | 1.250 | 675.00 | 843.75 |
| 12-20-2016 | Priya Chaudhry | review docs and internal meeting | 0.750 | 675.00 | 506.25 |
| 12-20-2016 | David Deitch | Emails regarding reply brief on release of funds. | 0.250 | 550.00 | 137.50 |
| 12-21-2016 | Priya Chaudhry | email; review and edit docs | 2.000 | 675.00 | 1,350.00 |
| 12-21-2016 | Jonathan Harris | reply brief re release of funds for life insurance; emails; prep for meet and confer; experts | 1.000 | 675.00 | 675.00 |
| 12-21-2016 | Gabriel Hayes-Williams | Finalize and file reply brief re life insurance motion; continue preparing documents for expert; complete draft answer; email w/ SEC; telephone call w/ valuation expert; email w/ J. Harris; file modification motion re health insurance cost increase; prepare disc for expert; draft apartment common charge consent motion | 10.750 | 325.00 | 3,493.75 |
| 12-22-2016 | Gabriel Hayes-Williams | Email SEC re consent motion on apartment fees; email and telephone calls w/ S. Ahmed; telephone call w/ J. Harris re Answer; telephone conference w/ S. Ahmed and J. Harris; telephone conference w/ opposing counsel; draft proposed omnibus order reflection meet and confer results; edits to answer; draft edits to proposed order; discuss w/ P. Chaudhry; review drafts from client; email w/ counsel re Answer, finalize and file; file consent motion on apartment common charges | 10.000 | 325.00 | 3,250.00 |
| 12-22-2016 | Jonathan Harris | answer; call w/GHW re privilege log; meet and confer call w/SEC; call w/Shalini Ahmed; proposed order for court | 3.250 | 675.00 | 2,193.75 |
| 12-22-2016 | Priya Chaudhry | internal meeting; review and edit doc; email | 1.500 | 675.00 | 1,012.50 |
| 12-23-2016 | Priya Chaudhry | review docs; email | 1.750 | 675.00 | 1,181.25 |
| 12-23-2016 | Jonathan Harris | emails; strategy | 0.750 | 675.00 | 506.25 |
| 12-23-2016 | Gabriel Hayes-Williams | Email w/ valuation expert; email w/ S. Ahmed re privilege log, work on same | 1.500 | 325.00 | 487.50 |
| 12-26-2016 | Gabriel Hayes-Williams | Email re third party discovery; telephone call and email w/ experts | 0.500 | 325.00 | 162.50 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12-26-2016 | Priya Chaudhry | email re: oak | 0.500 | 675.00 | 337.50 |
| 12-26-2016 | Jonathan Harris | emails | 0.250 | 675.00 | 168.75 |
| 12-26-2016 | David Deitch | Emails regarding Oak document production and meet and confer. | 0.250 | 550.00 | 137.50 |
| 12-26-2016 | David Deitch | Review Oak documents regarding valuation of Company C shares; email to counsel for Oak regarding same. | 0.750 | 550.00 | 412.50 |
| 12-27-2016 | David Deitch | Emails with D. Momborquette regarding Oak meet and confer. | 0.250 | 550.00 | 137.50 |
| 12-27-2016 | Jonathan Harris | emails; discovery issues; strategy | 1.250 | 675.00 | 843.75 |
| 12-28-2016 | Priya Chaudhry | emails; review docs | 0.750 | 675.00 | 506.25 |
| 12-28-2016 | Jonathan Harris | review and revise proposed consent order; emails; call with SEC; calls w/P.Knag and K.Zaeringer; review motion for proposed order; case strategy and organization; experts | 4.000 | 675.00 | 2,700.00 |
| 12-28-2016 | Reid Skibell | Attention to email correspondence. | 0.400 | 550.00 | 220.00 |
| 12-28-2016 | Gabriel Hayes-Williams | Telephone calls w/ S. Ahmed, team, and SEC re deposition scheduling and omnibus order to resolve motions; telephone calls w/ J. Harris; attention to job search declaration and inventory; attention to privilege log | 4.500 | 325.00 | 1,462.50 |
| 12-29-2016 | Gabriel Hayes-Williams | Emails w/ discovery vendor re expert access; telephone call w/ expert; privilege log | 3.250 | 325.00 | 1,056.25 |
| 12-29-2016 | Jonathan Harris | emails re proposed Omnibus Order; motion for extension re briefing on legal fees; confer w/DD re tracing and experts | 1.000 | 675.00 | 675.00 |
| 12-29-2016 | Priya Chaudhry | email | 0.250 | 675.00 | 168.75 |
| 12-30-2016 | Gabriel Hayes-Williams | Privilege log | 2.500 | 325.00 | 812.50 |
| | | | | **Total Fees** | 121,153.75 |

