# EXHIBIT B

**Murtha Cullina LLP**
**Payment Remittance:** Dept.101011 | PO Box 150435 | Hartford, CT 06115-0435
**Phone** 860.240.6000 | **Fax** 860.240.6150 | www.murthalaw.com
**Federal ID:** 06-0686015



**Invoice Number: 535606**
December 15, 2016

VIA EMAIL: JON@SC-HARRIS.COM

Shalini Ahmed, et al.
c/o Harris, St. Laurent & Chaudhry LLP
Attn:  Jonathan Harris, Esq.
40 Wall Street, 53rd Floor
New York, NY  10005

Client:      003944 .... Ahmed, Shalini, et al.
Matter:    003944-0001 .... adv. United States Securities and Exchange Commission

---

For **PROFESSIONAL SERVICES** through November 30, 2016          **$15,119.50**


For **DISBURSEMENTS**
   United Parcel Service                                                    $37.34
                    **Total Disbursements:**          **$37.34**


                  **Current Invoice Total:**          **$15,156.84**
     Plus Previous Balance Outstanding:          $87,771.95
               **BALANCE DUE:**          **$102,928.79**

*Thank you for your business.*

**Murtha Cullina LLP**
Payment Remittance: Dept.101011 | PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



**Invoice Number: 535606**
December 15, 2016

Client:      003944 .... Ahmed, Shalini, et al.
Matter:     003944-0001 .... adv. United States Securities and Exchange Commission

### Client Funds Account Summary

| | |
|---|---|
| **Previous Client Funds Balance:** | **$25,000.00** |
| New Client Funds Received: | $0.00 |
| Additional Client Funds Disbursed: | $0.00 |
| **Ending Client Funds Balance:** | **$25,000.00** |

*Thank you for your business.*

**Murtha Cullina LLP**
**Payment Remittance:** Dept.101011 | PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



**Invoice Number: 535606**
December 15, 2016

Client:  003944 .... Ahmed, Shalini, et al.
Matter:  003944-0001 .... adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 11/01/16 | Zaehringer | 0.1 | Reviewed Court's order granting Relief Defendants' motion to modify asset freeze order to release funds for common charges for frozen properties; reviewed Court's order granting joint motion to modify asset freeze order to release funds for retention of accountants to prepare and file tax returns. | $37.00 |
| 11/01/16 | Zaehringer | 0.8 | Emails with G. Hayes-Williams (several) regarding plaintiff's disclosure of Anchin, Block & Anchin LLP as "summary witness" and impact of same on case; further drafted and commented on draft of Relief Defendants' motion to extend deadlines in scheduling order; drafted letter to Judge Arterton enclosing courtesy copy of such motion, per her individual practice rules. | $296.00 |
| 11/01/16 | Caulfield | 0.1 | E-filed Relief Defendants' motion to extend deadlines in District Court's scheduling order; reviewed Court's email confirming such filing; sent email to all counsel and pro se parties serving copy of letter to Judge Arterton. | $22.50 |
| 11/01/16 | Zaehringer | 0.1 | Reviewed email from J. Harris regarding "*Tilton*" matter and issues regarding Anchin as plaintiff's witness. | $37.00 |
| 11/01/16 | Knag | 0.3 | Worked on discovery; new filings. | $178.50 |
| 11/02/16 | Zaehringer | 0.6 | Emails (several) with P. Chaudhry and G. Hayes-Williams regarding discovery strategy ███████████ | $222.00 |
| 11/04/16 | Zaehringer | 0.8 | Reviewed Second Circuit Court's ruling; emails with P. E. Knag regarding same. | $296.00 |
| 11/04/16 | Knag | 1.0 | Attention to decision. | $595.00 |
| 11/05/16 | Zaehringer | 0.1 | Reviewed Second Circuit Court's order amending case caption. | $37.00 |
| 11/07/16 | Zaehringer | 0.5 | Conference with P. E. Knag regarding strategy for Second Circuit matter; researched procedures for rehearing en banc. | $185.00 |

