# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>     Plaintiff,<br><br> v.<br><br>IFTIKAR AHMED,<br><br>     Defendant, and<br><br>IFTIKAR ALI AHMED SOLE PROP; I-CUBED DOMAINS, LLC; SHALINI AHMED; SHALINI AHMED 2014 GRANTOR RETAINED ANNUITY TRUST; DIYA HOLDINGS LLC; DIYA REAL HOLDINGS, LLC; I.I. 1, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; I.I. 2, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; and I.I. 3, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents,<br><br>     Relief Defendants. | Civil Action No. 3:15-cv-675 (JBA) |

## DEFENDANT'S MOTION TO COMPEL OAK TO PRODUCE ALL D&O INSURANCE POLICY DOCUMENTS

   Defendant Iftikar Ahmed respectfully submits the following Motion to Compel 3rd party Oak Management Corporation ("Oak") and its funds to produce all documents related to every single D&O (Directors & Officers) insurance policy it maintained during the tenure of the Defendant's employment with Oak.

The Defendant served as an Officer on the Board of many of the companies now referenced in this dispute with letters.   The Defendant also served as a member or a managing member of Oak and related entities.

Most if not all of the disputed actions were actions that the Defendant did not undertake, authorize, approve or execute.   Most if not all of the actions that the Defendant did undertake were done with the best interest of Oak, Oak's funds and / or its portfolio companies in mind.   Each of these actions should be insured by the extensive D&O insurance policies that Oak maintained during the entire period of employment with Oak.

It is therefore imperative that Oak be compelled to produce all such D&O policies immediately.   Such D&O policies, the Defendant believes, should legitimately cover the legal costs of the Defendant associated with litigating this dispute because the actions were all taken on the behalf of Oak and with the intent of benefitting Oak and its investors and portfolio companies; and also because to the extent and if there is any harm or damages causes to any party,  the policies should cover any harm and damage caused to the Oak investors and Oak

**WHEREFORE**, the Defendant humbly petitions and respectfully requests that the esteemed Court to compel Oak to produce all papers related and associated with any D&O insurance policies that Oak maintained during the period spanning these disputes.

3

                                        Respectfully Submitted,

Dated:    February 28th, 2017        s/ Iftikar Ahmed
                                        _____
                                        Iftikar A. Ahmed
                                        C/O Advocate Anil Sharma
                                        10 Government Place East, Ground Floor
                                        Behind Kanpur Leather House
                                        Kolkata 700069, India
                                        Tel: +91.98.30.089.945
                                        Email: iftyahmed@icloud.com
                                        *Pro Se*

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and served by electronic mail to:

Nicholas P. Heinke
US Securities and Exchange Commission
Byron G. Rogers Federal Building
1961 Stout Street, Ste. 1700
Denver, CO 80294
(303) 844-1071
Email: heinken@sec.gov

Mark L. Williams
US Securities and Exchange Commission
Byron G. Rogers Federal Building
1961 Stout Street, Ste. 1700
Denver, CO 80294
(303) 844-1027
Email: williamsml@sec.gov

Alexander Sakin
Harris, St. Laurent & Chaudhry LLP
40 Wall Street, 53rd Floor
New York, NY 10005
(646) 461-2279
Fax: (212) 202-6206
Email: asakin@sc-harris.com

David B. Deitch
Harris, St. Laurent & Chaudhry LLP VA
1818 Library Street, Suite 500
Reston, VA 20190
(703) 956-3549
Fax: (703) 935-0349
Email: ddeitch@sc-harris.com

Jonathan Harris
Harris, St. Laurent & Chaudhry LLP
40 Wall Street, 53rd Floor
New York, NY 10005
(646) 395-3481
Fax: (212) 202-6206
Email: jon@sc-harris.com

L. Reid Skibell
Harris, St. Laurent & Chaudhry LLP
40 Wall Street, 53rd Floor
New York, NY 10005
(917) 512-9466
Fax: (212) 202-6206
Email: rskibell@sc-harris.com

Priya Chaudhry
Harris, St. Laurent & Chaudhry LLP
40 Wall Street, 53rd Floor
New York, NY 10005
(212) 785-5550
Fax: (212) 202-6206
Email: priya@sc-harris.com

Steven Gabriel Hayes Williams
Harris, St. Lauren & Chaudhry LLP
40 Wall Street, 53rd Floor
New York, NY 10005
(212) 397-3370
Fax: (212) 202-6206
Email: ghayeswilliams@sc-harris.com

Kristen Luise Zaehringer
Murtha Cullina, LLP
177 Broad Street, 4th Floor
Stamford, CT 06901
(203) 653-5406
Fax: (860) 240-5758
Email: kzaehringer@murthalaw.com

Paul E. Knag
Murtha Cullina, LLP
177 Broad Street, 4th Floor
Stamford, CT 06901
(203) 653-5400
Fax: (203) 653-5444
Email: pknag@murthalaw.com

5

Dated:        February 28th, 2017        s/ Iftikar Ahmed
                                         _____
                                         Iftikar A. Ahmed
                                         C/O Advocate Anil Sharma
                                         10 Government Place East, Ground Floor
                                         Behind Kanpur Leather House
                                         Kolkata 700069, India
                                         Tel: +91.98.30.089.945
                                         Email: iftyahmed@icloud.com

                                         *Pro Se*