UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br> v.<br><br>IFTIKAR AHMED,<br><br>      Defendant, and<br><br>IFTIKAR ALI AHMED SOLE PROP; I-CUBED DOMAINS, LLC; SHALINI AHMED; SHALINI AHMED 2014 GRANTOR RETAINED ANNUITY TRUST; DIYA HOLDINGS LLC; DIYA REAL HOLDINGS, LLC; I.I. 1, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; I.I. 2, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; and I.I. 3, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents,<br><br>      Relief Defendants. | Civil Action No. 3:15-cv-675 (JBA) |

**DEFENDANT'S NOTICE ON THE RELEASE OF FUNDS TO ALLOW HIS THREE MINOR CHILDREN TO VISIT HIM IN INDIA DURING SPRING BREAK IN MARCH 2017**

   Defendant Iftikar Ahmed humbly and respectfully submits the following Notice for the benefit of the esteemed Court on his instant Emergency Motion for release of funds to enable his children to visit him in India in March 2017.

The three minor children have their Spring Break from school between March 11th and March 26th 2017.

The Defendant had originally submitted his prayer for release of his funds to enable his three minor children to visit their father, whom they have not seen in almost two years now. Document #429 dated 2nd February 2017. The Plaintiff opposed this prayer vide their response Document #441 dated 10th February 2017. The Defendant places on record his appreciation for the SEC responding quite promptly despite their opposition. The Defendant then filed his Response to the SEC Opposition vide Document #443 the next day 12th February 2017.

In the interim period, as one would expect with any travel related dynamic pricing, the prices of the same tickets referenced in the Motion and then in the Response have increased significantly.

As of today, round trip business class tickets per person were quoted on Kayak at $4,162 per person on Lufthansa (versus $3,739 on 2/2); $5,244 on Etihad (versus $4,377 on 2/2); $6,016 on Emirates (versus $3,293 on 2/2). Premium Economy round trip tickets per person were quoted on Kayak at $4,682 on BA and $12,603 on United. These prices are quite likely to increase even further closer to the proposed travel date. Please refer to **Exhibit 1**. Hotel prices in Mumbai remain relatively unchanged. Below is an updated estimate as per latest ticket prices.

1. Round-trip NYC-MUM tickets for 4 (1 adult and 3 minor children): estimated at $4,162 per person via Lufthansa (the cheapest option available on viable flights), or $16,800; or

the actual cost of the tickets bought online booked as soon as the approval is received; the earlier choice of Emirates is a whole lot more expensive now.

2.  Hotel in Mumbai:  2 rooms for 4 people, 11 nights: estimated at $178 per room per night, or $5,000; or the actual cost of booking the rooms online as soon as the approval is received; and

3.  Incidentals (airport transfers, and meals on transit only) - estimated at $1,000.

For a total of approximately $22,800 (Twenty Thousand Eight Hundred Dollars only). All actual invoices and bills will be presented to this esteemed Court.

**WHEREFORE**, the Defendant humbly petitions and respectfully requests that the esteemed Court to grant this Motion completely and expeditiously as per revised estimates.

Respectfully Submitted,

Dated:        March 1st, 2017            s/ Iftikar Ahmed
                                         _____
                                         Iftikar A. Ahmed
                                         C/O Advocate Anil Sharma
                                         10 Government Place East, Ground Floor
                                         Behind Kanpur Leather House
                                         Kolkata 700069, India
                                         Tel: +91.98.30.089.945
                                         Email: iftyahmed@icloud.com
                                         *Pro Se*

## CERTIFICATE OF SERVICE

        I hereby certify that a copy of the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and served by electronic mail to:

