UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>IFTIKAR AHMED,<br><br>Defendant, and<br><br>IFTIKAR ALI AHMED SOLE PROP; I-CUBED DOMAINS, LLC; SHALINI AHMED; SHALINI AHMED 2014 GRANTOR RETAINED ANNUITY TRUST; DIYA HOLDINGS LLC; DIYA REAL HOLDINGS, LLC; I.I. 1, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; I.I. 2, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; and I.I. 3, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents,<br><br>Relief Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 3:15cv675 (JBA) |

**PLAINTIFF UNITED STATES SECURITIES AND EXCHANGE COMMISSION'S STATUS UPDATE REGARDING TELEPHONIC STATUS CONFERENCE**

Plaintiff United States Securities and Exchange Commission (the "SEC") respectfully files this status update regarding the telephonic status conference that the Court set [Doc. # 460] following the SEC's motion [Doc # 452] for a telephonic status conference ("Motion"). As the Court is aware, the SEC deposed Mr. Ahmed on the evening of February 28, 2017. In the Motion, the SEC requested a telephonic status conference be set "in the event that disputes arise during Mr. Ahmed's deposition that cannot be worked out among the parties." As no such

disputes arose, the SEC is not requesting that the Court hold the status conference. The SEC has conferred with Mr. Ahmed and counsel for Relief Defendants, who also confirmed that they are not requesting that the Court hold the status conference.

    For these reasons, the SEC requests that the Court vacate the telephonic status conference currently scheduled for March 3, 2017 at 10:30 a.m. ET.

    Dated: March 1, 2017

Respectfully submitted,

*s/ Nicholas P. Heinke*
Nicholas P. Heinke (CO. Bar No. 38738)
Mark L. Williams (NY Bar. No. 4796611)
Jeffrey E. Oraker (CO Bar. No. 26893)
U.S. Securities and Exchange Commission
1961 Stout St., Suite 1700
Denver, CO 80294
Phone: (303) 844-1000
E-mail: HeinkeN@sec.gov
WilliamsML@sec.gov
OrakerJ@sec.gov

CERTIFICATE OF SERVICE

     I certify that on March 1, 2017, a copy of the foregoing document was emailed to

Defendant Iftikar Ahmed at IftyAhmed@icloud.com, and served via ECF upon the following:

Jonathan Harris
Reid Skibell
David Deitch
Alexander Sakin
S. Gabriel Hayes-Williams
Harris, O'Brien, St. Laurent & Chaudhry LLP
111 Broadway, Suite 1502
New York, NY 10006
(Counsel for Relief Defendants).

                                            s/ *Nicholas P. Heinke*
                                            Nicholas P. Heinke