# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

----------------------------------------------------------------x
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

               *Plaintiff*,

                       *v.*

IFTIKAR AHMED,

               *Defendant*, and

IFTIKAR ALI AHMED SOLE PROP; I-CUBED
DOMAINS, LLC; SHALINI AHMED; SHALINI
AHMED 2014 GRANTOR RETAINED
ANNUITY TRUST; DIY A HOLDINGS LLC;
DIYA REAL HOLDINGS, LLC; 1.1. 1, a minor
child, by and through his next friends IFTIKAR and
SHALINI AHMED, his parents; 1.1. 2, a minor
child,
by and through his next friends IFTIKAR and
SHALINI AHMED, his parents; and 1.1. 3, a minor
child, by and through his next friends IFTIKAR and
SHALINI AHMED, his parents,

               *Relief Defendants*.
----------------------------------------------------------------x

Civil No. 3:15-cv-675 (JBA)

MARCH 17, 2017


## NON-PARTY OAK MANAGEMENT'S MOTION TO STRIKE
## CERTAIN PAPERS FILED BY DEFENDANT IFTIKAR AHMED

Non-party Oak Management Corporation ("Oak") hereby moves to strike certain papers filed in this action over the course of the last two months by Defendant Iftikar Ahmed.[1] Specifically, this motion seeks to strike the following papers filed by Mr. Ahmed between January 3, 2017 and February 27, 2017:

---

[1] In its papers filed in opposition to certain of Mr. Ahmed's motions to compel, OMC requested that such filings be stricken from the docket. (ECF No. 408). However, in denying Mr. Ahmed's motions to compel, the Court indicated that it would not consider Oak's request outside of a formal motion to strike. (ECF No. 477 n.3). This motion seeks to strike, or in the alternative seal, those motions Oak previously opposed, as well as certain other motions and related briefing filed by Mr. Ahmed after Oak filed its opposition papers.

{N5336815}        DOC ID - 25789660.1

- Defendant's Motion to Compel Oak to Produce All Documents Pertaining to Company C, dated January 3, 2017 (ECF No. 383) ("Company C Motion");

- Defendant's Motion to Compel Oak to Produce All Documents Pertaining to Company H, dated January 6, 2017 (ECF No. 391) (Company H Motion");

- Defendant's Motion to Compel Oak to Produce All Documents Pertaining to Company D, dated January 8, 2017 (ECF No. 393) ("Company D Motion");

- Defendant's Motion to Implead 3rd Party, Oak Management, As a Co-Defendant, dated January 9, 2017 (ECF No. 394) ("Implead Motion");

- Defendant's Motion to Compel Oak to Produce All Documents Pertaining to Companies A and B and All Compensation Documents and Data Since Inception, dated January 10, 2017 (ECF No. 397) ("Company A/B Motion");

- Memorandum of Law of Non-Party Oak Management Corporation In Opposition to Certain Motions to Compel and Implead Filed By Defendant Iftikar Ahmed, dated January 23, 2017 (ECF No. 408) ("Oak's Opposition");

- Defendant's Response to Plaintiff and Non-Party OMC's Opposition to Compel Oak to Produce All Documents Pertaining to Company C, dated January 26, 2017 (ECF No. 411) ("Company C Reply");

- Defendant's Response to Plaintiff and Non-Party OMC's Opposition to Compel Oak to Produce All Documents Pertaining to Company H, dated January 29, 2017 (ECF No. 416) ("Company H Reply");

- Defendant's Response to Plaintiff and Non-Party OMC's Opposition to Compel Oak to Produce All Documents Pertaining to Company D, dated February 1, 2017 (ECF No. 426) ("Company D Reply");

- Defendant's Reply to Plaintiff's Opposition to Defendant's Motion to Compel Oak to Produce All Documents Pertaining to Companies A and B and All Compensation Documents and Data Since Inception, dated February 3, 2017 (ECF No. 430) ("Company A/B Reply");

- Defendant's Notice with Respect to His Motion to Implead Oak Management Corporation, dated February 13, 2017 (ECF No. 444) ("Implead Notice");

- Defendant's Motion to Compel Oak to Produce All Documents Pertaining to Company J, dated February 17, 2017 (ECF No. 451) ("Company J Motion"); and

- Defendant's Motion to Compel Oak to Produce All Documents Pertaining to Companies E, F, G, and I, dated February 27, 2017 (ECF No. 464) ("Company E/F/G/I Motion").

As discussed in the accompanying Memorandum of Law, all of these filings contain unsubstantiated irrelevant, scandalous, and inflammatory assertions. The filings also wrongfully disclose confidential information that is proprietary to OMC. Accordingly, the Court should strike these filings from the record in their entirety. In the alternative, these filings should be placed under seal.

OAK MANAGEMENT CORPORATION
NON-PARTY MOVANT


By:  /s/ David T. Grudberg

David T. Grudberg (ct01186)
CARMODY TORRANCE SANDAK &
HENNESSEY LLP
195 Church Street, P.O. Box 1950
New Haven, CT 06509-1950
Telephone: (203) 777-5501
Facsimile: (203) 784-3199
E-mail:dgrudberg@carmodylaw.com

Of Counsel:

David K. Momborquette, Esq.
Gary Stein, Esq.
SCHULTE ROTH & ZABEL LLP
919 Third Ave.
New York, N.Y. 10022
Telephone: (212) 756-2000
Facsimile: (212) 593-5955
E-mail: David.Momborquette@srz.com
Gary.Stein@srz.com

**CERTIFICATION**

I hereby certify that on March 17, 2017, a copy of the foregoing Motion to Strike Certain Papers Filed by Defendant Ahmed was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operating of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

      /s/ David T. Grudberg
      David T. Grudberg