UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------------------ X
UNITED STATES SECURITIES AND EXCHANGE
COMMISSION,

         Plaintiff,

 v.

IFTIKAR AHMED,

         Defendant, and

IFTIKAR ALI AHMED SOLE PROP,
I-CUBED DOMAINS, LLC; SHALINI AHMED;
SHALINI AHMED 2014 GRANTOR RETAINED
ANNUITY TRUST; DIYA HOLDINGS LLC;
DIYA REAL HOLDINGS, LLC; I.I. 1, a minor
child, by and through his next friends IFTIKAR
and SHALINI AHMED, his parents; I.I. 2, a minor
child, by and through his next friends IFTIKAR
and SHALINI AHMED, his parents; and I.I. 3, a
minor child, by and through his next friends
IFTIKAR and SHALINI AHMED, his parents,

         Relief Defendants.
------------------------------------------------------------------------ X

Civil Action No.
3:15-CV-675 (JBA)

**CONSENT MOTION TO MODIFY THE ASSET FREEZE ORDER
TO RELEASE FUNDS FOR THE PAYMENT OF DEPOSITION
<u>TRAVEL EXPENSES AND STORAGE FEES</u>**

Relief Defendants Shalini Ahmed, her three minor children, I.I. 1, I.I. 2 and I.I. 3, Shalini Ahmed 2014 Grantor Retained Annuity Trust, DIYA Holdings LLC, DIYA Real Holdings LLC (together, the "Relief Defendants"), through their undersigned counsel, respectfully move this Court to modify its order of August 12, 2015, freezing the Relief Defendants' assets, to release funds to cover costs incurred from (1) Relief Defendant Shalini Ahmed's travel to participate in a deposition in Denver, Colorado, on January 23, 2017; (2) the transfer and storage of Relief

1

Defendants' property by Harris, St. Laurent & Chaudhry LLP; and (3) bank wire fees associated with the transfer of these funds. The release of these funds is contemplated by the Court's Modified Omnibus Order on Consent, filed January 3, 2017 [Dkt. No. 387].

Counsel for Relief Defendants and for Plaintiff have reviewed the relevant expense reports and receipts and agree upon the costs incurred.

Relief Defendants request the release of funds from the account in the name of Shalini Ahmed at Fidelity ending x7540, as set forth below:

- $2,063.04, payable to Shalini Ahmed, through her People's United Bank account, ending x1722, for travel and accomodations associated with the depositions taken in Denver, Colorado, and a bank wire fee.

- $861.54, payable to Harris, St. Laurent & Chaudhry LLP, 40 Wall Street, 53rd Floor, New York, NY 10005, for costs associated with the moving and storage of Relief Defendants' property during the months of January and February 2017 at Morgan Manhattan Storage, and a bank wire fee.

WHEREFORE, Relief Defendants respectfully request that the Court modify its orders of August 12, 2015 and February 19, 2016, and unfreeze the amount of $2,924.58. The SEC does not object to this motion.

Dated: New York, New York
March 17, 2017

Respectfully submitted,

  /s/ S. Gabriel Hayes-Williams
Jonathan Harris (phv07583)
L. Reid Skibell (phv07572)
David B. Deitch (phv07260)
S. Gabriel Hayes-Williams (phv07948)
HARRIS, ST. LAURENT
& CHAUDHRY LLP

2

40 Wall Street, 53rd Floor
New York, New York 10005
Tel. 212.397.3370

Paul E. Knag
MURTHA CULLINA LLP
177 Broad Street, 16th Floor
Stamford, CT 06901
Tel. 203.653.5400

*Attorneys for Relief Defendants
I-Cubed Domain, LLC, Shalini Ahmed,
Shalini Ahmed 2014 Grantor Retained
Annuity Trust, Diya Holdings, LLC, Diya
Real Holdings, LLC, I.I. 1, I.I. 2 and I.I. 3*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2017, I caused a copy of the foregoing Consent Motion and the accompanying Proposed Order on Consent to be served by ECF or electronic mail upon:

Nicholas P. Heinke
Mark L. Williams
U.S. Securities and Exchange Commission
1961 Stout St., Suite 1700
Denver, CO 80294
HeinkeN@sec.gov
WilliamsML@sec.gov

Iftikar Ahmed
c/o Advocate Anil Sharma
10 Government Place East
Ground Floor
Kolkatta, West Bengal, India 700-069
iftyahmed@icloud.com

                                                    */s/ S. Gabriel Hayes-Williams*
                                                    S. Gabriel Hayes-Williams