UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>     Plaintiff,<br><br> v.<br><br>IFTIKAR AHMED,<br><br>     Defendant, and<br><br>IFTIKAR ALI AHMED SOLE PROP; I-CUBED DOMAINS, LLC; SHALINI AHMED; SHALINI AHMED 2014 GRANTOR RETAINED ANNUITY TRUST; DIYA HOLDINGS LLC; DIYA REAL HOLDINGS, LLC; I.I. 1, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; I.I. 2, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; and I.I. 3, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents,<br><br>     Relief Defendants. | Civil Action No. 3:15-cv-675 (JBA) |

## DEFENDANT'S NOTICE ON THE SERVICE OF SUBPOENA ON OAK MANAGEMENT CORPORATION ("OAK")

Defendant Iftikar Ahmed humbly and respectfully submits the following Notice for the benefit of the esteemed Court on the successful service of subpoena on Oak Management Corporation ("Oak") on March 10th, 2017.

The Defendant had earlier submitted a number of Motions to Compel non-party Oak to disclose all documents pertaining to certain transactions involving (1) Company C [Doc. #383]; (2) Company H [Doc. #391)]; (3) Company D [Doc. #393]; (4) Companies A and B [Doc. #397]; (5) Company J [Doc. #451]; and (6) Companies E, F, G and I [Doc. #464]; as well as (7) all documents pertaining to compensation documents and data relating to the Oak Incentive Performance Plan (IPP) since the program's inception [Doc. #397]; and (8) all papers related and associated with any Directors & Officers ("D&O") insurance policies Oak maintained during the period spanning the disputes [Doc. #469].

In its Order dated 3rd March 2017, the esteemed Court allowed the Defendant to subpoena the documents he seeks from Oak prior to March 13th, 2017, while denying the aforementioned Motions without prejudice.

The Defendant has since subpoenaed the relevant documents from Oak on 10th March 2017.  Please see **Exhibit 1** for the Affidavit of Service.   A copy of the subpoena has been separately shared with all the Counsels of the Plaintiff and the Relief Defendants and is also being sent separately to this esteemed Court.

Respectfully Submitted,

Dated:       March 20th, 2017           s/ Iftikar Ahmed

_____

Iftikar A. Ahmed
C/O Advocate Anil Sharma
10 Government Place East, Ground Floor
Behind Kanpur Leather House
Kolkata 700069, India
Tel: +91.98.30.089.945
Email: iftyahmed@icloud.com
*Pro Se*

**CERTIFICATE OF SERVICE**

       I hereby certify that a copy of the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and served by electronic mail to:

Nicholas P. Heinke
US Securities and Exchange Commission
Byron G. Rogers Federal Building
1961 Stout Street, Ste. 1700
Denver, CO 80294
(303) 844-1071
Email: heinken@sec.gov

Mark L. Williams
US Securities and Exchange Commission
Byron G. Rogers Federal Building
1961 Stout Street, Ste. 1700
Denver, CO 80294
(303) 844-1027
Email: williamsml@sec.gov

Paul E. Knag
Murtha Cullina, LLP
177 Broad Street, 4th Floor
Stamford, CT 06901
(203) 653-5400
Fax: (203) 653-5444
Email: pknag@murthalaw.com

David B. Deitch
Harris, St. Laurent & Chaudhry LLP VA
1818 Library Street, Suite 500
Reston, VA 20190
(703) 956-3549
Fax: (703) 935-0349
Email: ddeitch@sc-harris.com

Jonathan Harris
Harris, St. Laurent & Chaudhry LLP
40 Wall Street, 53rd Floor
New York, NY 10005
(646) 395-3481
Fax: (212) 202-6206
Email: jon@sc-harris.com

L. Reid Skibell
Harris, St. Laurent & Chaudhry LLP
40 Wall Street, 53rd Floor
New York, NY 10005
(917) 512-9466
Fax: (212) 202-6206
Email: rskibell@sc-harris.com

Priya Chaudhry
Harris, St. Laurent & Chaudhry LLP
40 Wall Street, 53rd Floor
New York, NY 10005
(212) 785-5550
Fax: (212) 202-6206
Email: priya@sc-harris.com

Steven Gabriel Hayes Williams
Harris, St. Lauren & Chaudhry LLP
40 Wall Street, 53rd Floor
New York, NY 10005
(212) 397-3370
Fax: (212) 202-6206
Email: ghayeswilliams@sc-harris.com

Kristen Luise Zaehringer
Murtha Cullina, LLP
177 Broad Street, 4th Floor
Stamford, CT 06901
(203) 653-5406
Fax: (860) 240-5758
Email: kzaehringer@murthalaw.com

Dated:    March 20th, 2017        s/ Iftikar Ahmed
                                  _____
                                  Iftikar A. Ahmed
                                  C/O Advocate Anil Sharma
                                  10 Government Place East, Ground Floor
                                  Behind Kanpur Leather House
                                  Kolkata 700069, India
                                  Tel: +91.98.30.089.945
                                  Email: iftyahmed@icloud.com

                                  *Pro Se*

# EXHIBIT 1

# Affidavit of Service

**United States District Court, Connecticut**  CASE NO: **15-CV-675**
Plaintiff / Petitioner: **SECURITIES & EXCHANGE COMMISSION**
vs.
Defendant / Respondent: **IFTIKAR AHMED**

I **NICHOLAS ROSARIO** being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the state of **NEW YORK**.
That on **March 10, 2017** at **11:59 AM** at **THREE PICKWICK PLAZA, SUITE # 302, GREENWICH, CT  06830**, deponent served the within:
**Federal Rule of Civil Procedure 45(c) (d) (e) and (g) (effective 12/1/13), Subpoena to produce documents information or objects or to permit inspection of premises in a civil action, Attachment 1 to Subpoena,**

thereto in the above-entitled proceeding upon **OAK MANAGEMENT CORP. a/k/a OAK INVESTMENT PARTNERS**, such service having been made in the following manner stated herein:

On **March 10, 2017** at **11:59 AM** deponent delivered the aforementioned documents to and left them personally with **Robert "Doe" (refused last name)**, Manager  at the offices of **OAK MANAGEMENT CORP. a/k/a OAK INVESTMENT PARTNERS**, THREE PICKWICK PLAZA, SUITE # 302, GREENWICH, CT  06830

Deponent further states upon information and belief that said person so served is not in the Military Service of the State of **CONNECTICUT** or of the United States as the term is defined in either the State or Federal statutes. Deponent further states that deponent describes the person actually served **Robert "Doe" (refused last name)** as follows:
**Middle Eastern, Male, 6' 1", 150 - 160 lbs, Black hair, Brown eyes, 40 - 45 years**

**Attempts:**
Date: March 10, 2017  Time: 11:59:49 AM  GPS: 41.023514, -73.626808

Sworn to before me on the 15 day of march, 2017.

**CAROLL RAMSEY**
Notary Public - State of New York
No. 01RA6028190
Qualified in Nassau County
Commission Expires: July 26, 2017

**NICHOLAS ROSARIO**
License Number: N/A

UNDISPUTED LEGAL, INC.,