# EXHIBIT 1

**Harris, St. Laurent & Chaudhry LLP**
40 Wall St. 53rd floor
New York, NY 10005
646-571-0664

02-24-2017

PC09046 Shalini Ahmed

**Invoice Number: 5689**
Invoice Period: 01-01-2017 - 01-31-2017

**RE: PC09046-001 SEC v Ahmed (1085-101)**

## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01-03-2017 | Jonathan Harris | case strategy and organization; discovery; emails; privilege log; inventory | 1.250 | 750.00 | 937.50 |
| 01-03-2017 | Priya Chaudhry | review docs; internal meeting; email | 0.750 | 750.00 | 562.50 |
| 01-03-2017 | Gabriel Hayes-Williams | Attention to scheduling; review orders, conf. w/ P. Chaudhry and J. Harris re same; email w/ S. Ahmed re case update; review Defendant's motion to compel production of documents/filing re Company C transaction, review portions of Ames transcript, and relevant documents; email w/ common interest counsel, work on privilege log, telephone call w/ expert | 7.250 | 375.00 | 2,718.75 |
| 01-04-2017 | Gabriel Hayes-Williams | Case organization, telephone conference w/ SLCG; privilege log work, email w/ S. Ahmed re same; discussion w/ E. Fitzgerald re privilege log; email re deposition logistics; attention to storage issues; email SEC re 30(b)(6) deposition authority | 7.750 | 375.00 | 2,906.25 |
| 01-04-2017 | Priya Chaudhry | emails and internal meeting | 1.250 | 750.00 | 937.50 |
| 01-04-2017 | Jonathan Harris | case strategy and organization; emails; call w/ expert; confer w/PC; prep for Shalini Ahmed deposition | 2.250 | 750.00 | 1,687.50 |
| 01-05-2017 | Jonathan Harris | inventory declaration; privilege log; declaration re efforts to obtain job; experts; team call w/KZ and GHW re discovery, experts and research; prepare for Shalini deposition; confer w/GHW re subpoena to SEC; discovery from Oak; | 4.250 | 750.00 | 3,187.50 |
| 01-05-2017 | Priya Chaudhry | email with client; internal meetings | 1.000 | 750.00 | 750.00 |
| 01-05-2017 | Reid Skibell | Email correspondence re: discovery against Oak; conference re: staffing and case management issues. | 0.500 | 600.00 | 300.00 |
| 01-05-2017 | David Deitch | Telephonic conference with counsel for Oak; follow-up with G. Hayes Williams. | 0.750 | 600.00 | 450.00 |
| 01-05-2017 | Gabriel Hayes-Williams | Telephone call w/ K. Zhaeringer; meeting w/ J. Harris; privilege log; calls w/ S. Ahmed; locate documents and conduct searches ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ telephone call w/ Oak counsel; emails; update call to client; legal research; telephone call w/ D. Zweighaft; attention to deposition logistics | 10.500 | 375.00 | 3,937.50 |
| 01-05-2017 | Erin Fitzgerald | Privilege Log; reviewed emails. | 5.000 | 195.00 | 975.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01-06-2017 | Gabriel Hayes-Williams | Telephone call w/ M. Federico; Telephone call w/ SEC counsel; meeting w/ Zweighaft; meeting w/ J. Harris; review draft declarations; complete detailed privilege log and follow-up production; email w/ P. Chaudhry re outstanding production materials; telephone call w/ C. Ferraro re offer re car; prepare client prep binders for J. Harris | 9.250 | 375.00 | 3,468.75 |
| 01-06-2017 | Reid Skibell | Review of filings. | 0.500 | 600.00 | 300.00 |
| 01-06-2017 | Priya Chaudhry | emails and review docs; internal meeting | 1.000 | 750.00 | 750.00 |
| 01-06-2017 | Jonathan Harris | meet with expert; call w/SEC; privilege log; prepare for Shalini Ahmed deposition; review motions filed by Iftikar Ahmed | 4.250 | 750.00 | 3,187.50 |
| 01-07-2017 | Jonathan Harris | review declaration of Shalini Ahmed re efforts to obtain work; review documents and prep for S. Ahmed deposition; review motion by Iftikar Ahmed re Company H and research issues | 3.750 | 750.00 | 2,812.50 |
| 01-07-2017 | Priya Chaudhry | email and review docs | 0.500 | 750.00 | 375.00 |
| 01-08-2017 | Priya Chaudhry | emails and review docs | 0.750 | 750.00 | 562.50 |
| 01-08-2017 | Reid Skibell | Email correspondence re: deposition preparation. | 0.400 | 600.00 | 240.00 |
| 01-08-2017 | Jonathan Harris | prep for Shalini Ahmed deposition | 7.000 | 750.00 | 5,250.00 |
| 01-08-2017 | Gabriel Hayes-Williams | Review draft declaration and email w/ S. Ahmed | 0.500 | 375.00 | 187.50 |
| 01-09-2017 | Gabriel Hayes-Williams | Deposition prep meeting w/ S. Ahmed; telephone calls w/ storage facility; attention to third-party practice procedure re Oak, review declarations with S. Ahmed, email; telephone calls w/ counsel | 7.250 | 375.00 | 2,718.75 |
| 01-09-2017 | Jonathan Harris | meet w/Shalini Ahmed to prep for deposition | 5.250 | 750.00 | 3,937.50 |
| 01-09-2017 | Priya Chaudhry | emails; meet with client; internal meeting; review docs | 1.000 | 750.00 | 750.00 |
| 01-09-2017 | Priya Chaudhry | review filings; edit doc; email | 1.000 | 750.00 | 750.00 |
| 01-09-2017 | Megan Dubatowka | emails with GHW re | 0.250 | 375.00 | 93.75 |
| 01-09-2017 | Reid Skibell | Review filing by I. Ahmed and email correspondence re: same. | 0.500 | 600.00 | 300.00 |
| 01-10-2017 | Reid Skibell | Conference re: case strategy; attention to email correspondence re: recent filings. | 0.400 | 600.00 | 240.00 |
| 01-10-2017 | David Deitch | Telephone conference with G. Hayes-Williams regarding various pending matters; review and revise draft email to I. Ahmed regarding impleader. | 0.750 | 600.00 | 450.00 |
| 01-10-2017 | Jonathan Harris | read motion papers filed by Iftikar Ahmen and court rulings; strategy and case organization; inventory declararation | 2.250 | 750.00 | 1,687.50 |
| 01-10-2017 | Gabriel Hayes-Williams | Contact JPM re subpoena; Telephone calls and discussion w/ Morgan Manhattan storage; draft revisions telephone call w/ third-party counsel; telephone call w/ third-party bankruptcy counsel; draft email to defendant; review defendant filing and document review | 3.750 | 375.00 | 1,406.25 |
| 01-11-2017 | Gabriel Hayes-Williams | Telephone call w/ Morgan Manhattan; telephone call w/ S. Ahmed; conf. w/ P. Chaudhry; review | 6.250 | 375.00 | 2,343.75 |
| 01-11-2017 | Jonathan Harris | discovery; reading motions filed Iftikar Ahmed and analysis | 1.500 | 750.00 | 1,125.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01-11-2017 | Priya Chaudhry | meet with SGW; review docs; emails | 0.750 | 750.00 | 562.50 |
| 01-11-2017 | Reid Skibell | Email correspondence re: case status; attention to email correspondence. | 0.500 | 600.00 | 300.00 |
| 01-12-2017 | Reid Skibell | Email correspondence re: discovery matters. | 0.400 | 600.00 | 240.00 |
| 01-12-2017 | David Deitch | Emails regarding ████████; conference with J. Harris regarding status and tasks. | 0.750 | 600.00 | 450.00 |
| 01-12-2017 | Jonathan Harris | emails; meet w/DD and GHW re discovery; staffing and case organization; research legal issues; ████████ | 2.250 | 750.00 | 1,687.50 |
| 01-12-2017 | Gabriel Hayes-Williams | Call w/ Zweighaft; email defendant re subpoena, email team re Oak; document review; telephone call w/ M. Federico; strategy meeting; document review | 6.500 | 375.00 | 2,437.50 |
| 01-13-2017 | Gabriel Hayes-Williams | Document review; review SEC filing re defendant's life insurance; email w/ K. Zaehringer, J. Harris; email w/ S. Ahmed; email w/ SEC re cert grant; review PI hearing transcript; meeting w/ J. Harris re SEC deposition notice; prepare materials for J. Sato | 8.750 | 375.00 | 3,281.25 |
| 01-13-2017 | Jonathan Harris | meet w/GHW re status of discovery, declarations, and motions; engaged re Oak discovery; subpoena to SEC; analysis of ████████ | 2.250 | 750.00 | 1,687.50 |
| 01-13-2017 | David Deitch | Revise and send email to counsel for Oak regarding outstanding discovery; various emails regarding possible request for stay of discovery. | 0.750 | 600.00 | 450.00 |
| 01-13-2017 | Reid Skibell | Review ████████; conference with J. Harris and S. Gabriel-Hayes-Williams re: ████████; email correspondence re: same. | 1.000 | 600.00 | 600.00 |
| 01-13-2017 | Priya Chaudhry | emails and research | 0.750 | 750.00 | 562.50 |
| 01-14-2017 | Priya Chaudhry | review SEC filing; email with team | 0.500 | 750.00 | 375.00 |
| 01-14-2017 | Reid Skibell | Review (absurd) filing by SEC re: fees and email correspondence re: same; | 1.300 | 600.00 | 780.00 |
| 01-14-2017 | Jonathan Harris | review SEC motion re fees; emails | 0.750 | 750.00 | 562.50 |
| 01-14-2017 | Gabriel Hayes-Williams | Meeting w/ J. Sato | 2.000 | 375.00 | 750.00 |
| 01-15-2017 | Jonathan Harris | emails | 0.250 | 750.00 | 187.50 |
| 01-17-2017 | Jonathan Harris | emails; discovery; experts | 0.750 | 750.00 | 562.50 |
| 01-17-2017 | Priya Chaudhry | internal meeting re: motions; review filing by IA | 0.500 | 750.00 | 375.00 |
| 01-17-2017 | Gabriel Hayes-Williams | Telephone call w/ J. Sato; email w/ SEC; draft further edits to SEC 30(b)(6), email w/ J. Harris and D. Deitch re same | 1.500 | 375.00 | 562.50 |
| 01-17-2017 | Josh Sato | Began compiling binders of documents relevant to transactions at issue. | 7.400 | 300.00 | 2,220.00 |
| 01-18-2017 | Josh Sato | Finished compiling binder for Company A, began work on binder for Company B. | 8.000 | 300.00 | 2,400.00 |
