# EXHIBIT 2

**Murtha Cullina LLP**
**Payment Remittance:** Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
**Phone** 860.240.6000 | **Fax** 860.240.6150 | www.murthalaw.com
**Federal ID:** 06-0686015

**Invoice Number: 538073**
February 28, 2017

VIA EMAIL: JON@SC-HARRIS.COM

Shalini Ahmed, et al.
c/o Harris, St. Laurent & Chaudhry LLP
Attn: Jonathan Harris, Esq.
40 Wall Street, 53rd Floor
New York, NY 10005

Client:   003944 .... Ahmed, Shalini, et al.
Matter:   003944-0001 .... adv. United States Securities and Exchange Commission

---

For **PROFESSIONAL SERVICES** through January 31, 2017          **$30,199.50**


For **DISBURSEMENTS**
   United Parcel Service                                            $11.38
                                    **Total Disbursements:**        **$11.38**


                            **Current Invoice Total:**       **$30,210.88**
                  Plus Previous Balance Outstanding:         $55,378.95
                            **BALANCE DUE:**                 **$85,589.83**

*Thank you for your business.*



<u>**Invoice Number: 538073**</u>
February 28, 2017

Client:   003944 .... Ahmed, Shalini, et al.
Matter:   003944-0001 .... adv. United States Securities and Exchange Commission

---

### Client Funds Account Summary

| | |
|---|---|
| **Previous Client Funds Balance:** | **$25,000.00** |
| New Client Funds Received: | $0.00 |
| Additional Client Funds Disbursed: | $0.00 |
| **Ending Client Funds Balance:** | **$25,000.00** |



Client:   003944 .... Ahmed, Shalini, et al.
Matter:   003944-0001 .... adv. United States Securities and Exchange Commission

| **Date** | **Timekeeper** | **Hours** | **Description** | **Amount** |
|---|---|---|---|---|
| 01/02/17 | Zaehringer | 0.1 | Reviewed defendant I. Ahmed's "emergency motion for clarification of defendant's non-fugitive status". | $38.50 |
| 01/03/17 | Zaehringer | 0.5 | Drafted email to J. Harris and G. Hayes-Williams regarding strategy ███████████████████ ██████████████████████ drafted response to sanctions motion; further emails with J. Harris regarding same. | $192.50 |
| 01/03/17 | Zaehringer | 0.2 | Reviewed Second Circuit Court's mandate as filed with District Court; reviewed District Court's order regarding deposition of I. Ahmed. | $77.00 |
| 01/03/17 | Zaehringer | 0.3 | Conference with P. E. Knag regarding strategy; drafted memorandum to file regarding same. | $115.50 |
| 01/03/17 | Zaehringer | 0.1 | Reviewed District Court's order modifying injunction and releasing funds to pay for common fees. | $38.50 |
| 01/03/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's "motion to compel on Company C". | $38.50 |
| 01/03/17 | Zaehringer | 0.1 | Reviewed District Court's order granting plaintiff's consent motion for extension of time to respond to Relief Defendants' attorneys' fee petition. | $38.50 |
| 01/03/17 | Zaehringer | 0.2 | Reviewed District Court's orders (several) granting joint motion for order and modifying omnibus order; conference with P. E. Knag regarding same; emails with J. Harris regarding same. | $77.00 |
| 01/03/17 | Zaehringer | 0.1 | Emails with G. Hayes-Williams regarding deposition of S. Ahmed. | $38.50 |
| 01/03/17 | Knag | 0.5 | Attention to filings. | $305.00 |
| 01/04/17 | Zaehringer | 0.3 | Reviewed email from Judge Arterton's Law Clerk J. Denker regarding plaintiff's response to Relief Defendants' motion for insurance funds; reviewed emails (several) from G. Hayes-Williams and J. Harris regarding meet-and-confer regarding plaintiff's Rule 30(b)(6) deposition. | $115.50 |

*Thank you for your business.*

Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



**Invoice Number: 538073**
February 28, 2017

Client:     003944 .... Ahmed, Shalini, et al.
Matter:    003944-0001 .... adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| 01/04/17 | Zaehringer | 0.3 | Reviewed email and cases from N. Heinke regarding meet-and-confer regarding Rule 30(b)(6) deposition of plaintiff; drafted email to J. Harris and G. Hayes-Williams regarding same. | $115.50 |
| 01/05/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's consent motion to liquidate and transfer all frozen assets to short duration U.S. Treasuries. | $38.50 |
| 01/05/17 | Zaehringer | 0.1 | Reviewed emails with N. Heinke (several) regarding deposition of S. Ahmed; email with J. Harris regarding same. | $38.50 |
| 01/05/17 | Zaehringer | 0.1 | Emails (several) with N. Heinke and J. Harris regarding Rule 30(b)(6) deposition of plaintiff. | $38.50 |
| 01/05/17 | Zaehringer | 1.0 | Reviewed litigation strategy memo from G. Hayes-Williams; conference with P. E. Knag regarding same; emails with J. Harris (several) regarding same. | $385.00 |
| 01/05/17 | Zaehringer | 1.0 | Prepared for call; conference call with J. Harris and G. Hayes-Williams regarding litigation strategy. | $385.00 |
| 01/05/17 | Zaehringer | 0.1 | Telephone call with P. E. Knag regarding strategy. | $38.50 |
| 01/05/17 | Knag | 0.5 | Attention to new assignments. | $305.00 |
| 01/06/17 | Zaehringer | 0.2 | Conference with M. A. Federico regarding assignments. | $77.00 |
| 01/06/17 | Zaehringer | 0.2 | Reviewed I. Ahmed's motion to compel Oak to produce all documents pertaining to Company H; reviewed I. Ahmed's "final notice" on District Court's order regarding his deposition. | $77.00 |
| 01/06/17 | Federico | 4.5 | Telephone conference with P. E. Knag regarding assignment; telephone conference with K. L. Zaehringer regarding case status; telephone conference with G. Hayes-Williams regarding document review and coding project; reviewed pleadings and court documents in preparation for same. | $1,732.50 |
| 01/06/17 | Knag | 0.5 | Work on new assignments; telephone calls. | $305.00 |

