UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------- X
UNITED STATES SECURITIES AND EXCHANGE :
COMMISSION, :
 :
Plaintiff, :
 :
v. :
 :
IFTIKAR AHMED, :
 :
Defendant, and : Civil Action No.
 : 3:15-CV-675 (JBA)
IFTIKAR ALI AHMED SOLE PROP, :
I-CUBED DOMAINS, LLC; SHALINI AHMED; : ORDER ON
SHALINI AHMED 2014 GRANTOR RETAINED : CONSENT
ANNUITY TRUST; DIYA HOLDINGS LLC; :
DIYA REAL HOLDINGS, LLC; I.I. 1, a minor :
child, by and through his next friends IFTIKAR :
and SHALINI AHMED, his parents; I.I. 2, a minor :
child, by and through his next friends IFTIKAR :
and SHALINI AHMED, his parents; and I.I. 3, a :
minor child, by and through his next friends :
IFTIKAR and SHALINI AHMED, his parents, :
 :
Relief Defendants. :
---------------------------------------------------------------- X

**WHEREAS** on August 12, 2015, the Court entered a preliminary injunction freezing assets of Defendant Iftikar Ahmed and various Relief Defendants ("Asset Freeze Order") [Dkt. No. 113];

**WHEREAS** on February 19, 2016, the Court granted a limited modification of the Asset Freeze Order ("Endorsement Order") [Dkt. No. 195], authorizing, *inter alia*, the lease of the Relief Defendant DIYA Real Holdings LLC's apartment unit at 530 Park Avenue. Unit 12F;

**WHEREAS** the tenant of Unit 12F and DIYA Real Holdings LLC have agreed to an extension of this lease for one year, from July 15, 2017, to July 14, 2018, and that such agreement requires the approval of this Court; and

**WHEREAS** Plaintiff United States Securities and Exchange Commission (the "Commission") has consented to the motion;

Upon consent, **IT IS HEREBY ORDERED** that the Court's Asset Freeze Order dated August 12, 2015, as modified by the Endorsement Order dated February 19, 2016, is further modified and the extension of the lease of 530 Park Avenue, Unit 12F is approved.

IT IS SO ORDERED this 10th day of May 2017.

/s/
_____
Janet Bond Arterton, U.S.D.J.