UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------- X
UNITED STATES SECURITIES AND EXCHANGE :
COMMISSION, :
 :
              Plaintiff, :
 :
  v. :
 :
IFTIKAR AHMED, :
 :
             Defendant, and :    Civil Action No.
 :    3:15-CV-675 (JBA)
IFTIKAR ALI AHMED SOLE PROP, :
I-CUBED DOMAINS, LLC; SHALINI AHMED; :    ORDER ON
SHALINI AHMED 2014 GRANTOR RETAINED :    CONSENT
ANNUITY TRUST; DIYA HOLDINGS LLC; :
DIYA REAL HOLDINGS, LLC; I.I. 1, a minor :
child, by and through his next friends IFTIKAR :
and SHALINI AHMED, his parents; I.I. 2, a minor :
child, by and through his next friends IFTIKAR :
and SHALINI AHMED, his parents; and I.I. 3, a :
minor child, by and through his next friends :
IFTIKAR and SHALINI AHMED, his parents, :
 :
             Relief Defendants. :
---------------------------------------------------------------- X

**WHEREAS** on August 12, 2015, the Court entered a preliminary injunction freezing assets of Defendant Iftikar Ahmed and various Relief Defendants (Doc. No. 113);

**WHEREAS** a release of funds is necessary to preserve certain assets and the status quo by paying common charges for Relief Defendants' properties at 530 Park Avenue, Apartments 12A and 12F; and

**WHEREAS** Plaintiff United Sates Securities Exchange Commission (the "Commission") has consented to the motion;

Upon consent, **IT IS HEREBY ORDERED** that the Court's Asset Freeze Order dated August 12, 2015, as modified by the Endorsement Order dated February 19, 2016, is further modified as follows:

1. Funds in the amount of $3,217.64, held in the account of Relief Defendant DIYA Holdings LLC ending x3831 at Bank of America, are released from the Court's asset freeze order and shall be payable to Classic Realty LLC, 390 Park Avenue, 6th Floor, New York, NY 10022, as agent for 530 Park Avenue Condominium.

2. Funds in the amount of $4,264.03, held in the account of Relief Defendant DIYA Real Holdings LLC ending x7632 at Bank of America, are released from the Court's asset freeze order and shall be payable to Classic Realty LLC, 390 Park Avenue, 6th Floor, New York, NY 10022, as agent for 530 Park Avenue Condominium.

3. The Commission is directed to use all practical and reasonable efforts to ensure that all relief specified herein is effectuated promptly.

IT IS SO ORDRED this ___ day of May, 2017

_____
Janet Bond Atterton, U.S.D.J.