UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------------ X
UNITED STATES SECURITIES AND EXCHANGE :
COMMISSION, :
: 
              Plaintiff, :
:
  v. :
:
IFTIKAR AHMED, :
:
            Defendant, and :
: Civil Action No.
IFTIKAR ALI AHMED SOLE PROP, : 3:15-CV-675 (JBA)
I-CUBED DOMAINS, LLC; SHALINI AHMED; ·
SHALINI AHMED 2014 GRANTOR RETAINED       ORDER
ANNUITY TRUST; DIYA HOLDINGS LLC; :
DIYA REAL HOLDINGS, LLC; I.I. 1, a minor :
child, by and through his next friends IFTIKAR :
and SHALINI AHMED, his parents; I.I. 2, a minor :
child, by and through his next friends IFTIKAR :
and SHALINI AHMED, his parents; and I.I. 3, a :
minor child, by and through his next friends :
IFTIKAR and SHALINI AHMED, his parents, :
:
           Relief Defendants. :
------------------------------------------------------------------ X

**IT IS HEREBY ORDERED** that Relief Defendants' Application on Consent for Release of Funds for Attorneys' Fees and Disbursements is GRANTED and the Court's Asset Freeze Order dated August 12, 2015 [Dkt. No. 113], as modified by the Endorsement Order dated February 19, 2016 [Dkt. No. 195] and the Omnibus Order on Consent dated January 3, 2017 [Dkt. No. 387], is further modified as follows:

1. Funds in the amount of $50,467.53, held in the account of Relief Defendants DIYA Holdings LLC ending x3831 at Bank of America, are released from the Court's Asset Freeze order for payment to Harris, St. Laurent & Chaudhry LLP.

2. Funds in the amount of $26,146.87, held in the account of Relief Defendant DIYA Real Holdings LLC ending x7632 at Bank of America, are released from the Court's asset freeze order for payment to Harris, St. Laurent & Chaudhry LLP.

3. Funds in the amount of $8,512.72, held in the account of Relief Defendant DIYA Real Holdings LLC ending x7632 at Bank of America, are released from the Court's asset freeze order for payment to Murtha Cullina LLP.

4. The Commission is directed to use all practical and reasonable efforts to ensure that all relief specified herein is effectuated promptly.

IT IS SO ORDRED this 10th day of May, 2017

/s/
Janet Bond Arterton, U.S.D.J.