## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>       v.<br><br>IFTIKAR AHMED,<br><br>                    Defendant, and<br><br>IFTIKAR ALI AHMED SOLE PROP; I-CUBED DOMAINS, LLC; SHALINI AHMED; SHALINI AHMED 2014 GRANTOR RETAINED ANNUITY TRUST; DIYA HOLDINGS LLC; DIYA REAL HOLDINGS, LLC; I.I. 1, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; I.I. 2, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; and I.I. 3, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents,<br><br>                    Relief Defendants. | Civil Action No. 3:15-cv-675 (JBA) |

## DEFENDANT'S MOTION TO MODIFY THE ASSET FREEZE ORDER TO RELEASE FUNDS FOR THE RETENTION OF ACCOUNTANTS TO PREPARE AND FILE TAX RETURNS FOR 2016

The Defendant respectfully moves this esteemed Court to modify its preliminary injunction freezing assets belonging to the Defendant and various Relief Defendants (Doc. # 113), to allow for the release of funds necessary to engage accountants for the preparation and

filing of tax returns for the Defendant; The Essell Group LLC; and The Essell Farms LLC, for the tax year 2016.  The Defendant is a 60% beneficial owner of The Essell Group LLC and a 50% beneficial owner of The Essell Farms LLC.

Accountants familiar with tax returns previously filed by the Defendant and the Essell entities had provided estimates of their fees for preparing and filing tax returns for the Defendant and the Essell entities for the year 2015 and it is expected that the fees for the year 2016 will remain the same.  The estimate letter for 2015 is attached hereto as **Exhibit 1**.

It is to be noted here that, for tax year 2015, the Plaintiff had submitted a joint motion and consented to the same payment of tax preparation fees to the same accountants.   However, for 2016, the Defendant has asked the SEC multiple times for their consent and it has now been over 3 months but the Defendant is yet to hear back from the SEC and is, therefore, compelled to file this instant Motion with the esteemed Court for further action and necessary instructions. Please see **Exhibit 2** for emails requesting consent of the SEC since February 14TH, 2017 with follow up reminders from time to time.

The Defendant, therefore, humbly prays for the immediate release of $25,000, held in the account of the Defendant and Relief Defendant ending x0482 at Bank of America, payable to Reardon and Company LLP, Certified Public Accountants, 111 Willard Street, Quincy, MA 02169 for the preparation and filing of taxes for 2016.

In the past, both the Plaintiff and the Relief Defendants have consented to the release of funds for tax preparation fees (for tax year 2015) and nothing has changed except for the tax year

now being 2016; and hence this Motion should be granted as soon as possible without any delay.

**WHEREFORE**, the Defendant respectfully request that the Court modify its orders of August 12, 2015 and February 19, 2016, and unfreeze the amount of $25,000.   The SEC and the Relief Defendants will hopefully consent to this Motion.

Respectfully Submitted,

Dated:        May 15TH, 2017                    s/ Iftikar Ahmed

_____

Iftikar A. Ahmed
C/O Advocate Anil Sharma
10 Government Place East, Ground Floor
Behind Kanpur Leather House
Kolkata 700069, India
Tel: +91.98.30.089.945
Email: iftyahmed@icloud.com
*Pro Se*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and served by electronic mail to:

Nicholas P. Heinke
US Securities and Exchange Commission
Byron G. Rogers Federal Building
1961 Stout Street, Ste. 1700
Denver, CO 80294
(303) 844-1071
Email: heinken@sec.gov

Mark L. Williams
US Securities and Exchange Commission
Byron G. Rogers Federal Building
1961 Stout Street, Ste. 1700
Denver, CO 80294
(303) 844-1027
Email: williamsml@sec.gov

Priya Chaudhry
Harris, St. Laurent & Chaudhry LLP
40 Wall Street, 53rd Floor
New York, NY 10005
(212) 785-5550
Fax: (212) 202-6206
Email: priya@sc-harris.com

David B. Deitch
Harris, St. Laurent & Chaudhry LLP VA
1818 Library Street, Suite 500
Reston, VA 20190
(703) 956-3549
Fax: (703) 935-0349
Email: ddeitch@sc-harris.com

