UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

IFTIKAR AHMED,

    Defendant, and

IFTIKAR ALI AHMED SOLE PROP,
I-CUBED DOMAINS, LLC; SHALINI AHMED;
SHALINI AHMED 2014 GRANTOR RETAINED
ANNUITY TRUST; DIYA HOLDINGS LLC;
DIYA REAL HOLDINGS, LLC; I.I. 1, a minor
child, by and through his next friends IFTIKAR
and SHALINI AHMED, his parents; I.I. 2, a minor
child, by and through his next friends IFTIKAR
and SHALINI AHMED, his parents; and I.I. 3, a
minor child, by and through his next friends
IFTIKAR and SHALINI AHMED, his parents,

    Relief Defendants.

Civil Action No.
3:15-CV-675 (JBA)

ORDER ON CONSENT

---

**WHEREAS** on August 1, 2014, a $500,000 investment was made into the Fort Warren Opportunities Fund, LP (the "U.S. Fund") in the name of Iftikar A. Ahmed and Shalini A. Ahmed;

**WHEREAS** on August 12, 2015, the Court entered [Doc. # 113] a preliminary injunction freezing assets of Defendant Iftikar Ahmed and various Relief Defendants ("Asset Freeze Order");

**WHEREAS** the U.S. Fund and the Fort Warren Opportunities Master Fund, LP (the "Master Fund"), in consultation with the Investment Manager of the funds, decided to

suspend redemption rights, cease the investment operations of the U.S. Fund, and commence steps to complete an orderly wind down of the business of the funds;

**WHEREAS** all investor proceeds need be distributed from the funds in order for the funds to wind down;

**WHEREAS** Iftikar A. Ahmed and Shalini A. Ahmed are expected to receive a distribution of an amount that, following the application of a wind down expense that has been charged to the U.S. Fund's investors on a pro rata basis, is less than the original $500,000 investment;

**WHEREAS** Plaintiff United States Securities and Exchange Commission, Defendant Iftikar Ahmed, and Relief Defendant Shalini Ahmed consent to the modification of the Asset Freeze Order;

Upon consent, **IT IS HEREBY ORDERED** that the Court's Asset Freeze Order dated August 12, 2015 is modified as follows:

1. To allow the fund to wind down its business, the Fort Warren Opportunities Fund, LP, is permitted to distribute the remainder of the herein referenced $500,000 investment into a frozen bank account at Northern Trust ending x3934 in the name of Iftikar and Shalini Ahmed.

IT IS SO ORDERED this 22d day of May, 2017

_____
Janet Bond Arterton, U.S.D.J.