UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------------ X
UNITED STATES SECURITIES AND EXCHANGE :
COMMISSION, :
:
        Plaintiff, :
:
v. :
:
IFTIKAR AHMED, :
: Civil Action No.
        Defendant, and : 3:15-CV-675 (JBA)
:
IFTIKAR ALI AHMED SOLE PROP, : ORDER
I-CUBED DOMAINS, LLC; SHALINI AHMED; : GRANTING CONSENT MOTION
SHALINI AHMED 2014 GRANTOR RETAINED : TO MODIFY THE ASSET
ANNUITY TRUST; DIYA HOLDINGS LLC; : FREEZE ORDER TO PERMIT
DIYA REAL HOLDINGS, LLC; I.I. 1, a minor : SALE OF CERTAIN SHARES
child, by and through his next friends IFTIKAR :
and SHALINI AHMED, his parents; I.I. 2, a minor :
child, by and through his next friends IFTIKAR :
and SHALINI AHMED, his parents; and I.I. 3, a :
minor child, by and through his next friends :
IFTIKAR and SHALINI AHMED, his parents, :
:
        Relief Defendants. :
------------------------------------------------------------------ X

    **WHEREAS** Defendant Iftikar Ahmed is 60% owner of The Essell Group, LLC ("Essell Group");

    **WHEREAS** on or about May 18, 2012, Essell Group purchased shares of a company (the "Company") for an approximate aggregate investment amount of $175,000;

    **WHEREAS** on August 12, 2015, the Court entered [Doc. # 113] its Ruling and Order Granting Preliminary Injunction freezing certain assets ("Asset Freeze Order"), which in part ordered that "[a]ny…entity holding any funds, securities or other assets of Defendant Iftikar Ahmed…shall hold and retain within their control and prohibit the withdrawal, removal,

transfer or other disposal of any such funds or other assets";

**WHEREAS** the Company intends to effectuate a merger pursuant to which outstanding shares (including those owned by the Essell Group) will be cancelled and converted into the right to receive an amount in cash. At the closing of the merger, and following the delivery of a letter of transmittal to the paying agent, former shareholders (including the Essell Group) will be entitled to receive cash proceeds from the paying agent;

**WHEREAS** the SEC requests that the Court modify the Asset Freeze Order to (1) permit the Company to effectuate its merger thereby allowing shares owned by Essell Group to be cancelled; and (2) order the paying agent to remit funds belonging to Essell Group into Essell Group's frozen bank account at Northern Trust ending x5234; and

**WHEREAS** plaintiff SEC and Defendant Ahmed agree that Essell Group should be permitted to, immediately on receipt of such funds, use these funds to pay any related taxes, federal, state or local, and fees associated with the preparation of such taxes, if any, on the gains of this investment.

////

Upon consent, **IT IS HEREBY ORDERED** that the Court's Asset Freeze Order dated August 12, 2015 is modified as follows:

The Company is permitted to convert into cash the shares the shares owned by The Essell Group, LLC, and is further permitted to transfer that cash into Northern Trust bank account ending x5234 in the name of The Essell Group, LLC.

IT IS SO ORDERED this 12th day of May, 2017

_____
Janet Bond Arterton, U.S.D.J.