Case 3:15-cv-00675-JBA   Document 570   Filed 05/22/17   Page 1 of 2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------- X
UNITED STATES SECURITIES AND EXCHANGE  :
COMMISSION,                                                                          :
                                                                                                    :
              Plaintiff,                                                              :
                                                                                                    :
v.                                                                                                 :
                                                                                                    :
IFTIKAR AHMED,                                                                     :
                                                                                                    :
              Defendant, and                                                  :    Civil Action No.
                                                                                                    :    3:15-CV-675 (JBA)
IFTIKAR ALI AHMED SOLE PROP,                                        :
I-CUBED DOMAINS, LLC; SHALINI AHMED;                       :                    ORDER ON
SHALINI AHMED 2014 GRANTOR RETAINED                    :    CONSENT
ANNUITY TRUST; DIYA HOLDINGS LLC;                           :
DIYA REAL HOLDINGS, LLC; I.I. 1, a minor                        :
child, by and through his next friends IFTIKAR                    :
and SHALINI AHMED, his parents; I.I. 2, a minor              :
child, by and through his next friends IFTIKAR                    :
and SHALINI AHMED, his parents; and I.I. 3, a                 :
minor child, by and through his next friends                       :
IFTIKAR and SHALINI AHMED, his parents,                     :
                                                                                                    :
              Relief Defendants.                                                :
---------------------------------------------------------------- X

**WHEREAS** on August 12, 2015, the Court entered a preliminary injunction freezing assets of Defendant Iftikar Ahmed and various Relief Defendants (Doc. No. 113);

**WHEREAS** a release of funds is necessary to engage accountants for the preparation of tax returns for Shalini Ahmed and The Iftikar Foundation, the timely filing of returns being necessary to avoid potential liens against the Relief Defendants' assets and thus to preserve the status quo of the assets during the pendency of the asset freeze; and

**WHEREAS** Plaintiff United Sates Securities Exchange Commission (the "Commission") has consented to the motion;

Upon consent, **IT IS HEREBY ORDERED** that the Court's Asset Freeze Order dated August 12, 2015, as modified by the Endorsement Order dated February 19, 2016, is further modified as follows:

1. Funds in the amount of $7,500.00, held in the account of Relief Defendant Shalini Ahmed ending x7540 at Fidelity, are released from the Court's asset freeze order for payment by check to Reardon and Company LLP, 111 Willard Street, Quincy, MA 02169.

2. Funds in the amount of $3,000.00, held in the account of Relief Defendant Shalini Ahmed ending x7540 at Fidelity, are released from the Court's asset freeze order for payment by check to Cummings and Lockwood LLC, P.O. Box 120, Stamford, CT 06904-0120.

3. Any funds remaining from the estimated fees set forth above are to be re-deposited by Relief Defendants to the Fidelity account.

4. The Commission is directed to use all practical and reasonable efforts to ensure that all relief specified herein is effectuated promptly.

IT IS SO ORDRED this 22d day of May, 2017

Janet Bond Arterton, U.S.D.J.