UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>    v.<br><br>IFTIKAR AHMED,<br><br>        Defendant, and<br><br>IFTIKAR ALI AHMED SOLE PROP; I-CUBED DOMAINS, LLC; SHALINI AHMED; SHALINI AHMED 2014 GRANTOR RETAINED ANNUITY TRUST; DIYA HOLDINGS LLC; DIYA REAL HOLDINGS, LLC; I.I. 1, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; I.I. 2, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; and I.I. 3, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents,<br><br>        Relief Defendants. | Civil Action No. 3:15cv675 (JBA) |

**PLAINTIFF UNITED STATES SECURITIES AND EXCHANGE COMMISSION'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO SANCTION OAK FOR MISREPRESENTATIONS AND LIES IN ITS DEPOSITION BY WITNESS GRACE A. AMES ON JULY 15TH, 2015**

Plaintiff United States Securities and Exchange Commission ("SEC") files this opposition to Defendant Iftikar Ahmed's motion [Doc. # 532] ("Motion") to "immediately sanction the Oak representative, Ms. Grace A. Ames, and impose penalties and punishment as prescribed by 18 US Code § 1621." *Id*. at 17.  Defendant's Motion is frivolous and should be denied.

Defendant hurls accusations against who he refers to as "the SEC and their masters, the non-party, Oak" (Motion at 3) by again proclaiming that Ms. Grace Ames "lied in her deposition under oath" (Motion at 6, 8, 11, 12, 16) and that those lies are "protected by the SEC-endorsed shrouds of confidential black ink." *Id*. at 4. Defendant asks the Court to "impose penalties and punishment as prescribed by 18 US Code§ 1621" (Motion at 14) which carries a maximum term of imprisonment of five years and a $2,000 fine. *See United States v. Koonce*, 485 F.2d 374, 378 n. 5 (8th Cir. 1973).

Defendant's instant Motion is substantially similar to his prior requests [Doc. ## 522, 524, & 528] that this Court sanction Oak and the SEC. For the reasons stated in the SEC's prior opposition filings [Doc. # 554 & 558], Defendant's Motion is frivolous and should be denied. Defendant had the opportunity to attend Ms. Ames' deposition, but opted to flee the United States instead. Defendant had the opportunity to rebut Ms. Ames's testimony, but opted to invoke his rights against self-incrimination instead. Defendant's instant request that the Court simply declare Ms. Ames guilty of perjury and "impose penalties and punishment as prescribed by 18 US Code§ 1621" (Motion at 17) based entirely on Defendant's self-serving assertions within his Motion has no support in fact or law. Defendant's Motion is frivolous and should be denied.

DATED: May 22, 2017.

*s/ Mark L. Williams*
Nicholas P. Heinke
Mark L. Williams
U.S. Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, CO 80294-1961
(303) 844-1071 (Heinke)
(303) 844-1027 (Williams)
HeinkeN@sec.gov
WilliamsML@sec.gov
Attorneys for Plaintiff

<u>CERTIFICATE OF SERVICE</u>

I certify that on May 22, 2017, a copy of the foregoing document was emailed to Defendant Iftikar Ahmed at IftyAhmed@icloud.com, and served via ECF upon the following:

Jonathan Harris
Reid Skibell
David Deitch
Alexander Sakin
S. Gabriel Hayes-Williams
Harris, St. Laurent & Chaudhry LLP
40 Wall Street, 53rd Floor
New York, NY 10005
(Counsel for Relief Defendants)

<u>*s/ Mark L. Williams*</u>
Mark L. Williams