UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------------ X
UNITED STATES SECURITIES AND EXCHANGE :
COMMISSION, :
:
        Plaintiff, :
:
v. :
:
IFTIKAR AHMED, :
:
        Defendant, and :    Civil Action No.
:     3:15-CV-675 (JBA)
IFTIKAR ALI AHMED SOLE PROP, :
I-CUBED DOMAINS, LLC; SHALINI AHMED; :
SHALINI AHMED 2014 GRANTOR RETAINED :     ORDER ON
ANNUITY TRUST; DIYA HOLDINGS LLC; :     CONSENT
DIYA REAL HOLDINGS, LLC; I.I. 1, a minor :
child, by and through his next friends IFTIKAR :
and SHALINI AHMED, his parents; I.I. 2, a minor :
child, by and through his next friends IFTIKAR :
and SHALINI AHMED, his parents; and I.I. 3, a :
minor child, by and through his next friends :
IFTIKAR and SHALINI AHMED, his parents, :
:
        Relief Defendants. :
------------------------------------------------------------------ X

**WHEREAS** on August 12, 2015, the Court entered [Doc. # 113] a preliminary injunction freezing assets of Defendant Iftikar Ahmed and various Relief Defendants ("Asset Freeze Order");

**WHEREAS** on June 6, 2017, the U.S. Securities and Exchange Commission requested [Doc. # 584] that the Asset Freeze Order be modified to allow certain distributions made to the Essell Group LLC from Ribbit Capital, L.P. and Ribbit Capital II, L.P to be transferred to the Essel Group LLC's account ending x5234 at The Northern Trust Company;

**WHEREAS** Defendant Iftikar Ahmed consents to the modification of the Asset Freeze Order and the requested transfer;

Upon consent, **IT IS HEREBY ORDERED** that the Court's Asset Freeze Order dated August 12, 2015, as modified by the Endorsement Order dated February 19, 2016, is further modified as follows:

1. Distributions to The Essell Group LLC from Ribbit Capital, L.P. and Ribbit Capital II, L.P totalling $145,627.48 is to be transferred to to The Essell Group LLC's Northern Trust Company account ending x5234.

2. The Commission is directed to use all practical and reasonable efforts to ensure that all relief specified herein is effectuated promptly.

IT IS SO ORDRED this 12 day of June, 2017

Janet Bond Arterton, U.S.D.J.