UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------- X
UNITED STATES SECURITIES AND              :
EXCHANGE COMMISSION,                      :
                                          :
                *Plaintiff,*              :
                                          :
  v.                                      :
                                          :
IFTIKAR AHMED,                            :
                                          :
              *Defendant, and*        :
                                          :
IFTIKAR ALI AHMED SOLE PROP,              :   Civil Action No.
I-CUBED DOMAINS, LLC; SHALINI AHMED;      :   3:15-CV-675 (JBA)
SHALINI AHMED 2014 GRANTOR RETAINED       :
ANNUITY TRUST; DIYA HOLDINGS LLC;         :
DIYA REAL HOLDINGS, LLC; I.I. 1, a minor  :
child, by and through his next friends IFTIKAR and  :
SHALINI AHMED, his parents; I.I. 2, a minor child,  :
by and through his next friends IFTIKAR and         :
SHALINI AHMED, his parents; and I.I. 3, a minor     :
child, by and through his next friends IFTIKAR and  :
SHALINI AHMED, his parents,               :
                                          :
           *Relief Defendants.*     :
---------------------------------------------------------------- X
                                                                                  JUNE 12, 2017

**RELIEF DEFENDANTS' APPLICATION ON CONSENT FOR RELEASE OF
FUNDS FOR PAYMENT OF ATTORNEYS' FEES AND DISBURSEMENTS**

       Pursuant to the Court's Modified Omnibus Order on Consent [Dkt. # 387], Relief Defendants I-Cubed Domains, LLC, Shalini Ahmed, Shalini Ahmed 2014 Grantor Retained Annuity Trust, DIYA Holdings, LLC, DIYA Real Holdings, LLC, I.I. 1, I.I. 2, and I.I. 3 (together, "Relief Defendants"), by and through undersigned counsel, respectfully submit this Application for Release of Funds for Payment of Attorneys' Fees and Disbursements. Plaintiff United States Securities and Exchange Commission

("SEC") does not object to the requested releases, but reserves the right to object to certain fees.

## ARGUMENT

On August 12, 2015, the Court entered a preliminary injunction freezing assets of Defendant Iftikar Ahmed and various Relief Defendants ("Asset Freeze Order") [Dkt. No. 113]. On February 19, 2016, the Court granted a limited modification of the Asset Freeze Order ("Endorsement Order") to permit the release of funds derived from the rental proceeds from the apartment held by DIYA Real Holdings LLC [Dkt. No. 195]. Subsequently, the Court entered a Modified Omnibus Order on Consent on January 3, 2017 [Dkt. No. 387], permitting the use of rental income from the apartment unit owned by DIYA Holdings LLC (Unit 12A) for the same purpose.

Ms. Ahmed now seeks the release of funds from the asset freeze, specifically proceeds from the apartment leases in the accounts of DIYA Holdings LLC and DIYA Real Holdings LLC, in order to continue to pay attorneys' fees and disbursements incurred in this matter.

Professional fees for the law firm of Harris, St. Laurent and Chaudhry LLP incurred from the inception of this matter through April 30, 2017, totaled $1,677,290.00 and disbursements totaled $78,985.72, inclusive of expert fees incurred to date; the outstanding amount due to Harris, St. Laurent & Chaudhry LLP is $1,283,767.424. Below is a summary of the amounts billed:

**Summary of Amounts Billed by Harris, St. Laurent & Chaudhry LLP**

| Invoice No. | Date | Professional Services | Disbursements | Invoice Total |
|---|---|---|---|---|
| 2470 | 9/30/15 | $447,998.75 | $14,103.72 | $462,102.47 |

