# EXHIBIT 1

**Harris, St. Laurent & Chaudhry LLP**
40 Wall St. 53rd floor
New York, NY 10005
646-571-0664

05-22-2017

PC09046 Shalini Ahmed

**Invoice Number: 6379**
Invoice Period: 04-01-2017 - 04-30-2017

**RE: PC09046-001 SEC v Ahmed (1085-101)**

## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04-02-2017 | Jonathan Harris | read motion filed by Iftikar Ahmed | 0.750 | 750.00 | 562.50 |
| 04-03-2017 | Jonathan Harris | strategy re summary judgment motion | 0.750 | 750.00 | 562.50 |
| 04-03-2017 | Priya Chaudhry | call with client; email | 1.000 | 750.00 | 750.00 |
| 04-03-2017 | Evan W. Bolla | Strategy emails. | 0.250 | 450.00 | 112.50 |
| 04-03-2017 | David Deitch | Emails regarding timing of summary judgment motions. | 0.250 | 600.00 | 150.00 |
| 04-03-2017 | Gabriel Hayes-Williams | Email SEC re home insurance motion; email w/ S. Ahmed follow up re strategy meeting | 0.500 | 375.00 | 187.50 |
| 04-04-2017 | Gabriel Hayes-Williams | Email SEC re insurance motion; file motion for home insurance, email S. Ahmed re same; disc. and email w/ E. Bolla Redacted | 0.500 | 375.00 | 187.50 |
| 04-04-2017 | Priya Chaudhry | email with NG; internal meeting | 1.250 | 750.00 | 937.50 |
| 04-04-2017 | Evan W. Bolla | Discuss strategy. | 0.250 | 450.00 | 112.50 |
| 04-04-2017 | Jonathan Harris | SJ motion; confer w/EWB and GHW re strategy; confer w/PC re Redacted | 1.250 | 750.00 | 937.50 |
| 04-05-2017 | Jonathan Harris | strategy re SJ motion | 0.250 | 750.00 | 187.50 |
| 04-05-2017 | Priya Chaudhry | email, internal meeting | 0.750 | 750.00 | 562.50 |
| 04-05-2017 | Evan W. Bolla | Review and draft objection to summary judgment filing deadline. | 4.500 | 450.00 | 2,025.00 |
| 04-05-2017 | David Deitch | Revise motion regarding rescheduling of deadline for summary judgment motions and emails regarding same. | 2.250 | 600.00 | 1,350.00 |
| 04-05-2017 | Gabriel Hayes-Williams | Telephone call w/ Ahmed; email w/ E. Bolla; draft edits to motion, email w/ K. Zaehringer/P. Knag, revise motion/memo | 1.500 | 375.00 | 562.50 |
| 04-06-2017 | Gabriel Hayes-Williams | Edits to memo of law; email local counsel re same; disc. w/ E. Bolla re same; telephone call w/ S. Ahmed | 0.750 | 375.00 | 281.25 |
| 04-06-2017 | Priya Chaudhry | review docs; internal meeting | 1.750 | 750.00 | 1,312.50 |
| 04-06-2017 | Jonathan Harris | engaged re texts; memorandum of law | 0.500 | 750.00 | 375.00 |
| 04-07-2017 | Jonathan Harris | review orders of the court; strategy | 0.750 | 750.00 | 562.50 |
| 04-07-2017 | Priya Chaudhry | internal meetings; review docs; call client | 2.000 | 750.00 | 1,500.00 |
| 04-07-2017 | Reid Skibell | Review orders; conference re: same. | 0.500 | 600.00 | 300.00 |
| 04-07-2017 | David Deitch | Emails regarding various rulings from court; telephone conference with J. Harris regarding same. | 0.500 | 600.00 | 300.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04-07-2017 | Evan W. Bolla | Review and analysis of court decisions and emails re: same. | 0.750 | 450.00 | 337.50 |
| 04-08-2017 | Reid Skibell | Review orders. | 0.250 | 600.00 | 150.00 |
| 04-08-2017 | Evan W. Bolla | Emails on decision. | 0.250 | 450.00 | 112.50 |
| 04-08-2017 | Jonathan Harris | read orders of the court; strategy | 0.500 | 750.00 | 375.00 |
| 04-10-2017 | Priya Chaudhry | email | 0.250 | 750.00 | 187.50 |
| 04-10-2017 | Gabriel Hayes-Williams | Telephone call w/ S. Ahmed; telephone call w/ Fidelity re fund release | 1.250 | 375.00 | 468.75 |
| 04-11-2017 | Gabriel Hayes-Williams | Email SEC re Fidelity fund release | 0.250 | 375.00 | 93.75 |
