# EXHIBIT 2

**Murtha Cullina LLP**
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



**Invoice Number: 542389**
April 28, 2017

VIA EMAIL:  jon@sc-harris.com
Shalini Ahmed, et al.
c/o Harris, St. Laurent & Chaudhry LLP
Attn: Jonathan Harris, Esq.
40 Wall Street, 53rd Floor
New York, NY  10005

Client:     003944 .... Ahmed, Shalini, et al.
Matter:     003944-0001 .... Adv. United States Securities and Exchange Commission

For **PROFESSIONAL SERVICES** through March 31, 2017              **$6,547.00**

**Disbursements**
United Parcel Service                          65.07
**Total Disbursements:**              **$65.07**

**Current Invoice Total:**     **$6,612.07**
Previous Balance Outstanding:     $95,113.02
**BALANCE DUE:**     **$101,725.09**

*Thank you for your business.*

**Murtha Cullina LLP**
Payment Remittance:  Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID:  06-0686015



<u>**Invoice Number: 542389**</u>
April 28, 2017

Client:      003944 .... Ahmed, Shalini, et al.
Matter:    003944-0001 .... Adv. United States Securities and Exchange Commission

---

### Client Funds Account Summary

| | |
|---|---|
| **Previous Client Funds Balance:** | **$25,000.00** |
| New Client Funds Received: | $0.00 |
| Additional Client Funds Disbursed: | <u>$0.00</u> |
| **Ending Client Funds Balance:** | **$25,000.00** |

*Thank you for your business.*



**Murtha Cullina LLP**
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015

<u>**Invoice Number: 542389**</u>
April 28, 2017

Client:      003944 .... Ahmed, Shalini, et al.
Matter:      003944-0001 .... Adv. United States Securities and Exchange Commission

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|---|---|
| 03/01/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's reply to plaintiff's opposition to his motion for fees for legal counsel to facilitate his return to the U.S. | $38.50 |
| 03/01/17 | Zaehringer | 0.1 | Reviewed Oak's memorandum of law in opposition to I. Ahmed's new motions to depose Oak and certain related parties. | $38.50 |
| 03/01/17 | Zaehringer | 0.1 | Reviewed D. Grudberg's correspondence to Judge Arterton regarding Oak's opposition to I. Ahmed's motion to depose. | $38.50 |
| 03/01/17 | Zaehringer | 0.8 | Reviewed and commented on draft of Relief Defendants' memorandum of law in opposition to Oak's motion to quash Rule 30(b)(6) deposition. | $308.00 |
| 03/01/17 | Zaehringer | 0.1 | Conference with P. E. Knag regarding <span style="color:red">REDACTED</span> | $38.50 |
| 03/01/17 | Zaehringer | 0.2 | Emails with D. Deitch (several) regarding draft of Relief Defendants' memorandum of law in opposition to Oak's motion to quash Rule 30(b)(6) deposition. | $77.00 |
| 03/01/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's further notice regarding his second "emergency" motion for release of funds to allow children to make "humanitarian" visit to India. | $38.50 |
| 03/01/17 | Zaehringer | 0.2 | Emails with G. Hayes-Williams (several) regarding <span style="color:red">REDACTED</span> | $77.00 |
| 03/01/17 | Zaehringer | 0.1 | Reviewed plaintiff's request for District Court to cancel March 3 telephonic status conference. | $38.50 |

*Thank you for your business.*

**Murtha Cullina LLP**
Payment Remittance:  Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID:  06-0686015



<u>**Invoice Number: 542389**</u>
April 28, 2017

Client:    003944 .... Ahmed, Shalini, et al.
Matter:   003944-0001 .... Adv. United States Securities and Exchange Commission

