UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------------------ X
UNITED STATES SECURITIES AND EXCHANGE         :
COMMISSION,                                                          :
                                                                                      :
         Plaintiff,                                                    :
                                                                                      :
 v.                                                                            :
                                                                                      :
IFTIKAR AHMED,                                                      :
                                                                                      :
         Defendant, and                                        :
                                                                                      :
IFTIKAR ALI AHMED SOLE PROP,                           :   Civil Action No.
I-CUBED DOMAINS, LLC; SHALINI AHMED;         :   3:15-CV-675 (JBA)
SHALINI AHMED 2014 GRANTOR RETAINED        :
ANNUITY TRUST; DIYA HOLDINGS LLC;             :
DIYA REAL HOLDINGS, LLC; I.I. 1, a minor           :
child, by and through his next friends IFTIKAR      :
and SHALINI AHMED, his parents; I.I. 2, a minor  :
child, by and through his next friends IFTIKAR      :
and SHALINI AHMED, his parents; and I.I. 3, a      :
minor child, by and through his next friends          :
IFTIKAR and SHALINI AHMED, his parents,         :
                                                                                      :
         Relief Defendants.                                       :
------------------------------------------------------------------------ X

# CONSENT MOTION TO MODIFY THE ASSET FREEZE ORDER TO RELEASE FUNDS FOR REGISTERED AGENT SERVICES AND TAXES

Relief Defendants Shalini Ahmed, her three minor children, Shalini Ahmed 2014 Grantor Retained Annuity Trust, DIYA Holdings LLC, DIYA Real Holdings LLC, I.1, I.2 and I.3 (together, the "Relief Defendants"), through their undersigned counsel, respectfully move this Court to modify its order of August 12, 2015, freezing certain assets, to preserve certain assets and the status quo by allowing for the release of funds necessary to pay corporate registered agent expenses and taxes associated with the DIYA Capital Management LLC, and DIYA Capital Limited Partnership, which are entities owned by Relief Defendant Shalini Ahmed.

1

Plaintiff SEC does not object to this motion.

Relief Defendants request the release of funds from the account in the name of DIYA Capital Management, LLC at Bank of America ending x4199 in the amount of $716.00 to pay an invoice from Corporation Services Company (attached hereto as Exhibit A), and in the amount of $1,015.00 for tax invoices payable to the Delaware Secretary of State (attached hereto as Exhibit B).

WHEREFORE, Relief Defendants respectfully request that the Court modify its orders of August 12, 2015 and February 19, 2016, and unfreeze the amount of $1,731.00 to cover the above invoices. As noted, the SEC does not object to this motion.

Dated: New York, New York
June 12, 2017

Respectfully submitted,

    /s/ S. Gabriel Hayes-Williams
Jonathan Harris (phv07583)
L. Reid Skibell (phv07572)
David B. Deitch (phv07260)
S. Gabriel Hayes-Williams (phv07948)
HARRIS, ST. LAURENT
& CHAUDHRY LLP
40 Wall Street, 53rd Floor
New York, New York 10005
Telephone: 212.397.3370
Facsimile: 212.202.6202

Paul E. Knag (ct04194)
Kristen L. Zaehringer (ct27044)
MURTHA CULLINA LLP
177 Broad Street, 16th Floor
Stamford, Connecticut 06901
Telephone: 203.653.5400
Facsimile:  203.653.5444

*Attorneys for Relief Defendants*
*I-Cubed Domain, LLC, Shalini Ahmed,*
*Shalini Ahmed 2014 Grantor Retained*

*Annuity Trust, Diya Holdings, LLC, Diya Real Holdings, LLC, I.I. 1, I.I. 2 and I.I. 3*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2017, I caused a copy of the foregoing memorandum to be served by ECF upon:

Nicholas P. Heinke
Mark L. Williams
U.S. Securities and Exchange Commission
1961 Stout St., Suite 1700
Denver, CO 80294
HeinkeN@sec.gov
WilliamsML@sec.gov

Iftikar Ahmed
c/o Advocate Anil Sharma
10 Government Place East
Ground Floor
Kolkatta, West Bengal, India 700-069
iftyahmed@icloud.com

*/s/ S. Gabriel Hayes-Williams*
S. Gabriel Hayes-Williams