# EXHIBIT A

# STATEMENT SUMMARY



2711 CENTERVILLE ROAD SUITE 400
WILMINGTON, DE 19808

| ACCOUNT NO. | STATEMENT DATE | TOTAL AMOUNT |
|---|---|---|
| 7913419 | 3/8/2017 | $716.00 |

********AUTO**ALL FOR AADC 105
ACCOUNTS PAYABLE
DIYA CAPITAL MANAGEMENT, LLC
505 NORTH ST
GREENWICH, CT 06830-3422

T15  P1
4051

Account No: 7913419                                       Customer Service Inquiries: 800-927-9801 Ext 63197

| CONTACT NAME | CURRENT | 1-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 90 DAYS | FINANCE CHARGES | AMOUNT |
|---|---|---|---|---|---|---|---|
| ANNUAL RENEWAL SERVICE | 0.00 | 0.00 | 0.00 | 363.28 | 352.72 | 0.00 | 716.00 |

| CURRENT | 1-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 90 DAYS | FINANCE CHARGES | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $363.28 | $352.72 | $0.00 | $716.00 |

If payment has been submitted, please disregard statement.



# STATEMENT

Page 2 of 2

**CSC**
CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD SUITE 400
WILMINGTON, DE 19808

DETACH THIS STUB AT PERFORATION
AND RETURN IT WITH YOUR PAYMENT TO:

CORPORATION SERVICE COMPANY
P.O. BOX 13397
PHILADELPHIA, PA 19101-3397

| ACCOUNT NO. | STATEMENT DATE | TOTAL DUE | AMOUNT REMITTED |
|---|---|---|---|
| 7913419 | 3/8/2017 | $716.00 | |

| INVOICE NO* | DATE | AMOUNT | INVOICE NO* | DATE | AMOUNT |
|---|---|---|---|---|---|
| 76426626-RF | 11/14/2015 | 176.36 | | | |
| 76426627-RF | 11/14/2015 | 176.36 | | | |
| 77042177-RF | 11/12/2016 | 181.64 | | | |
| 77042183-RF | 11/12/2016 | 181.64 | | | |

*CIRCLE INVOICES TO BE PAID

0 04 7913419 5 76426626 00015136 76426627 00015136 77042177 00015664

---

SERVICES PROVIDED FOR: ANNUAL RENEWAL SERVICE    Customer Service Inquiries: 800-927-9801 Ext 63197

| DATE | REFERENCE | SERVICE | INVOICE NO. | AMOUNT |
|---|---|---|---|---|
| 11/14/2015 | DIYA CAPITAL, DIYA CAPITAL MANAGMENT, LLC, SHALINI AHMED, 3154982 | REP.RENEWAL | 76426626-RF | 176.36 |
| 11/14/2015 | DIYA CAPITAL, DIYA CAPITAL LIMITED PARTNERSHIP, SHALINI AHMED, 3155042 | REP.RENEWAL | 76426627-RF | 176.36 |
| 11/12/2016 | DIYA CAPITAL, DIYA CAPITAL MANAGMENT, LLC, SHALINI AHMED, 3154982 | REP.RENEWAL | 77042177-RF | 181.64 |
| 11/12/2016 | DIYA CAPITAL, DIYA CAPITAL LIMITED PARTNERSHIP, SHALINI AHMED, 3155042 | REP.RENEWAL | 77042183-RF | 181.64 |

| CURRENT | 1-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 90 DAYS | FINANCE CHARGES | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $363.28 | $352.72 | $0.00 | $716.00 |

If payment has been submitted, please disregard statement.
CSC payment terms are Net 30 Days from the Invoice Date. Invoice Numbers ending with "RF" include a reinstatement fee.
Invoice Numbers ending with ** denote partial payments or adjustments.



Notice: See reverse side for important information.

T15 P1
4051