# EXHIBIT B

**CSC**
**CORPORATION SERVICE COMPANY**
2711 Centerville Road, Suite 400
Wilmington, DE 19808

1962589

Diya Capital Management, LLC
ATTN: Shalini Ahmed
505 North St
Greenwich, CT 06830-3422

8075

March 2017
DIYA CAPITAL LIMITED PARTNERSHIP
DE File Number: 5216986
CSC Company ID: 3155042

## 2016 LLC/LP/GP Tax Payment Due June 1, 2017

All Delaware LLCs, LPs and GPs must pay this tax to remain in good standing with the State of Delaware. To pay your Delaware taxes, choose one of the options below:

CSC can pay this on your behalf when you sign up for our Annual Report Preparation and Filing service. Reduce the risk of missed filings and avoid the cost of penalties and interest by visiting:

www.cscglobal.com/service/cls/annual-report-filing

**OR**

Conveniently pay your Delaware tax electronically with our E-File service by:

- Visiting www.cscglobal.com/efiling. Corporation Service Company® offers this convenient E-Filing as a service to make paying your taxes quick and easy. As your registered Agent, CSC already stores your company information in our database.
- Contact a Customer Service Specialist at 888-690-2468 or 302-636-5400. Avoid penalties and late fees.

**OR**

See reverse side of this notice for instructions to pay your Delaware tax directly to the state and:
- Make checks payable to Delaware Secretary of State & mail checks to the address listed on the back of this notice.
- DO NOT MAKE CHECKS PAYABLE TO OR MAIL CHECKS TO CSC.

DETACH AT THE PERFORATION: Fold twice at the perforation before tearing. Please use caution when detaching.

---

STATE OF DELAWARE L.P. TAX NOTICE

| DE FILE NUMBER | NAME | | | | TAX YEAR | PHONE NUMBER |
|---|---|---|---|---|---|---|
| 5216986 | DIYA CAPITAL LIMITED PARTNERSHIP | | | | 2016 | |

| TAX | PENALTY | INTEREST | FILING FEE | CHECK CHARGE | PREV BAL. OR CR. | TOTAL BAL DUE |
|---|---|---|---|---|---|---|
| 300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 300.00 |

| AMT. DUE IF RECD. BY: Jun 01, 2017 | AMT. DUE IF RECD. BY: Jul 01, 2017 | AMT. DUE IF RECD. BY: Aug 01, 2017 | AMT. DUE IF RECD. BY: Sep 01, 2017 |
|---|---|---|---|
| 300.00 | 507.50 | 515.00 | 522.50 |

State of Delaware
Division of Corporations
P.O. Box 5509
Binghamton, NY 13902-5509

MAKE CHECK PAYABLE TO:
DELAWARE SECRETARY OF STATE

CHECK NO. | AMOUNT ENCLOSED

PLEASE REMIT INVOICE WITH PAYMENT

4    060117    5216986    000030000 0    6

**CSC**
**CORPORATION SERVICE COMPANY**
2711 Centerville Road, Suite 400
Wilmington, DE 19808

1962589

Diya Capital Management, LLC
ATTN: Shalini Ahmed
505 North St
Greenwich, CT 06830-3422

March 2017
DIYA CAPITAL MANAGMENT, LLC
DE File Number: 5236976
CSC Company ID: 3154982

## 2016 LLC/LP/GP Tax Payment Due June 1, 2017

All Delaware LLCs, LPs and GPs must pay this tax to remain in good standing with the State of Delaware. To pay your Delaware taxes, choose one of the options below:

CSC can pay this on your behalf when you sign up for our Annual Report Preparation and Filing service. Reduce the risk of missed filings and avoid the cost of penalties and interest by visiting:

www.cscglobal.com/service/cls/annual-report-filing

**OR**

Conveniently pay your Delaware tax electronically with our E-File service by:

- Visiting www.cscglobal.com/efiling. Corporation Service Company® offers this convenient E-Filing as a service to make paying your taxes quick and easy. As your registered Agent, CSC already stores your company information in our database.
- Contact a Customer Service Specialist at 888-690-2468 or 302-636-5400. Avoid penalties and late fees.

**OR**

See reverse side of this notice for instructions to pay your Delaware tax directly to the state and:
- Make checks payable to Delaware Secretary of State & mail checks to the address listed on the back of this notice.
- DO NOT MAKE CHECKS PAYABLE TO OR MAIL CHECKS TO CSC.

<u>DETACH AT THE PERFORATION</u>: Fold twice at the perforation before tearing. Please use caution when detaching.

---

### STATE OF DELAWARE L.L.C. TAX NOTICE

| DE FILE NUMBER | NAME | | | | TAX YEAR | PHONE NUMBER |
|---|---|---|---|---|---|---|
| 5236976 | DIYA CAPITAL MANAGMENT, LLC | | | | 2016 | |

| TAX | PENALTY | INTEREST | FILING FEE | CHECK CHARGE | PREV BAL. OR CR. | TOTAL BAL DUE |
|---|---|---|---|---|---|---|
| 300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 300.00 |

| AMT. DUE IF RECD. BY: Jun 01, 2017 | AMT. DUE IF RECD. BY: Jul 01, 2017 | AMT. DUE IF RECD. BY: Aug 01, 2017 | AMT. DUE IF RECD. BY: Sep 01, 2017 |
|---|---|---|---|
| 300.00 | 507.50 | 515.00 | 522.50 |

**State of Delaware**
**Division of Corporations**
P.O. Box 5509
Binghamton, NY 13902-5509

**MAKE CHECK PAYABLE TO:**
**DELAWARE SECRETARY OF STATE**

| CHECK NO. | AMOUNT ENCLOSED |
|---|---|
| | |

PLEASE REMIT INVOICE WITH PAYMENT

7   060117   5236976   000030000 0   0