UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------------- X
UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

  v.

IFTIKAR AHMED,

                Defendant, and

IFTIKAR ALI AHMED SOLE PROP,
I-CUBED DOMAINS, LLC; SHALINI AHMED;
SHALINI AHMED 2014 GRANTOR RETAINED
ANNUITY TRUST; DIYA HOLDINGS LLC;
DIYA REAL HOLDINGS, LLC; I.I. 1, a minor
child, by and through his next friends IFTIKAR
and SHALINI AHMED, his parents; I.I. 2, a minor
child, by and through his next friends IFTIKAR
and SHALINI AHMED, his parents; and I.I. 3, a
minor child, by and through his next friends
IFTIKAR and SHALINI AHMED, his parents,

                Relief Defendants.
---------------------------------------------------------------------- X

Civil Action No.
3:15-CV-675 (JBA)

[PROPOSED] ORDER ON CONSENT

**WHEREAS** on August 12, 2015, the Court entered a preliminary injunction freezing assets of Defendant Iftikar Ahmed and various Relief Defendants (Doc. No. 113);

**WHEREAS** a release of funds is necessary to preserve certain assets and the status quo by paying corporate registered agent expenses and taxes; and

**WHEREAS** Plaintiff United States Securities Exchange Commission (the "Commission") has consented to the motion;

Upon consent, **IT IS HEREBY ORDERED** that the Court's Asset Freeze Order dated August 12, 2015, as modified by the Endorsement Order dated February 19, 2016, is further modified as follows:

1. Funds in the amount of $716.00, held in the account of Relief Defendant DIYA Capital Management LLC ending x4199, be paid to Corporporation Services Company, 2711 Centerville Road, Suite 400, Wilmington, DE 19808, for registered agent services.

2. Funds in the amount of Funds in the amount of $1,015.00, held in the account of Relief Defendant DIYA Capital Management LLC ending x4199, be paid to the Delaware Secretary of State, State of Delaware Division of Corporations, P.O. Box 5509, for 2016 taxes due.

3. The Commission is directed to use all practical and reasonable efforts to ensure that all relief specified herein is effectuated promptly.

IT IS SO ORDRED this ___ day of June, 2016

_____
Janet Bond Arterton, U.S.D.J.