UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br>    *Plaintiff*,<br>    *v.*<br>IFTIKAR AHMED,<br>    *Defendant*, and<br><br>IFTIKAR ALI AHMED SOLE PROP; I-CUBED DOMAINS, LLC; SHALINI AHMED; SHALINI AHMED 2014 GRANTOR RETAINED ANNUNITY TRUST; DIYA HOLDINGS LLC; DIYA REAL HOLDINGS, LLC; I.I. 1, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; I.I. 2, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; and I.I. 3, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents,<br><br>    Relief Defendants. | Civil No. 3:15cv675 (JBA) |

**ENDORSEMENT ORDER [DOC. # 603]**

Inasmuch as Plaintiff does not explain with sufficient specificity why the substantial increase over page limitations requested is essential to effective presentation, notwithstanding case atypicality, and in recognition of the reality that conciseness is enhanced by page limits, Plaintiff's Motion [Doc. # 603] is granted but with modification. Plaintiff's Memorandum in Support of Summary Judgment shall not exceed 60 pages and its 56(a)(1) Statement shall not exceed 25 pages.

IT IS SO ORDERED.

/s/_____
Janet Bond Arterton, U.S.D.J.
Dated at New Haven, Connecticut this 26th day of June 2017.