# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

-----------------------------------------------------------------x

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

         *Plaintiff*,

              *v.*

IFTIKAR AHMED,

         *Defendant*, and

IFTIKAR ALI AHMED SOLE PROP; I-CUBED
DOMAINS, LLC; SHALINI AHMED; SHALINI
AHMED 2014 GRANTOR RETAINED
ANNUITY TRUST; DIY A HOLDINGS LLC;
DIYA REAL HOLDINGS, LLC; 1.1. 1, a minor
child, by and through his next friends IFTIKAR and
SHALINI AHMED, his parents; 1.1. 2, a minor
child, by and through his next friends IFTIKAR and
SHALINI AHMED, his parents; and 1.1. 3, a minor
child, by and through his next friends IFTIKAR and
SHALINI AHMED, his parents,

         *Relief Defendants*.

Civil No. 3:15cv675 (JBA)

June 27, 2017

-----------------------------------------------------------------x

### NON-PARTY OAK MANAGEMENT CORPORATION'S CROSS-MOTION TO STRIKE DEFENDANT'S MOTION TO SANCTION FROM RECORD

Non-party Oak Management Corporation ("Oak") hereby moves to strike Defendant Iftikar Ahmed's Motion to Sanction Oak for Misrepresentations in their [sic] Deposition of May 4, 2017 (ECF No. 597). As discussed more fully in the accompanying Memorandum of Law in opposition to that motion, and in support of this cross-motion, Mr. Ahmed's motion is another improper attempt to place on the record unsworn affirmative statements on topics as to which he has previously asserted his Fifth Amendment rights. As Oak has previously argued (*See, e.g.*, ECF Nos. 553, 598), this practice is unfair and improper, and this latest motion should also be stricken from the record.

{N5372732}        DOC ID - 26231076.1

**OAK MANAGEMENT CORPORATION, NON-PARTY RESPONDENT**

By: /s/ David T. Grudberg
    David T. Grudberg (ct01186)
    CARMODY TORRANCE SANDAK & HENNESSEY LLP
    195 Church Street, P.O. Box 1950
    New Haven, CT 06509-1950
    Telephone: (203) 777-5501
    Facsimile: (203) 784-3199
    E-mail: dgrudberg@carmodylaw.com

Of Counsel:

    David K. Momborquette, Esq.
    Gary Stein, Esq.
    SCHULTE ROTH & ZABEL LLP
    919 Third Avenue
    New York, N.Y. 10022
    Telephone: (212) 756-2000
    Facsimile: (212) 593-5955
    E-mail: David.Momborquette@srz.com
           Gary.Stein@srz.com

## CERTIFICATION

I hereby certify that on June 27, 2017, a copy of the foregoing Cross-Motion to Strike Defendant's Motion to Sanction From Record was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operating of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

      /s/ David T. Grudberg
      David T. Grudberg