UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------X
:
UNITED STATES SECURITIES AND :
EXCHANGE COMMISSION, :
:
Plaintiff, :
: Civil Action No.
v. : 3:15-CV-675 (JBA)
:
IFTIKAR AHMED, :
:
Defendant :
:
and :
:
IFTIKAR ALI AHMED SOLE PROP, :
I-CUBED DOMAINS, LLC; SHALINI AHMED; :
SHALINI AHMED 2014 GRANTOR RETAINED :
ANNUITY TRUST; DIYA HOLDINGS LLC; :
DIYA REAL HOLDINGS, LLC; I.I. 1, a minor :
child, by and through his next friends IFTIKAR :
and SHALINI AHMED, his parents; I.I. 2, a minor :
child, by and through his next friends IFTIKAR :
and SHALINI AHMED, his parents; and I.I. 3, a :
minor child, by and through his next friends :
IFTIKAR and SHALINI AHMED, his parents, :
:
Relief Defendants. : JUNE 27, 2017
---------------------------------------------------------------X

**PLEASE TAKE NOTICE** that upon the annexed Local Rule 56(a)1 Statement of Undisputed Material Facts, the accompanying Memorandum of Law, and the Declaration of S. Gabriel Hayes-Williams and the exhibits thereto, and upon all the papers and proceedings had herein, the Relief Defendants I-Cubed Domains LLC, Shalini Ahmed, Shalini Ahmed 2014 Grantor Retained Annuity Trust, DIYA Holdings LLC, DIYA Real Holdings LLC, and three minor children, I.1, I.2, and I.3 ("Relief Defendants"), in the above-captioned action will move this Court, before the Honorable Janet Bond Arterton, at the Richard C. Lee United States

1

Courthouse for the District of Connecticut, located at 141 Church Street, New Haven, Connecticut, on a date and time to be designated by this Court, for an order awarding Relief Defendants partial summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

Dated: New York, New York
June 27, 2017

          Respectfully submitted,

          /s/ S. Gabriel Hayes-Williams
          Jonathan Harris (phv07583)
          David B. Deitch (phv07260)
          S. Gabriel Hayes-Williams (phv07948)
          HARRIS, ST. LAURENT
          & CHAUDHRY LLP
          40 Wall Street, 53rd Floor
          New York, New York 10005
          Telephone: 212.397.3370
          Facsimile: 212.202.6202

          Paul E. Knag (ct04194)
          Kristen L. Zaehringer (ct27044)
          MURTHA CULLINA LLP
          177 Broad Street, 16th Floor
          Stamford, Connecticut 06901
          Telephone: 203.653.5400
          Facsimile:  203.653.5444

*Attorneys for Relief Defendants
I-Cubed Domains, LLC, Shalini Ahmed,
Shalini Ahmed 2014 Grantor Retained
Annuity Trust, Diya Holdings LLC, Diya
Real Holdings LLC, I.I. 1, I.I. 2 and I.I. 3*

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 27, 2017, I caused a copy of the foregoing Notice of Motion, and the accompanying Local Rule 56(a)(1) Statement of Undisputed Material Facts, Memorandum of Law, Declaration in Support and the exhibits thereto to be served by ECF upon:

Nicholas P. Heinke
Mark L. Williams
U.S. Securities and Exchange Commission
1961 Stout St., Suite 1700
Denver, CO 80294
HeinkeN@sec.gov
WilliamsML@sec.gov

Iftikar Ahmed
c/o Advocate Anil Sharma
10 Government Place East
Ground Floor
Kolkata, West Bengal, India 700-069
iftyahmed@icloud.com

                                                                  */s/ S. Gabriel Hayes-Williams*