UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------X
:
UNITED STATES SECURITIES AND :
EXCHANGE COMMISSION, :
 :
        Plaintiff, :
 : Civil Action No.
v. : 3:15-CV-675 (JBA)
 :
IFTIKAR AHMED, :
 :
        Defendant :
 :
and :
 :
IFTIKAR ALI AHMED SOLE PROP, :
I-CUBED DOMAINS, LLC; SHALINI AHMED; :
SHALINI AHMED 2014 GRANTOR RETAINED :
ANNUITY TRUST; DIYA HOLDINGS LLC; :
DIYA REAL HOLDINGS, LLC; I.I. 1, a minor :
child, by and through his next friends IFTIKAR :
and SHALINI AHMED, his parents; I.I. 2, a minor :
child, by and through his next friends IFTIKAR :
and SHALINI AHMED, his parents; and I.I. 3, a :
minor child, by and through his next friends :
IFTIKAR and SHALINI AHMED, his parents, :
 :
        Relief Defendants. :
---------------------------------------------------------------X

**MOTION TO FILE UNDER SEAL CERTAIN EXHIBITS IN CONNECTION WITH
RELIEF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

      Pursuant to Local Rule 5(e), and Paragraph (g) of the Stipulated Protective Order entered on October 14, 2016, in this matter [Dkt. No. 321] (the "Protective Order"), Relief Defendants I-Cubed Domains LLC, Shalini Ahmed, Shalini Ahmed 2014 Grantor Retained Annuity Trust, DIYA Holdings LLC, DIYA Real Holdings LLC, and three minor children, I.1, I.2, and I.3 ("Relief Defendants") hereby move for permission to file under seal certain exhibits to the Declaration of S. Gabriel Hayes-Williams in support of their motion for partial summary

1

judgment (the "Declaration"). In support of the request to file under seal, Relief Defendants state as follows:

Relief Defendants seek to file with the Court certain documents that have been produced in this action and designated as "Confidential" pursuant to the Protective Order by the producing parties. Further, the virtually the entirety of the deposition of Oak Management Corporation pursuant to Rule 30(b)(6) was designated "Confidential" and the transcript will be filed as an exhibit. These confidential materials constitute Exhibits 1 – 5, and 7 – 22 to the Declaration.

Relief Defendants also seek to file Exhibit 6 to the declaration with redactions. Exhibit 6 is a copy of a webpage of one of the companies designated in the Second Amended Complaint. The true identities of the companies have been treated as confidential information throughout this proceeding. Relief Defendants seek to file a copy of Exhibit 6 without redactions under seal.

WHEREFORE, Relief Defendants respectfully request that this motion be granted and that Exhibits 1 – 5 and 7 – 22, designated "Confidential," be sealed and that the copy of Exhibit 6 without redactions be sealed.

Dated:  New York, New York
        June 27, 2017

      Respectfully submitted,

      */s/ S. Gabriel Hayes-Williams*
      Jonathan Harris (phv07583)
      David B. Deitch (phv07260)
      S. Gabriel Hayes-Williams (phv07948)
      HARRIS, ST. LAURENT
      & CHAUDHRY LLP
      40 Wall Street, 53rd Floor
      New York, New York 10005
      Telephone: 212.397.3370
      Facsimile: 212.202.6202

      Paul E. Knag (ct04194)
      Kristen L. Zaehringer (ct27044)

MURTHA CULLINA LLP
177 Broad Street, 16th Floor
Stamford, Connecticut 06901
Telephone: 203.653.5400
Facsimile:  203.653.5444

*Attorneys for Relief Defendants*
*I-Cubed Domain, LLC, Shalini Ahmed,*
*Shalini Ahmed 2014 Grantor Retained*
*Annuity Trust, Diya Holdings, LLC, Diya*
*Real Holdings, LLC, I.I. 1, I.I. 2 and I.I. 3*

3

CERTIFICATE OF SERVICE

      I hereby certify that on June 27, 2017, I caused a copy of the foregoing Motion to be served by ECF upon:

Nicholas P. Heinke
Mark L. Williams
U.S. Securities and Exchange Commission
1961 Stout St., Suite 1700
Denver, CO 80294
HeinkeN@sec.gov
WilliamsML@sec.gov

Iftikar Ahmed
c/o Advocate Anil Sharma
10 Government Place East
Ground Floor
Kolkatta, West Bengal, India 700-069
iftyahmed@icloud.com

                                                      */s/ S. Gabriel Hayes-Williams*