UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 3:15cv675 (JBA) |
| IFTIKAR AHMED, | ) ) ) |
| Defendant, and | ) ) ) |
| IFTIKAR ALI AHMED SOLE PROP; I-CUBED DOMAINS, LLC; SHALINI AHMED; SHALINI AHMED 2014 GRANTOR RETAINED ANNUITY TRUST; DIYA HOLDINGS LLC; DIYA REAL HOLDINGS, LLC; I.I. 1, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; I.I. 2, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; and I.I. 3, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Relief Defendants. | ) ) ) |

## PLAINTIFF UNITED STATES SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff United States Securities and Exchange Commission ("SEC") hereby moves for partial summary judgment against Defendant Iftikar Ahmed. In support of this motion, the SEC submits a memorandum of law, a Local Rule 56(a)1 Statement, exhibits and an accompanying declaration, and a notice to pro se litigant.

The instant Motion for Partial Summary Judgment pertains only to Defendant's liability. Per the Court's Order [Doc. # 436], "[t]he issue of damages, such as disgorgement and civil penalties, will be reserved for supplemental briefing after disposition of the Summary Judgment

**Oral Argument Requested**

Motions." *Id.* at 1-2. As detailed in the attached memorandum of law, Defendant's fraudulent scheme encompassed twenty specific transactions, each of which violated the antifraud provisions of the federal securities laws. The frauds occurred in connection with transactions for the purchase and sale of securities in ten separate companies (Companies A-J). The undisputed facts entitle the SEC to summary judgment as to Defendant's liability under the first five claims for relief of the Second Amended Complaint against Defendant as follows:

| Company | Fraudulent Conduct | Anti-Fraud Provisions Violated |
| --- | --- | --- |
| Company D | $650,000 for Management Fee | Advisers Act Sections 206(1), (2)<br>Exchange Act Section 10(b) & Rule 10b-5 |
| | $1,800,000 Overpayment for Fees | Advisers Act Sections 206(1), (2)<br>Exchange Act Section 10(b) & Rule 10b-5<br>Securities Act Section 17(a) |
| | $6,600,000 Payment for Purported Taxes | Advisers Act Sections 206(1), (2)<br>Exchange Act Section 10(b) & Rule 10b-5<br>Securities Act Section 17(a) |
| | $800,528.81 Payment for Purported Taxes | Advisers Act Sections 206(1), (2)<br>Exchange Act Section 10(b) & Rule 10b-5<br>Securities Act Section 17(a) |
| Company E | $1,360,000 Overpayment Due to Exchange Rate | Advisers Act Sections 206(1), (2)<br>Exchange Act Section 10(b) & Rule 10b-5 |
| | $92,285.15 for Legal Fees | Advisers Act Sections 206(1), (2)<br>Exchange Act Section 10(b) & Rule 10b-5 |
| Company J | $1,800,000 Dividend Payment | Advisers Act Sections 206(1), (2)<br>Exchange Act Section 10(b) & Rule 10b-5 |
| Company F | $250,030 for Legal Fees | Advisers Act Sections 206(1), (2)<br>Exchange Act Section 10(b) & Rule 10b-5 |
| | $516,417 for Legal Fees | Advisers Act Sections 206(1), (2), (4) & Rule 206(4)-8<br>Exchange Act Section 10(b) & Rule 10b-5<br>Securities Act Section 17(a) |
| Company G | $4,701,050.56 for Inflated Purchase Price | Advisers Act Sections 206(1), (2), (4) & Rule 206(4)-8<br>Exchange Act Section 10(b) & Rule 10b-5 |
| | $2,101,185.45 Payment for Purported Fees | Advisers Act Sections 206(1), (2), (4) & Rule 206(4)-8<br>Exchange Act Section 10(b) & Rule 10b-5 |
| | $3,113,981.00 Payment for Purported Management Incentive Payment | Advisers Act Sections 206(1), (2), (4) & Rule 206(4)-8<br>Exchange Act Section 10(b) & Rule 10b-5<br>Securities Act Section 17(a) |

|  | $1,556,990 Payment for Purported Management Incentive Payment | Advisers Act Sections 206(1), (2), (4) & Rule 206(4)-8<br>Exchange Act Section 10(b) & Rule 10b-5<br>Securities Act Section 17(a) |
|---|---|---|
|  | $622,796 Payment for Purported Fee | Advisers Act Sections 206(1), (2), (4) & Rule 206(4)-8<br>Exchange Act Section 10(b) & Rule 10b-5<br>Securities Act Section 17(a) |
| Company H | $2,237,205.49 for Legal Fees | Advisers Act Sections 206(1), (2), (4) & Rule 206(4)-8<br>Exchange Act Section 10(b) & Rule 10b-5 |
| Company I | $2,185,946 Overpayment Due to Exchange Rate | Advisers Act Sections 206(1), (2), (4) & Rule 206(4)-8<br>Exchange Act Section 10(b) & Rule 10b-5 |
| Company A | $2,044,733 Overpayment | Advisers Act Sections 206(1), (2), (4) & Rule 206(4)-8<br>Exchange Act Section 10(b) & Rule 10b-5 |
| Company B | $18,000,000 Overpayment | Advisers Act Sections 206(1), (2), (4) & Rule 206(4)-8<br>Exchange Act Section 10(b) & Rule 10b-5 |
| Company C | $10,896,193.59 Redemption of Company C Shares | Advisers Act Sections 206(1), (2), (4) & Rule 206(4)-8<br>Exchange Act Section 10(b) & Rule 10b-5<br>Securities Act Section 17(a) |
|  | $7,500,000 I-Cubed Sale | Advisers Act Sections 206(1), (2), (3), (4) & Rule 206(4)-8<br>Exchange Act Section 10(b) & Rule 10b-5<br>Securities Act Section 17(a) |

For the reasons stated in the accompanying memorandum of law, the SEC respectfully requests the Court enter summary judgment finding Defendant liable for the violations outlined above.

DATED: June 27, 2017.

                Respectfully submitted,

                *s/ Nicholas P. Heinke*
                Nicholas P. Heinke (Colo. Bar No. 38738)
                    Connecticut Bar No. phv07374
                Jeffrey E. Oraker (Colorado Bar. No. 26893)
                    Connecticut Bar No. phv08631
                Terry Ryan Miller (Colorado Bar. No. 39007)
                    Connecticut Bar No. phv08981
                Mark L. Williams (New York Bar. No. 4796611)
                    Connecticut Bar No. phv07375
                United States Securities and Exchange Commission
                1961 Stout St., Suite 1700, Denver, CO  80294
                Phone:       (303) 844-1000
                                (303) 844-1071 (Heinke)
                                (303) 844-1041 (Miller)
                                (303) 844-1097 (Oraker)
                                (303) 844-1027 (Williams)
                E-mail:       HeinkeN@sec.gov
                                MillerTE@sec.gov
                                OrakerJ@sec.gov
                                WilliamsML@sec.gov

                Attorneys for Plaintiff:

                UNITED STATES SECURITIES AND
                EXCHANGE COMMISSION

<u>CERTIFICATE OF SERVICE</u>

I certify that on June 27, 2017, a copy of the foregoing document was emailed to Defendant Iftikar Ahmed at IftyAhmed@icloud.com, and served via ECF upon the following:

Jonathan Harris
Reid Skibell
David Deitch
Alexander Sakin
S. Gabriel Hayes-Williams
Harris, St. Laurent & Chaudhry LLP
40 Wall Street, 53rd Floor
New York, NY 10005
(Counsel for Relief Defendants)

*s/ Nicholas P. Heinke*
Nicholas P. Heinke
