**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

_____
                                                         )
UNITED STATES SECURITIES            )
AND EXCHANGE COMMISSION,    )
                                                         )
                Plaintiff,              )
                                                         )
      v.                                          )    Civil Action No. 3:15cv675 (JBA)
                                                         )
IFTIKAR AHMED,                              )
                                                         )
                Defendant, and     )
                                                         )
IFTIKAR ALI AHMED SOLE PROP;       )
I-CUBED DOMAINS, LLC; SHALINI AHMED; )
SHALINI AHMED 2014 GRANTOR RETAINED )
ANNUNITY TRUST; DIYA HOLDINGS LLC; )
DIYA REAL HOLDINGS, LLC; I.I. 1, a minor )
child, by and through his next friends IFTIKAR )
and SHALINI AHMED, his parents; I.I. 2, a minor )
child, by and through his next friends IFTIKAR )
and SHALINI AHMED, his parents; and I.I. 3, a )
minor child, by and through his next friends )
IFTIKAR and SHALINI AHMED, his parents, )
                                                         )
                Relief Defendants.  )
_____)

**PLAINTIFF'S INDEX OF EXHIBITS IN SUPPORT OF PLAINTIFF'S**
**MOTION FOR PARTIAL SUMMARY JUDGMENT**

1

| Exhibit No. | Document Description | Bate Range |
|---|---|---|
| 1 | I. Ahmed Answer [Doc. # 218] | N/A |
| 2 | I. Ahmed Deposition Transcript 02/28/2017 | N/A |
| 3 | Bank Account Opening Documents [Doc. # 68-1] | SEC-BOA-E-2090-95, SEC-BOA-E-2106-09, SEC-BOA-E-2099-2112, SEC-BOA-E-1155-58, SEC-BOA-E-1189-92 |
| 4 | G. Ames First Declaration [Doc. # 4] | N/A |
| 5 | G. Ames Second Declaration [Doc. # 31] | N/A |
| 6 | G. Ames Deposition Transcript 05/04/2017 | N/A |
| 7 | Amended and Restated Employment Agreement (Sealed) | OAK-RD-17511-42 |
| 8 | I. Ahmed Emails [05/19/2015 - 05/20/2015] seeking to access funds in violation of Asset Freeze Order | N/A |
| 9 | S. Ahmed Deposition Transcript 07/16/2015 (Sealed) | N/A |
| 10 | G. Aggarwal, L. Aggarwal, S. Aggarwal, S. Aggarwal Deposition Transcripts 02/01/2017 | N/A |
| 11 | Preliminary Injunction Hearing Transcript 07/23/2015 & 07/30/2015 | N/A |
| 12 | I. Ahmed 05/05/2016 Response to SEC's First Set of Written Discovery | N/A |
| 13 | I. Ahmed 03/26/2017 Response to SEC's First Set of Written Discovery | N/A |
| 14 | S. Ahmed Deposition Transcript 01/14/2017 (Sealed) | N/A |
| 15 | Company D Stock Purchase Agreement (Sealed) | OAK-SEC-5717-5938 |
| 16 | Email from I. Ahmed to Company D re Management Fee Agreement [Doc. # 31-40] | OAK-SEC-1227-28 |
| 17 | Email from Company D to I. Ahmed re Management Fee Agreement Letter (Sealed) | OAK-SEC-1229 |
| 18 | Company D Executed Letter Agreement | OAK-SEC-1230-31 |
| 19 | Email from Company D to I. Ahmed re Wiring Instructions [Doc. # 31-41] | OAK-SEC-1233 |
| 20 | Letter from I. Ahmed to Company D [Doc. # 31-42] | OAK-SEC-1234-35 |

