UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>IFTIKAR AHMED,<br><br>Defendant, and<br><br>IFTIKAR ALI AHMED SOLE PROP; I-CUBED DOMAINS, LLC; SHALINI AHMED; SHALINI AHMED 2014 GRANTOR RETAINED ANNUITY TRUST; DIYA HOLDINGS LLC; DIYA REAL HOLDINGS, LLC; I.I. 1, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; I.I. 2, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; and I.I. 3, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents,<br><br>Relief Defendants. | Civil Action No. 3:15cv675 (JBA) |

**PLAINTIFF UNITED STATES SECURITIES AND EXCHANGE COMMISSION'S MOTION TO FILE CERTAIN EXHIBITS TO PLAINTIFF'S BRIEF IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT UNDER SEAL**

Plaintiff United States Securities and Exchange Commission ("SEC") hereby requests that the Court permit certain exhibits filed in connection with the SEC's Local Rule 56(a)1 Statement of Undisputed Facts to be filed under seal. In support of its motion, the SEC states as follows:

1.   The Court may grant a motion to seal if such sealing is properly supported by "clear and compelling reasons" and "narrowly tailored to serve those reasons." D. Conn. L. Civ.

R. 5(e)(3); *Tavares v. Lawrence & Memorial Hospital*, No. 3:11–CV–770 (CSH), 2012 WL 5929949, at *5 (D. Conn. Nov. 27, 2012). The Court enjoys considerable discretion in determining whether good cause exists to grant a motion to seal. *Geller v. Branic Int'l. Realty Corp.*, 212 F.3d 734, 738 (2d Cir. 2000).

2.  The SEC, the Relief Defendants, and non-party Oak Management Corporation have stipulated to, and the Court has entered, a Stipulated Protective Order in this case. Doc. # 321. As part of that protective order, parties are permitted to designate material as confidential. *Id.* ¶ (a). When such a designation is made, a party that determines to file such material with the Court "shall … make a motion to the Court to keep such confidential information under seal." *Id.* ¶ (g).

3.  The SEC is attaching to its Local Rule 56(a)1 Statement of Undisputed Facts certain documents produced by Oak that Oak has asked the Commission to file under seal in light of the sensitive business information contained therein. Specifically, the SEC is filing the following exhibits to its Local Rule 56(a)1 Statement of Undisputed Facts that Oak has requested be filed under seal: Exhibits 7; 15; 17; 25; 43; 51-53; 57; 61; 66; 76; 83; 97-103; 109; 121-122; 126; 131-136; 140-143; 145-146; 148-149; 151-152; 154; and 166.

5.  The SEC is also attaching to its Local Rule 56(a)1 Statement of Undisputed Facts Exhibit 168, which is a document produced by Relief Defendant Shalini Ahmed that was marked confidential pursuant to the Stipulated Protective Order. As this document has been designated confidential, the SEC is filing it under seal.

6.  Finally, the SEC is attaching to its Local Rule 56(a)1 Statement of Undisputed Facts Exhibits 9 and 14, which are transcripts of the depositions of Relief Defendant Shalini Ahmed. The SEC also describes Ms. Ahmed's testimony in its Local Rule 56(a)1 Statement of

Undisputed Facts and its Memorandum of Law in Support of its Motion for Partial Summary Judgment. In light of previous orders regarding Ms. Ahmed's deposition testimony [Docs. ## 171 & 195] and Relief Defendants' designation of one of these depositions (Exhibit 14) confidential, the SEC is filing both depositions under seal and redacting from the public filing the references to her deposition testimony.

Wherefore, the SEC respectfully requests the Court permit the above-listed documents to be filed under seal.

DATED: June 27, 2017.    Respectfully submitted,

*s/ Nicholas P. Heinke*
Nicholas P. Heinke (Colo. Bar No. 38738)
    Connecticut Bar No. phv07374
Jeffrey E. Oraker (Colorado Bar. No. 26893)
    Connecticut Bar No. phv08631
Terry Ryan Miller (Colorado Bar. No. 39007)
    Connecticut Bar No. phv08981
Mark L. Williams (New York Bar. No. 4796611)
    Connecticut Bar No. phv07375
United States Securities and Exchange Commission
1961 Stout St., Suite 1700, Denver, CO 80294
Phone:      (303) 844-1000
            (303) 844-1071 (Heinke)
            (303) 844-1041 (Miller)
            (303) 844-1097 (Oraker)
            (303) 844-1027 (Williams)
E-mail:     HeinkeN@sec.gov
            MillerTE@sec.gov
            OrakerJ@sec.gov
            WilliamsML@sec.gov

Attorneys for Plaintiff:

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION

4

## CERTIFICATE OF SERVICE

I certify that on June 27, 2017, a copy of the foregoing document was emailed to Defendant Iftikar Ahmed at IftyAhmed@icloud.com, and served via ECF upon the following:

Jonathan Harris
Reid Skibell
David Deitch
Alexander Sakin
S. Gabriel Hayes-Williams
Harris, St. Laurent & Chaudhry LLP
40 Wall Street, 53rd Floor
New York, NY 10005
(Counsel for Relief Defendants)

                                              *s/ Nicholas P. Heinke*
                                              Nicholas P. Heinke