**Subject:** Need your help.... URGENTLY.
**From:** Ifty Ahmed ████████████@gmail.com>
**Date:** 5/19/2015 5:54 PM
**To:** ██████████████, ███████████████████████ ███████████████████████████████>,
████████████████

Dear ███ and ██████

ASAK.  Hope you are well.  I am in a lot of trouble and left penniless.

Can you please help - i was hoping you two can please buy me out of the ████████ investment at cost or even at a slight discount.  if that's okay and possible, please let me know and I shall send you my wiring instructions and also you can draft a simple sale / purchase agreement and Shal will sign / scan and send back to you so the transaction can be done quickly and smoothly.

Can you please think about it quickly, discuss and let me know ASAP.  Please write back to me at this email address ██████████████@gmail.com

ZAK,

Ifty

PLAINTIFF'S
EXHIBIT
8

**Subject:** Please do not email Shal...
**From:** Ifty Ahmed ████████@gmail.com>
**Date:** 5/19/2015 5:57 PM
**To:** ██████ ████████████ ████████ ████ ██████████ ████
████ ██████

Also, please do not email Shal as I really would rather not entangle her in my mess if possible....hope you will understand.....ifty

**Subject:** Re: Need your help.... URGENTLY.

**From:** Iftikar Ahmed ███████████ @gmail.com>

**Date:** 5/20/2015 2:20 PM

**To:** ███████████ .com>

**CC:** ████████ ███████████████ >, ██████████████████████████ >

Thanks a lot, ████ I don't have any counsel and shall leave it to Kamran to draft a simple / easy sale/purchase agreement that we can get done quickly.   I shall wait to hear from Kamran then. Thanks a lot and all the very best!!   Be well...ifty

On Wed, May 20, 2015 at 10:16 PM, ████████ ‹ ██████████████ › wrote:

AA Ifty,

We're really sorry to hear about the situation you are in, our prayers are with you..

..we would like to also buy you out of the investment in ████████ and I have cc'ed our deal counsel above, ██████████████ , to coordinate with your attorneys to ensure we complete the transaction in the appropriate manner... ████████ has agreed to help process this repurchase of your wife's interests in ████████ ..

..can you pls connect him to your counsel so that he can coordinate the paperwork, etc.? thanks,

████████

**Partner**

████████████████

**Email:** ████████████████

**Telephone - Direct:** ████████████

**Telephone - Main:** ████████████

**Fax:** ████████████

████████████ -

On Tue, May 19, 2015 at 2:54 PM, Ifty Ahmed ‹ ██████████████████ › wrote:

Dear ███ and ████

ASAK.   Hope you are well.   I am in a lot of trouble and left penniless.

Can you please help - i was hoping you two can please buy me out of the ████████ investment at cost or even at a slight discount.   if that's okay and possible, please let me know and I shall send you my wiring instructions and also you can draft a simple sale / purchase agreement and Shal will sign / scan and send back to you so the transaction can be done quickly and smoothly.

Can you please think about it quickly, discuss and let me know ASAP.   Please write back to me at

this email address ████████ @gmail.com

ZAK,

Ifty

**From:**      Iftikar Ahmed ███████████████

**Sent:**      Wednesday, May 20, 2015 8:52 PM

**To:**        Paul Singh ███████████████

**Subject:**   Re: Redemption request - Urgent.

---

Any update buddy?  Thanks a lot,  ifty

On Wed, May 20, 2015 at 7:27 AM, Iftikar Ahmed ███████████████ wrote:
> Thanks a ton, Paul.   Appreciate the quick response and followup.  I am unfortunately out of town for the next month or so myself.   Hope to see you another time.   take care and be well....ifty

On Wed, May 20, 2015 at 6:20 AM, Paul Singh ███████████████ wrote:
> Hey Ifty,
> How are you? I will speak to our CFO Marc Volpe tomorrow to look into your request. He may reach out to you directly.
> Otherwise I hope things are going ok and please let me know what I can do.  I may be in greenwich in the next few weeks and would love to say hello if you are free.
> Talk soon, Paul
>
> Sent from my iPhone
>
> On May 19, 2015, at 7:34 PM, Iftikar Ahmed ███████████████ wrote:
>
>> Hi Paul -
>>
>> Hope you are well.   Sorry to bother you my friend.
>>
>> I am facing significant liquidity crisis and was wondering if you could please let me redeem my entire investment in your fund as soon as possible?
>>
>> If that's possible, let me know and I shall send you the wiring instructions.    Sooner it can be done, the more helpful it would be for me.
>>
>> Thanks a lot and hope you will understand and help out.  Please respond to this email if you can.
>>
>> Ifty

FWCM000299