UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>IFTIKAR AHMED,<br><br>Defendant, and<br><br>IFTIKAR ALI AHMED SOLE PROP; I-CUBED DOMAINS, LLC; SHALINI AHMED; SHALINI AHMED 2014 GRANTOR RETAINED ANNUITY TRUST; DIYA HOLDINGS LLC; DIYA REAL HOLDINGS, LLC; I.I. 1, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; I.I. 2, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; and I.I. 3, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents,<br><br>Relief Defendants. | Civil Action No. 3:15cv675 (JBA) |

**DECLARATION OF NICHOLAS P. HEINKE IN SUPPORT OF PLAINTIFF UNITED STATES SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, Nicholas P. Heinke, do declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the following statements are true and correct, and further that this declaration is made on my personal knowledge and that I am competent to testify as to the matters stated herein:

1

1. I am a Senior Trial Counsel in the U.S. Securities and Exchange Commission's ("SEC") Denver Regional Office, and I am one of the attorneys representing the SEC in this matter.

2. The SEC is contemporaneously filing an Index of Exhibits in Support of Plaintiff's Motion for Partial Summary Judgment ("Index").

3. With two exceptions described below, the documents listed in the Index are true and correct copies of declarations, deposition transcripts, pleadings, discovery responses, hearing transcripts, and other documents produced during the SEC's investigation into and litigation of this matter.

4. Exhibit 13 is a true and correct copy of an e-mail exchange between myself and Defendant Iftikar Ahmed related to this matter.

5. Exhibit 23 is a true and correct copy of a webpage accessed by SEC staff on or about April 19, 2017 that describes the corporate history of Fleet National Bank.

I declare under penalty of perjury that the foregoing statements are true and correct and that this Declaration was executed on June 27, 2017 in Denver, Colorado.

*s/ Nicholas P. Heinke*
Nicholas P. Heinke
Senior Trial Counsel
Division of Enforcement

CERTIFICATE OF SERVICE

      I certify that on June 27, 2017, a copy of the foregoing document was emailed to Defendant Iftikar Ahmed at IftyAhmed@icloud.com, and served via ECF upon the following:

Jonathan Harris  
Reid Skibell  
David Deitch  
Alexander Sakin  
S. Gabriel Hayes-Williams  
Harris, St. Laurent & Chaudhry LLP  
40 Wall Street, 53rd Floor  
New York, NY 10005  
(Counsel for Relief Defendants)

                        *s/ Nicholas P. Heinke*  
                        Nicholas P. Heinke