# EXHIBIT 1

**Harris, St. Laurent & Chaudhry LLP**
40 Wall St. 53rd floor
New York, NY 10005
646-571-0664

06-14-2017

PC09046 Shalini Ahmed

**Invoice Number: 6464**
Invoice Period: 05-01-2017 - 05-31-2017

### RE: PC09046-001 SEC v Ahmed (1085-101)

## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 05-01-2017 | Jonathan Harris | read motion filed by I.Ahmed; emails; call w/DD re Oak deposition | 1.000 | 750.00 | 750.00 |
| 05-01-2017 | David Deitch | Review documents and prepare for Oak deposition. | 7.250 | 600.00 | 4,350.00 |
| 05-01-2017 | Priya Chaudhry | email with client; email with NG; email with IA's lawyer; review docs | 0.750 | 750.00 | 562.50 |
| 05-01-2017 | Gabriel Hayes-Williams | Prepare for Oak 30(b)(6) deposition; email and organization of logistics | 6.500 | 375.00 | 2,437.50 |
| 05-02-2017 | Gabriel Hayes-Williams | Prepare for Oak deposition; attention to email security and links in anonymous message | 6.500 | 375.00 | 2,437.50 |
| 05-02-2017 | David Deitch | Prepare for Oak deposition; various emails regarding right of I. Ahmed to participate in deposition. | 3.500 | 600.00 | 2,100.00 |
| 05-02-2017 | Jonathan Harris | read motions filed by I.Ahmed; call w/DD re Oak deposition; emails | 1.000 | 750.00 | 750.00 |
| 05-03-2017 | Jonathan Harris | confer w/DD re Oak deposition; read motions filed by I.Ahmed; case strategy and organization | 1.500 | 750.00 | 1,125.00 |
| 05-03-2017 | David Deitch | Travel to New York for Oak deposition; prepare for same. | 6.750 | 600.00 | 4,050.00 |
| 05-03-2017 | Gabriel Hayes-Williams | Prepare for Oak deposition; attention to lease extension, email w/ S. Ahmed ▮▮▮▮ | 9.750 | 375.00 | 3,656.25 |
| 05-04-2017 | Gabriel Hayes-Williams | Deposition preparation and deposition of Grace Ames; meeting w/ M. Williams re taxes; meeting w/ S. Ahmed on various matters | 9.250 | 375.00 | 3,468.75 |
| 05-04-2017 | David Deitch | Conduct Oak deposition; return travel to DC from deposition | 12.500 | 600.00 | 7,500.00 |
| 05-04-2017 | Jonathan Harris | review motions and emails from I.Ahmed; confer w/DD re Oak deposition | 0.750 | 750.00 | 562.50 |
| 05-05-2017 | Jonathan Harris | call w/DD re Oak deposition; case strategy and organization; SJ motion | 0.750 | 750.00 | 562.50 |
| 05-05-2017 | Gabriel Hayes-Williams | Attention to searches and materials referenced in Oak 30(b)(6) deposition | 1.500 | 375.00 | 562.50 |
| 05-08-2017 | Gabriel Hayes-Williams | Emails w/ D. Deitch re Oak document productions; email SEC re apartment common charges | 0.750 | 375.00 | 281.25 |
| 05-08-2017 | Jonathan Harris | confer w/DD and EWB re summary judgment motion; review motion filed by I.Ahmed | 1.000 | 750.00 | 750.00 |
| 05-08-2017 | Evan W. Bolla | Review strategy emails. | 0.250 | 450.00 | 112.50 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|--------------|-------------|-------|------|--------|
| 05-08-2017 | David Deitch | Legal research and drafting of motion for summary judgment. | 5.500 | 600.00 | 3,300.00 |
| 05-09-2017 | David Deitch | Email Oak counsel regarding follow-up from Oak deposition; emails regarding Fort Warren; legal research regarding motion for summary judgment. | 2.000 | 600.00 | 1,200.00 |
| 05-09-2017 | Jonathan Harris | confer w/DD re summary judgment motion; call and emails re Fort Warren; confer w/GHW re consent motions | 1.000 | 750.00 | 750.00 |
| 05-09-2017 | Gabriel Hayes-Williams | Draft consent motion for lease extension, email SEC re same; call w/ SEC re taxes; follow up call w/ S. Ahmed | 2.000 | 375.00 | 750.00 |
| 05-10-2017 | Gabriel Hayes-Williams | File motion re lease extension; review emails; email w/ local counsel | 0.500 | 375.00 | 187.50 |
| 05-10-2017 | Jonathan Harris | call w/SEC and w/Fort Warren; confer w/DD re summary judgment motion | 1.000 | 750.00 | 750.00 |
| 05-10-2017 | David Deitch | Legal research and drafting of summary judgment motion. | 8.000 | 600.00 | 4,800.00 |
| 05-11-2017 | David Deitch | Legal research and drafting motion for summary judgment. | 4.500 | 600.00 | 2,700.00 |
| 05-11-2017 | Jonathan Harris | Fort Warren issue | 0.250 | 750.00 | 187.50 |
| 05-11-2017 | Gabriel Hayes-Williams | Telephone call / S. Ahmed re Fort Warren | 0.250 | 375.00 | 93.75 |
| 05-12-2017 | Gabriel Hayes-Williams | Emails/telephone calls w/ S. Ahmed and SEC; circulate Ames deposition transcript | 1.750 | 375.00 | 656.25 |
| 05-12-2017 | Jonathan Harris | engaged re Fort Warren, SJ motion; confer w/ GWH re taxes issue | 1.000 | 750.00 | 750.00 |
