# EXHIBIT 2



**Invoice Number: 546429**
June 30, 2017

VIA EMAIL:  jon@sc-harris.com

Shalini Ahmed, et al.
c/o Harris, St. Laurent & Chaudhry LLP
Attn:  Jonathan Harris, Esq.
40 Wall Street, 53rd Floor
New York, NY  10005

Client:     003944 .... Ahmed, Shalini, et al.
Matter:    003944-0001 .... adv. United States Securities and Exchange Commission

For **PROFESSIONAL SERVICES** through May 31, 2017          **$4,932.50**

For **DISBURSEMENTS**
   United Parcel Service                                                         $25.56
                     **Total Disbursements:**          **$25.56**

                **Current Invoice Total:**          **$4,958.06**
      Previous Balance Outstanding:          $95,776.73
   *Interest Charged on Previous Balance:*          $882.50
   *(More Than 60 Days Overdue)*
                **BALANCE DUE:**          **$101,617.29**

*Thank you for your business.*



**Invoice Number: 546429**
June 30, 2017

Client:     003944 .... Ahmed, Shalini, et al.
Matter:   003944-0001 .... adv. United States Securities and Exchange Commission

<hr>

### Client Funds Account Summary

| | |
|---|---|
| **Previous Client Funds Balance:** | **$25,000.00** |
| New Client Funds Received: | $0.00 |
| Additional Client Funds Disbursed: | $0.00 |
| **Ending Client Funds Balance:** | **$25,000.00** |

*Thank you for your business.*

**Murtha Cullina LLP**
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



**Invoice Number: 546429**
June 30, 2017

Client:    003944 .... Ahmed, Shalini, et al.
Matter:   003944-0001 .... adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| 05/01/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's new motion for sanctions against Oak regarding "confidential" designations and "lies" in July 15, 2015 deposition via witness G. Ames. | $38.50 |
| 05/02/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's "consent" motion for Oak to return all property in its possession; reviewed plaintiff's notice of appearance by T. Miller. | $38.50 |
| 05/02/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's "urgent" motion o be allowed to participate in May 4, 2017 deposition of Oak. | $38.50 |
| 05/03/17 | Zaehringer | 0.3 | Reviewed plaintiff's response in opposition to I. Ahmed's emergency motion seeking permission to be allowed to participate in next-day deposition of Oak; reviewed I. Ahmed's reply to such response. | $115.50 |
| 05/03/17 | Zaehringer | 0.2 | Reviewed District Court's order regarding I. Ahmed's emergency motion to be allowed to participate in next-day deposition of Oak; reviewed email from I. Ahmed to all counsel and the Court regarding same. | $77.00 |
| 05/03/17 | Knag | 0.5 | Attention to new motions. | $305.00 |
| 05/04/17 | Knag | 0.2 | Attention to new filing. | $122.00 |
| 05/04/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's motion for "judicial review" of transcript of July 15, 2015 deposition of Oak through its witness G. Ames. | $38.50 |
| 05/08/17 | Knag | 0.5 | Attention to new motion. | $305.00 |
| 05/08/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's motion for judicial review of and access to transcripts of May 4, 2017 Rule 30(b)(6) deposition of Oak. | $38.50 |
| 05/08/17 | Zaehringer | 0.1 | Reviewed email from J. Harris regarding REDACTED REDACTED drafted reply email regarding same. | $38.50 |
| 05/08/17 | Zaehringer | 0.1 | Reviewed plaintiff's notice of intent to file opposition to I. Ahmed's "consent" motion for Oak to return property to I. Ahmed. | $38.50 |
| 05/09/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's new motion for "humanitarian relief" to enable work as independent contractor. | $38.50 |

*Thank you for your business.*

**Murtha Cullina LLP**
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



<u>**Invoice Number: 546429**</u>
June 30, 2017

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... adv. United States Securities and Exchange Commission

