UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------------- X
UNITED STATES SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

  v.

IFTIKAR AHMED,

        Defendant, and

IFTIKAR ALI AHMED SOLE PROP,
I-CUBED DOMAINS, LLC; SHALINI AHMED;
SHALINI AHMED 2014 GRANTOR RETAINED
ANNUITY TRUST; DIYA HOLDINGS LLC;
DIYA REAL HOLDINGS, LLC; I.I. 1, a minor
child, by and through his next friends IFTIKAR
and SHALINI AHMED, his parents; I.I. 2, a minor
child, by and through his next friends IFTIKAR
and SHALINI AHMED, his parents; and I.I. 3, a
minor child, by and through his next friends
IFTIKAR and SHALINI AHMED, his parents,

        Relief Defendants.
------------------------------------------------------------------- X

Civil Action No.
3:15-CV-675 (JBA)

August 17, 2017

## RELIEF DEFENDANTS' MOTION TO MODIFY THE ASSET FREEZE ORDER TO RELEASE FUNDS FOR PAYMENT OF INCOME TAXES

Relief Defendants Shalini Ahmed, her three minor children, I.I. 1, I.I. 2 and I.I. 3, I-Cubed Domains LLC, Shalini Ahmed 2014 Grantor Retained Annuity Trust, DIYA Holdings LLC, DIYA Real Holdings LLC (together, the "Relief Defendants"), through their undersigned counsel, respectfully move this Court to modify its order of August 12, 2015, freezing certain assets, to avoid liens and to preserve the status quo by allowing for the release of funds necessary to pay taxes for the year 2015 presently owed by Shalini Ahmed. Copies of the most recent tax bills received from the Internal Revenue Service and the State of Connecticut Department of

1

Revenue Service are attached hereto as Exhibits A and B respectively.

Ms. Ahmed filed her 2015 tax return in or about January 2017. As of May 15, 2017, Ms. Ahmed owed $64,804.84 in Connecticut state taxes and $214,225.71 in federal taxes from 2015. Ms. Ahmed has not been able to pay the amounts owed because of the asset freeze currently in place. Interest and penalties continue to accrue on these amounts. (*See* Exhibits A and B.)

Counsel for Relief Defendants forwarded the tax notices from the IRS and the Connecticut Department of Revenue Services to the SEC's counsel as well as correspondence from Ms. Ahmed's accountant, Andrew Reardon, which provided a detailed breakdown of the income and taxes owed. Ms. Ahmed's taxable income for 2015 was comprised of dividend income, interest and capital gains and related investment gains. A copy of the correspondence from Mr. Reardon, which Relief Defendants' counsel forwarded to the SEC's counsel on February 2, and again on April 24, 2017, is attached hereto as Exhibit C.

Further, counsel for the Relief Defendants, at the SEC's request and for the purpose of assessing the sources of the income, provided the SEC with Ms. Ahmed's 2015 tax return on or about April 24, 2017.

On or about April 24, 2017, the IRS sent a notice of intent to levy property in connection with the outstanding tax payment due. *See* Exhibit A.

On or about April 27, 2017, Ms. Ahmed received a "30 Day Collection Notice" from the Connecticut Department of Revenue Services which stated, *inter alia*, that the Department would take additional enforcement actions without further notice, including placement of tax liens, and/or issuance or tax warrants to attach wages, bank accounts, or other assets. *See* Exhibit B.

On April 27, 2017, Relief Defendants' counsel presented the SEC with a draft consent motion that would have released payment of the 2015 taxes. The SEC has had an opportunity to

review the 2015 return, but has withheld consent to release funds for payment. Having brought the outstanding payable taxes to the Court's attention in the Joint Status Report filed July 10, 2017, Relief Defendants now move this Court to direct the release of funds as necessary to pay the 2015 taxes.

