# EXHIBIT 1

**Harris, St. Laurent & Chaudhry LLP**
40 Wall St. 53rd floor
New York, NY 10005
212-397-3370

08-08-2017

PC09046 Shalini Ahmed

**Invoice Number: 6751**
Invoice Period: 02-15-2016 - 07-31-2017

**RE: PC09046-001 SEC v Ahmed (1085-101)**

## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02-15-2016 | David Deitch | Telephone conference with A. Baynham regarding auto insurance issue. | 0.250 | 600.00 | 150.00 |
| 07-01-2017 | Gabriel Hayes-Williams | Additional legal research ▓▓▓▓; 56(a)1 response | 4.000 | 375.00 | 1,500.00 |
| 07-02-2017 | David Deitch | Draft opposition to SEC motion for partial summary judgment. | 2.250 | 600.00 | 1,350.00 |
| 07-03-2017 | David Deitch | Various emails and telephone conferences regarding opposition to SEC motion for partial summary judgment; legal research and drafting section of brief ▓▓▓▓▓▓ | 3.250 | 600.00 | 1,950.00 |
| 07-03-2017 | Gabriel Hayes-Williams | Email team ▓▓▓▓; respond to emails | 0.500 | 375.00 | 187.50 |
| 07-03-2017 | Reid Skibell | Telephone conference with D. Deitch; email correspondence with S. Gabriel Hayes-Williams; revise summary judgment brief. | 5.000 | 600.00 | 3,000.00 |
| 07-03-2017 | Jonathan Harris | emails; strategy | 0.500 | 750.00 | 375.00 |
| 07-03-2017 | Priya Chaudhry | email client | 0.250 | 750.00 | 187.50 |
| 07-03-2017 | Priya Chaudhry | return call of Matt Beck | 0.250 | 750.00 | 187.50 |
| 07-03-2017 | Kristin Olson | Conducted legal research. | 3.500 | 350.00 | 1,225.00 |
| 07-04-2017 | Reid Skibell | Research for summary judgment opposition. | 1.000 | 600.00 | 600.00 |
| 07-04-2017 | Gabriel Hayes-Williams | Response to SEC's 56(a)1 statement | 2.000 | 375.00 | 750.00 |
| 07-05-2017 | Gabriel Hayes-Williams | Continue work on 56(a) response | 7.250 | 375.00 | 2,718.75 |
| 07-05-2017 | Reid Skibell | Revise summary judgment opposition. | 4.000 | 600.00 | 2,400.00 |
| 07-05-2017 | Kristin Olson | Conducted legal research. | 1.500 | 350.00 | 525.00 |
| 07-06-2017 | Kristin Olson | Conducted substantive review of SEC's motion for partial summary judgment. Drafted section for opposition to SEC's motion for partial summary judgment. | 4.500 | 350.00 | 1,575.00 |
| 07-06-2017 | Jared Foley | Reviewing/ editing section of brief. Discussing with colleagues. | 3.000 | 395.00 | 1,185.00 |
| 07-06-2017 | Jonathan Harris | joint letter to court; SJ motion | 0.750 | 750.00 | 562.50 |
| 07-06-2017 | Reid Skibell | Email correspondence re: case status letter; revise 56.1 statement and email correspondence re: same. | 3.000 | 600.00 | 1,800.00 |
| 07-06-2017 | Gabriel Hayes-Williams | 56(a)1 Response | 0.500 | 375.00 | 187.50 |
| 07-06-2017 | David Deitch | Revise proposed joint status report; emails regarding same. | 0.750 | 600.00 | 450.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07-07-2017 | David Deitch | Revise proposed joint status report per client comments; email SEC and defendant regarding same. | 0.250 | 600.00 | 150.00 |
| 07-07-2017 | Gabriel Hayes-Williams | Respond to email; telephone call w/ Fidelity; email SEC, review tax motion; telephone call w/ S. Ahmed | 2.000 | 375.00 | 750.00 |
| 07-07-2017 | Reid Skibell | Conference with K. Olson re: summary judgment brief. | 0.400 | 600.00 | 240.00 |
| 07-07-2017 | Jonathan Harris | letter to court; reply motion for SJ | 0.750 | 750.00 | 562.50 |
| 07-07-2017 | Kristin Olson | Conferenced with R. Skibell re: opposition to SEC's motion for partial summary judgment; conducted follow-up re: same. | 1.000 | 350.00 | 350.00 |
| 07-08-2017 | Jonathan Harris | letter to court | 0.250 | 750.00 | 187.50 |
| 07-08-2017 | Reid Skibell | Attention to email correspondence. | 0.400 | 600.00 | 240.00 |
| 07-09-2017 | Reid Skibell | Email correspondence re: summary judgment brief. | 0.500 | 600.00 | 300.00 |
| 07-09-2017 | Jonathan Harris | letter to court | 0.500 | 750.00 | 375.00 |
| 07-09-2017 | David Deitch | Revise joint status report; email same to K. Zaehringer for filing; revise memorandum in opposition to SEC motion for summary judgment. | 2.500 | 600.00 | 1,500.00 |
