# EXHIBIT 2

Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015


**MURTHA CULLINA**
ATTORNEYS AT LAW

**Invoice Number: 550515**
August 30, 2017

VIA EMAIL: jon@sc-harris.com
Shalini Ahmed, et al.
c/o Harris, St. Laurent & Chaudhry LLP
Attn: Jonathan Harris, Esq.
40 Wall Street, 53rd Floor
New York, NY 10005

Client:  003944 .... Ahmed, Shalini, et al.
Matter:  003944-0001 .... Adv. United States Securities and Exchange Commission

For **PROFESSIONAL SERVICES** through July 31, 2017            **$15,996.50**

**Disbursements**
United Parcel Service                        48.77
                             **Total Disbursements:**       **$48.77**

                              **Current Invoice Total:**    **$16,045.27**
                            Previous Balance Outstanding:    $119,821.54
                         *Interest Charged on Previous Balance:*    $944.38
                              *(More Than 60 Days Overdue)*
                                        **BALANCE DUE:**    **$136,811.19**

*Thank you for your business.*

Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015


MURTHA CULLINA
ATTORNEYS AT LAW

**Invoice Number: 550515**
August 30, 2017

Client:   003944 .... Ahmed, Shalini, et al.
Matter:   003944-0001 .... Adv. United States Securities and Exchange Commission

## Client Funds Account Summary

| | |
|---|---|
| **Previous Client Funds Balance:** | **$25,000.00** |
| New Client Funds Received: | $0.00 |
| Additional Client Funds Disbursed: | $0.00 |
| **Ending Client Funds Balance:** | **$25,000.00** |

*Thank you for your business.*

Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



Invoice Number: 550515
August 30, 2017

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... Adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 07/02/17 | Zaehringer | 0.1 | Conference with P. E. Knag regarding draft of joint status report and strategy. | $38.50 |
| 07/03/17 | Knag | 0.3 | Emails regarding amounts secured. | $183.00 |
| 07/04/17 | Zaehringer | 0.1 | Email with D. Deitch regarding draft joint status report and strategy. | $38.50 |
| 07/05/17 | Zaehringer | 0.1 | Reviewed plaintiff's response in opposition to I. Ahmed's "emergency" motion to stay hearing and motions for summary judgment, in view of decision in Kokesh. | $38.50 |
| 07/06/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's reply to Oak's memorandum of law in opposition to his motion to compel Oak to comply with subpoenas. | $38.50 |
| 07/06/17 | Zaehringer | 0.1 | Conference with D. Deitch regarding REDACTED REDACTED | $38.50 |
| 07/06/17 | Zaehringer | 0.1 | Reviewed District Court's order denying as moot I. Ahmed's motion to stay hearings and motions for summary judgment, in light of decision in Kokesh. | $38.50 |
| 07/06/17 | Knag | 0.5 | Attention to new filings. | $305.00 |
| 07/07/17 | Zaehringer | 0.1 | Emails (several) with plaintiff's counsel and I. Ahmed regarding draft joint status report. | $38.50 |
| 07/08/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's reply to plaintiff's opposition to his "emergency" motion for reconsideration to modify the asset freeze to release funds for his legal defense in light of the Kokesh decision. | $38.50 |
| 07/08/17 | Zaehringer | 0.2 | Reviewed emails (several) from M. Williams and I. Ahmed regarding each party's position on proposed joint status report. | $77.00 |

