UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------------- X
UNITED STATES SECURITIES AND EXCHANGE :
COMMISSION, :
 :
        Plaintiff, :
 :
v. :
 :
IFTIKAR AHMED, :
 :
        Defendant, and :
 :
IFTIKAR ALI AHMED SOLE PROP, : Civil Action No.
I-CUBED DOMAINS, LLC; SHALINI AHMED; : 3:15-CV-675 (JBA)
SHALINI AHMED 2014 GRANTOR RETAINED :
ANNUITY TRUST; DIYA HOLDINGS LLC; :
DIYA REAL HOLDINGS, LLC; I.I. 1, a minor :
child, by and through his next friends IFTIKAR :
and SHALINI AHMED, his parents; I.I. 2, a minor :
child, by and through his next friends IFTIKAR :
and SHALINI AHMED, his parents; and I.I. 3, a :
minor child, by and through his next friends :
IFTIKAR and SHALINI AHMED, his parents, :
 :
        Relief Defendants. :
------------------------------------------------------------------- X   NOVEMBER 29, 2017

**MOTION TO MODIFY THE ASSET FREEZE ORDER TO INCREASE MONTHLY
RELEASES FOR RELIEF DEFENDANTS' LIVING EXPENSES**

      Relief Defendants Shalini Ahmed, and her three minor children, I.I. 1, I.I. 2 and I.I. 3 (together, the "Relief Defendants"), through their undersigned counsel, respectfully move this Court to modify its orders of February 19, 2016 [Dkt. No. 195], and December 28, 2016 [Dkt. No. 377], which modified the asset freeze order of August 12, 2015 [Dkt. No. 113], to increase the monthly living expenses for Relief Defendants to account for an increase in the cost of the health insurance policy for Ms. Ahmed and her minor children.

      Relief Defendants request that the funds to be released for living expenses on a monthly

1

basis from the account in the name of Shalini Ahmed at Fidelity Investments ending x7540 be increased by $845.88 per month, from $8,676.00 to $9,521.88, to account for a $845.88 increase in the monthly cost of health insurance for Shalini Ahmed and her three minor children beginning January 2018. Specifically, the premium for the policy under which Ms. Ahmed and her children are insured is being increased by the insurance provider, Anthem BlueCross BlueShield ("Anthem"). The policy provides similar coverage, but the premium will increase from $1,667.70 per month to $2,513.58 per month. A copy of the plan renewal details received from Anthem is attached hereto as Exhibit A.

This increase is not an avoidable or negotiable cost. Ms. Ahmed does not qualify for a State or Federally subsidized health insurance premium and Ms. Ahmed does not have sufficient income from self-employment activities or from the current monthly releases for living expenses pursuant to the Modified Endorsement Order of December 28, 2016 [Dkt. No. 377], to presently cover the increased premium payments herself. In the Modified Endorsement Order of December 28, 2016, this Court granted similar relief related to an increase in the cost of health insurance premiums for 2017.

Counsel for the SEC has indicated that the SEC will oppose this motion and counsel for the SEC and Relief Defendants have agreed to accelerated briefing: the SEC's Response, if any, will be filed by Friday, December 8, 2017, and Relief Defendants' Reply, if any, will be filed by Tuesday, December 19, 2017.

WHEREFORE, Relief Defendants respectfully request the Court modify its orders of August 12, 2015, and February 19, 2016, and unfreeze the amount of $9,521.88 on a monthly basis to cover the Relief Defendants' living expenses.

Dated: New York, New York
November 29, 2017

Respectfully submitted,

 /s/ S. Gabriel Hayes-Williams
Jonathan Harris (phv07583)
L. Reid Skibell (phv07572)
David B. Deitch (phv07260)
S. Gabriel Hayes-Williams (phv07948)
HARRIS, ST. LAURENT
& CHAUDHRY LLP
40 Wall Street, 53rd Floor
New York, New York 10005
Tel. 212.397.3370

Paul E. Knag
MURTHA CULLINA LLP
177 Broad Street, 16th Floor
Stamford, CT 06901
Tel. 203.653.5400

*Attorneys for Relief Defendants*
*I-Cubed Domain, LLC, Shalini Ahmed,*
*Shalini Ahmed 2014 Grantor Retained*
*Annuity Trust, Diya Holdings, LLC, Diya*
*Real Holdings, LLC, I.I. 1, I.I. 2 and I.I. 3*

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2017, I caused a copy of the foregoing memorandum to be served by ECF upon:

Nicholas P. Heinke
Mark L. Williams
U.S. Securities and Exchange Commission
1961 Stout St., Suite 1700
Denver, CO 80294
HeinkeN@sec.gov
WilliamsML@sec.gov

Iftikar Ahmed
c/o Advocate Anil Sharma
10 Government Place East
Ground Floor
Kolkatta, West Bengal, India 700-069
iftyahmed@icloud.com

*/s/ S. Gabriel Hayes-Williams*
S. Gabriel Hayes-Williams