# EXHIBIT 1

**Harris, St. Laurent & Chaudhry LLP**
40 Wall St. 53rd floor
New York, NY 10005
212-397-3370

10-12-2017

PC09046 Shalini Ahmed

**Invoice Number: 7010**
Invoice Period: 08-30-2017 - 09-30-2017

**RE: PC09046-001 SEC v Ahmed (1085-101)**

## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08-30-2017 | Priya Chaudhry | review docs; talk with gabe | 0.500 | 750.00 | 375.00 |
| 08-31-2017 | Priya Chaudhry | emails | 0.250 | 750.00 | 187.50 |
| 09-05-2017 | Reid Skibell | Review notice of authority. | 0.500 | 600.00 | 300.00 |
| 09-05-2017 | Jonathan Harris | review supplemental authority filed by SEC | 0.750 | 750.00 | 562.50 |
| 09-06-2017 | Reid Skibell | Review filing and email correspondence re: same. | 0.500 | 600.00 | 300.00 |
| 09-06-2017 | Gabriel Hayes-Williams | Attention to supplemental production from SEC | 0.250 | 375.00 | 93.75 |
| 09-06-2017 | Gabriel Hayes-Williams | Attention to scheduling; review email from S. Ahmed | 0.250 | 375.00 | 93.75 |
| 09-07-2017 | Gabriel Hayes-Williams | Telephone calls w/ Ahmed <span style="color:red">Redacted</span>; discussion w/ J. Harris re same; legal research and <span style="color:red">Redacted</span> | 1.750 | 375.00 | 656.25 |
| 09-07-2017 | Jonathan Harris | reading <span style="color:red">Redacted</span> | 0.250 | 750.00 | 187.50 |
| 09-08-2017 | Jonathan Harris | tax motion; review SEC reply; strategy | 0.750 | 750.00 | 562.50 |
| 09-08-2017 | Reid Skibell | Review SEC brief; email correspondence re: reply; telephone conference with J. Harris re: same. | 1.500 | 600.00 | 900.00 |
| 09-08-2017 | Gabriel Hayes-Williams | Legal research re <span style="color:red">Redacted</span> brief discussion w/ E. Bolla re same ; telephone call w. S. AHmed re <span style="color:red">Redacted</span> | 1.500 | 375.00 | 562.50 |
| 09-08-2017 | Gabriel Hayes-Williams | Telephone call w/ S. Ahmed re<span style="color:red">Redacted</span> | 0.500 | 375.00 | 187.50 |
| 09-12-2017 | Gabriel Hayes-Williams | Review SEC supplemental production; meeting w/ J. Harris, R. Skibell re <span style="color:red">Redacted</span> ; telephone call w/ S. Ahmed | 2.500 | 375.00 | 937.50 |
| 09-12-2017 | Reid Skibell | Conference with J. Harris and S. Gabriel Hayes-Williams re: <span style="color:red">Redacted</span> | 0.500 | 600.00 | 300.00 |
| 09-12-2017 | Jonathan Harris | engaged <span style="color:red">Redacted</span> | 1.000 | 750.00 | 750.00 |
| 09-14-2017 | Jonathan Harris | tax motion; strategy and case organization | 0.750 | 750.00 | 562.50 |
| 09-14-2017 | Gabriel Hayes-Williams | Telephone call w/ S. Ahmed; Email w/ SEC; email and telephone call w/ K. Zaehringer; email J. Harris and discussion re tax motion; draft stipulation and consent motion | 2.250 | 375.00 | 843.75 |
| 09-15-2017 | Gabriel Hayes-Williams | Telephone call w/ SEC; revise draft stipulation and consent motion; emails w/ K. Zaehringer; discuss w/ R. Skibell, J. Harris | 1.250 | 375.00 | 468.75 |
| 09-15-2017 | Jonathan Harris | motion re taxes | 0.250 | 750.00 | 187.50 |
