# EXHIBIT 2



Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015

**Invoice Number: 553977**
October 30, 2017

VIA EMAIL: jon@sc-harris.com
Shalini Ahmed, et al.
c/o Harris, St. Laurent & Chaudhry LLP
Attn: Jonathan Harris, Esq.
40 Wall Street, 53rd Floor
New York, NY 10005

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... Adv. United States Securities and Exchange Commission

For **PROFESSIONAL SERVICES** through September 30, 2017     $3,649.00

**Disbursements**

| | | |
|---|---|---|
| United Parcel Service | 30.57 | |
| | **Total Disbursements:** | **$30.57** |
| | **Current Invoice Total:** | **$3,679.57** |
| | Previous Balance Outstanding: | $122,151.20 |
| | *Interest Charged on Previous Balance:* | $1,144.36 |
| | *(More Than 60 Days Overdue)* | |
| | **BALANCE DUE:** | **$126,975.13** |

*Thank you for your business.*

Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



**Invoice Number: 553977**
October 30, 2017

Client:   003944 .... Ahmed, Shalini, et al.
Matter:  003944-0001 .... Adv. United States Securities and Exchange Commission

## Client Funds Account Summary

| | |
|---|---:|
| **Previous Client Funds Balance:** | **$25,000.00** |
| New Client Funds Received: | $0.00 |
| Additional Client Funds Disbursed: | <u>$0.00</u> |
| **Ending Client Funds Balance:** | **$25,000.00** |

*Thank you for your business.*



Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015

**Invoice Number: 553977**
October 30, 2017

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... Adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 09/01/17 | Zaehringer | 0.1 | Reviewed District Court's order granting Relief Defendants' consent motion to modify asset freeze order to release funds for common charges for apartment units. | $38.50 |
| 09/01/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's reply to plaintiff's memorandum in opposition to his motion to be allowed to sign protective order in anticipation of being allowed full access to investigative file. | $38.50 |
| 09/05/17 | Zaehringer | 0.2 | Reviewed plaintiff's notice of supplemental authority in further support of its motion for partial summary judgment and accompanying decisions. | $77.00 |
| 09/06/17 | Zaehringer | 0.2 | Conference with D. Deitch and R. Skibell regarding REDACTED REDACTED | $77.00 |
| 09/10/17 | Zaehringer | 0.2 | Reviewed plaintiff's opposition to Relief Defendants' motion to modify asset freeze order to release funds to pay Connecticut taxes. | $77.00 |
| 09/14/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's "emergency" motion for release of funds for medical treatment, and attachments thereto. | $38.50 |
| 09/14/17 | Zaehringer | 0.4 | Reviewed email from G. Hayes-Williams regarding strategy for REDACTED REDACTED ; formulated proposal regarding REDACTED ; telephone call with G. Hayes-Williams regarding strategy. | $154.00 |
| 09/14/17 | Zaehringer | 0.2 | Reported to P. E. Knag regarding case developments and strategy. | $77.00 |
| 09/14/17 | Knag | 0.3 | Attention to new filing. | $183.00 |

*Thank you for your business.*



Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015

Invoice Number: 553977
October 30, 2017

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... Adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 09/15/17 | Knag | 0.2 | Attention to Relief Defendants' individual taxes motion. | $122.00 |
| 09/15/17 | Zaehringer | 0.4 | Reviewed and further drafted Relief Defendants' proposed consent motion on release of funds to pay Connecticut income taxes and proposed joint stipulation and order. | $154.00 |
| 09/15/17 | Zaehringer | 0.1 | Conference with P. E. Knag regarding draft of Relief Defendants' proposed consent motion on release of funds to pay Connecticut income taxes and proposed order and strategy. | $38.50 |
| 09/15/17 | Zaehringer | 0.1 | Emails with G. Hayes-Williams (several) regarding draft of Relief Defendants' proposed consent motion on release of funds to pay Connecticut income taxes and proposed order. | $38.50 |
| 09/18/17 | Zaehringer | 0.1 | Conference with G. Hayes-Williams regarding proposed revisions to stipulation and Relief Defendants' consent motion regarding Connecticut income taxes. | $38.50 |
| 09/19/17 | Zaehringer | 0.2 | Reviewed I. Ahmed's motion for immediate release of funds for payment of all overdue federal and state taxes and attached charts purporting to show asset ownership. | $77.00 |
| 09/19/17 | Zaehringer | 0.1 | Reviewed District Court's order granting Relief Defendants' motion to modify asset freeze order to release funds for outstanding insurance payment on apartment. | $38.50 |
| 09/19/17 | Knag | 0.5 | Attention to new filings. | $305.00 |
| 09/20/17 | Zaehringer | 0.1 | Reviewed District Court's decision denying Oak's motion to seal exhibit to declaration of D. Mombarquette in support of Oak's February 2017 emergency motion to quash Rule 30(b)(6) subpoena. | $38.50 |

