# EXHIBIT A

20368 01 R PN

American General Life
Insurance Company
P.O. Box 305400
Nashville, TN 37230-5400

## Notice of Payment Due

Prepared Date: 11/17/2017

Payment Center for:
American General Life Insurance Company

AGL1/0000      P
IFTIKAR A AHMED 2010 IRREVOCABLE
%SHALINIA AHMED, TRUSTEE
505 NORTH ST
GREENWICH CT 06830

| Due Date | Premium | Company Code | Policy Number | Payable | Insurance Type |
|---|---|---|---|---|---|
| 12/10/2017 | $20,464.00 | 011 | YM00728920 | Annual | LIFE INS. |

| | | |
|---|---|---|
| Premium | $ | 20,464.00 |
| PAY THIS AMOUNT | $ | 20,464.00 |



Contact Us At:
American General Life Insurance Company
1-800-888-2452 • www.americangeneral.com

**IMPORTANT NOTICE ON BACK – SEE REVERSE**

AGL1/0000      P

**Please Return This Payment Coupon or Pay Online Through eService at www.americangeneral.com**
To ensure proper credit, please write the contract number on your check or money order and return this notice with your payment.  Do Not Send Cash.

**Make Checks payable to:** American General Life Insurance Company
IFTIKAR A AHMED 2010 IRREVOCABLE
%SHALINIA AHMED, TRUSTEE
505 NORTH ST
GREENWICH CT 06830

| | |
|---|---|
| Company Code | 011 |
| Policy Number | YM00728920 |
| Insured's Name | IFTIKAR A AHMED |
| Due Date | 12/10/2017 |
| Payable | Annual |
| Amount Due | $20,464.00 |

American General Life Insurance Company
P.O. Box 305293
Nashville, TN 37230-5293

5113724000000702080902000204640000000000000204640011182415020171 21021