# EXHIBIT A



# Department of Finance

# Property Tax Bill Quarterly Statement

Activity through November 17, 2017



**Owner name:** DIYA HOLDINGS LLC
**Property address:** 530 PARK AVE. APT. 12A
**Borough, block & lot:** MANHATTAN (1), 01375, 1270

**Mailing address:**
DIYA HOLDINGS LLC
505 NORTH ST.
GREENWICH CT 06830-3422

| | |
|---|---|
| Outstanding Charges | $211.69 |
| New Charges | $15,994.22 |
| **Amount Due** | **$16,205.91** |

*Please pay by January 2, 2018*

Visit us at nyc.gov/finance or call 311 for more information.

---



## Department of Finance

Please include this coupon if you pay by mail or in person. 1-01375-1270

**Total amount due by January 2, 2018** $16,205.91

8616000069  PRESORT 69 1 AV 0.370 P1C1 <3>

#8095402171117O1#

DIYA HOLDINGS LLC
505 NORTH ST.
GREENWICH CT 06830-3422

**Amount enclosed:**

**Mail payment to:**
NYC Department of Finance
P.O. Box 680
Newark NJ 07101-0680

8095402171117 01 1013751270 000000162059l 000000162059l 180102270081001 0



**Department of Finance**



# Property Tax Bill
# Quarterly Statement
Activity through November 17, 2017

**Owner name:** DIYA REAL HOLDINGS, LLC
**Property address:** 530 PARK AVE. APT. 12F
**Borough, block & lot:** MANHATTAN (1), 01375, 1273

**Mailing address:**
DIYA REAL HOLDINGS, LLC
505 NORTH ST.
GREENWICH CT 06830-3422

| | |
|---|---|
| Outstanding Charges | $259.87 |
| New Charges | $19,635.12 |
| **Amount Due** | **$19,894.99** |

*Please pay by January 2, 2018*

Visit us at nyc.gov/finance or call 311 for more information.

---



**Department of Finance**
**Total amount due by January 2, 2018**

Please include this coupon if you pay by mail or in person. 1-01375-1273

$19,894.99

8616000070    PRESORT 70 1 AV 0.370 P1C1 <3>

#8095405171117O1#

DIYA REAL HOLDINGS, LLC
505 NORTH ST.
GREENWICH CT 06830-3422

**Amount enclosed:**

**Mail payment to:**
NYC Department of Finance
P.O. Box 680
Newark NJ 07101-0680

8095405171117 01 1013751273 0000001989499 0000001989499 180102270081001   8