Civil- (Dec-2008)

HONORABLE: Janet Bond Arterton, USDJ
DEPUTY CLERK: Breigh Freberg        RPTR/ECRO/TAPE: Tracy Gow
TOTAL TIME: 2 hours 30 minutes
DATE: 2/28/2018    START TIME: 10:20am    END TIME: 12:50pm
LUNCH RECESS    FROM: _____ TO: _____
RECESS (if more than ½ hr) FROM: _____ TO: _____

CIVIL NO. 15CV675 (JBA)

SEC                                        M.Williams, N.Heinke, T.Miller, J.Hughes
                                           Plaintiff's Counsel
        vs
Ahmed, et al                               K.Zaehringer, D.Deitch, J.Harris
                                           Defendant's Counsel
                                           Self-Represented Defendant I. Ahmed participated via teleconference.

## COURTROOM MINUTES- CIVIL

☑ Motion hearing    O/A    ☐ Show Cause Hearing
☐ Evidentiary Hearing       ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☑ #616 Motion for Summary Judgment    ☐ granted ☐ denied ☑ advisement
☑ #618 Motion for Summary Judgment    ☐ granted ☐ denied ☑ advisement
☐ # ___ Motion _____                  ☐ granted ☐ denied ☐ advisement
☐ # ___ Motion _____                  ☐ granted ☐ denied ☐ advisement
☐ # ___ Motion _____                  ☐ granted ☐ denied ☐ advisement
☐ # ___ Motion _____                  ☐ granted ☐ denied ☐ advisement
☐ # ___ Motion _____                  ☐ granted ☐ denied ☐ advisement
☐ Oral Motion _____                   ☐ granted ☐ denied ☐ advisement
☐ Oral Motion _____                   ☐ granted ☐ denied ☐ advisement
☐ Oral Motion _____                   ☐ granted ☐ denied ☐ advisement
☐ Oral Motion _____                   ☐ granted ☐ denied ☐ advisement
☐ Briefs(s) due ___ ☐ Proposed Findings due ___ Response due ___
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☐ Hearing continued until _____ at _____

Notes: