# EXHIBIT 1

**Harris, St. Laurent & Chaudhry LLP**
40 Wall St. 53rd floor
New York, NY 10005
212-397-3370

01-11-2018

**Invoice Number: 7412**
Invoice Period: 11-01-2017 - 12-31-2017

**RE: PC09046-001 SEC v Ahmed (1085-101)**

## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11-01-2017 | Gabriel Hayes-Williams | Finalize and file apartment common charge motion; telephone call w/ S. Ahmed | 0.750 | 375.00 | 281.25 |
| 11-02-2017 | Gabriel Hayes-Williams | Email exchange w/ SEC re life insurance; email S. Ahmed re | 0.500 | 375.00 | 187.50 |
| 11-02-2017 | Jonathan Harris | emails and calls w/RS | 0.500 | 750.00 | 375.00 |
| 11-02-2017 | Reid Skibell | Research and email correspondence re: | 1.250 | 600.00 | 750.00 |
| 11-03-2017 | Reid Skibell | Email correspondence with D. Deitch re: | 0.250 | 600.00 | 150.00 |
| 11-06-2017 | Jonathan Harris | confer w/GHW re | 0.250 | 750.00 | 187.50 |
| 11-06-2017 | Gabriel Hayes-Williams | Email / ; disc. w/ J. Harris re same | 1.000 | 375.00 | 375.00 |
| 11-07-2017 | Jonathan Harris | review motion confer w/ GHW; case strategy and organization | 0.500 | 750.00 | 375.00 |
| 11-07-2017 | Gabriel Hayes-Williams | Email w/ SEC; draft motion re Genworth insurance policy; email and calls w/ S. Ahmed with J. Harris; follow-up email w/ S. Ahmed; emails w/ SEC re briefing schedule on motion | 3.750 | 375.00 | 1,406.25 |
| 11-08-2017 | Gabriel Hayes-Williams | File insurance motion; emails and telephone call w/ S. Ahmed | 0.500 | 375.00 | 187.50 |
| 11-08-2017 | Jonathan Harris | motions | 0.250 | 750.00 | 187.50 |
| 11-09-2017 | Gabriel Hayes-Williams | Email w/ local counsel | 0.250 | 375.00 | 93.75 |
| 11-10-2017 | Gabriel Hayes-Williams | Telephone call w/ S. Ahmed re | 0.250 | 375.00 | 93.75 |
| 11-15-2017 | Jonathan Harris | confer w/GHW re | 0.250 | 750.00 | 187.50 |
| 11-15-2017 | Reid Skibell | Email correspondence re: filings. | 0.250 | 600.00 | 150.00 |
| 11-16-2017 | Reid Skibell | Attention to filings and email correspondence re: same. | 0.250 | 600.00 | 150.00 |
| 11-16-2017 | Jonathan Harris | case strategy | 0.250 | 750.00 | 187.50 |
| 11-20-2017 | Gabriel Hayes-Williams | Communicate w/ local counsel re outstanding motions | 0.500 | 375.00 | 187.50 |
| 11-22-2017 | Gabriel Hayes-Williams | Email S. Ahmed re draft and circulate consent motion re apartment common charges; attention to facilitating Genworth payment release as per Order; telephone call w/ S. Ahmed | 1.500 | 375.00 | 562.50 |
| 11-28-2017 | Gabriel Hayes-Williams | Draft short motion re insurance; email SEC re | 0.750 | 375.00 | 281.25 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | Williams | insurance motion | | | |
| 11-29-2017 | Gabriel Hayes-Williams | Edit motion; telephone call w/ N. Heinke; telephone call w/ S. Ahmed; additional edits to motion; file motion | 1.250 | 375.00 | 468.75 |
| 12-01-2017 | Gabriel Hayes-Williams | Draft fee application, organize exhibits for same | 1.250 | 375.00 | 468.75 |
| 12-01-2017 | Reid Skibell | Review order and email correspondence with D. Deitch. | 0.250 | 600.00 | 150.00 |
| 12-04-2017 | Gabriel Hayes-Williams | Reply to email from S. Ahmed; email SEC | 0.500 | 375.00 | 187.50 |
| 12-05-2017 | Gabriel Hayes-Williams | Telephone call w/ K. Zaehringer re ▇▇▇▇▇▇▇▇▇▇ | 0.250 | 375.00 | 93.75 |
| 12-05-2017 | Jonathan Harris | confer w/GHW re case status; case organization and strategy | 0.500 | 750.00 | 375.00 |
