# EXHIBIT 2

Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015


**MURTHA CULLINA**
ATTORNEYS AT LAW

**Invoice Number: 556036**
December 11, 2017

VIA EMAIL: jon@sc-harris.com
Shalini Ahmed, et al.
c/o Harris, St. Laurent & Chaudhry LLP
Attn: Jonathan Harris, Esq.
40 Wall Street, 53rd Floor
New York, NY 10005

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... Adv. United States Securities and Exchange Commission

For **PROFESSIONAL SERVICES** through November 30, 2017           $1,726.50

**Disbursements**
United Parcel Service                    17.13
                            **Total Disbursements:**     $17.13

                            **Current Invoice Total:**   $1,743.63
                            Previous Balance Outstanding:  $132,472.55
                            **BALANCE DUE:**             **$134,216.18**

*Thank you for your business.*

Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



**MURTHA CULLINA**
ATTORNEYS AT LAW

<u>**Invoice Number: 556036**</u>
December 11, 2017

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... Adv. United States Securities and Exchange Commission

## Client Funds Account Summary

| | |
|---|---|
| **Previous Client Funds Balance:** | **$25,000.00** |
| New Client Funds Received: | $0.00 |
| Additional Client Funds Disbursed: | <u>$0.00</u> |
| **Ending Client Funds Balance:** | **$25,000.00** |

*Thank you for your business.*

Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



Invoice Number: 556036
December 11, 2017

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... Adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 11/01/17 | Zaehringer | 0.1 | Reviewed Relief Defendants' consent motion to modify asset freeze order to release funds for payment of common charges. | $38.50 |
| 11/01/17 | Zaehringer | 0.1 | Drafted letter to Judge Arterton regarding courtesy copy of Relief Defendants' consent motion to release funds for payment of common charges, per her individual practice rules. | $38.50 |
| 11/03/17 | Zaehringer | 0.1 | Reviewed plaintiff's response regarding Harbor View Investment. | $38.50 |
| 11/06/17 | Zaehringer | 0.1 | Reviewed Court's order regarding Essell Farm's investment in Harbor View; reviewed Court's order granting Relief Defendants' motion to modify asset freeze for release of funds for common charges. | $38.50 |
| 11/06/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's motion to release funds for his 2016 personal state and federal income taxes. | $38.50 |
| 11/08/17 | Zaehringer | 0.1 | Reviewed Relief Defendants' motion for limited modification of asset freeze to release funds to pay annual premium on life insurance policy on I. Ahmed. | $38.50 |
| 11/08/17 | Zaehringer | 0.1 | Drafted letter to Judge Arterton regarding courtesy copy of motion for limited modification of asset freeze, in accordance with her individual practice rules. | $38.50 |
| 11/08/17 | Knag | 0.2 | Attention to filing. | $122.00 |
| 11/09/17 | Zaehringer | 0.1 | Reviewed emails from G. Hayes-Williams regarding filing of corrected motion. | $38.50 |
| 11/14/17 | Zaehringer | 0.1 | Reviewed plaintiff's response to Relief Defendants' motion for limited modification of asset freeze to release funds for payment of | $38.50 |

*Thank you for your business.*



Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015

<u>Invoice Number: 556036</u>
December 11, 2017

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... Adv. United States Securities and Exchange Commission

