UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br>　　*Plaintiff*,<br>　　*v.*<br>IFTIKAR AHMED,<br>　　*Defendant*, and<br><br>IFTIKAR ALI AHMED SOLE PROP; I-CUBED DOMAINS, LLC; SHALINI AHMED; SHALINI AHMED 2014 GRANTOR RETAINED ANNUITY TRUST; DIYA HOLDINGS LLC; DIYA REAL HOLDINGS, LLC; I.I. 1, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; I.I. 2, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; and I.I. 3, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents,<br>　　*Relief Defendants*. | Civil No. 3:15cv675 (JBA)<br><br>April 5, 2018 |

**ENDORSEMENT ORDER**

As set forth on the record at the telephonic status conference on April 4, 2018:

1. Defendant's Motion [703] for Release of Funds for Annual Medical Treatment is DENIED without prejudice.

    a. Any renewal shall include appropriate documentation of the name and address of the physician Defendant intends to consult with, the location/facility to which payment is to be sent, and documentation of the fee which will be assessed, and/or fees for any tests or procedures anticipated to be required.

    b. To the extent the particular tests and/or procedures are not capable of being known until after consultation, Defendant may later supplement the record with a request for release of additional funds with appropriate documentation.

2. Defendant's Motion [704] for Release of Funds for Payment of all Overdue Federal and State Taxes and his Motion [756] for Release of Funds to Allow Payment of 2016 Personal State and Federal Taxes are DENIED. As set forth in the Court's Order [829] on Defendant's Motion for Modification of the Asset Freeze Order, the amount of frozen funds remains below the modified asset freeze amount of $89 million, and therefore there are no excess funds to be released for any purpose.

3. Relief Defendants' Motion [770] to Modify the Asset Freeze Order to Increase Monthly Releases for Relief Defendants' Living Expenses is GRANTED in part and DENIED in part.

    a. Relief Defendants have made no showing that the approximately $8,000 already released each month for their living expenses could not absorb the increase in the insurance premium, nor did they establish there are no other sources of income which could cover the increase.

    b. Relief Defendants are authorized to pay the increase in the monthly health insurance premiums using the rental proceeds of the two apartments, 530 Park Avenue Units 12A and 12F, but the Court will not modify the asset freeze order to release additional funds for Relief Defendants' living expenses at this time.

4. The following schedule is now in place:

a. By 4/13/18 Relief Defendants and the SEC will submit a letter advising the Court as to whether they believe there exist any jury triable issues.

b. Relief Defendants shall provide a list identifying all assets they claim belong to them, and the reasons why they claim such ownership, by 4/20/18;

c. The SEC shall file its Motion(s) for Judgment by 5/21/18, with all parties' Oppositions to the SEC's Motion(s) filed by 6/11/18, and the SEC's reply by 6/25/18.

IT IS SO ORDERED.

    /s/
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 5th day of April 2018.