**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | |
| v. | Civil Action No. 3:15-cv-675 (JBA) |
| IFTIKAR AHMED, | |
| Defendant, and | |
| IFTIKAR ALI AHMED SOLE PROP; *ET AL*., | |
| Relief Defendants. | APRIL 09TH, 2018 |

## DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE A MOTION FOR INTERLOCUTORY APPEAL

The Defendant respectfully moves the Court, pursuant to Fed. R. Civ. Pro. 6(b)(1), for an enlargement of time for the Defendant to file a Motion for Permission to Appeal (hereinafter the "Motion for Appeal") the Court's ruling [Doc. #829] on his Motion for modification of the asset freeze order for the release of funds for his legal defense [Doc. #589] and for a stay in light of *Kokesh* [Doc. #654][1].

On 11TH June, 2017, Defendant filed his Motion for modification of the asset freeze order for the release of funds for his legal defense   [Doc. # 589], and on the 13TH July, 2017, the Defendant filed his Motion for a stay of this action, based on the Supreme Court's decision on

---

[1] *Kokesh v. SEC*, 137 S. Ct. 1635 (2017).

*Kokesh* [Doc. # 654].  On 26TH March, 2018, the Court issued its Order denying both motions [Doc. #829].

Good cause exists because Defendant is represented *pro se* and cannot reasonably be expected to file an appeal on matters of legal sophistication within such a short period of time. However, in light of the clear and unambiguous US Supreme Court ruling in *Kokesh*, and with the proper accounting of both the numbers associated with the alleged fraudulent transactions and a proper accounting of all the assets belonging to the Defendant and the Relief Defendants, it will be imminently clear that there exists significant assets in excess of what is a permissible asset freeze ceiling.   The correct number for the modification of the asset freeze – it should be $83.8 million and ***not*** $89 million as stated in the Order Doc. #829; and the current liquid assets under the freeze likely far exceeds that correct threshold, and hence all assets above that threshold number must be immediately released.  The law is clear - and this current asset freeze is simply unconstitutional.

WHEREFORE, the Defendant respectfully requests that the Court enlarge the time for the Defendant to file his Motion for Appeal by twenty (20) additional days.  A proposed Order is also attached.

Respectfully Submitted,

Dated:          April 09TH, 2018          /s/ Iftikar Ahmed

_____

Iftikar A. Ahmed
C/O Advocate Anil Sharma
Government Place East
Kolkata 700069, India
Tel: +91.98.30.089.945
Email: iftyahmed@icloud.com
*Pro Se*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and served by electronic mail to:

Nicholas P. Heinke
U.S. Securities and Exchange Commission
Byron G. Rogers Federal Building
1961 Stout Street, Ste. 1700
Denver, CO 80294
(303) 844-1071
Email: heinken@sec.gov

Mark L. Williams
U.S. Securities and Exchange Commission
Byron G. Rogers Federal Building
1961 Stout Street, Ste. 1700
Denver, CO 80294
(303) 844-1027
Email: williamsml@sec.gov

Paul E. Knag
Murtha Cullina, LLP
177 Broad Street, 4th Floor
Stamford, CT 06901
(203) 653-5400
Fax: (203) 653-5444
Email: pknag@murthalaw.com

David B. Deitch
Harris, St. Laurent & Chaudhry LLP VA
1818 Library Street, Suite 500
Reston, VA 20190
(703) 956-3549
Fax: (703) 935-0349
Email: ddeitch@sc-harris.com

Jonathan Harris
Harris, St. Laurent & Chaudhry LLP
40 Wall Street, 53rd Floor
New York, NY 10005
(646) 395-3481
Fax: (212) 202-6206
Email: jon@sc-harris.com

L. Reid Skibell
Harris, St. Laurent & Chaudhry LLP
40 Wall Street, 53rd Floor
New York, NY 10005
(917) 512-9466
Fax: (212) 202-6206
Email: rskibell@sc-harris.com

Priya Chaudhry
Harris, St. Laurent & Chaudhry LLP
40 Wall Street, 53rd Floor
New York, NY 10005
(212) 785-5550
Fax: (212) 202-6206
Email: priya@sc-harris.com

Steven Gabriel Hayes Williams
Harris, St. Lauren & Chaudhry LLP
40 Wall Street, 53rd Floor
New York, NY 10005
(212) 397-3370
Fax: (212) 202-6206
Email: ghayeswilliams@sc-harris.com

Kristen Luise Zaehringer
Murtha Cullina, LLP
177 Broad Street, 4th Floor
Stamford, CT 06901
(203) 653-5406
Fax: (860) 240-5758
Email: kzaehringer@murthalaw.com

1

Dated:        April 09TH, 2018              /s/ Iftikar Ahmed

_____

Iftikar A. Ahmed
C/O Advocate Anil Sharma
Government Place East
Kolkata 700069, India
Tel: +91.98.30.089.945
Email: iftyahmed@icloud.com

*Pro Se*