## SCHEDULE A

| NO. | ASSET | OWNER | PURCHASE PRICE | ESTIMATED CURRENT VALUE | ACQUIRED PRE-KOKESH | PURCHASED WITH UNTAINTED FUNDS | FUNDED IN WHOLE OR PART FROM UNTAINTED FUNDS | GIFT FROM NON-PARTY |
|---|---|---|---|---|---|---|---|---|
| | | | | | ADDITIONAL REASONS FOR RELIEF DEF. OWNERSHIP | | | |
| **RELIEF DEFENDANT AND JOINT BANK AND BROKERAGE ACCOUNTS**[1] | | | | | | | | |
| 1 | Bank of America: x4199 | DIYA Capital Management LLC | N/A | 5,126.16 | | | X | |
| 2 | Bank of America: x8384 | I-Cubed Domains LLC | N/A | 2,840.00 | | | X | |
| 3 | Fidelity: x7540 | Shalini Ahmed | N/A | 13,261,263.88 | | | X | |
| 4 | Fidelity: x8965 | Shalini A. Ahmed 2014 Grantor Retained Annuity Trust | N/A | 9,224,359.40 | | | X | |
| 5 | Fidelity: x5070 | Shalini A. Ahmed Roth IRA | N/A | 5,938.63 | X | | X | |
| 6 | Fidelity: x5760 | Shalini A. Ahmed Rollover IRA | N/A | 385.95 | X | | X | |
| 7 | Fidelity: x1895 | Shalini Ahmed as Custodian for UTMA | N/A | 94,978.91 | | | X | |
| 8 | Fidelity: x8036 | Shalini Ahmed as Custodian for UTMA | N/A | 95,314.93 | | | X | |
| 9 | Fidelity: x9441 | Shalini Ahmed as Custodian for UTMA | N/A | 84,931.26 | | | X | |
| 10 | Pershing/BNY Brokerage: x0166 | Shalini Ahmed | N/A | 883,769.77 | | | X | |
| 11 | TD Ameritrade: x7686 | Iftikar A. Ahmed Family Trust[2] | N/A | 6,572,084.44 | X | | X | |
| 12 | TD Ameritrade: x7666 | Daniel G. Johnson as Custodian, Child I.I. 2 | N/A | 1,071,396.79 | X | | X | |
| 13 | TD Ameritrade: x7674 | Daniel G. Johnson as Custodian, Child I.I. 1 | N/A | 1,191,202.01 | X | | X | |
| 14 | TD Ameritrade: x7700 | Daniel G. Johnson as Custodian, Child I.I. 3 | N/A | 327,948.35 | | | X | |
| 15 | TD Bank Checking: x2774 | Shalini Ahmed | N/A | 156.51 | X | | X | |
| 16 | Bank of America: x9566 | Shalini and Iftikar Ahmed | N/A | 4,184.48 | X | | X | |
| 17 | Bank of America: x0482 | Shalini and Iftikar Ahmed | N/A | 236,043.68 | X | | X | |
| 18 | Bank of America: x3754 | Shalini and Iftikar Ahmed | N/A | 80,509.71 | X | | X | |
| 19 | Chase Bank: x9065 | Shalini and Iftikar Ahmed | N/A | 20,604.14 | X | | X | |
| 20 | Chase Bank: x9001 | Shalini and Iftikar Ahmed | N/A | 14,366.21 | X | | X | |
| 21 | Northern Trust Brokerage: x5188 | Shalini and Iftikar Ahmed | N/A | 451,560.00 | X | | X | |
| 22 | Northern Trust Brokerage: x3934 | Shalini and Iftikar Ahmed | N/A | 11,804,147.46 | X | | X | |
| 23 | Northern Trust Brokerage: x3935 | Shalini and Iftikar Ahmed | N/A | 12,045.10 | X | | X | |
| 24 | Northern Trust Brokerage: x0895 | Shalini and Iftikar Ahmed | N/A | 2,499,230.19 | X | | X | |
| 25 | Bank of America Trust: x4104 | UTMA for Child I.I. 1 | N/A | 5,002.79 | | | X | |
| 26 | Bank of America Trust: x0070 | UTMA for Child I.I. 2 | N/A | 5,002.79 | | | X | |
| 27 | Bank of America Trust: x5699 | UTMA for Child I.I. 3 | N/A | 5,004.02 | | | X | |
| 28 | Bank of America: x7632 | DIYA Real Holdings LLC | N/A | 36,902.57 | | | X | |
| 29 | Bank of America: x3831 | DIYA Holdings LLC | N/A | 43,416.37 | | | X | |
| | | **SUBTOTAL** | | **48,039,716.50** | | | | |

