Asset Schedule

| SEC NO. | | ASSET | OWNER (at least on paper) | RELIEF DEF'S EST'D CURRENT VALUE | SEC EST'D AMOUNT AVAILABLE FOR A JUDGMENT | RD's NO. | NOTES |
|---|---|---|---|---|---|---|---|
| | | **ASSETS TITLED TO DEFENDANT** | | | | | |
| | | BANK AND BROKERAGE ACCOUNTS | | | | | |
| 1 | | E*Trade: x6818 | Iftikar Ahmed | $940,767.20 | $941,007.51 | 54 | |
| 2 | | HSBC: x2984 | Iftikar Ahmed | $10.00 | $0.00 | 55 | |
| 3 | | Northern Trust: x5218 | Rakitfi Holdings LLC | $1,699,476.20 | $5,359,620.19 | 56 | See note 1 |
| 4 | | Northern Trust: x3911 | Rakitfi Holdings LLC | $9.00 | $0.00 | 57 | |
| 5 | | Northern Trust: x0901 | Rakitfi Holdings LLC | | $0.29 | | |
| 6 | | Northern Trust: x5226 | Essell Farms LLC (Iftikar Ahmed 50% owner) | $77,399.50 | $76,649.52 | 58 | |
| 7 | | Northern Trust: x5234 | Essell Group LLC (Iftikar Ahmed 60% owner) | $1,884,248.29 | $1,562,715.94 | 59 | |
| 8 | | Northern Trust: x3781 | Iftikar Ahmed | $79,581.00 | $79,773.49 | 60 | |
| 9 | | Northern Trust: x7193 | Oak FBO Iftikar Ahmed | $843,910.00 | $838,136.00 | 61 | may incur taxes, fees or other costs if liquidated |
| 10 | | TD Bank: x5279 | Iftikar Ahmed | $19,253.86 | $0.00 | 62 | |
| 11 | | TD Bank: x8551 | Iftikar Ahmed | $8,193.19 | $0.00 | 63 | |
| 12 | | Fidelity: x8133 | Essell Farms LLC (Iftikar Ahmed 50% owner) | | $0.31 | | |
| 13 | | Fidelity: x7417 | Essell Farms LLC (Iftikar Ahmed 50% owner) | | $2.36 | | |
| 14 | | Fidelity: x9637 | Giotech Software Limited Company | | $830.49 | | |
| 15 | | Circle Internet Finance Bitcoin Wallet | Iftikar Ahmed | $254,477.21 | $200,664.00 | 64 | 27 bitcoins |
| | | SUBTOTAL | | $5,807,325.45 | $9,059,400.10 | | |
| | | NET REPORTED K-1 DISTRIBUTIONS FROM OAK ENTITIES | | | | | |
| 16 | | Oak Management Corp. 2015 distribution | Iftikar Ahmed | $1,999,837.00 | $0.00 | 65 | |
| 17 | | Oak Management Corp. 2016 distribution | Iftikar Ahmed | $177,079.00 | $0.00 | 66 | |
| | | SUBTOTAL | | $2,176,916.00 | $0.00 | | |
| | | REAL PROPERTY | | | | | |
| 18 | | Essell Farm (1820 County Route 7, Ancram, NY) | Essell Farms LLC (Iftikar Ahmed 50% owner) | $1,500,000.00 | $1,500,000.00 | 67 | |
| | | SUBTOTAL | | $1,500,000.00 | $1,500,000.00 | | |
| | | PRIVATE COMPANY INVESTMENTS | | | | | |
| 19 | | Ribbit Capital | Essell Group LLC (Iftikar Ahmed 60% owner) | $3,958,229.80 | $1,656,000.00 | 68 | See Ex. 41 |
| 20 | | Ribbit Capital II | Essell Group LLC (Iftikar Ahmed 60% owner) | $428,760.43 | $360,000.00 | 69 | See Ex. 41 |
| 21 | | Clues Network Inc. | Essell Group LLC (Iftikar Ahmed 60% owner) | $6,442,121.05 | $1,419,599.01 | 70 | See Ex. 42 |
| 22 | | Oak HC/FT Associates Capital Account | Iftikar Ahmed | $177,709.00 | $0.00 | 71 | See Ex. 43 |
| 23 | | Crypto Currency Partners LP | Iftikar Ahmed | | $0.00 | | |
| 24 | | iMENA | Iftikar Ahmed | | $75,000.00 | | |
| | | SUBTOTAL | | $11,006,820.28 | $3,510,599.01 | | |
| | | LIFE INSURANCE POLICIES | | | | | |
| 25 | | MetLife Whole Life Insurance Policy (Iftikar Ahmed) | Iftikar Ahmed | $1,283,865.09 | $1,249,243.35 | 33 | |
| 26 | | Genworth Life and Annuity Insurance Policy (Iftikar Ahmed) | Iftikar Ahmed | | unknown | | |
| 27 | | American General Life Insurance Policy (Iftikar Ahmed) | Iftikar Ahmed | | unknown | | |
| | | SUBTOTAL | | $1,283,865.09 | $1,249,243.35 | | |
| | | INTERESTS IN ASSETS HELD AT OAK | | | | | |
| 28 | | Oak Management Corp. | Iftikar Ahmed | $4,000,000.00 | $1,200.00 | 72 | |
| 29 | | Oak Associates X, LLC | Iftikar Ahmed | $1,361,466.13 | $0.00 | 73 | |

