# EXHIBIT   1

# Activity in Case 3:15-cv-00675-JBA United States Securities and Exchange Commission v. Ahmed et al Set Deadlines/Hearings

May 16, 2018 at 7:42 PM

From CMECF@ctd.uscourts.gov

To CMECF@ctd.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court
District of Connecticut

**Notice of Electronic Filing**

The following transaction was entered on 5/16/2018 at 10:11 AM EDT and filed on 5/16/2018

**Case Name:** United States Securities and Exchange Commission v. Ahmed et al
**Case Number:** 3:15-cv-00675-JBA
**Filer:**
**Document Number:** No document attached
**Docket Text:**
**Set Deadlines/Hearings: Dispositive Motions due by 5/29/2018 (Tooker, A.)**

3:15-cv-00675-JBA Notice has been electronically mailed to:

Paul E. Knag     pknag@murthalaw.com, jcaulfield@murthalaw.com, mgarcia@murthalaw.com

David T. Grudberg     dgrudberg@carmodylaw.com, cfasciano@carmodylaw.com

John B. Hughes     john.hughes@usdoj.gov, CaseView.ECF@usdoj.gov, Elisha.Biega@usdoj.gov, USACT.ECF@usdoj.gov

David B. Deitch     ddeitch@sc-harris.com

Michael D. Blanchard     michael.blanchard@morganlewis.com, emily.renshaw@morganlewis.com, jason.frank@morganlewis.com

Kristen Luise Zaehringer     kzaehringer@murthalaw.com, jcaulfield@murthalaw.com, mgarcia@murthalaw.com

Alexander Sakin     asakin@sc-harris.com

Nicholas Peter Heinke     heinken@sec.gov, blomgrene@sec.gov, kasperg@sec.gov, nesvign@sec.gov, orakerj@sec.gov, pinkstonm@sec.gov

Mark Lander Williams     williamsml@sec.gov, blomgrene@sec.gov, kasperg@sec.gov, nesvig@sec.gov,