# EXHIBIT 2

# Activity in Case 3:15-cv-00675-JBA United States Securities and Exchange Commission v. Ahmed et al Memorandum in Support of Motion

May 30, 2018 at 9:43 AM

From CMECF@ctd.uscourts.gov

To CMECF@ctd.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court
District of Connecticut

**Notice of Electronic Filing**

The following transaction was entered by Williams, Mark on 5/30/2018 at 0:12 AM EDT and filed on 5/29/2018

| | |
|---|---|
| Case Name: | United States Securities and Exchange Commission v. Ahmed et al |
| Case Number: | 3:15-cv-00675-JBA |
| Filer: | United States Securities and Exchange Commission |
| Document Number: | 888 |

Docket Text:
**Memorandum in Support re [886] MOTION for Judgment** *and Remedies* **filed by United States Securities and Exchange Commission. (Attachments: # (1) Exhibit, # (2) Exhibit, # (3) Exhibit, # (4) Exhibit, # (5) Exhibit, # (6) Exhibit, # (7) Exhibit, # (8) Exhibit, # (9) Exhibit, # (10) Exhibit, # (11) Exhibit, # (12) Exhibit, # (13) Exhibit, # (14) Exhibit, # (15) Exhibit, # (16) Exhibit, # (17) Exhibit, # (18) Exhibit, # (19) Exhibit, # (20) Exhibit, # (21) Exhibit, # (22) Exhibit, # (23) Exhibit, # (24) Exhibit, # (25) Exhibit, # (26) Exhibit, # (27) Exhibit, # (28) Exhibit, # (29) Exhibit, # (30) Exhibit, # (31) Exhibit, # (32) Exhibit, # (33) Exhibit, # (34) Exhibit, # (35) Exhibit, # (36) Exhibit, # (37) Exhibit, # (38) Exhibit, # (39) Exhibit, # (40) Exhibit, # (41) Exhibit, # (42) Exhibit, # (43) Exhibit, # (44) Exhibit)(Williams, Mark)**

3:15-cv-00675-JBA Notice has been electronically mailed to:

Alexander Sakin &nbsp &nbsp asakin@sc-harris.com

David B. Deitch &nbsp &nbsp ddeitch@sc-harris.com

David T. Grudberg &nbsp &nbsp dgrudberg@carmodylaw.com, cfasciano@carmodylaw.com

Iftikar Ahmed &nbsp &nbsp IFTYAHMED@ICLOUD.COM

Jeffrey E. Oraker &nbsp &nbsp orakerj@sec.gov

John B. Hughes &nbsp &nbsp john.hughes@usdoj.gov, CaseView.ECF@usdoj.gov, Elisha.Biega@usdoj.gov, USACT.ECF@usdoj.gov