# EXHIBIT 3

# Activity in Case 3:15-cv-00675-JBA United States Securities and Exchange Commission v. Ahmed et al Sealed Document

May 30, 2018 at 9:53 AM

From CMECF@ctd.uscourts.gov

To CMECF@ctd.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court
District of Connecticut

**Notice of Electronic Filing**

The following transaction was entered by Williams, Mark on 5/30/2018 at 0:23 AM EDT and filed on 5/30/2018

Case Name:     United States Securities and Exchange Commission v. Ahmed et al
Case Number:     3:15-cv-00675-JBA
Filer:     United States Securities and Exchange Commission
Document Number: 890

Docket Text:
**Sealed Document: Grace Ames Affidavit With Exhibits A through P by United States Securities and Exchange Commission re [886] MOTION for Judgment *and Remedies* . (Attachments: # (1) Exhibit A, # (2) Exhibit B, # (3) Exhibit C, # (4) Exhibit D, # (5) Exhibit E, # (6) Exhibit F, # (7) Exhibit G, # (8) Exhibit H, # (9) Exhibit I, # (10) Exhibit J, # (11) Exhibit K, # (12) Exhibit L, # (13) Exhibit M, # (14) Exhibit N, # (15) Exhibit O, # (16) Exhibit P)(Williams, Mark)**

3:15-cv-00675-JBA Notice has been electronically mailed to:

Alexander Sakin     asakin@sc-harris.com

David B. Deitch     ddeitch@sc-harris.com

David T. Grudberg     dgrudberg@carmodylaw.com, cfasciano@carmodylaw.com

Iftikar Ahmed     IFTYAHMED@ICLOUD.COM

Jeffrey E. Oraker     orakerj@sec.gov

John B. Hughes     john.hughes@usdoj.gov, CaseView.ECF@usdoj.gov, Elisha.Biega@usdoj.gov, USACT.ECF@usdoj.gov

Jonathan Harris     jon@sc-harris.com

Joseph Gallagher     jgallagher@sc-harris.com