# EXHIBIT 2

**Harris, St. Laurent & Chaudhry LLP**
40 Wall St. 53rd floor
New York, NY 10005
212-397-3370

03-09-2018

**Shalini Ahmed**

**Invoice Number: 7597**
Invoice Period: 01-02-2018 - 02-28-2018

**RE: PC09046-001 SEC v Ahmed (1085-101)**

## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01-02-2018 | Gabriel Hayes-Williams | Telephone call w/ S. Ahmed; coordinate release of living expenses | 0.750 | 375.00 | 281.25 |
| 01-03-2018 | Gabriel Hayes-Williams | Telephone calls w/ Ahmed and teleconf. w/ AIG representative (1.25); Review opposition brief from SEC; drafting reply (4.75) | 6.000 | 375.00 | 2,250.00 |
| 01-03-2018 | Jonathan Harris | read filing by I.Ahmed | 0.250 | 750.00 | 187.50 |
| 01-04-2018 | Jonathan Harris | review motion; call w/YA; strategy | 0.500 | 750.00 | 375.00 |
| 01-04-2018 | Reid Skibell | Email correspondence re: reply brief. | 0.250 | 600.00 | 150.00 |
| 01-04-2018 | Gabriel Hayes-Williams | Review email from S. Ahmed, Draft revisions to reply for AIG motion; telephone call w/ S. Ahmed re same; email and calls w/ Y. Aronoff; draft further revisions; email/calls w/ S. Ahmed; filing | 4.500 | 375.00 | 1,687.50 |
| 01-04-2018 | Yonaton Aronoff | Review, revise reply brief drafts, confs. w/GH re: same. | 1.500 | 650.00 | 975.00 |
| 01-05-2018 | Gabriel Hayes-Williams | Email w/ Court personnel re hearing availability | 0.250 | 375.00 | 93.75 |
| 01-05-2018 | Jonathan Harris | case strategy | 0.250 | 750.00 | 187.50 |
| 01-06-2018 | Jonathan Harris | case organization and strategy; prepare for call with court | 0.500 | 750.00 | 375.00 |
| 01-06-2018 | Reid Skibell | email correspondence re: hearing. | 0.250 | 600.00 | 150.00 |
| 01-08-2018 | Jonathan Harris | review papers; meet w/GHW in preparation for conference; court conference; strategy | 2.250 | 750.00 | 1,687.50 |
| 01-08-2018 | Reid Skibell | Email correspondence re: hearing. | 0.250 | 600.00 | 150.00 |
| 01-08-2018 | David Deitch | Review motion regarding life insurance premium; participate in conference call regarding hearing on same. | 0.500 | 600.00 | 300.00 |
| 01-08-2018 | Gabriel Hayes-Williams | Review motion papers; hold call w/ S. Ahmed; Prepare for, conference w/ Court re AIG insurance policy; follow up calls w/ S. Ahmed, SEC counsel re order implementation | 3.750 | 375.00 | 1,406.25 |
| 01-09-2018 | Gabriel Hayes-Williams | Telephone call w/ S. Ahmed; email w/ SEC re deposit confirmation | 0.500 | 375.00 | 187.50 |
| 01-10-2018 | Gabriel Hayes-Williams | Email w/ SEC/ S. Ahmed; telephone call w/ Ahmed re American Express, conv. w/ R. Skibell re same, review emails from S. Ahmed | 0.750 | 375.00 | 281.25 |
| 01-11-2018 | Gabriel Hayes- | Coordinate AIG payment; email w/ S. Ahmed re AIG, | 1.000 | 375.00 | 375.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | Williams | email w/ SEC re same | | | |
| 01-12-2018 | Gabriel Hayes-Williams | Email SEC re AIG payment; draft consent motion re DIYA apartment unit insurance; email w/ SEC re same; email w/ S. Ahmed re AIG, email w/ SEC re same | 1.250 | 375.00 | 468.75 |
| 01-14-2018 | Jonathan Harris | review additional authority filed by I. Ahmed; case organization | 0.500 | 750.00 | 375.00 |
| 01-18-2018 | Jonathan Harris | review motion filed by I.Ahmed; strategy | 0.500 | 750.00 | 375.00 |
| 01-18-2018 | Gabriel Hayes-Williams | Email w/ SEC re insurance and tax preparation motions | 0.250 | 375.00 | 93.75 |
| 01-19-2018 | Gabriel Hayes-Williams | Telephone call w/ S. Ahmed re pending motion, various issues; email I. Ahmed re hearing transcript; revise consent motion re apartment insurance per discussions and agreement with SEC and file | 1.750 | 375.00 | 656.25 |
