# EXHIBIT 3

Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



**Invoice Number: 560605**
March 22, 2018

VIA EMAIL: jon@sc-harris.com
Shalini Ahmed, et al.
c/o Harris, St. Laurent & Chaudhry LLP
Attn: Jonathan Harris, Esq.
40 Wall Street, 53rd Floor
New York, NY 10005

Client:   003944 .... Ahmed, Shalini, et al.
Matter:   003944-0001 .... Adv. United States Securities and Exchange Commission

---

For **PROFESSIONAL SERVICES** through February 28, 2018                    **$16,875.00**

**Disbursements**

| | | |
|---|---|---|
| Parking Expenses | 14.00 | |
| Travel Expenses | 52.50 | |
| United Parcel Service | 8.93 | |
| | **Total Disbursements:** | **$75.43** |

| | |
|---|---|
| **Current Invoice Total:** | **$16,950.43** |
| Previous Balance Outstanding: | $133,190.55 |
| *Interest Charged on Previous Balance:* | $1,178.79 |
| *(More Than 60 Days Overdue)* | |
| **BALANCE DUE:** | **$151,319.77** |

*Thank you for your business.*

**Murtha Cullina LLP**
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



**Invoice Number: 560605**
March 22, 2018

Client:     003944 .... Ahmed, Shalini, et al.
Matter:     003944-0001 .... Adv. United States Securities and Exchange Commission

### Client Funds Account Summary

| | |
|---|---|
| **Previous Client Funds Balance:** | **$25,000.00** |
| New Client Funds Received: | $0.00 |
| Additional Client Funds Disbursed: | $0.00 |
| **Ending Client Funds Balance:** | **$25,000.00** |

*Thank you for your business.*

**Murtha Cullina LLP**
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



**Invoice Number: 560605**
March 22, 2018

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... Adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| 02/01/18 | Zaehringer | 0.1 | Conference with P. E. Knag regarding pending motions and anticipated motions. | $39.00 |
| 02/06/18 | Zaehringer | 0.1 | Reviewed District Court's order scheduling February 28 oral argument on parties' motions for summary judgment. | $39.00 |
| 02/07/18 | Zaehringer | 0.3 | Emails (several) with P. E. Knag and D. Deitch regarding REDACTED REDACTED | $117.00 |
| 02/07/18 | Zaehringer | 0.2 | Checked on status of motion no. 770 (Relief Defendants' motion to modify asset freeze order to increase monthly releases for living expenses); emails with G. Hayes-Williams (several) regarding same. | $78.00 |
| 02/07/18 | Knag | 0.2 | Work on argument regarding summary judgment. | $124.00 |
| 02/09/18 | Knag | 0.5 | Attention to summary judgment. | $310.00 |
| 02/09/18 | Zaehringer | 0.1 | Reviewed I. Ahmed's thirteenth notice of supplemental authority in support of his motion for summary judgment; reviewed attached F.T.C. v. Bishop decision. | $39.00 |
| 02/12/18 | Zaehringer | 0.6 | Conference call with J. Harris, D. Deitch, and G. Hayes-Williams regarding strategy for hearing on motion for summary judgment. | $234.00 |
| 02/12/18 | Zaehringer | 0.6 | Conference with P. E. Knag regarding strategy for summary judgment argument REDACTED REDACTED | $234.00 |
| 02/12/18 | Zaehringer | 0.2 | Emails with J. Harris (several) regarding REDACTED | $78.00 |
| 02/12/18 | Zaehringer | 0.2 | Reviewed I. Ahmed's fourteenth notice of supplemental authority in support of his motion | $78.00 |

*Thank you for your business.*



**Invoice Number: 560605**
March 22, 2018

Client:   003944 .... Ahmed, Shalini, et al.
Matter:   003944-0001 .... Adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| | | | for summary judgment; reviewed attached SEC v. Durham case. | |
| 02/14/18 | Zaehringer | 0.5 | Began outlining arguments for hearing on parties' motions for summary judgment. | $195.00 |
| 02/14/18 | Zaehringer | 0.2 | Reviewed Relief Defendants' consent motion to modify asset freeze to release funds for payment of common charges for apartments; drafted letter to Judge Arterton regarding courtesy copy of such motion, per her individual practice rules. | $78.00 |
| 02/14/18 | Knag | 0.2 | Attention to new filing. | $124.00 |
| 02/17/18 | Zaehringer | 2.0 | Researched tolling doctrines and caselaw developments since filing of motion for summary judgment papers, in order to prepare for hearing on same. | $780.00 |
| 02/17/18 | Zaehringer | 2.0 | Researched post-Kokesh caselaw developments in order to prepare for argument on motion for summary judgment. | $780.00 |
| 02/18/18 | Zaehringer | 4.0 | Reviewed all motion papers and briefs regarding the three cross-motions for summary judgment filed by I. Ahmed, the SEC, and the Relief Defendants, and worked on arguments for summary judgment hearing. | $1,560.00 |
| 02/19/18 | Knag | 0.3 | Attention to new filings. | $186.00 |
| 02/20/18 | Zaehringer | 0.2 | Reviewed email from J. Harris regarding new authority for Kokesh argument. | $78.00 |
| 02/20/18 | Zaehringer | 0.4 | Telephone call with D. Deitch regarding strategy for REDACTED REDACTED | $156.00 |
| 02/20/18 | Zaehringer | 0.7 | Emails (several) with J. Harris and G. Hayes-Williams regarding REDACTED | $273.00 |

