UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

         Plaintiff,

  v.

IFTIKAR AHMED,

         Defendant, and

IFTIKAR ALI AHMED SOLE PROP *et al*

         Relief Defendants.

Civil Action No. 3:15-cv-675 (JBA)

SEPTEMBER 13TH, 2018

## EMERGENCY MOTION FOR RELEASE OF FUNDS FOR CANCER TREATMENT

The *pro se* Defendant respectfully begs and humbly requests the esteemed Court for an urgent Order directing the immediate release of adequate funds of up to $200 only for the Defendant's medical treatment for cancer in India.

In light of the esteemed Court's Ruling on Plaintiff's Motion for Remedies and Judgment[1] [Doc. #955 dated 06th September 2018] and even the disputed asset schedule submitted by the Plaintiff themselves [Doc. #888-1 dated 29TH May 2018], there is now no legal, ethical, moral and practical reason to withhold funds from the Defendant to seek urgent medical attention to survive.

*This is an emergency prayer and time is of the essence.*

---

[1] By submitting this Motion, the Defendant does not waive any of his rights or defenses in this dispute, and does not waive his right to appeal parts or the entirety of the Ruling or any subsequent order(s) of this esteemed Court.

Without urgent medical attention, the life of the Defendant is in imminent danger. Being an (*illegal at that*) alien in India, the Defendant does not have the requisite credentials (e.g. the equivalent of a Social Security Number) to seek medical treatment in any federal or state-run medical hospital. And the Defendant is not some *machine* or *automobile* where a mechanic can look at it at no cost to submit an estimate of the expenses for certain repairs. The private medical industry in India does not provide any such estimate before being paid for a medical assessment first to determine what tests are or will be required. The Defendant has tried every single way of getting some estimate from many private medical facilities; but expertise in cancer treatment is neither available in every hospital, nor will the ones that specialize in cancer treatment offer any such estimates without payment for an assessment first.

The Defendant has conferred with the SEC, and they do not consent to the request - please see **Exhibit 1** for the email communication. The Defendant is now fighting for his life with the recurrence of his cancer in an ever-more aggressive form that needs urgent medical attention for him to even have a chance of survival. The SEC will likely take their full procedurally allocated 21-day period to respond to this Motion, but the Defendant likely needs a decision way sooner than that. The Defendant will not submit a Reply to any such SEC Response in the interest of time as there really remains very little to be debated in this context.

**WHEREFORE**, the Defendant humbly submits and respectfully requests that this motion be immediately granted, together with such other and further relief as the Court may deem to be necessary and proper.

Respectfully Submitted,

Dated:        September 13th, 2016         /s/ Iftikar Ahmed
                                                              _____
                                                              Iftikar A. Ahmed
                                                              C/O Advocate Anil Sharma
                                                              Government Place East
                                                              Kolkata 700069, India
                                                              Tel: +91.98.30.089.945
                                                              Email: iftyahmed@icloud.com
                                                              *Pro Se*

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and served by electronic mail to:

Nicholas P. Heinke
U.S. Securities and Exchange Commission
Byron G. Rogers Federal Building
1961 Stout Street, Ste. 1700
Denver, CO 80294
(303) 844-1071
Email: heinken@sec.gov

Mark L. Williams
U.S. Securities and Exchange Commission
Byron G. Rogers Federal Building
1961 Stout Street, Ste. 1700
Denver, CO 80294
(303) 844-1027
Email: williamsml@sec.gov

Alexander Sakin
Harris, St. Laurent & Chaudhry LLP
40 Wall Street, 53rd Floor
New York, NY 10005
(646) 461-2279
Fax: (212) 202-6206
Email: asakin@sc-harris.com

David B. Deitch
Harris, St. Laurent & Chaudhry LLP VA
1818 Library Street, Suite 500
Reston, VA 20190
(703) 956-3549
Fax: (703) 935-0349
Email: ddeitch@sc-harris.com

Jonathan Harris
Harris, St. Laurent & Chaudhry LLP
40 Wall Street, 53rd Floor
New York, NY 10005
(646) 395-3481
Fax: (212) 202-6206
Email: jon@sc-harris.com

L. Reid Skibell
Harris, St. Laurent & Chaudhry LLP
40 Wall Street, 53rd Floor
New York, NY 10005
(917) 512-9466
Fax: (212) 202-6206
Email: rskibell@sc-harris.com

Priya Chaudhry
Harris, St. Laurent & Chaudhry LLP
40 Wall Street, 53rd Floor
New York, NY 10005
(212) 785-5550
Fax: (212) 202-6206
Email: priya@sc-harris.com

Steven Gabriel Hayes Williams
Harris, St. Lauren & Chaudhry LLP
40 Wall Street, 53rd Floor
New York, NY 10005
(212) 397-3370
Fax: (212) 202-6206
Email: ghayeswilliams@sc-harris.com

Kristen Luise Zaehringer
Murtha Cullina, LLP
177 Broad Street, 4th Floor
Stamford, CT 06901
(203) 653-5406
Fax: (860) 240-5758
Email: kzaehringer@murthalaw.com

Paul E. Knag
Murtha Cullina, LLP
177 Broad Street, 4th Floor
Stamford, CT 06901
(203) 653-5400
Fax: (203) 653-5444
Email: pknag@murthalaw.com

Dated: September 13th, 2016           /s/ Iftikar Ahmed

                                                                            Iftikar A. Ahmed
                                                                            C/O Advocate Anil Sharma
                                                                            Government Place East
                                                                             Behind Kanpur Leather House
                                                                             Kolkata 700069, India
                                                                             Tel: +91.98.30.089.945
                                                                             Email: iftyahmed@icloud.com

                                                                             *Pro Se*