UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>IFTIKAR AHMED,<br><br>Defendant, and<br><br>IFTIKAR ALI AHMED SOLE PROP; I-CUBED DOMAINS, LLC; SHALINI AHMED; SHALINI AHMED 2014 GRANTOR RETAINED ANNUITY TRUST; DIYA HOLDINGS LLC; DIYA REAL HOLDINGS, LLC; I.I. 1, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; I.I. 2, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; and I.I. 3, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents,<br><br>Relief Defendants. | Civil Action No. 3:15cv675 (JBA) |

**PLAINTIFF UNITED STATES SECURITIES AND EXCHANGE COMMISSION'S NOTICE REGARDING THE ESSELL FARMS, LLC**

Plaintiff United States Securities and Exchange Commission ("SEC") hereby files this notice regarding The Essell Farms, LLC ("Essell Farms"). Essell Farms owns a farm property in New York state. *See, e.g.*, Doc. # 402. It has come to the SEC's attention that, when Essell Farms purchased the farm property in 2012, an error was made in the deed and an adjacent residence was inadvertently included in the deed. It has further come to the SEC's attention that the adjacent residence is in the process of being sold, and Mr. Ahmed and the owner of the residence are in the process of correcting the deed to permit the sale of the residence. Since the residence

was not intended to be sold to Essell Farms, and thus is not an asset of Essell Farms subject to the asset freeze, the SEC does not contend that a modification of the Court's Preliminary Injunction Order [Doc. # 113] is necessary. However, in an abundance of caution, the SEC files this notice to inform the Court of the above events.

DATED: September 25, 2018.

>*s/ Nicholas P. Heinke*
> Nicholas P. Heinke
> Mark L. Williams
> U.S. Securities and Exchange Commission
> 1961 Stout Street, Suite 1700
> Denver, CO 80294-1961
> (303) 844-1071 (Heinke)
> (303) 844-1027 (Williams)
> HeinkeN@sec.gov
> WilliamsML@sec.gov
> Attorneys for Plaintiff

- 3 -

## CERTIFICATE OF SERVICE

I certify that on September 25, 2018, a copy of the foregoing document was emailed to Defendant Iftikar Ahmed at IftyAhmed@icloud.com, and served via ECF upon the following:

Jonathan Harris
Reid Skibell
David Deitch
S. Gabriel Hayes-Williams
Joseph Gallagher
Harris, St. Laurent & Chaudhry LLP
40 Wall Street, 53rd Floor
New York, NY 10005
(Counsel for Relief Defendants).

                                                    s/ *Nicholas P. Heinke*
                                                    Nicholas P. Heinke