# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION

            Plaintiff,

    *v*.

IFTIKAR AHMED

            Defendant, and

IFTIKAR ALI AHMED SOLE PROP; *et al*

            Relief Defendants

Civil Action No. 3:15-cv-675 (JBA)

December 04ᵀᴴ, 2018

**DEFENDANT'S RESPONSE TO RELIEF DEFENDANTS' EMERGENCY MOTION [DOC. # 1010] AND THE SEC'S RESPONSE [DOC. #1045] TO MODIFY ASSET FREEZE TO RELEASE FUNDS TO PAY LIFE INSURNCE PREMIUMS**

The *pro se* Defendant respectfully submits this Response to the Relief Defendants' Motion [Doc. #1010] for release of funds to pay the imminently due annual premiums for two life insurance policies (the "Motion") and the SEC's Response [Doc. #1045] to the Motion.

The Defendant has __no__ objection to the payment of the life insurance premiums from the assets that belong to the Relief Defendants as in preceding years as previously ordered by this esteemed Court.

Respectfully Submitted,

Dated:          December 04TH, 2018          /s/ Iftikar Ahmed

_____
Iftikar A. Ahmed
C/O Advocate Anil Sharma
Government Place East
Kolkata 700069, India
Tel: +91-983-008-9945
Email: iftyahmed@icloud.com
*Pro Se*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and served by electronic mail to:

Nicholas P. Heinke
U.S. Securities and Exchange Commission
Byron G. Rogers Federal Building
1961 Stout Street, Ste. 1700
Denver, CO 80294
(303) 844-1071
Email: heinken@sec.gov

Mark L. Williams
U.S. Securities and Exchange Commission
Byron G. Rogers Federal Building
1961 Stout Street, Ste. 1700
Denver, CO 80294
(303) 844-1027
Email: williamsml@sec.gov

Paul E. Knag
Murtha Cullina, LLP
177 Broad Street, 4th Floor
Stamford, CT 06901
(203) 653-5400
Fax: (203) 653-5444
Email: pknag@murthalaw.com

Steven Gabriel Hayes Williams
Harris, St. Lauren & Chaudhry LLP
40 Wall Street, 53rd Floor
New York, NY 10005
(212) 397-3370
Fax: (212) 202-6206
Email: ghayeswilliams@sc-harris.com

Jonathan Harris
Harris, St. Laurent & Chaudhry LLP
40 Wall Street, 53rd Floor
New York, NY 10005
(646) 395-3481
Fax: (212) 202-6206
Email: jon@sc-harris.com

L. Reid Skibell
Harris, St. Laurent & Chaudhry LLP
40 Wall Street, 53rd Floor
New York, NY 10005
(917) 512-9466
Fax: (212) 202-6206
Email: rskibell@sc-harris.com

Priya Chaudhry
Harris, St. Laurent & Chaudhry LLP
40 Wall Street, 53rd Floor
New York, NY 10005
(212) 785-5550
Fax: (212) 202-6206
Email: priya@sc-harris.com

Kristen Luise Zaehringer
Murtha Cullina, LLP
177 Broad Street, 4th Floor
Stamford, CT 06901
(203) 653-5406
Fax: (860) 240-5758
Email: kzaehringer@murthalaw.com

Dated:        December 04TH, 2018        /s/ Iftikar Ahmed

        _____

        Iftikar A. Ahmed
        C/O Advocate Anil Sharma
        10 Government Place East
        Kolkata 700069, India
        Tel: +91-983-008-9945
        Email: iftyahmed@icloud.com

        *Pro Se*