UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> IFTIKAR AHMED, <br><br> Defendant, and <br><br> IFTIKAR ALI AHMED SOLE PROP; *et al* <br><br> Relief Defendants. | Civil Action No. 3:15-cv-675 (JBA) <br><br><br> December 17TH, 2018 |

**DEFENDANT'S EMERGENCY MOTION FOR RELEASE OF FUNDS FOR APPELATE COUNSEL'S FEES FOR THE SECOND CIRCUIT COURT OF APPEALS**

The *pro se* Defendant humbly submits this Motion seeking the immediate release of funds for the specific purpose of paying for counsel's fees to represent the Defendant at the Second Circuit Court of Appeals.

**I.   CONTEXT AND BACKGROUND:**

On 29TH March 2018, the esteemed Court granted [Doc. #835] the Plaintiff's Motion for Summary Judgment on Liability; on 06TH September, 2018, the esteemed Court granted [Doc. #955] the Plaintiff's Motion for Remedies and Judgment; and on 14TH December 2018, the esteemed Court issued a final amended judgment against the Defendant [Doc. #1054].

1

On the dame day, the esteemed Court also issued a Ruling [Doc. #1052] on the Defendant's Rule 60(b) motion for relief from final judgment and to stay the final judgment.  In that ruling, the esteemed Court acknowledged the Defendant's submission that "he has no issue with the asset freeze remaining on all assets while the appeal(s) is pending…a nominal and appropriate amount of funds to be released so that he can hire qualified counsel to represent him on appeal."[1]

II.   **ARGUMENTS**:

1.   **Balance of equity warrants the release of funds for counsel's fees**.

The Second Circuit Court of Appeals (or the "Second Circuit") only deals with matters of law and legal questions.  The *pro se* Defendant is not a lawyer and has no legal training or education whatsoever. The Defendant needs the guidance and the assistance of qualified counsel to be able to articulate and present legal arguments in a manner and form acceptable to the Second Circuit.  Without qualified appellate counsel, the Defendant would be severely prejudiced in his appeal.

Furthermore, the esteemed Court has ordered the continuation of the asset freeze on the entirety of the Defendant and the Relief Defendants' assets pending appeal.  Even if one ignores the Defendant's assets at Oak, there remains significantly more assets frozen than the amount of monetary judgment determined by this esteemed Court - many millions more.

Therefore, the balance of equity warrants that the Defendant be allowed and financially empowered to retain qualified counsel to represent him at the Second Circuit.

---

[1] Doc. #1052 pp. 5.

**2.    The request is timely.**

Now that the esteemed Court has issued its amended final judgment, the request for fees to pay for the appellate counsel is timely, and indeed urgent.

**3.    The esteemed Court retains jurisdiction to release funds for appellate counsel's fees.**

Even as the litigation has moved now to the appeals stage, the esteemed Court retains jurisdiction in so far as the asset freeze is concerned and since all assets remain frozen pending the appellate process, the esteemed Court has the jurisdiction to release funds for the appellate counsel representing the Defendant.

**4.    Amount of funds requested to be released is appropriate for the purposes.**

While the Defendant is unable to get any counsel to agree to represent him without the evidence that he will be able to pay for their services, informal discussions would lead him to believe an amount of $500,000 (Five Hundred Thousand Dollars) would be sufficient for the Defendant to be able to retain qualified counsel to represent him at the Second Circuit.  Were the esteemed Court to order the availability (and release post engagement) of such funds appropriate for the appeals process to pay appellate counsel's fees, the Defendant would then reach out to qualified counsel to acquire their consent to represent the Defendant at the Second Circuit.

**IV.    CONCLUSION:**

**WHEREFORE**, in conclusion, the pro se Defendant's Motion respectfully begs the esteemed Court to release an amount of $500,000 (Five Hundred Thousand US Dollars only) to be paid directly to his (to be determined) counsel in the United States to represent the Defendant

at the Second Circuit for purposes of the appeal only, and hence this motion be granted in full immediately along with any other relief as the Court may deem appropriate.

Respectfully Submitted,

Dated: December 17TH, 2018  /s/ Iftikar Ahmed

_____

Iftikar A. Ahmed
C/O Advocate Anil Sharma
Government Place East
Kolkata 700069, India
Tel: +91.98.30.089.945
Email: iftyahmed@icloud.com
*Pro Se*

**CERTIFICATE OF SERVICE**

       I hereby certify that a copy of the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and served by electronic mail to:

Mr. Nicholas P. Heinke
U.S. Securities and Exchange Commission
Byron G. Rogers Federal Building
1961 Stout Street, Ste. 1700
Denver, CO 80294
(303) 844-1071
Email: heinken@sec.gov

Mr. Mark L. Williams
U.S. Securities and Exchange Commission
Byron G. Rogers Federal Building
1961 Stout Street, Ste. 1700
Denver, CO 80294
(303) 844-1027
Email: williamsml@sec.gov

Mr. Paul E. Knag
Murtha Cullina, LLP
177 Broad Street, 4th Floor
Stamford, CT 06901
(203) 653-5400
Fax: (203) 653-5444
Email: pknag@murthalaw.com

Mr. Steven Gabriel Hayes Williams
Harris, St. Lauren & Chaudhry LLP
40 Wall Street, 53rd Floor
New York, NY 10005
(212) 397-3370
Fax: (212) 202-6206
Email: ghayeswilliams@sc-harris.com

Mr. Jonathan Harris
Harris, St. Laurent & Chaudhry LLP
40 Wall Street, 53rd Floor
New York, NY 10005
(646) 395-3481
Fax: (212) 202-6206
Email: jon@sc-harris.com

Mr. L. Reid Skibell
Harris, St. Laurent & Chaudhry LLP
40 Wall Street, 53rd Floor
New York, NY 10005
(917) 512-9466
Fax: (212) 202-6206
Email: rskibell@sc-harris.com

Ms. Priya Chaudhry
Harris, St. Laurent & Chaudhry LLP
40 Wall Street, 53rd Floor
New York, NY 10005
(212) 785-5550
Fax: (212) 202-6206
Email: priya@sc-harris.com

Ms. Kristen Luise Zaehringer
Murtha Cullina, LLP
177 Broad Street, 4th Floor
Stamford, CT 06901
(203) 653-5406
Fax: (860) 240-5758
Email: kzaehringer@murthalaw.com

Dated: December 17TH, 2018    /s/ Iftikar Ahmed

                                                           _____
                                                           Iftikar A. Ahmed
                                                           C/O Advocate Anil Sharma
                                                           10 Government Place East
                                                           Kolkata 700069, India
                                                           Tel: +91.98.30.089.945
                                                           Email: iftyahmed@icloud.com

                                                           *Pro Se*