UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

IFTIKAR AHMED,

    Defendant, and

IFTIKAR ALI AHMED SOLE PROP,
I-CUBED DOMAINS, LLC;
SHALINI AHMED;
SHALINI AHMED 2014 GRANTOR RETAINED ANNUITY TRUST;
DIYA HOLDINGS LLC;
DIYA REAL HOLDINGS, LLC;
I.I. 1, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents;
I.I. 2, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; and
I.I. 3, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents,

    Relief Defendants.

Civil Action No.
3:15-CV-675 (JBA)

[PROPOSED] ORDER

---

**WHEREAS**, Relief Defendants retained Harris, St. Laurent & Chaudhry LLP ("HSC") and Murtha Cullina LLP ("Murtha") to advise them in this matter, and paid them each a retainer (the "HSC Retainer" and "Murtha Retainer," respectively and together the "Retainers"); and

**WHEREAS** the Retainers were subject to the preliminary injunction on August 12, 2015 freezing assets of Defendant Iftikar Ahmed and various Relief Defendants (Doc. No. 113), and remain held in each firm's attorney trust account; and

**WHEREAS** the Court released certain funds from the asset freeze to HSC to cover the costs of experts in this matter (the "HSC Expert Allowance"); and

**WHEREAS** Relief Defendants have requested that the Court release both Retainers and the HSC Expert Allowance from the asset freeze to pay attorneys' fees, including for purposes of appeal;

**WHEREAS**, Relief Defendants have decided to engage new counsel for the appeal; and;

**WHEREAS** the Relief Defendants support the release of the Retainers and the HSC Expert Allowance for past due fees; and

**WHEREAS** this release is not for Relief Defendants' appellate fee purposes and will not preclude the Relief Defendants from asking for funds for their appeal;

Therefore, **IT IS HEREBY ORDERED** that the Court's Asset Freeze Order dated August 12, 2015, as modified by the Endorsement Order dated February 19, 2016, is further modified as follows:

1. The remainder of (i) the HSC Retainer, in the amount of $64,678.54, and (ii) the HSC Expert Allowance, in the amount of $8,768.75, both held in HSC's attorney trust account, are released from the Court's asset freeze order.
2. The Murtha Retainer, in the amount of $25,000.00 held in Murtha's attorney trust account, is released from the Court's asset freeze order.
3. HSC and Murtha will apply these released funds to past due legal fees.

IT IS SO ORDRED this ___ day of January, 2019

_____
Janet Bond Arterton, U.S.D.J.