UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------------ X
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

       *Plaintiff*,

  v.

IFTIKAR AHMED,

       *Defendant, and*

IFTIKAR ALI AHMED SOLE PROP,
I-CUBED DOMAINS, LLC; SHALINI AHMED;
SHALINI AHMED 2014 GRANTOR RETAINED
ANNUITY TRUST;
DIYA HOLDINGS LLC;
DIYA REAL HOLDINGS, LLC;
I.I. 1, a minor child, by and through his next friends
IFTIKAR and SHALINI AHMED, his parents;
I.I. 2, a minor child, by and through his next friends
IFTIKAR and SHALINI AHMED, his parents; and
I.I. 3, a minor child, by and through his next friends
IFTIKAR and SHALINI AHMED, his parents,

       *Relief Defendants.*

Civil Action No.
3:15-CV-675 (JBA)

------------------------------------------------------------------

JANUARY 2, 2019

## RELIEF DEFENDANTS' EMERGENCY MOTION FOR FUNDS FOR APPELLATE COUNSEL

      Relief Defendants submit this emergency motion to request funds for their appeal, and reserve all rights with respect to all issues.

      Relief Defendants have informed their current counsel, Harris, St. Laurent & Chaudhry LLP ("HSC") and Murtha Cullina LLP ("Murtha") that they will be engaging new counsel for appeal. With new counsel being engaged, Relief Defendants need funds to formally engage appellate counsel.

### A. The Equities Favor Release of Funds for Appellate Counsel

The District Court has frozen the entirety of assets belonging to the Defendant and the Relief Defendants and in its amended final judgment, stated that "the asset freeze will continue and will effectively serve as Defendant's supersedeas bond to secure the judgment while stayed [during the pendency of appeals in this case]." Dkt. 1052 at 9.  The order does not specify how much will remain frozen, but that the asset freeze, which was started on May 7, 2015, will continue through the process of appeals.

The Relief Defendants maintain that there are far more funds frozen than any judgment in this case (not even including Defendant's frozen assets at Oak, which increases the corpus of frozen funds).  There is no dispute that assets above the amount of the judgment must be unfrozen.  As such, Relief Defendants ask that a small fraction of that frozen amount be released so that they may pursue their appeals.

The Court issued its amended final judgment on December 14, 2018 and also issued orders on outstanding post-judgment motions on the same day.  The Relief Defendants now have **_fewer than sixty (60) days to file a notice of appeal_**.  The request for funds for appellate counsel is timely and *urgent*.

Relief Defendants have not been accused of any wrongdoing and the Court has provided for certain payments to counsel in the District Court case for the Relief Defendants. Relief Defendants have elected to have new counsel handle their appeal, and, as such, the equities weigh in favor of granting fees for Relief Defendants' appellate counsel.

### B. Amount and Source of Funds to Be Released

The Relief Defendants request $350,000 for their appeal.  They request that such funds come from the Fidelity account x7540, which has a value of $13.1 million, of which $9.3 million

2

is in cash.  This account was opened for Ms. Ahmed by her previous employer, Goldman Sachs. *See* Ex. 1.

The Relief Defendants ask that the Court grant this request so that they are not prejudiced in their appeal and so that their appellate process can begin forthwith.

Dated: Stamford, CT
January 2, 2019

　　　　　　　　　　　　　　　　　　　　　　*/s/ Paul E. Knag*
Paul E. Knag (ct04194)
pknag@murthalaw.com
Kristen L. Zaehringer (ct27044)
kzaehringer@murthalaw.com
MURTHA CULLINA LLP
177 Broad Street, 16th Floor
Stamford, Connecticut 06901
Telephone: 203.653.5400
Facsimile:  203.653.5444

Jonathan Harris (phv07583)
jon@sc-harris.com
Joseph Gallagher (phv09604)
jgallagher@sc-harris.com
S. Gabriel Hayes-Williams (phv07948)
ghayeswilliams@sc-harris.com
HARRIS, ST. LAURENT& CHAUDHRY LLP
40 Wall Street, 53rd Floor
New York, New York 10005
Telephone: 212.397.3370
Facsimile: 212.202.6202

*Attorneys for Relief Defendants*
*I-Cubed Domain, LLC, Shalini Ahmed,*
*Shalini Ahmed 2014 Grantor Retained*
*Annuity Trust, Diya Holdings, LLC, Diya*
*Real Holdings, LLC, I.I. 1, I.I. 2 and I.I. 3*

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2019, I caused a copy of the foregoing RELIEF DEFENDANTS' EMERGENCY MOTION FOR FUNDS FOR APPELLATE COUNSEL to be served by ECF upon:

Nicholas P. Heinke
Mark L. Williams
U.S. Securities and Exchange Commission
1961 Stout St., Suite 1700
Denver, CO 80294
HeinkeN@sec.gov
WilliamsML@sec.gov

Iftikar Ahmed
c/o Advocate Anil Sharma
10 Government Place East
Ground Floor
Kolkatta, West Bengal, India 700-069
iftyahmed@icloud.com

David T. Grudberg
CARMODY TORRANCE SANDAK & HENNESSEY LLP
195 Church Street, 18th Floor / P.O. Box 1950
New Haven, CT 06510
dgrudberg@carmodylaw.com

Michael D. Blanchard
MORGAN, LEWIS & BOCKIUS LLP
One State Street
Hartford, CT 06103
michael.blanchard@morganlewis.com

John F. Carberry
CUMMINGS & LOCKWOOD LLC
6 Landmark Square
Stamford, CT 06901
jcarberry@cl-law.com

Stephen M. Kindseth
Christopher H. Blau
ZEISLER & ZEISLER, P.C.
10 Middle Street, 15th Floor
Bridgeport, CT 06604
skindseth@zeislaw.com
cblau@zeislaw.com

                                                        */s/ Paul E. Knag*