UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, Plaintiff,<br><br>*vs.*<br><br>IFTIKAR AHMED, Defendant, and<br><br>IFTIKAR A. AHMED SOLE PROP; *et al*<br><br>Relief Defendants. | Civil Action No. 3:15-cv-675 (JBA) |

**NOTICE OF APPEAL ON ORDER APPOINTING RECEIVER**

Notice is hereby given that the *pro se* Defendant in the above mentioned case, hereby appeals to the United States Court of Appeals for the Second Circuit from Order Appointing Receiver [Doc. #1070 dated December 20TH, 2018].

Respectfully Submitted,

Dated:    December 24TH, 2018        /s/ Iftikar Ahmed

_____

Iftikar A. Ahmed
C/O Advocate Anil Sharma
Government Place East
Kolkata 700 069, India
Tel: +91-983-008-9945
Email: iftyahmed@icloud.com
*Pro Se*

1

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and served by electronic mail to:

| | |
|---|---|
| Nicholas P. Heinke<br>U.S. Securities and Exchange Commission<br>Byron G. Rogers Federal Building<br>1961 Stout Street, Ste. 1700<br>Denver, CO 80294<br>(303) 844-1071<br>Email: heinken@sec.gov | Mark L. Williams<br>U.S. Securities and Exchange Commission<br>Byron G. Rogers Federal Building<br>1961 Stout Street, Ste. 1700<br>Denver, CO 80294<br>(303) 844-1027<br>Email: williamsml@sec.gov |
| Paul E. Knag<br>Murtha Cullina, LLP<br>177 Broad Street, 4th Floor<br>Stamford, CT 06901<br>(203) 653-5400<br>Fax: (203) 653-5444<br>Email: pknag@murthalaw.com | Steven Gabriel Hayes Williams<br>Harris, St. Lauren & Chaudhry LLP<br>40 Wall Street, 53rd Floor<br>New York, NY 10005<br>(212) 397-3370<br>Fax: (212) 202-6206<br>Email: ghayeswilliams@sc-harris.com |
| Jonathan Harris<br>Harris, St. Laurent & Chaudhry LLP<br>40 Wall Street, 53rd Floor<br>New York, NY 10005<br>(646) 395-3481<br>Fax: (212) 202-6206<br>Email: jon@sc-harris.com | L. Reid Skibell<br>Harris, St. Laurent & Chaudhry LLP<br>40 Wall Street, 53rd Floor<br>New York, NY 10005<br>(917) 512-9466<br>Fax: (212) 202-6206<br>Email: rskibell@sc-harris.com |
| Priya Chaudhry<br>Harris, St. Laurent & Chaudhry LLP<br>40 Wall Street, 53rd Floor<br>New York, NY 10005<br>(212) 785-5550<br>Fax: (212) 202-6206<br>Email: priya@sc-harris.com | Kristen Luise Zaehringer<br>Murtha Cullina, LLP<br>177 Broad Street, 4th Floor<br>Stamford, CT 06901<br>(203) 653-5406<br>Fax: (860) 240-5758<br>Email: kzaehringer@murthalaw.com |

Dated: December 24${}^{TH}$, 2018         /s/ Iftikar Ahmed

                                                                                                                                                      _____
Iftikar A. Ahmed
C/O Advocate Anil Sharma
10 Government Place East
Kolkata 700 069, India
Tel: +91-983-008-9945
Email: iftyahmed@icloud.com

*Pro Se*