UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------------X

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>           Plaintiff,<br><br>v.<br><br>IFTIKAR AHMED,<br><br>           Defendant<br><br>and<br><br>IFTIKAR ALI AHMED SOLE PROP,<br>I-CUBED DOMAINS, LLC; SHALINI AHMED;<br>SHALINI AHMED 2014 GRANTOR RETAINED<br>ANNUITY TRUST; DIYA HOLDINGS LLC;<br>DIYA REAL HOLDINGS, LLC; I.I. 1, a minor<br>child, by and through his next friends IFTIKAR<br>and SHALINI AHMED, his parents; I.I. 2, a minor<br>child, by and through his next friends IFTIKAR<br>and SHALINI AHMED, his parents; and I.I. 3, a<br>minor child, by and through his next friends<br>IFTIKAR and SHALINI AHMED, his parents,<br><br>           Relief Defendants. | Civil Action No.<br>3:15-CV-675 (JBA)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**JANUARY 17, 2019** |

-----------------------------------------------------------------X

## DECLARATION OF SHALINI AHMED REGARDING IDENTITY AND LOCATION OF ASSETS

Pursuant to 28 U.S.C. § 1746, I, SHALINI AHMED, hereby declare under penalty of perjury under the laws of the United States of America that the following is true and correct to the best of my knowledge and belief:

1. At the Court's request, I am submitting this declaration regarding the identity and location of assets as well as the identity of employees, other personnel, attorneys,

9729041v3

accountants or other agents or contractors who may possess information about the assets of the Receivership Estate.

2. The numbers and assets listed below correspond with the asset schedule that was filed with the Court by the SEC (Dkt. # 888-1).

| SEC No. Identity of Asset | Location of Asset |
|---|---|
| No. 3: Northern Trust x5218: | At Northern Trust; Rakitfi is part owned by the Iftikar A. Ahmed Family Trust, Dan Johnson Trustee |
| No. 25: MetLife Life Insurance Policy: | Owned by the Iftikar A. Ahmed Family Trust, Dan Johnson Trustee |
| No. 26: Genworth Life Insurance Policy: | Owned by Trust; Shalini Ahmed trustee |
| No. 27: American General Life Insurance Policy: | Owned by Trust; Shalini Ahmed trustee |
| No. 37: Porsche Cayenne: | At 505 North Street, Greenwich, CT |
| No. 38: Cadillac Escalade: | At 505 North Street, Greenwich, CT |
| No. 39: Household Furnishings 505 North Street: | At 505 North Street, Greenwich, CT |
| No. 40: Bank of America x9566: | At Bank of America |
| No. 41: Bank of America x0482: | At Bank of America |
| No. 42: Bank of America x3754: | At Bank of America |
| No. 43: Chase Bank x9065: | At Chase |
| No. 44: Chase Bank x9001: | At Chase |
| No. 45: Northern Trust x5188: | At Northern Trust |
| No. 46: Northern Trust x3934: | At Northern Trust |
| No. 47: Northern Trust x3935: | At Northern Trust |
| No. 48: Northern Trust x0895: | At Northern Trust |

| | |
|---|---|
| No. 49: Northern Trust x8537: | At Northern Trust |
| No. 50: Greenwich home: | At 505 North Street, Greenwich, CT. |
| No. 51: Painting: | In storage, under the custody of Harris, St. Laurent and Chaudhry |
| No. 52: Harry Winston diamond ring: | Safe deposit box at Bank of America in Greenwich, CT |
| No. 53: Various gold/silver coins to minor children: | Safe deposit box at Bank of America in Greenwich, CT |
| No. 54: Jewelry received as wedding presents: | Safe deposit box at Bank of America in Greenwich, CT |
| No. 55: Jewelry acquired during marriage: | Safe deposit box at Bank of America in Greenwich, CT |
| No. 56: Jewelry acquired during marriage: | Safe deposit box at Bank of America in Greenwich, CT |
| No. 57: Various gold or silver coins to minor children: | Safe deposit box at Bank of America in Greenwich, CT |
| No. 58: Gold pieces received as wedding presents: | Safe deposit box at Bank of America in Greenwich, CT |
| No. 59: 1 kilogram gold bars acquired during marriage (9 pieces): | Safe deposit box at Bank of America in Greenwich, CT |
| No. 60: Remaining contents in safety deposit boxes: | Safe deposit boxes at Bank of America |
| No. 61: Bank of America x4199: | At Bank of America |
| No. 62: At Bank of America x 3831: | Account for rental income from Apt 12A |

