UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------------------------------------------X
UNITED STATES SECURITIES AND EXCHANGE          :
COMMISSION,                                     :
                                                :
                      Plaintiff                 :
                                                :
         v.                                     :     Civil Action No.
                                                :     3:15-CV-675 (JBA)
IFTAKAR AHMED,                                  :
                                                :
                  Defendant, and                :
                                                :
IFTAKAR ALI AHMED SOLE PROP,                    :
I-CUBED DOMAINS, LLC; SHALINI AHMED;            :
SHALINI AHMED 2014 GRANTOR RETAINED             :
ANNUITY TRUST; DIYA HOLDINGS LLC;               :
DIYA REAL HOLDINGS, LLC; I.I. 1, a minor        :     FEBRUARY 22, 2019
child, by and through his next friends IFTIKAR  :
and SHALINI AHMED, his parents; I.I. 2, a minor :
child, by and through his next friends IFTIKAR  :
and SHALINI AHMED, his parents; I.I. 3, a minor :
child, by and through his next friends IFTIKAR  :
and SHALINI AHMED, his parents,                 :
                                                :
                  Relief Defendants.            :
-------------------------------------------------------------------X
```

## NON-PARTY MOTION FOR LEAVE OF THE COURT PURSUANT TO COURT ORDER DATED DECEMBER 20, 2018, AND ORDER

Non-Party Commissioner of Revenue Services of the State of Connecticut

("Commissioner"), by and through undersigned Assistant Attorney General, respectfully moves

pursuant to paragraph 23 of the Court's Order dated December 20, 2018 [Dkt. # 1070] at 13

("Receivership Order") and Local Rule 7 for leave of the Court and for Order as described

herein.

**ORAL ARGUMENT REQUESTED**

**TESTIMONY NOT REQUIRED**

On December 20, 2018, the Court appointed a Receiver to control the operation of the Receivership Estate which includes all assets subject to the Court's asset freeze order. Receivership Order C.1 – C.2 [Dkt. # 1070] at 6. The Receiver was directed to manage assets to secure the judgment of the Court. Receivership Order C.5 [Dkt. # 1070] at 7-8. The Court stayed "[a]ll civil legal proceedings of any nature . . . against any of the Defendants . . .". Receivership Order C.22 [Dkt. # 1070] at 13. Parties to such proceedings were "enjoined from commencing or continuing any such legal proceeding, or from taking any action, in connection with any such proceeding, unless leave of this Court is obtained, including, but not limited to, the issuance or employment of process." Receivership Order C.23 [Dkt. # 1070] at 13.

The Commissioner, pursuant to duties and powers under Conn. Gen. Stat. § 12-35, has sought to collect a state tax debt owed by one of the named Relief Defendants herein, Shalini Ahmed. *See* Exhibit 1. Notice of collection of tax debt by tax warrant was provided on or about November 28, 2018, prior to this Court issuing its Receivership Order. *Id.* On or about January 4 and in the ordinary course of such collection, the Commissioner issued tax warrant no. 432467 to Peoples United Bank ("Bank"). *See* Exhibit 2.

After the Bank attached funds pursuant to tax warrant no. 432467, the Receiver brought the Receivership Order to the attention of the Attorney General of the State of Connecticut. The Commissioner subsequently released tax warrant 432467, causing the Bank to restore the attached funds to Relief Defendant Shalini Ahmed's account. *See* Exhibit 3. The Commissioner released the tax warrant to avoid the conflict between this Court's Receivership Order and the Commissioner's tax warrant.

Nevertheless, the Commissioner asks this Court to provide that the state tax debt is to be paid before residual property of the Receivership Estate is distributed to any Defendant or Relief Defendant. Specifically, the Commissioner requests that this Court order the Receiver to satisfy the state tax debt with proceeds of the Receivership Estate prior to distribution of residual property of the Receivership Estate to the Defendant or Relief Defendants.

The total amount due was $171,642.04 as of January 4, 2019 (*see* Exhibit 2), and increases with $1,226.15 of additional interest on the 15th day of every month (e.g., $172,868.19 on January 15, 2019; $174,094.34 on February 15, 2019; etc.). *See* Conn. Gen. Stat. § 12-735(a).

NON-PARTY,
COMMISSIONER OF REVENUE SERVICES OF THE STATE OF CONNECTICUT

WILLIAM TONG
ATTORNEY GENERAL

BY:    __/s/ John Langmaid_____
John Langmaid
Assistant Attorney General
55 Elm Street, PO Box 120
Hartford, CT  06141-0120
Federal Bar No. ct 29770
John.Langmaid@ct.gov
Tel: (860) 808-5270
Fax: (860) 772-1709

3

## CERTIFICATION

I hereby certify that on February 22, 2019, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ John Langmaid
John Langmaid
Assistant Attorney General
55 Elm Street, PO Box 120
Hartford, CT  06141-0120
Federal Bar No. ct 29770
John.Langmaid@ct.gov
Tel: (860) 808-5270
Fax: (860) 772-1709
