UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>IFTIKAR AHMED<br><br>Defendant, and<br>and<br><br>IFTIKAR ALI AHMED SOLE PROP; I-CUBED DOMAINS, LLC; SHALINI AHMED; SHALINI AHMED 2014 GRANTOR RETAINED ANNUITY TRUST; DIYA HOLDINGS LLC; DIYA REAL HOLDINGS, LLC; I.I. 1, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; I.I. 2, a minor child, by and through his next friends, IFTIKAR and SHALINI AHMED, his parents; I.I. 3, a minor child, by and through his next friends, IFTIKAR and SHALINI AHMED, his parents<br><br>Relief Defendants. | Civil Action No.<br>3:15-cv-675-JBA |

**STATEMENT OF RECEIVER'S POSITION REGARDING
NMR E-TAILING, LLC'S MOTION TO INTERVENE AND LIFT LITIGATION STAY**

Jed Horwitt, Esq., in his capacity as Court-appointed receiver of the Receivership Estate (the "Receiver"), through his undersigned counsel, respectfully provides this statement (the "Statement") concerning the Motion to Intervene and Lift Litigation Stay (the "Motion") filed by NMR e-tailing, LLC ("NMR") on February 5, 2019 [Doc. No. 1097] to update the Court, other parties to this matter, and NMR as to the Receiver's position regarding the Motion.

The Receiver and his counsel have reviewed the Motion. Based on the Receiver's analysis at this time, the Motion and the granting thereof do not impact the Receiver's ability to complete

1

his duties under the Order Appointing Receiver [Doc. No. 1070] because, *inter alia*, NMR seeks relief to proceed against parties other than the Defendant and Relief Defendants in this proceeding. Therefore, the Receiver takes no position as to the Motion at this time.

However, upon request, the Receiver or his counsel will attend any hearing scheduled by the Court on this matter and provide any relevant information and assistance that the Court or other parties to this action may need in addressing the Motion.

Dated: February 26, 2019
      Bridgeport, Connecticut

                Respectfully submitted,
                JED HORWITT, ESQ., RECEIVER

                 */s/ Christopher H. Blau*
                Stephen M. Kindseth (ct14640)
                Christopher H. Blau (ct30120)
                Zeisler & Zeisler, P.C.
                10 Middle Street, 15th Floor
                Bridgeport, CT  06604
                Telephone: 203-368-4234 X 236
                Facsimile: 203-549-0903
                Email: cblau@zeislaw.com;
                skindseth@zeislaw.com
                *Counsel to the Receiver*

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2019, a copy of the foregoing Statement of Receiver's Position was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

          */s/ Christopher H. Blau*
          Christopher H. Blau (ct30120)