# EXHIBIT A

# AIG BILLING STATEMENT



AIG Private Client Group

# Billing Statement

Thank you for choosing AIG. We appreciate your business.

Iftikar Ahmed
Shalini Ahmed
505 North Street
Greenwich, CT 06830

**Statement Date:** March 19, 2019

**Billing Account Number:** REDACTED

**Ways to Pay**
*Automated Electronic Payment:* Visit www.aig.com/us/mybill

You will need the following information to make payments:
**Web User ID:** REDACTED
**Phone User ID:** REDACTED
**Temporary password:** REDACTED

Automated phone service: 888-978-5371
Please mention code: AIG
(U.S. billing addresses only)

**Billing Customer Service**
888-978-5371 (M- F 8:00 am–5:30 pm)
Billing.Help@aig.com

## Account Summary

Please refer to each policy's declarations page for complete details about your coverage and Premium.

| Coverage | Policy No. | Effective | Past due* | Min. Due* | To Pay in Full* |
|---|---|---|---|---|---|
| ExcessLiability | REDACTED 9839 | 04/09/19 | $0.00 | $255.00 | $1,020.00 |
| Homeowners | REDACTED 4941 | 04/09/19 | $0.00 | $3,249.50 | $12,998.00 |
|  |  |  | $0.00 | $3,504.50 | $14,018.00 |

**Payment Due   04/09/19**

**Your AIG Broker/Agent Is**
Daigle & Travers Insurance Agency, LLC
22 Thorndal Circle
Suite 2
Darien, CT 06820
(203) 655-6974

**Thank you. We appreciate your prompt payment.**
Consider enrolling in automatic bill payment. It's a fast way to pay, and you won't have to worry about missed payments. To learn more, please visit www.aig.com/us/mybill.

*Includes any state assessments, credits and fees.

**Please see reverse side.**                                    Continued on back

---



# Payment Stub

| Past Due (Due Immediately) | $0.00 |
|---|---|
| **Minimum Due by April 9, 2019** | **$3,504.50** |
| To Pay in Full | $14,018.00 |

AIG Private Client Group
P.O. Box 35423
Newark, NJ 07193-5423

Statement Date: March 19, 2019
Billing Account Number: REDACTED
Client Name: Iftikar Ahmed

Amount Enclosed: [          ]

**If you pay by check,** please allow five to seven business days for your payment to reach us. Write your billing account number on your check and make it payable to **Private Client Group**.

FOR OFFICIAL USE ONLY:
Term No: 99  Invoice No: 09   Name code: Ahme  Copy type: Insured

0004L686L530L9909AHME00003504506



AIG Private Client Group

| | |
|---|---|
| **Total annual premium and Fees:** | **$14,018.00** |
| **Total amount paid to date:** | **$0.00** |
| **Outstanding balance:** | **$14,018.00** |

Statement Date: March 19, 2019
Billing Account Number: REDACTED
Client Name: Iftikar Ahmed

## Premium Payment Schedule

Future installment amounts and minimum due figures are subject to change based on account and/or payment activity.
**Avoid installment fees by paying the "To Pay in Full" amount shown below.**

| Payment Due | Past Due | + Installment Amount | + State Tax & Fees | + Installment Fees | = Minimum Due | To Pay In Full |
|---|---|---|---|---|---|---|
| 04/09/19 | $0.00 | $3,501.50 | $3.00 | $0.00 | $3,504.50 | $14,018.00 |
| 06/09/19 | | $3,501.50 | $3.00 | $0.00 | $3,504.50 | |
| 08/09/19 | | $3,501.50 | $3.00 | $0.00 | $3,504.50 | |
| 10/09/19 | | $3,501.50 | $3.00 | $0.00 | $3,504.50 | |
| **TOTALS** | | | | | **$14,018.00** | |

## Billing Activity

This is a breakdown of your current installment by policy. For endorsement activity, please refer to your Policy Declaration page.

| Policy Type | Policy Number | Policy Location | Installment & Past Due | + State Tax & Fees | + Installment Fees | = Minimum Due |
|---|---|---|---|---|---|---|
| Homeowners | REDACTED 4941 | 505 North St, Greenwich, CT 06830 | $3,246.50 | $3.00 | $0.00 | $3,249.50 |
| ExcessLiability | REDACTED 9839 | 505 North St, Greenwich, CT 06830 | $255.00 | $0.00 | $0.00 | $255.00 |
| | | **TOTALS** | $3,501.50 | $3.00 | $0.00 | $3,504.50 |

## State Taxes, Fees and Surcharges

Below is a summary of the state taxes, fees and surcharges charged to your policy(ies). The total amount shown below has been divided equally and included in your installment premium. For fee activity, please refer to the policy's Declarations page.

| Description | Policy Number | Amount |
|---|---|---|
| Connecticut Healthy Homes Fund Surcharge | REDACTED 4941 | $12.00 |
| | **TOTALS** | **$12.00** |

If you adjust your coverage and your premium increases, the amount of the increase will be invoiced over any remaining installments. If there are no remaining installments, an invoice will be sent for payment of the full amount owing.

If coverage adjustment to one policy results in a credit, that credit will be applied to unpaid balances on other policies. If all other policies listed on the invoice are paid in full, you will receive a refund check for the full amount of the credit.

**Add convenience with account billing…**
You are welcome to request a total account bill, which consolidates all eligible policy premiums on one bill. Contact your independent insurance advisor to learn more. Please remember to always pay the total balance due. Each premium payment is spread across all of the policies tied to the account; incomplete payments will impact all policies and could lead to cancellation.