UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>IFTIKAR AHMED,<br>Defendant, and<br><br>IFTIKAR ALI AHMED SOLE PROP;<br>I-CUBED DOMAINS, LLC;<br>SHALINI AHMED; SHALINI AHMED 2014 GRANTOR RETAINED ANNUITY TRUST;<br>DIYA HOLDINGS LLC;<br>DIYA REAL HOLDINGS, LLC;<br>I.I. 1, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents;<br>I.I. 2, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; and<br>I.I. 3, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents,<br><br>Relief Defendants. | No. 3:15-CV-00675 (JBA)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>ORDER ON CONSENT |

**WHEREAS** on August 12, 2015, the Court entered a preliminary injunction freezing assets of defendant Iftikar Ahmed and various Relief Defendants (ECF No. 113);

**WHEREAS** a release of funds is necessary to pay for the insurance premiums in connection with an insurance policy to cover Relief Defendants' home at 505 North Street, Greenwich, Connecticut; and

**WHEREAS** plaintiff United States Securities and Exchange Commission (the "Commission"), defendant Iftikar Ahmed, and the Receiver have consented to the Motion;

Upon consent, **IT IS HEREBY ORDERED** that the Court's Asset Freeze Order dated August 12, 2015, as modified by the Endorsement Order dated February 19, 2016, is further modified as follows:

1. Funds in the amount of $14,018.00, held in the account of Shalini Ahmed ending x7540 at Fidelity Investments are released from the Court's Asset Freeze Order for the payment of insurance premiums to AIG. Payment shall be made by wire transfer from Fidelity to the AIG Private Client Group.

2. The Commission is directed to use all practical and reasonable efforts to ensure that all relief specified herein is effectuated promptly.

IT IS SO ORDERED THIS 25 day of March, 2019

Janet Bond Arterton, U.S.D.J.