| Particular Award | Amount | To Be Liquidated - Receiver Proposal | SEC No. | Est. Value | Receiver Notes | Freeze value, excluding GS shares in x7540 per DN 135 | Sale/liquidation price (a/o Feb '19), excluding GS shares in x7540 per DN 135 | GS dividends (freeze date through Feb '19) |
|---|---|---|---|---|---|---|---|---|
| Disgorgement | $41,920,639.00 | | | $41,920,639.00 | | | | |
| | | 530 Park, 12A | 63 | $7,872,000.00 | Proposed listing price of $8.2m after 4% in broker fees. Realized value may be less than listing price. | | | |
| | | 530 Park, 12F | 66 | $7,680,000.00 | Proposed listing price of $8.0m after 4% in broker fees. Tenant may buy property, potentially resulting in no broker fees being charged. Realized value may be less than listing price. | | | |
| | | Fidelity x7540 | 75 | $12,831,110.03 | Freeze value, excluding GS shares. | | | |
| | | Fidelity x8965 | 74 | $8,441,390.17 | Freeze value. | | | |
| | | NT x3934 (partial) | 46 | $5,096,138.80 | Subject to adjustment depending on realized value to Receivership Estate of Apt. 12A and Apt. 12F. Total value of x3934 as of 2/28/19: $11,260,948.37 | | | |
| Interest and Returns on Disgorgement | $4,046,797.74 | | | $4,046,797.74 | | | | |
| | | Fidelity x7540 | 75 | $807,933.62 | Appreciation received from freeze date (excluding court-approved distributions). | $12,831,110.03 | $13,639,043.65 | $375.90 |
| | | Fidelity x8965 | 74 | $1,156,236.55 | Appreciation received from freeze date (excluding court-approved distribtions). | $8,441,390.17 | $9,597,626.72 | |
| | | 530 Park, 12A | 63 | $0.00 | Although the actual amount realized from the sale of this asset will not be known until the sale closes, this apartment may sell for less than its original purchase price and, thus, no interest and gains are attributable to this asset. | | | |
| | | NT x3934 (partial) | 46 | $923,894.62 | To cover 12A rent through to 9/30/18, net of sublet fee, repairs, common charges, insurance, and taxes. Note: this amount is subject to further adjustment, pending further analysis of bank records. | | | |
| | | 530 Park, 12F | 66 | $0.00 | Although the actual amount realized from the sale of this asset will not be known until the sale closes, this apartment may sell for less than its original purchase price and, thus, no interest and gains are attributable to this asset. | | | |
| | | NT x3934 (partial) | 46 | $430,821.90 | To cover 12F rent through to 2/15/19, net of sublet fee, legal (renting) fees, common charges, building mgmt fee, real estate cleaning fee, insurance, and taxes. Note: this amount is subject to further adjustment, pending further analysis of bank records. | | | |
| | | NT x3934 (partial) | 46 | $525,467.74 | To cover court approved distribtions from x7540. No interest/gains added. | | | |
| | | NT x3934 (partial) | 46 | $202,443.31 | To cover court approved distribtions from x8965. No interest/gains added. | | | |
| Prejudgment Interest | $1,491,064.01 | | | $1,491,064.01 | | | | |
| | | NT x3934 (partial) | 46 | $1,485,820.78 | | | | |
| | | Crypto Currency Partners April 2019 cash distribution | n/a | $5,243.23 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Penalty | $21,000,000.00 | | | **$21,000,000.00** | |
| | | NT x3934 (partial) | 46 | $1,164,680.15 | |
| | | Aldrich Capital | 69 | $3,078,631.27 | |
| | | E*Trade x6818/Receiver account | 1 | $904,402.82 | In Receiver account. Subject to decrease to reflect ongoing expenses for the upkeep of Receivership Assets. |
| | | NT x5218 | 3 | $5,359,620.00 | |
| | | NT x5226 | 6 | $132,426.35 | Reflecting Defendant's 50% interest in The Essell Farms LLC. |
| | | NT x5234 | 7 | $2,019,046.80 | Reflecting Defendant's 60% interest in The Essell Group LLC. |
| | | NT x3781 | 8 | $81,056.74 | |
| | | NT x7193 | 9 | $892,014.06 | |
| | | TD Bank x5279 | 10 | $19,378.86 | |
| | | TD Bank x8551 | 11 | $8,193.19 | |
| | | Fidelity x8133 | 12 | $0.31 | Reflecting Defendant's 50% interest in The Essell Farms LLC. |
| | | Fidelity x7417 | 13 | $2.83 | Reflecting Defendant's 60% interest in The Essell Group LLC. |
| | | Fidelity x9637 | 14 | $831.98 | |
| | | Metlife policy | 25 | $1,321,218.40 | Surrender value a/o 1/4/19. |
| | | BoA x9566 | 40 | $4,184.54 | |
| | | BoA x0482 | 41 | $221,043.68 | |
| | | BoA x3754 | 42 | $171,322.46 | |
| | | Chase x9065 | 43 | $20,610.77 | |
| | | Chase x9001 | 44 | $14,370.82 | |
| | | NT x5188 | 45 | $451,673.37 | |
| | | NT x3935 | 47 | $12,084.80 | |
| | | NT x0895 | 48 | $3,137,663.10 | |
| | | Gold (in safe deposit boxes) | 59+ | $432,269.11 | Receiver proposal is all weighted gold, not just bars. |
| | | BoA x4199 | 61 | $2,442.44 | |
| | | BoA x3831 | 62 | $79,191.65 | |
| | | BoA x7632 | 65 | $121,130.34 | Funds to be used from this account may increase from rent received from 12F. |
| | | BoA x8384 | 67 | $2,540.00 | |
| | | Bank Check - Iftikar Foundation | 73 | $14,560.00 | |
| | | Pershing x0166 | 78 | $885,594.16 | |
| | | OIP non-forfeited assets (partial) | 36 | $447,815.00 | |
| | | | | | |
| Est. Cost of Receivership | $500,000.00 | | | **$500,000.00** | This figure assumes minimal further litigation and motion practice concerning the Receiver's Report, Plan of Liquidation, and the liquidation process itself. This figure may need to be revised upward depending on litigation activity |
| | | OIP non-forfeited assets (partial) | 36 | $500,000.00 | |
| | | | | | |
| Est. Administration of Receivership Estate | $100,000.00 | | | $100,000.00 | Including (a) upkeep on real estate before sale and (b) commissions from sale of securities. |
| | | Bitcoins (Circle) | 15 | $100,000.00 | Estimated. |
| **SUB TOTAL** | **$69,058,500.75** | | | **$69,058,500.75** | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Post-judgment interest at 2.58% on full amount of judgment from judgment date to sufficient funds being placed in the CRIS account. | $1,462,333.94 | | | | $1,462,333.94 | Based on 9/27/18 judgment date. Assumes 2.58% on full judgment from 9/27/18 to 7/1/19. Then assumes 2.58% on aggregate value of Apt. 12A and Apt. 12F net of commissions until 12/31/19. |
| | | NT x3934 (partial) | 46 | | $1,431,681.07 | |
| | | TD Ameritrade x7686 (partial) | 71 | | $30,652.87 | |
| TOTAL | $70,520,834.69 | | | | $70,520,834.69 | |

