UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------------------x
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

        *Plaintiff*,

        v.

IFTIKAR AHMED,

        *Defendant*, and

IFTIKAR ALI AHMED SOLE PROP; I-CUBED
DOMAINS, LLC; SHALINI AHMED; SHALINI
AHMED 2014 GRANTOR RETAINED
ANNUITY TRUST; DIY A HOLDINGS LLC;
DIYA REAL HOLDINGS, LLC; I.I. 1, a minor
child, by and through his next friends IFTIKAR and
SHALINI AHMED, his parents; 1.I. 2, a minor
child, by and through his next friends IFTIKAR and
SHALINI AHMED, his parents; and 1.I. 3, a minor
child, by and through his next friends IFTIKAR and
SHALINI AHMED, his parents,

        *Relief Defendants*.

Civil No. 3:15-cv-675 (JBA)

APRIL 5, 2019

------------------------------------------------------------------x

## NON-PARTY OAK MANAGEMENT CORPORATION'S
## MOTION TO LIFT LITIGATION STAY

Non-party Oak Management Corporation ("Oak") hereby moves for an order lifting the litigation stay previously entered in this matter as part of its Order Appointing Receiver (ECF No. 1070). Specifically, Oak seeks to lift the stay for the limited purpose of commencing an arbitration against defendant Iftikar Ahmed to recover damages it suffered in connection with the very same fraudulent scheme that is the subject of this litigation, and as to which the Court has already ruled in favor of the SEC. As noted in the accompanying Memorandum of Law, the damages to be sought in that arbitration were not sought by or

{N5579708}    DOC ID - 26231076.1

awarded to the SEC in this action. In addition, lifting of the stay will not affect or impair the Court-appointed receiver's ability to fulfill his duties.

The arguments in support of this motion, as well as the applicable law, are discussed more fully in the accompanying Memorandum of Law.

OAK MANAGEMENT CORPORATION,
NON-PARTY RESPONDENT

By: /s/ David T. Grudberg
David T. Grudberg (ct01186)
CARMODY TORRANCE SANDAK &
HENNESSEY LLP
195 Church Street, P.O. Box 1950
New Haven, CT 06509-1950
Telephone: (203) 777-5501
Facsimile: (203) 784-3199
E-mail: dgrudberg@carmodylaw.com

Of Counsel:

David K. Momborquette, Esq.
Gary Stein, Esq.
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, N.Y. 10022
Telephone: (212) 756-2000
Facsimile: (212) 593-5955
E-mail: David.Momborquette@srz.com
Gary.Stein@srz.com

## CERTIFICATION

I hereby certify that on April 5, 2019, a copy of the foregoing Motion to Lift Litigation Stay was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operating of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/ David T. Grudberg
David T. Grudberg