UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>IFTIKAR AHMED<br><br>　　　　　Defendant, and<br>and<br><br>IFTIKAR ALI AHMED SOLE PROP; I-CUBED DOMAINS, LLC; SHALINI AHMED; SHALINI AHMED 2014 GRANTOR RETAINED ANNUITY TRUST; DIYA HOLDINGS LLC; DIYA REAL HOLDINGS, LLC; I.I. 1, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; I.I. 2, a minor child, by and through his next friends, IFTIKAR and SHALINI AHMED, his parents; I.I. 3, a minor child, by and through his next friends, IFTIKAR and SHALINI AHMED, his parents<br><br>　　　　　Relief Defendants. | Civil Action No.<br>3:15-cv-675-JBA |

## STATEMENT OF RECEIVER'S POSITION REGARDING NON-PARTY OAK MANAGEMENT CORPORATION'S MOTION TO LIFT LITIGATION STAY

　　　　Jed Horwitt, Esq., in his capacity as Court-appointed receiver of the Receivership Estate (the "Receiver"), through his undersigned counsel, respectfully provides this statement (the "Statement") concerning the Non-Party Oak Management Corporation's Motion to Lift Litigation Stay (the "Motion") filed by Oak Management Corporation ("OMC") on April 5, 2019, [Doc. No. 1132] to update the Court, other parties to this matter, and OMC as to the Receiver's position regarding the Motion.

1

The Receiver and his counsel have reviewed the Motion. Based on the Receiver's analysis at this time, the Motion and the granting thereof do not impact the Receiver's ability to complete his duties under the Order Appointing Receiver [Doc. No. 1070] because, *inter alia*, OMC is not attempting to "disturb the asset freeze or take priority over the SEC's claim to any of the frozen assets." (Memorandum of Law in Support of Non-Party Oak Management Corporation's Motion to Lift Litigation Stay [Doc. No. 1133], at 4.) Therefore, the Receiver takes no position as to the Motion at this time.

However, upon request, the Receiver or his counsel will attend any hearing scheduled by the Court on this matter and provide any relevant information and assistance that the Court or other parties to this action may need in addressing the Motion.

Dated: April 26, 2019
   Bridgeport, Connecticut

> Respectfully submitted,
> JED HORWITT, ESQ., RECEIVER
>
>  */s/ Christopher H. Blau*
> Stephen M. Kindseth (ct14640)
> Christopher H. Blau (ct30120)
> Zeisler & Zeisler, P.C.
> 10 Middle Street, 15th Floor
> Bridgeport, CT  06604
> Telephone: 203-368-4234 X 236
> Facsimile: 203-549-0903
> Email: cblau@zeislaw.com;
> skindseth@zeislaw.com
> *Counsel to the Receiver*

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2019, a copy of the foregoing Statement of Receiver's Position was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

 */s/ Christopher H. Blau*  
Christopher H. Blau (ct30120)