UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

|                                                                 |     |                      |
|-----------------------------------------------------------------|-----|----------------------|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,               | )   | No. 3:15-CV-675 (JBA) |
|                                                                 | )   |                      |
|                                       Plaintiff,                | )   |                      |
|                                                                 | )   |                      |
|                            v.                                   | )   |                      |
|                                                                 | )   |                      |
| IFTIKAR AHMED,                                                  | )   |                      |
|                                 Defendant, and                  | )   |                      |
|                                                                 | )   |                      |
| IFTIKAR ALI AHMED SOLE PROP;                                    | )   |                      |
| I-CUBED DOMAINS, LLC; SHALINI AHMED;                            | )   |                      |
| SHALINI AHMED 2014 GRANTOR RETAINED                             | )   |                      |
| ANNUITY TRUST; DIYA HOLDINGS LLC;                               | )   |                      |
| DIYA REAL HOLDINGS, LLC;                                        | )   |                      |
| I.I. 1, a minor child, by and through his next friends          | )   |                      |
| IFTIKAR and SHALINI AHMED, his parents;                         | )   |                      |
| I.I. 2, a minor child, by and through his next friends          | )   |                      |
| IFTIKAR and SHALINI AHMED, his parents; and                     | )   |                      |
| I.I. 3, a minor child, by and through his next friends          | )   |                      |
| IFTIKAR and SHALINI AHMED, his parents,                         | )   |                      |
|                                                                 | )   | MAY 7, 2019          |
|                                 Relief Defendants.              | )   |                      |
_____ )

**RELIEF DEFENDANTS' NOTICE IN SUPPORT OF EMERGENCY MOTION
FOR RELEASE OF APPELLATE FEES FOR COUNSEL
IN THE SECOND CIRCUIT COURT OF APPEALS**

Relief Defendants I-Cubed Domains, LLC, Shalini Ahmed, Shalini Ahmed 2014 Grantor Retained Annuity Trust, DIYA Holdings, LLC, DIYA Real Holdings, LLC, I.I. 1, I.I. 2, and I.I. 3 (together, "Relief Defendants"), by and through undersigned counsel, respectfully file this Notice in Support of the Relief Defendants' Emergency Motion to Release Appellate Fees for Counsel in the Second Circuit Court of Appeals (ECF No. 1080) and their Reply in Further Support thereof (ECF No. 1107). Relief Defendants reserve all rights to all issues.

-1-

On April 3, 2019, the Receiver issued his Receiver Report (ECF No. 1130) which confirmed, via a neutral third party, that there is over $89 million worth of assets frozen (ECF No. 1130-1) for the Receiver's estimate of $70.5 million[1] that he believes is needed to fully secure the judgment.  In light of the confirmation by a neutral party that there are substantial assets above and beyond any judgment or estimated judgment amount, Relief Defendants renew their request that $350,000 be released from Fidelity Account x7540 to appellate counsel Jenner & Block so that appellate counsel can begin to work on understanding and presenting the complex issues in this lengthy litigation to the Court of Appeals.

Respectfully Submitted,


By:   /s/ *Paul E. Knag*
        Paul E. Knag – ct04194
        pknag@murthalaw.com
        Kristen L. Zaehringer – ct27044
        kzaehringer@murthalaw.com
        Murtha Cullina LLP
        177 Broad Street, 16th Floor
        Stamford, Connecticut 06901
        Telephone: 203.653.5400
        Facsimile:  203.653.5444


        *Attorneys for Relief Defendants*
        *I-Cubed Domain, LLC, Shalini Ahmed,*
        *Shalini Ahmed 2014 Grantor Retained*
        *Annuity Trust, Diya Holdings, LLC, Diya*
        *Real Holdings, LLC, I.I. 1, I.I. 2 and I.I. 3*

---

[1] This figure is subject to litigation as the $70.5 million figure is an estimate from the Receiver and the Relief Defendants are preparing a response in opposition to this amount.

9987126v2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on today's date, a copy of the foregoing RELIEF DEFENDANTS' NOTICE IN SUPPORT OF EMERGENCY MOTION FOR RELEASE OF APPELLATE FEES FOR COUNSEL IN THE SECOND CIRCUIT COURT OF APPEALS will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

　　　　　　　　　　　　　　　 _/s/ Paul E. Knag_
　　　　　　　　　　　　　　　　 Paul E. Knag – ct04194

9987126v2