UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------- X
UNITED STATES SECURITIES AND : 
EXCHANGE COMMISSION, :
:
      *Plaintiff,* :
:
 v. :
:
IFTIKAR AHMED, :
: Civil Action No.
      *Defendant, and* : 3:15-CV-675 (JBA)
:
IFTIKAR ALI AHMED SOLE PROP, :
I-CUBED DOMAINS, LLC; SHALINI AHMED; :
SHALINI AHMED 2014 GRANTOR RETAINED :
ANNUITY TRUST; DIYA HOLDINGS LLC; :
DIYA REAL HOLDINGS, LLC; I.I. 1, a minor :
child, by and through his next friends IFTIKAR and :
SHALINI AHMED, his parents; I.I. 2, a minor child, :
by and through his next friends IFTIKAR and :
SHALINI AHMED, his parents; and I.I. 3, a minor :
child, by and through his next friends IFTIKAR and :
SHALINI AHMED, his parents, :
:
      *Relief Defendants.* : MAY 10, 2019
:
---------------------------------------------------------------- X

**MOTION OF HARRIS, ST. LAURENT & CHAUDHRY LLP TO WITHDRAW FROM REPRESENTATION OF RELIEF DEFENDANTS, AND FOR PAYMENT OF OUTSTANDING ATTORNEYS' FEES, AND, IN THE ALTERNATIVE, FOR RELIEF FROM THE STAY OF LITIGATION AS TO RELIEF DEFENDANTS**

PLEASE TAKE NOTICE that for the reasons set forth in the accompanying Memorandum of Law, Harris, St. Laurent & Chaudhry LLP (the "Firm") respectfully requests that this Court enter an order permitting the Firm to withdraw, and releasing funds to pay outstanding attorneys' fees incurred by counsel for the Relief Defendants, totaling $1,860,367.53 owing to the Firm, and $9,065.64 owing to Berenzweig Leonard LLP, or, in the alternative, granting relief from the litigation stay to permit the Firm to commence and prosecute an action

1

for non-payment to recover attorneys' fees from the Relief Defendants and the Receivership Estate.

Dated: New York, New York
       May 10, 2019

                Respectfully submitted,

                _/s/ S. Gabriel Hayes-Williams_
                Jonathan Harris (phv07583)
                Joseph Gallagher (phv09604)
                S. Gabriel Hayes-Williams (phv07948)
                HARRIS, ST. LAURENT& CHAUDHRY LLP
                40 Wall Street, 53rd Floor
                New York, New York 10005
                Tel: 212.397.3370
                Facsimile: 212.202.6202

                David B. Deitch (phv07260)
                BERENZWEIG LEONARD LLP
                8300 Greensboro Drive
                Suite 1250
                McLean, VA 22102
                Tel. 703.940.3065
                Email: ddeitch@berenzweiglaw.com

                _Withdrawing Attorneys for Relief Defendants_
                _I-Cubed Domains, LLC, Shalini Ahmed,_
                _Shalini Ahmed 2014 Grantor Retained_
                _Annuity Trust, Diya Holdings, LLC, Diya_
                _Real Holdings, LLC, I.I. 1, I.I. 2 and I.I. 3_

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2019, I caused a copy of the foregoing Notice of Motion and the accompanying Memorandum of Law, and the exhibit thereto, and the Proposed Order, to be served by ECF upon:

    Nicholas P. Heinke
    Mark L. Williams
    U.S. Securities and Exchange Commission
    1961 Stout St., Suite 1700
    Denver, CO 80294
    HeinkeN@sec.gov
    WilliamsML@sec.gov

    Iftikar Ahmed
    c/o Advocate Anil Sharma
    10 Government Place East
    Ground Floor
    Kolkatta, West Bengal, India 700-069
    iftyahmed@icloud.com

Counsel to the Jed Horwitt, Receiver, has been served by ECF and by overnight mail as follows:

    Stephen M. Kindseth
    Christopher H. Blau
    Zeisler & Zeisler, P.C.
    10 Middle Street
    15th Floor
    Bridgeport, CT 06604
    skindseth@zeislaw.com
    cblau@zeislaw.com

Relief Defendants have been served by email and overnight mail as follows:

    Shalini Ahmed
    505 North Street
    Greenwich, CT 06830

    I-Cubed Domains;
    Shalini Ahmed 2014 Grantor Retained Annuity Trust;
    DIYA Holdings LLC; and
    DIYA Real Holdings LLC
    John F. Carberry
    Daniel G. Johnson

Cummings & Lockwood LLC
6 Landmark Square
Stamford, CT 06901

I.I. 1;
I.I. 2; and
I.I. 3
c/o Shalini Ahmed
505 North Street
Greenwich, CT 06830

                                                                                     */s/ S. Gabriel Hayes-Williams*