UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>             Plaintiff,<br><br>  v.<br><br>IFTIKAR AHMED,<br>             Defendant, and<br><br>IFTIKAR ALI AHMED SOLE PROP; I-CUBED DOMAINS, LLC; SHALINI AHMED; SHALINI AHMED 2014 GRANTOR RETAINED ANNUITY TRUST; DIYA HOLDINGS LLC; DIYA REAL HOLDINGS, LLC; I.I. 1, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; I.I. 2, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; and I.I. 3, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents,<br><br>             Relief Defendants. | No. 3:15-CV-675 (JBA)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>MAY 14, 2019 |

### RELIEF DEFENDANTS' MOTION FOR LEAVE TO FILE A RESPONSE TO SEC'S FILING [ECF 1145]

Pursuant to Local Rule 7, Relief Defendants Shalini Ahmed and her three minor children, I.I. 1, I.I. 2, and I.I. 3, I-Cubed Domains, LLC, Shalini Ahmed 2014 Grantor Retained Annuity Trust, DIYA Holdings, LLC, and DIYA Real Holdings, LLC (together, the "Relief Defendants"), through their undersigned counsel, respectfully move for leave to file a response to a recent filing – "Plaintiff United States Securities and Exchange Commission's Response to Non-Party Oak Management Corporation's Motion to Lift Litigation Stay" – [ECF No. 1145] (hereinafter, the "SEC's Filing") to address certain

-1-

inaccuracies in the SEC's Filing as well as new legal arguments that were raised for the first time in the SEC's Filing but <u>not</u> in the underlying papers.  A copy of the Relief Defendants' proposed brief is attached hereto as **<u>Exhibit A</u>**.

By way of background, on April 5, 2019, Oak Management Corporation ("<u>Oak</u>"), who is not a party to this action, filed an unorthodox motion entitled:  "Non-Party Oak Management Corporation's Motion for Lift of Stay" [ECF No. 1132] (hereinafter, the "<u>Non-Party Motion</u>").  On April 26, 2019, the Relief Defendants, the Defendant, the Receiver, and the SEC each filed a response to the Non-Party Motion.  [ECF Nos. 1142, 1143, 1144 and 1145.]

The Relief Defendants respectfully request permission to file a concise response to the SEC's Filing for the limited purpose of addressing new legal arguments that were raised for in the SEC's Filing but <u>not</u> in the underlying Non-Party Motion.  There is good cause to grant this request because Courts in this Circuit permit reply papers to address new and material issues that are raised for the first time in opposition papers.  *MMC ppa v. Bridgeport Hosp.,* No. 3:11-CV-1733 SALM, 2015 WL 4656497, at *2 (D. Conn. Aug. 5, 2015) ("[R]eply papers may properly address new material issues raised in the opposition papers so as to avoid giving unfair advantage to the answering party.") (quoting *Bayway Ref. Co. v. Oxygenated Mktg. & Trading A.G.,* 215 F.3d 219, 226–27 (2d Cir.2000)).

[Remainder of Page Intentionally Left Blank]

WHEREFORE, the Relief Defendants respectfully request that the Court grant the instant motion in its entirety.

Respectfully Submitted,

By: /s/ *Paul E. Knag*
　　Paul E. Knag – ct04194
　　pknag@murthalaw.com
　　Kristen L. Zaehringer – ct27044
　　kzaehringer@murthalaw.com
　　Murtha Cullina LLP
　　177 Broad Street, 16th Floor
　　Stamford, Connecticut 06901
　　Telephone: 203.653.5400
　　Facsimile:  203.653.5444

　　*Attorneys for Relief Defendants*
　　*I-Cubed Domain, LLC, Shalini Ahmed,*
　　*Shalini Ahmed 2014 Grantor Retained*
　　*Annuity Trust, Diya Holdings, LLC, Diya*
　　*Real Holdings, LLC, I.I. 1, I.I. 2 and I.I. 3*

-4-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of May, 2019, a copy of the foregoing RELIEF DEFENDANTS' MOTION FOR LEAVE TO FILE A RESPONSE TO SEC'S FILING [ECF 1145] will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

                                                 /s/ *Paul E. Knag*
                                                 Paul E. Knag – ct04194