# EXHIBIT E

| SEC NO. | Asset | Brief Desc. | Approx. or Actual Value | Notes and Proposed Disposition / Reason for Retaining Asset |
|---|---|---|---|---|
| NONE | Receivership Account | Cash | $904,744.35 | To be used to pay for ongoing Receivership Estate expenses, balance to be moved to CRIS account to secure Judgment. |
| 1 | E*Trade: x6818 | Cash | $243.65 | See Note 5. |
| 2 | HSBC: x2984 | Cash | $9.50 | See Note 5. |
| 3 | Northern Trust: x5218 | Cash | $5,359,620.19 | See Note 4. |
| 5 | Northern Trust: x0901 | Cash | $0.02 | See Note 5. |
| 6 | Northern Trust: x5226 | Cash | $132,426.35 | Value represents Defendant's 50% interest in Essell Farms, LLC. See Note 4. |
| 7 | Northern Trust: x5234 | Cash | $2,019,046.80 | Value represents Defendant's 60% interest in Essell Group, LLC. See Note 4. |
| 8 | Northern Trust: x3781 | Cash | $81,056.74 | See Note 4. |
| 9 | Northern Trust: x7193 | 29% money market/71% equity | $892,014.06 | See Note 4. |
| 10 | TD Bank: x5279 | Cash | $19,378.86 | See Note 4. |
| 11 | TD Bank: x8551 | Cash | $8,193.19 | See Note 4. |
| 12 | Fidelity: x8133 | Money market | $0.31 | Value represents Defendant's 50% interest in Essell Farms, LLC. See Note 4. |
| 13 | Fidelity: x7417 | Cash | $2.84 | Value represents Defendant's 60% interest in Essell Group, LLC. See Note 4. |
| 14 | Fidelity: x9637 | Cash | $831.63 | See Note 4. |
| 15 | Circle Internet Finance Bitcoin Wallet | 27.60520050 Bitcoins | $139,780.59 | See Note 4. |
| 16 | Oak Management Corp. 2015 distribution | Forfeited | $- | See Note 3. |
| 17 | Oak Management Corp. 2016 distribution | Forfeited | $- | See Note 3. |
| 18 | Essell Farm (1820 County Route 7, Ancram, NY) | Real Estate | $1,500,000.00 | Approximate value based on Doc. No. 888-1 and Mr. Ahmed's 50% interest in The Essell Farms, LLC. See Note 5. |
| 19 | Ribbit Capital | Private investment | $4,034,457.41 | Value provided is capital account. Value represents Defendant's 60% interest in Essell Group, LLC. See Note 5. |

| SEC NO. | Asset | Brief Desc. | Approx. or Actual Value | Notes and Proposed Disposition / Reason for Retaining Asset |
|---|---|---|---|---|
| 20 | Ribbit Capital II | Private investment | $876,343.82 | Value provided is capital account. Value represents Defendant's 60% interest in Essell Group, LLC. See Note 5. |
| 21 | Clues Network Inc. | Private investment, series A and series C preferred shares. | $1,419,599.01 | Value provided based on most recent (March 31, 2018) 409a valuation of common stock. Value represents Defendant's 60% interest in Essell Group, LLC. See Note 5. |
| 22 | Oak HC/FT Associates Capital Account | Forfeited interest | $578,874.00 | See Note 3. |
|  | Oak HC/FT - Cash Distributions | Cash (forfeited) | $87,818.00 | See Note 3. |
| 23 | Crypto Currency Partners LP | Private investment | $82,774.00 | Value provided is capital account. See Note 5. |
| 24 | iMENA | Private investment | $169,200.00 | Approximate value based on .18% interest held by Defendant. See Note 5. |
| NONE | Playsino | Private investment | $- | Approximate value based on current status of acquisition by third party. See Note 5. |
| 25 | MetLife Whole Life Insurance Policy (Iftikar Ahmed) | Insurance policy (surrender value) | $1,321,218.40 | Approximate surrender value. Receiver proposes to liquidate and move to CRIS account to secure Judgment. See Note 4. |
| 26 | Genworth Life and Annuity Insurance Policy (Iftikar Ahmed) | Insurance policy | $- | No surrender value. See Note 2. |
| 27 | American General Life Insurance Policy (Iftikar Ahmed) | Insurance policy | $- | No surrender value. See Note 2. |
| 28 | Oak Management Corp. | Forfeited interest | $- | See Note 3. |
| 29 | Oak Associates X, LLC | Forfeited interest | $- | See Note 3. |
| 30 | Oak Associates XI, LLC | Forfeited interest | $- | See Note 3. |
| 31 | Oak Associates XI-A, LLC | Forfeited interest | $- | See Note 3. |
| 32 | Oak Associates XII, LLC | Forfeited interest | $- | See Note 3. |
| 33 | Oak Associates XII-A, LLC | Forfeited interest | $- | See Note 3. |
| 34 | Oak Associates XIII, LLC | Forfeited interest | $- | See Note 3. |
| 35 | Oak Associates XIII-A, LLC | Forfeited interest | $- | See Note 3. |
| 36 | Oak Frozen Distributions | Cash | $947,815.00 | See Note 4. |
| 37 | Porsche Cayenne | Car | unk. | See Note 1. |

