UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br> v.<br><br>IFTIKAR AHMED,<br><br>    Defendant, and<br><br>IFTIKAR ALI AHMED SOLE PROP; I-CUBED DOMAINS, LLC; SHALINI AHMED; SHALINI AHMED 2014 GRANTOR RETAINED ANNUITY TRUST; DIYA HOLDINGS LLC; DIYA REAL HOLDINGS, LLC; I.I. 1, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; I.I. 2, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; and I.I. 3, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents,<br><br>    Relief Defendants. | No. 3:15-CV-675 (JBA)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>MAY 21, 2019 |

**<u>RELIEF DEFENDANTS' NOTICE OF INTENTION TO OPPOSE RECEIVER'S "FIRST INTERIM APPLICATION FOR PROFESIONAL [SIC] FEES AND EXPENSES INCURRED BY THE RECEIVER AND HIS PROFESSIONALS" (ECF. 1160)</u>**

Relief Defendants I-Cubed Domains, LLC, Shalini Ahmed, Shalini Ahmed 2014 Grantor Retained Annuity Trust, DIYA Holdings, LLC, DIYA Real Holdings, LLC, I.I. 1, I.I. 2, and I.I. 3 (together, "Relief Defendants"), by and through undersigned counsel, respectfully file this Notice of Intention to Oppose Receiver's "First Interim Application for Profesional [sic] Fees and Expenses incurred by the Receiver and his Professionals" (ECF. No. 1160). Relief Defendants reserve all rights to all issues.

10013595v1

On May 15, 2019, the Receiver filed his first interim fee application (ECF No. 1160). In his submission, Receiver stated that "[T]he Defendant and counsel for the Relief Defendants have not expressed a position as to this First Application." (ECF No. 1160 at 2). Relief Defendants notify the Court that they intend to file an Opposition to Receiver's First Interim Fee Application on or before June 5, 2019.[1]

Respectfully Submitted,

By: /s/ Paul E. Knag
Paul E. Knag – ct04194
pknag@murthalaw.com
Kristen L. Zaehringer – ct27044
kzaehringer@murthalaw.com
Murtha Cullina LLP
177 Broad Street, 16th Floor
Stamford, Connecticut 06901
Telephone: 203.653.5400
Facsimile: 203.653.5444

*Attorneys for Relief Defendants
I-Cubed Domain, LLC, Shalini Ahmed,
Shalini Ahmed 2014 Grantor Retained
Annuity Trust, Diya Holdings, LLC, Diya
Real Holdings, LLC, I.I. 1, I.I. 2 and I.I. 3*

---

[1] Relief Defendants have calculated such date in accordance with local rules, to be three weeks after submission of Receiver's Application on May 15, 2019.

10013595v1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on today's date, a copy of the foregoing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                              /s/ Paul Knag
                                             Paul E. Knag – ct04194

10013595v1