UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>           Plaintiff,<br><br>  v.<br><br>IFTIKAR AHMED,<br>           Defendant, and<br><br>IFTIKAR ALI AHMED SOLE PROP; I-CUBED DOMAINS, LLC; SHALINI AHMED; SHALINI AHMED 2014 GRANTOR RETAINED ANNUITY TRUST; DIYA HOLDINGS LLC; DIYA REAL HOLDINGS, LLC; I.I. 1, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; I.I. 2, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; and I.I. 3, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents,<br><br>           Relief Defendants. | No. 3:15-CV-675 (JBA)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>JUNE 20, 2019 |

**RELIEF DEFENDANTS' MOTION FOR RELEASE OF FEES FOR ACCOUNTANT TO PREPARE AND FILE RELIEF DEFENDANTS' 2018 TAXES AND FOR PAYMENT TO ACCOUNTANT OF FEES FOR PREPARATION AND FILING OF RELIEF DEFENDANTS' 2017 TAXES**

    Relief Defendants I-Cubed Domains, LLC, Shalini Ahmed, Shalini Ahmed 2014 Grantor Retained Annuity Trust, DIYA Holdings, LLC, DIYA Real Holdings, LLC, I.I. 1, I.I. 2, and I.I. 3 (together, "Relief Defendants"), by and through undersigned counsel, respectfully seek the release of $15,600 from the Receiver's Account for the payment of past due and for the payment of upcoming fees for the Relief Defendants' accountant

-2-

for the preparation and filing of tax returns. Relief Defendants reserve all rights to all issues.

Relief Defendants' request a total of $15,600 (*see* Ex. 1) to be released to Reardon and Company ("Reardon"), who is the Relief Defendants' accountant. Specifically, this Motion requests:

(1) a release of funds in the amount of $7,800 from the Receiver's Account to Reardon for payment of fees incurred from the preparation and filing of Relief Defendants' 2017 tax returns; and

(2) a release of funds in the amount of $7,800 from the Receiver's Account to Reardon for the payment of fees to be incurred from the preparation and filing of Relief Defendant's 2018 tax returns.  Mr. Ahmed consents to this motion, the Receiver has reserved stating his position for now and the SEC does not consent to the motion.[1]

In connection with this request, the Relief Defendants have attached a proposed order.  (*See* Ex. 2.)

## ARGUMENTS

There is good cause for the Court to grant this motion.

*First*, the Relief Defendants have prepared and filed taxes every year during the course of this litigation and the Court should allow that to continue.[2]  Not filing taxes will

---

1 The Relief Defendants tried to avoid a briefing of this subject, as the briefing itself will accrue additional unnecessary costs that may end up greater than the amount being requested. However, the SEC does not consent to this request and the Receiver's counsel – who have reserved any position on this Motion – suggested that the Relief Defendants' file this Motion to the Court.  As such, the Relief Defendants, who are doing their best to minimize expenses, had no choice but to request the Court to intervene in this matter.

2 The Court allowed for the payment of fees to Reardon for the preparation and filing of 2015 and 2016 tax returns for the Relief Defendants.  The Court should allow for this to continue.

result in increased expenses on the frozen assets as there will be interest and penalties if the Relief Defendants' do not file tax returns.

*Second*, even though the Court has ruled that the Relief Defendants' assets can be used to satisfy Defendant's judgment, there is an appeal pending that will address issues including, but not limited to: the issue of nominee status and if Relief Defendants' assets can be used to satisfy Defendant's judgment.  Until the appellate courts issue a final ruling on such, the Relief Defendants believe that they must continue to file taxes on the assets that they have stated to be theirs.  These assets are frozen under this Court's asset freeze order and are also under the Receivership Order.

*Third*, none of the Relief Defendants are accountants and they do not know how to prepare or file tax returns.  The Relief Defendants need an accountant to do so and Reardon is familiar with the assets that underlie the tax returns.

*Fourth*, the Receiver has stated that he is not authorized to release fees for the preparation of the Relief Defendants' personal taxes.  However, the income from the Relief Defendants' entities' that are frozen and under the Receivership flows through the Relief Defendants' tax returns.  By allowing the Relief Defendants' to file taxes, the underlying entities are filing their taxes as well.

## **CONCLUSION**

Wherefore, the Relief Defendants request that the Court grant the motion in its entirety and allow an amount of $15,600 from the Receiver's Account to be sent to Reardon for the preparation and filing of Relief Defendants' 2017 and 2018 tax returns.

Respectfully Submitted,

MURTHA CULLINA LLP

By: /s/ *Paul E. Knag*
    Paul E. Knag – ct04194
    pknag@murthalaw.com
    Kristen L. Zaehringer – ct27044
    kzaehringer@murthalaw.com
    177 Broad Street, 16th Floor
    Stamford, Connecticut 06901
    Telephone: 203.653.5400
    Facsimile:  203.653.5444

*Attorneys for Relief Defendants
I-Cubed Domain, LLC, Shalini Ahmed,
Shalini Ahmed 2014 Grantor Retained
Annuity Trust, Diya Holdings, LLC, Diya
Real Holdings, LLC, I.I. 1, I.I. 2 and I.I. 3*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 20, 2019, a copy of the foregoing RELIEF DEFENDANTS' MOTION FOR RELEASE OF FEES FOR ACCOUNTANT TO PREPARE AND FILE RELIEF DEFENDANTS' 2018 TAXES AND FOR PAYMENT TO ACCOUNTANT OF FEES FOR PREPARATION AND FILING OF RELIEF DEFENDANTS' 2017 TAXES will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

                                          /s/ *Paul E. Knag*
                                          Paul E. Knag – ct04194