UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>IFTIKAR AHMED,<br><br>　　　　　Defendant, and<br><br>IFTIKAR AHMED SOLE PROP; *et al*<br><br>　　　　　Relief Defendants. | Civil Action No. 3:15-cv-675 (JBA)<br><br><br><br><br>July 08TH, 2019 |

**DEFENDANT'S MOTION FOR LEAVE
TO FILE AND/OR CONTINUE ARBITRATION AGAINST OAK[1]**

The *pro se* Defendant hereby files this motion for leave to file any arbitration and/or continue arbitration against Oak that was stayed in June 2018, based on this Court's Preliminary Injunction Order. The Defendant reserves all rights to all issues.

**BACKGROUND**

The Defendant assumes familiarity with the background of this case, but submits the following for the convenience of the Court:

1. The Court, in its Preliminary Injunction Order, stayed all proceedings against the assets, "[N]o person or entity, including the Defendant, Relief Defendants, or any creditor or claimant against the Defendant or any of the Relief Defendants, or any person acting on behalf of such creditor or claimant, shall take any action to interfere with the asset freeze, including but not limited to, the filing of any lawsuit, liens, or encumbrances, or bankruptcy cases to impact the property and assets subject to this

---

[1] By "Oak," the Defendant refers to any Oak related entity, personnel, consultant, portfolio company, etc., including but not limited to OMC (Oak Management Corporation), the Oak Funds, and Oak HC/FT.

1

order; provided, however, that any party or non-party may seek leave from this order upon a proper showing" [Doc. #113 at 21].

2. As a result, the Defendant agreed to Oak's request to a stay in the arbitration he had filed against Oak and various Oak related entities in May 2018.

3. The Court entered an Order Appointing Receiver on December 20, 2018, which stayed all "civil legal proceedings of any nature… (a) against the Receiver… (b) to obtain possession of property of the Receivership Estate…(c) against any of the Defendants… (d) [Ancillary Proceedings]" [Doc. #1070 at 13].

4. On April 5, 2019, Oak moved for a lift of stay to pursue arbitration against the Defendant based on this Court's rulings, which are currently under appellate jurisdiction. [Doc. #1133 or the "Oak Motion"].

5. The Defendant opposed the Oak Motion for a variety of reasons, including, but not limited to the fact that these rulings are under appellate jurisdiction, and that all his assets continue to remain frozen. [Doc. #1143].

6. The Relief Defendants also opposed the Oak Motion [Doc. #1142]; the SEC [Doc. #1145] did not oppose the Oak Motion; and the Receiver [Doc. #1144] took no position.

7. The esteemed Court granted the Oak Motion. [Doc. #1167].

8. The Defendant filed a timely Notice of Appeal on that Order referenced in Item #7 above. [Doc. #1204].

## **ISSUES**

Oak has filed an arbitration against the Defendant. While the Defendant believes that his Notice of Appeal [Doc. #1204] stays the arbitration pending Second Circuit review of the issues under appeal, if AAA believes that arbitration must continue, then the Defendant intends to file a counterclaim and also enjoin his earlier filed arbitration [in May 2018] against Oak to this arbitration action. However, out of an abundance of caution for the Orders entered by this Court

[Doc. #113 and Doc. #1070], the Defendant submits this Motion for Leave to file and/or continue arbitration against Oak.[2]

The Defendant also does not waive his rights to request a stay (in any Court, tribunal or any other forum) in the arbitration pending determination of certain actions taken by Oak in violation of arbitration agreements and/or for any other reason(s).[3]

**WHEREFORE**, the Defendant requests that the Court grant the relief requested so that he may proceed in arbitration against Oak.

Respectfully Submitted,

Dated:   July 08TH, 2019         /s/ Iftikar Ahmed

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Iftikar A. Ahmed
　　　　　　　　　　　　　　　　　　　　　　　C/O Advocate Anil Sharma
　　　　　　　　　　　　　　　　　　　　　　　Government Place East
　　　　　　　　　　　　　　　　　　　　　　　Kolkata 700069, India
　　　　　　　　　　　　　　　　　　　　　　　Tel: +91.98.30.089.945
　　　　　　　　　　　　　　　　　　　　　　　Email: iftyahmed@icloud.com
　　　　　　　　　　　　　　　　　　　　　　　*Pro Se*

---

[2] The "filing of a notice of appeal is an event of jurisdictional significance – it confers jurisdiction on the court of appeals and divests the district court of... control over those aspects of the case involved in the appeal." *Griggs v. Provident Consumer Discount Co.,* 459 U.S. 56, 58 (1982) (per curiam). This includes any matters intertwined with the Order being appealed. *See U.S. v. Ianniello*, 824 F.2d 203, 209 (2d Cir.1987) ("[o]nce we have taken jurisdiction over one issue in a case, we may, in our discretion, consider otherwise nonappealable issues in the case as well") citing *San Filippo v. U.S. Trust Co. of New York, Inc.,* 737 F.2d 246, 255 (2d Cir.1984)

[3] It is well settled case law that that any award or settlement predicated on the same alleged underlying conduct must offset any award in favor of the SEC or any other Plaintiff.

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and served by electronic mail to:

| | |
|---|---|
| MR. NICHOLAS P. HEINKE, *ESQ*.<br>U.S. Securities and Exchange Commission<br>Byron G. Rogers Federal Building<br>1961 Stout Street, Ste. 1700<br>Denver, CO 80294<br>(303) 844-1071<br>e-mail: heinken@sec.gov | MR. MARK L. WILLIAMS, *ESQ*.<br>U.S. Securities and Exchange Commission<br>Byron G. Rogers Federal Building<br>1961 Stout Street, Ste. 1700<br>Denver, CO 80294<br>(303) 844-1027<br>e-mail: williamsml@sec.gov |
| MR. PAUL E. KNAG, *ESQ*.<br>Murtha Cullina, LLP<br>177 Broad Street, 4th Floor<br>Stamford, CT 06901<br>(203) 653-5400<br>Fax: (203) 653-5444<br>e-mail: pknag@murthalaw.com | MS. KRISTEN LUISE ZAEHRINGER, *ESQ*.<br>Murtha Cullina, LLP<br>177 Broad Street, 4th Floor<br>Stamford, CT 06901<br>(203) 653-5406<br>Fax: (860) 240-5758<br>e-mail: kzaehringer@murthalaw.com |