UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>IFTIKAR AHMED,<br><br>Defendant, and<br><br>IFTIKAR ALI AHMED SOLE PROP; I-CUBED DOMAINS, LLC; SHALINI AHMED; SHALINI AHMED 2014 GRANTOR RETAINED ANNUITY TRUST; DIYA HOLDINGS LLC; DIYA REAL HOLDINGS, LLC; I.I. 1, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; I.I. 2, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; and I.I. 3, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents,<br><br>Relief Defendants. | Civil Action No. 3:15cv675 (JBA) |

**PLAINTIFF UNITED STATES SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF FINAL JUDGMENT IN *SEC V. KANODIA, ET AL.*, 15-CV-13052 (D. MASS.)**

Plaintiff United States Securities and Exchange Commission ("SEC") hereby files this Notice to alert the Court that Final Judgment has been entered in Defendant Iftikar Ahmed's insider trading case in the District of Massachusetts.

1. On April 2, 2015, approximately two months before the SEC initiated the instant case, the SEC filed a civil complaint alleging Defendant profited by more than $1.1 million through trading on inside information he obtained from a family friend.  *See SEC v. Kanodia, et al.*, No. 1:15-cv-13042-ADB (D. Mass. filed April 2, 2015) ("Civil Insider Trading Case").

2. On May 16, 2019, the district court presiding over the Civil Insider Trading Case entered an order freezing Defendant's assets, which is subordinate to this Court's asset freeze.  *Id*. at ECF # 195 at 5.

3. On July 8, 2019, the district court presiding over the Civil Insider Trading Case entered Final Judgment which, among other things, held Defendant liable for $2,826,659.34.  *Id.* at ECF # 198 (Ex. A).  As reflected in the Final Judgment, the SEC "shall, in its sole discretion, determine when to collect these amounts. The SEC is permitted to, but is not required to, instead apply these amounts toward recompensing victims in *SEC v. Ahmed*, 15-cv-675 (D. Conn.)."  Ex. A at 3.

4. The SEC is not at this time seeking to collect funds in satisfaction of the Judgment, but rather files this Notice only to notify the Court that Final Judgment has been entered in the Civil Insider Trading Case.

Dated:  July 11, 2019.

*/s/ Mark L. Williams*
Nicholas P. Heinke
Mark L. Williams
U.S. Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, CO 80294-1961
(303) 844-1071 (Heinke)
(303) 844-1027 (Williams)
HeinkeN@sec.gov
WilliamsML@sec.gov
Attorneys for Plaintiff

- 3 -

<u>CERTIFICATE OF SERVICE</u>

      I certify that on July 11, 2019, a copy of the foregoing document was emailed to Defendant Iftikar Ahmed at IftyAhmed@icloud.com, and served via ECF upon the following:

Jonathan Harris
Reid Skibell
David Deitch
S. Gabriel Hayes-Williams
Joseph Gallagher
Harris, St. Laurent & Chaudhry LLP
40 Wall Street, 53rd Floor
New York, NY 10005
(Counsel for Relief Defendants).

Christopher H. Blau
Stephen M. Kindseth
Zeisler & Zeisler, P.C.
10 Middle Street, 15th Floor
Bridgeport, CT 06604
(Counsel for Receiver, Jed Horwitt, Esq.)

                                            s/ *Mark L. Williams*
                                            Mark L. Williams