UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>IFTIKAR AHMED<br><br>        Defendant, and<br>and<br><br>IFTIKAR ALI AHMED SOLE PROP; I-CUBED DOMAINS, LLC; SHALINI AHMED; SHALINI AHMED 2014 GRANTOR RETAINED ANNUNITY TRUST; DIYA HOLDINGS LLC; DIYA REAL HOLDINGS, LLC; I.I. 1, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; I.I. 2, a minor child, by and through his next friends, IFTIKAR and SHALINI AHMED, his parents; I.I. 3, a minor child, by and through his next friends, IFTIKAR and SHALINI AHMED, his parents<br><br>        Relief Defendants. | Civil Action No.<br>3:15-cv-675-JBA |

**WITHDRAWAL OF:
RECEIVER'S MOTION PURSUANT TO
PARAGRAPH 5(J) OF THE ORDER APPOINTING RECEIVER REGARDING HIS
POSSIBLE APPOINTMENT AS RECEIVER IN *SEC V. KANODIA, ET AL.***

Jed Horwitt, Esq., in his capacity as Court-appointed receiver of the Receivership Estate[1] (the "Receiver"), through his undersigned counsel, respectfully withdraws the Receiver's Motion Pursuant to Paragraph 5(j) of the Order Appointing Receiver Regarding His Possible Appointment as Receiver in *SEC v. Kanodia, et al.* (ECF No. 1169) (the "Motion"). A final judgment has

---

[1] Unless expressly defined otherwise in this report, the definitions of terms set forth in the Report of Receiver [Doc. No. 1135] (the "Report") are incorporated herein by reference.

1

entered in the subject civil action *SEC v. Kanodia, et al.*, No. 1:15-cv-13042-ADB (D. Mass.), presently pending before the United States District Court for the District of Massachusetts (the Honorable Allison D. Burroughs presiding), rendering the Motion moot.

Dated July 12, 2019, at Bridgeport, Connecticut.

        Respectfully submitted,
        JED HORWITT, ESQ., RECEIVER

        */s/ Stephen M. Kindseth*
        Stephen M. Kindseth (ct14640)
        Christopher H. Blau (ct30120)
        Zeisler & Zeisler, P.C.
        10 Middle Street, 15th Floor
        Bridgeport, CT  06604
        Telephone: 203-368-4234 X 236
        Facsimile: 203-549-0903
        Email: cblau@zeislaw.com;
        skindseth@zeislaw.com
        *Counsel to the Receiver*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System. Furthermore, a copy of the foregoing was sent via email to the Defendant, Iftikar A. Ahmed, at iftyahmed@icloud.com.

*/s/ Stephen M. Kindseth*
Stephen M. Kindseth (ct14640)