# FW: Securities & Exchange Commission v. Ahmed, et al.

30 July 2019 at 3:25 AM

From "David T. Grudberg"

To Ifty Ahmed

📎 📄 Oak-Ahmed-...(N5613356).pdf 167.21 KB, 📄 Oak-Exhibi...(N5613354).pdf 327.96 KB, 📄 Oak-Exhibi...(N5613351).pdf 280.48 KB

---

Mr. Ahmed, see email below to counsel

---

**From:** David T. Grudberg <DGrudberg@carmodylaw.com>
**Sent:** Monday, July 29, 2019 5:32 PM
**To:** williamsml@sec.gov; pknag@murthalaw.com; ddeitch@sc-harris.com; ghayeswilliams@sc-harris.com; priya@sc-harris.com; rskibell@sc-harris.com; kzaehringer@murthalaw.com; jon@sc-harris.com; heinken@sec.gov; Momborquette, David K. <Dmomborquette@mwe.com>
**Cc:** asakin@sc-harris.com; Christopher Blau <cblau@zeislaw.com>; ebuxbaum@wtplaw.com; ecanalia@wolfhorowitz.com; orakerj@sec.gov; john.langmaid@ct.gov; john.hughes@usdoj.gov; Joseph Gallagher <jgallagher@sc-harris.com>; kzaehringer@murthalaw.com; michael.blanchard@morganlewis.com; pknag@murthalaw.com; skindseth@zeislaw.com; millerte@sec.gov
**Subject:** Securities & Exchange Commission v. Ahmed, et al.


To All Counsel:

Attached please find the *UNREDACTED* Memorandum of Law of Non-Party Oak Management Corporation in Opposition to Defendant Iftikar Ahmed's Motion for Leave to File and/or Continue Arbitration Against Oak, along with the *UNREDACTED* Exhibits A and B, to be filed under Seal with the Court.

Regards,

David Grudberg

**David T. Grudberg** | Bio
**Carmody Torrance Sandak & Hennessey LLP**
195 Church Street | New Haven, CT 06509-1950
Direct: 203-784-3115 | Fax: 203-784-3199
DGrudberg@carmodylaw.com | www.carmodylaw.com

---------------------------
This electronic message contains information from Carmody Torrance Sandak & Hennessey LLP, or its attorneys, which may be confidential, privileged or otherwise protected from disclosure. The information is intended to be used solely by the recipient(s) named. If you are not an intended recipient, be aware that any review, disclosure, copying, distribution or use of this transmission or its contents is prohibited. If you have received this transmission in error, please notify us immediately at 203-573-1200 or at the reply email address. For more information about Carmody Torrance Sandak & Hennessey LLP, please go to http://www.carmodylaw.com
---------------------------