UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------------ X
UNITED STATES SECURITIES AND :
EXCHANGE COMMISSION, :
 :
    *Plaintiff,* :
 :
  v. :
 :
IFTIKAR AHMED, :
 :
    *Defendant, and* : Civil Action No.
 : 3:15-CV-675 (JBA)
 :
IFTIKAR ALI AHMED SOLE PROP, :
I-CUBED DOMAINS, LLC; SHALINI AHMED; :
SHALINI AHMED 2014 GRANTOR RETAINED :
ANNUITY TRUST; DIYA HOLDINGS LLC; :
DIYA REAL HOLDINGS, LLC; I.I. 1, a minor :
child, by and through his next friends IFTIKAR and :
SHALINI AHMED, his parents; I.I. 2, a minor child, :
by and through his next friends IFTIKAR and :
SHALINI AHMED, his parents; and I.I. 3, a minor :
child, by and through his next friends IFTIKAR and :
SHALINI AHMED, his parents, :
 :
    *Relief Defendants.* : AUGUST 20, 2019
 :
------------------------------------------------------------------ X

**MOTION OF HARRIS ST. LAURENT LLP FOR PAYMENT OF ATTORNEYS' FEES AND FOR RESOLUTION OF PENDING MOTIONS**

    PLEASE TAKE NOTICE that for the reasons set forth in the accompanying Memorandum of Law, Harris St. Laurent LLP (the "Firm") respectfully requests that this Court resolve its previously-filed motions (and one proposed order) seeking attorneys' fees, leave to withdraw as counsel to the Relief Defendants, and modification of the asset freeze (Dkt. Nos. 898, 925, 970, 1079, and 1152), and, by doing so, grant the aforementioned motions. In the alternative, the Firm respectfully requests that the Court schedule a telephonic conference on these applications.

1

Dated: New York, New York
August 20, 2019

Respectfully submitted,

*/s/ Joseph Gallagher*
Jonathan Harris (phv07583)
Joseph Gallagher (phv09604)
HARRIS ST. LAURENT LLP
40 Wall Street, 53rd Floor
New York, New York 10005
Tel: 212.397.3370
Facsimile: 212.202.6202

David B. Deitch (phv07260)
BERENZWEIG LEONARD LLP
8300 Greensboro Drive
Suite 1250
McLean, VA 22102
Tel. 703.940.3065
Email: ddeitch@berenzweiglaw.com

*Attorneys for Relief Defendants
I-Cubed Domain, LLC, Shalini Ahmed,
Shalini Ahmed 2014 Grantor Retained
Annuity Trust, Diya Holdings, LLC, Diya
Real Holdings, LLC, I.I. 1, I.I. 2 and I.I. 3*

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2019, I caused a copy of the foregoing Notice of Motion and the accompanying Memorandum of Law to be served by ECF upon:

Nicholas P. Heinke
Mark L. Williams
U.S. Securities and Exchange Commission
1961 Stout St., Suite 1700
Denver, CO 80294
HeinkeN@sec.gov
WilliamsML@sec.gov

Iftikar Ahmed
c/o Advocate Anil Sharma
10 Government Place East
Ground Floor
Kolkatta, West Bengal, India 700-069
iftyahmed@icloud.com

Counsel to the Jed Horwitt, Receiver, has been served by ECF and by overnight mail as follows:

Stephen M. Kindseth
Christopher H. Blau
Zeisler & Zeisler, P.C.
10 Middle Street
15th Floor
Bridgeport, CT 06604
skindseth@zeislaw.com
cblau@zeislaw.com

Relief Defendants have been served by email and certified mail as follows:

Shalini Ahmed
505 North Street
Greenwich, CT 06830

I-Cubed Domains
c/o Daniel G. Johnson
Cummings & Lockwood LLC
P.O. Box 120
Stamford, CT 06904-0129

Shalini Ahmed 2014 Grantor Retained Annuity Trust
c/o Daniel G. Johnson

Cummings & Lockwood LLC
P.O. Box 120
Stamford, CT 06904-0129

DIYA Holdings LLC
c/o Daniel G. Johnson
Cummings & Lockwood LLC
P.O. Box 120
Stamford, CT 06904-0129

DIYA Real Holdings LLC
c/o Daniel G. Johnson
Cummings & Lockwood LLC
P.O. Box 120
Stamford, CT 06904-0129

I.I. 1
c/o Shalini Ahmed
505 North Street
Greenwich, CT 06830

I.I. 2
c/o Shalini Ahmed
505 North Street
Greenwich, CT 06830

I.I. 3
c/o Shalini Ahmed
505 North Street
Greenwich, CT 06830

                                                          */s/ Joseph Gallagher*