UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>IFTIKAR AHMED,<br>　　　　　Defendant, and<br><br>IFTIKAR ALI AHMED SOLE PROP; et al.,<br>　　　　　Relief Defendants. | No. 3:15-CV-675 (JBA)<br><br><br><br><br><br><br><br><br>SEPTEMBER 4, 2019 |

**RELIEF DEFENDANTS' RESPONSE IN OPPOSITION TO THE RECEIVER'S
SECOND APPLICATION FOR FEES AND EXPENSES**

Relief Defendants join the Defendant's Response in Opposition (ECF No. 1261) to the Receiver's Second Application for Fees and Expenses (ECF No. 1249) to the extent that it does not conflict with any of Relief Defendants' currently pending motions before the Court.

Respectfully Submitted,

By:  /s/ *Paul E. Knag*
　　Paul E. Knag – ct04194
　　pknag@murthalaw.com
　　Kristen L. Zaehringer – ct27044
　　kzaehringer@murthalaw.com
Murtha Cullina LLP
177 Broad Street, 16th Floor
Stamford, Connecticut 06901
Telephone: 203.653.5400
Facsimile:  203.653.5444

*Attorneys for Relief Defendants
I-Cubed Domain, LLC, Shalini Ahmed,
Shalini Ahmed 2014 Grantor Retained
Annuity Trust, Diya Holdings, LLC, Diya
Real Holdings, LLC, I.I. 1, I.I. 2 and I.I. 3*

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 4, 2019, a copy of the foregoing RELIEF DEFENDANTS' RESPONSE IN OPPOSITION TO RECEIVER'S SECOND APPLICATION FOR FEES AND EXPENSES will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

/s/ *Paul E. Knag*
Paul E. Knag – ct04194

-2-