UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>IFTIKAR AHMED,<br><br>　　　　　Defendant, and<br><br>IFTIKAR ALI AHMED SOLE PROP; I-CUBED DOMAINS, LLC; SHALINI AHMED; SHALINI AHMED 2014 GRANTOR RETAINED ANNUITY TRUST; DIYA HOLDINGS LLC; DIYA REAL HOLDINGS, LLC; I.I. 1, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; I.I. 2, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; and I.I. 3, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents,<br><br>　　　　　Relief Defendants. | Civil Action No. 3:15cv675 (JBA) |

**PLAINTIFF UNITED STATES SECURITIES AND EXCHANGE COMMISSION'S OBJECTION TO MOTION OF HARRIS ST. LAURENT LLP FOR PAYMENT OF ATTORNEYS' FEES AND FOR <u>RESOLUTION OF PENDING MOTIONS</u>**

　　　　Plaintiff United States Securities and Exchange Commission ("SEC") hereby files this objection to Harris St. Laurent LLP's motion for payment of attorneys' fees and for resolution of pending motions [Doc. # 1252] ("Motion"). As Harris St. Laurent acknowledges, there are currently four pending motions for the release of attorneys' fees, to which the SEC has responded. *See* Docs. ## 899, 934, 1000, 1177. The Motion is yet another request for reconsideration of the Court's prior rulings that monies will not be released to the Defendant or

Relief Defendants until the SEC's judgment is secured. *See, e.g.*, Docs. ## 934, 1176 at 4-5. Because "[n]o response to a motion for reconsideration need be filed unless requested by the Court" (D. Conn. L. Civ. R. 7(c)(2)), the SEC will only file a response upon the Court's request. The SEC files the instant objection only to make clear that it continues to oppose Harris St. Laurent's request.

DATED: September 10, 2019.

Respectfully submitted,

*s/ Nicholas P. Heinke*
Nicholas P. Heinke (Colorado Bar No. 38738)
Mark L. Williams (New York Bar. No. 4796611)
United States Securities and Exchange Commission
1961 Stout St., Suite 1700, Denver, CO 80294
E-mail:      HeinkeN@sec.gov
             WilliamsML@sec.gov

Attorneys for Plaintiff:

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION

<u>CERTIFICATE OF SERVICE</u>

      I certify that on September 10, 2019, a copy of the foregoing document was emailed to Defendant Iftikar Ahmed at IftyAhmed@icloud.com, and served via ECF upon the following:

Jonathan Harris
Reid Skibell
David Deitch
Alexander Sakin
S. Gabriel Hayes-Williams
Joseph Gallagher
Harris, St. Laurent & Chaudhry LLP
40 Wall Street, 53rd Floor
New York, NY 10005
(Counsel for Relief Defendants)


Christopher H. Blau (ct30120)
Stephen M. Kindseth (ct14640)
Zeisler & Zeisler, P.C.
10 Middle Street, 15th Floor
Bridgeport, CT 06604
(Counsel for Receiver, Jed Horwitt, Esq.)

                                        *s/ Nicholas P. Heinke*
                                        Nicholas P. Heinke