# Christopher Blau

| | |
|---|---|
| **From:** | Morse, Suzanne <Suzanne.Morse@fmr.com> |
| **Sent:** | Wednesday, September 11, 2019 2:23 PM |
| **To:** | Christopher Blau |
| **Subject:** | **Possible Spam** RE: SEC v. Ahmed, et al. - Case No: 315CV00675JBA - order execution |

Hi Chris,
In reviewing the account, I do see that trades were placed online by the customer. However, any funds received from those sells will remain in the account as it is restricted from all withdrawals. I do note that I took this file over from a previous analyst and I cannot speak to her analysis regarding the restriction codes. However, I have updated the restriction on all the relevant accounts to prohibit not only withdrawals, but trading and deposits as well going forward.
Thanks.
Suzanne Morse | Sr. Legal Operations Analyst| FIDELITY INSTITUTIONAL

100 Salem Street
Smithfield, RI 02917
617.563.8889
Suzanne.Morse@fmr.com
Clearing, custody, or other brokerage services may be provided by National Financial Services LLC or Fidelity Brokerage Services LLC, Members NYSE, SIPC.

> **From:** Christopher Blau [mailto:cblau@zeislaw.com]
> **Sent:** Wednesday, September 11, 2019 12:34 PM
> **To:** Spurway, John; Morse, Suzanne
> **Cc:** Jed Horwitt; Stephen Kindseth; Deborah Accurso
> **Subject:** SEC v. Ahmed, et al. - Case No: 315CV00675JBA - order execution
> **Importance:** High
>
> This email is from an external source - exercise caution regarding links and attachments.
>
> John and Suzanne,
> We have been advised that 6,000 shares of PAA were sold in Fidelity account ending in x7540, which is frozen and part of the Receivership Estate pursuant to the attached Order Appointing Receiver. The transaction looks to have been assigned order number I09CKRWF by Fidelity.
> Please advise immediately who caused this transaction to occur, under what authority the transaction was made, and confirm that the proceeds of the transaction remain in the account ending x7540.
> Thank you,
> Christopher H. Blau, Esq.
> Zeisler & Zeisler, P.C.
> 10 Middle Street
> 15th Floor
> Bridgeport, CT 06604
> Phone: (203) 368-5465
> cblau@zeislaw.com

**Total Control Panel**                                                                                                               Login

To: cblau@zeislaw.com                         Allow this sender

From: suzanne.morse@fmr.com          <u>Allow</u> fmr.com

*This message was identified as spam because the sender is not on your allow list.*