| SSN | Activity Date (ET) | Activity Time (ET) | Activity Date (UTC) | Activity Time (UTC) | IP Address |
|---|---|---|---|---|---|
| ■■■ | 9/3/2019 | 10:40:59 PM | 9/4/2019 | 2:40:59 AM | 122.180.194.26 |
| ■■■ | 9/4/2019 | 9:26:45 AM | 9/4/2019 | 1:26:45 PM | 122.180.194.26 |
| ■■■ | 9/4/2019 | 11:31:54 PM | 9/5/2019 | 3:31:54 AM | 122.180.194.26 |
| ■■■ | 9/5/2019 | 5:15:36 PM | 9/5/2019 | 9:15:36 PM | 122.180.194.26 |
| ■■■ | 9/6/2019 | 10:46:48 PM | 9/7/2019 | 2:46:48 AM | 122.180.194.26 |
| ■■■ | 9/7/2019 | 6:05:26 AM | 9/7/2019 | 10:05:26 AM | 122.180.194.26 |
| ■■■ | 9/8/2019 | 12:24:21 AM | 9/8/2019 | 4:24:21 AM | 122.180.194.26 |
| ■■■ | 9/9/2019 | 12:20:39 PM | 9/9/2019 | 4:20:39 PM | 199.187.211.223 |
| ■■■ | 9/9/2019 | 10:30:19 PM | 9/10/2019 | 2:30:19 AM | 122.163.246.231 |
| ■■■ | 9/10/2019 | 10:54:01 PM | 9/11/2019 | 2:54:01 AM | 199.187.211.203 |
| ■■■ | 9/11/2019 | 9:49:28 PM | 9/12/2019 | 1:49:28 AM | 199.187.211.162 |