PO Box 770001
Cincinnati, OH 45277-0031



September 12, 2019

**SENT VIA EMAIL ONLY**
**TO: cblau@zeislaw.com**

Christopher H. Blau, Esq.
Zeisler & Zeisler, P.C.
10 Middle St., 15th Flr.
Bridgeport, CT 06604

Re:   U.S. Securities and Exchange Commission v. Iftikar Ahmed, et al
      Case No. 3:15-cv-675 (JBA)

Dear Attorney Blau,

Per the Request emailed yesterday, September 11, 2019, and regarding the above, I hereby certify the enclosed records to be true and accurate copies of the originals as maintained in the normal course of business by Fidelity Brokerage Services, LLC, the securities broker-dealer for Fidelity Investments (hereafter Fidelity).

The documents contained herein constitute our response to the Request and are submitted in lieu of a personal appearance. Fidelity reserves the right to supplement this response if additional information becomes available through further research.

To the extent the Request requests additional documents not provided, including but not limited to internal notes and/or recorded telephone calls, Fidelity objects to the Request as overly broad, unreasonable, oppressive, costly and unduly burdensome for a non-party witness given its breadth and lack of specificity.

If you have any further questions, please contact me at (617) 563-8889 between 8:30 a.m. and 5:00 p.m. Eastern Time.

Sincerely,

Suzanne Morse
Sr. Legal Operations Analyst
Fidelity Investments

Enclosures: **Account Documents**

Fidelity Investments is a trade name, is not a duly organized business entity, and has no subsidiaries or affiliates. The proper parties to respond to this subpoena are Fidelity Brokerage Services LLC and Fidelity Management Trust Company.

Clearing, custody or other brokerage services provided by National Financial Services LLC or Fidelity Brokerage Services LLC, Member NYSE, SIPC