UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> IFTIKAR AHMED <br><br> Defendant, and <br> and <br><br> IFTIKAR ALI AHMED SOLE PROP; I-CUBED DOMAINS, LLC; SHALINI AHMED; SHALINI AHMED 2014 GRANTOR RETAINED ANNUNITY TRUST; DIYA HOLDINGS LLC; DIYA REAL HOLDINGS, LLC; I.I. 1, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; I.I. 2, a minor child, by and through his next friends, IFTIKAR and SHALINI AHMED, his parents; I.I. 3, a minor child, by and through his next friends, IFTIKAR and SHALINI AHMED, his parents <br><br> Relief Defendants. | Civil Action No. <br> 3:15-cv-675-JBA |

**MOTION FOR PERMISSION TO FILE ADDITIONAL PAGES IN REPLY TO RESPONSES TO RECEIVER'S SECOND APPLICATION FOR FEES AND EXPENSES**

Jed Horwitt, Esq., in his capacity as Court-appointed receiver of the Receivership Estate[1] (the "Receiver"), through his undersigned counsel, respectfully moves (the "Motion") under District of Connecticut Local Rule 7(d) ("Rule 7(d)") for permission to file a reply (the "Reply") of seventeen (17) pages to the responses to the to the Defendant's Response in Opposition to the Second Interim Application for Professional Fees and Expenses Incurred by the Receiver and His

---

[1] Unless expressly defined otherwise in this Motion, the definitions of terms set forth in the Report are incorporated herein by reference.

Professionals [Doc. No. 1261] (the "Defendant's Response") and the Relief Defendants' Response in Opposition to Receiver's Second Application for Fees and Expenses [Doc. No. 1264] (the "Relief Defendants' Response" and, with the Defendant's Response, the "Responses"). In support thereof, the Receiver respectfully represents as follows.

1. On August 14, 2019, the Receiver filed his Second Interim Application for Professional Fees and Expenses Incurred by the Receiver and His Professionals [Doc. No. 1249] (the "Second Application").

2. On September 2, 2019, the Defendant filed the Defendant's Response, spanning 27 pages, and on September 4, 2019, the Relief Defendants filed the Relief Defendants' Response, which was only 1 page and joined the Defendant's Response.

3. Pursuant to Rule 7(d), "[a] reply memorandum may not exceed 10 pages." Given the length and detailed nature of the Defendant's Response, which includes numerous unfounded criticisms of the Second Application that the Receiver is compelled to correct, the Receiver is unable to fully reply within 10 pages.

4. In total, the Reply is seventeen (17) pages and represents the Receiver's best effort in succinctly and efficiently responding to the Responses. If the Reply were more limited in length, the Receiver would not be able to fully address the issues raised in the Responses.

5. Furthermore, the Receiver emphasizes that the length of the Reply is not indicative of any increased expense incurred by the Receivership Estate. Indeed, neither the Receiver nor his counsel will seek compensation for the preparation of the Second Application, the reviewing of the Responses, or the drafting of the Reply or the instant Motion.

6. Therefore, the Receiver respectfully requests that the Court grant him permission to file the Reply in excess of the page limit ordinarily permitted by Rule 7(d).

**WHEREFORE**, the Receiver respectfully requests that the Court grant this Motion, permit the Receiver to file a Reply in excess of the ten (10) pages permitted by Rule 7(d), and grant such other and further relief as the Court deems just and proper.

Dated: September 23, 2019, at Bridgeport, Connecticut.

Respectfully submitted,
JED HORWITT, ESQ., RECEIVER


*/ s / Stephen M. Kindseth*
Stephen M. Kindseth (ct14640)
Christopher H. Blau (ct30120)
Zeisler & Zeisler, P.C.
10 Middle Street, 15th Floor
Bridgeport, CT  06604
Telephone: 203-368-4234
Facsimile: 203-549-0903
Email: cblau@zeislaw.com;
skindseth@zeislaw.com
*Counsel to the Receiver*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2019, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System. Furthermore, a copy of the foregoing was sent via email to the Defendant, Iftikar A. Ahmed, at iftyahmed@icloud.com.

                                        */ s / Stephen M. Kindseth*
                                        Stephen M. Kindseth (ct14640)