## Time Summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Cynthia Joo | 2.500 | 125.00 | 312.50 |
| David Deitch | 14.750 | 550.00 | 8,112.50 |
| Gabriel Hayes-Williams | 133.750 | 325.00 | 43,468.75 |
| Jonathan Harris | 30.250 | 675.00 | 20,418.75 |
| Joseph Matty | 1.000 | 125.00 | 125.00 |
| Priya Chaudhry | 57.750 | 675.00 | 38,981.25 |
| Reid Skibell | 17.700 | 550.00 | 9,735.00 |
| | | **Total Fees** | 121,153.75 |

## Expenses

| Date | Description | Amount |
|---|---|---|
| 12-01-2016 | VDiscovery | 2,520.86 |
| 12-08-2016 | Pacer | 58.20 |
| 12-19-2016 | DSZ Forensic Accounting & Consulting Svcs | 10,000.00 |
| 12-31-2016 | Thomson Reuters- West Law | 300.00 |
| | **Total Expenses** | 12,879.06 |
| | **Sub-Total for this Invoice** | 134,032.81 |
| | **Adjustment for DSZ expense** | (10,000.00) |
| | **Total for this Invoice** | 124,032.81 |
| | **Total Balance Due for Client** | 923,458.07 |

# Client Statement of Account

As Of 01-31-2017

| Matter | Invoices / Credits | Trust | Balance Due |
|---|---:|---:|---:|
| PC09046-001 SEC v Ahmed | 915,695.57 | | 915,695.57 |
| PC09046-002 US v Ahmed | 7,762.50 | | 7,762.50 |
| | **Total Balance Due for Client** | | **923,458.07** |

## PC09046-001 SEC v Ahmed

**Open Invoices and Credits**

| Date | Transaction | Amount | Applied | Balance |
|---|---|---:|---:|---:|
| 10-16-2015 | Invoice 2470 | 462,102.47 | (305,310.41) | 156,792.06 |
| 11-16-2015 | Invoice 2656 | 94,680.86 | | 94,680.86 |
| 01-12-2016 | Invoice 2963 | 88,845.00 | | 88,845.00 |
| 06-10-2016 | Invoice 4119 | 119,817.50 | | 119,817.50 |
| 08-24-2016 | Invoice 4509 | 86,537.17 | | 86,537.17 |
| 10-05-2016 | Invoice 4827 | 61,072.78 | | 61,072.78 |
| 11-07-2016 | Invoice 5022 | 89,674.32 | | 89,674.32 |
| 12-06-2016 | Invoice 5319 | 94,243.07 | | 94,243.07 |
| 01-11-2017 | Invoice 5544 | 124,032.81 | | 124,032.81 |
| | | | **Balance** | **915,695.57** |

## PC09046-002 US v Ahmed

**Open Invoices and Credits**

| Date | Transaction | Amount | Applied | Balance |
|---|---|---:|---:|---:|
| 06-10-2016 | Invoice 4125 | 91,674.72 | (83,574.72) | 8,100.00 |
| 09-28-2016 | Credit Memo | (8,100.00) | | (8,100.00) |
| 10-18-2016 | Invoice 4962 | 13,837.50 | (8,100.00) | 5,737.50 |
| 11-07-2016 | Invoice 5023 | 1,518.75 | | 1,518.75 |
| 12-06-2016 | Invoice 5320 | 506.25 | | 506.25 |
| | | | **Balance** | **7,762.50** |