*Thank you for your business.*

**Murtha Cullina LLP**
Payment Remittance: Dept.101011 | PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



**Invoice Number: 535606**
December 15, 2016

Client:     003944 .... Ahmed, Shalini, et al.
Matter:    003944-0001 .... adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| 11/07/16 | Zaehringer | 0.1 | Telephone conference with D. Deitch regarding potential motions to modify injunction in view of Second Circuit Court's decision. | $37.00 |
| 11/07/16 | Knag | 0.5 | Worked on next steps. | $297.50 |
| 11/08/16 | Zaehringer | 0.1 | Reviewed I. Ahmed's "notice of information on funds for emergency cancer tests". | $37.00 |
| 11/08/16 | Zaehringer | 0.1 | Reviewed The Wall Street Journal article regarding case. | $37.00 |
| 11/08/16 | Zaehringer | 3.0 | Continued conducting legal research into procedure for document requests directed to several foreign companies; began outlining categories of documents needed. | $1,110.00 |
| 11/08/16 | Knag | 1.0 | Reviewed Second Circuit Court's decision and paths to follow. | $595.00 |
| 11/09/16 | Zaehringer | 0.1 | Reviewed I. Ahmed's motion for transfer of investment distributions from frozen account. | $37.00 |
| 11/09/16 | Zaehringer | 0.4 | Reviewed plaintiff's objection and exhibits to Relief Defendants' motion to extend deadlines in District Court's scheduling order; reviewed plaintiff's objection to I. Ahmed's notice of information on funds for emergency cancer treatment; conference with P. E. Knag regarding case developments and strategy. | $148.00 |
| 11/09/16 | Zaehringer | 2.1 | Worked on letters rogatory and document requests directed to third parties. | $777.00 |
| 11/10/16 | Zaehringer | 2.3 | Worked on Relief Defendants' document requests directed to foreign companies abroad; researched ███████████ | $851.00 |
| 11/11/16 | Zaehringer | 1.5 | Reviewed ███████████████████ ████████████████████████ ████████████████████████ ████████ | $555.00 |

*Thank you for your business.*

*Page 4*



**Invoice Number: 535606**
December 15, 2016

Client:    003944 .... Ahmed, Shalini, et al.
Matter:    003944-0001 .... adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| 11/14/16 | Zaehringer | 0.1 | Emails with G. Hayes-Williams (several) regarding discovery issues and potential motion to release funds to pay for expert witness fees. | $37.00 |
| 11/14/16 | Zaehringer | 0.2 | Reviewed plaintiff's response in opposition to I. Ahmed's new motion to modify asset freeze to release funds for attorneys' fees. | $74.00 |
| 11/15/16 | Zaehringer | 0.3 | Telephone call with G. Hayes-Williams regarding discovery issues, new motions, and strategy. | $111.00 |
| 11/15/16 | Zaehringer | 0.3 | Reviewed memo from J. Harris regarding third-party discovery issues; reviewed Judge Arterton's pre-filing motion rules; reported on same to P. E. Knag. | $111.00 |
| 11/16/16 | Zaehringer | 0.2 | Reviewed emails (several) from D. Deitch and J. Harris regarding strategy. | $74.00 |
| 11/16/16 | Zaehringer | 0.2 | Conference with P. E. Knag regarding strategy and discovery issues. | $74.00 |
| 11/16/16 | Zaehringer | 0.3 | Reviewed Relief Defendants' emergency motion to modify asset freeze to release funds to pay premium for life insurance policy covering I. Ahmed; emails with G. Hayes-Williams (several) regarding same; drafted letter to Judge Arterton enclosing courtesy copy of such motion, per her individual practice rules. | $111.00 |
| 11/16/16 | Zaehringer | 1.0 | Conferences with J. S. DiPersio (several) regarding ███████████████████████████████ ████████████. | $370.00 |
| 11/16/16 | DiPersio | 5.2 | Conference with K. L. Zaehringer regarding background of case; research ████████████████ ██████████████████████████████ ██████████████████████████████ ██████████████████████████████ ███████████████████████████. | $1,404.00 |

*Thank you for your business.*

Murtha Cullina LLP
Payment Remittance: Dept.101011 | PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