| | |
|---|---|
| Nicholas P. Heinke<br>US Securities and Exchange Commission<br>Byron G. Rogers Federal Building<br>1961 Stout Street, Ste. 1700<br>Denver, CO 80294<br>(303) 844-1071<br>Email: heinken@sec.gov | Mark L. Williams<br>US Securities and Exchange Commission<br>Byron G. Rogers Federal Building<br>1961 Stout Street, Ste. 1700<br>Denver, CO 80294<br>(303) 844-1027<br>Email: williamsml@sec.gov |
| Paul E. Knag<br>Murtha Cullina, LLP<br>177 Broad Street, 4th Floor<br>Stamford, CT 06901<br>(203) 653-5400<br>Fax: (203) 653-5444<br>Email: pknag@murthalaw.com | David B. Deitch<br>Harris, St. Laurent & Chaudhry LLP VA<br>1818 Library Street, Suite 500<br>Reston, VA 20190<br>(703) 956-3549<br>Fax: (703) 935-0349<br>Email: ddeitch@sc-harris.com |
| Jonathan Harris<br>Harris, St. Laurent & Chaudhry LLP<br>40 Wall Street, 53rd Floor<br>New York, NY 10005<br>(646) 395-3481<br>Fax: (212) 202-6206<br>Email: jon@sc-harris.com | L. Reid Skibell<br>Harris, St. Laurent & Chaudhry LLP<br>40 Wall Street, 53rd Floor<br>New York, NY 10005<br>(917) 512-9466<br>Fax: (212) 202-6206<br>Email: rskibell@sc-harris.com |
| Priya Chaudhry<br>Harris, St. Laurent & Chaudhry LLP<br>40 Wall Street, 53rd Floor<br>New York, NY 10005<br>(212) 785-5550<br>Fax: (212) 202-6206<br>Email: priya@sc-harris.com | Steven Gabriel Hayes Williams<br>Harris, St. Lauren & Chaudhry LLP<br>40 Wall Street, 53rd Floor<br>New York, NY 10005<br>(212) 397-3370<br>Fax: (212) 202-6206<br>Email: ghayeswilliams@sc-harris.com |
| Kristen Luise Zaehringer<br>Murtha Cullina, LLP<br>177 Broad Street, 4th Floor<br>Stamford, CT 06901<br>(203) 653-5406<br>Fax: (860) 240-5758<br>Email: kzaehringer@murthalaw.com | |

Dated: March 1st, 2017    s/ Iftikar Ahmed
_____
Iftikar A. Ahmed
C/O Advocate Anil Sharma
10 Government Place East, Ground Floor
Behind Kanpur Leather House
Kolkata 700069, India
Tel: +91.98.30.089.945
Email: iftyahmed@icloud.com

*Pro Se*



# BUSINESS CLASS

EXHIBIT - 1

Flights More

Create a price alert

Top Filters More

Showing 154 of 1542 flights

**Stops** Show all

| | |
|---|---|
| nonstop | $12603 |
| 1 stop | $4162 |
| 2+ stops | $5394 |

**Times**

Take-off New York (NYC)
Fri 12:00a – 11:30p

Take-off Mumbai (BOM)
Fri 1:00a – Sat 12:00a

Show landing times

**Durations**

Layover
0h 35m – 23h 49m

Flight Leg
14h 25m – 56h 55m

**Airports**

Depart/Return same

New York

| | |
|---|---|
| JFK: John F Kenne... | $2527 |
| EWR: Newark | $3138 |
| LGA: LaGuardia | $5367 |

Mumbai

| | |
|---|---|
| BOM: Chhatrapati ... | $2527 |

**Airlines** Show all

Carrier Alliance

| | |
|---|---|
| Air Canada | |
| Air China | $4653 |
| Air France | $11089 |
| Air India | $3192 |
| Alitalia | |
| American Airlines | $8249 |
| ANA | $19728 |
| British Airways | $6095 |
| Cathay Pacific | $8215 |
| Delta | $11109 |
| Emirates | $6016 |
| Etihad Airways | $4444 |
| EVA Air | |
| KLM | |
| Kuwait Airways | $3001 |
| Lufthansa | $4162 |
| Qatar Airways | $6620 |
| Saudia | |
| Singapore Airlines | |
| SriLankan | |
| SWISS | $8682 |
| Thai Airways | |
| Turkish Airlines | $4380 |

NYC BOM Mar 10 Friday — Mar 24 Friday Business cabin 4 travelers Change

Sort by: Price Recommended Duration More Round-trip | Flight-by-flight

**$4162** ExploreTrip — Lufthansa
3:55p JFK 1:00a BOM 22h 35m 1 stop (FRA)
1:25a BOM 4:40p JFK 24h 45m 1 stop (MUC)
View Deal Show details Share $4602 book easily on KAYAK

**$5244** ExploreTrip — Etihad Airways
2:15p JFK 7:20p BOM 18h 35m 1 stop (AUH)
9:25p BOM 10:25a JFK 22h 30m 1 stop (AUH)
View Deal Show details Share $6296 directly with Etihad Airways

$5244 ExploreTrip — Etihad Airways
2:15p JFK 7:20p BOM 18h 35m 1 stop (AUH)
9:25p BOM 4:30p JFK 28h 35m 1 stop (AUH)
View Deal Show details Share $5509 book easily on KAYAK

$5244 ExploreTrip — Etihad Airways
2:15p JFK 3:30a BOM 26h 45m 1 stop (AUH)
9:25p BOM 10:25a JFK 22h 30m 1 stop (AUH)
View Deal Show details Share $6771 book easily on KAYAK

$5244 ExploreTrip — Etihad Airways
2:15p JFK 7:20p BOM 18h 35m 1 stop (AUH)
4:20a BOM 4:30p JFK 21h 40m 1 stop (AUH)
View Deal Show details Share $6296 directly with Etihad Airways