| 01-18-2017 | Gabriel Hayes-Williams | Draft amended subpoena attachment, email w/ D. Deitch and J. Harris re same; telephone call w/ D. Zweighaft; email J. Harris; email and t/c w/ J. Sato, database work and discovery review supervision; email w/ Carl Ferrero re BMW agreement | 3.000 | 375.00 | 1,125.00 |
| 01-18-2017 | Priya Chaudhry | review IA filings; email with team | 0.750 | 750.00 | 562.50 |
| 01-18-2017 | David Deitch | Telephone conference with A. Baynham regarding request to SEC to stay discovery; emails regarding Oak 30(b)(6) subpoena. | 1.250 | 600.00 | 750.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01-18-2017 | Jonathan Harris | call w/P.Knag re motions; 30(b)(6) notices; researc5 | 1.500 | 750.00 | 1,125.00 |
| 01-19-2017 | Jonathan Harris | emails | 0.250 | 750.00 | 187.50 |
| 01-19-2017 | Reid Skibell | Review filings by I. Ahmed and email correspondence re: same; email correspondence re: ▮▮▮▮▮ | 0.500 | 600.00 | 300.00 |
| 01-19-2017 | Gabriel Hayes-Williams | Review additional deposition transcripts from D. Johnson; email; initial review of draft report | 2.250 | 375.00 | 843.75 |
| 01-19-2017 | Josh Sato | Compiled binder and coded documents relevant to Company B transaction. | 8.000 | 300.00 | 2,400.00 |
| 01-20-2017 | Gabriel Hayes-Williams | Update call w/ J. Harris; email local counsel | 0.750 | 375.00 | 281.25 |
| 01-20-2017 | Josh Sato | Worked on coding files and compiling binder for Company D. | 8.000 | 300.00 | 2,400.00 |
| 01-20-2017 | Jonathan Harris | call w/Shalini re deposition; call w/GHW re research and discovery; prepare for deposition; discovery re Oak | 2.250 | 750.00 | 1,687.50 |
| 01-20-2017 | Priya Chaudhry | review filings; email with oak | 0.500 | 750.00 | 375.00 |
| 01-21-2017 | Jonathan Harris | prepare for trip to Denver; review transcripts and documents | 1.500 | 750.00 | 1,125.00 |
| 01-22-2017 | Jonathan Harris | travel to Denver (worked during travel - reviewed testimony, research, documents) | 6.000 | 750.00 | 4,500.00 |
| 01-23-2017 | Priya Chaudhry | review IA filings; review emails re Oak; internal meeting | 1.500 | 750.00 | 1,125.00 |
| 01-23-2017 | Jonathan Harris | prepare for Shalini Ahmed deposition; defend DIYA Real 30(b)(6) deposition; defend DIYA Real Holdings 30(b)(6) deposition; defend Shalini Ahmed deposition | 11.000 | 750.00 | 8,250.00 |
| 01-23-2017 | Reid Skibell | Email correspondence re: Kokesh case. | 0.500 | 600.00 | 300.00 |
| 01-23-2017 | Josh Sato | Completed making binder for Company D, began work on binder for Company E. | 8.000 | 300.00 | 2,400.00 |
| 01-23-2017 | David Deitch | Review notices for 30(b)(6) depositions of Oak and SEC; telephone conference with G. Hayes-Williams regarding same; email counsel for Oak regarding scheduling of deposition. | 0.750 | 600.00 | 450.00 |
| 01-23-2017 | Gabriel Hayes-Williams | Review/analyze transaction documents; discuss transaction binder w/ J. Sato; email w/ valuation expert; review court filings; ▮▮▮▮▮ telephone call w/ I. Ahmed; telephone call w/ D. Deitch; legal research and emails w/ D. Deitch and J. Harris re ▮▮▮▮▮ email SEC re same; draft consent motion re apartment insurance; telephone call w/ expert; review transaction binder; email SEC re life insurance release order | 8.750 | 375.00 | 3,281.25 |
| 01-24-2017 | Gabriel Hayes-Williams | Attention to binders; begin drafting reply brief; review draft expert reports; draft revision to amended subpoena; telephone call w/ local counsel; disc. w/ PC re ▮▮▮ attention to vehicle title issues; review research memo; email w/ SEC | 7.250 | 375.00 | 2,718.75 |
| 01-24-2017 | Josh Sato | Completed binders for Companies E and F. | 8.000 | 300.00 | 2,400.00 |
| 01-24-2017 | David Deitch | Various emails regarding pending discovery issues; review research memorandum ▮▮▮▮▮ | 0.750 | 600.00 | 450.00 |
| 01-24-2017 | Priya Chaudhry | review memo; review order and filings; research; internal meeting; emails re strategy | 2.250 | 750.00 | 1,687.50 |
| 01-24-2017 | Jonathan Harris | travel back to NY; legal issues for summary judgment, defenses, emails; experts; Oak subpoena | 6.500 | 750.00 | 4,875.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01-25-2017 | Priya Chaudhry | review emails; edit doc | 1.500 | 750.00 | 1,125.00 |
| 01-25-2017 | Jonathan Harris | experts; application for stay; response to SEC objection re fees; pre-conference status report to court; research re ▮ | 3.750 | 750.00 | 2,812.50 |
| 01-25-2017 | Josh Sato | Completed binder for ▮ and reviewed ▮ | 8.000 | 300.00 | 2,400.00 |
| 01-25-2017 | Gabriel Hayes-Williams | Review valuation report; discussion w/ J. Sato re binders; draft reply re attorney fees; call w/ D. Zweighaft; ▮; strategy meeting w/ J. Harris; email w/ local counsel; revise third party subpoena; draft edits to consent motion and order re apartments; edits to attorney fee reply brief | 8.500 | 375.00 | 3,187.50 |
| 01-25-2017 | David Deitch | Various emails relating to Oak subpoena and date for deposition. | 0.500 | 600.00 | 300.00 |
| 01-26-2017 | Gabriel Hayes-Williams | Work on reply brief, disc. w/ R. Skibell re same; work w/ P. Chaudhry and J. Harris re additional elements; review expert report; telephone conf. w/ expert; email w/ SEC; investigation re Defendant's life insurance policy status | 6.750 | 375.00 | 2,531.25 |
| 01-26-2017 | Josh Sato | Began work on ▮ | 8.000 | 300.00 | 2,400.00 |
| 01-26-2017 | Jonathan Harris | expert reports; response to SEC objection to fees; status report for court | 3.750 | 750.00 | 2,812.50 |
| 01-26-2017 | Priya Chaudhry | review and edit motion; internal meeting | 1.500 | 750.00 | 1,125.00 |
| 01-26-2017 | Priya Chaudhry | review IA filing | 0.250 | 750.00 | 187.50 |
| 01-26-2017 | Reid Skibell | Email correspondence re: brief and case strategy; conference with S. Gabriel Hayes-Williams re: same; review filings by I. Ahmed. | 0.500 | 600.00 | 300.00 |
| 01-27-2017 | Megan Dubatowka | Revise relief defendant's reply to plaintiff's objection to release of funds | 1.500 | 375.00 | 562.50 |
| 01-27-2017 | David Deitch | Review SEC email relating to Oak deposition; email counsel to Oak relating to same; telephone conference with N. Heinke regarding various discovery issues. | 0.750 | 600.00 | 450.00 |
| 01-27-2017 | Priya Chaudhry | review emails | 0.250 | 750.00 | 187.50 |
| 01-27-2017 | Jonathan Harris | joint status report and motion; reply re SEC's opposition to fees; expert reports; emails; review documents | 5.250 | 750.00 | 3,937.50 |
| 01-27-2017 | Josh Sato | Continued work on ▮ | 8.000 | 300.00 | 2,400.00 |
| 01-27-2017 | Gabriel Hayes-Williams | Review claims, draft edits to pre-filing conference motion and status report; review edits to expert report; conference calls w/ local counsel; telephone call w/ expert; further edits to attorney fee reply; attention to filings, email w/ team; circulate draft status report; attention to living expense administration; attention to scheduling expert deposition w/ SEC | 8.500 | 375.00 | 3,187.50 |
| 01-28-2017 | Jonathan Harris | emails; expert reports; joint status report to court; strategy for SJ motion | 2.750 | 750.00 | 2,062.50 |
| 01-29-2017 | Jonathan Harris | review Oak docs; emails re court conference | 1.000 | 750.00 | 750.00 |
| 01-29-2017 | Gabriel Hayes-Williams | Legal research ▮ | 2.500 | 375.00 | 937.50 |
| 01-30-2017 | Gabriel Hayes-Williams | Review valuation report and prepare for notes for call with valuation expert; review materials for argument; telephone conference w/ S. Ahmed; review revisions to expert reports; draft edit to joint status report re additional motions and anticipated motions | 8.500 | 375.00 | 3,187.50 |
| 01-30-2017 | Josh Sato | Continued work on ▮ | 4.000 | 300.00 | 1,200.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01-30-2017 | Jonathan Harris | Zwieghaft and O'Neal expert reports; review Iftikar Ahmed motion for stay; calls; emails re motions | 5.750 | 750.00 | 4,312.50 |
| 01-30-2017 | Priya Chaudhry | review filings; internal meeting | 1.000 | 750.00 | 750.00 |
| 01-30-2017 | David Deitch | Emails with N. Heinke and D. Momborquette regarding Oak deposition. | 0.250 | 600.00 | 150.00 |
| 01-30-2017 | Reid Skibell | Review filing by I. Ahmed. | 0.250 | 600.00 | 150.00 |
| 01-31-2017 | David Deitch | Review expert reports; emails and telephone conference with J. Harris regarding same; | 0.500 | 600.00 | 300.00 |
| 01-31-2017 | Priya Chaudhry | review docs; internal meeting; review filings | 1.250 | 750.00 | 937.50 |
| 01-31-2017 | Jonathan Harris | call w/E. O'Neal; O'Neal expert report; Zwieghaft expert report; emails; review SEC comments to joint letter; call w/Kristen re court conference | 8.250 | 750.00 | 6,187.50 |
| 01-31-2017 | Josh Sato | Continued work on ▮▮▮▮▮ | 1.800 | 300.00 | 540.00 |
| 01-31-2017 | Gabriel Hayes-Williams | Telephone call w/ valuation expert; meeting w/ tracing expert; review/discuss reports; draft edits to joint status report; conference call w/ local counsel re status conference; prepare for conference; email/telephone w/ S. Ahmed and review reports w/ same; email w/ SEC; file declaration re employment | 11.500 | 375.00 | 4,312.50 |
|  |  |  |  | **Total Fees** | 174,603.75 |