*Thank you for your business.*

Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



**Invoice Number: 538073**
February 28, 2017

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| 01/06/17 | Zaehringer | 0.1 | Reviewed District Court's ruling denying I. Ahmed's motion for reconsideration of its order on his fee motion. | $38.50 |
| 01/08/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's motion to compel Oak to produce all documents pertaining to Company D. | $38.50 |
| 01/09/17 | Zaehringer | 0.1 | Reviewed plaintiff's further response to Relief Defendants' emergency motion to modify asset freeze for release of funds to pay premium on life insurance policy covering I. Ahmed. | $38.50 |
| 01/09/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's motion to implead third-party Oak Management Corp. | $38.50 |
| 01/09/17 | Federico | 7.5 | Emails and telephone conferences with G. Hayes-Williams regarding review of discovery; reviewed and coded documents in Relativity. | $2,887.50 |
| 01/10/17 | Federico | 4.8 | Reviewed plaintiff's further response to Relief Defendants' emergency motion for release of funds to pay premium on life insurance policy covering I. Ahmed; continued reviewing and coding documents; reviewed District Court's ruling on I. Ahmed's consent motion to liquidate and transfer all frozen assets to short duration U.S. Treasuries; reviewed I. Ahmed's motion to compel Oak to produce all documents pertaining to Companies A and B; telephone conference with G. Hayes-Williams regarding I. Ahmed's motion to implead; follow-up email regarding same. | $1,848.00 |
| 01/10/17 | Zaehringer | 0.1 | Reviewed emails from G. Hayes-Williams (several) regarding I. Ahmed's motion to implead third-party. | $38.50 |
| 01/10/17 | Zaehringer | 0.2 | Reviewed District Court's order granting I. Ahmed's unopposed motion to liquidate and transfer all frozen assets to short duration U.S. Treasuries; reviewed District Court's calendar notice(s) (several) updating deadlines. | $77.00 |
| 01/10/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's motion to compel Oak to produce all documents pertaining to Companies A and B. | $38.50 |

*Thank you for your business.*

**Murtha Cullina LLP**
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



<u>**Invoice Number: 538073**</u>
February 28, 2017

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... adv. United States Securities and Exchange Commission

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|---|---|
| 01/10/17 | Zaehringer | 0.1 | Reviewed memo regarding document production issues. | $38.50 |
| 01/10/17 | Knag | 0.5 | Attention to filings. | $305.00 |
| 01/11/17 | Zaehringer | 0.2 | Reviewed emails from I. Ahmed (several) to the District Court, plaintiff, and counsel regarding "depositions of Oak" and other depositions. | $77.00 |
| 01/11/17 | Zaehringer | 0.2 | Emails (several) with J. Harris and M. Williams regarding conferences and issues regarding (i) S. Ahmed's deposition, (ii) plaintiff's deposition, and (iii) attorneys' fees. | $77.00 |
| 01/11/17 | Federico | 6.3 | Reviewed and coded documents in Relativity; reviewed additional pleadings. | $2,425.50 |
| 01/12/17 | Zaehringer | 0.2 | Reviewed plaintiff's brief in opposition to I. Ahmed's emergency motion for clarification on his non-fugitive status. | $77.00 |
| 01/12/17 | Zaehringer | 0.2 | Emails (several) with G. Hayes-Williams and D. Deitch regarding strategy in ██████████████ ███████████████████████████████ ██████████ | $77.00 |
| 01/13/17 | Zaehringer | 0.1 | Reviewed letter from Bank of America regarding release of funds per District Court's order. | $38.50 |
| 01/13/17 | Zaehringer | 0.2 | Reviewed notice of U.S. Supreme Court's having granted certiorari to resolve Circuit split on statute of limitations for SEC disgorgement actions; drafted email to J. Harris and P. E. Knag regarding same; reviewed email from J. Harris regarding same. | $77.00 |
| 01/13/17 | Zaehringer | 0.1 | Reviewed District Court's order regarding new scheduling deadlines; investigated same (entered in error). | $38.50 |
| 01/13/17 | Zaehringer | 0.1 | Reviewed email from G. Hayes-Williams regarding Relief Defendants' additional fee application. | $38.50 |

*Thank you for your business.*



Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015

**Invoice Number: 538073**
February 28, 2017

Client:    003944 .... Ahmed, Shalini, et al.
Matter:   003944-0001 .... adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| 01/13/17 | Zaehringer | 0.2 | Emails (several) with J. Harris and D. Deitch regarding request to SEC regarding U.S. Supreme Court's granting of certiorari on disgorgement issue. | $77.00 |
| 01/13/17 | Zaehringer | 0.2 | Conference with G. Hayes-Williams and J. Harris regarding Relief Defendants' reply to plaintiff's objection to Relief Defendants' motion regarding life insurance policy. | $77.00 |
| 01/13/17 | Federico | 2.3 | Reviewed plaintiff's memorandum in opposition to I. Ahmed's emergency motion for clarification on non-fugitive status; emails with G. Hayes-Williams and J. M. Caulfield regarding ███████████ ████████████ reviewed and coded documents. | $885.50 |
| 01/13/17 | Knag | 0.1 | Attention to new U.S. Supreme Court case. | $61.00 |
| 01/14/17 | Zaehringer | 0.4 | Reviewed plaintiff's objection to release of funds for certain of Relief Defendants' claimed attorneys' fees. | $154.00 |
| 01/14/17 | Knag | 0.3 | Reviewed new motion and email. | $183.00 |
| 01/17/17 | Zaehringer | 0.5 | Conference with M. A. Federico regarding document review and summary judgment research. | $192.50 |
| 01/17/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's motion to release funds to allow payment of local and county taxes on farm owned by Essell Farm LLC. | $38.50 |
| 01/17/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's motion for "humanitarian visit" to India from his children. | $38.50 |
| 01/17/17 | Zaehringer | 0.9 | Reviewed plaintiff's objection to release of funds for certain of Relief Defendants' claimed attorneys' fees; emails (several) with J. Harris, P. Chaudhry, R. Skibell, and G. Hayes-Williams regarding same. | $346.50 |
| 01/17/17 | Federico | 2.8 | Reviewed and coded documents from SEC production in preparation for preparing transaction binders by company; reviewed SEC's objection to release of funds; reviewed I. Ahmed's motion to allow payment of taxes on farm; reviewed I. Ahmed's motion to release funds regarding visit from children. | $1,078.00 |