Jonathan Harris
Harris, St. Laurent & Chaudhry LLP
40 Wall Street, 53rd Floor
New York, NY 10005
(646) 395-3481
Fax: (212) 202-6206
Email: jon@sc-harris.com

L. Reid Skibell
Harris, St. Laurent & Chaudhry LLP
40 Wall Street, 53rd Floor
New York, NY 10005
(917) 512-9466
Fax: (212) 202-6206
Email: rskibell@sc-harris.com

Paul E. Knag
Murtha Cullina, LLP
177 Broad Street, 4th Floor
Stamford, CT 06901
(203) 653-5400
Fax: (203) 653-5444
Email: pknag@murthalaw.com

Steven Gabriel Hayes Williams
Harris, St. Lauren & Chaudhry LLP
40 Wall Street, 53rd Floor
New York, NY 10005
(212) 397-3370
Fax: (212) 202-6206
Email: ghayeswilliams@sc-harris.com

Kristen Luise Zaehringer
Murtha Cullina, LLP
177 Broad Street, 4th Floor
Stamford, CT 06901
(203) 653-5406
Fax: (860) 240-5758
Email: kzaehringer@murthalaw.com

Dated:  May 15TH, 2017    s/ Iftikar Ahmed

                     _____

Iftikar A. Ahmed
C/O Advocate Anil Sharma
10 Government Place East, Ground Floor
Behind Kanpur Leather House
Kolkata 700069, India
Tel: +91.98.30.089.945
Email: iftyahmed@icloud.com

*Pro Se*

EXHIBIT : 1

# RE: PRIVILEGED AND CONFIDENTIAL - Re: RESENDING - URGENT PLEASE - Privileged and Confidential - 2015 taxes.

September 07, 2016 at 6:15 AM

From  Andrew J Reardon

To  Ifty Ahmed

Cc  Alex Lipman, "Ashley L. Baynham"

---

Hi Ifty,

Thinking through what I would need to do, between talking with your attorneys, reviewing the documents, preparing the returns,  and preparing for potential review by IRS, I estimate my fee would be $25,000 for your personal return and both Essell entities.

Regards, Andrew

---

**From:** Iftikar Ahmed [mailto:███████████████]
**Sent:** Friday, August 26, 2016 9:32 PM
**To:** Andrew J. Reardon <████████████████>
**Cc:** Alex Lipman <█████████████████████>; Ashley L. Baynham <███████████████████>
**Subject:** PRIVILEGED AND CONFIDENTIAL - Re: RESENDING - URGENT PLEASE - Privileged and Confidential - 2015 taxes.

Thanks a ton and I look forward to hearing back from.   Much appreciate your response.     Hope all is well with you.   Sincerely,   Ifty



Please excuse typos - of course inadvertent.


On Aug 27, 2016, at 01:09 AM, "Andrew J. Reardon"  <███████████████████████> wrote:

Hi Ifty,

My apologies for delay. I was on vacation last week and had a busy week catching up.

I would be happy to help. I am working on estimate for fees.

I will review as to what I need.

The business entities returns are due September 15 so I will let you know Monday/Tuesday as to what I have and need.

Regards, Andrew

---

**From:** Iftikar Ahmed [mailto:█████████████████]
**Sent:** Thursday, August 25, 2016 12:16 AM
**To:** Andrew J. Reardon <████████████████>
**Cc:** Alex Lipman <███████████████████>; Ashley L. Baynham <████████████████████>;

Iftikar Ahmed ██████████████ >

**Subject:** RESENDING - URGENT PLEASE - Re: Privileged and Confidential - 2015 taxes.

Hi Andrew – hope you are well.   Can you please respond one way or the other if you can help out with my 2015 taxes?   Thanks a lot.   Best regards,  Ifty

**Please excuse typos - of course inadvertent.**

On Aug 15, 2016, at 08:25 PM, Iftikar Ahmed ██████████████████ wrote:

Hi Andrew –

Hope you are well.

I am writing to see if you could please do the taxes for me (and the two Essell entities) for 2015 as soon as you can. I understand Shal and the kids are filing separately. So I will be filing married but filing separately.