| 2656 | 10/1/15 - 0/31/15 | $87,708.75 | $6,972.11 | $94,680.86 |
|---|---|---|---|---|
| 2963 | 11/1/15 - 2/31/15 | $88,545.00 | $300.00 | $88,845.00 |
| 4119 | 1/1/16 - 4/30/16 | $113,146.25 | $6,671.25 | $119,817.50 |
| 4509 | 5/1/16 - 7/31/16 | $83,612.50 | $2,924.67 | $86,537.17 |
| 4827 | 8/1/16 - 9/30/16 | $54,796.25 | $6,276.53 | $61,072.78 |
| 5022 | 10/1/16 - 1/31/16 | $86,233.75 | $3,440.57 | $89,674.32 |
| 5319 | 11/1/16 - 1/30/16 | $93,585.00 | $658.07 | $94,243.07 |
| 5544 | 12/1/16 - 2/31/16 | $121,153.75 | $2,879.06 | $124,032.81 |
| 5689 | 1/1/17 - 1/31/17 | $174,603.75 | $4,560.48 | $179,164.23 |
| 6186 | 2/1/17 - 3/31/17 | $250,212.50 | $29,689.43 | $279,901.93 |
| 6379 | 4/1/17 - 4/30/17 | $75,693.75 | $509.83[1] | $75,998.05 |
| **TOTAL** | | **$1,677,290.00** | **$78,985.72** | **$1,756,069.19** |
| Balance as of 4/30/17 = **$1,283,767.424** | | | | |

**Summary of Amounts Paid to Harris, St. Laurent & Chaudhry LLP**

| Date | Order | Amount |
|---|---|---|
| 10/21/15 | - | $31,810.41 |
| 9/07/16 | [Dkt. No. 304] | $58,500.00 |
| 1/03/17 | [Dkt. No. 387] | $215,000.00 |
| 3/10/17 | [Dkt. No. 487] | $68,771.95 |
| 3/21/17 | [Dkt. No. 495] | $861.54 |
| 5/12/17 | [Dkt. No. 548] | $76,614.40 |
| | **Total (excluding expert fees)** | **$450,696.76** |

---

[1] The disbursement amount for April 2017 reflects an adjustment of $2,232.21 for expenses billed in March 2017 and costs of $205.53 for the storage of Relief Defendants' property secured pursuant to the Court's Modified Omnibus Order on Consent [Doc. No. 387] which provides that such storage costs are payable from the account of Relief Defendant Shalini Ahmed ending x7540 at Fidelity.

Full invoices issued since the submission of Relief Defendants' previous Fee Application, filed April 24, 2017 [Dkt. No. 523], including time-and-task information, from Harris, St. Laurent & Chaudhry LLP are attached hereto as Exhibit 1.

Fees for the law firm of Murtha Cullina LLP, incurred from the inception of this matter through April 30, 2017, totaled $208,171.50, and disbursements totaled $1,177.34; the outstanding amount due to Murtha Cullina LLP is $100,356.70. Below is a summary of the amounts billed:

**Summary of Amounts Billed by Murtha Cullina LLP**

| Invoice No. | Date | Professional Services | Disbursements | Invoice Total |
|---|---|---|---|---|
| 514960 | 8/31/15 | $18,813.00 | $375.00 | $19,188.00 |
| 515975 | 9/3/15 | $4,638.00 | $11.74 | $4,649.74 |
| 518495 | 10/30/15 | $4,068.50 | $58.08 | $4,126.58 |
| 519848 | 11/30/15 | $27,031.50 | $101.90 | $27,133.40 |
| 521133 | 12/15/15 | $5,531.00 | - | $5,531.00 |
| 522962 | 1/29/16 | $2,781.50 | $34.77 | $2,816.27 |
| 523891 | 2/29/16 | $1,253.00 | $19.13 | $1,272.13 |
| 525257 | 3/31/16 | $1,266.00 | $51.05 | $1,317.05 |
| 526689 | 4/29/16 | $852.50 | $82.98 | $935.48 |
| 528176 | 5/31/16 | $2,141.00 | $15.96 | $2,156.96 |
| 529251 | 6/30/16 | $1,986.50 | $37.34 | $2,023.84 |
| 530480 | 7/29/16 | $36,621.50 | $26.65 | $36,648.15 |
| 531842 | 8/31/16 | $1,163.00 | $18.67 | $1,181.67 |
| 532685 | 9/29/16 | $4,820.50 | $53.76 | $4,874.26 |
| 534020 | 10/31/16 | $1,393.00 | $15.96 | $1,408.96 |
| 535159 | 11/30/16 | $3992.50 | $15.96 | $4,008.46 |
| 535606 | 12/31/16 | $15,119.50 | $37.34 | $15,156.84 |
| 536937 | 1/31/17 | $15,179.50 | $42.61 | $15,222.11 |
| 538073 | 2/28/17 | $30,199.50 | $11.38 | $30,210.88 |
| 539870 | 3/31/17 | $16,634.50 | $52.52 | $16,687.02 |
| 542389 | 4/28/17 | $6,547.00 | $65.07 | $6,612.07 |
| 544624 | 5/31/17 | $6,138.50 | $49.47 | $6,187.97 |
| **TOTAL** | | **$208,171.50** | **$1,177.34** | **$209,348.84** |
| Balance Due as of 4/30/17 = **$100,356.70** | | | | |