| 04-11-2017 | Priya Chaudhry | email with client | 0.500 | 750.00 | 375.00 |
| 04-11-2017 | Jonathan Harris | emails; strategy re texts to Shalini | 0.500 | 750.00 | 375.00 |
| 04-12-2017 | Priya Chaudhry | email with client; review docs; call with client; email with NG; internal meeting | 1.000 | 750.00 | 750.00 |
| 04-12-2017 | Gabriel Hayes-Williams | Draft fee motion; follow up with SEC re Fidelity compliance with order | 1.500 | 375.00 | 562.50 |
| 04-13-2017 | Priya Chaudhry | internal meeting; call with NG; email | 1.000 | 750.00 | 750.00 |
| 04-14-2017 | Priya Chaudhry | internal meeting; talk with AL | 1.000 | 750.00 | 750.00 |
| 04-14-2017 | Jonathan Harris | confer w/DD and EWB re summary judgment motion and opposition | 0.500 | 750.00 | 375.00 |
| 04-14-2017 | David Deitch | Telephone conference with J. Harris and E. Bolla regarding Redacted; email D. Momborquette regarding deposition and further document production. | 4.500 | 600.00 | 2,700.00 |
| 04-14-2017 | Gabriel Hayes-Williams | Conf. w/ JH; review email from SEC; attention to fee application and accounting; review Redacted draft notes and email to D. Deitch re same | 3.000 | 375.00 | 1,125.00 |
| 04-16-2017 | David Deitch | Review letter from counsel for Oak; telephone conference with J. Harris regarding same. | 0.500 | 600.00 | 300.00 |
| 04-16-2017 | Jonathan Harris | review letter from Momborquette re Oak depo; strategy; call w/DD | 0.750 | 750.00 | 562.50 |
| 04-17-2017 | Jonathan Harris | call w/ DD re Oak deposition; emails | 0.500 | 750.00 | 375.00 |
| 04-17-2017 | Priya Chaudhry | internal meeting; email | 0.750 | 750.00 | 562.50 |
| 04-17-2017 | David Deitch | Legal research regarding Redacted telephone conference with J. Harris regarding response to counsel for Oak regarding deposition; email D. Momborquette regarding same; review Redacted | 6.500 | 600.00 | 3,900.00 |
| 04-17-2017 | Gabriel Hayes-Williams | Telephone calls w/ S. Ahmed; telephone call w/ M. Williams; Redacted attention to Oak deposition arrangements; Redacted | 5.500 | 375.00 | 2,062.50 |
| 04-17-2017 | Evan W. Bolla | Discussions and email re: motion and depo. | 1.500 | 450.00 | 675.00 |
| 04-18-2017 | Evan W. Bolla | Calls and emails re: motions and deposition. | 2.000 | 450.00 | 900.00 |
| 04-18-2017 | David Deitch | Redacted; legal research regarding summary judgment issues. | 5.750 | 600.00 | 3,450.00 |
| 04-18-2017 | Gabriel Hayes-Williams | Review emails and hold conf. w/ S. Ahmed, other, re Fort Warren distribution; review documents re investment, emails re same; | 4.750 | 375.00 | 1,781.25 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | review report and transcript of Kokesh argument | | | |
| 04-18-2017 | Priya Chaudhry | emails; meeting | 0.750 | 750.00 | 562.50 |
| 04-18-2017 | Jonathan Harris | confer w/ DD re Kokesh oral argument; confer w/ GHW re apartment rental; proposed consent motion from SEC re private investment; read Kokesh transcript | 2.250 | 750.00 | 1,687.50 |
| 04-19-2017 | Jonathan Harris | Kokesh issue; issue re private funds; confer w/ GHW; confer w/DD re motion; motion to Judge Arterton | 1.500 | 750.00 | 1,125.00 |
| 04-19-2017 | Priya Chaudhry | review emails | 0.500 | 750.00 | 375.00 |
| 04-19-2017 | Gabriel Hayes-Williams | Attention to Fort Warren; conf. call w/ S. Ahmed re same, emails with team; review lease renewal agreement, minor edits and email w/ SEC re same; attention to accounting; email w/ local counsel re fee application | 3.500 | 375.00 | 1,312.50 |