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Description</u> | <u>Amount</u> |
|------|-----------|-------|-------------|--------|
| 03/01/17 | Zaehringer | 0.1 | Reviewed plaintiff's consolidated "response" to I. Ahmed's motions (several) to depose Oak and certain related parties. | $38.50 |
| 03/01/17 | Knag | 0.5 | Reviewed filings. | $305.00 |
| 03/01/17 | Federico | 0.2 | Emails with G. Hayes-Williams regarding <span style="color:red">REDACTED</span> | $77.00 |
| 03/02/17 | Federico | 0.2 | Telephone conference with G. Hayes-Williams regarding <span style="color:red">REDACTED</span> . | $77.00 |
| 03/02/17 | Zaehringer | 0.3 | Emails with D. Deitch (several) regarding strategy regarding <span style="color:red">REDACTED</span> | $115.50 |
| 03/03/17 | Secretary | 0.5 | J. M. Caulfield's overtime assistance to K. L. Zaehringer with downloading, preparing, binding, and shipping Judge Arterton's courtesy copy of Relief Defendants' opposition to non-party Oak Management's emergency motion to quash Rule 30(b)(6) deposition. | $30.00 |
| 03/03/17 | Zaehringer | 0.1 | Prepared for same-day telephonic court conference. | $38.50 |
| 03/03/17 | Zaehringer | 0.3 | Telephone calls with D. Deitch (several) regarding strategy. | $115.50 |
| 03/03/17 | Zaehringer | 0.3 | Telephone call with Law Clerk J. Denker regarding status of same-day telephonic court conference. | $115.50 |
| 03/03/17 | Zaehringer | 0.1 | Reviewed plaintiff's consent motion regarding date of deposition of SEC. | $38.50 |
| 03/03/17 | Zaehringer | 0.2 | Telephone call to District Court Clerk regarding plaintiff's consent motion regarding date of deposition of SEC. | $77.00 |
| 03/03/17 | Zaehringer | 0.2 | Emails with D. Deitch (several) regarding <span style="color:red">REDACTED</span> | $77.00 |

*Thank you for your business.*



**Murtha Cullina LLP**
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015

**Invoice Number: 542389**
April 28, 2017

Client:      003944 .... Ahmed, Shalini, et al.
Matter:    003944-0001 .... Adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| | | | plaintiff's consent motion regarding date of deposition of SEC. | |
| 03/03/17 | Zaehringer | 0.1 | Reviewed email from G. Hayes-Williams regarding   REDACTED | $38.50 |
| 03/03/17 | Zaehringer | 0.7 | Reviewed petitioners' new brief filed with U.S. Supreme Court in "Kokesh" case regarding statute of limitations issues. | $269.50 |
| 03/03/17 | Zaehringer | 0.3 | Emails with P. E. Knag (several) regarding case development and strategy. | $115.50 |
| 03/03/17 | Zaehringer | 0.1 | Conference with M. A. Federico regarding   REDACTED | $38.50 |
| 03/03/17 | Zaehringer | 0.1 | Reviewed email from Law Clerk regarding extension of deadline for Rule 30(b)(6) deposition of SEC. | $38.50 |
| 03/03/17 | Zaehringer | 0.1 | Conference with P. E. Knag regarding   REDACTED | $38.50 |
| 03/03/17 | Zaehringer | 0.1 | Reviewed email from M. Williams regarding extension of deadline for Rule 30(b)(6) deposition of SEC. | $38.50 |
| 03/03/17 | Zaehringer | 0.1 | Reviewed District Court's ruling denying I. Ahmed's motions to compel Oak to produce documents. | $38.50 |
| 03/03/17 | Zaehringer | 0.1 | Drafted letter to Judge Arterton regarding courtesy copy of Relief Defendants' opposition to motion for protective order, per her individual practice rules. | $38.50 |
| 03/03/17 | Zaehringer | 0.1 | Reviewed District Court's order denying I. Ahmed's motion for release of funds for children's "humanitarian" visit to India. | $38.50 |
| 03/03/17 | Zaehringer | 0.1 | Further emails with G. Hayes-Williams regarding | $38.50 |

*Thank you for your business.*

*Page 5*

**Murtha Cullina LLP**
**Payment Remittance:  Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435**
**Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com**
**Federal ID:  06-0686015**



<u>**Invoice Number: 542389**</u>
April 28, 2017

Client:       003944 .... Ahmed, Shalini, et al.
Matter:     003944-0001 .... Adv. United States Securities and Exchange Commission