| Exhibit No. | Document Description | Bate Range |
|---|---|---|
| 21 | Email from Company D to I. Ahmed re Management Fee [Doc. # 31-43] | OAK-SEC-1237 |
| 22 | Email from Company D to I. Ahmed re Wiring Confirmation [Doc. # 31-44] | OAK-SEC-1681-82 |
| 23 | Bank of America Acquisition of Fleet | N/A |
| 24 | Bank of America x9310 Account Statement 07/31/2005 | SEC-BOA-E-2189-92 |
| 25 | Stock Purchase Agreement (Sealed) | OAK-SEC-1238-81 |
| 26 | Email to I. Ahmed re Invoice from the Oak [Doc. # 31-32] | OAK-SEC-1683-84 |
| 27 | Email from Company D to I. Ahmed re Invoice for Oak [Doc. # 31-33] | OAK-SEC-1701-05 |
| 28 | $3 million wire info from Bank of America to Company D Account [Doc. # 31-31] | OAK-SEC-1706-12 |
| 29 | Bank of America x2349 Account Statement 07/31/2006 | SEC-BOA-E-2321-24 |
| 30 | Bank of America x9310 Account Statement 07/31/2006 | SEC-BOA-E-2236-40 |
| 31 | Invoice from Company D to Oak for $6.6 million [Doc. # 31-35] | OAK-SEC-1292 |
| 32 | Oak Investment Partners Check/Wire Request [Doc. # 31-34] | OAK-SEC-1284 |
| 33 | Silicon Valley Bank Wire Transfer Confirmation [Doc. # 31-36] | OAK-SEC-1293-95 |
| 34 | Silicon Valley Bank Transaction Details [Doc. # 31-37] | OAK-SEC-1296-98 |
| 35 | Bank of America x2349 Account Statement 01/31/2007 | SEC-BOA-E-2351-55 |
| 36 | Oak Investment Partners Check/Wire Request [Doc. # 31-38] | OAK-SEC-1312-14 |
| 37 | Silicon Valley Bank Outgoing Wire Confirmation [Doc. # 31-39] | OAK-SEC-1315-17 |
| 38 | Bank of America x2349 Account Statement 08/31/2007 | SEC-BOA-E-2377-80 |
| 39 | Bank of America x3754 Account Statement 09/10/2007 | SEC-BOA-E-6549-54 |
| 40 | Oak Investment Partners Check/Wire Request | OAK-SEC-1627-33 |
| 41 | Funding Instructions | OAK-SEC-1634 |
| 42 | Email to I. Ahmed re wire instructions | OAK-SEC-1789 |

| Exhibit No. | Document Description | Bate Range |
|---|---|---|
| 43 | Letter forwarding Financing Closing Set documents (Sealed) | OAK-SEC-1321-80 |
| 44 | Bank of America x7717 Account Statement 07/31/2005 | SEC-BOA-E-2134-37 |
| 45 | Silicon Valley Bank Money Transfer | OAK-SEC-1635 |
| 46 | Emails re wire transfer | OAK-SEC-1643-45 |
| 47 | Bank of America x7717 Account Statement 08/31/2005 | SEC-BOA-E-2139-42 |
| 48 | Email from I. Ahmed re Final Legal Invoices | OAK-SEC-1646-47 |
| 49 | Email to I. Ahmed confirming wire transfer | OAK-SEC-1648 |
| 50 | Bank of America x9310 Account Statement 11/30/2005 | SEC-BOA-E-2205-08 |
| 51 | Stock Purchase Agreement (Sealed) | OAK-SEC-5626-62 |
| 52 | Email to G. Ames (Sealed) | OAK-SEC-5714-16 |
| 53 | Company J Corporate Documents (Sealed) | OAK-SEC-5603-25 |
| 54 | Bank of America x9310 Account Statement 05/31/2006 | SEC-BOA-E-2228-31 |
| 55 | Bank of America x9310 Account Statement 06/30/2006 | SEC-BOA-E-2232-35 |
| 56 | Bank of America x3754 Account Statement 07/11/2006 | SEC-BOA-E-6120-27 |
| 57 | Subscription and Shareholders' Agreement (Sealed) | OAK-SEC-5126-5260 |
| 58 | Email to I. Ahmed re Money Transfer | OAK-SEC-1805-06 |
| 59 | Bank of America x9310 Account Statement 06/30/07 | SEC-BOA-E-2277-79 |
| 60 | Bank of America x3754 Account Statement 06/11/07 | SEC-BOA-E-6531-36 |
| 61 | Stock Purchase Agreement (Sealed) | OAK-SEC-5276-5424 |
| 62 | Email to I. Ahmed re Transfer OIP | OAK-SEC-1650-53 |
| 63 | Email to I. Ahmed re Transfer | OAK-SEC-1654 |
| 64 | Bank of America x9310 Account Statement 10/31/07 | SEC-BOA-E-2289-91 |