| 05-12-2017 | David Deitch | Emails regarding SEC opposition to motion to stay MSJs; email Oak counsel regarding follow-up from Oak deposition; legal research and drafting motion for summary judgment. | 3.750 | 600.00 | 2,250.00 |
| 05-12-2017 | Priya Chaudhry | email with client | 0.250 | 750.00 | 187.50 |
| 05-15-2017 | Priya Chaudhry | read emails; email with NG | 0.500 | 750.00 | 375.00 |
| 05-15-2017 | David Deitch | Draft motion for summary judgment. | 5.000 | 600.00 | 3,000.00 |
| 05-15-2017 | Jonathan Harris | call w/Shalini Ahmed; calls re Fort Warren; call w/DD re SJ motion | 1.000 | 750.00 | 750.00 |
| 05-15-2017 | Gabriel Hayes-Williams | Calls w/ S. Ahmed, J. Harris; pull documents and circulate | 1.000 | 375.00 | 375.00 |
| 05-16-2017 | Gabriel Hayes-Williams | Review K-1, telephone calls w/ S. Ahmed re wind down expenses and holdback; email J. Harris/D. Deitch re same; draft edits to consent motion; additional drafts | 2.500 | 375.00 | 937.50 |
| 05-16-2017 | Gabriel Hayes-Williams | Email w/ D. Deitch re Oak subpoenas | 0.250 | 375.00 | 93.75 |
| 05-16-2017 | David Deitch | Conference with J. Harris regarding Fort Warren issue; revise draft consent motion regarding Fort Warren. | 0.500 | 600.00 | 300.00 |
| 05-16-2017 | Jonathan Harris | Fort warren issue; confer w/GHW | 1.000 | 750.00 | 750.00 |
| 05-17-2017 | Jonathan Harris | Fort Warren issue; confer w/DD re summary judgment motions | 0.500 | 750.00 | 375.00 |
| 05-17-2017 | David Deitch | Emails regarding Fort Warren consent motion; revise draft of same; draft motion for summary judgment. | 2.750 | 600.00 | 1,650.00 |
| 05-17-2017 | Gabriel Hayes-Williams | Review edits to draft consent motion re Ft. Warren, email w/ J. Harris, D. Deitch, S. Ahmed re same; further edits to consent motion; email SEC/FW counsel re same; follow up w/ D. Deitch re agreements and Ames deposition | 2.250 | 375.00 | 843.75 |
| 05-18-2017 | David Deitch | Draft motion for summary judgment. | 3.250 | 600.00 | 1,950.00 |
| 05-18-2017 | Gabriel Hayes-Williams | Review proposed order re Fort Warren; email J. | 0.750 | 375.00 | 281.25 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|--------------|-------------|-------|------|--------|
| | | Harris re same, email w/ SEC re same; review emails | | | |
| 05-19-2017 | David Deitch | Draft motion for summary judgment. | 1.750 | 600.00 | 1,050.00 |
| 05-19-2017 | Gabriel Hayes-Williams | Emails with SEC re tax preparation, apartments; revise consent motion and file; email with local counsel; attention to accounting; email w/ D. Deitch re agreement documents | 2.250 | 375.00 | 843.75 |
| 05-19-2017 | Jonathan Harris | confer GHW re motions | 0.250 | 750.00 | 187.50 |
| 05-22-2017 | Jonathan Harris | call w/DD; strategy in light of court's ruling on stay; confer w/GHW | 0.500 | 750.00 | 375.00 |
| 05-22-2017 | Gabriel Hayes-Williams | Attention to review of filings and orders; telephone call w/ S. Ahmed; draft letter to Fidelity; disc. w/ J. Harris re stay and tax issues; attention to email w/ local counsel; review filings | 3.500 | 375.00 | 1,312.50 |
| 05-22-2017 | David Deitch | Various emails regarding court ruling staying summary judgment motions. | 0.500 | 600.00 | 300.00 |
| 05-22-2017 | Reid Skibell | Review ruling on motion for stay; attention to email correspondence re: same. | 0.500 | 600.00 | 300.00 |
| 05-23-2017 | Reid Skibell | Attention to email correspondence and court filings. | 0.250 | 600.00 | 150.00 |
| 05-23-2017 | Gabriel Hayes-Williams | Review email and news article; telephone call w/ S. Ahmed; draft consent order re apartment common charges; review filings; email re apartment repairs | 1.750 | 375.00 | 656.25 |
| 05-23-2017 | Jonathan Harris | call w/Shalini Ahmed re █████████ ████████ | 0.250 | 750.00 | 187.50 |
| 05-25-2017 | Gabriel Hayes-Williams | Complete draft consent motions; email w/ SEC re same | 1.000 | 375.00 | 375.00 |
| 05-26-2017 | Gabriel Hayes-Williams | Call w/ local counsel; finalize 2016 tax letter | 0.750 | 375.00 | 281.25 |
| 05-26-2017 | David Deitch | Emails regarding tax letter for accountant. | 0.250 | 600.00 | 150.00 |
| 05-26-2017 | Jonathan Harris | review motions filed by I. Ahmed | 0.250 | 750.00 | 187.50 |
| 05-31-2017 | Gabriel Hayes-Williams | Emails w/ SEC and S. Ahmed re consent motions, entity structures; work on fee application; further emails to SEC | 2.000 | 375.00 | 750.00 |
| | | | | **Total Fees** | 73,368.75 |