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|---|---|
| 05/09/17 | Zaehringer | 0.2 | Reviewed Relief Defendants' consent motion to release funds for common charges on apartment units; conference with G. Hayes-Williams regarding same; drafted letter to Judge Arterton enclosing courtesy copy of such motion per her individual practice rules. | $77.00 |
| 05/09/17 | Knag | 0.5 | Attention to new motions. | $305.00 |
| 05/10/17 | Zaehringer | 0.2 | Reviewed Relief Defendants' consent motion to approve one-year extension of lease of apartment unit; email with G. Hayes-Williams regarding same; drafted letter to Judge Arterton enclosing courtesy copy of such motion per her individual practice rules. | $77.00 |
| 05/11/17 | Zaehringer | 0.3 | Emails (several) with G. Hayes-Williams and J. Harris regarding REDACTED . | $115.50 |
| 05/11/17 | Zaehringer | 0.1 | Reviewed plaintiff's memorandum in opposition to Relief Defendants' motion to delay filing of summary judgment motions until after Supreme Court's ruling in *Kokesh* case. | $38.50 |
| 05/12/17 | Zaehringer | 0.2 | Reviewed District Court's orders (three) granting Relief Defendants' motions to release funds for one-year renewal of lease on apartment, to pay for common charges, and for attorneys' fees; emails (several) with J. Harris and G. Hayes-Williams regarding case developments. | $77.00 |
| 05/12/17 | Zaehringer | 0.1 | Telephone call with D. Deitch regarding REDACTED | $38.50 |
| 05/15/17 | Zaehringer | 0.2 | Reviewed I. Ahmed's motion to modify asset freeze order to release funds for retention of accountants to prepare and file 2016 tax returns; reviewed I. Ahmed's "notice" in support of fee estimated cited in such motion. | $77.00 |
| 05/15/17 | Zaehringer | 0.2 | Reported to J. Harris and D. Deitch regarding REDACTED REDACTED | $77.00 |

*Thank you for your business.*



**Invoice Number: 546429**
June 30, 2017

Client:     003944 .... Ahmed, Shalini, et al.
Matter:   003944-0001 .... adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| 05/15/17 | Zaehringer | 0.2 | Reviewed Oak's motion to strike each of I. Ahmed's three motions for sanctions; reviewed Oak's supporting memorandum of law. | $77.00 |
| 05/15/17 | Zaehringer | 0.1 | Reviewed plaintiff's response in opposition to I. Ahmed's "emergency" motion for release of funds to allow children to visit him in India in Summer 2017. | $38.50 |
| 05/15/17 | Zaehringer | 0.1 | Reviewed plaintiff's consolidated memorandum in opposition to I. Ahmed's motions to sanction Oak. | $38.50 |
| 05/15/17 | Knag | 0.2 | Attention to new motions. | $122.00 |
| 05/16/17 | Zaehringer | 0.2 | Reviewed I. Ahmed's reply to plaintiff's opposition to his "emergency" motion for release of funds to allow children to visit him in India in Summer 2017; reviewed I. Ahmed's reply to plaintiff's consolidated opposition to his motions to sanction Oak. | $77.00 |
| 05/16/17 | Zaehringer | 0.2 | Reviewed Oak's memorandum of law in opposition to I. Ahmed's "emergency" motion to sanction plaintiff and Oak for contempt of court orders; reviewed plaintiff's response in opposition to such "emergency" motion to sanction for contempt. | $77.00 |
| 05/17/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's reply to plaintiff's response in opposition to "emergency" motion to sanction plaintiff and Oak for contempt. | $38.50 |
| 05/17/17 | Zaehringer | 0.1 | Reported to P. E. Knag regarding REDACTED. | $38.50 |
| 05/18/17 | Zaehringer | 0.1 | Conference with P. E. Knag regarding REDACTED | $38.50 |
| 05/19/17 | Zaehringer | 0.2 | Reviewed plaintiff's consent motion to modify the asset freeze order to permit Fort Warren distribution of assets; reviewed plaintiff's consent motion to modify the asset freeze order to permit sale of certain shares (Essell Farms merger); reviewed plaintiff's consent motion to file under seal the proposed order granting such motion regarding sale of certain shares. | $77.00 |