Relief Defendants, with the assistance of an accountant, have identified the accounts holding funds and investments that generated income on which the 2015 tax payments are now due and owing. A breakout of the accounts, ownership, and the amounts owed in 2015 state and federal taxes is as follows:

1. Barclays account in the name of Shalini Ahmed, ending x0166.

    Federal: $11,256.56; Connecticut: $3,214.10.

2. Fidelity Investments account in the name of Shalini Ahmed, ending x8965.

    Federal: $83,523.55; Connecticut: $24,144.94.

3. Fidelity Investments account in the name of Shalini Ahmed, ending x7540.

    Federal: $56,997.03; Connecticut: $19,305.60.

4. Northern Trust account in the names of Iftikar Ahmed and Shalini Ahmed, of which Relief Defendant Shalini Ahmed is a 50% owner, ending x3934.

    Federal: $40,205.01; Connecticut: $11,664.08.

5. TD Ameritrade account in the name of I.I. 1, ending x7674.

    Federal: $5,851.10; Connecticut: $1,700.11.

6. TD Ameritrade account in the name of I.I. 2, ending x7666.

    Federal: $4,714.32; Connecticut: $1,369.80.

7. TD Ameritrade account in the name of I.I. 3, ending x7700.

    Federal: $1,533.72; Connecticut: $445.64.


8. TD Ameritrade account in the name of Iftikar Ahmed and Shalini Ahmed, of which Relief Defendant Shalini Ahmed is a 50% owner, ending x7686. Federal: $10,144.43; Connecticut: $2,960.56.

Relief Defendants request that the amounts set forth above be released from the respective accounts and transferred to the account in the name of Shalini Ahmed at Fidelity Investments ending x7540, and that two checks be issued from that account for the tax payments set forth below:

- $64,804.84, payable to the Commissioner of Revenue Services for the State of Connecticut. The payment is requested to be released by check and mailed to the Department of Revenue Services, P.O. Box 5088, Hartford, CT 06102-5088.

- $214,225.71, payable to the United States Treasury. The payment is requested to be released by check and mailed to the Internal Revenue Service, Cincinnati, OH 45999-0149.

WHEREFORE, Relief Defendants respectfully request that the Court modify its orders of August 12, 2015, and February 19, 2016, and unfreeze the amount of $279,030.55 for payment of taxes presently due to the IRS and the Connecticut Department of Revenue Services.

Dated: New York, New York
August 17, 2017

Respectfully submitted,

/s/ S. Gabriel Hayes-Williams
Jonathan Harris (phv07583)
David B. Deitch (phv07260)
S. Gabriel Hayes-Williams (phv07948)
HARRIS, ST. LAURENT
& CHAUDHRY LLP
40 Wall Street, 53rd Floor
New York, New York 10005
Telephone: 212.397.3370

Facsimile: 212.202.6202

Paul E. Knag (ct04194)
Kristen L. Zaehringer (ct27044)
MURTHA CULLINA LLP
177 Broad Street, 16th Floor
Stamford, Connecticut 06901
Telephone: 203.653.5400
Facsimile:  203.653.5444

*Attorneys for Relief Defendants
I-Cubed Domains, LLC, Shalini Ahmed,
Shalini Ahmed 2014 Grantor Retained
Annuity Trust, Diya Holdings LLC, Diya
Real Holdings LLC, I.I. 1, I.I. 2 and I.I. 3*

5

CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2017, I caused a copy of the foregoing Motion and Exhibits and the accompanying Proposed Order to be served by ECF upon:

Nicholas P. Heinke
Mark L. Williams
U.S. Securities and Exchange Commission
1961 Stout St., Suite 1700
Denver, CO 80294
HeinkeN@sec.gov
WilliamsML@sec.gov

Iftikar Ahmed
c/o Advocate Anil Sharma
10 Government Place East
Ground Floor
Kolkatta, West Bengal, India 700-069
iftyahmed@icloud.com

                                              */s/ S. Gabriel Hayes-Williams*
                                              S. Gabriel Hayes-Williams