| 07-09-2017 | Kristin Olson | Revised section of draft opposition to SEC's motion for partial summary judgment. Corresponded with R. Skibell and D. Deitch re: same; conducted follow-up re: same. | 4.500 | 350.00 | 1,575.00 |
| 07-10-2017 | David Deitch | Draft/revise opposition to SEC motion for partial summary judgment; review SEC response to status report. | 7.750 | 600.00 | 4,650.00 |
| 07-10-2017 | Gabriel Hayes-Williams | Telephone call w/ S. Ahmed; email w/ SEC; email w/ local counsel; file consent motion re apartment units; review filings and orders, email S. Ahmed re same | 2.000 | 375.00 | 750.00 |
| 07-10-2017 | Reid Skibell | Email correspondence with D. Deitch re: case status and call with Court; attention to email correspondence. | 0.500 | 600.00 | 300.00 |
| 07-11-2017 | Jonathan Harris | confer w/DD re motions and conference; strategy and case organization | 0.750 | 750.00 | 562.50 |
| 07-11-2017 | Gabriel Hayes-Williams | Draft revisions to 56(a)2 statement and identify supporting evidence | 5.250 | 375.00 | 1,968.75 |
| 07-11-2017 | David Deitch | Revise opposition memorandum and LR 56(a)2 statements and emails regarding same. | 4.500 | 600.00 | 2,700.00 |
| 07-12-2017 | David Deitch | Prepare for and participate in telephonic hearing with the court; telephone conferences with J. Harris, and P. Knag regarding same; revise LR 56(a)2 statement; revise declaration regarding calendar issue. | 3.250 | 600.00 | 1,950.00 |
| 07-12-2017 | Gabriel Hayes-Williams | Edits to 56(a)2; prepare additional exhibits; draft declaration in support of same; telephonic hearing; edits to summary judgment opposition brief | 7.250 | 375.00 | 2,718.75 |
| 07-12-2017 | Jonathan Harris | confer w/DD; confer w/ GHW | 0.500 | 750.00 | 375.00 |
| 07-12-2017 | Jared Foley | Reviewing Shalini brief and making edits. Discussions with Gabe regarding finalizing edits. | 3.000 | 395.00 | 1,185.00 |
| 07-13-2017 | Jared Foley | Reviewing/editing brief. | 2.000 | 395.00 | 790.00 |
| 07-13-2017 | Jonathan Harris | emails re taxes motion | 0.250 | 750.00 | 187.50 |
| 07-13-2017 | Gabriel Hayes-Williams | Call w/ S. Ahmed; discussion w/ J. Harris/D. Deitch re tax motion; email S. Ahmed; discussion w/ J. Foley re exhibit | 0.750 | 375.00 | 281.25 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07-13-2017 | David Deitch | Emails regarding final preparations of opposition to motion for summary judgment and related documents. | 1.750 | 600.00 | 1,050.00 |
| 07-14-2017 | David Deitch | Review Defendant's motion for stay in light of Kokesh; telephone conference with P. Knag and K. Zaehringer regarding same; telephone conference with A. Lipton regarding same; telephone conference with J. Harris regarding same; draft email to co-counsel regarding issue; draft response to motion and circulate for comment; emails to client regarding yesterday's telephonic hearing and regarding statement of facts. | 4.250 | 600.00 | 2,550.00 |
| 07-14-2017 | Gabriel Hayes-Williams | Email S. Ahmed re summary judgment materials, further communications re same | 0.250 | 375.00 | 93.75 |
| 07-14-2017 | Jonathan Harris | emails; call w/DD | 0.250 | 750.00 | 187.50 |
| 07-14-2017 | Joseph Matty | Drafting table of contents and table of authorities for Memo in Opp | 1.000 | 125.00 | 125.00 |
| 07-15-2017 | Reid Skibell | Email correspondence with D. Deitch re: summary judgment brief and research; email correspondence with D. Deitch re; motion. | 0.500 | 600.00 | 300.00 |
| 07-16-2017 | Gabriel Hayes-Williams | Review email; email w/ D. Deitch, email w/ S. Ahmed; review updated summary judgment brief | 2.000 | 375.00 | 750.00 |
| 07-17-2017 | Gabriel Hayes-Williams | Edits to summary judgment opposition brief; reply to various emails on 56(a)2 statement; evidentiary analysis. | 4.500 | 375.00 | 1,687.50 |
| 07-17-2017 | David Deitch | Various tasks relating to opposition to SEC motion for partial summary judgment; emails and telephone conferences (including with client) regarding response to Defendant's motion to stay based on Kokesh issues. | 4.750 | 600.00 | 2,850.00 |