*Thank you for your business.*



Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015

**MURTHA CULLINA**
ATTORNEYS AT LAW

**Invoice Number: 550515**
August 30, 2017

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... Adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 07/09/17 | Zaehringer | 4.8 | Drafted arguments for Relief Defendants' memorandum of law in opposition to plaintiff's motion for partial summary judgment. | $1,848.00 |
| 07/10/17 | Zaehringer | 0.1 | Reviewed District Court's order granting I. Ahmed's motion to modify the asset freeze order to release funds for retention of accountants to prepare and file 2016 tax returns regarding Essell Group. | $38.50 |
| 07/10/17 | Caulfield | 0.1 | Filed with the Court joint status report; drafted email to all parties serving copy of letter to Judge Arterton. | $23.50 |
| 07/10/17 | Zaehringer | 0.4 | Conference with P. E. Knag regarding REDACTED REDACTED | $154.00 |
| 07/10/17 | Zaehringer | 0.1 | Reviewed District Court's order referring to Magistrate Judge Margolis defendant I. Ahmed's motions requesting judicial review of transcripts of deposition of non-party Oak. | $38.50 |
| 07/10/17 | Zaehringer | 0.3 | Reviewed and further commented on draft joint status report. | $115.50 |
| 07/10/17 | Zaehringer | 0.1 | Telephone call with D. Deitch regarding July 12 status conference and regarding Relief Defendants' opposition to plaintiff's motion for partial summary judgment. | $38.50 |
| 07/10/17 | Zaehringer | 0.1 | Drafted letter to Judge Arterton regarding courtesy copy of joint status report as filed by Relief Defendants, per her individual practice rules. | $38.50 |
| 07/10/17 | Zaehringer | 0.1 | Reviewed District Court's order denying I. Ahmed's motion for Oak to return personal property in its possession. | $38.50 |
| 07/10/17 | Zaehringer | 0.1 | Reviewed District Court's order denying I. | $38.50 |

*Thank you for your business.*



Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015

ATTORNEYS AT LAW

Invoice Number: 550515
August 30, 2017

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... Adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| | | | Ahmed's several motions against Oak for sanctions. | |
| 07/10/17 | Zaehringer | 0.2 | Reviewed draft Relief Defendants' consent motion to modify asset freeze order to release funds to pay common charges on apartments, and conference with G. Hayes-Williams regarding same (0.1); drafted letter to Judge Arterton regarding courtesy copy of such motion, per her individual practice rules (0.1). | $77.00 |
| 07/10/17 | Zaehringer | 0.1 | Reviewed plaintiff's response in opposition to I. Ahmed's motion to dismiss certain claims and for other relief in light of Kokesh decision. | $38.50 |
| 07/10/17 | Zaehringer | 0.2 | Emails with D. Deitch (several) regarding Relief Defendants' memorandum of law in opposition to plaintiff's motion for partial summary judgment. | $77.00 |
| 07/10/17 | Zaehringer | 2.0 | Began reviewing and commenting on draft of Relief Defendants' memorandum of law in opposition to plaintiff's motion for partial summary judgment. | $770.00 |
| 07/10/17 | Knag | 1.0 | Emails and attention to new filings and decision. | $610.00 |
| 07/11/17 | Zaehringer | 0.2 | Telephone call with G. Hayes-Williams regarding REDACTED | $77.00 |
| 07/11/17 | Zaehringer | 1.5 | Drafted memorandum on REDACTED REDACTED | $577.50 |
| 07/11/17 | Zaehringer | 1.8 | Further reviewed and drafted Relief Defendants' memorandum of law in opposition to plaintiff's motion for partial summary judgment. | $693.00 |
| 07/11/17 | Zaehringer | 0.2 | Emails (several) with D. Deitch and S. Ahmed regarding REDACTED | $77.00 |

*Thank you for your business.*

Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



Invoice Number: 550515
August 30, 2017

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... Adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| | | | REDACTED opposition to plaintiff's motion for partial summary judgment. | |
| 07/11/17 | Zaehringer | 0.2 | Reviewed plaintiff's unilateral status report; emails with D. Deitch (several) regarding strategy. | $77.00 |
| 07/11/17 | Zaehringer | 0.1 | Reviewed District Court's order denying as duplicative I. Ahmed's motion to dismiss certain claims and for other relief in light of Kokesh decision. | $38.50 |
| 07/11/17 | Zaehringer | 0.1 | Reviewed District Court's orders (two) denying in part and granting in part I. Ahmed's motions to release funds for payment of individual 2013 and 2015 taxes. | $38.50 |
| 07/11/17 | Zaehringer | 0.3 | Telephone call with D. Deitch regarding strategy for REDACTED REDACTED | $115.50 |
| 07/12/17 | Knag | 1.5 | Telephone call and follow-up. | $915.00 |
| 07/12/17 | Zaehringer | 0.2 | Conference with P. E. Knag regarding strategy with respect to REDACTED REDACTED | $77.00 |
| 07/12/17 | Zaehringer | 1.3 | Reviewed email from S. Ahmed regarding REDACTED REDACTED | $500.50 |
| | | | REDACTED emails (several) with D. Deitch and J. Harris regarding overall strategy and REDACTED REDACTED further drafted such memorandum of law. | |