| 09-18-2017 | Reid Skibell | Review of legal research and email correspondence | 0.500 | 600.00 | 300.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | with S. Gabriel Hayes-Williams re: same. | | | |
| 09-18-2017 | Gabriel Hayes-Williams | Brief call w/ K. Zaehringer; email SEC (.25) | 0.250 | 375.00 | 93.75 |
| 09-19-2017 | Gabriel Hayes-Williams | Telephone call w/ S. Ahmed; review lien warning from CT; draft email to SEC re same; telephone call w/ S. Ahmed re consent motion; Call w/ S. Ahmed | 2.000 | 375.00 | 750.00 |
| 09-20-2017 | Gabriel Hayes-Williams | File stipulation and consent motion re motion to release taxes; telephone call w/ S. Ahmed; telephone call and email w/ S. Ahmed re Redacted | 1.000 | 375.00 | 375.00 |
| 09-20-2017 | Gabriel Hayes-Williams | Email SEC re apartment unit | 0.250 | 375.00 | 93.75 |
| 09-22-2017 | Gabriel Hayes-Williams | Telephone calls w/ N. Heinke re apartment lease revision | 0.250 | 375.00 | 93.75 |
| 09-22-2017 | Gabriel Hayes-Williams | Review email; respond to emails from S. Ahmed re transmitting requested materials to SEC/I. Ahmed; review Redacted | 1.250 | 375.00 | 468.75 |
| 09-23-2017 | Jonathan Harris | review motions filed by I. Ahmed | 0.500 | 750.00 | 375.00 |
| 09-25-2017 | David Deitch | Review Oak filings. | 0.500 | 600.00 | 300.00 |
| 09-25-2017 | Gabriel Hayes-Williams | Telephone call w/ S. Ahmed; telephone call w/ court deputy and email w/ local counsel re chambers copies of exhibits filed under seal; review Oak motion to supplement record | 1.500 | 375.00 | 562.50 |
| 09-26-2017 | Jonathan Harris | review motion filed by Oak; strategy | 0.500 | 750.00 | 375.00 |
| 09-26-2017 | Reid Skibell | Email correspondence re: Oak filing; review filing. | 0.500 | 600.00 | 300.00 |
| 09-26-2017 | Priya Chaudhry | review docs; talk with RS | 0.500 | 750.00 | 375.00 |
| 09-26-2017 | Gabriel Hayes-Williams | Email R. Skibell re Oak motion to supplement record; email w/ Oak counsel re un-redacted motion to supplement record | 0.500 | 375.00 | 187.50 |
| 09-27-2017 | Gabriel Hayes-Williams | Telephone call w/ S. Ahmed; review lease; review and edit communication to Apartment 12 A tenant representative | 1.000 | 375.00 | 375.00 |
| 09-28-2017 | Gabriel Hayes-Williams | Draft fee application; attention to Murtha Cullina invoice | 1.000 | 375.00 | 375.00 |
| 09-28-2017 | Gabriel Hayes-Williams | Edit Apartment 12A lease addendum; email w/ S. Ahmed re same; prepare draft motion and order and email SEC counsel re same | 2.000 | 375.00 | 750.00 |
| 09-28-2017 | Reid Skibell | Review filings. | 0.250 | 600.00 | 150.00 |
| 09-28-2017 | Jonathan Harris | review recent motions; confer w/GHW re status | 0.750 | 750.00 | 562.50 |
| 09-29-2017 | Jonathan Harris | case strategy and organization | 0.500 | 750.00 | 375.00 |
| 09-29-2017 | Gabriel Hayes-Williams | Place call to local counsel re Redacted ; email S. Ahmed re same | 0.500 | 375.00 | 187.50 |
| 09-29-2017 | David Deitch | Email regarding Redacted | 0.250 | 600.00 | 150.00 |
| 09-30-2017 | Gabriel Hayes-Williams | Additional edits to fee release application, redactions to exhibits re same | 0.750 | 375.00 | 281.25 |
| | | **Total Fees** | | | 16,875.00 |