*Thank you for your business.*

Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



**Invoice Number: 553977**
October 30, 2017

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... Adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
| --- | --- | --- | --- | --- |
| 09/20/17 | Zaehringer | 0.2 | Reviewed final stipulation and proposed order concerning parties' agreement on Relief Defendants' motion to modify asset freeze order to release funds for payment of Connecticut income taxes; drafted letter to Judge Arterton regarding courtesy copy of such motion pursuant to her individual practice rules. | $77.00 |
| 09/20/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's motion to compel Oak to issue Schedule K-1 (Form 1065) for his 2016 tax filing. | $38.50 |
| 09/20/17 | Zaehringer | 0.2 | Reviewed plaintiff's second notice of supplemental authority regarding motion for partial summary judgment and the accompanying "Jammin Java Corp." decision. | $77.00 |
| 09/20/17 | Zaehringer | 0.2 | Reviewed notice of appearance by M. Blanchard on behalf of third party Fort Warren; reviewed Fort Warren's motion to allocate legal expenses to the Ahmeds' account nunc pro tunc. | $77.00 |
| 09/20/17 | Zaehringer | 0.3 | Conference with P. E. Knag regarding case developments and strategy. | $115.50 |
| 09/20/17 | Knag | 0.5 | Review of strategy regarding assets. | $305.00 |
| 09/22/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's motion to compel Fort Warren to return illegally withheld assets, and attachments thereto. | $38.50 |
| 09/22/17 | Zaehringer | 0.2 | Reviewed I. Ahmed's third notice of supplemental authority regarding summary judgment in view of Kokesh, and attached cases. | $77.00 |
| 09/22/17 | Knag | 0.5 | Attention to new filings. | $305.00 |
| 09/25/17 | Zaehringer | 0.2 | Reviewed Oak's motion for permission to supplement the record and to strike filings by I. | $77.00 |

*Thank you for your business.*



Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015

**Invoice Number: 553977**
October 30, 2017

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... Adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| | | | Ahmed; reviewed Oak's motion to seal and corresponding memoranda of law. | |
| 09/25/17 | Knag | 0.2 | Attention to filing by Oak. | $122.00 |
| 09/26/17 | Zaehringer | 0.2 | Emails with G. Hayes-Williams (several) regarding REDACTED REDACTED confer with G. Hayes-Williams regarding REDACTED ; drafted letter to Chambers REDACTED ; reviewed email from D. Grudberg to Judge Arterton regarding non-party Oak's recent filings; reviewed emails (several) with G. Hayes-Williams and D. Grudberg regarding unredacted copies of Oak's filings under seal. | $77.00 |
| 09/26/17 | Zaehringer | 0.1 | Reviewed District Court's order approving stipulation and granting motion to withdraw Relief Defendants' motion concerning release of funds for payment of Connecticut state taxes. | $38.50 |
| 09/26/17 | Knag | 0.5 | Attention to new filings. | $305.00 |
| 09/28/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's new notice of supplemental authority with attached Law 360 article regarding summary judgment motions. | $38.50 |
| 09/29/17 | Zaehringer | 0.1 | Emails with D. Deitch regarding REDACTED REDACTED | $38.50 |
| 09/29/17 | Zaehringer | 0.3 | Reviewed I. Ahmed's additional notice of supplemental authority regarding the Liu, Park Central, and Chicago Convention Center decisions; reviewed each decision. | $115.50 |
| 09/29/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's response in opposition to Oak's motion to supplement the record (and accompanying exhibits). | $38.50 |