| 12-06-2017 | Jonathan Harris | emails | 0.250 | 750.00 | 187.50 |
| 12-06-2017 | Gabriel Hayes-Williams | Telephone call w/ S. Ahmed | 0.250 | 375.00 | 93.75 |
| 12-07-2017 | Gabriel Hayes-Williams | Telephone calls/emails w/ S. Ahmed; email SEC re account balances and AIG insurance policy | 0.750 | 375.00 | 281.25 |
| 12-08-2017 | Gabriel Hayes-Williams | Review email from S. Ahmed; update figures in fee application and finalize redactions; email w/ SEC re fee application and potential AIG insurance policy motion; discussion w/ J. Harris re ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ review SEC opposition to living expense increase | 2.000 | 375.00 | 750.00 |
| 12-08-2017 | Jonathan Harris | confer w/GHW re ▇▇▇▇▇▇▇▇ | 0.500 | 750.00 | 375.00 |
| 12-09-2017 | Gabriel Hayes-Williams | Draft motion re AIG insurance premium payment release; telephone call w/ S. Ahmed; review email; ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | 3.750 | 375.00 | 1,406.25 |
| 12-10-2017 | Gabriel Hayes-Williams | Review copy of insurance policy and application | 0.500 | 375.00 | 187.50 |
| 12-11-2017 | Gabriel Hayes-Williams | Emails w/ S. Ahmed and SEC ; edits to AIG insurance motion; follow up email to S. Ahmed; several emails with the SEC | 3.250 | 375.00 | 1,218.75 |
| 12-13-2017 | Gabriel Hayes-Williams | Draft reply memo re living insurance motion, discussion w/ R. Skibell ▇▇▇▇▇▇▇▇▇▇ | 5.500 | 375.00 | 2,062.50 |
| 12-14-2017 | Gabriel Hayes-Williams | Meeting w/ R. Skibell re reply memo, edits to reply memo | 0.500 | 375.00 | 187.50 |
| 12-14-2017 | Gabriel Hayes-Williams | Emails w/ SEC re AIG policy | 1.000 | 375.00 | 375.00 |
| 12-14-2017 | Reid Skibell | Conference with S. Gabriel Hayes-Williams re: motion; review papers filed by I. Ahmed. | 1.000 | 600.00 | 600.00 |
| 12-15-2017 | Gabriel Hayes-Williams | Emails with SEC | 0.750 | 375.00 | 281.25 |
| 12-17-2017 | Jonathan Harris | review motion for living expenses | 0.500 | 750.00 | 375.00 |
| 12-17-2017 | Reid Skibell | Revise brief and email correspondence re: same. | 0.750 | 600.00 | 450.00 |
| 12-18-2017 | Jonathan Harris | motion re health insurance; case strategy | 0.500 | 750.00 | 375.00 |
| 12-18-2017 | Gabriel Hayes-Williams | Meeting w/ R. Skibell & J. Harris re ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇; follow up email w/ SEC re property taxes, file motion re same; file reply papers; Email S. Ahmed | 1.750 | 375.00 | 656.25 |
| 12-21-2017 | Gabriel Hayes-Williams | Discussions w/ J. Harris, telephone call w/ K. Zaehringer; draft email to S. Ahmed re procedure, life insurance policy | 1.000 | 375.00 | 375.00 |
| 12-28-2017 | Gabriel Hayes-Williams | Reply to email; ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇; coordinate payment of taxes w/ NY office | 1.250 | 375.00 | 468.75 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| | | personnel; email team re payments | | | |
| 12-28-2017 | Megan Dubatowka | Emails with GHW re checks for HSC payment and property taxes. | 0.250 | 375.00 | 93.75 |
| 12-29-2017 | Megan Dubatowka | Review checks for payment of HSC fees and property taxes and relevant orders; confer with NC re service of same. | 0.500 | 375.00 | 187.50 |
| 12-29-2017 | Nathan Conway | Submitted payments to the New York City Department of Finance via Federal Express ($6.65). | 0.500 | 125.00 | 62.50 |
| | | | | **Total Fees** | 19,150.00 |