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|---|---|
| | | | annual premium on life insurance policy of I. Ahmed. | |
| 11/16/17 | Zaehringer | 0.1 | Reviewed plaintiff's response to I. Ahmed's motion for release of funds for PACER. | $38.50 |
| 11/19/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's reply brief in further support of his motion to modify asset freeze to release funds for PACER charges. | $38.50 |
| 11/20/17 | Zaehringer | 0.4 | Telephone calls and emails (several) with G. Hayes-Williams regarding case developments and strategy (0.2); identified pending unopposed motions (0.1); conference with J. s. DiPersio regarding call with Chambers (0.1). | $154.00 |
| 11/21/17 | Zaehringer | 0.1 | Conference with P. E. Knag regarding case developments and potential future motions. | $38.50 |
| 11/21/17 | Zaehringer | 0.1 | Telephone call with G. Hayes-Williams regarding strategy and potential future motions. | $38.50 |
| 11/21/17 | Zaehringer | 0.1 | Reviewed plaintiff's consent motion to transfer investment distributions from Ribbit Capital. | $38.50 |
| 11/21/17 | Knag | 0.2 | Attention to order. | $122.00 |
| 11/22/17 | Zaehringer | 0.1 | Reviewed District Court's order granting plaintiff's consent motion for transfer of investment distributions; reviewed District Court's order granting release of funds for life insurance premiums; reviewed District Court's order granting release of funds for payment of Essell Farms taxes. | $38.50 |
| 11/22/17 | Zaehringer | 0.1 | Conference with P. E. Knag regarding strategy. | $38.50 |
| 11/22/17 | Zaehringer | 0.2 | Drafted email to G. Hayes-Williams regarding possible proposal to plaintiff. | $77.00 |
| 11/27/17 | Zaehringer | 0.1 | Reviewed plaintiff's opposition to I. Ahmed's | $38.50 |

*Thank you for your business.*



Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015

Invoice Number: **556036**
December 11, 2017

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... Adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| | | | motion to release funds for payment of 2016 personal federal and state income taxes. | |
| 11/27/17 | Knag | 0.2 | Attention to filings. | $122.00 |
| 11/28/17 | Knag | 0.3 | Attention to new filings. | $183.00 |
| 11/28/17 | Zaehringer | 0.2 | Reviewed Relief Defendants' motion to modify asset freeze order to release funds for payment of common charges on apartment units; drafted correspondence to J. Arterton regarding copy of such motion, pursuant to her individual practice rules. | $77.00 |
| 11/29/17 | Knag | 0.1 | Attention to new filing. | $61.00 |
| 11/29/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's "emergency" notice regarding his motion for release of funds for payment of PACER fees. | $38.50 |
| 11/30/17 | Zaehringer | 0.2 | Reviewed Relief Defendants' motion to modify asset freeze order to increase releases for monthly living expenses (0.1.); drafted letter to Judge Arterton regarding courtesy copy of such motion, per her individual practice rules (0.1). | $77.00 |
| 11/30/17 | Zaehringer | 0.1 | Reviewed District Court's order granting Relief Defendants' consent motion to release funds to pay common charges for apartments. | $38.50 |
| | **Total Hours:** | **3.9** | **Total Amount:** | **$1,726.50** |

*Thank you for your business.*

Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



Murtha Cullina
ATTORNEYS AT LAW

**Invoice Number: 556036**
December 11, 2017

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... Adv. United States Securities and Exchange Commission

## Disbursement Detail

| Date | Description | Amount |
|---|---|---|
| 11/01/17 | United Parcel Service "U.S. District Court, District of CT, 141 Church Street" | $0.22 |
| 11/01/17 | United Parcel Service "U.S. District Court, District of CT, 141 Church Street" | $8.32 |
| 11/08/17 | United Parcel Service "U.S. District Court, District of CT, 141 Church Street" | $0.27 |
| 11/08/17 | United Parcel Service "U.S. District Court, District of CT, 141 Church Street" | $8.32 |
| | **Total Disbursements:** | **$17.13** |

*Thank you for your business.*



Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015

**Invoice Number: 558197**
January 31, 2018

VIA EMAIL: jon@sc-harris.com
Shalini Ahmed, et al.
c/o Harris, St. Laurent & Chaudhry LLP
Attn: Jonathan Harris, Esq.
40 Wall Street, 53rd Floor
New York, NY 10005

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... Adv. United States Securities and Exchange Commission

| | |
|---|---:|
| For **PROFESSIONAL SERVICES** through December 31, 2017 | $1,516.50 |
| **Disbursements** | |
| United Parcel Service | 34.30 |
| **Total Disbursements:** | **$34.30** |
| **Current Invoice Total:** | **$1,550.80** |
| Previous Balance Outstanding: | $125,300.04 |
| *Interest Charged on Previous Balance:* | $1,118.08 |
| *(More Than 60 Days Overdue)* | |
| **BALANCE DUE:** | **$127,968.92** |