## SCHEDULE A

| NO. | ASSET | OWNER | PURCHASE PRICE | ESTIMATED CURRENT VALUE | ADDITIONAL REASONS FOR RELIEF DEF. OWNERSHIP ||||
|---|---|---|---|---|---|---|---|---|
| | | | | | ACQUIRED PRE-KOKESH | PURCHASED WITH UNTAINTED FUNDS | FUNDED IN WHOLE OR PART FROM UNTAINTED FUNDS | GIFT FROM NON-PARTY |
| **ADDITIONAL CASH, CHECKS, AND INSURANCE ASSETS OF RELIEF DEFENDANTS** | | | | | | | | |
| 30 | Cash (Held by HSC LLP) | Shalini Ahmed | N/A | 55,223.93 | | | X | |
| 31 | Cash (Held by Murtha Cullina LLP) | Shalini Ahmed | N/A | 25,000.00 | | | X | |
| 32 | Bank Check to the Iftikar Foundation (charitable contribution) | Shalini Ahmed, as Trustee | N/A | 14,560.00 | | | X | |
| 33 | MetLife Whole Life Insurance Policy (Iftikar Ahmed) | Iftikar A. Ahmed Family Trust | N/A | 1,283,865.09 | X | | X | |
| | | **SUBTOTAL** | | **1,378,649.02** | | | | |
| **RELIEF DEFENDANT INVESTMENTS IN PRIVATE COMPANIES** | | | | | | | | |
| 34 | Blade Networks Investment | I-Cubed Domains LLC | 50,000.00 | 50,000.00 | | | X | |
| 35 | Aldrich Capital Investment (liquidated April 2018) | I-Cubed Domains LLC | 1,000,000.00 | 3,000,000.00 | | | X | |
| 36 | Reserve Media Investment | I-Cubed Domains LLC | 50,000.00 | 50,000.00 | | | X | |
| 37 | Iftikar A. Ahmed Family Trust interest in Rakitfi Holdings LLC[3] | Iftikar A. Ahmed Family Trust | N/A | 3,660,143.99 | X | | X | |
| | | **SUBTOTAL** | | **6,760,143.99** | | | | |
| **REAL PROPERTY HELD JOINTLY OR BY RELIEF DEFENDANTS[4]** | | | | | | | | |
| 38 | Greenwich Home (505 North Street, Greenwich, CT) | Shalini and Iftikar Ahmed | 9,625,000.00 | 9,625,000.00 | X | X | | |
| 39 | Apartment (530 Park, 12F, New York, NY) | DIYA Real Holdings LLC | 8,756,950.00 | 8,756,950.00 | | | | |
| 40 | Apartment (530 Park, 12A, New York, NY) | DIYA Holdings LLC | 9,469,725.00 | 9,469,725.00 | | | | |
| | | **SUBTOTAL** | | **27,851,675.00** | | | | |
| **ITEMS OWNED BY RELIEF DEFENDANTS HELD IN STORAGE PURSUANT TO COURT ORDER** | | | | | | | | |
| 41 | Paintings (2) | Shalini Ahmed | 40,000.00 | 40,000.00 | | X | | |
| 42 | Sculpture of hand | Shalini Ahmed | 20,000.00 | 20,000.00 | | X | | |
| 43 | Painting - M.F. Husain, "Ashoka's Pillar" | Shalini and Iftikar Ahmed | 425,000.00 | 425,000.00 | | X | | |
| 44 | Harry Winston Earrings[5] | Shalini Ahmed | 500,000.00 | 200,000.00 | | X | | |
| 45 | 13 women's designer handbags | Shalini Ahmed | unknown | 20,000.00 | | X | | |
| | | **SUBTOTAL** | | **705,000.00** | | | | |