Asset Schedule

| SEC NO. | ASSET | OWNER (at least on paper) | RELIEF DEF'S EST'D CURRENT VALUE | SEC EST'D AMOUNT AVAILABLE FOR A JUDGMENT | RD's NO. | NOTES |
|---|---|---|---|---|---|---|
| 30 | Oak Associates XI, LLC | Iftikar Ahmed | $243,092.72 | $0.00 | 74 | |
| 31 | Oak Associates XI-A, LLC | Iftikar Ahmed | $203,741.66 | $0.00 | 75 | |
| 32 | Oak Associates XII, LLC | Iftikar Ahmed | $24,097,293.59 | $0.00 | 76 | |
| 33 | Oak Associates XII-A, LLC | Iftikar Ahmed | $2,332,370.46 | $0.00 | 77 | |
| 34 | Oak Associates XIII, LLC | Iftikar Ahmed | $1,666,203.65 | $0.00 | 78 | |
| 35 | Oak Associates XIII-A, LLC | Iftikar Ahmed | $1,607,835.42 | $0.00 | 79 | |
| 36 | Frozen Distributions | Iftikar Ahmed | | $683,172.00 | | |
| | SUBTOTAL | | $35,512,003.63 | $684,372.00 | | |
| **AUTOMOBILES & HOUSEHOLD FURNISHINGS** | | | | | | |
| 37 | Porsche Cayenne | Iftikar Ahmed | | $24,000.00 | | [Doc. 149 ¶ 23] |
| 38 | Cadillac Escalade | Iftikar Ahmed | | $32,000.00 | | [Doc. 149 ¶ 23] |
| 39 | Household Furnishings of 505 North Street | Iftikar Ahmed | | unknown | | appraisal has not been performed |
| | SUBTOTAL | | $0.00 | $56,000.00 | | |
| **DEFENDANT SUBTOTAL** | | | **$57,286,930.45** | **$16,059,614.46** | | |