| 01-21-2018 | Jonathan Harris | review papers submitted by I. Ahmed | 0.250 | 750.00 | 187.50 |
| 01-22-2018 | Gabriel Hayes-Williams | Telephone call w/ S. Ahmed | 0.500 | 375.00 | 187.50 |
| 01-23-2018 | Gabriel Hayes-Williams | Review prior correspondence and draft emails to SEC re apartment common charges, position liquidation, and tax preparation; telephone call w/ S. Ahmed | 1.500 | 375.00 | 562.50 |
| 01-24-2018 | Gabriel Hayes-Williams | Email w/ local counsel re pending motion; follow up calls w/ same and w/ S. Ahmed | 0.750 | 375.00 | 281.25 |
| 01-25-2018 | Gabriel Hayes-Williams | Telephone call w/ S. Ahmed; review response email from SEC and strategy; follow-up email to S. Ahmed re same; telephone call w/ local counsel ████ ████████ file consent motion | 2.250 | 375.00 | 843.75 |
| 01-26-2018 | Gabriel Hayes-Williams | Review docket and orders issued; email w/ local counsel re same | 0.500 | 375.00 | 187.50 |
| 01-26-2018 | Jonathan Harris | review orders | 0.250 | 750.00 | 187.50 |
| 01-30-2018 | Gabriel Hayes-Williams | Review email from SEC; review email from I. Ahmed; emails w/ S. Ahmed; ████████ ████████████ exchange drafts w/ S. Ahmed; email SEC re same | 2.750 | 375.00 | 1,031.25 |
| 01-31-2018 | Gabriel Hayes-Williams | Email w/ office and coordinate communications w/ Fidelity; review email from SEC, communicate w/ partners re ████████ | 1.000 | 375.00 | 375.00 |
| 01-31-2018 | Jonathan Harris | evaluate proposed motion to transfer assets | 0.250 | 750.00 | 187.50 |
| 02-01-2018 | Jonathan Harris | call w/GHW re potential motion; emails; case strategy | 0.750 | 750.00 | 562.50 |
| 02-01-2018 | Gabriel Hayes-Williams | Telephone call w/ J. Harris; follow up email to S. Ahmed; edits to draft consent motion | 0.750 | 375.00 | 281.25 |
| 02-01-2018 | David Deitch | Emails regarding ████████████████. | 0.250 | 600.00 | 150.00 |
| 02-02-2018 | Gabriel Hayes-Williams | Telephone call w/ S. Ahmed | 0.500 | 375.00 | 187.50 |
| 02-02-2018 | Gabriel Hayes-Williams | Draft emails to SEC/I. Ahmed re consent for Fidelity portfolio rebalance | 0.750 | 375.00 | 281.25 |
| 02-02-2018 | Jonathan Harris | engaged re ████████████████████ | 0.750 | 750.00 | 562.50 |
| 02-04-2018 | Gabriel Hayes-Williams | Review and respond to email from S. Ahmed; email SEC re confirmation of order sent to Bank of America | 0.500 | 375.00 | 187.50 |
| 02-05-2018 | Gabriel Hayes-Williams | Coordinate re-fax to fidelity; email w/ S. Ahmed | 0.250 | 375.00 | 93.75 |
| 02-06-2018 | David Deitch | Review submissions on motions for summary judgment; emails regarding oral argument. | 2.000 | 600.00 | 1,200.00 |
| 02-06-2018 | Reid Skibell | Conference with D. Deitch re: oral argument on SJ motion; attention to email correspondence re: same. | 0.500 | 600.00 | 300.00 |
| 02-07-2018 | Jonathan Harris | prepare w/RS and DD for summary judgment oral argument; confer w/GHW re ████████ | 1.750 | 750.00 | 1,312.50 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02-07-2018 | David Deitch | Review submissions for summary judgment; conference with R. Skibell and J. Harris regarding oral argument; draft PowerPoint for same. | 5.500 | 600.00 | 3,300.00 |
| 02-07-2018 | Reid Skibell | Conference with D. Deitch re: oral argument. | 0.500 | 600.00 | 300.00 |
| 02-07-2018 | Gabriel Hayes-Williams | Telephone call w/ S. Ahmed re various issues; draft edits to consent motion/order re ▇▇▇▇▇▇▇▇ email J. Harris re same; disc. w/ J. Harris re fidelity, other developments; attention to additional document production; telephone call and email w/ S. Ahmed re same | 2.000 | 375.00 | 750.00 |
| 02-08-2018 | Gabriel Hayes-Williams | Email with S. Ahmed re insurance payment; draft motion/order for common charges, repairs; email w/ SEC re same | 1.250 | 375.00 | 468.75 |