*Thank you for your business.*

Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



**Invoice Number: 560605**
March 22, 2018

Client:     003944 .... Ahmed, Shalini, et al.
Matter:     003944-0001 .... Adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| | | | REDACTED | |
| 02/21/18 | Zaehringer | 9.3 | Prepared for moot session; participated in moot session of summary judgment argument with J. Harris, D. Deitch, R. Skibell, A. St. Laurent, G. Hayes-Williams, and client. | $3,627.00 |
| 02/21/18 | Zaehringer | 0.2 | Telephone call with P. E. Knag regarding REDACTED | $78.00 |
| 02/21/18 | Knag | 0.5 | Telephone calls regarding upcoming argument and work on argument. | $310.00 |
| 02/22/18 | Zaehringer | 0.1 | Reviewed District Court's order granting Relief Defendants' motion to modify asset freeze order to release funds to pay for expenses regarding apartments. | $39.00 |
| 02/23/18 | Zaehringer | 0.5 | Reviewed I. Ahmed's fifteenth notice of supplemental authority in support of his motion for summary judgment and accompanying exhibits; reviewed I. Ahmed's sixteenth notice of supplemental authority in support of his motion for summary judgment and accompanying exhibits; reviewed I. Ahmed's seventeenth notice of supplemental authority in support of his motion for summary judgment and accompanying exhibits; review I. Ahmed's eighteenth notice of supplemental authority in support of his motion for summary judgment with exhibits; reviewed I. Ahmed's nineteenth notice of supplemental authority in support of his motion for summary judgment with exhibits. | $195.00 |
| 02/25/18 | Zaehringer | 2.5 | Prepared for hearing on motions for summary judgment. | $975.00 |
| 02/26/18 | Knag | 0.6 | Attention to letter regarding sexual issues. | $372.00 |

*Thank you for your business.*

**Murtha Cullina LLP**
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



**Invoice Number: 560605**
March 22, 2018

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... Adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| 02/26/18 | Zaehringer | 0.1 | Reviewed I. Ahmed's twentieth notice of supplemental authority in support of his motion for summary judgment and attachments thereto. | $39.00 |
| 02/26/18 | Zaehringer | 0.1 | Reviewed email from Jaideep Amritraj, "advocate for I. Ahmed", to Court regarding "harassing communications". | $39.00 |
| 02/26/18 | Zaehringer | 0.2 | Telephone call with G. Hayes-Williams regarding REDACTED | $78.00 |
| 02/26/18 | Zaehringer | 0.2 | Emails (several) with J. Harris, D. Deitch, and G. Hayes-Williams regarding strategy for REDACTED REDACTED | $78.00 |
| 02/26/18 | Zaehringer | 0.5 | Prepared for next-day meeting with D. Deitch, J. Harris, and G. Hayes-Williams regarding hearing on motions for summary judgment. | $195.00 |
| 02/27/18 | Zaehringer | 0.2 | Reviewed emails (several) from S. Ahmed and J. Harris regarding REDACTED REDACTED | $78.00 |
| 02/27/18 | Zaehringer | 0.2 | Conference with P. E. Knag regarding REDACTED REDACTED | $78.00 |
| 02/27/18 | Zaehringer | 4.2 | Prepared for moot session for summary judgment hearing. | $1,638.00 |
| 02/27/18 | Zaehringer | 0.6 | Moot session with J. Harris and D. Deitch regarding summary judgment hearing. | $234.00 |
| 02/27/18 | Zaehringer | 0.1 | Further conference call with P. E. Knag and J. Harris regarding REDACTED | $39.00 |
| 02/27/18 | Zaehringer | 0.2 | Further emails with G. Hayes-Williams (several) regarding REDACTED | $78.00 |