| | | |
|---|---|---|
| No. 63: | 530 Park Avenue, 12A Apartment: | Owned by Diya Holdings; currently vacant |
| No. 64: | Bank of America x6009: | Robert Ades, security deposit for 12A, returned when tenant vacated 12A |
| No. 65: | Bank of America x7632: | Account for rental income from Apt 12F |
| No. 66: | 530 Park Avenue, 12F Apartment: | Owned by Diya Real Holdings; current lease through middle of July 2019 |
| No. 67: | Bank of America x8384: | Owned by I-Cubed Domains, LLC |
| No. 68: | Blade Networks: | Owned by I-Cubed Domains, LLC; private investment |
| No. 69: | Aldrich Capital Investments: | liquidated in 2018, cash proceeds being held at Aldrich |
| No. 70: | Reserve Media: | Owned by I-Cubed Domains, LLC; private investment in company; contact: joe@reserve.com; greg@reserve.com |
| No. 71: | TD Ameritrade x7686: | At TDAmeritrade – owned by Iftikar A. Ahmed Family Trust, trustee is Dan Johnson |
| No. 72: | Iftikar Ahmed Family Trust interest in Rakitfi: | At Northern Trust – account is partly owned by Iftikar A. Ahmed Family Trust, trustee is Dan Johnson |
| No. 73: | Bank check: Iftikar Foundation: | Trustee is Ms. Shalini Ahmed. Actual check held under the custody of Harris, St. Laurent & Chaudhry |
| No. 74: | Fidelity x8965: | At Fidelity; Shalini A. Ahmed Grantor Retained Annuity Trust |
| No. 75: | Fidelity x7540: | At Fidelity; owned by Shalini Ahmed |
| No. 76: | Fidelity x5070: | At Fidelity; Shalini Ahmed retirement account |
| No. 77: | Fidelity x5760: | At Fidelity; Shalini Ahmed retirement account |
| No. 78: | Pershing/BNY Brokerage x0166: | At Pershing; Shalini Ahmed owner |

9729041v3

| | |
|---|---|
| No. 79: TD Bank Checking x2774: | At TD Bank |
| No. 80: Cash (held by HSC LLP): | Held under the custody of Harris, St. Laurent and Chaudhry in IOLA account |
| No. 81: Cash (held by Murtha Cullina): | Held under the custody of Murtha Cullina in IOLTA account |
| No. 82: Paintings (2): | Held under the custody of Harris, St. Laurent and Chaudhry at a storage facility |
| No. 83: Sculpture of hand: | Held under the custody of Harris, St. Laurent and Chaudhry at a storage facility |
| No. 84: Harry Winston earrings: | Held under the custody of Harris, St. Laurent and Chaudhry at safe deposit box |
| No. 85: 13 women's designer handbags: | Held under the custody of Harris, St. Laurent and Chaudhry at a storage facility |
| No. 86: Fidelity x1895: UTMA for minor child; | At Fidelity; Shalini Ahmed custodian |
| No. 87: Fidelity x8036: UTMA for minor child; | At Fidelity; Shalini Ahmed custodian |
| No. 88: Fidelity x9441: UTMA for minor child; | At Fidelity; Shalini Ahmed custodian |
| No. 89: TD Ameritrade x7666: UTMA for minor child; | At TD Ameritrade; Dan Johnson custodian |
| No. 90: TD Ameritrade x7674: UTMA for minor child; | At TD Ameritrade; Dan Johnson custodian |
| No. 91: TD Ameritrade x7700: UTMA for minor child; | At TD Ameritrade; Dan Johnson custodian |
| No. 92: Bank of America x4104: UTMA for minor child; | At Bank of America; Iftikar Ahmed custodian |
| No. 93: Bank of America x0070: UTMA for minor child; | At Bank of America; Iftikar Ahmed custodian |

No. 94: Bank of America x5699:
UTMA for minor child;                          At Bank of America; Iftikar Ahmed custodian

3. There is also a security deposit for 530 Park Avenue, Apt 12F (Diya Real Holdings) that is being held under the custody of Harris, St. Laurent and Chaudhry. This asset was not on the asset list that was filed by the SEC (Dkt. # 888-1).

Dated: January 17, 2019
       Stamford, Connecticut

_____
Shalini Ahmed

9729041v3

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2019, I caused a copy of the foregoing RELIEF DEFENDANTS' STATEMENT LISTING ASSETS PER COURT ORDER to be served by ECF upon:

Nicholas P. Heinke
Mark L. Williams
U.S. Securities and Exchange Commission
1961 Stout St., Suite 1700
Denver, CO 80294
HeinkeN@sec.gov
WilliamsML@sec.gov

Iftikar Ahmed
c/o Advocate Anil Sharma
10 Government Place East
Ground Floor
Kolkatta, West Bengal, India 700-069
iftyahmed@icloud.com

David T. Grudberg
CARMODY TORRANCE SANDAK & HENNESSEY LLP
195 Church Street, 18th Floor / P.O. Box 1950
New Haven, CT 06510
dgrudberg@carmodylaw.com

Michael D. Blanchard
MORGAN, LEWIS & BOCKIUS LLP
One State Street
Hartford, CT 06103
michael.blanchard@morganlewis.com

John F. Carberry
CUMMINGS & LOCKWOOD LLC
6 Landmark Square
Stamford, CT 06901
jcarberry@cl-law.com

Stephen M. Kindseth
Christopher H. Blau
ZEISLER & ZEISLER, P.C.
10 Middle Street, 15th Floor
Bridgeport, CT 06604
skindseth@zeislaw.com
cblau@zeislaw.com

                                                   */s/ Paul E. Knag*