| Assets not needed to pay judgment at this time | SEC No. | Est. Value (SEE NOTE 1) | |
|---|---|---|---|
| HSBC x2984 | 2 | $ | 9.50 |
| NT x3911 | 4 | $ | - |
| NT x0901 | 5 | $ | - |
| Oak Management 2015 Distribution (subject to forfeiture) | 16 | $ | - |
| Oak Management 2016 Distribution (subject to forfeiture) | 17 | $ | - |
| Essell Farm (NOTE: assigned value is based on Doc. No. 888-1, no independent valuation performed to date as the same does not appear necessary given aggregate value of other Receivership Assets) | 18 | $ | 1,500,000.00 |
| Ribbit Capital (SEE NOTE 2). | 19 | $ | 4,034,457.51 |
| Ribbit Capital II (SEE NOTE 2). | 20 | $ | 876,343.82 |
| | | | $2,365,998.35 |
| Clues Network (SEE NOTE 2). | 21 | | |
| Oak HC/FT Cap. Account (subject to forfeiture) | 22 | $ | - |
| Oak HC/FT cash distro. (subject to forfeiture) | none | $ | - |
| Crypto Currency Partners LP (SEE NOTE 2). | 23 | $ | 82,774.00 |
| iMENA (SEE NOTE 2). | 24 | $ | 169,200.00 |
| Playsino (SEE NOTE 2). | none | $ | - |
| Genworth life insurance (no surrender value) | 26 | $ | - |
| Am. General life insurance (no surrender value) | 27 | $ | - |
| Oak Management Corp. (subject to forfeiture) | 28 | $ | - |
| Oak Associates X, LLC (subject to forfeiture) | 29 | $ | - |
| Oak Associates XI, LLC (subject to forfeiture) | 30 | $ | - |
| Oak Associates XI-A, LLC (subject to forfeiture) | 31 | $ | - |
| Oak Associates XII, LLC (subject to forfeiture) | 32 | $ | - |
| Oak Associates XII-A, LLC (subject to forfeiture) | 33 | $ | - |
| Oak Associates XIII, LLC (subject to forfeiture) | 34 | $ | - |