| SEC NO. | Asset | Brief Desc. | Approx. or Actual Value | Notes and Proposed Disposition / Reason for Retaining Asset |
|---|---|---|---|---|
| 38 | Cadillac Escalade | Car | unk. | See Note 1. |
| 39 | Household Furnishings of 505 North Street | Personal propery | unk. | See Note 1. |
| 40 | Bank of America: x9566 | Cash | $4,184.54 | See Note 4. |
| 41 | Bank of America: x0482 | Cash | $221,043.68 | See Note 4. |
| 42 | Bank of America: x3754 | Cash | $171,322.46 | See Note 4. |
| 43 | Chase Bank: x9065 | Cash | $20,610.77 | See Note 4. |
| 44 | Chase Bank: x9001 | Cash | $14,370.82 | See Note 4. |
| 45 | Northern Trust Brokerage: x5188 | Cash | $451,673.37 | See Note 4. |
| 46 | Northern Trust Brokerage: x3934 | .8% cash, 99.2% equity | $11,608,637.63 | See Note 4. |
| 47 | Northern Trust Brokerage: x3935 | 6.4% cash, 4.3% fixed income, 89.3% equity | $12,084.80 | See Note 4. |
| 48 | Northern Trust Brokerage: x0895 | .2 % cash, 99.8% equity | $3,137,663.10 | See Note 4. |
| 50 | 505 North St, Greenwich, CT | Real Estate | $- | See Note 3. |
| 51 | Painting - M.F. Husain, "Ashoka's Pillar" | Personal propery | unk. | See Note 1. |
| 52 | Harry Winston Diamond Ring | Personal propery | unk. | See Note 1. |
| 53 | Various gold or silver coins given to minor children | Personal propery | unk. | See Note 1. |
| 54 | Jewelry rec'd as wedding presents (42 pcs) | Personal propery | unk. | See Note 1. |
| 55 | Jewelry acquired during marriage (8 pieces) | Personal propery | unk. | See Note 1. |
| 56 | Jewelry acquired during marriage (2 pieces) | Personal propery | unk. | See Note 1. |
| 57 | Various gold or silver coins given to minor children (specific weights) | Personal propery | n/a | N/A (see below treatment of silver in safe deposit boxes). |
| 58 | Gold pieces received as wedding presents | Personal propery | unk. | See Note 1. |
| 59 | 1 KG gold bars acquired during marriage (9 pcs) | Personal propery | n/a | N/A (see below treatment of gold in safe deposit boxes). |
| 60 | Remaining contents in safety deposit boxes | Personal propery | unk. | See Note 1. |
| NONE | Gold in safe deposit boxes (weighted items only) | 333.78 troy ounces | $430,909.98 | Approximate value based on spot price. See Note 4. |