**Invoice Number: 535606**
December 15, 2016

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 11/16/16 | Zaehringer | 1.5 | Began drafting Relief Defendants' motion to modify asset freeze to release funds to pay expert witness' fees. | $555.00 |
| 11/16/16 | Knag | 0.2 | Attention to discovery and impleader. | $119.00 |
| 11/17/16 | Zaehringer | 2.7 | Drafted research memo ███████████████ ████████████████ ████████████████████ conference with P. E. Knag regarding same. | $999.00 |
| 11/17/16 | DiPersio | 3.2 | Prepared chart ███████████████ ██████████████████ ████████████████████ ████████████████████ ██████. | $864.00 |
| 11/17/16 | Caulfield | 0.1 | Drafted email to all counsel and parties of record serving copy of letter to Judge Arterton. | $22.50 |
| 11/17/16 | Knag | 0.1 | Attention to filing. | $59.50 |
| 11/18/16 | Zaehringer | 0.1 | Conference with J. S. DiPersio regarding ████████ ██████████████. | $37.00 |
| 11/21/16 | Zaehringer | 0.1 | Reviewed I. Ahmed's reply to plaintiff's opposition to his motion for reconsideration to modify asset freeze order to release funds for legal defense. | $37.00 |
| 11/21/16 | Zaehringer | 0.7 | Telephone call with client S. Ahmed regarding strategy; emails with client regarding same. | $259.00 |
| 11/21/16 | Zaehringer | 0.3 | Emails (several) with P. Chaudhry, G. Hayes-Williams, J. Harris, and D. Deitch regarding strategy, ████████ ██████████████████, and local practice on discovery issues. | $111.00 |
| 11/22/16 | Zaehringer | 0.3 | Telephone call with G. Hayes-Williams regarding strategy with respect to motions and joint status report. | $111.00 |

*Thank you for your business.*

**Murtha Cullina LLP**
**Payment Remittance:** Dept.101011 | PO Box 150435 | Hartford, CT 06115-0435
**Phone** 860.240.6000 | **Fax** 860.240.6150 | www.murthalaw.com
**Federal ID:** 06-0686015



**Invoice Number: 535606**
December 15, 2016

Client:     003944 .... Ahmed, Shalini, et al.
Matter:    003944-0001 .... adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| 11/22/16 | Zaehringer | 0.4 | Reviewed email from G. Hayes-Williams regarding status of emergency motion for release of funds to pay premium on life insurance policy covering I. Ahmed; conference with J. S. DiPersio regarding same; telephone call with G. Hayes-Williams regarding same. | $148.00 |
| 11/22/16 | DiPersio | 0.3 | Telephone conference with Judge Arterton's Clerk to obtain status of ruling on emergency motion to modify asset freeze; telephone conference with K. L. Zaehringer regarding same. | $81.00 |
| 11/22/16 | Zaehringer | 0.2 | Conference with P. E. Knag regarding strategy with respect to motions and call from client. | $74.00 |
| 11/22/16 | Zaehringer | 3.8 | Drafted Relief Defendants' motion to release funds for payment of expert witness fees and attorneys' fees and disbursements; conference with G. Hayes-Williams regarding same. | $1,406.00 |
| 11/22/16 | Knag | 0.3 | Attention to motions. | $178.50 |
| 11/23/16 | Zaehringer | 1.0 | Telephone call with G. Hayes-Williams regarding motions strategy; emails with G. Hayes-Williams (several) regarding same; further drafted Relief Defendants' motion to modify asset freeze order to release funds for expert witness fees; reviewed Relief Defendants' reply brief in further support of motion to extend deadlines in scheduling order. | $370.00 |
| 11/25/16 | Zaehringer | 0.2 | Reviewed email from I. Ahmed and his response brief in further support of Relief Defendants' emergency motion to modify asset freeze to release funds to pay premium on life insurance policy covering his life. | $74.00 |
| 11/28/16 | Zaehringer | 0.1 | Drafted letter to Judge Arterton regarding courtesy copies of Relief Defendants' recent filings, per her individual practice rules; reviewed email to all counsel regarding same. | $37.00 |
| 11/28/16 | Caulfield | 0.1 | Email to all parties serving copy of letter to Judge Arterton regarding Relief Defendants' recent filings. | $22.50 |

*Thank you for your business.*

**Murtha Cullina LLP**
Payment Remittance: Dept.101011 | PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



<u>**Invoice Number: 535606**</u>
December 15, 2016

Client:     003944 .... Ahmed, Shalini, et al.
Matter:    003944-0001 .... adv. United States Securities and Exchange Commission

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Description</u> | <u>Amount</u> |
|------|-----------|-------|-------------|--------|
| 11/28/16 | Zaehringer | 0.1 | Reviewed Relief Defendants' unopposed motion to modify asset freeze order to release funds for payment of common charges on apartment. | $37.00 |
| 11/28/16 | Knag | 0.5 | Attention to motions. | $297.50 |
| 11/29/16 | Zaehringer | 0.1 | Drafted letter to Judge Arterton regarding courtesy copy of Relief Defendants' prior-day filing, per her individual practice rules. | $37.00 |
| 11/29/16 | Caulfield | 0.1 | Email to all parties serving copy of letter to Judge Arterton regarding Relief Defendants' prior-day filing. | $22.50 |
| 11/29/16 | Zaehringer | 0.2 | Reviewed plaintiff's notice of appearance by J. Oraker; conference with J. S. DiPersio regarding Hague Convention issues. | $74.00 |
| 11/30/16 | Zaehringer | 0.1 | Reviewed District Court's order granting Relief Defendants' consent motion to modify asset freeze to release funds for payment of common charges on apartment. | $37.00 |
| 11/30/16 | Zaehringer | 0.1 | Reviewed plaintiff's reply brief regarding defendant I. Ahmed's motion to transfer investment funds regarding Ribbit. | $37.00 |
| 11/30/16 | Zaehringer | 0.1 | Reviewed plaintiff's reply brief regarding I. Ahmed's deposition in civil and criminal cases. | $37.00 |
| 11/30/16 | Zaehringer | 0.6 | Emails with G. Hayes-Williams (several) regarding joint status report; further drafted joint status report. | $222.00 |