$5244 ExploreTrip — Etihad Airways
2:15p JFK 3:30a BOM 26h 45m 1 stop (AUH)
4:20a BOM 4:30p JFK 21h 40m 1 stop (AUH)
View Deal Show details Share $5491 book easily on KAYAK

**$6016** Emirates — Emirates
10:40a JFK 2:00p BOM 16h 50m 1 stop (DXB)
4:15a BOM 9:25p JFK 26h 40m 1 stop (DXB)
View Deal Show details Share $6109 book easily on KAYAK

$6016 Emirates — Emirates
4:35p JFK 8:35p BOM 17h 30m 1 stop (DXB)
4:15a BOM 9:25p JFK 26h 40m 1 stop (DXB)
View Deal Show details Share

$6016 Emirates — Emirates
10:40a JFK 2:00p BOM 16h 50m 1 stop (DXB)
7:10p BOM 2:25p JFK 28h 45m 1 stop (DXB)
View Deal Show details Share

# PREMIUM ECONOMY CLASS

Flights   More

Create a price alert

Top Filters   More

Showing 158 of 863 flights

## Stops   Show all
nonstop   $4434
1 stop   $2051
2+ stops   $2791

## Times
Take-off New York (NYC)
Fri 12:30a – 11:30p

Take-off Mumbai (BOM)
Fri 1:00a – Sat 12:00a

Show landing times

## Durations
Layover
0h 35m – 23h 30m

Flight Leg
14h 25m – 52h 15m

## Airports
Depart/Return same

New York
JFK: John F Kenne…   $1937
EWR: Newark   $2150
LGA: LaGuardia   $2818

Mumbai
BOM: Chhatrapati …   $1937

## Airlines   Show all
Carrier | Alliance

Air Canada
Air China   $2067
Air France   $2051
Air India   $4395
American Airlines   $8249
ANA   $6180
British Airways   $3652
Cathay Pacific   $2150
Delta   $11109
Emirates   $6016
KLM
Lufthansa   $4585
Singapore Airlines
SWISS   $9514
United   $12603
Multiple airlines

Show operators

## Booking Providers
Air Canada
Air China
Air France   $2051

---

| NYC | BOM | Mar 10 Friday | — | Mar 24 Friday | **Premium Economy** cabin | 4 travelers | Change |

Sort by: **Price**  Recommended  Duration  More       Round-trip | Flight-by-flight

Fares include **Mixed** cabin class flights. Use the **Cabin** filter to limit results.

---

**$4434** Priceline — Air India
1:15p EWR   2:10p BOM   14h 25m   nonstop
1:30a BOM   8:15a EWR   16h 15m   nonstop
View Deal    Show details   Share    Business

**$12603** United — **United**
8:20p EWR   9:40p BOM   14h 50m   nonstop
11:10p BOM   5:55a EWR   16h 15m   nonstop
View Deal    Show details   Share    Business

**$4434** Priceline — Air India
1:15p EWR   2:10p BOM   14h 25m   nonstop
9:00p BOM   7:35a JFK   20h 05m   1 stop (DEL)
View Deal    Show details   Share    Business

**$14136** United — **United**
7:45p EWR   1:00a BOM   18h 45m   1 stop (FRA)
11:10p BOM   5:55a EWR   16h 15m   nonstop
View Deal    Show details   Share    Business
Operated by United, Lufthansa

**$4410** Priceline — Air India
1:15p EWR   2:10p BOM   14h 25m   nonstop
8:00p BOM   7:35a JFK   21h 05m   1 stop (DEL)
View Deal    Show details   Share    Business

**$8249** American Airlines — **American Airlines**
8:50p JFK   12:15a BOM   16h 55m   1 stop (LHR)
1:15p BOM   11:15p JFK   19h 30m   1 stop (LHR)
View Deal    Show details   Share    Business
Operated by American Airlines, British Airways

**$4395** Priceline — Air India
1:15p EWR   2:10p BOM   14h 25m   nonstop
7:00p BOM   7:35a JFK   22h 05m   1 stop (DEL)
View Deal    Show details   Share    Business

**$4682** Hacker Fare — **British Airways**
8:50p JFK   12:15a BOM   16h 55m   1 stop (LHR)
2:15a BOM   12:20p JFK   19h 35m   1 stop (LHR)
View Deal    Show details   Share

**$12629** United — United
8:20p EWR   9:40p BOM   14h 50m   nonstop
1:25a BOM   1:50p EWR   21h 55m   1 stop (MUC)
View Deal    Show details   Share    Business
Operated by United, Lufthansa