## Time Summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| David Deitch | 7.750 | 600.00 | 4,650.00 |
| Erin Fitzgerald | 5.000 | 195.00 | 975.00 |
| Gabriel Hayes-Williams | 139.500 | 375.00 | 52,312.50 |
| Jonathan Harris | 97.500 | 750.00 | 73,125.00 |
| Josh Sato | 77.200 | 300.00 | 23,160.00 |
| Megan Dubatowka | 1.750 | 375.00 | 656.25 |
| Priya Chaudhry | 20.500 | 750.00 | 15,375.00 |
| Reid Skibell | 7.250 | 600.00 | 4,350.00 |
|  |  | **Total Fees** | 174,603.75 |

## Expenses

| Date | Description | Amount |
|---|---|---|
| 10-26-2016 | Day & Meyer, Murray & Young Corp.- Warehouse labor for 10/3 removal of property | 70.77 |
| 12-07-2016 | Seamless Ruchi | 80.51 |
| 12-12-2016 | Skinny Pizza | 22.32 |
| 01-06-2017 | Seamless | 37.38 |
| 01-08-2017 | Delta Airlines | 49.00 |
| 01-08-2017 | Delta Airlines | 49.00 |
| 01-08-2017 | Gogoair- WiFi service | 16.00 |
| 01-08-2017 | Orbitz | 4.00 |
| 01-08-2017 | Delta Airlines | 336.20 |
| 01-09-2017 | Delta Airlines | 123.20 |
| 01-09-2017 | Delta Airlines | 158.20 |
| 01-09-2017 | 12/9 PMK Johnson Total Transcripts | 1,557.54 |
| 01-09-2017 | Pacer | 57.70 |
| 01-11-2017 | Seamless | 52.34 |
| 01-16-2017 | 1/11 Fed Ex | 14.21 |

| Date | Description | Amount |
|---|---|---|
| 01-18-2017 | 12/2 PMK Johnson Diya Holdings LLC & 12/2 PMK Johnson Diya Real Holdings LLC Transcript Costs | 730.30 |
| 01-18-2017 | Securities Litigation & Consulting Group Retainer | 15,000.00 |
| 01-23-2017 | Angelos Taverna and CA | 13.80 |
| 01-23-2017 | DIA Parking | 3.00 |
| 01-23-2017 | Dial 7 Car Service | 67.54 |
| 01-23-2017 | Gogoair- WiFi service | 16.00 |
| 01-24-2017 | Guard and Grace | 72.23 |
| 01-24-2017 | Tag | 61.08 |
| 01-24-2017 | The Cooper Lounge | 41.25 |
| 01-25-2017 | 652 Flight Terminal A | 5.58 |
| 01-25-2017 | Del Castilim | 75.18 |
| 01-25-2017 | Summit Cafe | 3.33 |
| 01-25-2017 | Summit Cafe | 18.72 |
| 01-26-2017 | Hyatt Hotels Denver | 524.10 |
| 01-31-2017 | Thomson Reuters- West Law | 300.00 |
| | **Total Expenses** | 19,560.48 |

| | |
|---|---|
| **Sub-Total for this Invoice** | 194,164.23 |
| **Adjustment for Securities Litigation & Consulting Group expense** | (15,000.00) |
| **Total for this Invoice** | 179,164.23 |
| **Total Balance Due for Client** | 1,102,622.30 |

# Client Statement of Account

As Of 02-24-2017

| Matter | Invoices / Credits | Trust | Balance Due |
|---|---:|---:|---:|
| PC09046-001 SEC v Ahmed | 1,094,859.80 | | 1,094,859.80 |
| PC09046-002 US v Ahmed | 7,762.50 | | 7,762.50 |
| | **Total Balance Due for Client** | | **1,102,622.30** |