*Thank you for your business.*



Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015

**Invoice Number: 538073**
February 28, 2017

Client:    003944 .... Ahmed, Shalini, et al.
Matter:   003944-0001 .... adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 01/17/17 | Zaehringer | 0.1 | Reviewed emails from N. Heinke (several) regarding depositions of I. Ahmed, S. Ahmed, their family members, and D. Johnson; reviewed email from J. Harris regarding discovery stay in view of U.S. Supreme Court's granting certiorari. | $38.50 |
| 01/17/17 | Knag | 0.5 | Attention to new filings. | $305.00 |
| 01/18/17 | Zaehringer | 0.2 | Emails (several) with G. Hayes-Williams and M. A. Federico regarding strategy and document review. | $77.00 |
| 01/18/17 | Zaehringer | 0.1 | Reviewed emails (several) from N. Heinke and J. Harris regarding discovery stay. | $38.50 |
| 01/18/17 | Federico | 2.7 | Continued reviewing and coding documents from SEC production; emails with G. Hayes-Williams regarding legal research on ███████████; drafted coding memo to J. Sato to assist with document review; email to J. Sato regarding same. | $1,039.50 |
| 01/20/17 | Zaehringer | 0.1 | Conference with P. E. Knag regarding strategy. | $38.50 |
| 01/20/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's reply to plaintiff's further response to Relief Defendants' emergency motion to modify asset freeze for release of funds to pay premium on life insurance policy covering I. Ahmed. | $38.50 |
| 01/20/17 | Zaehringer | 0.1 | Reviewed emails (several) from N. Heinke and J. Harris regarding S. Ahmed's personal deposition. | $38.50 |
| 01/20/17 | Federico | 0.2 | Emails with G. Hayes-Williams regarding request for analysis of potential defenses; conference with K. L. Zaehringer regarding same. | $77.00 |
| 01/22/17 | Zaehringer | 0.2 | Reviewed I. Ahmed's "emergency" motion for clarification on deposition logistics and his response to plaintiff's memorandum in opposition to his emergency motion for clarification on non-fugitive status. | $77.00 |
| 01/22/17 | Zaehringer | 0.1 | Reviewed memorandum from J. Harris regarding U.S. Supreme Court's certiorari grant and strategy. | $38.50 |

*Thank you for your business.*

**Murtha Cullina LLP**
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... adv. United States Securities and Exchange Commission

| **Date** | **Timekeeper** | **Hours** | **Description** | **Amount** |
|---|---|---|---|---|
| 01/23/17 | Zaehringer | 0.1 | Reviewed appearance by D. Grudberg on behalf of non-party respondent Oak Management Corp. | $38.50 |
| 01/23/17 | Zaehringer | 0.1 | Emails (several) with J. Harris and G. Hayes-Williams regarding ███████ | $38.50 |
| 01/23/17 | Zaehringer | 0.1 | Reviewed Court's ruling granting Relief Defendants' emergency motion to modify asset freeze for release of funds to pay premium on life insurance policy covering I. Ahmed. | $38.50 |
| 01/23/17 | Zaehringer | 0.3 | Emails with J. Harris (several) regarding strategy for February 2 court conference and summary judgment motions. | $115.50 |
| 01/23/17 | Federico | 5.8 | Continued conducting legal research regarding defense; telephone conference with G. Hayes-Williams regarding analysis of defenses; drafted comprehensive memorandum regarding same; email to G. Hayes-Williams with memorandum. | $2,233.00 |
| 01/24/17 | Zaehringer | 0.1 | Reviewed memorandum from J. Harris regarding S. Ahmed's deposition. | $38.50 |
| 01/24/17 | Zaehringer | 0.1 | Reviewed third-party Oak's memorandum of law in opposition to I. Ahmed's five motions to compel. | $38.50 |
| 01/24/17 | Zaehringer | 0.3 | Reviewed legal memorandum on jurisdictional defense. | $115.50 |
| 01/24/17 | Zaehringer | 0.3 | Telephone call with G. Hayes-Williams regarding factual and expert discovery developments and strategy. | $115.50 |
| 01/24/17 | Zaehringer | 0.1 | Reviewed plaintiff's consolidated opposition to I. Ahmed's five motions to compel Oak to produce documents. | $38.50 |
| 01/25/17 | Zaehringer | 0.1 | Email with J. Harris and N. Heinke regarding stay in view of U.S. Supreme Court's certiorari grant on disgorgement statute of limitations. | $38.50 |

*Thank you for your business.*



**Invoice Number: 538073**
February 28, 2017

Client:     003944 .... Ahmed, Shalini, et al.
Matter:     003944-0001 .... adv. United States Securities and Exchange Commission