I don't have any papers in my possession. Maybe with the help of Alex and Ashley, Shal can forward you my papers – like the W2 and K1s. Since all the assets are frozen I don't think we got any 1099s.

Also, John Popa at Northern Trust can get you the papers for the two Essell entities. And I think Shal paid the taxes for the farm.

Please send me an estimate for your fees as soon as possible so I can ask the Court to please release the funds for your fees.

Thanks a ton for your help in advance.

Best, Ifty

Pardon the grammar and the typos – all blame on the iPhone

EXHIBIT : 2

# RE: URGENT: 2016 Taxes : You Have Received a New Tax Document

May 07, 2017 at 8:42 PM

From "Heinke, Nicholas"

To Ifty Ahmed

Cc "Williams, Mark L", "Oraker, Jeffrey", "Blomgren, Elinor E (Contractor)"

Mr. Ahmed – apologies for the delay in responding. We will attempt to provide you our position in the next few days.

Regards,

Nicholas P. Heinke
Trial Counsel
U.S. Securities & Exchange Commission
Byron G. Rogers Federal Building
1961 Stout Street, Suite 1700
Denver, CO  80294-1961
(303) 844-1071
HeinkeN@sec.gov

**From:** Ifty Ahmed [mailto:███████████████]
**Sent:** Tuesday, May 02, 2017 12:25 AM
**To:** Heinke, Nicholas
**Cc:** Williams, Mark L; Oraker, Jeffrey; Blomgren, Elinor E (Contractor); Ifty Ahmed
**Subject:** URGENT: 2016 Taxes : You Have Received a New Tax Document

Dear Mr. Heinke –

I am sure this one fell through the cracks.   Any chance you can please let me know your position this week?  It has already been a few months and I have not heard back from your end.

Thanks and best regards,

Iftikar

On Feb 25, 2017, at 11:28 PM, "Heinke, Nicholas" ███████████████ wrote:

Mr. Ahmed – we are reviewing this request and will respond as soon as we are able.

Regards,

Nicholas P. Heinke
Trial Counsel
U.S. Securities & Exchange Commission
Byron G. Rogers Federal Building

**From:** Ifty Ahmed [mailto: █████████████ ]
**Sent:** Thursday, February 23, 2017 7:09 PM
**To:** Heinke, Nicholas; Williams, Mark L
**Cc:** Oraker, Jeffrey; Blomgren, Elinor E (Contractor); Ifty Ahmed
**Subject:** Re: 2016 Taxes : You Have Received a New Tax Document

Dear Mr. Heinke -

It has now been more than a week and you have opted not to respond to my email below.   Assuming you did receive the email,  I shall assume your lack of a response to be non-consent for this expense.   I shall according file a Motion for the same with the esteemed Court shortly.

Sincerely,

Iftikar

On Feb 14, 2017, at 07:51 AM, Ifty Ahmed █████████████████ wrote:

> Dear Sir - The 2016 tax papers have started coming in.    For the year 2015, almost 20-25% of the total dues were interest and penalties due to late payment.    Can you please consent to the payment of 2016 tax prep work as it will avoid the wastage in terms of penalties and interest?    If you will consent, I shall put in a consented motion for tax preparation fees etc. for 2016 taxes, in line with 2015 fees, well ahead of time to avoid wastage.    Please let me know as soon as you can.   Sincerely,  Iftikar

> Begin forwarded message:

> **From:** E*TRADE SECURITIES LLC <etrade_tax_mbox@statement.etradefinancial.com>
> **Date**                                6:51:58 AM
> **To:** ███████████████████
> **Subject:** You Have Received a New Tax Document

 

## A new tax document is now available online

View Now

Dear Iftikar,
Account number ending in: ███ 

A new tax document for your E*TRADE Securities brokerage account shown above has arrived. **To view and print an official copy, please visit the E*TRADE Tax Center (log on required).**

**For customers receiving a Consolidated 1099 (available by February 15)**
Along with your tax form, you'll find a document entitled *Understanding Your 2016 Forms 1099 & Details*. It contains information to help you navigate the new layout of this year's tax document.