**Summary of Amounts Paid to Murtha Cullina LLP**

| Date | Order | Amount |
|---|---|---|
| 10/30/15 | - | $25,000.00 |
| 9/07/16 | [Dkt. No. 304] | $6,500.00 |
| 1/03/17 | [Dkt. No. 387] | $62,771.95 |
| 3/10/17 | [Dkt. No. 487] | $7,614.32 |
| 5/12/17 | [Dkt. No. 548] | $8,512.72 |
| | Total | $110,398.99 |

Full invoices issued since the submission of Relief Defendants' previous Fee Application, filed April 24, 2017 [Dkt. No. 523], including time-and-task information, from Murtha Cullina LLP are attached hereto as Exhibit 2.

Funds presently available in the accounts of DIYA Holdings and DIYA Real Holdings total $88,488.39. Relief Defendants request that the amount of $48,488.38 be released to be paid towards counsels' fees and disbursements on a pro rata basis. The requested releases, as set forth in the accompanying Proposed Order, will leave balances of $20,000.00 in the accounts of both DIYA Holdings and DIYA Real Holdings.

Relief Defendants further request that the Court release the sum of $205.53 to Harris, St. Laurent & Chaudhry LLP from the account of Relief Defendant Shalini Ahmed at Fidelity for the expense of the storage of Relief Defendants' property secured pursuant to the Court's Modified Omnibus Order on Consent ([Doc. No. 387] at ¶ 8). As noted, the SEC does not object to this application.

WHEREFORE, the Relief Defendants respectfully request that the Court modify the asset freeze order to release the sums of $43,845.07 to Harris St. Laurent & Chaudhry LLP and $4,848.84 to Murtha Cullina LLP, from the accounts of Relief Defendants

DIYA Holdings LLC, DIYA Real Holdings LLC, and Shalini Ahmed for partial payment of disbursements and legal fees that Relief Defendants have incurred in this litigation.

Dated: New York, New York
June 12, 2017

                                  Respectfully submitted,

                                  */s/ S. Gabriel Hayes-Williams*
Jonathan Harris (phv07583)
David B. Deitch (phv07260)
S. Gabriel Hayes-Williams (phv07948)
HARRIS, ST. LAURENT
& CHAUDHRY LLP
40 Wall Street, 53rd Floor
New York, New York 10005
Telephone: 212.397.3370
Facsimile: 212.202.6202

Paul E. Knag (ct04194)
Kristen L. Zaehringer (ct27044)
MURTHA CULLINA LLP
177 Broad Street, 16th Floor
Stamford, Connecticut 06901
Telephone: 203.653.5400
Facsimile: 203.653.5444

*Attorneys for Relief Defendants
I-Cubed Domain, LLC, Shalini Ahmed,
Shalini Ahmed 2014 Grantor Retained
Annuity Trust, Diya Holdings, LLC, Diya
Real Holdings, LLC, I.I. 1, I.I. 2 and I.I. 3*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 12, 2017, I caused a copy of the foregoing Motion, and the accompanying Exhibits and Proposed Order to be served by ECF upon:

Nicholas P. Heinke
Mark L. Williams
U.S. Securities and Exchange Commission
1961 Stout St., Suite 1700
Denver, CO 80294
HeinkeN@sec.gov
WilliamsML@sec.gov

Iftikar Ahmed
c/o Advocate Anil Sharma
10 Government Place East
Ground Floor
Kolkatta, West Bengal, India 700-069
iftyahmed@icloud.com

                */s/ S. Gabriel Hayes-Williams*

7