| 04-19-2017 | David Deitch | Revise 30(b)(6) topic list for Oak deposition; emails regarding same; legal research regarding Redacted raft motion to delay summary judgment motions; telephone conferences with J. Harris and K. Zaehringer regarding same. | 7.500 | 600.00 | 4,500.00 |
| 04-19-2017 | Evan W. Bolla | Review Kokesh articles and emails re: motion. | 0.750 | 450.00 | 337.50 |
| 04-20-2017 | Evan W. Bolla | Review motion and edits. | 0.500 | 450.00 | 225.00 |
| 04-20-2017 | David Deitch | Revise motion to delay motions for summary judgment until after US Sup. Ct. decision in Kokesh; filing of same; Redacted | 4.000 | 600.00 | 2,400.00 |
| 04-20-2017 | Gabriel Hayes-Williams | Emails w/ SEC re Fort Warren distribution, discussions w/ J. Harris re same; review brief motion to delay MSJ pending Kokesh, t/c w/ D. Deitch re same and file motion; email SEC re DIYA entities, email w/ local counsel re same | 3.250 | 375.00 | 1,218.75 |
| 04-20-2017 | Priya Chaudhry | call with MB; review emails | 1.000 | 750.00 | 750.00 |
| 04-20-2017 | Jonathan Harris | Fort Warren issue; Redacted motion for fees from apt rental | 2.250 | 750.00 | 1,687.50 |
| 04-21-2017 | Priya Chaudhry | read email | 0.250 | 750.00 | 187.50 |
| 04-21-2017 | Gabriel Hayes-Williams | Email w/ S. Ahmed re Fort Warren, taxes; internal discussions; telephone calls w/ S. Ahmed; prep potential distribution; draft emails; fee application; email w/ SEC re tax liability, lease agreement, fee application | 4.250 | 375.00 | 1,593.75 |
| 04-21-2017 | David Deitch | Emails regarding issues relating to Redacted | 8.000 | 600.00 | 4,800.00 |
| 04-23-2017 | Jonathan Harris | emails | 0.250 | 750.00 | 187.50 |
| 04-24-2017 | Jonathan Harris | confer w/DD and GWH re Fort Warren, Oak deposition; call w/SEC re Fort Warren issue | 1.750 | 750.00 | 1,312.50 |
| 04-24-2017 | Reid Skibell | Email correspondence re: Redacted | 0.500 | 600.00 | 300.00 |
| 04-24-2017 | David Deitch | Telephone conference with J. Harris and G. Hayes-Williams regarding pending matters; Redacted | 7.500 | 600.00 | 4,500.00 |
| 04-24-2017 | Evan W. Bolla | Emails on motion. | 0.250 | 450.00 | 112.50 |
| 04-24-2017 | Gabriel Hayes-Williams | Email re taxes; conf. call re Ft. Warren, etc; email w/ S. Ahmed re same; document searches; telephone call w/ M. Williams re | 5.500 | 375.00 | 2,062.50 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | taxes, fee application, etc.; follow up emails re taxes; attention to accounting, email to S. Ahmed re same; attention to arrangements for Oak deposition | | | |
| 04-25-2017 | Gabriel Hayes-Williams | Telephone call w/ S. Ahmed; call w/ D. Deitch re deposition prep | 1.000 | 375.00 | 375.00 |
| 04-25-2017 | David Deitch | Review Redacted. | 5.500 | 600.00 | 3,300.00 |
| 04-25-2017 | Priya Chaudhry | review filings and emails | 0.500 | 750.00 | 375.00 |
| 04-25-2017 | Jonathan Harris | confer w/DD re Oak deposition; read motions filed by I. Ahmed; confer w/GHW re status of motions | 1.000 | 750.00 | 750.00 |
| 04-26-2017 | Gabriel Hayes-Williams | Review bills and draft consent motion; draft consent motion re taxes | 0.500 | 375.00 | 187.50 |
| 04-27-2017 | Gabriel Hayes-Williams | Review edits to consent motion; telephone call w/ S. Ahmed re taxes; email M. Williams re latest tax bills and draft consent motion | 0.750 | 375.00 | 281.25 |
| 04-27-2017 | Jonathan Harris | read emails and filings | 1.000 | 750.00 | 750.00 |
| 04-28-2017 | Jonathan Harris | emails; review filings by I. Ahmed | 0.500 | 750.00 | 375.00 |
| 04-28-2017 | Priya Chaudhry | review filing | 0.250 | 750.00 | 187.50 |
| | | | | **Total Fees** | 75,693.75 |