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Description</u> | <u>Amount</u> |
|------|------------|-------|-------------|--------|
| | | | Rule 30(b)(6) deposition of SEC and document discovery issues. | |
| 03/03/17 | Knag | 0.5 | Reviewed new filings and District Court's decision. | $305.00 |
| 03/05/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's motion for reconsideration and motion regarding flight estimate. | $38.50 |
| 03/06/17 | Zaehringer | 0.5 | Reviewed Oak's reply in further support of motion to quash Rule 30(b)(6) deposition of Oak; reviewed Oak's letter to Judge Arterton regarding courtesy copy of reply, per her individual practice rules; reviewed I. Ahmed's email to Oak counsel regarding same. | $192.50 |
| 03/06/17 | Zaehringer | 0.2 | Emails with D. Deitch and J. Harris regarding <span style="color:red">REDACTED</span> | $77.00 |
| 03/06/17 | Zaehringer | 0.2 | Emails with G. Hayes-Williams regarding <span style="color:red">REDACTED</span> | $77.00 |
| 03/06/17 | Zaehringer | 0.2 | Conference with P. E. Knag regarding strategy. | $77.00 |
| 03/07/17 | Zaehringer | 0.1 | Reviewed District Court's order granting plaintiff's motion to continue Rule 30(b)(6) deposition of SEC until after a ruling on plaintiff's motion to quash same. | $38.50 |
| 03/07/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's response to plaintiff's opposition to his "emergency" motion to allow payment of 2015 taxes. | $38.50 |
| 03/08/17 | Zaehringer | 0.2 | Reviewed Relief Defendants' motion for attorneys' fees from post-freeze assets. | $77.00 |
| 03/08/17 | Zaehringer | 0.1 | Drafted letter to Judge Arterton regarding courtesy copy of Relief Defendants' motion for attorneys' fees from post-freeze assets, per her | $38.50 |

*Thank you for your business.*



**Murtha Cullina LLP**
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015

**Invoice Number: 542389**
April 28, 2017

Client:     003944 .... Ahmed, Shalini, et al.
Matter:     003944-0001 .... Adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| | | | individual practice rules. | |
| 03/08/17 | Zaehringer | 0.1 | Reviewed District Court's order staying Rule 30(b)(6) deposition of Oak. | $38.50 |
| 03/08/17 | Zaehringer | 0.1 | Reviewed plaintiff's response in opposition to I. Ahmed's "emergency" motion for access to transcript of deposition of Oak. | $38.50 |
| 03/08/17 | Zaehringer | 0.1 | Reviewed plaintiff's response to I. Ahmed's motion for payment of annual fee for registered agent CSC. | $38.50 |
| 03/10/17 | Zaehringer | 0.2 | Reviewed District Court's order releasing funds for payment of attorneys' fees from post-freeze rental proceeds. | $77.00 |
| 03/10/17 | Zaehringer | 0.1 | Conference with P. E. Knag regarding case developments. | $38.50 |
| 03/13/17 | Zaehringer | 0.4 | Emails with D. Deitch (several) regarding Relief Defendants' summary judgment motion (0.2); telephone call with D. Deitch regarding same (0.2). | $154.00 |
| 03/13/17 | Zaehringer | 0.1 | Reviewed Relief Defendants' notice of deposit of proceeds from liquidation of BMW. | $38.50 |
| 03/13/17 | Zaehringer | 0.1 | Drafted letter to Judge Arterton enclosing courtesy copy of Relief Defendants' notice of deposit of proceeds from liquidation of BMW, per her individual practice rules. | $38.50 |
| 03/13/17 | Zaehringer | 0.2 | Reviewed Relief Defendants' reply memorandum in further support of their motion to modify the asset freeze to release rental proceeds from apartment and to permit sale of gold assets for attorneys' fees. | $77.00 |
| 03/13/17 | Knag | 0.1 | Attention to filings. | $61.00 |