| Exhibit No. | Document Description | Bate Range |
|---|---|---|
| 65 | Bank of America x3754 Account Statement 10/11/07 | SEC-BOA-E-5911-16 |
| 66 | Stock Purchase Agreement (Sealed) | OAK-SEC-1143-1207 |
| 67 | Oak Investment Partners Check/Wire Request [Doc. # 31-6] | OAK-SEC-1134-36 |
| 68 | Silicon Valley Bank Wire Confirmation [Doc. # 31-7] | OAK-SEC-1140-41 |
| 69 | Silicon Valley Bank Transaction Details [Doc. # 31-8] | OAK-SEC-1142 |
| 70 | Email to I. Ahmed re Closing [Doc. # 31-9] | OAK-SEC-1212-14 |
| 71 | Email from I. Ahmed re Closing [Doc. # 31-10] | OAK-SEC-1845 |
| 72 | Korea Exchange Bank wire transfer confirmation [Doc. # 31-11] | OAK-SEC-1844 |
| 73 | Bank of America x9887 Account Statement 12/31/07 | SEC-BOA-E-2113-17 |
| 74 | Bank of America x3754 Account Statement 1/10/08 | SEC-BOA-E-2425-34 |
| 75 | Bank of America x9310 Account Statement 01/31/08 | SEC-BOA-E-2298-2300 |
| 76 | Tender Offer Agent Engagement Agreement (Sealed) | OAK-SEC-6137-49 |
| 77 | Oak Investment Partners Check/Wire Request [Doc. # 31-18] | OAK-SEC-1216 |
| 78 | Invoice from Company G to Oak [Doc. # 31-19] | OAK-SEC-1215 |
| 79 | Rate Confirmation Note | OAK-SEC-1217-18 |
| 80 | Silicon Valley Bank Wire Confirmation [Doc. # 31-20] | OAK-SEC-1219-20 |
| 81 | Bank of America x9887 Account Statement 10/31/09 | SEC-BOA-E-6754-57 |
| 82 | Bank of America x3754 Account Statement 11/06/09 | SEC-BOA-E-3098-3106 |
| 83 | Share Purchase Agreement (Sealed) | OAK-SEC-4923-5100 |
| 84 | Oak Investment Partners Check/Wire Request [Doc. # 31-21] | OAK-SEC-977-78 |
| 85 | Silicon Valley Bank Transaction Details | OAK-SEC-975-76 |
| 86 | Bank of America x6367 Account Statement 11/30/11 | SEC-BOA-E-6888-90 |

| Exhibit No. | Document Description | Bate Range |
|---|---|---|
| 87 | Bank of America x3754 Account Statement 12/09/11 | SEC-BOA-E-3816-27 |
| 88 | Oak Investment Partners Check/Wire Request [Doc. # 31-23] | OAK-SEC-984-86 |
| 89 | Email from I. Ahmed re management carve out [Doc. # 31-24] | OAK-SEC-987 |
| 90 | Silicon Valley Bank Wire Confirmation [Doc. # 31-25] | OAK-SEC-983 |
| 91 | Silicon Valley Bank Transaction Details [Doc. # 31-26] | OAK-SEC-988 |
| 92 | Bank of America x6367 Account Statement 4/30/13 | SEC-BOA-E-6974-77 |
| 93 | Bank of America x 3754 Account Statement 5/10/13 | SEC-BOA-E-4392-4410 |
| 94 | Oak Investment Partners Check/Wire Request [Doc. # 31-27] | OAK-SEC-990-92 |
| 95 | Silicon Valley Bank Wire Confirmation [Doc. # 31-28] | OAK-SEC-989 |
| 96 | Silicon Valley Bank Transaction Details [Doc. # 31-29] | OAK-SEC-993 |
| 97 | Exchange Agreement (Sealed) | OAK-SEC-6289-6319 |
| 98 | Subscription for Shares (Sealed) | OAK-SEC-7034-36 |
| 99 | Oak Investments Partners Check/Wire Request and additional documents (Sealed) | OAK-SEC-7037-40 |
| 100 | Subscription for Shares (Sealed) | OAK-SEC-6320-23 |
| 101 | Oak Investments Partners Check/Wire Request (Sealed) | OAK-SEC-7042 |
| 102 | Silicon Valley Bank Wire Confirmation (Sealed) | OAK-SEC-7043-44 |
| 103 | Email from I. Ahmed re Legal Expenses (Sealed) | OAK-SEC-7047-52 |
| 104 | Email from I. Ahmed re wiring instructions | OAK-SEC-1941-42 |
| 105 | Email from I. Ahmed re reimbursement | OAK-SEC-1951 |
| 106 | HSBC activity report | OAK-SEC-1943-46 |
| 107 | HSBC activity report | OAK-SEC-1949-50 |
| 108 | Bank of America x9310 Account Statement 4/30/2009 | SEC-BOA-E-6710-13 |