## Time Summary

| Professional | Hours | Rate | Amount |
|--------------|-------|------|--------|
| David Deitch | 67.750 | 600.00 | 40,650.00 |
| Evan W. Bolla | 0.250 | 450.00 | 112.50 |
| Gabriel Hayes-Williams | 56.750 | 375.00 | 21,281.25 |
| Jonathan Harris | 13.000 | 750.00 | 9,750.00 |
| Priya Chaudhry | 1.500 | 750.00 | 1,125.00 |
| Reid Skibell | 0.750 | 600.00 | 450.00 |
| | | **Total Fees** | 73,368.75 |

## Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 05-01-2017 | 4.30 Storage | 105.08 |
| 05-03-2017 | Club Quarters Hotel - Hotel for Oak deposition | 251.36 |
| 05-03-2017 | Amtrak - Add'l trainfare to NYC for Oak deposition | 36.10 |
| 05-04-2017 | Amtrak - Add'l trainfare to NYC for Oak deposition | 11.80 |
| 05-04-2017 | Colonial Parking - Parking at train station for Oak deposition | 48.00 |
| 05-11-2017 | 4.30 vdiscovery Services | 715.52 |

| Date | Description | Amount |
|------|-------------|-------:|
| 05-18-2017 | May 2017 Transcript Svcs | 2,778.65 |
| 05-31-2017 | Westlaw Legal Research | 300.00 |
| | **Total Expenses** | 4,246.51 |
| | **Total for this Invoice** | 77,615.26 |
| | **Total Balance Due for Matter** | 1,361,382.68 |

# Matter Statement of Account

As Of 06-15-2017

| Matter | Invoices / Credits | Trust | Balance Due |
|---|---|---|---|
| PC09046-001 SEC v Ahmed | 1,361,382.68 | | 1,361,382.68 |
| **Total Balance Due for Matter** | | | **1,361,382.68** |

## PC09046-001 SEC v Ahmed

### Transactions

| Date | Transaction | Applied | Invoice | Amount |
|---|---|---|---|---|
| 05-22-2017 | Previous Balance | | | 1,283,767.42 |
| 06-14-2017 | Invoice 6464 | | | 77,615.26 |
| | | | **Balance** | **1,361,382.68** |

### Open Invoices and Credits

| Date | Transaction | Amount | Applied | Balance |
|---|---|---|---|---|
| 10-16-2015 | Invoice 2470 | 462,102.47 | (451,558.30) | 10,544.17 |
| 11-16-2015 | Invoice 2656 | 94,680.86 | | 94,680.86 |
| 01-12-2016 | Invoice 2963 | 88,845.00 | | 88,845.00 |
| 06-10-2016 | Invoice 4119 | 119,817.50 | | 119,817.50 |
| 08-24-2016 | Invoice 4509 | 86,537.17 | | 86,537.17 |
| 10-05-2016 | Invoice 4827 | 61,072.78 | | 61,072.78 |
| 11-07-2016 | Invoice 5022 | 89,674.32 | | 89,674.32 |
| 12-06-2016 | Invoice 5319 | 94,243.07 | | 94,243.07 |
| 01-11-2017 | Invoice 5544 | 124,032.81 | | 124,032.81 |
| 02-24-2017 | Invoice 5689 | 179,164.23 | | 179,164.23 |
| 04-12-2017 | Invoice 6186 | 279,901.93 | (20,950.00) | 258,951.93 |
| 05-22-2017 | Invoice 6379 | 76,203.58 | | 76,203.58 |
| 06-14-2017 | Invoice 6464 | 77,615.26 | | 77,615.26 |
| | | | **Balance** | **1,361,382.68** |