*Thank you for your business.*



**Invoice Number: 546429**
June 30, 2017

Client:      003944 .... Ahmed, Shalini, et al.
Matter:    003944-0001 .... adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| 05/19/17 | Zaehringer | 0.3 | Reviewed Relief Defendants' consent motion to release funds for retention of accountants to prepare and file 2016 tax returns (0.1); emails with G. Hayes-Williams (several) regarding same (0.1); drafted letter to Judge Arterton regarding courtesy copy of such motion per her individual practice rules (0.1). | $115.50 |
| 05/19/17 | Knag | 0.5 | Attention to new filings. | $305.00 |
| 05/21/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's reply to Oak's memorandum of law in opposition to his "emergency" motion to sanction both SEC and Oak for contempt. | $38.50 |
| 05/22/17 | Zaehringer | 0.1 | Reviewed District Court's order granting Relief Defendants' motion to delay filing of summary judgment motions until after ruling in *Kokesh*. | $38.50 |
| 05/22/17 | Zaehringer | 0.2 | Reviewed District Court's orders (four) granting (a) Relief Defendants' motion to release funds for retention of accountants to prepare and file 2016 tax returns, (b) plaintiff's consent motion to modify the asset freeze order to permit Fort Warren distribution of assets, (c) plaintiff's consent motion to modify the asset freeze order to permit sale of certain shares (Essell Farms merger), and (d) plaintiff's consent motion to file under seal the proposed order granting such motion regarding sale of certain shares, | $77.00 |
| 05/22/17 | Zaehringer | 0.1 | Emails (several) with G. Hayes-Williams, J. Harris, and D. Deitch regarding REDACTED | $38.50 |
| 05/22/17 | Zaehringer | 0.3 | Telephone call with S. Ahmed regarding REDACTED | $115.50 |
| 05/22/17 | Zaehringer | 0.5 | Reported to J. Harris and P. E. Knag regarding client's questions; conference regarding strategy. | $192.50 |
| 05/22/17 | Zaehringer | 0.1 | Reviewed plaintiff's response in opposition to I. Ahmed's motion to sanction Oak for witness' "misrepresentations and lies" in its July 15, 2015 deposition. | $38.50 |
| 05/22/17 | Knag | 0.5 | Attention to client call and new decision. | $305.00 |

*Thank you for your business.*



**Murtha Cullina LLP**
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015

**Invoice Number: 546429**
June 30, 2017

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| 05/23/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's reply to plaintiff's response in opposition to his motion to sanction Oak for witness' "misrepresentations and lies" in its July 15, 2015 deposition. | $38.50 |
| 05/23/17 | Zaehringer | 0.1 | Reviewed plaintiff's response in opposition to I. Ahmed's consent motion for Oak to return all property in its possession. | $38.50 |
| 05/24/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's reply to plaintiff's response in opposition to his motion for Oak to return all property in its possession. | $38.50 |
| 05/25/17 | Zaehringer | 0.4 | Emails with G. Hayes-Williams (several) regarding information needed for accountants; reviewed draft letter to accountants; conference with P. E. Knag regarding same. | $154.00 |
| 05/25/17 | Zaehringer | 0.1 | Reviewed plaintiff's consolidated response in opposition to I. Ahmed's motions seeking judicial review of transcripts. | $38.50 |
| 05/25/17 | Zaehringer | 0.2 | Drafted emails to client S. Ahmed (several) REDACTED REDACTED | $77.00 |
| 05/26/17 | Zaehringer | 0.3 | Conference with P. E. Knag regarding strategy. | $115.50 |
| 05/26/17 | Zaehringer | 0.2 | Conference with G. Hayes-Williams regarding case developments and strategy. | $77.00 |
| 05/26/17 | Zaehringer | 0.2 | Drafted email to client S. Ahmed regarding follow-up to her questions; reviewed reply email from S. Ahmed regarding same. | $77.00 |
| 05/26/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's replies to plaintiff's consolidated response to his motions seeking judicial review of transcripts. | $38.50 |
| 05/26/17 | Knag | 0.2 | Attention to new filings; attention to telephone call with client S. Ahmed. | $122.00 |
| 05/29/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's additional reply to plaintiff's consolidated response to his motions seeking judicial review of confidentiality designations. | $38.50 |

*Thank you for your business.*

Murtha Cullina LLP
Payment Remittance:  Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID:  06-0686015



**Invoice Number: 546429**
June 30, 2017

Client:     003944 .... Ahmed, Shalini, et al.
Matter:    003944-0001 .... adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| 05/30/17 | Zaehringer | 0.1 | Reviewed plaintiff's response to I. Ahmed's motion for humanitarian relief to enable work as independent contractor. | $38.50 |
| 05/31/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's reply to plaintiff's response to his motion for humanitarian relief to enable work as independent contractor. | $38.50 |

**Total Hours:    11.0**                                                      **Total Amount:    $4,932.50**

**Disbursement Detail**

| Date | Description | Amount |
|------|-------------|--------|
| 05/09/17 | UPS from K. L. Zaehringer to Judge Arterton enclosing courtesy copy of ECF No. 543 | $8.52 |
| 05/10/17 | UPS from K. L. Zaehringer to Judge Arterton enclosing courtesy copy of ECF No. 544 | $8.52 |
| 05/19/17 | UPS from K. L. Zaehringer to Judge Arterton enclosing courtesy copy of ECF No. 564 | $8.52 |