| 07-17-2017 | Kristin Olson | Cite checked draft opposition to SEC's motion for partial summary judgment; corresponded with D. Deitch and G. Hayes-Williams re: same. Proofread revised draft opposition. | 4.750 | 350.00 | 1,662.50 |
| 07-18-2017 | Jackson Fisher | Proofreading brief | 1.500 | 125.00 | 187.50 |
| 07-18-2017 | David Deitch | Finalizing opposition to SEC motion for partial summary judgment. | 5.500 | 600.00 | 3,300.00 |
| 07-18-2017 | Gabriel Hayes-Williams | Review emails, document searches (1.0); draft edits to summary judgment opposition documents; review, prep and finalize documents for opposition filing; download and circulate SEC filings | 5.750 | 375.00 | 2,156.25 |
| 07-18-2017 | Priya Chaudhry | review emails and draft | 0.750 | 750.00 | 562.50 |
| 07-19-2017 | Jonathan Harris | review SJ motion filings; call w/DD re reply | 1.500 | 750.00 | 1,125.00 |
| 07-19-2017 | Gabriel Hayes-Williams | Review and file response to Defendant's motion to stay | 0.500 | 375.00 | 187.50 |
| 07-19-2017 | David Deitch | Review SEC opposition to motion for partial summary judgment; emails and telephone conferences regarding same. | 1.500 | 600.00 | 900.00 |
| 07-20-2017 | David Deitch | Review SEC opposition to motion for partial summary judgment; draft reply in further support of motion for partial summary judgment. | 5.000 | 600.00 | 3,000.00 |
| 07-20-2017 | Gabriel Hayes-Williams | Email w/ S. Ahmed; email w/ SEC to follow up on outstanding consent motions; complete initial draft of motion to release fees | 1.250 | 375.00 | 468.75 |
| 07-20-2017 | Jonathan Harris | review emails | 0.250 | 750.00 | 187.50 |
| 07-20-2017 | Reid Skibell | Telephone conference with D. Deitch re: case | 0.500 | 600.00 | 300.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | strategy. | | | |
| 07-21-2017 | Reid Skibell | Review reply brief and email correspondence re: same. | 1.000 | 600.00 | 600.00 |
| 07-21-2017 | Gabriel Hayes-Williams | Finalize and file apartment property tax motions, email S. Ahmed re same; email re transcript of hearing on 7/12/17 | 0.750 | 375.00 | 281.25 |
| 07-21-2017 | David Deitch | Draft/revise reply brief in further support of motion for partial summary judgment. | 4.750 | 600.00 | 2,850.00 |
| 07-23-2017 | Jonathan Harris | review reply brief on summary judgment; emails | 0.500 | 750.00 | 375.00 |
| 07-24-2017 | David Deitch | Review proposed clarification from SEC; emails regarding same; revise reply memo in support of motion for partial summary judgment. | 4.000 | 600.00 | 2,400.00 |
| 07-24-2017 | Reid Skibell | Revise reply brief and telephone conference re: same. | 3.500 | 600.00 | 2,100.00 |
| 07-25-2017 | Reid Skibell | Revise reply brief; telephone conference with D. Deitch re: same; research re: legal issues for reply brief. | 5.000 | 600.00 | 3,000.00 |
| 07-25-2017 | David Deitch | Revise reply memo in support of motion for partial summary judgment. | 5.250 | 600.00 | 3,150.00 |
| 07-26-2017 | David Deitch | Revise reply memo in support of motion for partial summary judgment. | 1.750 | 600.00 | 1,050.00 |
| 07-26-2017 | Reid Skibell | Email correspondence re: reply brief. | 0.250 | 600.00 | 150.00 |
| 07-26-2017 | Gabriel Hayes-Williams | Draft motion re taxes | 1.000 | 375.00 | 375.00 |
| 07-27-2017 | David Deitch | Revise reply memo in support of motion for partial summary judgment; email same to client. | 2.500 | 600.00 | 1,500.00 |
| 07-27-2017 | Jonathan Harris | review reply motion for SJ | 0.500 | 750.00 | 375.00 |
| 07-30-2017 | Reid Skibell | Attention to email correspondence re: reply brief. | 0.250 | 600.00 | 150.00 |
| 07-30-2017 | David Deitch | Final revisions to reply memo in support of motion for partial summary judgment. | 0.500 | 600.00 | 300.00 |
| 07-31-2017 | Gabriel Hayes-Williams | Review SJ reply brief, format exhibits | 0.750 | 375.00 | 281.25 |
| 07-31-2017 | Jackson Fisher | Proofreading Reply Memorandum in further support of Relief Defendants' motion for partial summary judgment, matter: SEC v. Iftikar Ahmed | 0.500 | 125.00 | 62.50 |
| | | | | **Total Fees** | 90,146.25 |