*Thank you for your business.*



Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015

**Invoice Number: 550515**
August 30, 2017

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... Adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 07/12/17 | Zaehringer | 1.5 | Prepared for call with the District Court (0.2); attended telephonic status conference with the District Court (1.3). | $577.50 |
| 07/12/17 | Zaehringer | 0.1 | Reviewed District Court's order granting Relief Defendants' motion to modify asset freeze order to release funds for common charges on apartment units. | $38.50 |
| 07/12/17 | Zaehringer | 0.4 | Conference with P. E. Knag regarding strategy REDACTED (0.2); conference call with D. Deitch and P. E. Knag regarding such strategy (0.2). | $154.00 |
| 07/13/17 | Zaehringer | 0.1 | Reviewed District Court's order granting I. Ahmed's motions for judicial review of transcripts of Oak deposition and referring such review to Magistrate Judge Margolis. | $38.50 |
| 07/13/17 | Zaehringer | 0.1 | Reviewed District Court's order and decision granting in part and denying I. Ahmed's motion for "humanitarian relief" to enable work as independent contractor. | $38.50 |
| 07/13/17 | Zaehringer | 0.1 | Conference with P. E. Knag regarding damages issues and calculations. | $38.50 |
| 07/13/17 | Zaehringer | 0.1 | Reviewed District Court's order and decision denying I. Ahmed's motion to sanction both plaintiff and Oak for contempt. | $38.50 |
| 07/14/17 | Zaehringer | 0.2 | Reviewed District Court's order and decision denying I. Ahmed's motion for release of funds to allow his children to visit him in India during Summer 2017; reviewed District Court's minute entry regarding July 12 status conference. | $77.00 |
| 07/14/17 | Zaehringer | 0.1 | Reviewed District Court's order and decision denying I. Ahmed's motion to modify the asset freeze order for release of funds for his legal | $38.50 |

*Thank you for your business.*

Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



**MURTHA CULLINA**
ATTORNEYS AT LAW

<u>Invoice Number: 550515</u>
August 30, 2017

Client:   003944 .... Ahmed, Shalini, et al.
Matter:  003944-0001 .... Adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| | | | representation in India. | |
| 07/14/17 | Zaehringer | 0.5 | Reviewed I. Ahmed's latest filing arguing that Kokesh requires the disgorgement damages in this case to be capped, that penalties are not available, and that plaintiff lacks authority to obtain disgorgement; emails with P. E. Knag (several) regarding REDACTED | $192.50 |
| 07/14/17 | Zaehringer | 1.5 | Telephone calls with P. E. Knag (several), and conference calls (several) with P. E. Knag and D. Deitch, regarding strategy for REDACTED REDACTED ongoing summary judgment briefs, and trial and/or hearing in damages. | $577.50 |
| 07/14/17 | Zaehringer | 0.3 | Reviewed Judge Margolis' and Judge Arterton's orders regarding judicial review of transcripts of deposition of Oak and regarding scheduling order for future filings with respect to same; conference with D. Deitch regarding REDACTED | $115.50 |
| 07/14/17 | Zaehringer | 1.0 | Reviewed and further drafted Relief Defendants' response to I. Ahmed's most recent "emergency" motion stay regarding Kokesh; emails (several) with P. E. Knag and D. Deitch regarding same. | $385.00 |
| 07/14/17 | Knag | 1.0 | Attention to I. Ahmed's filing; attention to Magistrate's ruling. | $610.00 |
| 07/14/17 | Zaehringer | 1.3 | Conducted further research of damages cap issue raised by I. Ahmed. | $500.50 |
| 07/17/17 | Zaehringer | 0.1 | Reviewed email from I. Ahmed regarding motions. | $38.50 |
| 07/17/17 | Zaehringer | 0.3 | Telephone calls with G. Hayes-Williams regarding procedure to seal exhibits and Relief Defendants' Local Rule 56(a)(2) statement of facts in opposition to plaintiff's motion for partial | $115.50 |