## Time Summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| David Deitch | 0.750 | 600.00 | 450.00 |
| Gabriel Hayes-Williams | 22.500 | 375.00 | 8,437.50 |
| Jonathan Harris | 6.000 | 750.00 | 4,500.00 |
| Priya Chaudhry | 1.250 | 750.00 | 937.50 |
| Reid Skibell | 4.250 | 600.00 | 2,550.00 |
| | | **Total Fees** | 16,875.00 |

| | |
|---|---:|
| **Total for this Invoice** | 16,875.00 |
| **Total Balance Due for Matter** | 1,458,647.02 |

# Matter Statement of Account

As Of 10-12-2017

| Matter | Invoices / Credits | Trust | Balance Due |
|---|---:|---:|---:|
| PC09046-001 SEC v Ahmed | 1,458,647.02 | | 1,458,647.02 |
| | **Total Balance Due for Matter** | | **1,458,647.02** |

## PC09046-001 SEC v Ahmed

### Transactions

| Date | Transaction | Applied | Invoice | Amount |
|---|---|---:|---:|---:|
| 09-11-2017 | Previous Balance | | | 1,441,772.02 |
| 10-12-2017 | Invoice 7010 | | | 16,875.00 |
| | | | **Balance** | **1,458,647.02** |

### Open Invoices and Credits

| Date | Transaction | Amount | Applied | Balance |
|---|---|---:|---:|---:|
| 11-16-2015 | Invoice 2656 | 94,680.86 | (60,361.31) | 34,319.55 |
| 01-12-2016 | Invoice 2963 | 88,845.00 | | 88,845.00 |
| 06-10-2016 | Invoice 4119 | 119,817.50 | (5,471.25) | 114,346.25 |
| 08-24-2016 | Invoice 4509 | 86,537.17 | (2,324.67) | 84,212.50 |
| 10-05-2016 | Invoice 4827 | 61,072.78 | (5,676.53) | 55,396.25 |
| 11-07-2016 | Invoice 5022 | 89,674.32 | (3,140.57) | 86,533.75 |
| 12-06-2016 | Invoice 5319 | 94,243.07 | (658.07) | 93,585.00 |
| 01-11-2017 | Invoice 5544 | 124,032.81 | (2,579.06) | 121,453.75 |
| 02-24-2017 | Invoice 5689 | 179,164.23 | (4,260.48) | 174,903.75 |
| 04-12-2017 | Invoice 6186 | 279,901.93 | (45,875.01) | 234,026.92 |
| 05-22-2017 | Invoice 6379 | 76,203.58 | (2,142.04) | 74,061.54 |
| 06-14-2017 | Invoice 6464 | 77,615.26 | (3,946.51) | 73,668.75 |
| 07-07-2017 | Invoice 6580 | 105,391.73 | (845.48) | 104,546.25 |
| 08-08-2017 | Invoice 6751 | 91,351.75 | (905.50) | 90,446.25 |
| 09-11-2017 | Invoice 6904 | 11,426.51 | | 11,426.51 |
| 10-12-2017 | Invoice 7010 | 16,875.00 | | 16,875.00 |
| | | | **Balance** | **1,458,647.02** |