*Thank you for your business.*

Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



**Invoice Number: 553977**
October 30, 2017

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... Adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 09/29/17 | Zaehringer | 0.2 | Reviewed I. Ahmed's brief in opposition to non-party Fort Warren's motion to allocate legal expenses nunc pro tunc (and accompanying exhibits). | $77.00 |
| | **Total Hours:** | **7.9** | **Total Amount:** | **$3,649.00** |

### Disbursement Detail

| Date | Description | Amount |
|---|---|---|
| 09/20/17 | UPS from K. L. Zaehringer to Judge Arterton enclosing courtesy copy of ECF No. 707 | $8.51 |
| 09/26/17 | UPS from K. L. Zaehringer to Judge Arterton enclosing additional copy of unsealed exhibits related to summary judgment filings (ECF Nos. 618, 619, and 621) | $22.06 |
| | **Total Disbursements:** | **$30.57** |

*Thank you for your business.*

Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015


**MURTHA CULLINA**
ATTORNEYS AT LAW

**Invoice Number: 555283**
November 29, 2017

VIA EMAIL: jon@sc-harris.com
Shalini Ahmed, et al.
c/o Harris, St. Laurent & Chaudhry LLP
Attn: Jonathan Harris, Esq.
40 Wall Street, 53rd Floor
New York, NY 10005

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... Adv. United States Securities and Exchange Commission

For **PROFESSIONAL SERVICES** through October 31, 2017         $4,307.00

**Disbursements**
United Parcel Service                    19.97
**Total Disbursements:**                 $19.97

**Current Invoice Total:**               $4,326.97
Previous Balance Outstanding:            $126,975.13
*Interest Charged on Previous Balance:*  $1,170.45
*(More Than 60 Days Overdue)*
**BALANCE DUE:**                         $132,472.55

*Thank you for your business.*

Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



**Invoice Number: 555283**
November 29, 2017

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... Adv. United States Securities and Exchange Commission

## Client Funds Account Summary

| | |
|---|---:|
| **Previous Client Funds Balance:** | **$25,000.00** |
| New Client Funds Received: | $0.00 |
| Additional Client Funds Disbursed: | <u>$0.00</u> |
| **Ending Client Funds Balance:** | **$25,000.00** |

*Thank you for your business.*

Murtha Cullina LLP  
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435  
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com  
Federal ID: 06-0686015



Invoice Number: **555283**  
November 29, 2017

Client: 003944 .... Ahmed, Shalini, et al.  
Matter: 003944-0001 .... Adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 10/01/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's motion to release funds to pay Essell Farms' outstanding taxes; reviewed I. Ahmed's notice regarding debt collection efforts. | $38.50 |
| 10/02/17 | Zaehringer | 0.7 | Reviewed and commented on draft of Relief Defendants' newest fee application (0.2); emails with G. Hayes-Williams (several) regarding same (0.2); reviewed Murtha Cullina LLP's August and September 2017 invoices and designated excerpts for redaction, for use as exhibit to fee application (0.3). | $269.50 |
| 10/02/17 | Zaehringer | 0.2 | Telephone call with Judge Arterton's Law Clerk J. Denker regarding status of tentatively-scheduled October 20 hearing on summary judgment motions; reported on same to D. Deitch. | $77.00 |
| 10/02/17 | Zaehringer | 0.7 | Prepared for call (0.2; telephone call with G. Hayes-Williams on issues relating to numerous filings REDACTED REDACTED (0.3); telephone call with G. Hayes-Williams regarding strategy (0.2). | $269.50 |
| 10/02/17 | Zaehringer | 0.2 | Reported to P. E. Knag regarding case developments and strategy. | $77.00 |
| 10/02/17 | Knag | 0.5 | Attention to new filings and telephone call regarding same. | $305.00 |
| 10/03/17 | Zaehringer | 0.1 | Reviewed District Court's order regarding previously-scheduled October 20 oral argument for summary judgment cross-motions; email with D. Deitch regarding same. | $38.50 |
| 10/03/17 | Zaehringer | 0.1 | Conference with P. E. Knag on case developments and strategy REDACTED REDACTED | $38.50 |