## Time Summary

| Professional | Hours | Rate | Amount |
|---|---:|---:|---:|
| Gabriel Hayes-Williams | 35.250 | 375.00 | 13,218.75 |
| Jonathan Harris | 4.250 | 750.00 | 3,187.50 |
| Megan Dubatowka | 0.750 | 375.00 | 281.25 |
| Nathan Conway | 0.500 | 125.00 | 62.50 |
| Reid Skibell | 4.000 | 600.00 | 2,400.00 |
| | | **Total Fees** | 19,150.00 |

## Expenses

| Date | Description | Amount |
|---|---|---:|
| 11-02-2017 | Morgan & Brother Manhattan Storage Compan Occupancy from 11/12/2017 to 12/12/2017 | 102.00 |
| 12-20-2017 | Morgan & Brother Manhattan Storage Company Occupancy from 12/12/2017 to 1/12/2018 | 102.00 |
| 12-31-2017 | Morgan & Brother Manhattan Storage Company Occupancy from 1/12/2018 to 2/12/2018 | 102.00 |
| | **Total Expenses** | 306.00 |
| | **Total for this Invoice** | 19,456.00 |
| | **Total Balance Due for Matter** | 1,322,524.40 |

# Matter Statement of Account

As Of 03-06-2018

| Matter | Invoices / Credits | Trust | Balance Due |
|---|---:|---:|---:|
| PC09046-001 SEC v Ahmed | 1,322,524.40 | | 1,322,524.40 |
| | **Total Balance Due for Matter** | | **1,322,524.40** |

## PC09046-001 SEC v Ahmed

### Transactions

| Date | Transaction | Applied | Invoice | Amount |
|---|---|---:|---:|---:|
| 11-20-2017 | Previous Balance | | | 1,383,415.70 |
| 01-08-2018 | Payment Received - Reference 6198299750 | | | (42,341.53) |
| 01-08-2018 | Payment Received - Reference 6198299751 | | | (37,903.77) |
| 01-11-2018 | Payment Received - Reference 927463181 | | | (102.00) |
| 01-11-2018 | Payment Applied | 102.00 | 2963 | |
| 01-11-2018 | Invoice 7412 | | | 19,456.00 |
| 01-22-2018 | Payment Applied | 37,903.77 | 2963 | |
| 01-22-2018 | Payment Applied | 3,589.46 | 2963 | |
| 01-22-2018 | Payment Applied | 1,502.01 | 7204 | |
| 01-22-2018 | Payment Applied | 306.00 | 7412 | |
| 01-22-2018 | Payment Applied | 36,944.06 | 4119 | |
| | | | **Balance** | **1,322,524.40** |

### Open Invoices and Credits

| Date | Transaction | Amount | Applied | Balance |
|---|---|---:|---:|---:|
| 06-10-2016 | Invoice 4119 | 119,817.50 | (42,415.31) | 77,402.19 |
| 08-24-2016 | Invoice 4509 | 86,537.17 | (2,324.67) | 84,212.50 |
| 10-05-2016 | Invoice 4827 | 61,072.78 | (5,676.53) | 55,396.25 |
| 11-07-2016 | Invoice 5022 | 89,674.32 | (3,140.57) | 86,533.75 |
| 12-06-2016 | Invoice 5319 | 94,243.07 | (658.07) | 93,585.00 |
| 01-11-2017 | Invoice 5544 | 124,032.81 | (2,579.06) | 121,453.75 |
| 02-24-2017 | Invoice 5689 | 179,164.23 | (4,260.48) | 174,903.75 |
| 04-12-2017 | Invoice 6186 | 279,901.93 | (45,875.01) | 234,026.92 |
| 05-22-2017 | Invoice 6379 | 76,203.58 | (2,142.04) | 74,061.54 |
| 06-14-2017 | Invoice 6464 | 77,615.26 | (3,946.51) | 73,668.75 |
| 07-07-2017 | Invoice 6580 | 105,391.73 | (845.48) | 104,546.25 |
| 08-08-2017 | Invoice 6751 | 91,351.75 | (1,244.51) | 90,107.24 |
| 09-11-2017 | Invoice 6904 | 11,426.51 | | 11,426.51 |
| 10-12-2017 | Invoice 7010 | 16,875.00 | | 16,875.00 |
| 11-20-2017 | Invoice 7204 | 6,677.01 | (1,502.01) | 5,175.00 |
| 01-11-2018 | Invoice 7412 | 19,456.00 | (306.00) | 19,150.00 |
| | | | **Balance** | **1,322,524.40** |

01-11-2018

**Harris, St. Laurent & Chaudhry LLP**
40 Wall St. 53rd floor
New York, NY 10005

Invoice Number: 7412
Invoice Period: 11-01-2017 - 12-31-2017

## REMITTANCE COPY
**Please Include with Payment**

**RE: PC09046-001 SEC v Ahmed (1085-101)**

| | |
|---|---:|
| **Fees** | 19,150.00 |
| **Expenses** | 306.00 |
| **Total for this Invoice** | 19,456.00 |
| **Total Balance Due for Matter** | 1,322,524.40 |

Payment may be made by check to:
Harris, St. Laurent & Chaudhry LLP
40 Wall Street, 53rd Floor
New York, NY 10005

Or by wire transfer:
Account Name: Harris, St. Laurent & Chaudhry LLP
Account Number: 811160217
ABA Number: 021 000 021
Swift Code: CHASUS33
Bank: JPMorgan Private Bank-DE, Private Banking Division