*Thank you for your business.*

Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



**Invoice Number: 558197**
January 31, 2018

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... Adv. United States Securities and Exchange Commission

## Client Funds Account Summary

| | |
|---|---|
| **Previous Client Funds Balance:** | **$25,000.00** |
| New Client Funds Received: | $0.00 |
| Additional Client Funds Disbursed: | $0.00 |
| **Ending Client Funds Balance:** | **$25,000.00** |

*Thank you for your business.*



Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015

Invoice Number: **558197**
January 31, 2018

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... Adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 12/01/17 | Zaehringer | 0.1 | Conference with P. E. Knag regarding case status and strategy over potential motions. | $38.50 |
| 12/01/17 | Zaehringer | 0.2 | Reviewed plaintiff's third notice of supplemental authority in further opposition to each of I. Ahmed's motion for summary judgment and Relief Defendants' motion for partial summary judgment; reviewed attached decision in SEC v. Sample case. | $77.00 |
| 12/01/17 | Zaehringer | 0.1 | Prepared for call with G. Hayes-Williams regarding potential motions. | $38.50 |
| 12/05/17 | Zaehringer | 0.1 | Reviewed District Court's order denying I. Ahmed's motion to release funds to pay PACER fees. | $38.50 |
| 12/05/17 | Caulfield | 0.2 | Redacted K. L. Zaehringer-designated excerpts of Murtha Cullina LLP's October and November 2017 invoices, for use as an exhibit to Relief Defendants' newest fee motion. | $47.00 |
| 12/05/17 | Zaehringer | 0.1 | Telephone call with G. Hayes-Williams regarding strategy and potential future motions. | $38.50 |
| 12/05/17 | Zaehringer | 0.5 | Reviewed and commented on draft of Relief Defendants' newest consent motion to release funds for payment of attorneys' fees, and designated excerpts of exhibits for redaction as privileged attorney-client communications and work product. | $192.50 |
| 12/05/17 | Zaehringer | 0.2 | Drafted emails to G. Hayes-Williams (several) regarding potential motions; reviewed email from G. Hayes-Williams regarding same. | $77.00 |
| 12/05/17 | Zaehringer | 0.2 | Reported to P. E. Knag regarding case developments and strategy regarding potential motions. | $77.00 |

*Thank you for your business.*



Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015

Invoice Number: **558197**
January 31, 2018

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... Adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 12/06/17 | Zaehringer | 0.1 | Conference with P. E. Knag regarding strategy on potential motions. | $38.50 |
| 12/08/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's reply to plaintiff's opposition to his motion for release of funds for payment of 2016 personal state and federal taxes. | $38.50 |
| 12/08/17 | Zaehringer | 0.1 | Reviewed email correspondence from N. Heinke and attached plaintiff's memorandum of law in opposition to Relief Defendants' motion to release funds to pay for increase in living expenses. | $38.50 |
| 12/11/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's consent motion to release funds to allow payment of New York state taxes owed by Essell Farms LLC. | $38.50 |
| 12/11/17 | Knag | 0.2 | Attention to new filing. | $122.00 |
| 12/12/17 | Zaehringer | 0.1 | Reviewed District Court's order granting I. Ahmed's consented motion for release of funds to allow payment of New York state taxes owed by Essell Farms LLC. | $38.50 |
| 12/12/17 | Zaehringer | 0.1 | Reviewed Relief Defendants' revised motion to release funds for payment of attorneys' fees, and exhibits thereto. | $38.50 |
| 12/12/17 | Zaehringer | 0.1 | Reviewed Relief Defendants' motion to release funds for payment of premium of second insurance policy for I. Ahmed. | $38.50 |
| 12/13/17 | Zaehringer | 0.1 | Drafted letter to Judge Arterton regarding courtesy copies of Relief Defendants' recent filings, per her individual practice rules. | $38.50 |
| 12/14/17 | Zaehringer | 0.1 | Reviewed I. Ahmed's notice of supplemental authority in support of his motion for summary judgment; reviewed SEC v. Gentile decision | $38.50 |