**SCHEDULE A**

| NO. | ASSET | OWNER | PURCHASE PRICE | ESTIMATED CURRENT VALUE | ADDITIONAL REASONS FOR RELIEF DEF. OWNERSHIP | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | ACQUIRED PRE-KOKESH | PURCHASED WITH UNTAINTED FUNDS | FUNDED IN WHOLE OR PART FROM UNTAINTED FUNDS | GIFT FROM NON-PARTY |
| **CONTENTS OF SAFETY DEPOSIT BOXES 1325, 1332, and 2465 - TITLED TO RELIEF DEFENDANTS** | | | | | | | | |
| 46 | Harry Winston Diamond Ring | Shalini Ahmed | 290,000.00 | 116,000.00 | | X | | |
| 47 | Various gold or silver coins given to minor children | I.I. 1, 2, or 3 | N/A | 250.00 | | | | X |
| 48 | Jewelry received as wedding presents (42 pieces) | Shalini Ahmed | N/A | 25,000.00 | | | | X |
| 49 | Jewelry acquired during marriage (8 pieces) | Shalini Ahmed | unknown | 90,000.00 | X | X | | |
| 50 | Jewelry acquired during marriage (2 pieces) | Shalini Ahmed | unknown | 10,000.00 | | | | |
| 51 | Various gold or silver coins given to minor children (specific weights) | I.I. 1, 2, or 3 | N/A | 44,878.35 | | | | X |
| 52 | Gold pieces received as wedding presents | Shalini Ahmed | N/A | 29,599.80 | | | | X |
| 53 | 1 kilogram gold bars acquired during marriage (9 pieces) | Shalini and Iftikar Ahmed | N/A | 387,774.90 | | | X | |
| | | **SUBTOTAL** | | 703,503.05 | | | | |
| | | **RELIEF DEFENDANT SUBTOTAL** | | 85,438,687.56 | | | | |

# SCHEDULE A

| NO. | ASSET | OWNER | PURCHASE PRICE | ESTIMATED CURRENT VALUE | ADDITIONAL REASONS FOR RELIEF DEF. OWNERSHIP ||||
|---|---|---|---|---|---|---|---|---|
| | | | | | ACQUIRED PRE-KOKESH | PURCHASED WITH UNTAINTED FUNDS | FUNDED IN WHOLE OR PART FROM UNTAINTED FUNDS | GIFT FROM NON-PARTY |
| **DEFENDANT BANK AND BROKERAGE ACCOUNTS** |||||||||
| 54 | E*Trade: x6818 | Iftikar Ahmed | N/A | 940,767.20 | | | | |
| 55 | HSBC: x2984 | Iftikar Ahmed | N/A | 10.00 | | | | |
| 56 | Northern Trust: x5218[6] | Rakitfi Holdings LLC | N/A | 1,699,476.20 | | | | |
| 57 | Northern Trust: x3911 | Rakitfi Holdings LLC | N/A | 9.00 | | | | |
| 58 | Northern Trust: x5226 | Essell Farms LLC (Iftikar Ahmed 50% owner) | N/A | 77,399.50 | | | | |
| 59 | Northern Trust: x5234 | Essell Group LLC (Iftikar Ahmed 60% owner) | N/A | 1,884,248.29 | | | | |
| 60 | Northern Trust: x3781 | Iftikar Ahmed | N/A | 79,581.00 | | | | |
| 61 | Northern Trust: x7193 | Oak FBO Iftikar Ahmed | N/A | 843,910.00 | | | | |
| 62 | TD Bank: x5279 | Iftikar Ahmed | N/A | 19,253.86 | | | | |
| 63 | TD Bank: x8551 | Iftikar Ahmed | N/A | 8,193.19 | | | | |
| 64 | Circle Internet Finance BitCoin Wallet | Iftikar Ahmed | N/A | 254,477.21 | | | | |
| | | **SUBTOTAL** | | **5,807,325.45** | | | | |
| **DEFENDANT NET REPORTED K-1 DISTRIBUTIONS FROM OAK ENTITIES** |||||||||
| 65 | Oak Management Corp. 2015 distribution | Iftikar Ahmed | N/A | 1,999,837.00 | | | | |
| 66 | Oak Management Corp. 2016 distribution | Iftikar Ahmed | N/A | 177,079.00 | | | | |
| | | **SUBTOTAL** | | **2,176,916.00** | | | | |
| **DEFENDANT INVESTMENTS IN REAL PROPERTY** |||||||||
| 67 | Essell Farm (1820 County Route 7, Ancram, NY) | The Essell Farms LLC (Iftikar Ahmed 50% owner) | 1,500,000.00 | 1,500,000.00 | | | | |
| | | **SUBTOTAL** | | **1,500,000.00** | | | | |
| **DEFENDANT INVESTMENT IN PRIVATE COMPANIES** |||||||||
| 68 | Ribbit Capital | Essell Group LLC (Iftikar Ahmed 60% owner) | N/A | 3,958,229.80 | | | | |
| 69 | Ribbit Capital II | Essell Group LLC (Iftikar Ahmed 60% owner) | N/A | 428,760.43 | | | | |
| 70 | Clues Network Inc. | Essell Group LLC (Iftikar Ahmed 60% owner) | N/A | 6,442,121.05 | | | | |
| 71 | Oak HC/FT Associates Capital Account | Iftikar Ahmed | N/A | 177,709.00 | | | | |
| | | **SUBTOTAL** | | **11,006,820.29** | | | | |