| SEC NO. | ASSET | OWNER (at least on paper) | RELIEF DEF'S EST'D CURRENT VALUE | SEC EST'D AMOUNT AVAILABLE FOR A JUDGMENT | RD's NO. | NOTES |
|---|---|---|---|---|---|---|
| **ASSETS TITLED JOINTLY TO DEFENDANT AND SHALINI AHMED (ON PAPER)** | | | | | | |
| **BANK AND BROKERAGE ACCOUNTS** | | | | | | |
| 40 | Bank of America: x9566 | Iftikar and Shalini Ahmed | $4,184.48 | $4,184.54 | 16 | |
| 41 | Bank of America: x0482 | Iftikar and Shalini Ahmed | $236,043.68 | $221,042.68 | 17 | |
| 42 | Bank of America: x3754 | Iftikar and Shalini Ahmed | $80,509.71 | $171,700.59 | 18 | |
| 43 | Chase Bank: x9065 | Iftikar and Shalini Ahmed | $20,604.14 | $20,609.23 | 19 | |
| 44 | Chase Bank: x9001 | Iftikar and Shalini Ahmed | $14,366.21 | $14,369.75 | 20 | |
| 45 | Northern Trust Brokerage: x5188 | Iftikar and Shalini Ahmed | $451,560.00 | $451,570.06 | 21 | |
| 46 | Northern Trust Brokerage: x3934 | Iftikar and Shalini Ahmed | $11,804,147.46 | $11,897,817.13 | 22 | |
| 47 | Northern Trust Brokerage: x3935 | Iftikar and Shalini Ahmed | $12,045.10 | $12,173.13 | 23 | |
| 48 | Northern Trust Brokerage: x0895 | Iftikar and Shalini Ahmed | $2,499,230.19 | $2,520,653.06 | 24 | |
| 49 | Northern Trust Brokerage: x8537 | Iftikar and Shalini Ahmed | | $0.00 | | |
| | SUBTOTAL | | $15,122,690.97 | $15,314,120.17 | | |
| **REAL PROPERTY** | | | | | | |
| 50 | Greenwich Home (505 North Street, Greenwich, CT) | Iftikar and Shalini Ahmed | $9,625,000.00 | $0.00 | 38 | forfeited due to bail violation |
| | SUBTOTAL | | $9,625,000.00 | $0.00 | | |
| **ITEMS HELD IN STORAGE PURSUANT TO COURT ORDER** | | | | | | |
| 51 | Painting - M.F. Husain, "Ashoka's Pillar" | Iftikar and Shalini Ahmed | $425,000.00 | unknown | 43 | appraisal has not been performed |
| | SUBTOTAL | | $425,000.00 | $0.00 | | |
| **CONTENTS OF SAFETY DEPOSIT BOXES 1325, 1332, and 2465** | | | | | | |
| 52 | Harry Winston Diamond Ring | Iftikar and Shalini Ahmed | $116,000.00 | unknown | 46 | appraisal has not been performed |
| 53 | Various gold or silver coins given to minor children | Iftikar and Shalini Ahmed | $250.00 | unknown | 47 | appraisal has not been performed |
| 54 | Jewelry received as wedding presents (42 pieces) | Iftikar and Shalini Ahmed | $25,000.00 | unknown | 48 | appraisal has not been performed |
| 55 | Jewelry acquired during marriage (8 pieces) | Iftikar and Shalini Ahmed | $90,000.00 | unknown | 49 | appraisal has not been performed |
| 56 | Jewelry acquired during marriage (2 pieces) | Iftikar and Shalini Ahmed | $10,000.00 | unknown | 50 | appraisal has not been performed |