| 02-08-2018 | Reid Skibell | Conference with D. Deitch re: oral argument. | 0.500 | 600.00 | 300.00 |
| 02-08-2018 | David Deitch | Review MSJ submissions; prepare PPT for oral argument. | 5.500 | 600.00 | 3,300.00 |
| 02-09-2018 | David Deitch | Review briefs, draft PPT, and prepare for oral argument. | 5.000 | 600.00 | 3,000.00 |
| 02-12-2018 | Gabriel Hayes-Williams | Begin review of summary judgment materials; delegate binder preparation re same; brief discussion w/ R. Skibell; Meeting w/ J. Harris, R. Skibell, D. Deitch, K. Zaehringer; telephone call w/ S. Ahmed; attention to scheduling | 2.750 | 375.00 | 1,031.25 |
| 02-12-2018 | David Deitch | Draft PPT and prepare for oral argument on summary judgment motions; telephone conference with J. Harris and R. Skibell regarding same. | 5.750 | 600.00 | 3,450.00 |
| 02-12-2018 | Reid Skibell | Email correspondence re: oral argument; conference with G. Hayes-WIlliams re: materials; telephone conference; revise slide. | 2.000 | 600.00 | 1,200.00 |
| 02-12-2018 | Jonathan Harris | review oral argument presentation; team call; prepare for SJ oral argument | 1.500 | 750.00 | 1,125.00 |
| 02-12-2018 | Priya Chaudhry | review docs; emails; meet | 1.000 | 750.00 | 750.00 |
| 02-13-2018 | Jonathan Harris | confer w/GHW re motions; prepare for oral argument | 0.500 | 750.00 | 375.00 |
| 02-13-2018 | David Deitch | Revise PPT and prepare for oral argument. | 4.500 | 600.00 | 2,700.00 |
| 02-13-2018 | Nathan Conway | Binder Creation | 2.000 | 125.00 | 250.00 |
| 02-14-2018 | Nathan Conway | Binder Creation (2x and Exhibits Binder) | 3.500 | 125.00 | 437.50 |
| 02-14-2018 | David Deitch | Prepare for oral argument. | 3.750 | 600.00 | 2,250.00 |
| 02-14-2018 | Reid Skibell | Email correspondence re: summary judgment; review slides. | 0.500 | 600.00 | 300.00 |
| 02-15-2018 | David Deitch | Prepare for oral argument on summary judgment motions; revise powerpoint for same. | 4.250 | 600.00 | 2,550.00 |
| 02-16-2018 | David Deitch | Review case law for oral argument. | 1.500 | 600.00 | 900.00 |
| 02-16-2018 | Gabriel Hayes-Williams | Email S. Ahmed re moot court prep; other argument preparation issues, telephone call re same | 0.500 | 375.00 | 187.50 |
| 02-16-2018 | Reid Skibell | Telephone conference with J. Harris re: summary judgment; attention to email correspondence re: same. | 0.500 | 600.00 | 300.00 |
| 02-16-2018 | Priya Chaudhry | review PPT drafts; internal meeting | 1.500 | 750.00 | 1,125.00 |
| 02-16-2018 | Jonathan Harris | work on presentation for oral argument | 1.250 | 750.00 | 937.50 |
| 02-17-2018 | Jonathan Harris | work on presentation for oral argument | 4.000 | 750.00 | 3,000.00 |
| 02-18-2018 | Jonathan Harris | emails; calls; work on oral argument presentation; review papers filed by I.Ahmed | 1.000 | 750.00 | 750.00 |
| 02-18-2018 | Reid Skibell | Telephone confernece with J. Harris re: summary judgment oral argument; review slides for same; email correspondence re: case strategy. | 1.250 | 600.00 | 750.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02-18-2018 | David Deitch | Emails regarding presentation for oral argument; revise same. | 2.000 | 600.00 | 1,200.00 |
| 02-19-2018 | David Deitch | Emails regarding presentation for oral argument; revise same. | 2.000 | 600.00 | 1,200.00 |
| 02-19-2018 | Gabriel Hayes-Williams | Review and revise summary judgment argument presentation | 2.000 | 375.00 | 750.00 |
| 02-19-2018 | Jonathan Harris | prepare for oral argument; review motion filed by I.Ahmed | 1.500 | 750.00 | 1,125.00 |
| 02-20-2018 | Reid Skibell | Conference with D. Deitch re: oral argument; review briefs; prepare for mock oral argument. | 2.500 | 600.00 | 1,500.00 |