*Thank you for your business.*

Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



**Invoice Number: 560605**
March 22, 2018

Client:    003944 .... Ahmed, Shalini, et al.
Matter:   003944-0001 .... Adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| | | | REDACTED t; reviewed and commented on updated materials. | |
| 02/27/18 | Knag | 0.5 | Work on issues relating to motion. | $310.00 |
| 02/27/18 | Knag | 0.2 | Work on argument. | $124.00 |
| 02/28/18 | Zaehringer | 1.7 | Further prepared for hearing on motions for summary judgment. | $663.00 |
| 02/28/18 | Zaehringer | 5.0 | Pre-hearing meeting with J. Harris and S. Ahmed; appeared at hearing on motions for summary judgment; post-hearing meeting with J. Harris and S. Ahmed. | $1,950.00 |
| 02/28/18 | Zaehringer | 0.2 | Reported to P. E. Knag regarding hearing on motions for summary judgment and strategy regarding District Court's proposal for advisory jury verdict on equitable claims at trial. | $78.00 |
| | **Total Hours:** | **41.5** | **Total Amount:** | **$16,875.00** |

### Disbursement Detail

| Date | Description | Amount |
|------|-------------|--------|
| 02/14/18 | United Parcel Service "U.S. District Court, District of CT, 141 Church Street" | $8.93 |
| 02/21/18 | Parking Expenses Parking - Kristen Zaehringer - Parking at Union Station in New Haven, CT, for train travel to New York, NY, for moot session with client; 02/21/2018 | $14.00 |
| 02/21/18 | Travel Expenses Train - Kristen Zaehringer - Train fare from New Haven, CT, to New York, NY, for moot session with client; 02/21/2018 | $52.50 |
| | **Total Disbursements:** | **$75.43** |

*Thank you for your business.*

**Murtha Cullina LLP**
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



**MURTHA CULLINA**
ATTORNEYS AT LAW

**Invoice Number: 562133**
April 26, 2018

VIA EMAIL: jon@sc-harris.com
Shalini Ahmed, et al.
c/o Harris, St. Laurent & Chaudhry LLP
Attn: Jonathan Harris, Esq.
40 Wall Street, 53rd Floor
New York, NY 10005

Client:   003944 .... Ahmed, Shalini, et al.
Matter:   003944-0001 .... Adv. United States Securities and Exchange Commission

---

For **PROFESSIONAL SERVICES** through March 31, 2018                           **$8,084.00**

**Disbursements**

| | | |
|---|---|---|
| Travel Expenses | 10.20 | |
| United Parcel Service | 39.41 | |
| **Total Disbursements:** | | **$49.61** |

| | |
|---|---|
| **Current Invoice Total:** | **$8,133.61** |
| Previous Balance Outstanding: | $140,765.32 |
| *Interest Charged on Previous Balance:* | $1,129.18 |
| *(More Than 60 Days Overdue)* | |
| **BALANCE DUE:** | **$150,028.11** |

*Thank you for your business.*

Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



**Invoice Number: 562133**
April 26, 2018

Client:   003944 .... Ahmed, Shalini, et al.
Matter:   003944-0001 .... Adv. United States Securities and Exchange Commission

## Client Funds Account Summary

| | |
|---|---|
| **Previous Client Funds Balance:** | **$25,000.00** |
| New Client Funds Received: | $0.00 |
| Additional Client Funds Disbursed: | $0.00 |
| **Ending Client Funds Balance:** | **$25,000.00** |

*Thank you for your business.*

Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



**Invoice Number: 562133**
April 26, 2018

Client:  003944 .... Ahmed, Shalini, et al.
Matter:  003944-0001 .... Adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| 03/02/18 | Knag | 0.5 | Attention to filing. | $310.00 |
| 03/02/18 | Zaehringer | 0.2 | Reviewed I. Ahmed's twenty-first notice of supplemental authority in support of his motion for summary judgment, and accompanying cases. | $78.00 |
| 03/05/18 | Zaehringer | 0.2 | Reviewed I. Ahmed's twenty-second notice of supplemental authority in support of his motion for summary judgment, and attachments. | $78.00 |
| 03/05/18 | Zaehringer | 0.1 | Reviewed I. Ahmed's motion to invest cash in frozen accounts and exhibits thereto. | $39.00 |
| 03/06/18 | Zaehringer | 0.1 | Reviewed District Court's minute entry regarding hearing on motions for summary judgment. | $39.00 |
| 03/08/18 | Zaehringer | 1.0 | Emails and telephone call with G. Hayes-Williams regarding REDACTED (0.6); conference with P. E. Knag regarding same (0.4). | $390.00 |
| 03/08/18 | Knag | 0.4 | Conference with K. L. Zaehringer regarding developments. | $248.00 |
| 03/13/18 | Knag | 0.2 | Attention to filings. | $124.00 |
| 03/14/18 | Zaehringer | 0.2 | Reviewed Relief Defendants' consent motion to modify asset freeze order for payment of common charges on apartment units; drafted email to G. Hayes-Williams regarding same; drafted letter to Judge Arterton regarding courtesy copy of such motion, pursuant to her individual practice rules. | $78.00 |
| 03/14/18 | Zaehringer | 0.2 | Emails with G. Hayes-Williams (several) regarding attorneys' fee application and status of other potential motions. | $78.00 |
| 03/15/18 | Zaehringer | 0.2 | Reviewed Relief Defendants' consent motion to | $78.00 |