| Item | No. | Value |
|---|---|---|
| Oak Associates XIII-A, LLC (subject to forfeiture) | 35 | $ - |
| Porsche Cayenne | 37 | unk. |
| Cadillac Escalade | 38 | unk. |
| Household Furnishings of 505 North Street | 39 | unk. |
| NT x8537 | 49 | $ - |
| 505 North Street, Greenwich, CT (subject forfeiture due to bail violation) | 50 | $ - |
| Painting - M.F. Husain, "Ashoka's Pillar". | 51 | unk. |
| Harry Winston Diamond Ring | 52 | unk. |
| Various gold or silver coins given to minor children. | 53 | unk. |
| Jewelry rec'd as wedding presents (42 pcs) | 54 | unk. |
| Jewelry acquired during marriage (8 pieces) | 55 | unk. |
| Jewelry acquired during marriage (2 pieces) | 56 | unk. |
| Gold pieces received as wedding presents | 58 | unk. |
| Remaining contents in safety deposit boxes (based on notation in 888-1. Inventory of boxes did not yield other significant, easily liquidated assets). | 60 | unk. |
| BoA x6009 | 64 | $ - |
| Blade Networks (SEE NOTE 2). | 68 | $ 2,100.00 |
| Lola Travel Co. (SEE NOTE 2). | none | $ 13,000.00 |
| Reserve Media/Resy (SEE NOTE 2). | 70 | $ - |
| Iftikar A. Ahmed Family Trust interest in Rakitfi Holdings LLC | 72 | $ - |
| Fidelity: x5070 | 76 | $5,954.43 |
| Fidelity: x5760 | 77 | $392.10 |
| TD Bank Checking: x2774 | 79 | $ 155.00 |
| Paintings (2) | 82 | unk. |
| Sculpture of hand | 83 | unk. |
| Harry Winston Earrings | 84 | unk. |
| 13 women's designer handbags | 85 | unk. |
| Fidelity: x1895 | 86 | $95,232.27 |
| Fidelity: x8036 | 87 | $95,956.05 |
| Fidelity: x9441 | 88 | $85,096.13 |
| TD Ameritrade: x7666 | 89 | $1,082,880.22 |
| TD Ameritrade: x7674 | 90 | $1,203,929.35 |
| TD Ameritrade: x7700 | 91 | $331,210.19 |
| Bank of America Trust: x4104 | 92 | $5,002.81 |
| Bank of America Trust: x0070 | 93 | $5,002.83 |
| Bank of America Trust: x5699 | 94 | $5,004.04 |

| | | |
|---|---|---|
| TD Ameritrade x7686 (partial) | 71 | $6,609,414.84 |
| | **TOTAL** | **$ 18,569,113.44** |

NOTE 1: Where the estimated value is "unk." no independent valuation was performed as the asset does not appear necessary given aggregate value of other Receivership Assets at this time.

NOTE 2: This asset is generally illiquid based on representations of counsel and documents provided to Receiver. Potentially could be liquidated at a discount. Assigned value based on face value of asset. No independent valuation performed to date as the same does not appear necessary given aggregate value of other Receivership Assets at this time.

| | |
|---:|---:|
| **Total Judgment Amount:** | $64,411,703.01 |
| **Post Judgment Interest Rate:** | 2.58% |
| **Period 1 (9/27/18 Judgment Date to 7/1/2019) on full Judgment:** | $1,261,163.50 |
| **Period 2 (7/1/2019 to 12/31/19) on aggregate value of Apt. 12A and Apt. 12F net of broker commission:** | $201,170.45 |
| **TOTAL:** | $1,462,333.94 |