| SEC NO. | Asset | Brief Desc. | Approx. or Actual Value | Notes and Proposed Disposition / Reason for Retaining Asset |
|---|---|---|---|---|
| NONE | Silver in safe deposit boxes (weighted items only) | 3 troy ounces | $45.24 | Approximate value based on spot price. See Note 5. |
| 61 | Bank of America: x4199 | Cash | $2,442.44 | See Note 4. |
| 62 | Bank of America: x3831 | Cash | $79,191.65 | See Note 4. |
| 63 | Apartment (530 Park, 12A, New York, NY) | Real Estate | $8,200,000.00 | Approximate value based on proposed list price, subject to change. See Note 4. |
| 64 | Bank of America: x6009 | n/a | $- | See Note 2. |
| 65 | Bank of America: x7632 | Cash | $121,130.34 | See Note 4. |
| 66 | Apartment (530 Park, 12F, New York, NY) | Real Estate | $8,000,000.00 | Approximate value based on proposed list price, subject to change. See Note 4. |
| 67 | Bank of America: x8384 | Cash | $2,540.00 | See Note 4. |
| 68 | Blade Networks Investment | Private investment. | $2,100.00 | Approximate value based on interest in private entity's book value. See Note 5. |
| NONE | Lola Travel Co. | Private investment. Contingent interest in series A preferred shares | $13,000.00 | Value based on most recent 409a report of common stock. See Note 5. |
| 69 | Aldrich Capital Investment (liquidated April 2018) | Cash | $3,078,631.27 | See Note 4. |
| 70 | Reserve Media Investment | Private investment | $- | Value likely wiped out after merger. See Note 2 and Note 5. |
| 71 | TD Ameritrade: x7686 | Approx. 38.2% cash, 61.8% equity | $6,623,735.83 | The Receiver proposes to liquidate a portion of this asset. The amount to be liquidated depends on the funds realized from the sale of Apartment 12A and Apartment 12F. |
| 72 | Iftikar A. Ahmed Family Trust interest in Rakitfi Holdings LLC | n/a | $- | See Note 2. |
| 73 | Bank Check - Iftikar Foundation (charitable contribution) | Cash | $14,560.00 | See Note 4. |
| 74 | Fidelity: x8965 | 39% cash, 61% securities | $9,037,079.71 | See Note 4. |
| 75 | Fidelity: x7540 | 68% cash, 32% securities | $13,673,469.37 | See Note 4. |
| 76 | Fidelity: x5070 | Cash | $5,954.43 | See Note 5. |
| 77 | Fidelity: x5760 | Cash | $392.10 | See Note 5. |
| 78 | Pershing/BNY Brokerage: x0166 | 76% cash, 24% fixed income | $885,594.16 | See Note 4. |
| 79 | TD Bank Checking: x2774 | Cash | $155.00 | See Note 5. |

| SEC NO. | Asset | Brief Desc. | Approx. or Actual Value | Notes and Proposed Disposition / Reason for Retaining Asset |
|---|---|---|---|---|
| 80 | Cash (Held by HSC LLP) | Cash | $55,223.93 | See Note 5. |
| 81 | Cash (Held by Murtha Cullina LLP) | Cash | $25,000.00 | See Note 5. |
| 82 | Paintings (2) | Personal propery | unk. | See Note 1. |
| 83 | Sculpture of hand | Personal propery | unk. | See Note 1. |
| 84 | Harry Winston Earrings | Personal propery | unk. | See Note 1. |
| 85 | 13 women's designer handbags | Personal propery | unk. | See Note 1. |
| 86 | Fidelity: x1895 | Cash | $95,232.27 | See Note 5. |
| 87 | Fidelity: x8036 | Cash | $95,956.05 | See Note 5. |
| 88 | Fidelity: x9441 | Cash | $85,096.13 | See Note 5. |
| 89 | TD Ameritrade: x7666 | Approx. 22% cash, 78% equity | $1,082,880.22 | See Note 5. |
| 90 | TD Ameritrade: x7674 | Approx. 12.1% cash, 87.9% equity | $1,203,929.35 | See Note 5. |
| 91 | TD Ameritrade: x7700 | Approx. 16.3% cash, 83.7% equity | $331,210.19 | See Note 5. |
| 92 | Bank of America Trust: x4104 | Cash | $5,002.81 | See Note 5. |
| 93 | Bank of America Trust: x0070 | Cash | $5,002.83 | See Note 5. |
| 94 | Bank of America Trust: x5699 | Cash | $5,004.04 | See Note 5. |
| | | **TOTAL** | $89,377,509.22 | |

**NOTE 1:** Where value is "unk." no independent valuation was performed as the asset does not appear necessary given aggregate value of other Receivership Assets at this time. In an abundance of caution, however, the Receiver proposes to keep the asset frozen and in the Receivership Estate until the Judgment is fully secured in the CRIS account.

**NOTE 2:** Where value is $0, the asset has no appreciable value to the Receivership Estate for a reason other than forfeiture (such as an account balance of $0 or an insurance policy without a surrender value, for example). In an abundance of caution, however, the Receiver proposes to keep the asset frozen and in the Receivership Estate until the Judgment is fully secured in the CRIS account.

**NOTE 3:** Except when indicated, where value is "forfeited," the asset has either (a) been determined to be forfeited by this Court and/or (b) the holder of the asset takes the position that the asset has been forfeited.

**NOTE 4:** The Receiver proposes to liquidate this asset and transfer the proceeds of such liquidation to the CRIS account to secure the Judgment.