**Total Hours:** 41.0                                                                          **Total Amount:** $15,119.50

*Thank you for your business.*

**Murtha Cullina LLP**
**Payment Remittance:  Dept.101011 | PO Box 150435 | Hartford, CT 06115-0435**
**Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com**
**Federal ID: 06-0686015**



**Invoice Number: 535606**

December 15, 2016

Client:      003944 .... Ahmed, Shalini, et al.
Matter:     003944-0001 .... adv. United States Securities and Exchange Commission

---

**Disbursement Detail**

| Date | Description | Amount |
|------|-------------|--------|
| 11/01/16 | UPS from K. L. Zaehringer to Judge Arterton enclosing courtesy copy of ECF No. 331 | $7.98 |
| 11/17/16 | UPS from K. L. Zaehringer to Judge Arterton enclosing courtesy copy of ECF No. 337 | $10.69 |
| 11/28/16 | UPS from K. L. Zaehringer to Judge Arterton enclosing courtesy copy of ECF Nos. 339 and 340 | $10.69 |
| 11/29/16 | UPS from K. L. Zaehringer to Judge Arterton enclosing courtesy copy of ECF No. 342 | $7.98 |

**Total Disbursements:     $37.34**

**Note that our hourly billing rates will increase for 2017.**
**The rates for previous timekeepers for this matter will be:  Paul E. Knag, $610/hr.;**
**Kristen L. Zaehringer, $385/hr.; Rachel S. Kindseth, $350/hr. (no increase); JoAnne S. DiPersio, $270/hr.**
**(no increase); Jennifer M. Caulfield, $235/hr.; and Monica I. Garcia, $90/hr. (no increase).**

*Thank you for your business.*

**Murtha Cullina LLP**
Payment Remittance: Dept.101011 | PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



# *REMITTANCE COPY*

**Invoice Number: 535606**
December 15, 2016

Shalini Ahmed, et al.
c/o Harris, St. Laurent & Chaudhry LLP
Attn: Jonathan Harris, Esq.
40 Wall Street, 53rd Floor
New York, NY 10005

Client:    003944 .... Ahmed, Shalini, et al.
Matter:   003944-0001 .... adv. United States Securities and Exchange Commission

| | |
|---|---|
| Professional Services: | $15,119.50 |
| Disbursements: | $37.34 |
| **Current Invoice Total:** | **$15,156.84** |
| Plus Previous Balance Outstanding: | $87,771.95 |
| **BALANCE DUE:** | **$102,928.79** |

**Payments by ACH or Credit Card can be made by visiting:**

*www.murthalaw.com/clientpayments*

**Payments by Wire:**
Bank Name:    Webster Bank
Bank Address:    185 Asylum St., Hartford, CT 06103
Account Name:    Murtha Cullina LLP
Hartford Operating Account
Account Number:    010455319
ABA Number:    211170101
Murtha Cullina LLP Contact:    Accounts Receivable (860) 240-6000

**Payments by Mail:**
Murtha Cullina, LLP
Dept. 101011
PO Box 150435
Hartford, CT 06115-0435

*Thank you for your business.*

**Murtha Cullina LLP**
**Payment Remittance:** Dept.101011 | PO Box 150435 | Hartford, CT 06115-0435
**Phone 860.240.6000 | Fax 860.240.6150 |** www.murthalaw.com
**Federal ID: 06-0686015**



**Invoice Number: 536937**
January 31, 2017

VIA EMAIL: JON@SC-HARRIS.COM

Shalini Ahmed, et al.
c/o Harris, St. Laurent & Chaudhry LLP
Attn: Jonathan Harris, Esq.
40 Wall Street, 53rd Floor
New York, NY 10005

Client:    003944 .... Ahmed, Shalini, et al.
Matter:    003944-0001 .... adv. United States Securities and Exchange Commission