## PC09046-001 SEC v Ahmed
### Open Invoices and Credits

| Date | Transaction | Amount | Applied | Balance |
|---|---|---:|---:|---:|
| 10-16-2015 | Invoice 2470 | 462,102.47 | (305,310.41) | 156,792.06 |
| 11-16-2015 | Invoice 2656 | 94,680.86 | | 94,680.86 |
| 01-12-2016 | Invoice 2963 | 88,845.00 | | 88,845.00 |
| 06-10-2016 | Invoice 4119 | 119,817.50 | | 119,817.50 |
| 08-24-2016 | Invoice 4509 | 86,537.17 | | 86,537.17 |
| 10-05-2016 | Invoice 4827 | 61,072.78 | | 61,072.78 |
| 11-07-2016 | Invoice 5022 | 89,674.32 | | 89,674.32 |
| 12-06-2016 | Invoice 5319 | 94,243.07 | | 94,243.07 |
| 01-11-2017 | Invoice 5544 | 124,032.81 | | 124,032.81 |
| 02-24-2017 | Invoice 5689 | 179,164.23 | | 179,164.23 |
| | | | **Balance** | **1,094,859.80** |

## PC09046-002 US v Ahmed
### Open Invoices and Credits

| Date | Transaction | Amount | Applied | Balance |
|---|---|---:|---:|---:|
| 06-10-2016 | Invoice 4125 | 91,674.72 | (83,574.72) | 8,100.00 |
| 09-28-2016 | Credit Memo | (8,100.00) | | (8,100.00) |
| 10-18-2016 | Invoice 4962 | 13,837.50 | (8,100.00) | 5,737.50 |
| 11-07-2016 | Invoice 5023 | 1,518.75 | | 1,518.75 |
| 12-06-2016 | Invoice 5320 | 506.25 | | 506.25 |
| | | | **Balance** | **7,762.50** |