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|---|---|
| 01/25/17 | Zaehringer | 0.1 | Emails with G. Hayes-Williams (several) regarding strategy. | $38.50 |
| 01/25/17 | Federico | 2.4 | Drafted Relief Defendants' motion for pre-filing conference; reviewed Court's docket sheet in preparation for drafting outstanding pleadings section of joint status report; drafted same; email to K. L. Zaehringer regarding draft motions; conference regarding request for motion to stay; reviewed email from G. Hayes-Williams regarding motion to stay, modification of asset freeze, and S. Ahmed's declaration regarding employment search; reviewed letter to Second Circuit Court in *S.E.C. v. Wyly* requesting adjournment of appeal until after U.S. Supreme Court ruling. | $924.00 |
| 01/26/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's reply to plaintiff's and Oak's briefs in opposition to his motions to compel. | $38.50 |
| 01/26/17 | Zaehringer | 0.4 | Reviewed email memoranda (several), draft joint status report, and draft Relief Defendants' motion for pre-filing conference on anticipated summary judgment motion; conference with M. A. Federico regarding same. | $154.00 |
| 01/26/17 | Zaehringer | 0.5 | Conference call with G. Hayes-Williams and M. A. Federico regarding expert reports and strategy for February 2, 2017 court conference. | $192.50 |
| 01/26/17 | Zaehringer | 0.3 | Emails with J. Harris (several) regarding strategy for next weeks' court conference. | $115.50 |
| 01/26/17 | Zaehringer | 3.0 | Reviewed email from G. Hayes-Williams regarding Relief Defendants' attorneys' fee brief (0.1); further drafted brief (2.7); email with P. E. Knag regarding same (0.2). | $1,155.00 |
| 01/26/17 | Federico | 1.1 | Telephone conference with G. Hayes-Williams regarding drafts of Relief Defendants' motion for pre-filing conference and joint status report; revised same and email to K. L. Zaehringer. | $423.50 |
| 01/26/17 | Knag | 0.5 | Attention to Relief Defendants' fee application. | $305.00 |

*Thank you for your business.*

Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



**Invoice Number: 538073**
February 28, 2017

Client:   003944 .... Ahmed, Shalini, et al.
Matter:   003944-0001 .... adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| 01/27/17 | Zaehringer | 0.1 | Reviewed email from I. Ahmed to District Court regarding February 2, 2017 court conference; reviewed email from N. Heinke regarding same. | $38.50 |
| 01/27/17 | Zaehringer | 0.1 | Reviewed emails (several) with J. Harris and N. Heinke regarding stay request in view of certiorari grant; email with J. Harris regarding same. | $38.50 |
| 01/27/17 | Zaehringer | 0.8 | Conferences (several) with P. E. Knag, J. Harris, and G. Hayes-Williams regarding strategy. | $308.00 |
| 01/27/17 | Zaehringer | 0.2 | Conferences with M. A. Federico (several) regarding draft joint status report and draft motion for pre-filing conference for leave to file summary judgment motion. | $77.00 |
| 01/27/17 | Zaehringer | 4.5 | Further drafted motion for pre-filing conference for leave to file summary judgment motion (0.1); further drafted joint status report (0.2); further drafted reply brief regarding attorneys' fees (4.2); email with plaintiff's counsel regarding draft joint status report (0.1). | $1,732.50 |
| 01/27/17 | Zaehringer | 0.2 | Emails with G. Hayes-Williams (several) regarding expert discovery; reviewed emails with N. Heinke (several) regarding depositions of Relief Defendants' experts. | $77.00 |
| 01/27/17 | Zaehringer | 0.1 | Reviewed District Court's orders denying I. Ahmed's emergency motion for clarification of non-fugitive status. | $38.50 |
| 01/27/17 | Zaehringer | 0.1 | Reviewed consent motion regarding release of funds for Relief Defendants' apartments; drafted letter to Judge Arterton regarding courtesy copy of Relief Defendants' three recent filings, per her individual practice rules. | $38.50 |
| 01/27/17 | Zaehringer | 0.2 | Began outlining arguments for February 2 court appearance. | $77.00 |

*Thank you for your business.*



**Invoice Number: 538073**
February 28, 2017

Client:    003944 .... Ahmed, Shalini, et al.
Matter:   003944-0001 .... adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| 01/27/17 | Federico | 0.9 | Reviewed email from G. Hayes-Williams with edits to joint status report and Relief Defendants' motion for pre-filing conference; edited same; conferences with P. E. Knag and K. L. Zaehringer regarding edits; email to G. Hayes-Williams with Murtha's comments and edits; reviewed email from G. Hayes-Williams with additional edits to motion for pre-filing conference; responded regarding same. | $346.50 |
| 01/27/17 | Knag | 1.0 | Worked on Relief Defendants' fee motion; telephone call. | $610.00 |
| 01/28/17 | Zaehringer | 0.5 | Reviewed email from I. Ahmed to all counsel regarding court conference (0.1); emails with J. Harris (several) regarding strategy for court conference and filings (0.4). | $192.50 |
| 01/29/17 | Zaehringer | 0.3 | Reviewed I. Ahmed's response to plaintiff's and Oak's oppositions to his motion to compel Oak to produce documents pertaining to Company H; reviewed I. Ahmed's "emergency notice for payment on taxes on farm" owned by Essell Farms LLC; reviewed I. Ahmed's motion to stay, | $115.50 |
| 01/29/17 | Zaehringer | 0.2 | Emails with J. Harris (several) regarding strategy. | $77.00 |
| 01/30/17 | Zaehringer | 0.2 | Reviewed email from I. Ahmed to all counsel regarding joint status report; reviewed plaintiff's memorandum of law in opposition to I. Ahmed's motion to implead Oak. | $77.00 |
| 01/30/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's "emergency" notice regarding teleconference. | $38.50 |
| 01/30/17 | Zaehringer | 1.0 | Email with G. Hayes-Williams regarding draft expert reports; reviewed draft expert reports. | $385.00 |
| 01/30/17 | Knag | 0.5 | Attention to new motion. | $305.00 |
| 01/31/17 | Zaehringer | 1.4 | Prepared for call (0.3); conference call with J. Harris, G. Hayes-Williams, and P. E. Knag regarding strategy and upcoming court conference (1.1). | $539.00 |