## Time Summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| David Deitch | 52.750 | 600.00 | 31,650.00 |
| Evan W. Bolla | 11.000 | 450.00 | 4,950.00 |
| Gabriel Hayes-Williams | 38.250 | 375.00 | 14,343.75 |
| Jonathan Harris | 17.500 | 750.00 | 13,125.00 |
| Priya Chaudhry | 14.500 | 750.00 | 10,875.00 |
| Reid Skibell | 1.250 | 600.00 | 750.00 |
| | | **Total Fees** | 75,693.75 |

## Expenses

| Date | Description | Amount |
|---|---|---|
| 04-01-2017 | Pacer | 61.00 |
| 04-01-2017 | March 2017 Legal Research Fees | 300.00 |
| 04-03-2017 | 3.28 Shipping | 26.37 |
| 04-10-2017 | 4.5 Shipping | 27.75 |
| 04-13-2017 | 2.22 Behmke Rpts & Video Svc | 1,089.57 |
| 04-18-2017 | Colonial Parking- Parking for Supreme Court argument | 20.00 |
| 04-28-2017 | 2.28-3.31 Morgan & Brother Manhattan Storage - Property Storage | 205.53 |
| 04-30-2017 | 3.22 vdiscovery - Hosting | 711.82 |
| 04-30-2017 | April 2017 Legal Research Fees | 300.00 |
| | **Total Expenses** | 2,742.04 |

| | |
|---|---|
| **Sub-Total for this Invoice** | 78,435.79 |
| **March 2017 Expense Credit** | (2,232.21) |
| **Total for this Invoice** | 76,203.58 |
| **Total Balance Due for Matter** | 1,283,767.42 |

## Matter Statement of Account
As Of 05-25-2017

| Matter | Invoices / Credits | Trust | Balance Due |
|---|---:|---:|---:|
| PC09046-001 SEC v Ahmed | 1,283,767.42 | | 1,283,767.42 |
| | **Total Balance Due for Matter** | | **1,283,767.42** |

### PC09046-001 SEC v Ahmed

**Transactions**

| Date | Transaction | Applied | Invoice | Amount |
|---|---|---:|---:|---:|
| 04-12-2017 | Previous Balance | | | 1,284,178.24 |
| 04-18-2017 | Payment Applied | 20,950.00 | 6186 | |
| 05-17-2017 | Payment Received - Reference #6198171261 | | | (50,467.53) |
| 05-17-2017 | Payment Applied | 50,467.53 | 2470 | |
| 05-17-2017 | Payment Received - Reference #6198171262 | | | (26,146.87) |
| 05-17-2017 | Payment Applied | 26,146.87 | 2470 | |
| 05-22-2017 | Invoice 6379 | | | 76,203.58 |
| | | | **Balance** | **1,283,767.42** |

**Open Invoices and Credits**

| Date | Transaction | Amount | Applied | Balance |
|---|---|---:|---:|---:|
| 10-16-2015 | Invoice 2470 | 462,102.47 | (451,558.30) | 10,544.17 |
| 11-16-2015 | Invoice 2656 | 94,680.86 | | 94,680.86 |
| 01-12-2016 | Invoice 2963 | 88,845.00 | | 88,845.00 |
| 06-10-2016 | Invoice 4119 | 119,817.50 | | 119,817.50 |
| 08-24-2016 | Invoice 4509 | 86,537.17 | | 86,537.17 |
| 10-05-2016 | Invoice 4827 | 61,072.78 | | 61,072.78 |
| 11-07-2016 | Invoice 5022 | 89,674.32 | | 89,674.32 |
| 12-06-2016 | Invoice 5319 | 94,243.07 | | 94,243.07 |
| 01-11-2017 | Invoice 5544 | 124,032.81 | | 124,032.81 |
| 02-24-2017 | Invoice 5689 | 179,164.23 | | 179,164.23 |
| 04-12-2017 | Invoice 6186 | 279,901.93 | (20,950.00) | 258,951.93 |
| 05-22-2017 | Invoice 6379 | 76,203.58 | | 76,203.58 |
| | | | **Balance** | **1,283,767.42** |