*Thank you for your business.*



**Murtha Cullina LLP**
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015

**Invoice Number: 542389**
April 28, 2017

Client:   003944 .... Ahmed, Shalini, et al.
Matter:   003944-0001 .... Adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| 03/14/17 | Zaehringer | 0.1 | Reviewed email from D. Deitch regarding Relief Defendants' summary judgment motion. | $38.50 |
| 03/15/17 | Zaehringer | 0.2 | Reviewed emails (several) with M. Williams and D. Deitch regarding summary judgment motions and cross-motions. | $77.00 |
| 03/15/17 | Zaehringer | 0.1 | Reviewed letter from Bank of America regarding release of additional funds. | $38.50 |
| 03/15/17 | Zaehringer | 0.1 | Drafted letter to Judge Arterton enclosing courtesy copy of Relief Defendants' reply in further support of their motion to modify the asset freeze to release rental proceeds and permit sale of gold assets for attorneys' fees, per her individual practice rules. | $38.50 |
| 03/15/17 | Knag | 0.2 | Attention to new filing. | $122.00 |
| 03/16/17 | Zaehringer | 0.1 | Further emails with D. Deitch regarding summary judgment motions. | $38.50 |
| 03/16/17 | Zaehringer | 0.1 | Reviewed plaintiff's memorandum in opposition to I. Ahmed's emergency motion to allow payment of 2013 Connecticut taxes. | $38.50 |
| 03/17/17 | Zaehringer | 0.2 | Reviewed Oak's motion to strike certain papers filed by I. Ahmed and its supporting memorandum of law. | $77.00 |
| 03/17/17 | Zaehringer | 0.1 | Reviewed Relief Defendants' consent motion to modify the asset freeze to release funds for payment of deposition travel expenses and storage fees. | $38.50 |
| 03/17/17 | Zaehringer | 0.1 | Drafted letter to Judge Arterton regarding courtesy copy of Relief Defendants' consent motion to modify the asset freeze to release funds for payment of deposition travel expenses and storage fees, per her individual practice | $38.50 |

*Thank you for your business.*



**Murtha Cullina LLP**
**Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435**
**Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com**
**Federal ID: 06-0686015**

<u>**Invoice Number: 542389**</u>
April 28, 2017

Client:      003944 .... Ahmed, Shalini, et al.
Matter:    003944-0001 .... Adv. United States Securities and Exchange Commission

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|---|---|
| | | | rules. | |
| 03/17/17 | Knag | 0.2 | Attention to new filings. | $122.00 |
| 03/20/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's "notice on service" of subpoena on Oak and multiple subpoenas to Oak. | $38.50 |
| 03/21/17 | Zaehringer | 0.1 | Reviewed District Court's order granting Relief Defendants' consent motion to modify asset freeze to release funds for payment of deposition travel expenses and storage fees. | $38.50 |
| 03/22/17 | Zaehringer | 0.1 | Reviewed Relief Defendants' consent motion to modify asset freeze order to release funds for payment of common charges on apartments. | $38.50 |
| 03/22/17 | Zaehringer | 0.1 | Drafted letter to Judge Arterton enclosing courtesy copy of Relief Defendants' consent motion to modify asset freeze order to release funds for payment of common charges on apartments, per her individual practice rules. | $38.50 |
| 03/22/17 | Zaehringer | 0.5 | Reviewed expert report of D. Zweighaft and formulated potential arguments for <span style="color:red">REDACTED</span> | $192.50 |
| 03/22/17 | Zaehringer | 0.7 | Conferences (several) with P. E. Knag and D. Deitch regarding strategy. | $269.50 |
| 03/26/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's reply to plaintiff's opposition to his emergency motion to be allowed access to two deposition transcripts. | $38.50 |
| 03/26/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's response to plaintiff's opposition to his emergency motion to release funds for payment of 2013 Connecticut state taxes. | $38.50 |
| 03/27/17 | Knag | 0.2 | Reviewed I. Ahmed's filing; attention to summary judgment filing. | $122.00 |

*Thank you for your business.*



**Murtha Cullina LLP**
**Payment Remittance:  Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435**
**Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com**
**Federal ID:  06-0686015**

<u>**Invoice Number: 542389**</u>
April 28, 2017

Client:       003944 .... Ahmed, Shalini, et al.
Matter:      003944-0001 .... Adv. United States Securities and Exchange Commission

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|---|---|
| 03/27/17 | Zaehringer | 0.6 | Email with G. Hayes-Williams regarding summary judgment motions and strategy (0.1); telephone calls with G. Hayes-Williams (several) regarding same (0.5). | $231.00 |
| 03/27/17 | Zaehringer | 0.1 | Conference with P. E. Knag regarding strategy. | $38.50 |
| 03/27/17 | Zaehringer | 0.1 | Reviewed Relief Defendants' new consent motion to modify asset freeze order to release funds for payment of common charges on apartment. | $38.50 |
| 03/27/17 | Zaehringer | 0.1 | Drafted letter to Judge Arterton enclosing courtesy copy of Relief Defendants' new motion to modify asset freeze order to release funds for payment of common charges, per her individual practice rules. | $38.50 |
| 03/27/17 | Zaehringer | 0.2 | Reviewed plaintiff's opposition to I. Ahmed's notice for reconsideration of Court's order denying his second emergency motion for release of funds to allow his children to visit India; reviewed I. Ahmed's reply brief. | $77.00 |
| 03/28/17 | Zaehringer | 0.3 | Reviewed emails (several) with M. Williams and G. Hayes-Williams regarding Relief Defendants' and plaintiff's joint motion to modify scheduling order (0.1); reviewed and commented on joint motion to modify scheduling order (0.2). | $115.50 |
| 03/28/17 | Zaehringer | 0.1 | Conference with P. E. Knag regarding case developments and case strategy. | $38.50 |
| 03/29/17 | Zaehringer | 0.1 | Reviewed joint motion to modify scheduling order as filed with the Court by plaintiff. | $38.50 |
| 03/30/17 | Zaehringer | 0.1 | Reviewed Court's rulings (two) granting Relief Defendants' motions (two) to modify asset freeze order to release funds to pay for common charges on apartments. | $38.50 |