| Exhibit No. | Document Description | Bate Range |
|---|---|---|
| 109 | Email re Balance of Cash Transfer (Sealed) | OAK-SEC-1969-70 |
| 110 | Bank of America x9310 Account Statement 6/30/2009 | SEC-BOA-E-6726-29 |
| 111 | Bank of America x3754 Account Statement 7/13/2009 | SEC-BOA-E-2952-61 |
| 112 | Oak Letter re Request for reimbursement of legal expenses | OAK-SEC-1961-68 |
| 113 | Oak Investment Partners Check/Wire Request [Doc. # 31-12] | OAK-SEC-5107-10 |
| 114 | Silicon Valley Bank Wire Confirmation [Doc. # 31-13] | OAK-SEC-5111-14 |
| 115 | Email from I. Ahmed re question [Doc. # 31-14] | OAK-SEC-5117 |
| 116 | Memorandum Of Terms for Purchase Of Stock [Doc. # 31-15] | OAK-SEC-5101-04 |
| 117 | Email re Oak wires - surplus [Doc. # 31-16] | OAK-SEC-5118-25 |
| 118 | HSBC Payment Transit [Doc. # 31-17] | OAK-SEC-5115-16 |
| 119 | Bank of America x9310 Account Statement for 12/31/10 | SEC-BOA-E-6836-38 |
| 120 | Bank of America x3754 Account Statement for 1/10/11 | SEC-BOA-E-3498-3509 |
| 121 | Email from I. Ahmed (Sealed) | OAK-SEC-671 |
| 122 | Email to I. Ahmed (Sealed) | OAK-SEC-642-69 |
| 123 | Email re sale of stake | OAK-SEC-700-01 |
| 124 | Email from I. Ahmed re sale of stake and forwarding documents | OAK-SEC-686-99 |
| 125 | Email from I. Ahmed re signature pages | OAK-SEC-702-07 |
| 126 | Email from I. Ahmed re sale (Sealed) | OAK-SEC-708-12 |
| 127 | Email from I. Ahmed re signatures | OAK-SEC-738-50 |
| 128 | Oak Investment Partners Check/Wire Request | OAK-SEC-714, 719 |
| 129 | Silicon Valley Bank Wire Confirmation | OAK-SEC-1018 |
| 130 | Bank of America x3640 Account Statement 08/31/2014 | SEC-BOA-E-891-94 |

| Exhibit No. | Document Description | Bate Range |
|---|---|---|
| 131 | Report (Sealed) | OAK-SEC-2-4 |
| 132 | Oak Investment Partners Check/Wire Request (Sealed) | OAK-SEC-52-54 |
| 133 | Email from I. Ahmed re Company B (Sealed) | OAK-SEC-5-6 |
| 134 | Email from I. Ahmed re Company B (Sealed) | OAK-SEC-55-82 |
| 135 | Email re Company B (Sealed) | OAK-SEC-7-47 |
| 136 | Silicon Valley Bank Wire Confirmation (Sealed) | OAK-SEC-49-51 |
| 137 | Bank of America x3640 Account Statement 12/31/15 | SEC-BOA-E-907-16 |
| 138 | Bank of America x3754 Account Statement 02/6/15 | SEC-BOA-E-539-54 |
| 139 | Email to I. Ahmed re Urgent-China Financial model | OAK-SEC-427-28 |
| 140 | Company B Consolidated Financial Statements (Sealed) | OAK-SEC-490-515 |
| 141 | Email from I. Ahmed re Company C (Sealed) | OAK-SEC-835-36 |
| 142 | Email from I. Ahmed re Company C (Sealed) | OAK-SEC-820-24 |
| 143 | Email to I. Ahmed re Company C (Sealed) | OAK-RD-7315-16 |
| 144 | Fidelity x6852 Confirmation Statement 11/14/12 | SEC-NFS-E-2241 |
| 145 | Email to I. Ahmed re Question (Sealed) | OAK-SEC-827-29 |
| 146 | Email to I. Ahmed re Dashboard (Sealed) | OAK-SEC-833 |
| 147 | Fidelity x6852 Confirmation Statement 11/26/12 | SEC-NFS-E-2242 |
| 148 | Email from I. Ahmed re Company C (Sealed) | OAK-SEC-838-40 |
| 149 | Email from I. Ahmed re Company C (Sealed) | OAK-SEC-852-53 |
| 150 | Fidelity x6852 Account Statement 6/30/13 [Doc. # 68-9] | OAK-NFS-E-5174-79, SEC-NFS-E-5299 |
| 151 | Email to I. Ahmed re Company C (Sealed) | OAK-RD-37-40 |
| 152 | Email re Company C (Sealed) | OAK-SEC-888-98 |