**Harris, St. Laurent & Chaudhry LLP**
40 Wall St. 53rd floor
New York, NY 10005
646-571-0664

07-07-2017

PC09046 Shalini Ahmed

**Invoice Number: 6580**
Invoice Period: 06-01-2017 - 06-30-2017

### RE: PC09046-001 SEC v Ahmed (1085-101)

## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 06-01-2017 | David Deitch | Emails regarding confidentiality of defendant's deposition. | 0.250 | 600.00 | 150.00 |
| 06-01-2017 | Gabriel Hayes-Williams | Call w/ S. Ahmed; email SEC/I. Ahmed re confidentiality designation | 0.750 | 375.00 | 281.25 |
| 06-02-2017 | Gabriel Hayes-Williams | Draft further consent motion on fees and taxes; review I. Ahmed filing; email w/ local counsel re fee application; email w/ R. Estepa re anonymous emails | 2.250 | 375.00 | 843.75 |
| 06-05-2017 | Gabriel Hayes-Williams | Review article on Kokesh; email w/ S. Ahmed; review opinion | 1.000 | 375.00 | 375.00 |
| 06-05-2017 | David Deitch | Review Kokesh decision; emails regarding same; telephone conference with A. Lipman regarding same. | 2.500 | 600.00 | 1,500.00 |
| 06-05-2017 | Priya Chaudhry | review Kokesh; internal meetings and emails; call with AL; email with client | 2.000 | 750.00 | 1,500.00 |
| 06-06-2017 | Priya Chaudhry | review emails; internal meeting; review docs | 1.000 | 750.00 | 750.00 |
| 06-06-2017 | Gabriel Hayes-Williams | Finalize draft consent motions and email SEC re fee application and DIYA capital CSC invoices and taxes; telephone call w/ S. Ahmed; review email; legal research | 5.000 | 375.00 | 1,875.00 |
| 06-07-2017 | Gabriel Hayes-Williams | Review SEC email re clarification of Northern Trust order; email w/ S. Ahmed re same; file various consent motions; email w/ local counsel; legal research; email re strategy; telephone call w/ S. Ahmed; draft edits to proposed order on consent | 3.750 | 375.00 | 1,406.25 |
| 06-08-2017 | David Deitch | Revising liquidation order; emails regarding same. | 1.000 | 600.00 | 600.00 |
| 06-08-2017 | Reid Skibell | Attention to filings and email correspondence re: summary judgment. | 0.250 | 600.00 | 150.00 |
| 06-08-2017 | Gabriel Hayes-Williams | Telephone calls; edits to consent order; email w/ SEC/I. Ahmed re motion for order clarifying securities liquidation; review motion to stay | 1.500 | 375.00 | 562.50 |
| 06-09-2017 | Reid Skibell | Review email correspondence. | 0.250 | 600.00 | 150.00 |
| 06-09-2017 | Jonathan Harris | calls w/DD; consent motion to court re Kokesh | 0.500 | 750.00 | 375.00 |
| 06-09-2017 | David Deitch | Emails with SEC counsel regarding Kokesh; draft consent motion for telephonic conference; telephone conference with K. Zaehringer regarding same. | 1.250 | 600.00 | 750.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 06-12-2017 | Gabriel Hayes-Williams | Download metadata from website email; review ▮▮▮▮▮▮▮▮▮▮▮ email SEC re outstanding consent motions | 2.500 | 375.00 | 937.50 |
| 06-12-2017 | Gabriel Hayes-Williams | Finalize and file various consent motions and proposed orders | 0.750 | 375.00 | 281.25 |
| 06-13-2017 | Gabriel Hayes-Williams | Email Ahmed; attention to harassment emails; work on summary judgment 56(a)1 statement, exhibits | 5.000 | 375.00 | 1,875.00 |
| 06-14-2017 | Gabriel Hayes-Williams | Telephone calls w/ S. Ahmed; summary judgment motion | 4.500 | 375.00 | 1,687.50 |
| 06-14-2017 | David Deitch | Telephone conference with S.G. Hayes-Williams regarding summary judgment motion; review draft of same; emails with SEC counsel regarding same. | 1.000 | 600.00 | 600.00 |
| 06-14-2017 | Priya Chaudhry | review emails | 0.250 | 750.00 | 187.50 |
| 06-15-2017 | Reid Skibell | Attention to email correspondence. | 0.250 | 600.00 | 150.00 |
| 06-15-2017 | Priya Chaudhry | review emails | 0.500 | 750.00 | 375.00 |
| 06-15-2017 | David Deitch | Emails with SEC counsel regarding summary judgment motions; telephone conference with S.G. Hayes-Williams regarding same; telephone conference with client regarding same. | 2.250 | 600.00 | 1,350.00 |