**Total Disbursements:    $25.56**

*Thank you for your business.*



**MURTHA CULLINA**
ATTORNEYS AT LAW

**Invoice Number: 548705**
July 21, 2017

VIA EMAIL: jon@sc-harris.com

Shalini Ahmed, et al.
c/o Harris, St. Laurent & Chaudhry LLP
Attn: Jonathan Harris, Esq.
40 Wall Street, 53rd Floor
New York, NY 10005

Client:   003944 .... Ahmed, Shalini, et al.
Matter:  003944-0001 .... Adv. United States Securities and Exchange Commission

---

For **PROFESSIONAL SERVICES** through June 30, 2017          **$17,326.50**


**Disbursements**
    United Parcel Service                                   61.37
                    **Total Disbursements:**     **$61.37**


| | |
|---|---|
| **Current Invoice Total:** | **$17,387.87** |
| Previous Balance Outstanding: | $101,551.17 |
| **BALANCE DUE:** | **$118,939.04** |


*Thank you for your business.*

Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



Client:     003944 .... Ahmed, Shalini, et al.
Matter:     003944-0001 .... Adv. United States Securities and Exchange Commission

## Client Funds Account Summary

| | |
|---|---|
| **Previous Client Funds Balance:** | **$25,000.00** |
| New Client Funds Received: | $0.00 |
| Additional Client Funds Disbursed: | $0.00 |
| **Ending Client Funds Balance:** | **$25,000.00** |

*Thank you for your business.*

Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



ATTORNEYS AT LAW

**Invoice Number: 548705**
July 21, 2017

Client:     003944 .... Ahmed, Shalini, et al.
Matter:     003944-0001 .... Adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| 06/02/17 | Caulfield | 0.1 | Redacted excerpts of first of two recent Murtha Cullina LLP invoices per K. L. Zaehringer's designations, for use as exhibit to Relief Defendants' renewed attorneys' fee application. | $23.50 |
| 06/02/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's response in opposition to Oak's motion to strike his motions to sanction Oak and to enjoin future filings without leave of Court. | $38.50 |
| 06/02/17 | Zaehringer | 0.8 | Reviewed and further drafted Relief Defendants' new fee application; reviewed recent Murtha Cullina LLP invoices for privilege and work product, and designated excerpts for redaction before filing with the Court; conference with P. E. Knag regarding same; emails with G. Hayes-Williams (several) regarding same. | $308.00 |
| 06/02/17 | Knag | 0.1 | Attention to privilege issue. | $61.00 |
| 06/03/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's motion to compel Oak's compliance with subpoenas served May 23, 2017. | $38.50 |
| 06/05/17 | Zaehringer | 1.0 | Reviewed and analyzed U.S. Supreme Court's decision in SEC v. Kokesh case (1.0); conference with P. E. Knag regarding same (0.1); emails (several) with Harris firm attorneys regarding same (0.2). | $385.00 |
| 06/05/17 | Zaehringer | 0.1 | Reviewed correspondence to plaintiff counsel regarding Relief Defendants' proposal in view of Kokesh decision. | $38.50 |
| 06/05/17 | Knag | .01 | Attention to Kokesh Decision | $61.00 |
| 06/05/17 | Zaehringer | 0.2 | Reviewed redactions to exhibits to Relief Defendants' fee application for filing with the Court; further drafted such fee application; email | $77.00 |

*Thank you for your business.*

Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



**Invoice Number: 548705**
July 21, 2017

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... Adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| 06/05/17 | Zaehringer | 0.1 | Reviewed plaintiff's partial opposition to I. Ahmed's motion to modify asset freeze order to release funds for retention of accountants to prepare and file 2016 tax returns. | $38.50 |
| 06/05/17 | Knag | 1.0 | Attention to new filings; attention to Supreme Court's decision in Kokesh. | $610.00 |
| 06/05/17 | Caulfield | 0.1 | Redacted excerpts of second of two recent Murtha Cullina LLP invoices per K. L. Zaehringer's designations, for use as exhibit to Relief Defendants' renewed attorneys' fee application. | $23.50 |
| 06/06/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's reply to plaintiff's partial opposition to his motion to modify asset freeze order to release funds for retention of accountants to prepare and file 2016 tax returns. | $38.50 |
| 06/06/17 | Zaehringer | 0.1 | Reviewed District Court's order setting revised summary judgment briefing schedule; updated deadlines regarding same. | $38.50 |
| 06/06/17 | Zaehringer | 0.1 | Emails to the Harris firm attorneys regarding Relief Defendants' motion for summary judgment. | $38.50 |
| 06/06/17 | Zaehringer | 0.1 | Reviewed plaintiff's consent motion for transfer of investment distributions. | $38.50 |
| 06/07/17 | Zaehringer | 0.3 | Reviewed Relief Defendants' consent motion to modify asset freeze order to release funds for safety deposit box fees (0.1); reviewed Relief Defendants' consent motion to modify asset freeze order to release funds for common charges on apartment (0.1); drafted letter to Judge Arterton enclosing courtesy copies of such motions per her individual practice rules. | $115.50 |
| 06/07/17 | Zaehringer | 0.2 | Emails with G. Hayes-Williams (several) | $77.00 |