## Time Summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| David Deitch | 66.250 | 600.00 | 39,750.00 |
| Gabriel Hayes-Williams | 48.250 | 375.00 | 18,093.75 |
| Jackson Fisher | 2.000 | 125.00 | 250.00 |
| Jared Foley | 8.000 | 395.00 | 3,160.00 |
| Jonathan Harris | 7.250 | 750.00 | 5,437.50 |
| Joseph Matty | 1.000 | 125.00 | 125.00 |
| Kristin Olson | 19.750 | 350.00 | 6,912.50 |
| Priya Chaudhry | 1.250 | 750.00 | 937.50 |
| Reid Skibell | 25.800 | 600.00 | 15,480.00 |
| | | **Total Fees** | 90,146.25 |

## Expenses

| Date | Description | Amount |
|---|---|---|
| 07-01-2017 | Storage Fee- occupany from 7/14-8/12 | 102.00 |
| 07-01-2017 | Vdiscovery | 715.52 |
| 07-11-2017 | 6.30 USPS express 1 day mail service | 23.75 |
| 07-11-2017 | 6.26 Westville Wall- take out | 16.33 |
| 07-11-2017 | 6.26 Via Express trip | 8.66 |
| 07-24-2017 | 7.12.17 Transcript | 39.24 |
| 07-31-2017 | West Law Expense | 300.00 |
| | **Total Expenses** | 1,205.50 |
| | **Total for this Invoice** | 91,351.75 |
| | **Total Balance Due for Matter** | 1,514,281.09 |

# Matter Statement of Account

As Of 08-08-2017

| Matter | Invoices / Credits | Trust | Balance Due |
|---|---:|---:|---:|
| PC09046-001 SEC v Ahmed | 1,514,281.09 | | 1,514,281.09 |
| | **Total Balance Due for Matter** | | **1,514,281.09** |