*Thank you for your business.*

Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



**MURTHA CULLINA**
ATTORNEYS AT LAW

<u>Invoice Number: 550515</u>
August 30, 2017

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... Adv. United States Securities and Exchange Commission

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|---|---|
| | | | summary judgment (0.2); emails with G. Hayes-Williams regarding same (0.1). | |
| 07/17/17 | Zaehringer | 0.2 | Further emails with D. Deitch regarding Relief Defendants' response to I. Ahmed's "emergency" motion to stay in light of Kokesh decision (0.1); drafted letter to Judge Arterton regarding courtesy copy of Relief Defendants' anticipated filings, per her individual practice rules (0.1). | $77.00 |
| 07/18/17 | Zaehringer | 0.8 | Reviewed Relief Defendants' final Local Rule 56(a)(2) statement of facts, declaration of D. Deitch, memorandum of law, and appendix thereto, in opposition to plaintiff's motion for partial summary judgment. | $308.00 |
| 07/18/17 | Zaehringer | 0.3 | Reviewed District Court's decision denying Relief Defendants' February 2017 motion to modify asset freeze to release rental proceeds and permit sale of gold bars. | $115.50 |
| 07/18/17 | Zaehringer | 0.4 | Telephone call with G. Hayes-Williams regarding Relief Defendants' response to REDACTED REDACTED REDACTED REDACTED, emails with G. Hayes-Williams regarding REDACTED reviewed sealed exhibit for summary judgment opposition papers. | $154.00 |
| 07/18/17 | Zaehringer | 0.1 | Revised and finalized letter to Judge Arterton regarding courtesy copy of Relief Defendants' filings in opposition to plaintiff's motion for partial summary judgment, pursuant to her individual practice rules. | $38.50 |
| 07/18/17 | Knag | 0.5 | Attention to new filings and Court's decision. | $305.00 |
| 07/19/17 | Zaehringer | 0.3 | Conference with P. E. Knag regarding strategy | $115.50 |

*Thank you for your business.*

Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



**MURTHA CULLINA**
ATTORNEYS AT LAW

Invoice Number: 550515
August 30, 2017

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... Adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| | | | in view of prior-day Court's ruling. | |
| 07/20/17 | Zaehringer | 0.5 | Conducted further research regarding REDACTED REDACTED per P. E. Knag. | $192.50 |
| 07/21/17 | Zaehringer | 0.2 | Reviewed Relief Defendants' consent motion to modify asset freeze order to release funds for payment of property taxes; emails with G. Hayes-Williams (several) regarding same; reviewed J. M. Caulfield's letter to Judge Arterton regarding courtesy copy of same, per her individual practice rules; reviewed Court's notice regarding transcript of July 12 telephonic status conference. | $77.00 |
| 07/21/17 | Zaehringer | 2.0 | Reviewed I. Ahmed's Local Rule 56(a)(2) statement of facts and his memorandum of law in opposition to plaintiff's motion for partial summary judgment; reviewed plaintiff's Local Rule 56(a)(2) statement of facts in opposition to I. Ahmed's motion for partial summary judgment, Local Rule 56(a)(2) statement of facts in opposition to Relief Defendants' motion for partial summary judgment, consolidated declaration of N. Heinke in opposition to both motions, and consolidated memorandum of law in opposition to both motions; reviewed plaintiff's motion to file two exhibits under seal; reviewed plaintiff's notices (two) of sealed exhibits; reviewed Relief Defendants' motion to file one exhibit under seal. | $770.00 |
| 07/21/17 | Caulfield | 0.1 | Drafted letter to Judge Arterton regarding courtesy copy of Relief Defendants' motion to modify asset freeze to release funds for property taxes on DIYA apartment units, pursuant to her individual practice rules; served copy of letter via email. | $23.50 |