**Harris, St. Laurent & Chaudhry LLP**
40 Wall St. 53rd floor
New York, NY 10005
212-397-3370

11-20-2017

**Invoice Number: 7204**
Invoice Period: 09-14-2017 - 10-31-2017

**RE: PC09046-001 SEC v Ahmed (1085-101)**

**Time Details**

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10-02-2017 | Jonathan Harris | review motions | 0.500 | 750.00 | 375.00 |
| 10-02-2017 | Gabriel Hayes-Williams | Finalize draft fee application and email K. Zaehringer re same; telephone call w/ K. Zaehringer; telephone call w/ S. Ahmed re case status | 1.500 | 375.00 | 562.50 |
| 10-03-2017 | Jonathan Harris | call w/Shalini Ahmed re strategy | 0.500 | 750.00 | 375.00 |
| 10-03-2017 | Gabriel Hayes-Williams | Review Redacted ; email SEC re same | 0.250 | 375.00 | 93.75 |
| 10-05-2017 | Gabriel Hayes-Williams | Email w/ SEC re adjustment to lease terms on Apartment 12A | 0.250 | 375.00 | 93.75 |
| 10-05-2017 | Jonathan Harris | read filings | 0.500 | 750.00 | 375.00 |
| 10-06-2017 | Gabriel Hayes-Williams | Email SEC re consent motion/order re common charge; email S. Ahmed re Redacted ; further emails w/ SEC | 0.750 | 375.00 | 281.25 |
| 10-09-2017 | Jonathan Harris | review motion filed by I.Ahmed | 0.250 | 750.00 | 187.50 |
| 10-10-2017 | Gabriel Hayes-Williams | Finalize and file consent motions and orders related to apartment lease modification and common charges | 0.500 | 375.00 | 187.50 |
| 10-12-2017 | Gabriel Hayes-Williams | Email w/ SEC; finalize and file fee application; email w/ S. Ahmed re Redacted | 0.750 | 375.00 | 281.25 |
| 10-13-2017 | Gabriel Hayes-Williams | Review Redacted review and finalize invoice and transmit | 0.500 | 375.00 | 187.50 |
| 10-17-2017 | Gabriel Hayes-Williams | Review court orders; email w/ S. Ahmed re Redacted | 0.500 | 375.00 | 187.50 |
| 10-18-2017 | Jonathan Harris | read filing by I.Ahmed | 0.250 | 750.00 | 187.50 |
| 10-18-2017 | Reid Skibell | Review I. Ahmed filing and email correspondence re: same. | 0.250 | 600.00 | 150.00 |
| 10-23-2017 | Reid Skibell | Review filings. | 0.250 | 600.00 | 150.00 |
| 10-26-2017 | Gabriel Hayes-Williams | Email w/ S. Ahmed; draft motion re apartment common charges and email SEC re same | 0.750 | 375.00 | 281.25 |
| 10-27-2017 | Gabriel Hayes-Williams | Delegate bank communication to paralegal | 0.250 | 375.00 | 93.75 |
| 10-29-2017 | Reid Skibell | Review legal authorities and email correspondence re: same. | 0.500 | 600.00 | 300.00 |
| 10-30-2017 | Jonathan Harris | discussion of Redacted | 0.500 | 750.00 | 375.00 |
| 10-30-2017 | Reid Skibell | Email correspondence and conference with J. Harris and D. Deitch re: Redacted conference with J. Foley re: Redacted | 0.750 | 600.00 | 450.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | | | **Total Fees** | **5,175.00** |

## Time Summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Gabriel Hayes-Williams | 6.000 | 375.00 | 2,250.00 |
| Jonathan Harris | 2.500 | 750.00 | 1,875.00 |
| Reid Skibell | 1.750 | 600.00 | 1,050.00 |
| | | **Total Fees** | **5,175.00** |

## Expenses

| Date | Description | Amount |
|---|---|---|
| 09-14-2017 | Vdiscovery Inv# V96323 08.31.2017 | 684.49 |
| 10-01-2017 | Morgan & Brother Manhattan Storage Company Inv# 245248 | 102.00 |
| 10-26-2017 | Vdiscovery Inv# V95824 07.31.2017 | 715.52 |
| | **Total Expenses** | **1,502.01** |
| | **Total for this Invoice** | **6,677.01** |
| | **Total Balance Due for Matter** | **1,383,415.70** |

# Matter Statement of Account

As Of 11-20-2017

| Matter | Invoices / Credits | Trust | Balance Due |
|---|---:|---:|---:|
| PC09046-001 SEC v Ahmed | 1,383,415.70 | | 1,383,415.70 |
| | **Total Balance Due for Matter** | | **1,383,415.70** |