*Thank you for your business.*

Page 3

Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



Invoice Number: 555283
November 29, 2017

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... Adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 10/03/17 | Zaehringer | 0.1 | Telephone call with G. Hayes-Williams regarding REDACTED | $38.50 |
| 10/03/17 | Zaehringer | 0.2 | Further reviewed and drafted Relief Defendants' newest fee application; reviewed redactions of exhibit; drafted email to G. Hayes-Williams regarding same. | $77.00 |
| 10/03/17 | Caulfield | 0.3 | Redacted excerpts of Murtha Cullina LLP's August and September 2017 invoices, as designated by K. L. Zaehringer, for use as exhibit to Relief Defendants' newest attorneys' fee application. | $70.50 |
| 10/03/17 | Zaehringer | 0.1 | Reviewed Oak's motion for clarification of District Court's order denying its motion to seal exhibit to declaration of D. Mombarquette; reviewed accompanying memorandum of law. | $38.50 |
| 10/04/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's response in opposition to Oak's motion for clarification of District Court's ruling on Oak's motion to seal exhibit. | $38.50 |
| 10/04/17 | Zaehringer | 0.1 | Conference with P. E. Knag regarding strategy REDACTED | $38.50 |
| 10/05/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's notice of additional supplemental authority "with newly-uncovered evidence" regarding his emergency motion to stay. | $38.50 |
| 10/05/17 | Zaehringer | 0.1 | Reviewed SEC's memorandum in opposition to I. Ahmed's motion to release funds for reimbursement of medical costs. | $38.50 |
| 10/05/17 | Knag | 0.5 | Attention to new filings. | $305.00 |
| 10/09/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's reply brief (and exhibits) in | $38.50 |

*Thank you for your business.*

Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



Invoice Number: **555283**
November 29, 2017

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... Adv. United States Securities and Exchange Commission

| **Date** | **Timekeeper** | **Hours** | **Description** | **Amount** |
|---|---|---|---|---|
| | | | further support of his motion to release funds to pay for medical expenses. | |
| 10/10/17 | Zaehringer | 0.1 | Reviewed Relief Defendants' newest consent motion to release funds to pay common charges on apartment units; drafted letter to Judge Arterton regarding courtesy copy of such motion, pursuant to her individual practice rules. | $38.50 |
| 10/10/17 | Zaehringer | 0.1 | Telephone call with G. Hayes-Williams regarding potential motions on behalf of Relief Defendants. | $38.50 |
| 10/10/17 | Zaehringer | 0.1 | Reviewed Relief Defendants' consent motion to approve addendum to lease on apartment; email with G. Hayes-Williams regarding same. | $38.50 |
| 10/10/17 | Zaehringer | 0.1 | Reviewed plaintiff's response in opposition to I. Ahmed's motion for immediate release of funds to pay overdue federal and state income taxes. | $38.50 |
| 10/11/17 | Zaehringer | 0.1 | Reviewed plaintiff's memorandum in opposition to I. Ahmed's motion to compel Oak to issue Schedule K-1 for 2016 tax year. | $38.50 |
| 10/11/17 | Zaehringer | 0.1 | Reviewed plaintiff's memorandum in response to Fort Warren's motion to allocate attorney's fees nunc pro tunc. | $38.50 |
| 10/12/17 | Zaehringer | 0.1 | Reviewed Relief Defendants' newest application on consent to release funds for partial payment of attorneys' fees and disbursements; drafted letter to Judge Arterton regarding courtesy copy, pursuant to her individual practice rules. | $38.50 |
| 10/12/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's reply in further support of his motion to compel Oak to issue Schedule K-1. | $38.50 |
| 10/12/17 | Knag | 0.2 | Attention to new filings. | $122.00 |
| 10/13/17 | Zaehringer | 0.1 | Reviewed Oak's reply brief in further support of its motion to supplement the record. | $38.50 |