*Thank you for your business.*



Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015

**Invoice Number: 558197**
January 31, 2018

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... Adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| | | | dismissing action on statute of limitations grounds. | |
| 12/18/17 | Zaehringer | 0.2 | Reviewed Relief Defendants' consent motion to modify asset freeze order to release funds for payment of property taxes on apartment units; drafted letter to Judge Arterton regarding courtesy copy of such motion, per her individual practice rules. | $77.00 |
| 12/19/17 | Zaehringer | 0.2 | Reviewed Relief Defendants' reply brief in further support of their motion to modify asset freeze order to increase monthly living expenses (0.1); drafted letter to Judge Arterton regarding courtesy copy of same, per her individual practice rules. | $77.00 |
| 12/21/17 | Zaehringer | 0.3 | Telephone call with G. Hayes-Williams regarding strategy and potential future motions. | $115.50 |
| 12/21/17 | Zaehringer | 0.1 | Conference with P. E. Knag regarding case developments and strategy. | $38.50 |
| 12/22/17 | Zaehringer | 0.1 | Followed-up on status of Relief Defendants' motions needed to be decided by year-end. | $38.50 |
| 12/27/17 | Zaehringer | 0.1 | Reviewed District Court's order granting Relief Defendants' motion to modify asset freeze order to release funds for payment of property taxes for apartment units. | $38.50 |
| 12/28/17 | Zaehringer | 0.1 | Reviewed District Court's order granting Relief Defendants' most recent application for release of funds for partial payment of attorneys' fees. | $38.50 |
| | **Total Hours:** | **3.9** | **Total Amount:** | **$1,516.50** |

*Thank you for your business.*

Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



Invoice Number: **558197**
January 31, 2018

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... Adv. United States Securities and Exchange Commission

## Disbursement Detail

| Date | Description | Amount |
|---|---|---|
| 11/28/17 | United Parcel Service "U.S. District Court, District of CT, 141 Church Street" | $8.59 |
| 11/30/17 | United Parcel Service "U.S. District Court, District of CT, 141 Church Street" | $8.59 |
| 12/18/17 | United Parcel Service "U.S. District Court, District of CT, 141 Church Street" | $8.56 |
| 12/19/17 | United Parcel Service "U.S. District Court, District of CT, 141 Church Street" | $8.56 |
| | **Total Disbursements:** | **$34.30** |

*Thank you for your business.*



Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015

**Invoice Number: 559211**
February 23, 2018

VIA EMAIL: jon@sc-harris.com
Shalini Ahmed, et al.
c/o Harris, St. Laurent & Chaudhry LLP
Attn: Jonathan Harris, Esq.
40 Wall Street, 53rd Floor
New York, NY 10005

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... Adv. United States Securities and Exchange Commission

| | |
|---|---:|
| For **PROFESSIONAL SERVICES** through January 31, 2018 | $4,025.00 |

**Disbursements**

| | | |
|---|---:|---:|
| United Parcel Service | 17.84 | |
| **Total Disbursements:** | | **$17.84** |
| | | |
| **Current Invoice Total:** | | **$4,042.84** |
| Previous Balance Outstanding: | | $127,968.92 |
| *Interest Charged on Previous Balance:* | | $1,178.79 |
| *(More Than 60 Days Overdue)* | | |
| **BALANCE DUE:** | | **$133,190.55** |

*Thank you for your business.*

Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



**Invoice Number: 559211**
February 23, 2018

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... Adv. United States Securities and Exchange Commission

## Client Funds Account Summary

| | |
|---|---:|
| **Previous Client Funds Balance:** | **$25,000.00** |
| New Client Funds Received: | $0.00 |
| Additional Client Funds Disbursed: | $0.00 |
| **Ending Client Funds Balance:** | **$25,000.00** |