# SCHEDULE A

| NO. | ASSET | OWNER | PURCHASE PRICE | ESTIMATED CURRENT VALUE | ADDITIONAL REASONS FOR RELIEF DEF. OWNERSHIP ||||
|---|---|---|---|---|---|---|---|---|
| | | | | | ACQUIRED PRE-KOKESH | PURCHASED WITH UNTAINTED FUNDS | FUNDED IN WHOLE OR PART FROM UNTAINTED FUNDS | GIFT FROM NON-PARTY |
| **DEFENDANT INTERESTS IN ASSETS HELD AT OAK** ||||||||||
| 72 | Oak Management Corp.[7] | Iftikar Ahmed | N/A | 4,000,000.00 | | | | |
| 73 | Oak Associates X, LLC[8] | Iftikar Ahmed | N/A | 1,361,466.13 | | | | |
| 74 | Oak Associates XI, LLC | Iftikar Ahmed | N/A | 243,092.72 | | | | |
| 75 | Oak Associates XI-A, LLC | Iftikar Ahmed | N/A | 203,741.66 | | | | |
| 76 | Oak Associates XII, LLC | Iftikar Ahmed | N/A | 24,097,293.59 | | | | |
| 77 | Oak Associates XII-A, LLC | Iftikar Ahmed | N/A | 2,332,370.46 | | | | |
| 78 | Oak Associates XIII, LLC | Iftikar Ahmed | N/A | 1,666,203.65 | | | | |
| 79 | Oak Assocaites XIII-A, LLC | Iftikar Ahmed | N/A | 1,607,835.42 | | | | |
| | | **SUBTOTAL** | | 35,512,003.63 | | | | |
| | | **DEFENDANT SUBTOTAL** | | 56,003,065.37 | | | | |
| | | **GRAND TOTAL** | | 141,441,752.93 | | | | |

1. Account balances listed are the most recent values available to Relief Defendants. Where a partial ownership interest is indicated, the stated value reflects the percentage owned.

2. Relief Defendants I.I. 1, I.I. 2, and I.I. 3 are the beneficiaries of the Iftikar A. Ahmed Family Trust. The assets and interests of this Trust are included because the Court's Asset Freeze Order [Dkt. No. 829] covers all assets "held by or under the direct or indirect control of Defendant and Relief Defendants, whether held in any of their names or for their direct or indirect beneficial interest".

3. The Iftikar A. Ahmed Family Trust has a 99% interest in Rakitfi Holdings LLC, obtained in June 2009 for a promissory note of $1,510,000 at 2.25% annual interest. The Note matures in June 2018. The value of the Trust's interest is derived from the value of the Rakitfi Holdings account at Northern Trust ending x5218 as of March 27, 2018, less the principal on the Note and accrued unpaid interest.

4. Real property has been conservatively valued at cost.

5. Where Relief Defendants have been able to establish a purchase price for items of jewelry, Relief Defendants have estimated a current liquidation value of 40% of the retail price. Neither the SEC nor Relief Defendants have formally appraised the jewelry and the values stated are good faith estimates.

6. The value of the Defendant's interest in the Rakitfi Holdings account reflects the sum of the principal and accrued unpaid interest due under its promissory note with the Iftikar A. Ahmed Family Trust.

7. Plaintiff reported that upon service of the Court's May 7, 2015 Order, Oak responded that it identified approximately $4 million in assets belonging to Defendant. (See Dkt. No. 68 at ¶ 16.)

8. The estimates of the value of Defendant's interest in each Oak Associates fund are as reflected in the Statement of Changes in Individual Partners' Capital for each fund as of December 31, 2014.