Asset Schedule

| SEC NO. | | ASSET | OWNER (at least on paper) | RELIEF DEF'S EST'D CURRENT VALUE | SEC EST'D AMOUNT AVAILABLE FOR A JUDGMENT | RD's NO. | NOTES |
|---|---|---|---|---|---|---|---|
| 57 | | Various gold or silver coins given to minor children (specific weights) | Iftikar and Shalini Ahmed | $44,878.35 | unknown | 51 | appraisal has not been performed |
| 58 | | Gold pieces received as wedding presents | Iftikar and Shalini Ahmed | $29,599.80 | unknown | 52 | appraisal has not been performed |
| 59 | | 1 kilogram gold bars acquired during marriage (9 pieces) | Iftikar and Shalini Ahmed | $387,774.90 | $377,109.00 | 53 | |
| 60 | | Remaining contents in safety deposit boxes | Iftikar and Shalini Ahmed | | unknown | | appraisal has not been performed |
| | | SUBTOTAL | | $703,503.05 | $377,109.00 | | |
| **JOINTLY HELD ASSETS SUBTOTAL** | | | | **$25,876,194.02** | **$15,691,229.17** | | |
| | | | | | | | |
| | | **ASSETS TITLED TO RELIEF DEFENDANTS (ON PAPER)** | | | | | |
| | **DIYA Capital Management LLC** | | | | | | |
| 61 | | Bank of America: x4199 | DIYA Capital Management LLC | $5,126.16 | $3,042.44 | 1 | |
| | | SUBTOTAL | | $5,126.16 | $3,042.44 | | |
| | **DIYA Holdings LLC** | | | | | | |
| 62 | | Bank of America: x3831 | DIYA Holdings LLC | $43,416.37 | $43,816.37 | 29 | |
| 63 | | Apartment (530 Park, 12A, New York, NY) | DIYA Holdings LLC | $9,469,725.00 | $9,469,725.00 | 40 | |
| 64 | | Bank of America: x6009 | Robert Andes, Beneficiary DIYA Holdings LLC, | | $32,444.33 | | |
| | | SUBTOTAL | | $9,513,141.37 | $9,545,985.70 | | |
| | **DIYA Real Holdings LLC** | | | | | | |
| 65 | | Bank of America: x7632 | DIYA Real Holdings LLC | $36,902.57 | $36,902.57 | 28 | |
| 66 | | Apartment (530 Park, 12F, New York, NY) | DIYA Real Holdings LLC | $8,756,950.00 | $8,756,950.00 | 39 | |
| | | SUBTOTAL | | $8,793,852.57 | $8,793,852.57 | | |
| | **I-Cubed Domains LLC** | | | | | | |
| 67 | | Bank of America: x8384 | I-Cubed Domains LLC | $2,840.00 | $2,840.00 | 2 | |
| 68 | | Blade Networks Investment | I-Cubed Domains LLC | $50,000.00 | $13,000.00 | 34 | See Ex. 44 |
| 69 | | Aldrich Capital Investment (liquidated April 2018) | I-Cubed Domains LLC | $3,000,000.00 | $3,078,631.27 | 35 | |
| 70 | | Reserve Media Investment | I-Cubed Domains LLC | $50,000.00 | $0.00 | 36 | per conversation with Reserve Media's attorney |
| | | SUBTOTAL | | $3,102,840.00 | $3,094,471.27 | | |
| | **Iftikar A. Ahmed Family Trust** | | | | | | |
| 71 | | TD Ameritrade: x7686 | Iftikar A. Ahmed Family Trust | $6,572,084.44 | $6,624,802.73 | 11 | |
| 72 | | Iftikar A. Ahmed Family Trust interest in Rakitfi Holdings LLC | Iftikar A. Ahmed Family Trust | $3,660,143.99 | $0.00 | 37 | See SEC No. 3 and note 1 |
| | | SUBTOTAL | | $10,232,228.43 | $6,624,802.73 | | |
| | **Iftikar Foundation** | | | | | | |
| 73 | | Bank Check to the Iftikar Foundation (charitable contribution) | Shalini Ahmed, as Trustee | $14,560.00 | $14,560.00 | 32 | |
| | | SUBTOTAL | | $14,560.00 | $14,560.00 | | |
| | **Shalini A. Ahmed 2014 Grantor Retained Trust** | | | | | | |
| 74 | | Fidelity: x8965 | Shalini A. Ahmed 2014 Grantor Retained | $9,224,359.40 | $9,302,064.88 | 4 | |
| | | SUBTOTAL | | $9,224,359.40 | $9,302,064.88 | | |
| | **Shalini A. Ahmed** | | | | | | |
| 75 | | Fidelity: x7540 | Shalini Ahmed | $13,261,263.88 | $13,328,689.59 | 3 | |