| 02-20-2018 | Jonathan Harris | prepare for oral argument | 3.000 | 750.00 | 2,250.00 |
| 02-20-2018 | Gabriel Hayes-Williams | Email w/ K. Zaehringer, telephone call w/ S. Ahmed; pull and circulate supplemental authority filings | 1.000 | 375.00 | 375.00 |
| 02-20-2018 | David Deitch | Prepare for oral argument on motion for summary judgment. | 3.500 | 600.00 | 2,100.00 |
| 02-21-2018 | David Deitch | Prepare for oral argument on motion for summary judgment; moot argument for same. | 6.000 | 600.00 | 3,600.00 |
| 02-21-2018 | Gabriel Hayes-Williams | Moot argument and discussions w/ summary judgment team and S. Ahmed | 2.750 | 375.00 | 1,031.25 |
| 02-21-2018 | Andrew St. Laurent | Prep for & participate in moot court with DD, JH, Zaehringer, LRS, JH & client. | 2.500 | 625.00 | 1,562.50 |
| 02-21-2018 | Reid Skibell | Prepare for and participate in mock oral argument. | 3.500 | 600.00 | 2,100.00 |
| 02-21-2018 | Jonathan Harris | prepare for and mock oral argument; revisions to slides | 3.000 | 750.00 | 2,250.00 |
| 02-22-2018 | Jonathan Harris | prepare for oral argument; emails | 0.250 | 750.00 | 187.50 |
| 02-22-2018 | David Deitch | Review client materials relating to oral argument; email client regarding same. | 1.000 | 600.00 | 600.00 |
| 02-24-2018 | Jonathan Harris | prepare for oral argument; emails | 0.250 | 750.00 | 187.50 |
| 02-25-2018 | Jonathan Harris | call w/Shalini Ahmed re oral argument; emails; strategy | 0.750 | 750.00 | 562.50 |
| 02-26-2018 | Jonathan Harris | engaged re email sent to court by atty for I. Ahmed; prep for oral argument | 1.250 | 750.00 | 937.50 |
| 02-26-2018 | Priya Chaudhry | review emails; review docs; internal meeting | 1.000 | 750.00 | 750.00 |
| 02-26-2018 | Reid Skibell | Review spousal consent form and email correspondence. | 0.250 | 600.00 | 150.00 |
| 02-26-2018 | David Deitch | Review submission from Indian attorney; emails regarding same; prepare for oral argument on summary judgment motions. | 3.500 | 600.00 | 2,100.00 |
| 02-26-2018 | Gabriel Hayes-Williams | Pull outstanding motion for health insurance increase; respond to email from S. Ahmed; review email from J. Amritraj re harassment; meeting w/ J. Harris, telephone call w/ K. Zaehringer; telephone call w/ M. Williams; draft update emails, strategize response, follow-up email w/ J. Harris | 1.250 | 375.00 | 468.75 |
| 02-27-2018 | Gabriel Hayes-Williams | Prepare for, meet w/ D. Deitch, J. Harris, K. Zaehringer re summary judgment argument; review/edit transaction summary materials for argument | 1.250 | 375.00 | 468.75 |
| 02-27-2018 | David Deitch | Prepare for oral argument on motion for summary judgment. | 4.500 | 600.00 | 2,700.00 |
| 02-27-2018 | Jonathan Harris | calls; prepare for oral argument; review motion filed by I. Ahmed | 1.750 | 750.00 | 1,312.50 |
| 02-28-2018 | Jonathan Harris | prepare for, travel, oral argument; confer re post argument strategy | 7.500 | 750.00 | 5,625.00 |
| 02-28-2018 | Priya Chaudhry | internal meeting to discuss ▆▆▆▆▆ | 1.000 | 750.00 | 750.00 |
| 02-28-2018 | Reid Skibell | Telephone conference with D. Deitch re: oral argument; conference with J. Harris re: oral argument and strategy. | 1.000 | 600.00 | 600.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|--------------|-------------|-------|------|--------|
| 02-28-2018 | David Deitch | Travel to/from NY to New Haven; participate in oral argument on summary judgment motions. | 9.500 | 600.00 | 5,700.00 |
| 02-28-2018 | Gabriel Hayes-Williams | Recap meeting re summary judgment argument; email w/ S. Ahmed | 0.500 | 375.00 | 187.50 |
| | | | | **Total Fees** | 102,337.50 |