*Thank you for your business.*



**Invoice Number: 562133**
April 26, 2018

Client:  003944 .... Ahmed, Shalini, et al.
Matter:  003944-0001 .... Adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| | | | modify asset freeze to release funds for payment of insurance; drafted letter to Judge Arterton regarding courtesy copy of such motion, pursuant to her individual practice rules. | |
| 03/16/18 | Caulfield | 0.1 | Redacted Murtha Cullina LLP invoices per K. L. Zaehringer's designation for use as exhibit to Relief Defendants' newest attorneys' fee application. | $24.00 |
| 03/16/18 | Zaehringer | 0.4 | Reviewed draft of Relief Defendants' newest motion for attorneys' fees and designated redactions for attorney-client information from exhibits (0.3); drafted email to G. Hayes-Williams regarding same (0.1). | $156.00 |
| 03/16/18 | Zaehringer | 0.1 | Reported to P. E. Knag regarding case developments and REDACTED REDACTED | $39.00 |
| 03/16/18 | Knag | 0.1 | Review developments. | $62.00 |
| 03/19/18 | Zaehringer | 0.2 | Reviewed J. Harris' email to S. Ahmed regarding REDACTED; reported on same to P. E. Knag. | $78.00 |
| 03/19/18 | Zaehringer | 0.1 | Reviewed District Court's orders (two) granting Relief Defendants' consent motions to modify asset freeze to release funds for payment of insurance and common charges. | $39.00 |
| 03/19/18 | Zaehringer | 0.3 | Telephone call with P. E. Knag regarding strategy. | $117.00 |
| 03/19/18 | Knag | 0.5 | Attention to D. Deitch departure; attention to new filings. | $310.00 |
| 03/20/18 | Zaehringer | 0.3 | Reviewed plaintiff's fifth notice of supplemental authority in opposition to I. Ahmed's and Relief Defendants' motions for summary judgment, and two new decisions. | $117.00 |

*Thank you for your business.*



**Murtha Cullina LLP**
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015

**Invoice Number: 562133**
April 26, 2018

Client:    003944 .... Ahmed, Shalini, et al.
Matter:    003944-0001 .... Adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| 03/20/18 | Zaehringer | 0.1 | Reviewed plaintiff's response in opposition to I. Ahmed's motion to invest cash assets in U.S.-equity market index linked securities. | $39.00 |
| 03/20/18 | Zaehringer | 0.1 | Emails with G. Hayes-Williams (several) regarding REDACTED | $39.00 |
| 03/20/18 | Knag | 0.5 | Worked on next steps. | $310.00 |
| 03/21/18 | Knag | 0.2 | Attention to next steps. | $124.00 |
| 03/21/18 | Zaehringer | 0.1 | Reviewed correspondence from S. Ahmed regarding REDACTED | $39.00 |
| 03/21/18 | Zaehringer | 0.1 | Reviewed District Court's order denying I. Ahmed's motion for permission to sign protective order and for access to investigative file. | $39.00 |
| 03/21/18 | Zaehringer | 0.1 | Emails (several) with P. E. Knag and J. Harris regarding trial. | $39.00 |
| 03/21/18 | Zaehringer | 0.1 | Reviewed District Court's order denying I. Ahmed's motion to sanction Oak for misrepresentations in its May 4, 2017 deposition. | $39.00 |
| 03/22/18 | Zaehringer | 0.1 | Reviewed I. Ahmed's reply to plaintiff's response in opposition to his motion for permission to invest assets in U.S.-equity market index linked securities. | $39.00 |
| 03/22/18 | Knag | 0.3 | Worked on next steps. | $186.00 |
| 03/26/18 | Zaehringer | 1.0 | Reviewed District Court's order on defendants' motions for modification of asset freeze order under Kokesh case (0.6); emails (several) with P. E. Knag, J. Harris, and D. Deitch regarding strategy in view of same. | $390.00 |
| 03/26/18 | Zaehringer | 0.5 | Reviewed District Court's ruling on parties' motions to seal (0.3); emails with G. Hayes- | $195.00 |