---

| | |
|---|---:|
| For **PROFESSIONAL SERVICES** through December 31, 2016 | **$15,179.50** |
| | |
| For **DISBURSEMENTS** | |
| United Parcel Service | $42.61 |
| **Total Disbursements:** | **$42.61** |
| | |
| **Current Invoice Total:** | **$15,222.11** |
| | |
| Previous Balance Outstanding: | $105,150.29 |
| *Less Payment Received from Bank of America*: | ($62,771.95) |
| Current Balance Outstanding: | $40,156.84 |
| | |
| **BALANCE DUE:** | **$55,378.95** |

*Thank you for your business.*

**Murtha Cullina LLP**
Payment Remittance: Dept.101011 | PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



**Invoice Number: 536937**
January 31, 2017

Client:      003944 .... Ahmed, Shalini, et al.
Matter:    003944-0001 .... adv. United States Securities and Exchange Commission

---

### Client Funds Account Summary

| | |
|---|---|
| **Previous Client Funds Balance:** | **$25,000.00** |
| New Client Funds Received: | $0.00 |
| Additional Client Funds Disbursed: | $0.00 |
| **Ending Client Funds Balance:** | **$25,000.00** |

*Thank you for your business.*



**Murtha Cullina LLP**
Payment Remittance:  Dept.101011 | PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015

**Invoice Number: 536937**
January 31, 2017

Client:      003944 .... Ahmed, Shalini, et al.
Matter:     003944-0001 .... adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 12/01/16 | Zaehringer | 0.2 | Emails with G. Hayes-Williams (several) regarding joint status report; reviewed and further drafted joint status report; reviewed final joint status report as filed by plaintiff. | $74.00 |
| 12/01/16 | Zaehringer | 0.4 | Reviewed plaintiff's "emergency" motion for status conference; reviewed District Court's orders granting motion and scheduling same-day telephonic status conference; emails with G. Hayes-Williams (several) regarding same. | $148.00 |
| 12/01/16 | Zaehringer | 1.5 | Prepared for call; telephonic status conference call with the Court regarding plaintiff's "emergency" motion; follow-up telephone call with G. Hayes-Williams regarding case developments. | $555.00 |
| 12/01/16 | Knag | 0.2 | Attention to telephonic status conference. | $119.00 |
| 12/02/16 | Zaehringer | 0.4 | Reviewed District Court's order and minute entry regarding prior-day "emergency" status conference; reported on same to P. E. Knag. | $148.00 |
| 12/02/16 | Zaehringer | 0.1 | Reviewed District Court's orders (two) granting I. Ahmed's motion for transfer of investment funds regarding Essell Group and Ribbit Capital. | $37.00 |
| 12/02/16 | Zaehringer | 0.7 | Reviewed District Court's order granting Relief Defendants' motion to modify asset freeze to release funds to pay expert witness' fees and attorneys' fees; conference with P. E. Knag regarding same and regarding litigation strategy and potential motions; email to P. Chaudhry regarding letters rogatory project; email with G. Hayes-Williams regarding discovery motions and next steps. | $259.00 |
| 12/02/16 | Zaehringer | 0.1 | Reviewed email correspondence from M. Williams (several) regarding ███████████████ ███████████████; emails with G. Hayes-Williams (several) regarding strategy. | $37.00 |

*Thank you for your business.*

**Murtha Cullina LLP**
Payment Remittance: Dept.101011 | PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



**Invoice Number: 536937**
January 31, 2017

Client:     003944 .... Ahmed, Shalini, et al.
Matter:     003944-0001 .... adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| 12/02/16 | Knag | 0.3 | Attention to new filings. | $178.50 |
| 12/04/16 | Zaehringer | 0.5 | Emails (several) with G. Hayes-Williams, J. Harris, and R. Skibell regarding Relief Defendants' response to plaintiff's claim that Court's order releasing funds for expert witness' fees and attorneys' fees was improper; reviewed emails to and from M. Williams (several) regarding same and regarding plaintiff's motion for clarification of such order; reviewed plaintiff's motion for clarification or reconsideration of such order. | $185.00 |
| 12/05/16 | Zaehringer | 0.7 | Reviewed emails (several) between R. Skibell and M. Williams regarding dispute as to release of funds order; reviewed Court's December 5, 2016 order staying release of funds; emails with G. Hayes-Williams (several) regarding same; telephone call with G. Hayes-Williams regarding strategy in view of today's orders; updated P. E. Knag on case developments and conference regarding strategy. | $259.00 |
| 12/05/16 | Zaehringer | 0.3 | Reviewed draft of Relief Defendants' emergency motion for telephonic status conference; emails (several) with G. Hayes-Williams, R. Skibell, D. Deitch, and J. Harris regarding strategy. | $111.00 |
| 12/06/16 | Zaehringer | 0.3 | Telephone call with G. Hayes-Williams regarding strategy; conference call with Court regarding status of Relief Defendants' emergency motion; emails with G. Hayes-Williams (several) regarding strategy. | $111.00 |
| 12/07/16 | Zaehringer | 0.2 | Conference with P. E. Knag regarding case developments and strategy. | $74.00 |
| 12/07/16 | Zaehringer | 0.2 | Reviewed plaintiff's opposition to Relief Defendants' emergency motion to modify asset freeze to release funds for payment of insurance policy premium. | $74.00 |