**Harris, St. Laurent & Chaudhry LLP**
40 Wall St. 53rd floor
New York, NY 10005
646-571-0664

04-12-2017

PC09046 Shalini Ahmed

**Invoice Number: 6186**
Invoice Period: 02-01-2017 - 03-31-2017

**RE: PC09046-001 SEC v Ahmed (1085-101)**

## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02-01-2017 | Jonathan Harris | research and analysis re ▇▇▇▇▇ preparation for court conference | 1.750 | 750.00 | 1,312.50 |
| 02-01-2017 | Priya Chaudhry | review docs and filings | 1.000 | 750.00 | 750.00 |
| 02-01-2017 | Gabriel Hayes-Williams | Conf. w/ J. Sato re research; prepare for conference; transaction analysis; email w/ local counsel; court conference-related travel (1.5); review transcript of S. Ahmed deposition; email w/ SEC re expert reports | 8.750 | 375.00 | 3,281.25 |
| 02-01-2017 | Josh Sato | Research on ▇▇▇▇ continued work on ▇▇▇▇ | 8.000 | 300.00 | 2,400.00 |
| 02-02-2017 | Josh Sato | Completed research on ▇▇▇▇▇▇▇▇. | 8.000 | 300.00 | 2,400.00 |
| 02-02-2017 | Gabriel Hayes-Williams | Prepare for and appear at status conference w/ K. Zhaeringer; meeting w/ SEC re privilege issues; meeting w/ local counsel, notes on conference; court conference-related travel (1.5); discuss same w/ P. Chaudhry/J. Harris; discuss research w/ J. Sato; email w/ expert; email SEC re apartments; attention to case management | 9.750 | 375.00 | 3,656.25 |
| 02-02-2017 | Priya Chaudhry | review docs; email | 1.500 | 750.00 | 1,125.00 |
| 02-02-2017 | Reid Skibell | Conference re: case strategy with J. Harris; conference with J. Harris, P. Chaudhry, and S. Gabriel Hayes-Williams re: court conference. | 0.500 | 600.00 | 300.00 |
| 02-02-2017 | Jonathan Harris | emails; ▇▇▇▇▇▇▇; confer w/ GHW re conference; discuss motions to file re modification of stay and summary judgment | 1.500 | 750.00 | 1,125.00 |
| 02-03-2017 | Jonathan Harris | work on SJ motion; confer w/JS re ▇▇▇▇▇; meet w/GHW re motion for release of funds at Fidelity and release of gold; confer w/GHW re motion to modify injunction; review outline | 2.500 | 750.00 | 1,875.00 |
| 02-03-2017 | Priya Chaudhry | review filings; internal meeting | 1.500 | 750.00 | 1,125.00 |
| 02-03-2017 | Gabriel Hayes-Williams | Email w/ J. Harris/P. Chaudhry; email w/ S. Ahmed; attention to Denver deposition expense motion; call w/ S. Ahmed; review research memo draft, conf. w/ J. Harris and J. Sato re same; work on motion outline and draft, conf. w/ J. | 8.250 | 375.00 | 3,093.75 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Harris re same; attention to other case related email | | | |
| 02-03-2017 | Josh Sato | Drafted memo ▮▮▮▮▮▮; began drafting summary judgment motion for ▮▮▮ | 5.250 | 300.00 | 1,575.00 |
| 02-05-2017 | Jonathan Harris | research re ▮▮▮▮▮ defenses; strategy | 2.250 | 750.00 | 1,687.50 |
| 02-06-2017 | Priya Chaudhry | review emails and filings; talk with JH | 1.250 | 750.00 | 937.50 |
| 02-06-2017 | Reid Skibell | Email correspondence with J. Harris and J. Saito re: ▮▮▮; review research. | 0.750 | 600.00 | 450.00 |
| 02-06-2017 | David Deitch | Various emails regarding ▮▮▮ | 0.750 | 600.00 | 450.00 |
| 02-06-2017 | Cynthia Joo | scan and OCR bank statements for GHW | 1.000 | 125.00 | 125.00 |
| 02-06-2017 | Gabriel Hayes-Williams | Email S. Ahmed; complete draft of fidelity motion; review email; review additional case law; telephone call w/ S. Ahmed; review filings; attention to case strategy and scheduling | 7.500 | 375.00 | 2,812.50 |
| 02-06-2017 | Josh Sato | Researched how different circuit courts' standards ▮▮▮; drafted summary judgment motion. | 7.750 | 300.00 | 2,325.00 |
| 02-07-2017 | Josh Sato | Continued drafting summary judgment motion; worked on ▮▮▮. | 8.000 | 300.00 | 2,400.00 |
| 02-07-2017 | David Deitch | Email regarding Oak objections to deposition notice. | 0.250 | 600.00 | 150.00 |
| 02-07-2017 | Gabriel Hayes-Williams | Attention to case management; review draft motion w/ J. Harris; further edits and re-writes to same; review endorsement order; disc. w/ J. Sato re summary judgment; draft revisions to motion | 6.250 | 375.00 | 2,343.75 |
| 02-07-2017 | Gabriel Hayes-Williams | Further edits to motion, email JH re same | 1.500 | 375.00 | 562.50 |
| 02-07-2017 | Priya Chaudhry | email; review filings; review internal lit plan | 1.250 | 750.00 | 937.50 |
| 02-07-2017 | Jonathan Harris | work on motions with GHW; work on to do list and case strategy | 2.250 | 750.00 | 1,687.50 |
| 02-08-2017 | Priya Chaudhry | review emails and filings | 0.500 | 750.00 | 375.00 |
| 02-08-2017 | Jonathan Harris | analyis of domestic securities requirement; motion to modify injunction; prep for expert deposition; review motion papers filed by SEC | 3.750 | 750.00 | 2,812.50 |
| 02-08-2017 | Gabriel Hayes-Williams | Review law re ▮▮▮; email w/ SEC re same and other outstanding issues; complete calculations and draft on motion to release costs; meeting w/ JH and drafting edits to motion; edits to motion; complete motion for expenses and email w/ SEC re same; discussion w/ J. Sato re brief; review SEC motion for protective order; email local counsel re motion to release funds; file motion re common charges; email w/ SEC re same; telephone call w/ S. Ahmed | 8.500 | 375.00 | 3,187.50 |
| 02-08-2017 | David Deitch | Conference with J. Harris regarding Oak objections to deposition notice; email to counsel for Oak regarding same; conference with J. Harris regarding ▮▮▮. | 1.000 | 600.00 | 600.00 |
| 02-08-2017 | Megan Dubatowka | OC with GHW and JH re expert depositions | 0.250 | 375.00 | 93.75 |
| 02-08-2017 | Reid Skibell | Attention to email correspondence re: Oak, and email correspondence with D. Deitch re: same; | 0.500 | 600.00 | 300.00 |
| 02-08-2017 | Josh Sato | Completed drafting summary motion judgment; worked on ▮▮▮ | 8.000 | 300.00 | 2,400.00 |
| 02-09-2017 | Josh Sato | Worked on ▮▮▮ | 8.000 | 300.00 | 2,400.00 |
| 02-09-2017 | Gabriel Hayes-Williams | Prepare for deposition prep; meeting w/ expert; | 9.250 | 375.00 | 3,468.75 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | call w/ local counsel re motion; revisions to motion; re-write w/ J. Harris; outline opposition to protective order motion; work on opposition to motion to quash | | | |
| 02-09-2017 | Reid Skibell | Attention to email correspondence re: case status; review of filings by I. Ahmed. | 0.500 | 600.00 | 300.00 |
| 02-09-2017 | Priya Chaudhry | review IA filings | 1.750 | 750.00 | 1,312.50 |
| 02-09-2017 | Jonathan Harris | meet w/D.Zweighaft; call w/P.Knag and KZ; work on motion to modify freeze and SJ issues | 4.750 | 750.00 | 3,562.50 |
| 02-10-2017 | Andrew St. Laurent | With JH re: SEC appeal on the injunction. | 0.250 | 625.00 | 156.25 |
| 02-10-2017 | Jonathan Harris | motion to compel SEC 30(b)(6) deposition; motion for release of rental proceeds and gold; scheduling; call w/ PK and KZ; engaged re ▇▇▇▇▇▇ strategy | 4.250 | 750.00 | 3,187.50 |
| 02-10-2017 | David Deitch | Emails regarding scheduling of deposition of SEC. | 0.500 | 600.00 | 300.00 |
| 02-10-2017 | Gabriel Hayes-Williams | Attention to opposition to motion to quash; conference call w/ local counsel; work on revisions to motion; prepare exhibits and revert; strategy call w/ D. Deitch, J. Harris; review email; review SEC opposition filings re relief defendants' travel; case strategy; finalize exhibits with redactions and file motion to modify | 8.750 | 375.00 | 3,281.25 |
| 02-10-2017 | Josh Sato | Worked on ▇▇▇▇▇▇▇▇▇▇▇▇ | 5.750 | 300.00 | 1,725.00 |
| 02-11-2017 | Gabriel Hayes-Williams | Research and outline opposition brief to motion for protective order; draft portions | 6.500 | 375.00 | 2,437.50 |
| 02-11-2017 | Jonathan Harris | 30(b)(6) motion and issues re domestic securities transactions; review motions filed by Iftikar Ahmed; case strategy | 2.250 | 750.00 | 1,687.50 |
| 02-12-2017 | Jonathan Harris | work on Rule 30(b)(6) motion; issues re Zweighaft deposition; call w/DD; emails re 30(b)(6) motion; case strategy | 3.250 | 750.00 | 2,437.50 |
| 02-12-2017 | Reid Skibell | Email correspondence re: opposition to motion for protective order; review same; review I. Ahmed filings; email correspondence re: SEC request for tax returns. | 1.000 | 600.00 | 600.00 |
| 02-12-2017 | David Deitch | Draft opposition to SEC motion for protective order. | 4.000 | 600.00 | 2,400.00 |
| 02-12-2017 | Gabriel Hayes-Williams | Telephone call w/ D. Deitch; review various emails; review and analyze documents; draft portion of brief | 4.500 | 375.00 | 1,687.50 |
| 02-13-2017 | Gabriel Hayes-Williams | Draft edits to brief and additional case law research, review same w/ J. Sato; email S. Ahmed re deposition; review transaction files; email Defendant and counsel; prepare binder set for deposition; additional email | 7.750 | 375.00 | 2,906.25 |
| 02-13-2017 | Josh Sato | Gathered ▇▇▇▇▇▇▇▇▇▇, continued document review and work on ▇▇▇▇▇▇ | 8.000 | 300.00 | 2,400.00 |
| 02-13-2017 | David Deitch | Emails with SEC counsel regarding Rule 30(b)(6) deposition of SEC. | 0.500 | 600.00 | 300.00 |
| 02-13-2017 | David Deitch | Revision and review of drafts of opposition to SEC motion for protective order. | 1.750 | 600.00 | 1,050.00 |
| 02-13-2017 | Reid Skibell | Review email correspondence and papers submitted by I. Ahmed; conference with P. Chaudhry and S. Gabriel Hayes-Williams re: same. | 0.750 | 600.00 | 450.00 |
| 02-13-2017 | Priya Chaudhry | review emails; internal meeting | 0.500 | 750.00 | 375.00 |
| 02-13-2017 | Jonathan Harris | 30(b)(6) motion, calls w/DD; scheduling; confer w/GHW re Zweighaft deposition | 1.250 | 750.00 | 937.50 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02-14-2017 | Jonathan Harris | Zwieghaft deposition; rule 30(b)(6) motion; omnibus motion re freeze; analysis of 12 transactions | 8.500 | 750.00 | 6,375.00 |