*Thank you for your business.*

**Murtha Cullina LLP**
**Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435**
**Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com**
**Federal ID: 06-0686015**



**Invoice Number: 538073**
February 28, 2017

Client:     003944 .... Ahmed, Shalini, et al.
Matter:    003944-0001 .... adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| 01/31/17 | Zaehringer | 0.3 | Reviewed and commented on new drafts of joint status report; emails with G. Hayes-Williams (several) regarding same; reviewed further emails (several) between G. Hayes-Williams and N. Heinke regarding same. | $115.50 |
| 01/31/17 | Knag | 1.5 | Prepared for calls; telephone calls and follow-up. | $915.00 |
| | **Total Hours:** | **74.7** | **Total Amount:** | **$30,199.50** |

**Disbursement Detail**

| Date | Description | Amount |
|------|-------------|--------|
| 01/30/17 | UPS from K. L. Zaehringer to Judge Arterton enclosing courtesy copies of ECF Nos. 412, 413, and 414 | $11.38 |
| | **Total Disbursements:** | **$11.38** |

*Thank you for your business.*

Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



# *REMITTANCE COPY*

**Invoice Number: 538073**
February 28, 2017

Shalini Ahmed, et al.
c/o Harris, St. Laurent & Chaudhry LLP
Attn: Jonathan Harris, Esq.
40 Wall Street, 53rd Floor
New York, NY  10005

Client:    003944 .... Ahmed, Shalini, et al.
Matter:   003944-0001 .... adv. United States Securities and Exchange Commission

---

| | |
|---|---|
| Professional Services: | $30,199.50 |
| Disbursements: | $11.38 |
| **Current Invoice Total:** | **$30,210.88** |
| Plus Previous Balance Outstanding: | $55,378.95 |
| **BALANCE DUE:** | **$85,589.83** |

**Payments by ACH or Credit Card can be made by visiting:**

*www.murthalaw.com/clientpayments*

**Payments by Wire:**
Bank Name:            Webster Bank
Bank Address:        185 Asylum St., Hartford, CT  06103
Account Name:      Murtha Cullina LLP
                             Hartford Operating Account
Account Number:    010455319
ABA Number:          211170101
Murtha Cullina LLP Contact:    Accounts Receivable (860) 240-6000

**Payments by Mail:**
Murtha Cullina, LLP
Dept. 101011
PO Box 150435
Hartford, CT 06115-0435

*Thank you for your business.*

**Murtha Cullina LLP**
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



MURTHA
CULLINA
ATTORNEYS AT LAW

**Invoice Number: 539870**
March 31, 2017

VIA EMAIL: jon@sc-harris.com

Shalini Ahmed, et al.
c/o Harris, St. Laurent & Chaudhry LLP
Attn: Jonathan Harris, Esq.
40 Wall Street, 53rd Floor
New York, NY 10005

Client:    003944 .... Ahmed, Shalini, et al.
Matter:    003944-0001 .... adv. United States Securities and Exchange Commission

For **PROFESSIONAL SERVICES** through February 28, 2017          **$16,634.50**


For **DISBURSEMENTS**
    Travel Expenses                                             $10.78
    United Parcel Service                                       $41.74
                                    **Total Disbursements:**    **$52.52**


                              **Current Invoice Total:**        **$16,687.02**
                    Plus Previous Balance Outstanding:          $77,948.51
                                     **BALANCE DUE:**           **$94,635.53**

*Thank you for your business.*

**Murtha Cullina LLP**
**Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435**
**Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com**
**Federal ID: 06-0686015**



**Invoice Number: 539870**
March 31, 2017

Client:     003944 .... Ahmed, Shalini, et al.
Matter:     003944-0001 .... adv. United States Securities and Exchange Commission

### Client Funds Account Summary

| | |
|---|---|
| **Previous Client Funds Balance:** | **$25,000.00** |
| New Client Funds Received: | $0.00 |
| Additional Client Funds Disbursed: | $0.00 |
| **Ending Client Funds Balance:** | **$25,000.00** |

*Thank you for your business.*



**Murtha Cullina LLP**
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015

**Invoice Number: 539870**
March 31, 2017

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|------------|-------|-------------|--------|
| 02/01/17 | Zaehringer | 0.1 | Reviewed District Court's order permitting I. Ahmed to appear telephonically at next-day court conference. | $38.50 |
| 02/01/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's reply to Oak's opposition to his motion to compel Oak to produce all documents pertaining to Company D. | $38.50 |
| 02/01/17 | Zaehringer | 0.5 | Reviewed declaration of S. Ahmed regarding efforts to obtain employment; reviewed final joint status report; reviewed plaintiff's response to I. Ahmed's emergency notice regarding his motion to allow payment of taxes on farm; reviewed plaintiff's memorandum in opposition to I. Ahmed's emergency motion for clarification on deposition logistics; reviewed plaintiff's reply in further support of its objection to release of funds for certain of Relief Defendants' claimed attorneys' fees; drafted letter to Judge Arterton regarding courtesy copies of Relief Defendants' recent filings, per her individual practice rules. | $192.50 |
| 02/01/17 | Zaehringer | 0.1 | Reviewed District Court's order granting Relief Defendants' motion for pre-filing conference. | $38.50 |
| 02/01/17 | Zaehringer | 0.1 | Telephone call with G. Hayes-Williams regarding strategy for next-day court conference. | $38.50 |
| 02/01/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's reply to plaintiff's opposition to his motion for clarification on deposition logistics. | $38.50 |
| 02/01/17 | Zaehringer | 2.5 | Prepared for next-day court conference. | $962.50 |
| 02/01/17 | Zaehringer | 0.5 | Telephone call and emails (several) with J. Harris regarding case developments and strategy for next-day court conference. | $192.50 |
| 02/02/17 | Zaehringer | 5.5 | Reviewed Relief Defendants' expert report and plaintiff's challenges; prepared for court hearing; conference with G. Hayes-Williams regarding same; appeared at court hearing before Judge Arterton; attended meet-and-confer with plaintiff's counsel regarding privilege log issues and discovery. | $2,117.50 |