*Thank you for your business.*

**Murtha Cullina LLP**
**Payment Remittance:  Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435**
**Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com**
**Federal ID:  06-0686015**



<u>**Invoice Number: 542389**</u>
April 28, 2017

Client:      003944 .... Ahmed, Shalini, et al.
Matter:    003944-0001 .... Adv. United States Securities and Exchange Commission

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|---|---|
| 03/31/17 | Zaehringer | 0.1 | Emails with G. Hayes-Williams (several) regarding    REDACTED | $38.50 |
| 03/31/17 | Zaehringer | 0.1 | Drafted letter to Judge Arterton regarding courtesy copy of joint motion to modify scheduling order, per her individual practice rules. | $38.50 |
| 03/31/17 | Knag | 0.4 | Attention to new motions. | $244.00 |
| | **Total Hours:** | **16.2** | **Total Amount:** | **$6,547.00** |

*Thank you for your business.*



**Murtha Cullina LLP**
**Payment Remittance:  Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435**
**Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com**
**Federal ID:  06-0686015**

**Invoice Number: 542389**
April 28, 2017

Client:      003944 .... Ahmed, Shalini, et al.
Matter:    003944-0001 .... Adv. United States Securities and Exchange Commission

---

### Disbursement Detail

| Date | Description | Amount |
|------|-------------|--------|
| 03/03/17 | UPS from K. L. Zaehringer to Judge Arterton enclosing courtesy copy of ECF No. 476 | $11.14 |
| 03/03/17 | Surcharge for 3-3-17 UPS from K. L. Zaehringer to Judge Arterton | $0.28 |
| 03/08/17 | Surcharge for 3-8-17 UPS from K. L. Zaehringer to Judge Arterton | $0.29 |
| 03/08/17 | UPS from K. L. Zaehringer to Judge Arterton enclosing courtesy copy of ECF No. 484 | $11.62 |
| 03/13/17 | Surcharge for 3-13-17 UPS from K. L. Zaehringer to Judge Arterton | $0.19 |
| 03/13/17 | UPS from K. L. Zaehringer to Judge Arterton enclosing courtesy copy of ECF No. 488 | $7.43 |
| 03/15/17 | UPS from K. L. Zaehringer to Judge Arterton enclosing courtesy copy of ECF No. 489 | $8.32 |
| 03/15/17 | Surcharge for 3-15-17 UPS from K. L. Zaehringer to Judge Arterton | $0.21 |
| 03/17/17 | Surcharge for 3-17-17 UPS from K. L. Zaehringer to Judge Arterton | $0.21 |
| 03/17/17 | UPS from K. L. Zaehringer to Judge Arterton enclosing courtesy copy of ECF No. 493 | $8.32 |
| 03/22/17 | UPS from K. L. Zaehringer to Judge Arterton enclosing courtesy copy of ECF No. 496 | $8.32 |
| 03/22/17 | Surcharge for 3-22-17 UPS from K. L. Zaehringer to Judge Arterton | $0.21 |
| 03/27/17 | Surcharge for 3-27-17 UPS from K. L. Zaehringer to Judge Arterton | $0.21 |
| 03/27/17 | UPS from K. L. Zaehringer to Judge Arterton enclosing courtesy copy of ECF No. 499 | $8.32 |

**Total Disbursements:**      **$65.07**

*Thank you for your business.*

**Murtha Cullina LLP**
**Payment Remittance:  Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435**
**Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com**
**Federal ID:  06-0686015**