| Exhibit No. | Document Description | Bate Range |
|---|---|---|
| 153 | Email from I. Ahmed re Compliance Check [Doc. # 4-19] | OAK-SEC-861 |
| 154 | Email re Repurchase (Sealed) | OAK-RD-10258-59 |
| 155 | Bank of America x3640 Account Statement for 10/31/13 | OAK-BOA-E-843-50 |
| 156 | Bank of America x3754 Account Statement for 12/10/13 | OAK-BOA-E-4734-51 |
| 157 | Stock Purchase Agreement [Doc. # 4-20] | OAK-SEC-100-05 |
| 158 | Silicon Valley Bank Wire Confirmation [Doc. # 4-21] | OAK-SEC-106-08 |
| 159 | Bank of America x8384 Account Statements for 10/31/14 and 11/30/14 [Doc. # 68-8] | SEC-BOA-E-797-806 |
| 160 | BOA Check to Shalini Ahmed 2014 Grantor Retained Annuity Trust for $7.425 MM [Doc. # 68-19] | SEC-BOA-E-1355 |
| 161 | I-Cubed Limited Liability Company Agreement [Doc. # 4-22] | OAK-SEC-109-21 |
| 162 | D. Johnson Deposition (I-Cubed Domains, LLC) | N/A |
| 163 | Assignment of Limited Liability Company Interest I-Cubed [Doc. # 4-24] | OAK-SEC-420 |
| 164 | Assignment of Membership Interest [Doc. # 4-25] | OAK-SEC-124-28 |
| 165 | R. Kimball Declaration | N/A |
| 166 | Company C Fact Sheet (Sealed) | OAK- RD-71163-86 |
| 167 | D. Johnson Depositions (Shalini Ahmed 2014 Grantor Retained Annuity Trust) | N/A |
| 168 | Shalini A. Ahmed 2014 GRAT (Sealed) | Shalini Ahmed_854-81 |

DATED: June 27, 2017.

                            Respectfully submitted,

*s/ Nicholas P. Heinke*
Nicholas P. Heinke (Colo. Bar No. 38738)
    Connecticut Bar No. phv07374
Jeffrey E. Oraker (Colorado Bar. No. 26893)
    Connecticut Bar No. phv08631
Terry Ryan Miller (Colorado Bar. No. 39007)
    Connecticut Bar No. phv08981
Mark L. Williams (New York Bar. No. 4796611)
    Connecticut Bar No. phv07375
United States Securities and Exchange Commission
1961 Stout St., Suite 1700, Denver, CO  80294
Phone:    (303) 844-1000
              (303) 844-1071 (Heinke)
              (303) 844-1041 (Miller)
              (303) 844-1097 (Oraker)
              (303) 844-1027 (Williams)
E-mail:    HeinkeN@sec.gov
              MillerTE@sec.gov
              OrakerJ@sec.gov
              WilliamsML@sec.gov

Attorneys for Plaintiff:

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION

## **CERTIFICATION**

I certify that on June 27, 2017, a copy of the foregoing document was emailed to Defendant Iftikar Ahmed at IftyAhmed@icloud.com, and served via ECF upon the following:

Jonathan Harris
Reid Skibell
David Deitch
Alexander Sakin
S. Gabriel Hayes-Williams
Harris, St. Laurent & Chaudhry LLP
40 Wall Street, 53rd Floor
New York, NY 10005
(Counsel for Relief Defendants)

*s/ Nicholas P. Heinke*
Nicholas P. Heinke