| 06-15-2017 | Gabriel Hayes-Williams | Summary judgment 56(a)1 and exhibits | 3.500 | 375.00 | 1,312.50 |
| 06-16-2017 | David Deitch | Legal research regarding Kokesh issue; emails with SEC counsel regarding page limits; emails and telephone conferences with G. Hayes-WIlliams regarding Rule 56(a)1 statement. | 3.500 | 600.00 | 2,100.00 |
| 06-16-2017 | Priya Chaudhry | review filings | 0.250 | 750.00 | 187.50 |
| 06-16-2017 | Gabriel Hayes-Williams | Review filings; attention to 56(a)1 and brief; review additional documents | 7.500 | 375.00 | 2,812.50 |
| 06-18-2017 | Gabriel Hayes-Williams | Exhibits/56(a)1 statement | 2.000 | 375.00 | 750.00 |
| 06-19-2017 | Gabriel Hayes-Williams | Finalize first draft of 56(a)1 statement; discussion w/ D. Deitch; work on brief draft; legal research ▮▮▮▮▮▮▮ emails w/ S. Ahmed; email w/ DOJ, discussion w/ P. Chaudhry re same; | 8.250 | 375.00 | 3,093.75 |
| 06-19-2017 | Priya Chaudhry | emails | 0.500 | 750.00 | 375.00 |
| 06-19-2017 | Reid Skibell | Attention to email correspondence. | 0.250 | 600.00 | 150.00 |
| 06-19-2017 | David Deitch | Legal research regarding ▮▮▮▮▮▮▮ draft portion of brief ▮▮▮▮▮▮▮ ▮▮▮▮▮▮ telephone conference with G. Hayes-Williams regarding other aspects of brief and regarding Rule 56(a)1 statement. | 4.500 | 600.00 | 2,700.00 |
| 06-20-2017 | David Deitch | Emails regarding page extension for summary judgment briefs; emails regarding telephonic conference with court; revising summary judgment memo and Local Rule 56(a)1 statement; telephone conference with client regarding page limit issue. | 4.000 | 600.00 | 2,400.00 |
| 06-20-2017 | Reid Skibell | Email correspondence re: summary judgment briefing issues; email correspondence re: telephonic conference. | 0.750 | 600.00 | 450.00 |
| 06-20-2017 | Priya Chaudhry | read draft; emails | 0.750 | 750.00 | 562.50 |
| 06-20-2017 | Jonathan Harris | emails | 0.250 | 750.00 | 187.50 |
| 06-20-2017 | Gabriel Hayes-Williams | Telephone call w/ S. Ahmed; conference w/ K. Olson re ▮▮▮▮▮▮▮▮▮▮ work on 56.1/brief/ declaration; disc. w/ P. Chaudhry re investigation; review emails and docket updates | 7.000 | 375.00 | 2,625.00 |
| 06-20-2017 | Kristin Olson | Conferenced with R. Skibell, D. Deitch, and G. | 3.250 | 350.00 | 1,137.50 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|--------------|-------------|-------|------|--------|
| | | Hayes-Williams regarding draft summary judgment motion. Conducted substantive review of draft summary judgment motion and supporting materials; conducted related legal research. | | | |
| 06-21-2017 | Kristin Olson | Conducted further research regarding ███ ███; conferenced with D. Deitch and G. Hayes-Williams re: same. Conducted substantive review of draft summary judgment motion and supporting materials. | 2.000 | 350.00 | 700.00 |
| 06-21-2017 | Gabriel Hayes-Williams | Summary judgment motion and research; exhibits | 7.000 | 375.00 | 2,625.00 |
| 06-21-2017 | Jonathan Harris | emails; calls re SJ motion | 1.000 | 750.00 | 750.00 |
| 06-21-2017 | Priya Chaudhry | internal meeting; review emails | 0.500 | 750.00 | 375.00 |
| 06-21-2017 | David Deitch | Various emails and telephone conferences regarding motion for leave to exceed page limits; draft and revise memorandum in support of summary judgment; conference with J. Harris and R. Skibell regarding ███ ███ | 7.300 | 600.00 | 4,380.00 |
| 06-21-2017 | Megan Dubatowka | legal research for summary judgment motion | 1.750 | 375.00 | 656.25 |
| 06-22-2017 | David Deitch | Revise memorandum in support of motion for summary judgment; various emails and telephone conferences regarding further tasks relating to same. | 4.250 | 600.00 | 2,550.00 |
| 06-22-2017 | Jonathan Harris | call w/Shalini; confer with team re SJ motion; review motion | 1.750 | 750.00 | 1,312.50 |