*Thank you for your business.*

Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



**Invoice Number: 548705**
July 21, 2017

Client:  003944 .... Ahmed, Shalini, et al.
Matter:  003944-0001 .... Adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| | | | regarding Relief Defendants' filings today. | |
| 06/07/17 | Zaehringer | 0.1 | Reviewed email from M. Williams regarding plaintiff's response to Relief Defendants' request for plaintiff to drop time-barred claims in view of Supreme Court's decision in Kokesh. | $38.50 |
| 06/07/17 | Knag | 0.5 | Attention to Supreme Court's decision in Kokesh. | $305.00 |
| 06/07/17 | Knag | 0.4 | Attention to court activity. | $244.00 |
| 06/08/17 | Zaehringer | 0.2 | Reviewed I. Ahmed's "emergency" motion to stay briefing on motions for summary judgment in light of Supreme Court's decision in Kokesh v. SEC. | $77.00 |
| 06/09/17 | Zaehringer | 0.2 | Reviewed email from M. Williams regarding plaintiff's request to file brief in excess of page limit and regarding plaintiff's position on Kokesh v. SEC decision; emails with D. Deitch (several) regarding same. | $77.00 |
| 06/09/17 | Zaehringer | 0.4 | Reviewed and further drafted Relief Defendants' motion for telephonic conference regarding effect of Kokesh v. SEC decision; conference regarding same; emails (several) with D. Deitch and J. Harris regarding same. | $154.00 |
| 06/09/17 | Zaehringer | 0.2 | Telephone call with D. Deitch regarding today's filing and REDACTED ; drafted letter to Judge Arterton enclosing courtesy copy of such motion per her individual practice rules. | $77.00 |
| 06/09/17 | Knag | .01 | Attention to Kokesh and court conference. | $68.00 |
| 06/11/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's "emergency" motion for reconsideration to modify asset freeze to release funds for legal defense in light of Kokesh v. SEC decision. | $38.50 |

*Thank you for your business.*

Page 5



**Invoice Number: 548705**
July 21, 2017

Client:   003944 .... Ahmed, Shalini, et al.
Matter:   003944-0001 .... Adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| 06/12/17 | Knag | 1.0 | Attention to filings and emails. | $610.00 |
| 06/12/17 | Zaehringer | 0.1 | Reviewed District Court's order granting plaintiff's consent motion for transfer of Essell investment distributions; reviewed District Court's order granting Relief Defendants' unopposed motion to modify asset freeze order to release funds for safety deposit box fees; reviewed District Court's order granting Relief Defendants' consent motion to modify asset freeze order to release funds for common charges on apartment units. | $38.50 |
| 06/12/17 | Zaehringer | 0.4 | Reviewed Relief Defendants' new application on consent for release of funds for payment of attorneys' fees and disbursements (0.1); reviewed Relief Defendants' consent motion to modify asset freeze order to release funds for payment of registered agent services and taxes for DIYA (0.1); emails with G. Hayes-Williams regarding same (0.2). | $154.00 |
| 06/13/17 | Zaehringer | 0.1 | Drafted letter to Judge Arterton regarding courtesy copies of Relief Defendants' new application on consent for release of funds for payment of attorneys' fees and disbursements and Relief Defendants' consent motion to modify asset freeze order to release funds for payment of registered agent services and taxes for DIYA, per her individual part rules. | $38.50 |
| 06/13/17 | Zaehringer | 0.6 | Emails with D. Deitch (several) regarding motion for summary judgment and status of Relief Defendants' joint motions on consent; investigated same. | $231.00 |
| 06/13/17 | Zaehringer | 0.1 | Reviewed District Court's order granting Relief Defendants' consent motion to modify asset freeze order to release funds for payment of | $38.50 |