## PC09046-001 SEC v Ahmed

### Transactions

| Date | Transaction | Applied | Invoice | Amount |
|---|---|---:|---:|---:|
| 07-07-2017 | Previous Balance | | | 1,422,929.34 |
| 08-08-2017 | Invoice 6751 | | | 91,351.75 |
| | | | **Balance** | **1,514,281.09** |

### Open Invoices and Credits

| Date | Transaction | Amount | Applied | Balance |
|---|---|---:|---:|---:|
| 11-16-2015 | Invoice 2656 | 94,680.86 | (33,300.90) | 61,379.96 |
| 01-12-2016 | Invoice 2963 | 88,845.00 | | 88,845.00 |
| 06-10-2016 | Invoice 4119 | 119,817.50 | | 119,817.50 |
| 08-24-2016 | Invoice 4509 | 86,537.17 | | 86,537.17 |
| 10-05-2016 | Invoice 4827 | 61,072.78 | | 61,072.78 |
| 11-07-2016 | Invoice 5022 | 89,674.32 | | 89,674.32 |
| 12-06-2016 | Invoice 5319 | 94,243.07 | | 94,243.07 |
| 01-11-2017 | Invoice 5544 | 124,032.81 | | 124,032.81 |
| 02-24-2017 | Invoice 5689 | 179,164.23 | | 179,164.23 |
| 04-12-2017 | Invoice 6186 | 279,901.93 | (20,950.00) | 258,951.93 |
| 05-22-2017 | Invoice 6379 | 76,203.58 | | 76,203.58 |
| 06-14-2017 | Invoice 6464 | 77,615.26 | | 77,615.26 |
| 07-07-2017 | Invoice 6580 | 105,391.73 | | 105,391.73 |
| 08-08-2017 | Invoice 6751 | 91,351.75 | | 91,351.75 |
| | | | **Balance** | **1,514,281.09** |