*Thank you for your business.*



Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015

Invoice Number: 550515
August 30, 2017

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... Adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 07/24/17 | Zaehringer | 0.1 | Reviewed District Court's order granting Relief Defendants' motion to modify asset freeze to release funds for payment of property taxes regarding DIYA. | $38.50 |
| 07/25/17 | Zaehringer | 1.0 | Formulated potential arguments for Relief Defendants' reply memorandum of law in further support of their motion for partial summary judgment and in opposition to plaintiff's motion for partial summary judgment. | $385.00 |
| 07/26/17 | Zaehringer | 0.1 | Reviewed Magistrate Judge Margolis' ruling following her in camera review of transcripts of deposition of Oak. | $38.50 |
| 07/26/17 | Zaehringer | 2.5 | Reviewed emails from D. Deitch (several); reviewed and further drafted Relief Defendants' reply memorandum in further support of their motion for partial summary judgment. | $962.50 |
| 07/26/17 | Zaehringer | 0.1 | Conference with P. E. Knag regarding Relief Defendants' reply memorandum in further support of their motion for partial summary judgment. | $38.50 |
| 07/27/17 | Zaehringer | 0.2 | Conference with P. E. Knag regarding Relief Defendants' reply brief in further support of their motion for partial summary judgment. | $77.00 |
| 07/27/17 | Zaehringer | 0.6 | Emails with D. Deitch (several) regarding Relief Defendants' reply brief in further support of their motion for partial summary judgment; further drafted such reply brief. | $231.00 |
| 07/27/17 | Zaehringer | 0.1 | Reviewed email from S. Ahmed regarding REDACTED REDACTED | $38.50 |
| 07/28/17 | Zaehringer | 0.2 | Reviewed email with D. Deitch and S. Ahmed regarding Relief Defendants' reply brief REDACTED | $77.00 |

*Thank you for your business.*

Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



**Invoice Number: 550515**
August 30, 2017

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... Adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| | | | REDACTED | |
| 07/30/17 | Zaehringer | 0.2 | Reviewed email and comments from S. Ahmed regarding REDACTED REDACTED | $77.00 |
| 07/31/17 | Zaehringer | 0.4 | Emails with G. Hayes-Williams (several) regarding potential motions; reviewed Murtha Cullina LLP's June and July 2017 invoices and designated redactions of same for use as exhibit to Relief Defendants' newest attorneys' fee application. | $154.00 |
| 07/31/17 | Caulfield | 0.2 | Electronically-redacted excerpts of Murtha Cullina LLP's June 2017 and July 2017 invoices, as designated by K. L. Zaehringer, for use as exhibits to Relief Defendants' newest attorneys' fee motion. | $47.00 |
| 07/31/17 | Zaehringer | 0.2 | Reviewed and commented on draft of Relief Defendants' newest attorneys' fee application; conference with P. E. Knag regarding same. | $77.00 |
| | **Total Hours:** | 38.9 | **Total Amount:** | $15,996.50 |

*Thank you for your business.*

Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



**Invoice Number: 550515**
August 30, 2017

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... Adv. United States Securities and Exchange Commission

## Disbursement Detail

| Date | Description | Amount |
|---|---|---|
| 07/10/17 | United Parcel Service - Courtesty Copies to Hon. Janet B. Arterton, U.S. District Court, District. | $8.51 |
| 07/11/17 | United Parcel Service - Courtesty copies to hon. Janet V. Aterton, U.S. District Court, District. | $8.51 |
| 07/18/17 | United Parcel Service - Courtesty copies to hon. Janet V. Aterton, U.S. District Court, District. | $14.73 |
| 07/19/17 | United Parcel Service - Courtesty copies to hon. Janet V. Aterton, U.S. District Court, District. | $8.51 |
| 07/21/17 | United Parcel Service - Courtesty copies to hon. Janet V. Aterton, U.S. District Court, District. | $8.51 |
| | **Total Disbursements:** | **$48.77** |