## PC09046-001 SEC v Ahmed

**Transactions**

| Date | Transaction | Applied | Invoice | Amount |
|---|---|---:|---:|---:|
| 10-16-2015 | Invoice 2470 | | | 462,102.47 |
| 10-21-2015 | Payment Received - Reference 118 | | | (31,810.41) |
| 11-16-2015 | Invoice 2656 | | | 94,680.86 |
| 01-12-2016 | Invoice 2963 | | | 88,845.00 |
| 06-10-2016 | Invoice 4119 | | | 119,817.50 |
| 08-24-2016 | Invoice 4509 | | | 86,537.17 |
| 09-16-2016 | Payment Received - Reference 1020003371 | | | (58,500.00) |
| 09-28-2016 | Payment Applied | 31,810.41 | 2470 | |
| 09-28-2016 | Payment Applied | 58,500.00 | 2470 | |
| 10-05-2016 | Invoice 4827 | | | 61,072.78 |
| 10-31-2016 | Invoice 5005 | | | 0.00 |
| 11-04-2016 | Invoice 5011 | | | 0.00 |
| 11-07-2016 | Invoice 5022 | | | 89,674.32 |
| 12-06-2016 | Invoice 5319 | | | 94,243.07 |
| 01-10-2017 | Payment Received - Reference 6198107374 | | | (175,000.00) |
| 01-10-2017 | Payment Applied | 175,000.00 | 2470 | |
| 01-10-2017 | Payment Received - Reference 6198107375 | | | (40,000.00) |
| 01-10-2017 | Payment Applied | 40,000.00 | 2470 | |
| 01-11-2017 | Invoice 5544 | | | 124,032.81 |
| 02-10-2017 | Credit Memo - Reference transfer from IOLA for expert fee expenses | | | (20,950.00) |
| 02-24-2017 | Invoice 5689 | | | 179,164.23 |
| 03-15-2017 | Payment Received - Reference 6198137258 | | | (29,646.78) |
| 03-15-2017 | Payment Applied | 29,646.78 | 2470 | |
| 03-15-2017 | Payment Received - Reference 6198137257 | | | (39,125.17) |
| 03-15-2017 | Payment Applied | 39,125.17 | 2470 | |
| 03-30-2017 | Payment Received | | | (861.54) |
| 03-30-2017 | Payment Applied | 861.54 | 2470 | |
| 04-12-2017 | Invoice 6186 | | | 279,901.93 |
| 04-18-2017 | Payment Applied | 20,950.00 | 6186 | |
| 05-17-2017 | Payment Received - Reference 6198171261 | | | (50,467.53) |
| 05-17-2017 | Payment Applied | 50,467.53 | 2470 | |
| 05-17-2017 | Payment Received - Reference 6198171262 | | | (26,146.87) |
| 05-17-2017 | Payment Applied | 26,146.87 | 2470 | |
| 05-22-2017 | Invoice 6379 | | | 76,203.58 |
| 06-14-2017 | Invoice 6464 | | | 77,615.26 |
| 06-22-2017 | Payment Received - Reference 7840001396 | | | (14,387.13) |
| 06-22-2017 | Payment Received - Reference 7840001397 | | | (29,252.41) |
| 06-23-2017 | Payment Applied | 10,544.17 | 2470 | |