*Thank you for your business.*

Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



Invoice Number: 555283
November 29, 2017

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... Adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 10/13/17 | Zaehringer | 0.1 | Reviewed plaintiff's response to I. Ahmed's motion to compel non-parties J. Singh and Fort Warren to return illegally withheld assets. | $38.50 |
| 10/16/17 | Zaehringer | 0.1 | Reviewed non-party's Fort Warren's consolidated (i) opposition to I. Ahmed's motion to compel Mr. Singh and Fort Warren to return illegally withheld assets and (ii) reply in further support of its motion to allocate legal fees nunc pro tunc. | $38.50 |
| 10/16/17 | Zaehringer | 0.1 | Reported to P. E. Knag regarding case developments; conference regarding strategy. | $38.50 |
| 10/16/17 | Knag | 0.4 | Attention to new filings. | $244.00 |
| 10/17/17 | Zaehringer | 0.1 | Reviewed District Court's orders (several) granting Relief Defendants' motion to approve addendum to lease, application on consent to release funds for partial payment of attorneys' fees, and consent motion to pay common charges for apartments. | $38.50 |
| 10/18/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's reply to plaintiff's opposition to release of funds for overdue payment of taxes. | $38.50 |
| 10/18/17 | Zaehringer | 0.1 | Reviewed Oak's reply memorandum of law in further support of its motion for clarification of scope of Court's order denying motion to seal exhibit. | $38.50 |
| 10/18/17 | Knag | 0.5 | Attention to new filings and decision. | $305.00 |
| 10/23/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's notice of additional supplemental authority regarding City of Pontiac decision; reviewed such decision. | $38.50 |
| 10/23/17 | Zaehringer | 0.2 | Reviewed I. Ahmed's notice of additional supplemental authority for his motion for | $77.00 |

*Thank you for your business.*



Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015

Invoice Number: 555283
November 29, 2017

Client:   003944 .... Ahmed, Shalini, et al.
Matter:  003944-0001 .... Adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| | | | summary judgment citing the cases of SEC v. Maillard, SEC v. Revelation Capital, and Basis Yield Alpha Fund; reviewed such decisions. | |
| 10/23/17 | Zaehringer | 0.1 | Reviewed plaintiff's response to I. Ahmed's motion to release funds to pay 2016 Essell Farms' taxes. | $38.50 |
| 10/25/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's motion for release of $28.50 to pay PACER. | $38.50 |
| 10/25/17 | Knag | 0.5 | Attention to new filings. | $305.00 |
| 10/27/17 | Knag | 0.5 | Attention to new filings. | $305.00 |
| 10/30/17 | Zaehringer | 0.2 | Reviewed I. Ahmed's notice and attachments regarding corrected numbers for motion to release funds for Essell Farms' investments; reviewed I. Ahmed's reply regarding his motion to compel Fort Warren to refund monies; reviewed I. Ahmed's brief regarding Fort Warren's motion to allocate legal fees nunc pro tunc. | $77.00 |
| 10/30/17 | Knag | 0.5 | Attention to new motions. | $305.00 |
| 10/30/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's motion for release of funds to allow Essell Group LLC to invest its pro rata share in Harbor View Investors LLC. | $38.50 |
| | **Total Hours:** | 9.2 | **Total Amount:** | $4,307.00 |

*Thank you for your business.*

Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



**Invoice Number: 555283**
November 29, 2017

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... Adv. United States Securities and Exchange Commission

### Disbursement Detail

| Date | Description | Amount |
|---|---|---|
| 10/10/17 | United Parcel Service to U.S. District Court. | $8.54 |
| 10/12/17 | United Parcel Service to U.S. District Court | $11.43 |
| | **Total Disbursements:** | **$19.97** |

*Thank you for your business.*

*Page 8*