*Thank you for your business.*



Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015

**Invoice Number: 559211**
February 23, 2018

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... Adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 01/02/18 | Zaehringer | 0.1 | Reviewed plaintiff's objection to Relief Defendants' motion for a limited modification of asset freeze order to release funds to pay premiums for life insurance policy on I. Ahmed. | $39.00 |
| 01/03/18 | Zaehringer | 0.2 | Reviewed I. Ahmed's tenth notice of supplemental authority in support of his motion for summary judgment, and attached exhibits: Royal Bank of Scotland case decision; and law review article on Morrison. | $78.00 |
| 01/03/18 | Zaehringer | 0.1 | Conference with P. E. Knag regarding case developments and strategy. | $39.00 |
| 01/04/18 | Zaehringer | 0.1 | Reviewed I. Ahmed's motion to monetize BitCoin holdings. | $39.00 |
| 01/04/18 | Zaehringer | 0.5 | Emails with G. Hayes Williams (several) regarding Relief Defendants' reply in further support of motion for limited modification of asset freeze order to pay AIG life insurance policy premium and Relief Defendants' request for expedited adjudication of such motion; reviewed and commented on drafts of such filings. | $195.00 |
| 01/04/18 | Zaehringer | 0.1 | Reviewed emails with M. Williams (several) regarding conference with the District Court; further conference with G. Hayes-Williams regarding same. | $39.00 |
| 01/04/18 | Zaehringer | 0.3 | Reviewed Relief Defendants' reply in further support of motion for limited modification of asset freeze order to release funds for payment of AIG life insurance policy premium and revised draft of motion for teleconference. | $117.00 |
| 01/05/18 | Zaehringer | 0.2 | Drafted email to Judge Arterton's Chambers regarding motion for expedited teleconference, | $78.00 |

*Thank you for your business.*

Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



Invoice Number: **559211**
February 23, 2018

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... Adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| | | | reviewed email from Law Clerk regarding same; emails with G. Hayes-Williams (several) regarding same; reviewed email from M. Williams regarding same. | |
| 01/05/18 | Zaehringer | 0.1 | Reported to P. E. Knag regarding case developments and January 8, 2018 emergency hearing on life insurance motion. | $39.00 |
| 01/05/18 | Zaehringer | 0.1 | Reviewed email from I. Ahmed to the Court regarding January 8, 2018 conference call. | $39.00 |
| 01/05/18 | Knag | 0.5 | Attention to motion regarding life insurance. | $310.00 |
| 01/06/18 | Zaehringer | 0.2 | Emails (several) with P. E. Knag, G. Hayes-Williams, and J. Harris regarding January 8 court conference. | $78.00 |
| 01/08/18 | Zaehringer | 0.1 | Reviewed correspondence from the Court regarding today's teleconference; reviewed further correspondence from I. Ahmed to the Court regarding same. | $39.00 |
| 01/08/18 | Zaehringer | 0.5 | Prepared for call with P. E. Knag (0.3); telephone call with P. E. Knag regarding strategy and today's hearing (0.2). | $195.00 |
| 01/08/18 | Zaehringer | 0.2 | Telephone call with G. Hayes-Williams regarding strategy. | $78.00 |
| 01/08/18 | Zaehringer | 1.5 | Prepared for and appeared at telephonic hearing on motion to release funds for payment of premium on AIG life insurance policy. | $585.00 |
| 01/08/18 | Zaehringer | 0.1 | Reviewed District Court's written order granting Relief Defendants' motion for limited modification of asset freeze order to release funds for payment of AIG life insurance policy premium. | $39.00 |
| 01/10/18 | Zaehringer | 0.2 | Reviewed I. Ahmed's eleventh notice of | $78.00 |