Asset Schedule

| SEC NO. | | ASSET | OWNER (at least on paper) | RELIEF DEF'S EST'D CURRENT VALUE | SEC EST'D AMOUNT AVAILABLE FOR A JUDGMENT | RD's NO. | NOTES |
|---|---|---|---|---|---|---|---|
| 76 | | Fidelity: x5070 | Shalini A. Ahmed Roth IRA | $5,938.63 | $5,500.00 | 5 | |
| 77 | | Fidelity: x5760 | Shalini A. Ahmed Rollover IRA | $385.95 | $0.00 | 6 | |
| 78 | | Pershing/BNY Brokerage: x0166 | Shalini Ahmed | $883,769.77 | $884,005.27 | 10 | |
| 79 | | TD Bank Checking: x2774 | Shalini Ahmed | $156.51 | $154.51 | 15 | |
| 80 | | Cash (Held by HSC LLP) | Shalini Ahmed | $55,223.93 | $55,223.93 | 30 | |
| 81 | | Cash (Held by Murtha Cullina LLP) | Shalini Ahmed | $25,000.00 | $25,000.00 | 31 | |
| 82 | | Paintings (2) | Shalini Ahmed | $40,000.00 | unknown | 41 | appraisal has not been performed |
| 83 | | Sculpture of hand | Shalini Ahmed | $20,000.00 | unknown | 42 | appraisal has not been performed |
| 84 | | Harry Winston Earrings | Shalini Ahmed | $200,000.00 | unknown | 44 | appraisal has not been performed |
| 85 | | 13 women's designer handbags | Shalini Ahmed | $20,000.00 | unknown | 45 | appraisal has not been performed |
| | | **SUBTOTAL** | | **$14,511,738.67** | **$14,298,573.30** | | |
| UTMAs | | | | | | | |
| 86 | | Fidelity: x1895 | Shalini Ahmed as Custodian for UTMA | $94,978.91 | $94,990.96 | 7 | |
| 87 | | Fidelity: x8036 | Shalini Ahmed as Custodian for UTMA | $95,314.93 | $95,385.45 | 8 | |
| 88 | | Fidelity: x9441 | Shalini Ahmed as Custodian for UTMA | $84,931.26 | $84,931.26 | 9 | |
| 89 | | TD Ameritrade: x7666 | Daniel G. Johnson as Custodian, Child I.I. 2 | $1,071,396.79 | $1,081,418.83 | 12 | |
| 90 | | TD Ameritrade: x7674 | Daniel G. Johnson as Custodian, Child I.I. 1 | $1,191,202.01 | $1,204,966.82 | 13 | |
| 91 | | TD Ameritrade: x7700 | Daniel G. Johnson as Custodian, Child I.I. 3 | $327,948.35 | $331,624.05 | 14 | |
| 92 | | Bank of America Trust: x4104 | Iftikar Ahmed as Custodian for UTMA for Child I.I. | $5,002.79 | $5,002.81 | 25 | |
| 93 | | Bank of America Trust: x0070 | Iftikar Ahmed as Custodian for UTMA for Child I.I. | $5,002.79 | $5,002.83 | 26 | |
| 94 | | Bank of America Trust: x5699 | Iftikar Ahmed as Custodian for UTMA for Child I.I. | $5,004.02 | $5,004.04 | 27 | |
| | | **SUBTOTAL** | | **$2,880,781.85** | **$2,908,327.05** | | |
| | | **RELIEF DEFENDANTS SUBTOTAL** | | **$58,278,628.45** | **$54,585,679.94** | | |
| | | **GRAND TOTAL** | | **$141,441,752.92** | **$86,336,523.57** | | |

[1] The current balance of NT x5218 is $5,359,620.19 . Relief Defendants list a substantial portion of this account balance as belonging to the Iftikar A. Ahmed Family Trust, referencing an alleged interest in Rakitfi held by the Family Trust.  Any alleged interest is irrelevant because Defendant controlled both Rakitfi and the Family Trust, and Defendant opened and controlled NT x5218.