## Time Summary

| Professional | Hours | Rate | Amount |
|--------------|-------|------|--------|
| Andrew St. Laurent | 2.500 | 625.00 | 1,562.50 |
| David Deitch | 70.500 | 600.00 | 42,300.00 |
| Gabriel Hayes-Williams | 48.000 | 375.00 | 18,000.00 |
| Jonathan Harris | 36.250 | 750.00 | 27,187.50 |
| Nathan Conway | 5.500 | 125.00 | 687.50 |
| Priya Chaudhry | 4.500 | 750.00 | 3,375.00 |
| Reid Skibell | 13.750 | 600.00 | 8,250.00 |
| Yonaton Aronoff | 1.500 | 650.00 | 975.00 |
| | | **Total Fees** | 102,337.50 |

## Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 01-02-2018 | Inv# 248678 Morgan & Brother Manhattan Storage Company Occupancy from 1/12/2018 to 2/12/2018 | 102.00 |
| 02-08-2018 | Certified USPS Mail | 3.95 |
| 02-08-2018 | Morgan & Brother Manhattan Storage Company Inv# 249757 | 102.00 |
| 02-20-2018 | Amtrak - Trainfare between DC and NY for moot for oral argument. | 349.00 |
| 02-22-2018 | Amtrak - Additional trainfare between DC and NY for moot for oral argument. | 63.00 |
| 02-27-2018 | Seamless - meal w/ DD while prepping for oral argument | 60.10 |
| 02-27-2018 | Amtrak - Transfare between DC and NY for oral argument. | 379.00 |
| | **Total Expenses** | 1,059.05 |
| | **Total for this Invoice** | 103,396.55 |
| | **Total Balance Due for Matter** | 1,330,624.87 |

# Matter Statement of Account

As Of 05-24-2018

| Matter | Invoices / Credits | Trust | Balance Due |
|---|---:|---:|---:|
| PC09046-001 SEC v Ahmed | 1,330,624.87 | | 1,330,624.87 |
| | **Total Balance Due for Matter** | | **1,330,624.87** |