*Thank you for your business.*

Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



MURTHA
CULLINA
ATTORNEYS AT LAW

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... Adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| | | | Williams (several) regarding potential future motions in view of same; reported to P. E. Knag regarding same (0.2). | |
| 03/26/18 | Zaehringer | 0.2 | Reviewed email from Jaideep Amritraj, "Advocate for I. Ahmed", to the District Court regarding "harassment and witness intimidation" and attachments. | $78.00 |
| 03/26/18 | Zaehringer | 0.1 | Reviewed memorandum from J. Harris regarding strategy. | $39.00 |
| 03/26/18 | Knag | 1.0 | Attention to decision and follow-up. | $620.00 |
| 03/27/18 | Zaehringer | 0.5 | Reviewed P. E. Knag's memorandum regarding strategy in view of prior-day rulings; follow-up meeting with P. E. Knag regarding same. | $195.00 |
| 03/27/18 | Zaehringer | 0.1 | Drafted further email to J. Harris, D. Deitch, and G. Hayes-Williams regarding potential motions in view of prior-day rulings. | $39.00 |
| 03/28/18 | Zaehringer | 0.2 | Reviewed Relief Defendants' consent application for release of funds for partial payment of attorneys' fees and disbursements, as filed with the District Court; drafted letter to Judge Arterton regarding courtesy copy, per her individual practice rules. | $78.00 |
| 03/28/18 | Knag | 0.5 | Attention to next steps. | $310.00 |
| 03/29/18 | Zaehringer | 0.2 | Reviewed Relief Defendants' consent motion to modify asset freeze order to release funds for payment of common charges on Relief Defendant's apartments; drafted letter to Judge Arterton regarding courtesy copy of such motion, per her individual practice rules. | $78.00 |
| 03/29/18 | Zaehringer | 0.2 | Reviewed District Court's decision denying I. Ahmed's motion to compel Oak to comply with | $78.00 |

*Thank you for your business.*

Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



**Invoice Number: 562133**
April 26, 2018

Client:    003944 .... Ahmed, Shalini, et al.
Matter:   003944-0001 .... Adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| | | | May 23, 2017 subpoena. | |
| 03/30/18 | Zaehringer | 0.2 | Reviewed District Court's decision granting Oak's motion to supplement the record, denying its motion to strike pleadings, and granting its motions to seal documents. | $78.00 |
| 03/30/18 | Zaehringer | 0.1 | Reviewed District Court's notice scheduling April 4, 2018 telephonic status conference with the Court; updated deadlines regarding same. | $39.00 |
| 03/30/18 | Zaehringer | 0.1 | Reviewed District Court's order granting Relief Defendants' recent motion to modify asset freeze order to release funds for payment of common charges of apartments. | $39.00 |
| 03/30/18 | Zaehringer | 0.1 | Reviewed email from M. Williams regarding April 4 court conference. | $39.00 |
| 03/30/18 | Zaehringer | 3.0 | Reviewed District Court's 69-page decision on parties' cross-motions for summary judgment; formulated Relief Defendants' arguments for reconsideration, appeal, motion to modify asset freeze, and a hearing in damages; drafted memorandum to P. E. Knag regarding same. | $1,170.00 |
| 03/30/18 | Zaehringer | 0.7 | Telephone call with P. E. Knag regarding REDACTED REDACTED REDACTED and strategy. | $273.00 |
| 03/30/18 | Zaehringer | 0.5 | Telephone call with G. Hayes-Williams regarding District Court's memorandum of decision on parties' motions for summary judgment and strategy. | $195.00 |
| 03/30/18 | Zaehringer | 0.3 | Reviewed emails (several) from D. Deitch, P. Chaudhry, P. E. Knag, and G. Hayes-Williams regarding REDACTED REDACTED | $117.00 |

*Thank you for your business.*

Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



**Invoice Number: 562133**
April 26, 2018

Client:   003944 .... Ahmed, Shalini, et al.
Matter:   003944-0001 .... Adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| 03/30/18 | Knag | 1.0 | Attention to decision and next steps. | $620.00 |
| 03/31/18 | Zaehringer | 0.1 | Reviewed email from I. Ahmed to all parties regarding April 4 court conference. | $39.00 |
| | **Total Hours:** | **17.7** | **Total Amount:** | **$8,084.00** |

## Disbursement Detail

| Date | Description | Amount |
|------|-------------|--------|
| 02/28/18 | Travel Expenses - K. L. Zaehringer - Roundtrip mileage to New Haven to attend hearing before Judge Arterton | $10.20 |
| 03/14/18 | UPS from K. L. Zaehringer to Judge Arterton enclosing courtesy copy of ECF No. 820 | $8.96 |
| 03/16/18 | UPS from K. L. Zaehringer to Judge Arterton enclosing courtesy copy of ECF No. 821 | $8.96 |
| 03/28/18 | UPS from K. L. Zaehringer to Judge Arterton enclosing courtesy copy of ECF No. 831 | $12.53 |
| 03/29/18 | UPS from K. L. Zaehringer to Judge Arterton enclosing courtesy copy of ECF No. 832 | $8.96 |
| | **Total Disbursements:** | **$49.61** |

*Thank you for your business.*

Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



**Invoice Number: 563165**
May 18, 2018

VIA EMAIL: jon@sc-harris.com
Shalini Ahmed, et al.
c/o Harris, St. Laurent & Chaudhry LLP
Attn: Jonathan Harris, Esq.
40 Wall Street, 53rd Floor
New York, NY 10005

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... Adv. United States Securities and Exchange Commission