*Thank you for your business.*

**Murtha Cullina LLP**
Payment Remittance: Dept.101011 | PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



**Invoice Number: 536937**

January 31, 2017

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| 12/08/16 | Zaehringer | 0.6 | Reviewed District Court's memorandum of decision denying Relief Defendants' motion to dismiss certain claims; emails with G. Hayes-Williams (several) regarding same. | $222.00 |
| 12/09/16 | Zaehringer | 0.1 | Reviewed I. Ahmed's brief regarding "notice for transfer of investment gains" and email from I. Ahmed regarding same. | $37.00 |
| 12/09/16 | Zaehringer | 0.3 | Telephone call with G. Hayes-Williams regarding strategy and case developments. | $111.00 |
| 12/09/16 | Zaehringer | 4.7 | Reviewed comment on draft motion for attorneys' fees, to extend discovery, or for leave to withdraw; conference with P. E. Knag regarding strategy; prepared for call; conference call with J. Harris and G. Hayes-Williams regarding strategy; drafted such motion; conference with P. E. Knag regarding same. | $1,739.00 |
| 12/09/16 | Zaehringer | 0.5 | Redacted attorney invoices for work product and privilege for use in new motion to be filed with the Court. | $185.00 |
| 12/09/16 | Knag | 1.5 | Attention to new filings; worked on motion. | $892.50 |
| 12/12/16 | Zaehringer | 1.2 | Conference with P. E. Knag regarding strategy; further drafted Relief Defendants' motion to release funds for attorneys' fees, etc.; emails with G. Hayes-Williams and J. Harris regarding same. | $444.00 |
| 12/12/16 | Caulfield | 0.1 | Electronically-redacted two Murtha Cullina LLP invoices per K. L. Zaehringer's designations in preparation for new fee petition. | $22.50 |
| 12/12/16 | Zaehringer | 0.3 | Reviewed redactions for motion; emails with G. Hayes-Williams (several) regarding clients' service requirements under local rules for motion to withdraw. | $111.00 |
| 12/12/16 | Knag | 0.5 | Attention to motion for fees. | $297.50 |

*Thank you for your business.*



**Murtha Cullina LLP**
**Payment Remittance:** Dept.101011 | PO Box 150435 | Hartford, CT 06115-0435
**Phone** 860.240.6000 | **Fax** 860.240.6150 | www.murthalaw.com
**Federal ID:** 06-0686015

**Invoice Number: 536937**
January 31, 2017

Client:       003944 .... Ahmed, Shalini, et al.
Matter:      003944-0001 .... adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| 12/13/16 | Zaehringer | 1.2 | Reviewed emails from J. Harris (several) regarding strategy; further drafted motion to release funds for attorneys' fees; conference with P. E. Knag regarding strategy; further emails (several) with J. Harris and team regarding brief. | $444.00 |
| 12/13/16 | Zaehringer | 0.2 | Reviewed District Court's order denying I. Ahmed's "motion for inclusion of untainted assets"; conference with J. Harris and G. Hayes-Williams regarding impact of same on Relief Defendants' motion. | $74.00 |
| 12/13/16 | Knag | 1.0 | Work on motion regarding fees. | $595.00 |
| 12/14/16 | Zaehringer | 0.9 | Drafted correspondence to Judge Arterton regarding courtesy copy of Relief Defendants' motion to release funds for attorneys' fees, per her individual practice rules; reviewed email from I. Ahmed to the Court regarding Court's order; reviewed Court's orders and notice (several) regarding motion for telephonic status conference and emergency motion to release funds; emails with J. Harris and G. Hayes-Williams regarding same; telephone call with G. Hayes-Williams regarding conference; conference with P. E. Knag regarding strategy for hearing. | $333.00 |
| 12/14/16 | Zaehringer | 1.5 | Prepared for next-day court conference; reviewed plaintiffs' motion to compel and for sanctions; emails (several) with J. Harris and G. Hayes-Williams regarding same. | $555.00 |
| 12/14/16 | Zaehringer | 0.1 | Reviewed District Court's order granting plaintiff's June 2016 motion to seal. | $37.00 |
| 12/14/16 | Knag | 1.0 | Attention to Court call. | $595.00 |