| 02-14-2017 | Josh Sato | Gathered important documents in Dropbox folder and updated chart of ███████████ ███████, continued document review and work on ███████████ | 8.000 | 300.00 | 2,400.00 |
| 02-14-2017 | Gabriel Hayes-Williams | At expert deposition; discussions w/ SEC counsel, discussions w/ J.Harris re same; discuss ███████████ w/ J. Sato; draft update email to S. Ahmed and review client communication | 8.250 | 375.00 | 3,093.75 |
| 02-15-2017 | Gabriel Hayes-Williams | Review materials, telephone call w/ S. Ahmed; email w/ SEC; email w/ Arroway attorney re BMW; Work on draft of omnibus motion to release assets, review documents in support of same; email w/ local counsel; finalize and file response/reply to motion for protective order. | 8.000 | 375.00 | 3,000.00 |
| 02-15-2017 | Josh Sato | Continued document review and work on ███████████ updated coding for hot documents. | 8.000 | 300.00 | 2,400.00 |
| 02-15-2017 | Jonathan Harris | work on omnibus motion; confer w/GHW re various alleged transactions | 1.500 | 750.00 | 1,125.00 |
| 02-15-2017 | Priya Chaudhry | internal meetings; email with client; talk with client | 1.750 | 750.00 | 1,312.50 |
| 02-15-2017 | Reid Skibell | Review email correspondence re: tax questions, and conference with S. Gabriel-Hayes Williams re: same. | 0.500 | 600.00 | 300.00 |
| 02-16-2017 | Priya Chaudhry | emails and internal meeting; organize files | 0.750 | 750.00 | 562.50 |
| 02-16-2017 | Jonathan Harris | Oak deposition issues; motion to modify freeze; issues re unpaid taxes | 1.750 | 750.00 | 1,312.50 |
| 02-16-2017 | David Deitch | Emails and conferences regarding SEC deposition, Oak deposition, and motion to unfreeze assets. | 1.500 | 600.00 | 900.00 |
| 02-16-2017 | Gabriel Hayes-Williams | Attention to BMW sale; email w/ S. Ahmed w/ taxes, asset list analysis; email w/ SEC re expert report; email w/ local counsel; attention to drafting/outline; review further email w/ co-counsel re tax liability; complete outline of omnibus motion | 8.500 | 375.00 | 3,187.50 |
| 02-16-2017 | Josh Sato | Continued document review and work on ███████████ | 8.000 | 300.00 | 2,400.00 |
| 02-17-2017 | Josh Sato | Completed document review ███████████ worked on compiling ███████████ | 6.750 | 300.00 | 2,025.00 |
| 02-17-2017 | Gabriel Hayes-Williams | Telephone call w/ SEC; draft subpoena to Oak; continue research on assets and complete draft motion to release; email w/ D. Deitch re same; telephone call w/ local counsel | 8.250 | 375.00 | 3,093.75 |
| 02-17-2017 | Priya Chaudhry | review emails and filings | 1.000 | 750.00 | 750.00 |
| 02-17-2017 | Jonathan Harris | meet and confer call w/SEC re modification of asset freeze; motion to modify asset freeze; review ███████████ confer w/ DD re ███████████ | 1.750 | 750.00 | 1,312.50 |
| 02-18-2017 | Jonathan Harris | motion to unfreeze assets; analysis of legal defenses | 1.500 | 750.00 | 1,125.00 |
| 02-19-2017 | Jonathan Harris | emails re Ifty's deposition; papers filed by Ifty; Zwieghaft; strategy re Ifty's deposition | 1.000 | 750.00 | 750.00 |
| 02-19-2017 | David Deitch | Draft/revise motion to unfreeze assets. | 2.500 | 600.00 | 1,500.00 |
| 02-20-2017 | Gabriel Hayes-Williams | Telephone call w/ S. Ahmed, draft declaration in | 8.750 | 375.00 | 3,281.25 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | support; further drafting and edits to omnibus motion; review transaction binder; discussion w/ J. Sato re deposition prep; review tax documents; document review re company transactions; attention to matter strategy | | | |
| 02-20-2017 | David Deitch | Emails regarding motion to be filed to unfreeze assets. | 0.750 | 600.00 | 450.00 |
| 02-20-2017 | Priya Chaudhry | review emails and filings | 1.500 | 750.00 | 1,125.00 |
| 02-20-2017 | Josh Sato | Made Company C transaction binder, began reviewing documents and compiling relevant docs for Company B binder. | 8.000 | 300.00 | 2,400.00 |
| 02-21-2017 | Josh Sato | Reviewed files and compiled relevant documents for Company B binder. | 8.000 | 300.00 | 2,400.00 |
| 02-21-2017 | Priya Chaudhry | review emails and filings | 0.750 | 750.00 | 562.50 |
| 02-21-2017 | Jonathan Harris | emails; call w/GHW re motions; call w/DD re ███ ███ review Josh Sato work on SJ motion | 1.750 | 750.00 | 1,312.50 |
| 02-21-2017 | Gabriel Hayes-Williams | Telephone call w/ S. Ahmed; draft fee application and exhibits; revise same and email w/ local counsel re same; telephone call w/ J. Harris re omnibus motion; email w/ local counsel re same; additional document review | 7.750 | 375.00 | 2,906.25 |
| 02-22-2017 | Gabriel Hayes-Williams | Minor edits to declaration; meeting w/ J. Harris, discussions re ███████; meetings w/ J. Sato/E. Bolla; review transaction binders and flag additional hot docs | 7.500 | 375.00 | 2,812.50 |
| 02-22-2017 | David Deitch | Emails regarding summary judgment motion; telephone conference with J. Harris regarding same. | 0.500 | 600.00 | 300.00 |
| 02-22-2017 | Evan W. Bolla | Discuss project re: ███████ | 1.500 | 450.00 | 675.00 |
| 02-22-2017 | Jonathan Harris | work on ███████; confer w/ EWB; confer w/DD and GHW | 1.750 | 750.00 | 1,312.50 |
| 02-22-2017 | Reid Skibell | Attention to issues re: SJ briefing; telephone conference with J. Harris re: same. | 0.500 | 600.00 | 300.00 |
| 02-22-2017 | Josh Sato | Completed reviewing files and compilin███ | 8.000 | 300.00 | 2,400.00 |
| 02-23-2017 | Josh Sato | Continued summarizing informatio███ | 8.000 | 300.00 | 2,400.00 |
| 02-23-2017 | Reid Skibell | Review case filings and email correspondence with P. Chaudhry and D. Deitch re: same. | 0.250 | 600.00 | 150.00 |
| 02-23-2017 | Jonathan Harris | emails; review fee application for apt rental income | 0.500 | 750.00 | 375.00 |
| 02-23-2017 | Evan W. Bolla | Review material ███████. | 2.750 | 450.00 | 1,237.50 |
| 02-23-2017 | David Deitch | Review Oak motion to quash; legal research regarding same; preparation of proposed revised subpoena; email Oak counsel regarding same. | 4.250 | 600.00 | 2,550.00 |
| 02-23-2017 | Gabriel Hayes-Williams | Calls w/ D. Deitch, K. Zhaeringer; attention to emails w/ S. Ahmed; review Oak motion for protective order | 2.500 | 375.00 | 937.50 |
| 02-24-2017 | Gabriel Hayes-Williams | Attention to email w/ team and local counsel re obmibus motion; draft additional edits to motion and prepare exhibits; conf. w/ J. Harris re motion; review███████ | 6.250 | 375.00 | 2,343.75 |
| 02-24-2017 | David Deitch | Emails regarding motion to unfreeze assets. | 0.500 | 600.00 | 300.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02-24-2017 | Evan W. Bolla | Review cases and transactions. | 6.250 | 450.00 | 2,812.50 |
| 02-24-2017 | Jonathan Harris | Oak motion; summary judgment motion; confer w/EWB | 1.250 | 750.00 | 937.50 |
| 02-24-2017 | Reid Skibell | Telephone conference with D. Deitch re: 30b6 of Oak. | 0.250 | 600.00 | 150.00 |
| 02-24-2017 | Josh Sato | Completed summarizing █████████████ ████████████ | 4.250 | 300.00 | 1,275.00 |
| 02-26-2017 | Reid Skibell | Attention to email correspondence re: 30b6 of Oak. | 0.250 | 600.00 | 150.00 |
| 02-26-2017 | Jonathan Harris | emails re Oak; call w/DD; read papers filed by I. Ahmed | 0.750 | 750.00 | 562.50 |
| 02-26-2017 | David Deitch | Emails with D. Momborquette regarding Oak subpoena; telephone conference with J. Harris regarding same. | 1.500 | 600.00 | 900.00 |
| 02-26-2017 | Gabriel Hayes-Williams | Email; identify ███████████████ | 1.750 | 375.00 | 656.25 |
| 02-27-2017 | Gabriel Hayes-Williams | Review transactions and relevant agreements, prepare notes for I. Ahmed deposition | 4.250 | 375.00 | 1,593.75 |
| 02-27-2017 | David Deitch | Emails regarding Oak motion to quash. | 1.250 | 600.00 | 750.00 |
| 02-27-2017 | Evan W. Bolla | Continue working on transactions. | 2.000 | 450.00 | 900.00 |
| 02-27-2017 | Jonathan Harris | call w/DD re Oak; emails re conference and motions and depositions; email to Shalini Ahmed; | 1.000 | 750.00 | 750.00 |
| 02-27-2017 | Josh Sato | Created directory and binder of share transfer agreements; reworked binder formats for Companies B and E. | 8.000 | 300.00 | 2,400.00 |
| 02-28-2017 | Josh Sato | Annotated file names for key hot documents, hunted down missing hot docs and properly tagged them in Relativity. | 8.000 | 300.00 | 2,400.00 |
| 02-28-2017 | Jonathan Harris | motion opposing Oak subpoena; confer w/GHW re motion to modify freeze; confer w/EWB re summary judgment motion; review motions filed by I. Ahmed; review court ruling | 1.750 | 750.00 | 1,312.50 |
| 02-28-2017 | Evan W. Bolla | Continue review of █████████████ | 2.750 | 450.00 | 1,237.50 |
| 02-28-2017 | Gabriel Hayes-Williams | Review email from S. Ahmed and edits to motion; disc. w/ J. Harris re same; attention to deposition prep and preparing questions; deposition of Iftikar Ahmed, email w/ S. Ahmed | 7.500 | 375.00 | 2,812.50 |
| 02-28-2017 | David Deitch | Draft opposition to Oak motion to quash subpoena. | 5.500 | 600.00 | 3,300.00 |
| 03-01-2017 | Gabriel Hayes-Williams | Call with Shalini; Review opposition to Oak motion to quash; pull additional Ahmed docs; discussion w/ E. Bolla re transactions; Call w/ J. Harris and D. Deitch re motion | 5.250 | 375.00 | 1,968.75 |
| 03-01-2017 | Evan W. Bolla | Review and analysis of transactions. | 3.250 | 450.00 | 1,462.50 |
| 03-01-2017 | David Deitch | Revise opposition to Oak motion to quash. | 2.250 | 600.00 | 1,350.00 |
| 03-01-2017 | Jonathan Harris | confer w/GHW re I.Ahmed deposition; emails; engaged re SJ motion; engaged re Oak discovery | 1.000 | 750.00 | 750.00 |