*Thank you for your business.*



**Invoice Number: 539870**
March 31, 2017

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| 02/02/17 | Zaehringer | 0.6 | Drafted memorandum regarding today's court conference and rulings. | $231.00 |
| 02/02/17 | Zaehringer | 0.6 | Reported on court conference developments to P. E. Knag; conference regarding strategy. | $231.00 |
| 02/02/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's second "emergency" motion for release of funds for children to visit India during Spring Break 2017. | $38.50 |
| 02/02/17 | Knag | 0.5 | Followed-up after status conference. | $305.00 |
| 02/03/17 | Zaehringer | 0.1 | Reviewed District Court's order granting I. Ahmed's motion for release of funds to allow payment of taxes on farm owned by Essell Farms LLC; reviewed District Court's order granting Relief Defendants' motion for release of funds to ACE Private Risk Services to pay insurance on Relief Defendants' apartments. | $38.50 |
| 02/03/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's reply to plaintiff's opposition to his motion to compel Oak to produce all documents pertaining to Companies A and B. | $38.50 |
| 02/03/17 | Zaehringer | 0.3 | Emails with G. Hayes-Williams regarding Relief Defendants' potential motions; conference with P. E. Knag regarding same. | $115.50 |
| 02/04/17 | Zaehringer | 0.2 | Reviewed I. Ahmed's "emergency" motion for release of funds for legal representation in India to be able to return to U.S.; reviewed I. Ahmed's "emergency" motion to allow payment of 2015 federal and state taxes. | $77.00 |
| 02/06/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's reply to plaintiff's opposition to his motion to implead Oak. | $38.50 |
| 02/06/17 | Knag | 0.4 | Attention to new motion and filings. | $244.00 |
| 02/07/17 | Zaehringer | 0.1 | Reviewed District Court's February 7, 2017 endorsement orders (several). | $38.50 |
| 02/07/17 | Knag | 0.5 | Attention to new filings. | $305.00 |
| 02/08/17 | Zaehringer | 0.1 | Reviewed District Court's February 8, 2017 minute entry of February 2 motion hearing. | $38.50 |

*Thank you for your business.*

**Murtha Cullina LLP**
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



<u>**Invoice Number: 539870**</u>
March 31, 2017

Client:   003944 .... Ahmed, Shalini, et al.
Matter:   003944-0001 .... adv. United States Securities and Exchange Commission

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|---|---|
| 02/08/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's motion to depose certain Oak and related parties specific to each alleged transaction. | $38.50 |
| 02/08/17 | Knag | 0.5 | Attention to new motion to release funds. | $305.00 |
| 02/09/17 | Zaehringer | 0.2 | Reviewed Relief Defendants' consent motion to modify asset freeze to release funds for common charges for apartments; drafted letter to Judge Arterton regarding courtesy copy of such motion, per her individual practice rules. | $77.00 |
| 02/09/17 | Zaehringer | 0.3 | Reviewed plaintiff's motion to quash Relief Defendants' Rule 30(b)(6) deposition of the SEC and for a protective order, and memorandum of law in support. | $115.50 |
| 02/09/17 | Zaehringer | 0.1 | Emails with G. Hayes-Williams regarding motions and strategy. | $38.50 |
| 02/09/17 | Zaehringer | 0.4 | Emails with P. E. Knag (several) regarding strategy; telephone call with P. E. Knag regarding strategy. | $154.00 |
| 02/09/17 | Zaehringer | 0.2 | Conference with M. A. Federico regarding research regarding protective order and summary judgment research. | $77.00 |
| 02/09/17 | Zaehringer | 1.2 | Prepared for call (0.2); conference call with J. Harris, G. Hayes-Williams, and P. E. Knag regarding strategy (1.0). | $462.00 |
| 02/09/17 | Zaehringer | 0.3 | Further conference with P. E. Knag regarding strategy. | $115.50 |
| 02/09/17 | Knag | 2.0 | Worked on motion; telephone calls. | $1,220.00 |
| 02/10/17 | Zaehringer | 0.8 | Reviewed and commented on new draft of Relief Defendants' motion to release funds; telephone call with P. E. Knag regarding strategy; conference call with J. Harris and P. E. Knag regarding strategy. | $308.00 |
| 02/10/17 | Zaehringer | 0.1 | Reviewed plaintiff's opposition to I. Ahmed's second "emergency" motion for release of funds to allow children to visit India. | $38.50 |

*Thank you for your business.*

Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



**Invoice Number: 539870**
March 31, 2017

Client:    003944 .... Ahmed, Shalini, et al.
Matter:   003944-0001 .... adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 02/10/17 | Zaehringer | 0.7 | Reviewed and further drafted new draft of Relief Defendants' motion to modify injunction to release funds for attorneys' fees. | $269.50 |
| 02/10/17 | Federico | 0.2 | Telephone conference with K. L. Zaehringer regarding additional research; emails with G. Hayes-Williams regarding same. | $77.00 |
| 02/10/17 | Knag | 0.4 | Attention to new motions. | $244.00 |
| 02/12/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's reply to plaintiff's opposition to his second "emergency" motion to allow children to visit him in India. | $38.50 |
| 02/12/17 | Zaehringer | 0.1 | Drafted letter to Judge Arterton enclosing courtesy copy of Relief Defendants' motion to modify injunction to release funds for attorneys' fees, per her individual practice rules. | $38.50 |
| 02/12/17 | Zaehringer | 0.2 | Reviewed Law Journal article on Kokesh case and legal argument regarding 5-year statute of limitations for disgorgement actions. | $77.00 |
| 02/13/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's new "notice" regarding his motion to implead Oak; reviewed email from G. Hayes-Williams regarding same. | $38.50 |
| 02/15/17 | Zaehringer | 0.1 | Reviewed District Court's order granting Relief Defendants' consent motion to modify asset freeze for release of funds for payment of common charges on apartments. | $38.50 |
| 02/15/17 | Zaehringer | 0.2 | Conference with G. Hayes-Williams regarding strategy concerning plaintiff's motion for protective order; emails (several) regarding same. | $77.00 |
| 02/15/17 | Zaehringer | 0.2 | Emails with G. Hayes-Williams (several) regarding DIYA accounts; reviewed email from N. Heinke regarding same. | $77.00 |