**Invoice Number: 544624**
May 31, 2017

VIA EMAIL:  jon@sc-harris.com

Shalini Ahmed, et al.
c/o Harris, St. Laurent & Chaudhry LLP
Attn:  Jonathan Harris, Esq.
40 Wall Street, 53rd Floor
New York, NY  10005

Client:      003944 .... Ahmed, Shalini, et al.
Matter:     003944-0001 .... adv. United States Securities and Exchange Commission

For **PROFESSIONAL SERVICES** through April 30, 2017                     **$6,138.50**

For **DISBURSEMENTS**
United Parcel Service                                                        $49.47
**Total Disbursements:**                         **$49.47**

**Current Invoice Total:**    **$6,187.97**
Plus Previous Balance Outstanding:    $101,725.09
Plus Interest Charged on Previous Balance (More Than 60 Days Overdue):    $946.36
*Less Payment Received*:    ($8,512.72)
**BALANCE DUE:**    **$100,356.70**

*Thank you for your business.*

**Murtha Cullina LLP**
**Payment Remittance:  Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435**
**Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com**
**Federal ID:  06-0686015**



<u>**Invoice Number: 544624**</u>
May 31, 2017

Client:      003944 .... Ahmed, Shalini, et al.
Matter:    003944-0001 .... adv. United States Securities and Exchange Commission

---

**Client Funds Account Summary**

| | |
|---|---|
| **Previous Client Funds Balance:** | **$25,000.00** |
| New Client Funds Received: | $0.00 |
| Additional Client Funds Disbursed: | $0.00 |
| **Ending Client Funds Balance:** | **$25,000.00** |

*Thank you for your business.*



**Murtha Cullina LLP**
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015

**Invoice Number: 544624**
May 31, 2017

Client:     003944 .... Ahmed, Shalini, et al.
Matter:    003944-0001 .... adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| 04/02/17 | Zaehringer | 0.2 | Reviewed defendant I. Ahmed's new motion to compel Oak to comply with subpoena. | $77.00 |
| 04/04/17 | Zaehringer | 0.1 | Revised Relief Defendants' consent motion to modify asset freeze order to release funds to pay for home insurance premium. | $38.50 |
| 04/04/17 | Zaehringer | 0.1 | Drafted letter to Judge Arterton enclosing courtesy copy of Relief Defendants' consent motion to modify asset freeze order to release funds to pay for home insurance premium, per her individual practice rules. | $38.50 |
| 04/04/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's first response to Oak's motion to strike certain papers filed by I. Ahmed. | $38.50 |
| 04/05/17 | Zaehringer | 2.1 | Conference with P. E. Knag regarding REDACTED REDACTED ; emails with G. Hayes-Williams (several) regarding same; REDACTED further drafted Relief Defendants' motion to modify scheduling order; telephone call with P. E. Knag regarding strategy; further emails with G. Hayes-Williams (several) regarding REDACTED | $808.50 |
| 04/05/17 | Zaehringer | 0.1 | Reviewed Court's notices (two) regarding transcripts of July 23, 2016 and July 30, 2016 proceedings. | $38.50 |
| 04/05/17 | Zaehringer | 0.1 | Further emails with G. Hayes-Williams regarding strategy. | $38.50 |
| 04/05/17 | Knag | 0.3 | Attention to new filings. | $183.00 |
| 04/06/17 | Zaehringer | 1.5 | Emails with G. Hayes-Williams (several) regarding REDACTED REDACTED further drafted brief; conference with P. E. Knag regarding strategy; further drafted brief; emails with G. Hayes-Williams (several) regarding REDACTED | $577.50 |