| 06-22-2017 | Gabriel Hayes-Williams | Edits to brief; telephone calls w/ D. Deitch re same; telephone call w/ J. Harris and S. Ahmed; discussion w/ J. Foley re exhibits; redactions and exhibit prep, case staff meeting; draft attorney declaration; call w/ D. Deitch/K. Olson | 4.750 | 375.00 | 1,781.25 |
| 06-22-2017 | Jared Foley | Discussing tasks and communicating with paralegals about exhibits. | 0.750 | | No Charge |
| 06-22-2017 | Joseph Matty | prepping exhibits | 1.500 | | No Charge |
| 06-22-2017 | Jackson Fisher | Decreasing size of exhibit PDFs | 3.000 | 125.00 | 375.00 |
| 06-22-2017 | Kristin Olson | Worked on summary judgment brief and supporting tasks; conferenced with team. | 3.000 | 350.00 | 1,050.00 |
| 06-23-2017 | Jackson Fisher | Renumbering exhibits | 2.000 | 125.00 | 250.00 |
| 06-23-2017 | Megan Dubatowka | emails and TC with team re filing Summary Judgment Brief | 0.250 | 375.00 | 93.75 |
| 06-23-2017 | Jonathan Harris | Summary judgment motion | 1.500 | 750.00 | 1,125.00 |
| 06-23-2017 | Priya Chaudhry | review emails | 0.250 | 750.00 | 187.50 |
| 06-23-2017 | Reid Skibell | Review summary judgment brief and telephone conference with D. Deitch re: arguments. | 1.500 | 600.00 | 900.00 |
| 06-23-2017 | David Deitch | Telephone conference with R. Skibell regarding summary judgment memorandum; revising same; telephone conferences with G. Hayes-Williams and others regarding remaining task for same; emails and telephone conference with client regarding same. | 4.800 | 600.00 | 2,880.00 |
| 06-23-2017 | Gabriel Hayes-Williams | Additional edits to documents; meeting re brief status; review SEC filings | 2.750 | 375.00 | 1,031.25 |
| 06-24-2017 | Gabriel Hayes-Williams | Review and edits to 51(a)1 statement; review briefing and email team re related actions | 1.750 | 375.00 | 656.25 |
| 06-24-2017 | Reid Skibell | Email correspondence re: summary judgment brief; research re: same; telephone conference with with D. Deitch re: same. | 1.750 | 600.00 | 1,050.00 |
| 06-24-2017 | Jonathan Harris | SJ motion; emails | 0.500 | 750.00 | 375.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 06-24-2017 | Kristin Olson | Worked on summary judgment brief and 56(a)1 statement, and related tasks. | 2.750 | 350.00 | 962.50 |
| 06-25-2017 | Kristin Olson | Conducted substantive review of, and revised, summary judgment brief and 56(a)1 statement. | 3.250 | 350.00 | 1,137.50 |
| 06-25-2017 | Reid Skibell | revise summary judgment brief and email correspondence re: same. | 2.300 | 600.00 | 1,380.00 |
| 06-25-2017 | Gabriel Hayes-Williams | Edits to brief/rule 56 statement; respond to various emails; attention to exhibit organization; draft motion to seal; review agreements; coordinate pre-filing assignments | 3.000 | 375.00 | 1,125.00 |
| 06-25-2017 | David Deitch | Various emails and other tasks relating to revision of summary judgment papers. | 1.750 | 600.00 | 1,050.00 |
| 06-26-2017 | David Deitch | Revision of memorandum in support of summary judgment motion; emails and telephone conferences regarding tasks necessary to prepare documents for filing. | 2.500 | 600.00 | 1,500.00 |
| 06-26-2017 | Gabriel Hayes-Williams | Telephone call re summary judgment motion; attention to status of documents | 0.750 | 375.00 | 281.25 |
| 06-26-2017 | Megan Dubatowka | multiple emails and OCs with GHW, KO, and DD; Review and revise memo of law, rule 56(a)1 statement, exhibits and other documents related to summary judgment motion | 8.500 | 375.00 | 3,187.50 |
| 06-26-2017 | Reid Skibell | Attention to issues re: summary judgment filing. | 0.250 | 600.00 | 150.00 |
| 06-26-2017 | Jonathan Harris | SJ motion | 0.500 | 750.00 | 375.00 |
| 06-26-2017 | Priya Chaudhry | review emails and draft | 0.750 | 750.00 | 562.50 |
| 06-26-2017 | Joel Levy Bibas | Helped Jackson get files ready for electronic filing. | 5.000 | | No Charge |
| 06-26-2017 | Kristin Olson | Proofread and cite checked summary judgment brief and supporting materials. | 2.250 | 350.00 | 787.50 |