*Thank you for your business.*



**Invoice Number: 548705**
July 21, 2017

Client:    003944 .... Ahmed, Shalini, et al.
Matter:    003944-0001 .... Adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| | | | registered agent services and taxes for DIYA. | |
| 06/14/17 | Zaehringer | 0.3 | Emails with D. Deitch (several) regarding REDACTED | $115.50 |
| 06/14/17 | Zaehringer | 0.1 | Reviewed correspondence between lead counsel and M. Williams regarding Kokesh decision and plaintiff's request to file brief in excess of page limit. | $38.50 |
| 06/14/17 | Zaehringer | 0.2 | Conference with P. E. Knag regarding REDACTED | $77.00 |
| 06/14/17 | Zaehringer | 0.2 | Conference call with D. Deitch and P. E. Knag regarding REDACTED REDACTED REDACTED | $77.00 |
| 06/15/17 | Zaehringer | 0.1 | Reviewed District Court's order granting Relief Defendants' new application on consent for release of funds for payment of attorneys' fees. | $38.50 |
| 06/16/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's new motion to sanction Oak for "misrepresentations" in its May 4, 2017 deposition. | $38.50 |
| 06/16/17 | Zaehringer | 0.2 | Reviewed Oak's unredacted reply memorandum of law in further support of its cross-motion to strike I. Ahmed's motions and to enjoin future filings (the "reply"); reviewed Oak's motion to file such reply under seal. | $77.00 |
| 06/16/17 | Zaehringer | 0.1 | Telephone call with G. Hayes-Williams regarding REDACTED | $38.50 |
| 06/18/17 | Zaehringer | 0.2 | Reviewed I. Ahmed's motion to dismiss certain claims in light of Kokesh decision and attachments to such motion. | $77.00 |
| 06/19/17 | Knag | 0.2 | Attention to status conference request. | $122.00 |

*Thank you for your business.*

Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



**Invoice Number: 548705**
July 21, 2017

Client:   003944 .... Ahmed, Shalini, et al.
Matter:   003944-0001 .... Adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| 06/20/17 | Zaehringer | 0.1 | Reviewed District Court's order granting motion for telephonic status conference and District Court's notice of July 12, 2017 telephonic status conference; updated deadlines regarding same. | $38.50 |
| 06/20/17 | Zaehringer | 0.2 | Conference with D. Deitch and R. Skibell regarding REDACTED REDACTED summary judgment. | $77.00 |
| 06/20/17 | Zaehringer | 0.2 | Conference with P. E. Knag regarding REDACTED REDACTED | $77.00 |
| 06/20/17 | Zaehringer | 0.2 | Reviewed plaintiff's motion for leave to file each of memorandum of law in support of motion summary judgment and Local Rule 56(a)(1) Statement in excess of Court's page limits; emails (several) with D. Deitch and P. E. Knag regarding cross-motions for summary judgment. | $77.00 |
| 06/20/17 | Knag | 0.5 | Attention to conference call and filings. | $305.00 |
| 06/21/17 | Knag | 0.3 | Attention to brief. | $183.00 |
| 06/21/17 | Caulfield | 0.1 | Prepared initial draft of Relief Defendants' motion for leave to exceed Court-imposed page limits for each of its memorandum of law in support of motion for summary judgment and its related Local Rule 56(a)(1) statement; emailed draft motion to K. L. Zaehringer for review and further drafting. | $23.50 |
| 06/21/17 | Caulfield | 0.1 | Filed with the Court Relief Defendants' motion for leave to exceed page limits; drafted email correspondence to all counsel serving copy of letter to Judge Arterton. | $23.50 |
| 06/21/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's response in opposition to plaintiff's motion for leave to exceed Court-imposed page limits for its memorandum of law | $38.50 |

*Thank you for your business.*



**Invoice Number: 548705**
July 21, 2017

Client:   003944 .... Ahmed, Shalini, et al.
Matter:   003944-0001 .... Adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| | | | in support of motion for summary judgment and its Local Rule 56(a)1 statement. | |
| 06/21/17 | Zaehringer | 1.9 | Emails (several) and telephone calls (several) with D. Deitch regarding Relief Defendants' motion for summary judgment ("MSJ"); REDACTED ; drafted Relief Defendants' motion for leave to exceed Court-imposed page limits for their memorandum of law in support of MSJ and their Local Rule 56(a)(1) statement. | $731.50 |
| 06/21/17 | Zaehringer | 0.1 | Telephone call with D. Deitch regarding REDACTED | $38.50 |
| 06/21/17 | Zaehringer | 0.1 | Drafted letter to Judge Arterton regarding courtesy copy of Relief Defendants' motion for leave to exceed page limits, per her individual practice rules. | $38.50 |
| 06/22/17 | Zaehringer | 0.5 | Emails with D. Deitch (several) regarding REDACTED REDACTED REDACTED summary judgment; reviewed draft of such memorandum. | $192.50 |
| 06/22/17 | Knag | 1.0 | Work on motion for summary judgment. | $610.00 |
| 06/23/17 | Zaehringer | 0.1 | Reviewed District Court's order granting Oak's motion to seal exhibits to declaration of D. Mombarquette in support of its February 2017 motion to quash Rule 30(b)(6) subpoena. | $38.50 |
| 06/23/17 | Zaehringer | 0.2 | Reviewed Oak's memorandum of law in opposition to I. Ahmed's June 2 motion to compel Oak's compliance with May 2017 subpoenas. | $77.00 |
| 06/23/17 | Zaehringer | 0.1 | Reviewed redacted exhibits filed by Oak pursuant to Court's order. | $38.50 |