**Harris, St. Laurent & Chaudhry LLP**
40 Wall St. 53rd floor
New York, NY 10005
212-397-3370

09-11-2017

PC09046 Shalini Ahmed

**Invoice Number: 6904**
Invoice Period: 08-01-2017 - 08-31-2017

### RE: PC09046-001 SEC v Ahmed (1085-101)

## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08-01-2017 | David Deitch | Final revision of reply memorandum in support of partial motion to dismiss. | 1.750 | 600.00 | 1,050.00 |
| 08-01-2017 | Gabriel Hayes-Williams | Telephone call w/ S. Ahmed | 0.250 | 375.00 | 93.75 |
| 08-01-2017 | Gabriel Hayes-Williams | Cite-check and finalize SJ reply memo; telephone call w/ S. Ahmed; review brief edits and email w/ same; complete filing w/ J. Fisher; email w/ D. Deitch re brief and tax motion | 2.000 | 375.00 | 750.00 |
| 08-02-2017 | Gabriel Hayes-Williams | Email w/ S. Ahmed | 0.250 | 375.00 | 93.75 |
| 08-03-2017 | Gabriel Hayes-Williams | Call w/ S. Ahmed re tax motion, other issues | 0.750 | 375.00 | 281.25 |
| 08-07-2017 | Gabriel Hayes-Williams | Attention to tax issues, finalize draft fee motion; email w/ SEC re fees and other issues | 1.750 | 375.00 | 656.25 |
| 08-07-2017 | David Deitch | Conference with R. Skibell regarding upcoming legal issues. | 0.500 | 600.00 | 300.00 |
| 08-09-2017 | Gabriel Hayes-Williams | Corresp. and calls w/ S. Ahmed re tax motion | 1.000 | 375.00 | 375.00 |
| 08-14-2017 | Gabriel Hayes-Williams | Review correspondence, email and calls w/ SEC re consent motions; file motions | 1.000 | 375.00 | 375.00 |
| 08-15-2017 | Gabriel Hayes-Williams | Email w/ S. Ahmed; review tax data | 0.750 | 375.00 | 281.25 |
| 08-16-2017 | Gabriel Hayes-Williams | Draft motion on insurance payment; revisions and edits to tax motion and proposed order; emails w/ D. Deitch and S. Ahmed re same | 3.000 | 375.00 | 1,125.00 |
| 08-16-2017 | Gabriel Hayes-Williams | Telephone call w/ S. Ahmed; email w/ SEC re insurance motion; meeting w/ J. Fisher re tax motion | 1.000 | 375.00 | 375.00 |
| 08-16-2017 | David Deitch | Review revised tax motion; emails with G. Hayes-Williams regarding same. | 0.500 | 600.00 | 300.00 |
| 08-16-2017 | Jackson Fisher | Proofreading letter and double check tax expense calculations | 1.000 | 125.00 | 125.00 |
| 08-17-2017 | Gabriel Hayes-Williams | Email w/ local counsel re tax motion; finalize and file same; email S. Ahmed re recently filed motions | 1.500 | 375.00 | 562.50 |
| 08-22-2017 | Reid Skibell | Review cases and email correspondence re: potential supplemental filing. | 1.250 | 600.00 | 750.00 |
| 08-22-2017 | Priya Chaudhry | review emails and doc | 0.500 | 750.00 | 375.00 |
| 08-23-2017 | Reid Skibell | Conference with J. Harris and D. Deitch re: supplemental authority; email correspondence re: | 0.250 | 600.00 | 150.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | same. | | | |
| 08-23-2017 | Gabriel Hayes-Williams | Discussion w/ D. Deitch re Ft. Warren; telephone call w/ S. Ahmed re same; draft email to SEC and I. Ahmed re same | 1.000 | 375.00 | 375.00 |
| 08-24-2017 | Jonathan Harris | supplemental authority motion; strategy; emails | 0.500 | 750.00 | 375.00 |
| 08-24-2017 | Reid Skibell | Review supplements authority motion and email correspondence re: same. | 0.250 | 600.00 | 150.00 |
| 08-24-2017 | Gabriel Hayes-Williams | Telephone call w/ K. Zaehringer; finalize and file notice of supplemental authority | 0.750 | 375.00 | 281.25 |
| 08-25-2017 | Jonathan Harris | emails; strategy | 0.250 | 750.00 | 187.50 |
| 08-28-2017 | Gabriel Hayes-Williams | Draft consent motion/order re apartment units; email SEC re same | 0.500 | 375.00 | 187.50 |
| 08-29-2017 | Gabriel Hayes-Williams | Finalize and file consent motion re apartment; email w/ local counsel re same | 0.500 | 375.00 | 187.50 |
| 08-30-2017 | Gabriel Hayes-Williams | Telephone call w/ N. Heinke | 0.250 | 375.00 | 93.75 |
| 08-30-2017 | Jackson Fisher | Sending fax & tracking confirmation email | 0.250 | 125.00 | 31.25 |
| 08-30-2017 | Jonathan Harris | confer w/GHW re status; emails; review orders and motions | 1.000 | 750.00 | 750.00 |
| 08-30-2017 | Reid Skibell | Review filings by I. Ahmed and email correspondence re: same. | 0.250 | 600.00 | 150.00 |
| | | | | **Total Fees** | 10,787.50 |

## Time Summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| David Deitch | 2.750 | 600.00 | 1,650.00 |
| Gabriel Hayes-Williams | 16.250 | 375.00 | 6,093.75 |
| Jackson Fisher | 1.250 | 125.00 | 156.25 |
| Jonathan Harris | 1.750 | 750.00 | 1,312.50 |
| Priya Chaudhry | 0.500 | 750.00 | 375.00 |
| Reid Skibell | 2.000 | 600.00 | 1,200.00 |
| | | **Total Fees** | 10,787.50 |