*Thank you for your business.*

Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



**MURTHA CULLINA**
ATTORNEYS AT LAW

**Invoice Number: 552021**
September 27, 2017

VIA EMAIL: jon@sc-harris.com
Shalini Ahmed, et al.
c/o Harris, St. Laurent & Chaudhry LLP
Attn: Jonathan Harris, Esq.
40 Wall Street, 53rd Floor
New York, NY 10005

Client:  003944 .... Ahmed, Shalini, et al.
Matter:  003944-0001 .... Adv. United States Securities and Exchange Commission

| | |
|---|---|
| For **PROFESSIONAL SERVICES** through August 31, 2017 | **$2,554.50** |

**Disbursements**
United Parcel Service                 54.45
                          **Total Disbursements:**    **$54.45**

                          **Current Invoice Total:**      **$2,608.95**
                          Previous Balance Outstanding:   $127,534.59
                          *Interest Charged on Previous Balance:*   $1,074.58
                          *(More Than 60 Days Overdue)*
                          **BALANCE DUE:**     **$131,218.12**

*Thank you for your business.*

Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015


MURTHA CULLINA
ATTORNEYS AT LAW

**Invoice Number: 552021**
September 27, 2017

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... Adv. United States Securities and Exchange Commission

## Client Funds Account Summary

| | |
|---|---:|
| **Previous Client Funds Balance:** | **$25,000.00** |
| New Client Funds Received: | $0.00 |
| Additional Client Funds Disbursed: | $0.00 |
| **Ending Client Funds Balance:** | **$25,000.00** |

*Thank you for your business.*

Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



**Invoice Number: 552021**
September 27, 2017

Client:   003944 .... Ahmed, Shalini, et al.
Matter:   003944-0001 .... Adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 08/01/17 | Knag | 0.3 | Attention to new filing. | $183.00 |
| 08/01/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's motion to be allowed to sign protective order in anticipation of his being allowed full access to investigative file. | $38.50 |
| 08/01/17 | Zaehringer | 0.1 | Reviewed Relief Defendants' reply memorandum in further support of their motion for partial summary judgment as filed by G. Hayes-Williams; drafted letter to Judge Arterton enclosing courtesy copy of reply brief, per her individual practice rules. | $38.50 |
| 08/01/17 | Zaehringer | 0.3 | Reviewed plaintiff's consolidated reply memorandum in further support of its motion for partial summary judgment against each of I. Ahmed and Relief Defendants. | $115.50 |
| 08/01/17 | Zaehringer | 0.3 | Reviewed I. Ahmed's reply memorandum in further support of his motion for summary judgment; reviewed I. Ahmed's additional Rule 56(a)(2) statement of facts filed with such reply memorandum. | $115.50 |
| 08/04/17 | Zaehringer | 0.3 | Reviewed plaintiff's memorandum of law in opposition to I. Ahmed's "emergency" motion to stay discovery in light of Kokesh decision. | $115.50 |
| 08/10/17 | Zaehringer | 0.2 | Reviewed I. Ahmed's reply to plaintiff's opposition to his "emergency" motion to stay in light of Kokesh decision, arguing that SEC lacks authority to seek disgorgement; reviewed numerous attachments submitted with such reply brief. | $77.00 |
| 08/10/17 | Zaehringer | 0.1 | Reviewed plaintiff's consent motion to clarify and modify District Court's order granting transfer of frozen assets to short-term U.S. Treasuries. | $38.50 |