## Transactions

| Date | Transaction | Applied | Invoice | Amount |
|---|---|---:|---|---:|
| 06-23-2017 | Payment Applied | 3,842.96 | 2656 | |
| 06-23-2017 | Payment Applied | 29,252.41 | 2656 | |
| 06-26-2017 | Payment Received - Reference 926174268 | | | (205.53) |
| 06-26-2017 | Payment Applied | 205.53 | 2656 | |
| 07-07-2017 | Invoice 6580 | | | 105,391.73 |
| 08-08-2017 | Invoice 6751 | | | 91,351.75 |
| 09-01-2017 | Payment Received - Reference 6198238792 | | | (9,408.72) |
| 09-01-2017 | Payment Received - Reference 6198238793 | | | (74,526.86) |
| 09-01-2017 | Payment Applied | 5,471.25 | 4119 | |
| 09-01-2017 | Payment Applied | 2,324.67 | 4509 | |
| 09-01-2017 | Payment Applied | 1,612.80 | 4827 | |
| 09-01-2017 | Payment Applied | 27,060.41 | 2656 | |
| 09-01-2017 | Payment Applied | 4,063.73 | 4827 | |
| 09-01-2017 | Payment Applied | 3,140.57 | 5022 | |
| 09-01-2017 | Payment Applied | 658.07 | 5319 | |
| 09-01-2017 | Payment Applied | 2,579.06 | 5544 | |
| 09-01-2017 | Payment Applied | 4,260.48 | 5689 | |
| 09-01-2017 | Payment Applied | 24,925.01 | 6186 | |
| 09-01-2017 | Payment Applied | 2,142.04 | 6379 | |
| 09-01-2017 | Payment Applied | 3,946.51 | 6464 | |
| 09-01-2017 | Payment Applied | 845.48 | 6580 | |
| 09-01-2017 | Payment Applied | 905.50 | 6751 | |
| 09-11-2017 | Invoice 6904 | | | 11,426.51 |
| 10-12-2017 | Invoice 7010 | | | 16,875.00 |
| 10-24-2017 | Payment Received - Reference 6198263860 | | | (16,323.29) |
| 10-24-2017 | Payment Received - Reference 6198263859 | | | (65,279.04) |
| 10-31-2017 | Payment Received - Reference 927204254 | | | (306.00) |
| 10-31-2017 | Payment Applied | 306.00 | 2963 | |
| 10-31-2017 | Payment Applied | 15,984.28 | 2963 | |
| 10-31-2017 | Payment Applied | 339.01 | 6751 | |
| 10-31-2017 | Payment Applied | 34,319.55 | 2656 | |
| 10-31-2017 | Payment Applied | 30,959.49 | 2963 | |
| 11-20-2017 | Invoice 7204 | | | 6,677.01 |
| | | | **Balance** | **1,383,415.70** |

## Open Invoices and Credits

| Date | Transaction | Amount | Applied | Balance |
|---|---|---:|---:|---:|
| 01-12-2016 | Invoice 2963 | 88,845.00 | (47,249.77) | 41,595.23 |
| 06-10-2016 | Invoice 4119 | 119,817.50 | (5,471.25) | 114,346.25 |
| 08-24-2016 | Invoice 4509 | 86,537.17 | (2,324.67) | 84,212.50 |
| 10-05-2016 | Invoice 4827 | 61,072.78 | (5,676.53) | 55,396.25 |
| 11-07-2016 | Invoice 5022 | 89,674.32 | (3,140.57) | 86,533.75 |
| 12-06-2016 | Invoice 5319 | 94,243.07 | (658.07) | 93,585.00 |
| 01-11-2017 | Invoice 5544 | 124,032.81 | (2,579.06) | 121,453.75 |
| 02-24-2017 | Invoice 5689 | 179,164.23 | (4,260.48) | 174,903.75 |
| 04-12-2017 | Invoice 6186 | 279,901.93 | (45,875.01) | 234,026.92 |
| 05-22-2017 | Invoice 6379 | 76,203.58 | (2,142.04) | 74,061.54 |
| 06-14-2017 | Invoice 6464 | 77,615.26 | (3,946.51) | 73,668.75 |
| 07-07-2017 | Invoice 6580 | 105,391.73 | (845.48) | 104,546.25 |
| 08-08-2017 | Invoice 6751 | 91,351.75 | (1,244.51) | 90,107.24 |

| Date | Transaction | Amount | Applied | Balance |
|---|---|---:|---|---:|
| 09-11-2017 | Invoice 6904 | 11,426.51 | | 11,426.51 |
| 10-12-2017 | Invoice 7010 | 16,875.00 | | 16,875.00 |
| 11-20-2017 | Invoice 7204 | 6,677.01 | | 6,677.01 |
| | | | **Balance** | **1,383,415.70** |

11-20-2017

**Invoice Number: 7204**
Invoice Period: 09-14-2017 - 10-31-2017

## REMITTANCE COPY
**Please Include with Payment**

**RE: PC09046-001 SEC v Ahmed (1085-101)**

| | |
|---|---:|
| **Fees** | 5,175.00 |
| **Expenses** | 1,502.01 |
| **Total for this Invoice** | 6,677.01 |
| **Total Balance Due for Matter** | 1,383,415.70 |

Payment may be made by check to:
Harris, St. Laurent & Chaudhry LLP
40 Wall Street, 53rd Floor
New York, NY 10005

Or by wire transfer:
Redacted