*Thank you for your business.*

Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



**Invoice Number: 559211**
February 23, 2018

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... Adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| | | | supplemental authority and attachment in support of his motion for summary judgment and argument that Oak's litigation in U.K. establishes extraterritoriality. | |
| 01/10/18 | Knag | 0.4 | Attention to new filing. | $248.00 |
| 01/11/18 | Zaehringer | 0.2 | Reviewed plaintiff's fourth notice of supplemental authority in further opposition to I. Ahmed's and Relief Defendants' summary judgment motions, and accompanying decision. | $78.00 |
| 01/12/18 | Zaehringer | 0.1 | Reported to P. E. Knag regarding REDACTED REDACTED | $39.00 |
| 01/17/18 | Zaehringer | 0.1 | Reviewed District Court's minute entries. | $39.00 |
| 01/17/18 | Zaehringer | 0.2 | Emails with G. Hayes-Williams (several) regarding REDACTED REDACTED | $78.00 |
| 01/18/18 | Zaehringer | 0.1 | Reviewed I. Ahmed's consent motion to modify asset freeze order to release funds to pay accountant for preparation of 2017 tax returns, and supporting exhibits. | $39.00 |
| 01/18/18 | Zaehringer | 0.1 | Updated P. E. Knag on case developments. | $39.00 |
| 01/19/18 | Zaehringer | 0.3 | Reviewed Relief Defendants' consent motion to modify asset freeze order to release funds for payment of property insurance premiums; drafted letter to Judge Arterton regarding courtesy copy of such motion, pursuant to her individual practice rules. | $117.00 |
| 01/19/18 | Knag | 0.5 | E-mails regarding new filings. | $310.00 |
| 01/22/18 | Zaehringer | 0.1 | Reviewed plaintiff's memorandum in partial opposition to I. Ahmed's motion to liquidate his BitCoin holdings. | $39.00 |

*Thank you for your business.*

Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



Invoice Number: 559211
February 23, 2018

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... Adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 01/22/18 | Knag | 0.5 | Review new activity. | $310.00 |
| 01/22/18 | Zaehringer | 0.2 | Reviewed I. Ahmed's Twelfth Notice of Supplemental Authority, two attached cases, and Law 360 article concerning pending motions for summary judgment. | $78.00 |
| 01/23/18 | Zaehringer | 0.1 | Review I. Ahmed's reply in further support of his motion to monetize BitCoin holdings. | $39.00 |
| 01/24/18 | Zaehringer | 0.1 | Reviewed email from G. Hayes-Williams regarding REDACTED REDACTED | $39.00 |
| 01/25/18 | Zaehringer | 0.3 | Telephone calls with G. Hayes-Williams (several) regarding REDACTED REDACTED | $117.00 |
| 01/25/18 | Zaehringer | 0.2 | Reviewed Relief Defendants' consent motion to modify asset freeze order to release funds for payment of common charges on apartments; drafted letter to Judge Arterton regarding courtesy copy of such motion, per her individual practice rules. | $78.00 |
| 01/26/18 | Zaehringer | 0.3 | Reviewed District Court's order of today granting nunc pro tunc Relief Defendants' motion for expedited consideration of motion for limited modification of asset freeze order to release funds for payment of life insurance policy premium; reviewed District Court's order granting I. Ahmed's motion to modify asset freeze order to release funds for 2017 tax returns; reviewed District Court's granting Relief Defendants' motion to modify asset freeze order to release funds for payment of insurance on apartments; reviewed District Court's amended order; reviewed District Court's order granting Relief Defendants' motion to modify asset freeze | $117.00 |

*Thank you for your business.*

Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



Invoice Number: 559211
February 23, 2018

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... Adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| | | | order to release funds for payment of common charges; conference with G. Hayes-Williams regarding case developments. | |
| 01/30/18 | Zaehringer | 0.1 | Emails with G. Hayes Williams regarding pending motions and case developments. | $39.00 |
| 01/31/18 | Zaehringer | 0.2 | Telephone call and emails (several) with G. Hayes-Williams regarding strategy, REDACTED REDACTED | $78.00 |
| | **Total Hours:** | **9.2** | **Total Amount:** | **$4,025.00** |

### Disbursement Detail

| Date | Description | Amount |
|---|---|---|
| 01/19/18 | United Parcel Service "United States District Court, 141 Church Street, CRM# 2" | $8.92 |
| 01/25/18 | United Parcel Service "United States District Court, 141 Church Street, CRM# 2" | $8.92 |
| | **Total Disbursements:** | **$17.84** |

*Thank you for your business.*