## PC09046-001 SEC v Ahmed

### Transactions

| Date | Transaction | Applied | Invoice | Amount |
|---|---|---:|---:|---:|
| 01-11-2018 | Previous Balance | | | 1,322,524.40 |
| 01-22-2018 | Payment Applied | 37,903.77 | 2963 | |
| 01-22-2018 | Payment Applied | 3,589.46 | 2963 | |
| 01-22-2018 | Payment Applied | 1,502.01 | 7204 | |
| 01-22-2018 | Payment Applied | 306.00 | 7412 | |
| 01-22-2018 | Payment Applied | 36,944.06 | 4119 | |
| 03-09-2018 | Invoice 7597 | | | 103,396.55 |
| 04-13-2018 | Payment Received - Reference 4050000295 | | | (54,971.95) |
| 04-13-2018 | Payment Received - Reference 4050000296 | | | (40,018.13) |
| 04-13-2018 | Payment Applied | 1,059.05 | 7597 | |
| 04-13-2018 | Payment Applied | 53,912.90 | 4119 | |
| 04-13-2018 | Payment Applied | 23,489.29 | 4119 | |
| 04-13-2018 | Payment Applied | 16,528.84 | 4509 | |
| 04-16-2018 | Payment Received - Reference 927684559 | | | (306.00) |
| 04-16-2018 | Payment Applied | 306.00 | 4509 | |
| | | | **Balance** | **1,330,624.87** |

### Open Invoices and Credits

| Date | Transaction | Amount | Applied | Balance |
|---|---|---:|---:|---:|
| 08-24-2016 | Invoice 4509 | 86,537.17 | (19,159.51) | 67,377.66 |
| 10-05-2016 | Invoice 4827 | 61,072.78 | (5,676.53) | 55,396.25 |
| 11-07-2016 | Invoice 5022 | 89,674.32 | (3,140.57) | 86,533.75 |
| 12-06-2016 | Invoice 5319 | 94,243.07 | (658.07) | 93,585.00 |
| 01-11-2017 | Invoice 5544 | 124,032.81 | (2,579.06) | 121,453.75 |
| 02-24-2017 | Invoice 5689 | 179,164.23 | (4,260.48) | 174,903.75 |
| 04-12-2017 | Invoice 6186 | 279,901.93 | (45,875.01) | 234,026.92 |
| 05-22-2017 | Invoice 6379 | 76,203.58 | (2,142.04) | 74,061.54 |
| 06-14-2017 | Invoice 6464 | 77,615.26 | (3,946.51) | 73,668.75 |
| 07-07-2017 | Invoice 6580 | 105,391.73 | (845.48) | 104,546.25 |
| 08-08-2017 | Invoice 6751 | 91,351.75 | (905.50) | 90,446.25 |
| 09-11-2017 | Invoice 6904 | 11,426.51 | (339.01) | 11,087.50 |
| 10-12-2017 | Invoice 7010 | 16,875.00 | | 16,875.00 |
| 11-20-2017 | Invoice 7204 | 6,677.01 | (1,502.01) | 5,175.00 |
| 01-11-2018 | Invoice 7412 | 19,456.00 | (306.00) | 19,150.00 |
| 03-09-2018 | Invoice 7597 | 103,396.55 | (1,059.05) | 102,337.50 |
| | | | **Balance** | **1,330,624.87** |

**Shalini Ahmed**

03-09-2018

**Harris, St. Laurent & Chaudhry LLP**
40 Wall St. 53rd floor
New York, NY 10005

**Invoice Number: 7597**
Invoice Period: 01-02-2018 - 02-28-2018

## REMITTANCE COPY
**Please Include with Payment**

**RE: PC09046-001 SEC v Ahmed (1085-101)**

| | |
|---|---:|
| **Fees** | 102,337.50 |
| **Expenses** | 1,059.05 |
| **Total for this Invoice** | 103,396.55 |
| **Total Balance Due for Matter** | 1,330,624.87 |

Payment may be made by check to:
Harris, St. Laurent & Chaudhry LLP
40 Wall Street, 53rd Floor
New York, NY 10005

Or by wire transfer:
Account Name: Harris, St. Laurent & Chaudhry LLP
Account Number: 811160217
ABA Number: 021 000 021
Swift Code: CHASUS33
Bank: JPMorgan Private Bank-DE, Private Banking Division