---

For **PROFESSIONAL SERVICES** through April 30, 2018     **$12,400.00**

**Disbursements**
   United Parcel Service      17.88
                 **Total Disbursements:**     **$17.88**

                 **Current Invoice Total:**     **$12,417.88**
                 Previous Balance Outstanding:     $150,028.11
                 *Interest Charged on Previous Balance:*     $1,129.18
                 *(More Than 60 Days Overdue)*
                 **BALANCE DUE:**     **$163,575.17**

*Thank you for your business.*



Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015

**Invoice Number: 563165**
May 18, 2018

Client:    003944 .... Ahmed, Shalini, et al.
Matter:    003944-0001 .... Adv. United States Securities and Exchange Commission

## Client Funds Account Summary

| | |
|---|---|
| **Previous Client Funds Balance:** | **$25,000.00** |
| New Client Funds Received: | $0.00 |
| Additional Client Funds Disbursed: | $0.00 |
| **Ending Client Funds Balance:** | **$25,000.00** |

*Thank you for your business.*

Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



**Invoice Number: 563165**
May 18, 2018

Client: 003944 .... Ahmed, Shalini, et al.
Matter: 003944-0001 .... Adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| 04/02/18 | Zaehringer | 0.6 | Reviewed I. Ahmed's motion seeking full accounting of assets and immediate release of assets in excess of freeze ceiling amount; formulated further arguments for Relief Defendants' potential motions. | $234.00 |
| 04/03/18 | Zaehringer | 0.4 | Email and telephone call with G. Hayes-Williams regarding strategy for next-day hearing and Relief Defendants' potential motions. | $156.00 |
| 04/03/18 | Zaehringer | 0.6 | Prepared for next-day status conference and hearing. | $234.00 |
| 04/03/18 | Zaehringer | 0.1 | Reviewed emails (several) from I. Ahmed and J. Denker regarding logistics for next-day telephonic status conference and hearing. | $39.00 |
| 04/03/18 | Zaehringer | 0.1 | Reviewed emails (several) from J. Harris to M. Williams and N. Heinke regarding joint proposal; reviewed emails from M. Williams regarding same. | $39.00 |
| 04/03/18 | Zaehringer | 0.1 | Reviewed District Court's order granting Relief Defendants' recent consent application for release of funds for partial payment of attorneys' fees and disbursements. | $39.00 |
| 04/03/18 | Knag | 0.3 | Work on strategy. | $186.00 |
| 04/04/18 | Zaehringer | 0.1 | Reviewed email from I. Ahmed to all counsel regarding logistics for today's telephonic status conference and hearing; reviewed email from M. Williams regarding same. | $39.00 |
| 04/04/18 | Zaehringer | 0.1 | Reviewed I. Ahmed's motion to withdraw his recent motion for full accounting and immediate release of assets above freeze ceiling; reviewed District Court's order granting such withdrawal. | $39.00 |

*Thank you for your business.*

Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



ATTORNEYS AT LAW

**Invoice Number: 563165**
May 18, 2018

Client:  003944 .... Ahmed, Shalini, et al.
Matter:  003944-0001 .... Adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| 04/04/18 | Zaehringer | 1.6 | Prepared for court conference (0.1); appeared at telephonic status conference and hearing with Judge Arterton (1.5). | $624.00 |
| 04/04/18 | Zaehringer | 0.8 | Reported to P. E. Knag regarding strategy in view of today's telephonic status conference with the Court. | $312.00 |
| 04/05/18 | Zaehringer | 0.1 | Reviewed District Court's minute entry for April 4, 2018 hearing. | $39.00 |
| 04/05/18 | Zaehringer | 0.2 | Reviewed District Court's written order (a) denying I. Ahmed's September 2017 emergency motion for release of funds for medical treatment, (b) denying I. Ahmed's September 2017 motion for immediate release of funds for payment of all overdue federal and state taxes, (c) denying I. Ahmed's November 2017 motion for release of funds to allow payment of 2016 personal state and federal taxes, and (d) granting in part and denying in part Relief Defendants November 2017 motion to modify asset freeze order to increase monthly releases for living expenses; reviewed District Court's amended scheduling order; updated deadlines regarding same; reported to P. E. Knag regarding same. | $78.00 |
| 04/06/18 | Knag | 0.5 | Attention to court orders and strategy. | $310.00 |
| 04/07/18 | Knag | 0.1 | E-mail regarding court action. | $62.00 |
| 04/08/18 | Knag | 0.5 | Attention to filing. | $310.00 |
| 04/09/18 | Zaehringer | 0.2 | Conference with P. E. Knag regarding strategy. | $78.00 |
| 04/09/18 | Zaehringer | 0.1 | Reviewed email memorandum from P. E. Knag regarding strategy. | $39.00 |
| 04/09/18 | Zaehringer | 0.3 | Telephone call with G. Hayes-Williams regarding | $117.00 |