*Thank you for your business.*

**Murtha Cullina LLP**
Payment Remittance: Dept.101011 | PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



**Invoice Number: 536937**
January 31, 2017

Client:     003944 .... Ahmed, Shalini, et al.
Matter:   003944-0001 .... adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| 12/15/16 | Zaehringer | 0.8 | Reviewed Court's supplemental decision denying I. Ahmed's motion for specific instructions for his deposition; telephone call with P. E. Knag regarding plaintiff's sanctions motion; conference call with P. E. Knag and J. Harris regarding strategy; further prepared for court conference. | $296.00 |
| 12/15/16 | Zaehringer | 2.7 | Telephonic status conference with Court; good faith conference with plaintiff's counsel post-status conference; conference with P. E. Knag regarding strategy, in view of Court's oral orders during such status conference. | $999.00 |
| 12/15/16 | Zaehringer | 0.3 | Reviewed District Court's order granting attorney fees for criminal case; reviewed Court's minute entry; reviewed Relief Defendants' Notice regarding Bank of America accounts; drafted correspondence to Judge Arterton regarding courtesy copy of Relief Defendants' filings, per her individual practice rules. | $111.00 |
| 12/15/16 | Knag | 1.5 | Prepared for call; follow-up telephone call; telephone call with J. Harris. | $892.50 |
| 12/16/16 | Zaehringer | 0.2 | Reviewed District Court's new scheduling order; updated deadlines regarding same. | $74.00 |
| 12/16/16 | Knag | 0.5 | Attention to settlement possibilities. | $297.50 |
| 12/19/16 | Zaehringer | 0.2 | Reviewed Relief Defendants' second supplemental notice; correspondence with G. Hayes-Williams regarding same; drafted correspondence to Judge Arterton regarding courtesy copy, per her individual practice rules | $74.00 |
| 12/20/16 | Zaehringer | 0.3 | Reviewed Relief Defendants' supplemental notice to Court regarding supplemental information for court per status conference; drafted correspondence to Judge Arterton enclosing courtesy copy of same, per her individual practice rules. | $111.00 |

*Thank you for your business.*

Murtha Cullina LLP
Payment Remittance: Dept.101011 | PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



**Invoice Number: 536937**
January 31, 2017

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| 12/21/16 | Zaehringer | 0.1 | Reviewed I. Ahmed's notice on District Court's order denying his motion for specific instructions for deposition. | $37.00 |
| 12/21/16 | Zaehringer | 0.8 | Reviewed Relief Defendants' reply regarding insurance payments; telephone call(s) with G. Hayes-Williams (several) regarding ▬▬▬▬▬▬▬▬▬▬ ▬▬▬▬▬▬ drafted correspondence to Judge Arterton regarding courtesy copy of filing, per her individual practice rules. | $296.00 |
| 12/21/16 | Zaehringer | 0.1 | Reviewed Relief Defendants' consent motion to release funds for living expenses; further drafted correspondence to Judge Arterton regarding courtesy copy, per her individual practice rules. | $37.00 |
| 12/21/16 | Knag | 0.3 | Attention to motions. | $178.50 |
| 12/22/16 | Zaehringer | 1.6 | Telephone call with G. Hayes-Williams regarding Relief Defendants' answer to second amended complaint; reviewed draft of such answer; correspondence (several) regarding answer; conference with P. E. Knag regarding same. | $592.00 |
| 12/23/16 | Zaehringer | 1.0 | Emails with G. Hayes-Williams (several) regarding filings and local procedures; reported to and conference with P. E. Knag regarding strategy and new developments. | $370.00 |
| 12/23/16 | Zaehringer | 0.1 | Emails with P. E. Knag regarding strategy. | $37.00 |
| 12/27/16 | Zaehringer | 0.2 | Additional emails with G. Hayes-Williams (several) regarding local practice regarding motions; drafted letter to Judge Arterton regarding Chambers' copies of Relief Defendants' filings, per her individual practice rules. | $74.00 |
| 12/27/16 | Knag | 0.5 | Attention to filings. | $297.50 |
| 12/27/16 | Knag | 0.7 | Worked on pleadings and telephone calls with J. Harris. | $416.50 |