| 03-01-2017 | Reid Skibell | Attention to email correspondence. | 0.250 | 600.00 | 150.00 |
| 03-01-2017 | Josh Sato | Created outline of SEC's allegations for each transaction. | 3.250 | 300.00 | 975.00 |
| 03-02-2017 | Jonathan Harris | call w/Shalini; call w/SEC re SJ motion, deposition, and motion re 250K from apt and gold; confer w/EWB re SJ motion | 1.750 | 750.00 | 1,312.50 |
| 03-02-2017 | Evan W. Bolla | Supplemental research and case review and analysis of transactions. | 5.500 | 450.00 | 2,475.00 |
| 03-02-2017 | Gabriel Hayes-Williams | Email w/ SEC re JPMC production; arrange for | 5.750 | 375.00 | 2,156.25 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | wire to Fidelity of BMW payment; call w/ SEC, D. Deitch and J. Harris; attention to outline of response; review opposition to motion; identify additional facts for opposition brief on Oak motion to quash, prepare exhibits for same | | | |
| 03-03-2017 | Gabriel Hayes-Williams | Legal research and notes on reply to SEC opposition; review transcript of status conference hearing; draft additional edits, review and file opposition brief on Oak motion to quash subpoena | 2.750 | 375.00 | 1,031.25 |
| 03-03-2017 | Evan W. Bolla | Continued review of transactions. | 5.000 | 450.00 | 2,250.00 |
| 03-03-2017 | David Deitch | Various telephone conferences and emails with SEC counsel regarding various matters including putting off SEC Rule 30(b)(6) deposition. | 2.000 | 600.00 | 1,200.00 |
| 03-03-2017 | Jonathan Harris | review and analysis ▓▓▓▓▓▓▓▓▓▓ call w/SEC re SEC 30(b)(6) deposition; analysis re ▓▓▓▓▓▓▓▓▓▓; confer w/DD re depositions | 3.500 | 750.00 | 2,625.00 |
| 03-03-2017 | Reid Skibell | Review Kokesh filing and email correspondence re: same. | 0.750 | 600.00 | 450.00 |
| 03-04-2017 | Jonathan Harris | research ▓▓▓▓▓▓▓▓▓▓ | 1.000 | 750.00 | 750.00 |
| 03-06-2017 | Jonathan Harris | confer w/GHW re motions; confer w/DD re Oak deposition; confer w/PC re case status and strategy | 1.250 | 750.00 | 937.50 |
| 03-06-2017 | Priya Chaudhry | meeting with JH | 0.500 | 750.00 | 375.00 |
| 03-06-2017 | Evan W. Bolla | Continue review of transactions and search for missing docs. | 4.250 | 450.00 | 1,912.50 |
| 03-06-2017 | Gabriel Hayes-Williams | Attention to first draft of reply memo re gold assets, rental proceeds; review Oak reply on motion to quash; locate additional transaction documents, discussions w/ E. Bolla re same | 5.000 | 375.00 | 1,875.00 |
| 03-06-2017 | Josh Sato | Searched for ▓▓▓▓▓▓▓▓▓▓ | 0.500 | 300.00 | 150.00 |
| 03-07-2017 | Gabriel Hayes-Williams | Email w/ SEC | 0.500 | 375.00 | 187.50 |
| 03-07-2017 | Evan W. Bolla | Continued review of transactions and law. | 1.250 | 450.00 | 562.50 |
| 03-08-2017 | Evan W. Bolla | Work on memo. | 5.000 | 450.00 | 2,250.00 |
| 03-08-2017 | Gabriel Hayes-Williams | File unopposed fee motion; email and telephone call w/ S. Ahmed; first draft of reply brief | 3.500 | 375.00 | 1,312.50 |
| 03-08-2017 | David Deitch | Emails regarding stay of Oak deposition. | 0.500 | 600.00 | 300.00 |
| 03-09-2017 | Gabriel Hayes-Williams | Draft reply brief; telephone calls w/ S. Ahmed; discussion/email w/ J. Harris & P. Chaudhry; telephone call w/ C. Ferraro re BMW personalty | 4.250 | 375.00 | 1,593.75 |
| 03-09-2017 | Evan W. Bolla | Continued work on memo. | 1.750 | 450.00 | 787.50 |
| 03-09-2017 | David Deitch | Telephone conference with J. Harris regarding status; emails regarding same. | 0.500 | 600.00 | 300.00 |
| 03-10-2017 | Evan W. Bolla | Continued work on memo. | 2.500 | 450.00 | 1,125.00 |
| 03-10-2017 | Gabriel Hayes-Williams | Draft reply brief; edits to reply brief and download and review supplemental production from Oak/SEC | 5.750 | 375.00 | 2,156.25 |
| 03-10-2017 | Jonathan Harris | confer re SJ motion; legal issues re SJ; confer w/ PC re case status and strategy | 1.500 | 750.00 | 1,125.00 |
| 03-11-2017 | Jonathan Harris | emails; review Judge Arterton's order on release of funds; strategy | 0.500 | 750.00 | 375.00 |
| 03-12-2017 | Jonathan Harris | strategy; emails; motion re gold bars and funds at fidelity | 0.500 | 750.00 | 375.00 |
| 03-12-2017 | David Deitch | Review and revise reply brief regarding rental | 1.500 | 600.00 | 900.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | proceeds and gold assets. | | | |
| 03-13-2017 | David Deitch | Emails and telephone conferences regarding motion concerning rental proceeds and gold assets; telephone conferences with SEC counsel and K. Zaehringer regarding sequencing of summary judgment motions. | 1.500 | 600.00 | 900.00 |
| 03-13-2017 | Gabriel Hayes-Williams | Edits to reply brief; draft and file notice of deposit of proceeds from liquidation; pull documents for BMW transaction and forward to SEC; file reply brief; email SEC re home/auto insurance; telephone call w/ SEC, D. Deitch; disc w/ J. Harris re SJ briefing; legal research | 4.500 | 375.00 | 1,687.50 |
| 03-13-2017 | Evan W. Bolla | Meet with GHW re: outstanding issues for research and continue review and work on memo. | 1.750 | 450.00 | 787.50 |
| 03-13-2017 | Jonathan Harris | motion re gold and 250K from rental income; SJ motion; confer w/GHW re status and strategy | 0.750 | 750.00 | 562.50 |
| 03-14-2017 | Jonathan Harris | emails and calls re SJ motion; case strategy | 0.500 | 750.00 | 375.00 |
| 03-15-2017 | Jonathan Harris | case organization; emails | 0.500 | 750.00 | 375.00 |
| 03-15-2017 | David Deitch | Emails regarding various pending issues with SEC. | 0.750 | 600.00 | 450.00 |
| 03-15-2017 | Gabriel Hayes-Williams | Draft update and BMW inventory email; forward recent filings; attention to correspondence with SEC | 0.500 | 375.00 | 187.50 |
| 03-16-2017 | David Deitch | Emails regarding pending motions for fees. | 0.500 | 600.00 | 300.00 |
| 03-16-2017 | Gabriel Hayes-Williams | Call w/ S. Ahmed re ████████████ ████████ email w/ SEC re clarification of scope of investment liquidation order; telephone call w/ M. Williams re same; emails w/ S. Ahmed ████████ draft consent motion and proposed order for agreed release of expense payments; email J. Harris re scheduling | 2.250 | 375.00 | 843.75 |
| 03-16-2017 | Evan W. Bolla | Work on memo. | 2.250 | 450.00 | 1,012.50 |
| 03-17-2017 | Gabriel Hayes-Williams | Meeting w/ J. Harris and E. Bolla re SJ motion research; attention to updating and filing motion for expenses; forward recent; legal research | 3.500 | 375.00 | 1,312.50 |
| 03-17-2017 | Jonathan Harris | confer w/GHW and EW re summary judgment motion; confer w/GHW re case organization for next week | 1.250 | 750.00 | 937.50 |
| 03-20-2017 | Gabriel Hayes-Williams | Email SEC re corrections to Zweighaft deposition transcript; legal research | 1.250 | 375.00 | 468.75 |
| 03-21-2017 | Gabriel Hayes-Williams | Review and revise consent motion/order re apartment common charges; email SEC re same | 0.500 | 375.00 | 187.50 |
| 03-22-2017 | Jonathan Harris | call w/P.Knag re summary judgment and other motions | 0.250 | 750.00 | 187.50 |
| 03-22-2017 | Reid Skibell | Email correspondence with J. Curran re: CFA. | 0.250 | 600.00 | 150.00 |
| 03-24-2017 | David Deitch | Telephone conference with E. Bolla regarding summary judgment motions. | 0.250 | 600.00 | 150.00 |
| 03-24-2017 | Gabriel Hayes-Williams | Legal research; draft consent motions, review email | 4.500 | 375.00 | 1,687.50 |
| 03-24-2017 | Evan W. Bolla | MSJ | 3.750 | 450.00 | 1,687.50 |
| 03-27-2017 | Evan W. Bolla | MSJ. | 3.500 | 450.00 | 1,575.00 |
| 03-27-2017 | Gabriel Hayes-Williams | Telephone call w/ S. Ahmed; email w/ local counsel re ████████████████████ | 1.250 | 375.00 | 468.75 |
| 03-27-2017 | Andrew St. Laurent | With EWB re: Summary Judgment motion. | 0.500 | 625.00 | 312.50 |
| 03-27-2017 | Jonathan Harris | review letter from Oak, motions filed by I. Ahmed; emails; strategy | 0.750 | 750.00 | 562.50 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03-28-2017 | Jonathan Harris | review motions; strategy; emails | 1.000 | 750.00 | 750.00 |
| 03-28-2017 | Priya Chaudhry | review emails | 0.750 | 750.00 | 562.50 |
| 03-28-2017 | Gabriel Hayes-Williams | Email w/ SEC and review draft motion, review drafts and confer w/ local counsel re same; attention to apartment repair issues, email w/ SEC re same | 2.250 | 375.00 | 843.75 |
| 03-28-2017 | David Deitch | Review proposed stipulation regarding scheduling; emails regarding same. | 0.500 | 600.00 | 300.00 |
| 03-29-2017 | Evan W. Bolla | MSJ. | 1.000 | 450.00 | 450.00 |
| 03-29-2017 | Jonathan Harris | confer w/EWB re SJ motion; confer w/GHW re case status and issues re apt | 0.750 | 750.00 | 562.50 |
| 03-30-2017 | Jonathan Harris | confer w/GHW; emails | 0.250 | 750.00 | 187.50 |
| 03-30-2017 | Reid Skibell | Email correspondence with S. Ahmed re: CFA investigation. | 0.500 | 600.00 | 300.00 |
| 03-30-2017 | Gabriel Hayes-Williams | Call w/ SEC; call w/ S. Ahmed; review emails; follow up call w/ SEC | 1.250 | 375.00 | 468.75 |
| 03-30-2017 | Josh Sato | Case research on ████ | 2.250 | 300.00 | 675.00 |
| 03-31-2017 | Gabriel Hayes-Williams | Call w/ S. Ahmed; meeting w/ J. Harris and E. Bolla re ████ review emails re home insurance; prepare draft consent motion | 2.000 | 375.00 | 750.00 |
| 03-31-2017 | Evan W. Bolla | Discuss motion and status. | 0.500 | 450.00 | 225.00 |
| 03-31-2017 | Reid Skibell | Conference with E. Bolla re: summary judgment. | 0.250 | 600.00 | 150.00 |
| 03-31-2017 | Priya Chaudhry | email with NG | 0.250 | 750.00 | 187.50 |
| 03-31-2017 | Jonathan Harris | read orders of the court; strategy re SJ; confer w/ EWB | 1.000 | 750.00 | 750.00 |
| | | | | **Total Fees** | 250,212.50 |