*Thank you for your business.*

Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



**Invoice Number: 539870**
March 31, 2017

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| 02/15/17 | Zaehringer | 1.2 | Drafted Relief Defendants' brief in opposition to plaintiff's motion for protective order and to quash Rule 30(b)(6) deposition of SEC; conference with P. E. Knag regarding same. | $462.00 |
| 02/15/17 | Zaehringer | 0.1 | Drafted letter to Judge Arterton enclosing courtesy copy of Relief Defendants' brief in opposition, per her individual practice rules. | $38.50 |
| 02/16/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's "emergency" motion for release of funds for payment of annual fees for CSC as registered agent of Essell. | $38.50 |
| 02/16/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's motion for access to Oak deposition transcripts. | $38.50 |
| 02/16/17 | Federico | 0.2 | Conference with G. Hayes-Williams regarding additional legal research on statute of repose. | $77.00 |
| 02/16/17 | Zaehringer | 0.1 | Conference with M. A. Federico regarding research for summary judgment. | $38.50 |
| 02/16/17 | Zaehringer | 0.1 | Reviewed plaintiff's consent motion for permission to conduct Rule 30(b)(6) deposition of SEC out of time. | $38.50 |
| 02/16/17 | Zaehringer | 0.1 | Reviewed email from N. Heinke regarding DIYA accounts. | $38.50 |
| 02/17/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's motion to compel Oak to produce all documents pertaining to Company J. | $38.50 |
| 02/21/17 | Knag | 0.2 | New emails. | $122.00 |
| 02/21/17 | Zaehringer | 0.1 | Reviewed emails from I. Ahmed (several) regarding his deposition in India; reviewed email from N. Heinke regarding same. | $38.50 |
| 02/21/17 | Zaehringer | 0.2 | Emails with G. Hayes-Williams regarding new motion regarding asset freeze. | $77.00 |
| 02/22/17 | Zaehringer | 0.1 | Reviewed notice of deposition of I. Ahmed and email from N. Heinke regarding same. | $38.50 |

*Thank you for your business.*

**Murtha Cullina LLP**
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



**Invoice Number: 539870**
March 31, 2017

Client:  003944 .... Ahmed, Shalini, et al.
Matter:  003944-0001 .... adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| 02/22/17 | Zaehringer | 0.1 | Reviewed plaintiff's motion for telephonic court conference. | $38.50 |
| 02/22/17 | Zaehringer | 0.1 | Reported on case development to P. E. Knag; conference regarding strategy. | $38.50 |
| 02/22/17 | Zaehringer | 0.5 | Reviewed Oak's emergency motion to quash Relief Defendants' Rule 30(b)(6) subpoena and accompanying brief and exhibits. | $192.50 |
| 02/22/17 | Zaehringer | 0.1 | Reviewed Oak's motion to seal. | $38.50 |
| 02/22/17 | Knag | 0.5 | Attention to new filing. | $305.00 |
| 02/23/17 | Zaehringer | 0.1 | Reviewed further email from I. Ahmed regarding his deposition. | $38.50 |
| 02/23/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's objection to Oak's motion to seal. | $38.50 |
| 02/23/17 | Zaehringer | 0.1 | Reviewed Oak's new motion to seal and substitute exhibits. | $38.50 |
| 02/23/17 | Zaehringer | 0.5 | Prepared for call; conference call with D. Deitch and G. Hayes-Williams regarding Relief Defendants' response to Oak's motion to quash; emails (several) regarding same. | $192.50 |
| 02/23/17 | Zaehringer | 0.2 | Telephone call with Clerk's Office regarding technical issues that D. Deitch has with District Court's CM/ECF notices; emails with D. Deitch regarding same. | $77.00 |
| 02/23/17 | Zaehringer | 0.2 | Reviewed email from C. Fasciano of D. Grudberg's office regarding sealed Exhibit 8 to declaration of D. Mombarquette in support of Oak's motion to quash; reviewed sealed Exhibit 8. | $77.00 |
| 02/23/17 | Zaehringer | 1.8 | Reviewed and further drafted Relief Defendants' new motion on consent for attorneys' fees; conference with P. E. Knag regarding same; redacted Murtha Cullina invoices attached to such motion; emails with G. Hayes-Williams (several) regarding same. | $693.00 |
| 02/23/17 | Zaehringer | 0.1 | Conference with M. A. Federico regarding research on ███████████ | $38.50 |