*Thank you for your business.*

*Page 3*



**Murtha Cullina LLP**
Payment Remittance:  Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID:  06-0686015

**Invoice Number: 544624**
May 31, 2017

Client:     003944 .... Ahmed, Shalini, et al.
Matter:   003944-0001 .... adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| 04/06/17 | Zaehringer | 0.1 | Reviewed emails (several) with N. Heinke and M. Williams regarding brief in support of joint motion to modify scheduling order. | $38.50 |
| 04/07/17 | Zaehringer | 0.1 | Drafted letter to Judge Arterton enclosing courtesy copy of Relief Defendants' memorandum of law in support of joint motion to modify scheduling order, per her individual practice rules. | $38.50 |
| 04/07/17 | Zaehringer | 0.1 | Reviewed District Court's order granting Essell Farms' costs and fees. | $38.50 |
| 04/07/17 | Zaehringer | 0.1 | Reviewed District Court's order extending summary judgment briefing deadlines; drafted updated deadlines regarding same. | $38.50 |
| 04/07/17 | Zaehringer | 0.1 | Email to G. Hayes-Williams regarding REDACTED REDACTED reviewed email from G. Hayes-Williams regarding same. | $38.50 |
| 04/07/17 | Zaehringer | 0.4 | Reviewed District Court's order on motion to quash Relief Defendants' Rule 30(b)(6) deposition of SEC; reviewed District Court's order on I. Ahmed's motion to be allowed access to deposition transcripts; reviewed District Court's order granting in part and denying in part Oak's motion for protective order regarding Rule 30(6)(6) subpoena. | $154.00 |
| 04/07/17 | Knag | 0.3 | Attention to District Court's actions. | $183.00 |
| 04/08/17 | Zaehringer | 0.1 | Reviewed District Court's order granting release of funds for AIG insurance payments. | $38.50 |
| 04/09/17 | Zaehringer | 0.1 | Reviewed District Court's order finding as moot plaintiff's consent motion for permission to conduct Rule 30(b)(6) deposition of SEC out of time. | $38.50 |

*Thank you for your business.*

Murtha Cullina LLP
Payment Remittance:  Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID:  06-0686015



**Invoice Number: 544624**
May 31, 2017

Client:     003944 .... Ahmed, Shalini, et al.
Matter:    003944-0001 .... adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 04/10/17 | Zaehringer | 0.2 | Conference with P. E. Knag regarding strategy in view of District Court's rulings on Rule 30(b)(6) protective order motions and summary judgment briefing schedule. | $77.00 |
| 04/10/17 | Zaehringer | 0.2 | Telephone call with G. Hayes-Williams regarding Oak deposition, summary judgment, and strategy. | $77.00 |
| 04/18/17 | Zaehringer | 0.1 | Reviewed Oak's reply memorandum of law in further support of motion to strike certain papers filed by I. Ahmed. | $38.50 |
| 04/19/17 | Zaehringer | 1.0 | Reviewed memorandum from J. Harris (0.1); reviewed transcript of U.S. Supreme Court argument in *SEC v. Kokesh* case (0.6); formulated potential argument for renewed application regarding *Kokesh* in District Court (0.4). | $385.00 |
| 04/19/17 | Zaehringer | 0.2 | Conference with P. E. Knag regarding strategy; reviewed email with P. E. Knag and J. Harris regarding strategy. | $77.00 |
| 04/19/17 | Zaehringer | 0.3 | Telephone call with D. Deitch regarding strategy. | $115.50 |
| 04/19/17 | Zaehringer | 0.6 | Emails (several) with J. Harris and D. Deitch regarding draft motion to delay filing of summary judgment motions until after Supreme Court's ruling in *Kokesh v. SEC* case; reviewed and commented on draft motion; conference with P. E. Knag regarding same. | $231.00 |
| 04/19/17 | Knag | 1.0 | Worked on Relief Defendants' motion to delay. | $610.00 |
| 04/20/17 | Knag | 0.1 | Worked on Relief Defendants' new attorneys' fee motion. | $61.00 |
| 04/20/17 | Zaehringer | 0.1 | Conference with P. E. Knag regarding motion to delay; emails (several) with J. Harris and D. Deitch regarding same. | $38.50 |

*Thank you for your business.*



**Murtha Cullina LLP**
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015

<u>**Invoice Number: 544624**</u>
May 31, 2017

Client:   003944 .... Ahmed, Shalini, et al.
Matter:   003944-0001 .... adv. United States Securities and Exchange Commission