| 06-26-2017 | Jackson Fisher | Proofreading brief, breaking down exhibits into smaller sizes for filing | 5.000 | 125.00 | 625.00 |
| 06-26-2017 | Joseph Gallagher | Reviewing and commenting on 56(a)1 statement, SJ brief. | 2.750 | | No Charge |
| 06-27-2017 | Joseph Matty | TOA/TOC for a brief | 1.500 | | No Charge |
| 06-27-2017 | Jackson Fisher | Proofreading brief, adding cover sheets to cases, etc. | 5.500 | 125.00 | 687.50 |
| 06-27-2017 | Kristin Olson | Assisted in finalizing summary judgment motion and supporting materials. | 1.500 | 350.00 | 525.00 |
| 06-27-2017 | Joel Levy Bibas | Compiled west law cases and cover sheets for brief | 1.000 | | No Charge |
| 06-27-2017 | Priya Chaudhry | email with client; internal meeting | 0.500 | 750.00 | 375.00 |
| 06-27-2017 | Jonathan Harris | SJ motion | 0.500 | 750.00 | 375.00 |
| 06-27-2017 | Reid Skibell | Email correspondence and telephone conference with D. Deitch re: filing. | 0.500 | 600.00 | 300.00 |
| 06-27-2017 | Megan Dubatowka | attention to emails re filing | 0.250 | 375.00 | 93.75 |
| 06-27-2017 | Gabriel Hayes-Williams | Telephone calls w/ S. Ahmed; finalize motion for summary judgment; motion filing; email opposing counsel re sealed exhibits; telephone call w/ local counsel; email w/ S. Ahmed | 4.250 | 375.00 | 1,593.75 |
| 06-27-2017 | David Deitch | Various issues relating to filing of opposition to summary judgment motion. | 3.500 | 600.00 | 2,100.00 |
| 06-28-2017 | David Deitch | Review SEC motion for partial summary judgment; legal research regarding issues raised by same; draft outline for opposition to same. | 5.500 | 600.00 | 3,300.00 |
| 06-28-2017 | Gabriel Hayes-Williams | Begin review/analysis of SEC summary judgment motion; conf. w/ R. Skibell; telephone calls w/ S. Ahmed; discussion w/ P. Chaudhry | 4.500 | 375.00 | 1,687.50 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| | | re communications received; telephone call w/ N. Heinke; review defendant's filings; pull pacer documents re summary judgment filing | | | |
| 06-28-2017 | Reid Skibell | Research re: ███████████ conference with D. Deitch and K. Olson re: opposition brief; review filing. | 2.500 | 600.00 | 1,500.00 |
| 06-28-2017 | Priya Chaudhry | review emails; talk with GHW; email IA's counsel | 1.000 | 750.00 | 750.00 |
| 06-28-2017 | Kristin Olson | Conferenced with R. Skibell re: opposition to SEC's motion for partial summary judgment; conducted follow up research re: same. | 1.250 | 350.00 | 437.50 |
| 06-29-2017 | Kristin Olson | Conducted substantive review of SEC's summary judgment motion; conducted legal research in support of opposition re: same. | 3.250 | 350.00 | 1,137.50 |
| 06-29-2017 | Reid Skibell | Email correspondence and conference re: brief. | 1.000 | 600.00 | 600.00 |
| 06-29-2017 | Gabriel Hayes-Williams | Email w/ SEC re exhibits to summary judgment motions; prepare upload; review defendant's SJ motion | 1.500 | 375.00 | 562.50 |
| 06-29-2017 | David Deitch | Drafting opposition to SEC motion for summary judgment and legal research relating to same. | 3.000 | 600.00 | 1,800.00 |
| 06-30-2017 | David Deitch | Draft Local Rule 56(a)2 statement; draft opposition to SEC motion for partial summary judgment. | 6.250 | 600.00 | 3,750.00 |
| 06-30-2017 | Gabriel Hayes-Williams | Attention to organizing exhibits; draft notes re ███████████ | 2.500 | 375.00 | 937.50 |
| 06-30-2017 | Reid Skibell | Email correspondence re: case strategy; revise 56.1 opposition; telephone conference with D. Deitch; research re: ███████████ conference with K. Olson. | 4.000 | 600.00 | 2,400.00 |
| 06-30-2017 | Jonathan Harris | SJ motions; conference with Court; call and emails | 2.000 | 750.00 | 1,500.00 |
| 06-30-2017 | Kristin Olson | Conducted research related to opposition to SEC's motion for summary judgment; conferenced with R. Skibell and D. Deitch re: same. | 1.000 | 350.00 | 350.00 |
| | | | | **Total Fees** | 104,546.25 |