*Thank you for your business.*

**Murtha Cullina LLP**
**Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435**
**Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com**
**Federal ID: 06-0686015**



**Invoice Number: 548705**
July 21, 2017

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... Adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| 06/23/17 | Zaehringer | 0.1 | Reviewed District Court's order denying I. Ahmed's motion to depose certain Oak and related parties. | $38.50 |
| 06/23/17 | Zaehringer | 4.5 | Reviewed and further drafted memorandum of law in support of Relief Defendants' motion for summary judgment (4.3); emails with P. E. Knag regarding same (0.2). | $1,732.50 |
| 06/23/17 | Zaehringer | 0.1 | Telephone call with P. E. Knag regarding memorandum of law in support of Relief Defendants' motion for summary judgment. | $38.50 |
| 06/23/17 | Knag | 0.5 | Worked on motion for summary judgment. | $305.00 |
| 06/26/17 | Knag | 1.5 | Worked on motion for summary judgment. | $915.00 |
| 06/26/17 | Zaehringer | 0.3 | Telephone call and emails (several) with P. E. Knag regarding REDACTED REDACTED REDACTED | $115.50 |
| 06/26/17 | Zaehringer | 5.1 | Further reviewed and commented on memorandum of law in support of Relief Defendants' motion for summary judgment (4.8); emails with D. Deitch regarding same (0.3). | $1,963.50 |
| 06/26/17 | Zaehringer | 0.1 | Reviewed District Court's order granting plaintiff's motion for leave to exceed Court-imposed page limits for its memorandum of law in support of motion for summary judgment and for its Local Rule 56(a)(1) statement; drafted email to D. Deitch regarding same; further email with D. Deitch regarding local rules for summary judgment briefs. | $38.50 |
| 06/27/17 | Zaehringer | 0.1 | Telephone call with Judge Arterton's Chambers regarding status of Relief Defendants' motion for leave to exceed Court-imposed page limits of its memorandum of law in support of motion for | $38.50 |

*Thank you for your business.*

**Murtha Cullina LLP**
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



**Invoice Number: 548705**
July 21, 2017

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... Adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| | | | summary judgment and Local Rule 56(a)(1) statement; reported on same to D. Deitch. | |
| 06/27/17 | Zaehringer | 0.3 | Telephone call with D. Deitch regarding REDACTED REDACTED | $115.50 |
| 06/27/17 | Zaehringer | 0.2 | Telephone call with G. Hayes-Williams regarding District of Connecticut procedures for sealing exhibits and regarding REDACTED REDACTED | $77.00 |
| 06/27/17 | Zaehringer | 0.1 | Reviewed District Court's order granting Relief Defendants' motion for leave to exceed Court-imposed page limits of its memorandum of law in support of motion for summary judgment and Local Rule 56(a)(1) statement; reported on same to D. Deitch. | $38.50 |
| 06/27/17 | Zaehringer | 0.4 | Reviewed Oak's cross-motion to strike I. Ahmed's motion for sanctions; reviewed Oak's memorandum of law in opposition to I. Ahmed's motion for sanctions and in support of its cross-motion to strike; reviewed Oak's motion to file under seal exhibits annexed to such memorandum of law. | $154.00 |
| 06/27/17 | Zaehringer | 0.3 | Further emails (several) with D. Deitch and G. Hayes-Williams regarding REDACTED REDACTED | $115.50 |
| 06/27/17 | Zaehringer | 0.2 | Reviewed letter from Oak and unredacted copies of exhibits filed under seal. | $77.00 |
| 06/27/17 | Zaehringer | 0.5 | Reviewed I. Ahmed's motion for summary judgment, memorandum of law in support, Local Rule 56(a)(1) statement, and exhibits; reviewed I. Ahmed's emails (two) regarding same. | $192.50 |