## Expenses

| Date | Description | Amount |
|---|---|---|
| 08-01-2017 | Aug 2017 Storage | 102.00 |
| 08-07-2017 | 2017 Safe Deposit Box | 135.01 |
| 08-31-2017 | August 2017 WestLaw | 300.00 |
| 08-31-2017 | Sept 2017 Storage | 102.00 |
| | **Total Expenses** | 639.01 |
| | **Total for this Invoice** | 11,426.51 |
| | **Total Balance Due for Matter** | 1,441,772.02 |

# Matter Statement of Account

As Of 09-14-2017

| Matter | Invoices / Credits | Trust | Balance Due |
|---|---:|---:|---:|
| PC09046-001 SEC v Ahmed | 1,441,772.02 | | 1,441,772.02 |
| | **Total Balance Due for Matter** | | **1,441,772.02** |

## PC09046-001 SEC v Ahmed

### Transactions

| Date | Transaction | Applied | Invoice | Amount |
|---|---|---:|---:|---:|
| 08-08-2017 | Previous Balance | | | 1,514,281.09 |
| 09-01-2017 | Payment Received - Reference 6198238792 | | | (9,408.72) |
| 09-01-2017 | Payment Received - Reference 6198238793 | | | (74,526.86) |
| 09-01-2017 | Payment Applied | 5,471.25 | 4119 | |
| 09-01-2017 | Payment Applied | 2,324.67 | 4509 | |
| 09-01-2017 | Payment Applied | 1,612.80 | 4827 | |
| 09-01-2017 | Payment Applied | 27,060.41 | 2656 | |
| 09-01-2017 | Payment Applied | 4,063.73 | 4827 | |
| 09-01-2017 | Payment Applied | 3,140.57 | 5022 | |
| 09-01-2017 | Payment Applied | 658.07 | 5319 | |
| 09-01-2017 | Payment Applied | 2,579.06 | 5544 | |
| 09-01-2017 | Payment Applied | 4,260.48 | 5689 | |
| 09-01-2017 | Payment Applied | 24,925.01 | 6186 | |
| 09-01-2017 | Payment Applied | 2,142.04 | 6379 | |
| 09-01-2017 | Payment Applied | 3,946.51 | 6464 | |
| 09-01-2017 | Payment Applied | 845.48 | 6580 | |
| 09-01-2017 | Payment Applied | 905.50 | 6751 | |
| 09-11-2017 | Invoice 6904 | | | 11,426.51 |
| | | | **Balance** | **1,441,772.02** |

### Open Invoices and Credits

| Date | Transaction | Amount | Applied | Balance |
|---|---|---:|---:|---:|
| 11-16-2015 | Invoice 2656 | 94,680.86 | (60,361.31) | 34,319.55 |
| 01-12-2016 | Invoice 2963 | 88,845.00 | | 88,845.00 |
| 06-10-2016 | Invoice 4119 | 119,817.50 | (5,471.25) | 114,346.25 |
| 08-24-2016 | Invoice 4509 | 86,537.17 | (2,324.67) | 84,212.50 |
| 10-05-2016 | Invoice 4827 | 61,072.78 | (5,676.53) | 55,396.25 |
| 11-07-2016 | Invoice 5022 | 89,674.32 | (3,140.57) | 86,533.75 |
| 12-06-2016 | Invoice 5319 | 94,243.07 | (658.07) | 93,585.00 |
| 01-11-2017 | Invoice 5544 | 124,032.81 | (2,579.06) | 121,453.75 |
| 02-24-2017 | Invoice 5689 | 179,164.23 | (4,260.48) | 174,903.75 |
| 04-12-2017 | Invoice 6186 | 279,901.93 | (45,875.01) | 234,026.92 |
| 05-22-2017 | Invoice 6379 | 76,203.58 | (2,142.04) | 74,061.54 |
| 06-14-2017 | Invoice 6464 | 77,615.26 | (3,946.51) | 73,668.75 |
| 07-07-2017 | Invoice 6580 | 105,391.73 | (845.48) | 104,546.25 |
| 08-08-2017 | Invoice 6751 | 91,351.75 | (905.50) | 90,446.25 |
| 09-11-2017 | Invoice 6904 | 11,426.51 | | 11,426.51 |
| | | | **Balance** | **1,441,772.02** |