*Thank you for your business.*



Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015

**Invoice Number: 552021**
September 27, 2017

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... Adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 08/14/17 | Zaehringer | 0.1 | Reviewed email from G. Hayes-Williams regarding REDACTED REDACTED; reported to P. E. Knag regarding same. | $38.50 |
| 08/14/17 | Zaehringer | 0.1 | Reviewed Relief Defendants' consent motion to modify asset freeze order to release funds for commons charges for apartment units. | $38.50 |
| 08/14/17 | Zaehringer | 0.1 | Drafted letter to Judge Arterton regarding courtesy copy of Relief Defendants' consent motion to modify and newest fee application, per her individual practice rules. | $38.50 |
| 08/14/17 | Knag | 0.1 | Attention to fee application. | $61.00 |
| 08/17/17 | Zaehringer | 0.3 | Reviewed Relief Defendants' consent motion to modify asset freeze order to release funds for insurance payment on apartment; review Relief Defendants' motion to modify asset freeze order to release funds for payment of S. Ahmed's taxes, drafted letter to Judge Arterton enclosing courtesy copy of such motion, per her individual practice rules; conference with G. Hayes-Williams regarding today's filings. | $115.50 |
| 08/22/17 | Zaehringer | 0.1 | Telephone call with P. E. Knag regarding REDACTED and strategy. | $38.50 |
| 08/23/17 | Zaehringer | 0.1 | Reviewed plaintiff's memorandum of law in opposition to I. Ahmed's newest motion to be allowed to sign protective order. | $38.50 |
| 08/23/17 | Knag | 0.1 | Attention to REDACTED and strategy. | $61.00 |
| 08/24/17 | Knag | 0.1 | Attention to REDACTED | $61.00 |
| 08/24/17 | Zaehringer | 0.5 | Reviewed recent decision in SEC v. Durham (0.2); reviewed and commented on notice of supplemental authority (0.2), emails (several) | $192.50 |

*Thank you for your business.*

Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



**Invoice Number: 552021**
September 27, 2017

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... Adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| | | | with J. Harris and D. Deitch regarding same (0.1). | |
| 08/24/17 | Zaehringer | 0.5 | Telephone call with G. Hayes-Williams regarding REDACTED arguments and strategy (0.2); drafted memorandum to P. E. Knag regarding same (0.3). | $192.50 |
| 08/24/17 | Zaehringer | 0.1 | Drafted letter to Judge Arterton regarding Relief Defendants' notice of supplemental authority, per her individual practice rules. | $38.50 |
| 08/29/17 | Zaehringer | 0.2 | Reviewed Relief Defendants' consent motion for release of funds to pay for common charges of apartments; drafted letter to J. Arterton regarding courtesy copy of such motion, per her individual practice rules. | $77.00 |
| 08/29/17 | Zaehringer | 0.2 | Reviewed District Court's orders (several) granting plaintiff's motion for clarification, Relief Defendants' consent motion to release funds to pay attorneys' fees, and Relief Defendants' consent motion to release funds for payment of common charges on apartments (0.1); emails with G. Hayes-Williams regarding same (0.1). | $77.00 |
| 08/29/17 | Knag | 0.5 | Attention to various filings. | $305.00 |
| 08/30/17 | Knag | 0.5 | Attention to filings. | $305.00 |
| 08/30/17 | Zaehringer | 0.4 | Reviewed I. Ahmed's supplemental notices of authority (several) regarding his "emergency" motion to stay in view of Kokesh decision; reviewed Second Circuit Court's recent Metter decision on disgorgement as a penalty; reviewed Southern District of New York's recent Penn decision on disgorgement and valuation. | $154.00 |
| **Total Hours:** | | **5.7** | **Total Amount:** | **$2,554.50** |

*Thank you for your business.*

Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



Invoice Number: 552021
September 22, 2017

Client:    003944 .... Ahmed, Shalini, et al.
Matter:    003944-0001 .... Adv. United States Securities and Exchange Commission

## Disbursement Detail

| Date | Description | Amount |
|---|---|---|
| 08/01/17 | United Parcel Service - U.S. District Court - Courtesy Copies | $11.88 |
| 08/14/17 | United Parcel Service - U.S. District Court - Courtesy Copies | $11.36 |
| 08/17/17 | United Parcel Service - U.S. District Court - Courtesy Copies | $11.36 |
| 08/25/17 | United Parcel Service - U.S. District Court - Courtesy Copies | $11.36 |
| 08/29/17 | United Parcel Service - U.S. District Court - Courtesy Copies | $8.49 |
| | **Total Disbursements:** | **$54.45** |

*Thank you for your business.*