*Thank you for your business.*



**Invoice Number: 563165**
May 18, 2018

Client:   003944 .... Ahmed, Shalini, et al.
Matter:   003944-0001 .... Adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| | | | REDACTED | |
| | | | REDACTED (0.2); reported to P. E. Knag regarding same (0.1). | |
| 04/10/18 | Zaehringer | 0.1 | Reviewed I. Ahmed's motion for extension regarding motion for permission to file an interlocutory appeal of summary judgment ruling; reviewed I. Ahmed's motion for extension to file interlocutory appeal of asset freeze ruling. | $39.00 |
| 04/10/18 | Zaehringer | 0.1 | Reviewed plaintiff's consent motion for transfer of investment distributions. | $39.00 |
| 04/12/18 | Knag | 0.5 | Attention to various issues and e-mails regarding court filings. | $310.00 |
| 04/13/18 | Knag | 0.5 | Work on letter to court. | $310.00 |
| 04/13/18 | Zaehringer | 0.3 | Reviewed Relief Defendants' letter to the Court regarding jury claim. | $117.00 |
| 04/16/18 | Zaehringer | 0.1 | Reviewed District Court's order granting plaintiff's consent motion for transfer of investment distributions. | $39.00 |
| 04/16/18 | Zaehringer | 0.3 | Reviewed I. Ahmed's two motions for extension of time to file motion for interlocutory appeal (0.2); email with G. Hayes-Williams regarding REDACTED (0.1). | $117.00 |
| 04/16/18 | Zaehringer | 0.2 | Emails with P. E. Knag regarding strategy REDACTED REDACTED | $78.00 |
| 04/17/18 | Knag | 0.5 | Attention to new filings. | $310.00 |
| 04/17/18 | Zaehringer | 0.1 | Reviewed Relief Defendants' motion to extend time to file statement of assets; attention to Judge Arterton's courtesy copy of such filing. | $39.00 |
| 04/17/18 | Zaehringer | 0.1 | Reviewed email from Judge Arterton's Law Clerk J. Denker to all parties and counsel directing | $39.00 |

*Thank you for your business.*



**Invoice Number: 563165**
May 18, 2018

Client:     003944 .... Ahmed, Shalini, et al.
Matter:    003944-0001 .... Adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| | | | plaintiff to respond to certain filing by April 20, 2018; reviewed email from I. Ahmed to the District Court and all parties regarding same. | |
| 04/17/18 | Zaehringer | 0.1 | Reviewed plaintiff's consented-to motion to release certain funds to pay state taxes owed by Essell Farms LLC. | $39.00 |
| 04/18/18 | Zaehringer | 0.1 | Reviewed plaintiff's opposition to Relief Defendants' motion to extend time to file statement of assets. | $39.00 |
| 04/19/18 | Zaehringer | 0.1 | Reviewed plaintiff's consolidated response to I. Ahmed's two motions for extension of time to file interlocutory appeal. | $39.00 |
| 04/19/18 | Caulfield | 0.1 | Reviewed email from G. Hayes-Williams requesting shipment of courtesy copy to Judge Arterton; drafted letter to Judge Arterton regarding courtesy copy of Relief Defendants' motion to extend time to file statement of assets, per her individual practices rules. | $24.00 |
| 04/19/18 | Zaehringer | 0.1 | Reviewed District Court's order granting Relief Defendants' motion to extend time to file statement of assets; updated deadlines regarding same. | $39.00 |
| 04/19/18 | Knag | 0.1 | Attention to new filings. | $62.00 |
| 04/20/18 | Zaehringer | 0.1 | Reviewed District Court's order granting plaintiff's consented-to motion for release of funds for payment of state taxes owed by Essell Farms LLC. | $39.00 |
| 04/24/18 | Zaehringer | 0.1 | Reviewed District Court's order vacating its prior order referring case to Magistrate Judge. | $39.00 |
| 04/26/18 | Zaehringer | 0.6 | Emails and meeting with P. E. Knag on case developments and strategy REDACTED | $234.00 |