*Thank you for your business.*

**Murtha Cullina LLP**
Payment Remittance: Dept.101011 | PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



**Invoice Number: 536937**
January 31, 2017

Client:     003944 .... Ahmed, Shalini, et al.
Matter:    003944-0001 .... adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| 12/28/16 | Zaehringer | 0.1 | Reviewed mandate issued by Second Circuit Court regarding injunction appeal. | $37.00 |
| 12/28/16 | Zaehringer | 0.1 | Reviewed District Court's order granting consent motion to modify asset freeze to increase monthly releases for living expenses. | $37.00 |
| 12/28/16 | Zaehringer | 1.7 | Telephone call with J. Harris regarding proposed stipulation for omnibus order; reviewed draft stipulation; drafted proposed consent motion regarding stipulation for omnibus order; telephone call with P. E. Knag regarding strategy; emails (several) with P. E. Knag and J. Harris regarding strategy; reviewed emails with plaintiff (several) regarding draft motion and stipulation. | $629.00 |
| 12/29/16 | Zaehringer | 0.3 | Emails (several) with plaintiff's counsel and J. Harris regarding draft of joint consent motion to approve stipulation and regarding S. Ahmed's deposition; reviewed redlined drafts of motion. | $111.00 |
| 12/29/16 | Zaehringer | 0.2 | Reviewed emails from N. Heinke (several) regarding plaintiff's separate consent motion to challenge reasonableness of Relief Defendants' claimed attorneys' fees; conference with J. Harris regarding same; reviewed emails from J. Harris (several) regarding same. | $74.00 |
| 12/29/16 | Zaehringer | 0.1 | Reviewed final consent motions (two) as filed by plaintiff. | $37.00 |

|  |  |  |  |  |
|--|--|--|--|--|
| | **Total Hours:** | **36.2** | **Total Amount:** | **$15,179.50** |

*Thank you for your business.*



**Invoice Number: 536937**
January 31, 2017

Client:     003944 .... Ahmed, Shalini, et al.
Matter:   003944-0001 .... adv. United States Securities and Exchange Commission

---

### Disbursement Detail

| Date | Description | Amount |
|------|-------------|--------|
| 12/14/16 | UPS from K. L. Zaehringer to Judge Arterton enclosing courtesy copy of ECF No. 361 | $10.69 |
| 12/16/16 | UPS from K. L. Zaehringer to Judge Arterton enclosing courtesy copy of ECF No. 369 | $7.98 |
| 12/20/16 | UPS from K. L. Zaehringer to Judge Arterton enclosing courtesy copy of ECF No. 371 | $7.98 |
| 12/22/16 | UPS from K. L. Zaehringer to Judge Arterton enclosing courtesy copy of ECF Nos.  373 and 374 | $7.98 |
| 12/27/16 | UPS from K. L. Zaehringer to Judge Arterton enclosing courtesy copy of ECF Nos. 375 and 376 | $7.98 |

**Total Disbursements:**   **$42.61**

*Thank you for your business.*



# REMITTANCE COPY

<u>**Invoice Number: 536937**</u>
January 31, 2017

Shalini Ahmed, et al.
c/o Harris, St. Laurent & Chaudhry LLP
Attn: Jonathan Harris, Esq.
40 Wall Street, 53rd Floor
New York, NY 10005

Client:     003944 .... Ahmed, Shalini, et al.
Matter:     003944-0001 .... adv. United States Securities and Exchange Commission

| | |
|---|---|
| Professional Services: | $15,179.50 |
| Disbursements: | $42.61 |
| **Current Invoice Total:** | **$15,222.11** |
| Plus Previous Balance Outstanding: | $40,156.84 |
| **BALANCE DUE**: | **$55,378.95** |

**Payments by ACH or Credit Card can be made by visiting:**
*www.murthalaw.com/clientpayments*

**Payments by Wire:**

| | |
|---|---|
| Bank Name: | Webster Bank |
| Bank Address: | 185 Asylum St., Hartford, CT 06103 |
| Account Name: | Murtha Cullina LLP |
| | Hartford Operating Account |
| Account Number: | 010455319 |
| ABA Number: | 211170101 |
| Murtha Cullina LLP Contact: | Accounts Receivable (860) 240-6000 |

**Payments by Mail:**
Murtha Cullina, LLP
Dept. 101011
PO Box 150435
Hartford, CT 06115-0435

*Thank you for your business.*