## Time Summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Andrew St. Laurent | 0.750 | 625.00 | 468.75 |
| Cynthia Joo | 1.000 | 125.00 | 125.00 |
| David Deitch | 37.250 | 600.00 | 22,350.00 |
| Evan W. Bolla | 56.500 | 450.00 | 25,425.00 |
| Gabriel Hayes-Williams | 223.000 | 375.00 | 83,625.00 |
| Jonathan Harris | 72.500 | 750.00 | 54,375.00 |
| Josh Sato | 155.750 | 300.00 | 46,725.00 |
| Megan Dubatowka | 0.250 | 375.00 | 93.75 |
| Priya Chaudhry | 16.500 | 750.00 | 12,375.00 |
| Reid Skibell | 7.750 | 600.00 | 4,650.00 |
| | | **Total Fees** | 250,212.50 |

## Expenses

| Date | Description | Amount |
|---|---|---|
| 02-01-2017 | Transcripts | 1,737.00 |
| 02-01-2017 | Morgan & Brother Manhattan Storage Compan | 846.64 |
| 02-01-2017 | 1/12/17 Fedex | 15.20 |
| 02-02-2017 | JPMorgan Chase Bank, N.A. National Subpoena Processing | 180.97 |
| 02-02-2017 | VDiscovery invoice# V91625 09/30/2016 | 68.92 |
| 02-03-2017 | DSZ Forensic Accounting & Consulting Svcs | 10,000.00 |
| 02-07-2017 | 1/24/17 Fed Ex | 60.42 |
| 02-07-2017 | 2.7 Securities Litigation & Consulting Group | 10,950.00 |
| 02-20-2017 | 2.20 Fed Ex | 8.66 |

| Date | Description | Amount |
|---|---|---:|
| 02-20-2017 | 2.14 Fed Ex | 12.00 |
| 02-22-2017 | 12/31/16 vdiscovery | 1,323.61 |
| 02-22-2017 | 1/31/17 vDiscovery | 871.86 |
| 02-22-2017 | copies of transcript | 85.10 |
| 02-28-2017 | Thomson Reuters- West Law | 300.00 |
| 03-01-2017 | 3.1 GHW Taxi | 23.76 |
| 03-03-2017 | 2.14 JAH Meals | 22.10 |
| 03-03-2017 | 2.14 JAH Meals | 5.72 |
| 03-03-2017 | 2.17 FedEx | 19.09 |
| 03-03-2017 | 2.1 GHW - Metro North | 35.00 |
| 03-03-2017 | 2.1 GHW - New Haven Hotel | 171.35 |
| 03-16-2017 | 2.28 Fed Ex | 8.00 |
| 03-17-2017 | 2.22 vdiscovery - Hosting | 711.82 |
| 03-31-2017 | HSC Expenses | 2,232.21 |
| | **Total Expenses** | 29,689.43 |
| | **Total for this Invoice** | 279,901.93 |
| | **Total Balance Due for Matter** | 1,284,178.24 |

# Matter Statement of Account

As Of 04-18-2017

| Matter | Invoices / Credits | Trust | Balance Due |
|---|---:|---:|---:|
| PC09046-001 SEC v Ahmed | 1,284,178.24 | | 1,284,178.24 |
| | **Total Balance Due for Matter** | | **1,284,178.24** |

## PC09046-001 SEC v Ahmed

### Transactions

| Date | Transaction | Applied | Invoice | Amount |
|---|---|---:|---:|---:|
| 02-24-2017 | Previous Balance | | | 1,073,909.80 |
| 03-15-2017 | Payment Received - Reference #6198137258 | | | (29,646.78) |
| 03-15-2017 | Payment Applied | 29,646.78 | 2470 | |
| 03-15-2017 | Payment Received - Reference #6198137257 | | | (39,125.17) |
| 03-15-2017 | Payment Applied | 39,125.17 | 2470 | |
| 03-30-2017 | Payment Received | | | (861.54) |
| 03-30-2017 | Payment Applied | 861.54 | 2470 | |
| 04-12-2017 | Invoice 6186 | | | 279,901.93 |
| 04-18-2017 | Credit Memo Applied- transfer from IOLA for expert fee expenses 20,950.00 | 20,950.00 | 6186 | |
| | | | **Balance** | **1,284,178.24** |

### Open Invoices and Credits

| Date | Transaction | Amount | Applied | Balance |
|---|---|---:|---:|---:|
| 10-16-2015 | Invoice 2470 | 462,102.47 | (374,943.90) | 87,158.57 |
| 11-16-2015 | Invoice 2656 | 94,680.86 | | 94,680.86 |
| 01-12-2016 | Invoice 2963 | 88,845.00 | | 88,845.00 |
| 06-10-2016 | Invoice 4119 | 119,817.50 | | 119,817.50 |
| 08-24-2016 | Invoice 4509 | 86,537.17 | | 86,537.17 |
| 10-05-2016 | Invoice 4827 | 61,072.78 | | 61,072.78 |
| 11-07-2016 | Invoice 5022 | 89,674.32 | | 89,674.32 |
| 12-06-2016 | Invoice 5319 | 94,243.07 | | 94,243.07 |
| 01-11-2017 | Invoice 5544 | 124,032.81 | | 124,032.81 |
| 02-24-2017 | Invoice 5689 | 179,164.23 | | 179,164.23 |
| 04-12-2017 | Invoice 6186 | 279,901.93 | (20,950.00) | 258,951.93 |
| | | | **Balance** | **1,284,178.24** |