*Thank you for your business.*



**Invoice Number: 539870**
March 31, 2017

Client:   003944 .... Ahmed, Shalini, et al.
Matter:   003944-0001 .... adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| 02/23/17 | Zaehringer | 0.5 | Reviewed and commented on Relief Defendants' motion to modify asset freeze to release certain assets; conference with P. E. Knag regarding same. | $192.50 |
| 02/23/17 | Zaehringer | 0.2 | Telephone call with P. E. Knag regarding strategy. | $77.00 |
| 02/23/17 | Zaehringer | 3.5 | Further drafted Relief Defendants' motions to modify asset freeze order to release funds; further emails with G. Hayes-Williams (several) regarding same. | $1,347.50 |
| 02/23/17 | Knag | 1.0 | Reviewed and revised new motion; reviewed discovery issues. | $610.00 |
| 02/24/17 | Zaehringer | 0.1 | Reviewed Oak's third motion to seal with redacted exhibits. | $38.50 |
| 02/24/17 | Zaehringer | 0.2 | Conference with M. A. Federico regarding research on ██████████████████ | $77.00 |
| 02/24/17 | Zaehringer | 0.2 | Emails with G. Hayes-Williams (several) regarding draft of Relief Defendants' new attorneys' fee motion. | $77.00 |
| 02/24/17 | Zaehringer | 0.2 | Reviewed District Court's orders (several) regarding telephonic status conference; drafted email to D. Deitch regarding same. | $77.00 |
| 02/24/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's motion for payment of 2016 taxes. | $38.50 |
| 02/24/17 | Zaehringer | 0.1 | Reviewed correspondence from C. Fasciano of D. Grudberg's office regarding additional substituted exhibits filed under seal. | $38.50 |
| 02/24/17 | Federico | 3.3 | Conducted legal research regarding ████████████ prepared outline for discussion with G. Hayes-Williams regarding results of same. | $1,270.50 |
| 02/25/17 | Zaehringer | 0.2 | Reviewed both of I. Ahmed's filings of today: opposition brief to Relief Defendants' motion to seal; and opposition brief to Oak's motion to quash. | $77.00 |
| 02/27/17 | Zaehringer | 0.1 | Reviewed email from District Court to all counsel establishing briefing schedule regarding Oak's motion for protective order regarding Rule 30(b)(6) deposition. | $38.50 |

*Thank you for your business.*

**Murtha Cullina LLP**
**Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435**
**Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com**
**Federal ID: 06-0686015**



<u>**Invoice Number: 539870**</u>
March 31, 2017

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... adv. United States Securities and Exchange Commission

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Description</u> | <u>Amount</u> |
|------|-----------|-------|-------------|--------|
| 02/27/17 | Zaehringer | 0.2 | Reviewed plaintiff's memorandum of law and attachments in opposition to I. Ahmed's motion to release funds for attorney in India. | $77.00 |
| 02/27/17 | Zaehringer | 0.1 | Reviewed District Court's ruling denying I. Ahmed's motion to implead Oak. | $38.50 |
| 02/27/17 | Zaehringer | 0.1 | Reviewed plaintiff's objection to I. Ahmed's motion to release funds to pay individual tax liability. | $38.50 |
| 02/27/17 | Zaehringer | 0.2 | Emails with D. Deitch (several) regarding strategy on Oak's motion for protective order to bar Relief Defendants' Rule 30(b)(6) deposition. | $77.00 |
| 02/27/17 | Zaehringer | 0.2 | Reviewed plaintiff's memorandum in opposition to Relief Defendants' motion to modify asset freeze regarding apartment and gold assets. | $77.00 |
| 02/27/17 | Zaehringer | 0.1 | Emails with D. Deitch regarding March 3 status conference; reviewed emails (several) between D. Deitch and N. Heinke regarding March 3 status conference. | $38.50 |
| 02/27/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's new motion to compel Oak regarding Companies E, F, G, H, and I. | $38.50 |
| 02/28/17 | Zaehringer | 0.1 | Reviewed emails from Attorney D. Grudberg (several) regarding Oak's submissions regarding motion for protective order. | $38.50 |
| 02/28/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's motion to compel Oak to produce D and O insurance records. | $38.50 |

| | | **Total Hours:** | 39.7 | **Total Amount:** | **$16,634.50** |

*Thank you for your business.*

**Murtha Cullina LLP**
**Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435**
**Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com**
**Federal ID: 06-0686015**



**Invoice Number: 539870**
March 31, 2017

Client:   003944 .... Ahmed, Shalini, et al.
Matter:   003944-0001 .... adv. United States Securities and Exchange Commission

---

**Disbursement Detail**

| Date | Description | Amount |
|------|-------------|--------|
| 02/01/17 | UPS from K. L. Zaehringer to Judge Arterton enclosing courtesy copy of ECF No. 421 | $8.50 |
| 02/02/17 | Travel Expenses – K. L. Zaehringer – Roundtrip mileage to U.S. District Court in New Haven for status conference and pre-filing conference before Judge Arterton | $10.78 |
| 02/10/17 | UPS from K. L. Zaehringer to Judge Arterton enclosing courtesy copy of ECF No. 440 | $8.53 |
| 02/13/17 | UPS from K. L. Zaehringer to Judge Arterton enclosing courtesy copy of ECF No. 442 | $11.91 |
| 02/15/17 | UPS from K. L. Zaehringer to Judge Arterton enclosing courtesy copy of ECF No. 447 | $12.80 |

**Total Disbursements:** **$52.52**

*Thank you for your business.*



# *REMITTANCE COPY*

**Invoice Number: 539870**
March 31, 2017

VIA EMAIL:  jon@sc-harris.com

Shalini Ahmed, et al.
c/o Harris, St. Laurent & Chaudhry LLP
Attn:  Jonathan Harris, Esq.
40 Wall Street, 53rd Floor
New York, NY  10005

Client:        003944 .... Ahmed, Shalini, et al.
Matter:       003944-0001 .... adv. United States Securities and Exchange Commission

| | |
|---|---|
| Professional Services: | $16,634.50 |
| Disbursements: | $52.52 |
| **Current Invoice Total:** | **$16,687.02** |
| Plus Previous Balance Outstanding: | $77,948.51 |
| **BALANCE DUE**: | **$94,635.53** |

**Payments by ACH or Credit Card can be made by visiting:**
*www.murthalaw.com/clientpayments*

**Payments by Wire:**
Bank Name:            Webster Bank
Bank Address:         185 Asylum St., Hartford, CT  06103
Account Name:        Murtha Cullina LLP
                              Hartford Operating Account
Account Number:     010455319
ABA Number:           211170101
Murtha Cullina LLP Contact:        Accounts Receivable (860) 240-6000

**Payments by Mail:**
Murtha Cullina, LLP
Dept. 101011
PO Box 150435
Hartford, CT 06115-0435

*Thank you for your business.*