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Description</u> | <u>Amount</u> |
|------|------|------|------|------|
| 04/20/17 | Zaehringer | 1.8 | Reviewed email from G. Hayes-Williams regarding new fee application (0.1); reviewed and further drafted fee application (1.5); conference with P. E. Knag regarding draft motion and strategy (0.2). | $693.00 |
| 04/20/17 | Zaehringer | 0.6 | Redacted exhibits for new fee application (0.4); emails with G. Hayes-Williams (several) regarding redactions and case developments. | $231.00 |
| 04/20/17 | Zaehringer | 0.1 | Drafted letter to Judge Arterton enclosing courtesy copy of Relief Defendants' motion to delay, per her individual practice rules. | $38.50 |
| 04/21/17 | Zaehringer | 0.5 | Reviewed email from G. Hayes-Williams regarding new draft of fee application and new proposed order; reviewed and further drafted fee application; conference with P. E. Knag regarding same; further emails with G. Hayes-Williams regarding same. | $192.50 |
| 04/24/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's motion to sanction Oak for misrepresentations and lies in July 23, 2015 proceedings; reviewed additional motion by I. Ahmed to sanction Oak for lying under oath at July 30, 2015 proceedings. | $38.50 |
| 04/24/17 | Zaehringer | 0.1 | Reviewed Oak's memorandum of law in opposition to I. Ahmed's motion to compel Oak to comply with subpoena, and supporting declaration of D. Mombarquette and eight exhibits thereto. | $38.50 |
| 04/24/17 | Knag | 0.2 | Attention to new filings. | $122.00 |
| 04/24/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's emergency motion for release of funds to allow his children to visit him in India in Summer 2017. | $38.50 |
| 04/24/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's emergency notice in support of his motion to compel Oak to comply with subpoena served March 10, 2017. | $38.50 |
| 04/25/17 | Knag | 0.2 | Attention to new filings. | $122.00 |

*Thank you for your business.*



**Murtha Cullina LLP**
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015

**Invoice Number: 544624**
May 31, 2017

Client:     003944 .... Ahmed, Shalini, et al.
Matter:    003944-0001 .... adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| 04/25/17 | Zaehringer | 0.1 | Reviewed plaintiff's consolidated response in opposition to I. Ahmed's motion to compel Oak to comply with subpoena and his emergency notice in support of such motion. | $38.50 |
| 04/25/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's emergency motion to sanction both plaintiff and Oak for contempt of the District Court's order on his motion to be allowed access to two deposition transcripts. | $38.50 |
| 04/26/17 | Zaehringer | 0.1 | Reviewed Oak's memorandum of law in response to I. Ahmed's emergency notice in support of his motion to compel Oak to comply with subpoena. | $38.50 |
| 04/26/17 | Zaehringer | 0.1 | Conference with G. Hayes-Williams regarding May 4, 2017 Rule 30(b)(6) deposition of Oak. | $38.50 |
| 04/26/17 | Zaehringer | 0.1 | Reported on case developments to P. E. Knag. | $38.50 |
| 04/27/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's emergency notice of 30-day collection notice from Connecticut Department of Revenue Services for non-payment of tax liability for 2013 Connecticut state taxes following audit. | $38.50 |
| 04/27/17 | Zaehringer | 0.1 | Reviewed District Court's order denying without prejudice to renew I. Ahmed's motion to compel Oak to comply with subpoena. | $38.50 |
| 04/28/17 | Zaehringer | 0.1 | Reviewed emails from Judge Arterton's Law Clerk J. Denker to I. Ahmed (several) regarding inquiry regarding subpoenas for process; reviewed further email from I. Ahmed to the Court regarding same. | $38.50 |
| 04/28/17 | Knag | 0.2 | Emails from I. Ahmed. | $122.00 |
| | **Total Hours:** | **14.6** | **Total Amount:** | **$6,138.50** |

*Thank you for your business.*

**Murtha Cullina LLP**
**Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435**
**Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com**
**Federal ID: 06-0686015**



**Invoice Number: 544624**
May 31, 2017

Client:    003944 .... Ahmed, Shalini, et al.
Matter:    003944-0001 .... adv. United States Securities and Exchange Commission

**Disbursement Detail**

| Date | Description | Amount |
|------|-------------|--------|
| 03/31/17 | UPS from K. L. Zaehringer to Judge Arterton enclosing courtesy copy of ECF No. 502 | $8.53 |
| 04/04/17 | UPS from K. L. Zaehringer to Judge Arterton enclosing courtesy copy of ECF No. 506 | $8.54 |
| 04/07/17 | UPS from K. L. Zaehringer to Judge Arterton enclosing courtesy copy of ECF No. 510 | $8.54 |
| 04/20/17 | UPS from K. L. Zaehringer to Judge Arterton enclosing courtesy copy of ECF No. 519 | $11.93 |
| 04/24/17 | UPS from K. L. Zaehringer to Judge Arterton enclosing courtesy copy of ECF No. 523 | $11.93 |

**Total Disbursements:**    **$49.47**

*Thank you for your business.*