## Time Summary

| Professional | Hours | Rate | Amount |
|--------------|-------|------|--------|
| David Deitch | 59.100 | 600.00 | 35,460.00 |
| Gabriel Hayes-Williams | 88.000 | 375.00 | 33,000.00 |
| Jackson Fisher | 15.500 | 125.00 | 1,937.50 |
| Jared Foley | 0.750 | 0.00 | 0.00 |
| Joel Levy Bibas | 6.000 | 0.00 | 0.00 |
| Jonathan Harris | 8.500 | 750.00 | 6,375.00 |
| Joseph Gallagher | 2.750 | 0.00 | 0.00 |
| Joseph Matty | 3.000 | 0.00 | 0.00 |
| Kristin Olson | 23.500 | 350.00 | 8,225.00 |
| Megan Dubatowka | 10.750 | 375.00 | 4,031.25 |
| Priya Chaudhry | 8.250 | 750.00 | 6,187.50 |
| Reid Skibell | 15.550 | 600.00 | 9,330.00 |
| | | **Total Fees** | 104,546.25 |

## Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 06-01-2017 | Storage Fee | 102.00 |

| Date | Description | Amount |
|------|-------------|-------:|
| 06-16-2017 | 5.25.17 vdiscovery | 715.52 |
| 06-22-2017 | 6.22.17 Taxi | 27.96 |
| | **Total Expenses** | 845.48 |
| | **Total for this Invoice** | 105,391.73 |
| | **Total Balance Due for Matter** | 1,422,929.34 |

# Matter Statement of Account

As Of 07-11-2017

| Matter | Invoices / Credits | Trust | Balance Due |
|---|---|---|---|
| PC09046-001 SEC v Ahmed | 1,422,929.34 | | 1,422,929.34 |
| **Total Balance Due for Matter** | | | **1,422,929.34** |

## PC09046-001 SEC v Ahmed

### Transactions

| Date | Transaction | Applied | Invoice | Amount |
|---|---|---|---|---|
| 06-14-2017 | Previous Balance | | | 1,361,382.68 |
| 06-22-2017 | Payment Received - Reference #7840001396 | | | (14,387.13) |
| 06-22-2017 | Payment Received - Reference #7840001397 | | | (29,252.41) |
| 06-23-2017 | Payment Applied | 10,544.17 | 2470 | |
| 06-23-2017 | Payment Applied | 3,842.96 | 2656 | |
| 06-23-2017 | Payment Applied | 29,252.41 | 2656 | |
| 06-26-2017 | Payment Received - Reference #926174268 | | | (205.53) |
| 06-26-2017 | Payment Applied | 205.53 | 2656 | |
| 07-07-2017 | Invoice 6580 | | | 105,391.73 |
| | | | **Balance** | **1,422,929.34** |

### Open Invoices and Credits

| Date | Transaction | Amount | Applied | Balance |
|---|---|---|---|---|
| 11-16-2015 | Invoice 2656 | 94,680.86 | (33,300.90) | 61,379.96 |
| 01-12-2016 | Invoice 2963 | 88,845.00 | | 88,845.00 |
| 06-10-2016 | Invoice 4119 | 119,817.50 | | 119,817.50 |
| 08-24-2016 | Invoice 4509 | 86,537.17 | | 86,537.17 |
| 10-05-2016 | Invoice 4827 | 61,072.78 | | 61,072.78 |
| 11-07-2016 | Invoice 5022 | 89,674.32 | | 89,674.32 |
| 12-06-2016 | Invoice 5319 | 94,243.07 | | 94,243.07 |
| 01-11-2017 | Invoice 5544 | 124,032.81 | | 124,032.81 |
| 02-24-2017 | Invoice 5689 | 179,164.23 | | 179,164.23 |
| 04-12-2017 | Invoice 6186 | 279,901.93 | (20,950.00) | 258,951.93 |
| 05-22-2017 | Invoice 6379 | 76,203.58 | | 76,203.58 |
| 06-14-2017 | Invoice 6464 | 77,615.26 | | 77,615.26 |
| 07-07-2017 | Invoice 6580 | 105,391.73 | | 105,391.73 |
| | | | **Balance** | **1,422,929.34** |