*Thank you for your business.*

Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



**MURTHA CULLINA**
ATTORNEYS AT LAW

**Invoice Number: 548705**
July 21, 2017

Client:     003944 .... Ahmed, Shalini, et al.
Matter:    003944-0001 .... Adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|------------|-------|-------------|--------|
| 06/27/17 | Zaehringer | 0.3 | Reviewed declaration of G. Hayes-Williams in support of Relief Defendants' motion for summary judgment; reviewed Relief Defendants' motion to file under seal certain exhibits to such declaration. | $115.50 |
| 06/27/17 | Zaehringer | 0.1 | Drafted letter to Judge Arterton regarding courtesy copies of Relief Defendants' motion for summary judgment papers and motion to seal, per her individual practice rules. | $38.50 |
| 06/27/17 | Zaehringer | 0.6 | Further review of Relief Defendants' motion for summary judgment papers and coordination with G. Hayes-Williams regarding REDACTED . | $231.00 |
| 06/27/17 | Knag | 0.5 | Reviewed decision and new filings. | $305.00 |
| 06/28/17 | Knag | 0.5 | Attention to filing. | $305.00 |
| 06/28/17 | Zaehringer | 3.8 | Reviewed each of plaintiff's motion for partial summary judgment, memorandum of law in support, Local Rule 56(a)(1) statement of material facts (in two parts), index to exhibits, declaration of N. Heinke in support, notice to self-represented party I. Ahmed; motion to seal exhibits; notice of filing of sealed exhibits (two); and 168 exhibits; formulated potential arguments for Relief Defendants' response to plaintiff's motion papers. | $1,463.00 |
| 06/28/17 | Zaehringer | 0.1 | Reviewed letter from D. Grudberg to Judge Arterton regarding courtesy copy of Oak's multiple filings, per her individual practice rules. | $38.50 |
| 06/28/17 | Secretary | 3.0 | J. M. Caulfield's overtime assistance to K. L. Zaehringer with (a) downloading all parties' motions for summary judgment and related pleadings and exhibits, particularly those of Relief Defendants as filed, and (b) preparation of two large binders for Judge Arterton's courtesy | $180.00 |

*Thank you for your business.*

**Murtha Cullina LLP**
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



**Invoice Number: 548705**
July 21, 2017

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... Adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| | | | copy of Relief Defendants' motion papers, as required by her individual practice rules. | |
| 06/29/17 | Zaehringer | 0.3 | Conference with P. E. Knag regarding REDACTED | $115.50 |
| 06/29/17 | Zaehringer | 0.1 | Reviewed plaintiff's response in opposition to I. Ahmed's motion to stay hearings and motions for summary judgment until after Kokesh decision. | $38.50 |
| 06/30/17 | Zaehringer | 0.1 | Telephone call with D. Deitch regarding REDACTED | $38.50 |
| 06/30/17 | Zaehringer | 2.0 | Drafted joint status report. | $770.00 |
| 06/30/17 | Zaehringer | 0.2 | Conference with G. Hayes-Williams regarding REDACTED | $77.00 |
| 06/30/17 | Zaehringer | 0.3 | Drafted list of issues to present to Court for next week's status conference; conference with J. Harris and P. E. Knag regarding REDACTED REDACTED | $115.50 |
| | **Total Hours:** | **42.9** | **Total Amount:** | **$17,326.50** |

*Thank you for your business.*

Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



**Invoice Number: 548705**
July 21, 2017

Client:   003944 .... Ahmed, Shalini, et al.
Matter:   003944-0001 .... Adv. United States Securities and Exchange Commission

---

## Disbursement Detail

| Date | Description | Amount |
|------|-------------|--------|
| 06/07/17 | United Parcel Service – Courtesy copies to Hon. Janet B. Arterton, U.S. District Court | $8.53 |
| 06/09/17 | United Parcel Service – Courtesy copies to Hon. Janet B. Arterton, U.S. District Court. | $8.53 |
| 06/13/17 | United Parcel Service – Courtesy copies to Hon. Janet B. Arterton, U.S. District Court. | $11.91 |
| 06/21/17 | United Parcel Service – Courtesy copies to Hon. Janet B. Arterton, U.S. District Court. | $8.53 |
| 06/28/17 | United Parcel Service – Courtesy copies to Hon. Janet B. Arterton, U.S. District Court, District of CT, 141 Church Street" | $23.87 |

**Total Disbursements:** **$61.37**

*Thank you for your business.*