*Thank you for your business.*

Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



**Invoice Number: 563165**
May 18, 2018

Client:    003944 .... Ahmed, Shalini, et al.
Matter:   003944-0001 .... Adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| 04/26/18 | Zaehringer | 0.4 | Telephone calls and emails with G. Hayes-Williams regarding REDACTED REDACTED | $156.00 |
| 04/26/18 | Zaehringer | 0.4 | Further meeting with P. E. Knag regarding strategy; further telephone calls and emails with G. Hayes-Williams and P. E. Knag regarding strategy for REDACTED | $156.00 |
| 04/26/18 | Zaehringer | 0.3 | Reviewed Relief Defendants' four consent motions for release of funds for: (1) payment of Delaware state taxes for I-Cubed; (2) payment of taxes for DIYA; (3) payment of rental fees on safety deposit boxes; and (4) increased health insurance costs. | $117.00 |
| 04/26/18 | Knag | 2.0 | Worked on asset issues. | $1,240.00 |
| 04/26/18 | Zaehringer | 0.2 | Began conducting research on REDACTED REDACTED | $78.00 |
| 04/27/18 | Zaehringer | 0.1 | Drafted letter to Judge Arterton regarding courtesy copy of Relief Defendants' four prior-day consent motions, per her individual practice rules. | $39.00 |
| 04/27/18 | Zaehringer | 0.1 | Reviewed District Court's order denying I. Ahmed's four consent motions for extension of time to file motions for interlocutory appeals. | $39.00 |
| 04/27/18 | Kaelin | 0.3 | Telephone conference with K. Zaehringer regarding case information and strategy regarding REDACTED | $156.00 |
| 04/27/18 | Zaehringer | 4.3 | Reviewed and commented on draft of Relief Defendants' combined list of assets and correspondence to Judge Arterton regarding caselaw on procedures for asset distribution. | $1,677.00 |

*Thank you for your business.*

Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



**Invoice Number: 563165**
May 18, 2018

Client:      003944 .... Ahmed, Shalini, et al.
Matter:     003944-0001 .... Adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| 04/27/18 | Zaehringer | 1.0 | In-person meeting, telephone calls, and emails with P. E. Knag regarding drafts of Relief Defendants' list of assets and proposed procedures for distributions of assets. | $390.00 |
| 04/27/18 | Zaehringer | 0.6 | Telephone calls with G. Hayes-Williams (several) regarding Murtha Cullina's proposed revisions to Relief Defendants' list of assets and suggestions regarding legal arguments for REDACTED | $234.00 |
| 04/27/18 | Zaehringer | 0.2 | Drafted correspondence to G. Hayes-Williams (several) regarding today's filing and additional arguments. | $78.00 |
| 04/27/18 | Zaehringer | 0.3 | Telephone call and emails with R. E. Kaelin regarding REDACTED, REDACTED and potential legal arguments for damages phase of case. | $117.00 |
| 04/27/18 | Zaehringer | 0.1 | Drafted letter to Judge Arterton regarding courtesy copy of Relief Defendants' list of assets, per her individual practice rules. | $39.00 |
| 04/27/18 | Zaehringer | 1.3 | Began conducting legal research for arguments REDACTED for damages phase of case. | $507.00 |
| 04/27/18 | Zaehringer | 0.2 | Reviewed correspondence from client S. Ahmed regarding REDACTED REDACTED; conference with P. E. Knag regarding same. | $78.00 |
| 04/27/18 | Knag | 1.0 | Worked on issues regarding nominee and jointly-held property. | $620.00 |
| 04/30/18 | Zaehringer | 0.1 | Draft email with G. Hayes-Williams regarding filing deadline for renewed motions to seal. | $39.00 |
| 04/30/18 | Zaehringer | 0.3 | Reviewed email from G. Hayes-Williams | $117.00 |

*Thank you for your business.*

Murtha Cullina LLP
Payment Remittance: Dept. 101011 PO Box 150435 | Hartford, CT 06115-0435
Phone 860.240.6000 | Fax 860.240.6150 | www.murthalaw.com
Federal ID: 06-0686015



**Invoice Number: 563165**
May 18, 2018

Client:    003944 .... Ahmed, Shalini, et al.
Matter:    003944-0001 .... Adv. United States Securities and Exchange Commission

| Date | Timekeeper | Hours | Description | Amount |
|------|-----------|-------|-------------|--------|
| | | | regarding questions on REDACTED REDACTED (0.1); telephone call with G. Hayes-Williams regarding same (0.2). | |
| 04/30/18 | Zaehringer | 0.3 | Conducted legal research on REDACTED \|REDACTED and drafted reply email to G. Hayes-Williams regarding same. | $117.00 |
| 04/30/18 | Zaehringer | 2.3 | Conducted legal research on REDACTED \|REDACTED | $897.00 |
| 04/30/18 | Zaehringer | 0.6 | Telephone call with P. E. Knag regarding research on Connecticut law on REDACTED \|REDACTED and case developments. | $234.00 |
| 04/30/18 | Knag | 0.5 | Worked on legal issues regarding nominee and joint holdings. | $310.00 |

|  | **Total Hours:** | **27.9** | **Total Amount:** | **$12,400.00** |

## Disbursement Detail

| Date | Description | Amount |
|------|-------------|--------|
| 04/19/18 | UPS from K. L. Zaehringer to Judge Arterton enclosing courtesy copy of ECF No. 851 | $8.94 |
| 04/27/18 | United Parcel Service - United Parcel Service Hon. Janet B. Artert, US Disctrict Court | $8.94 |

| | **Total Disbursements:** | **$17.88** |

*Thank you for your business.*