IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, ) ) ) | |
| Plaintiff, ) | CIVIL ACTION NO. 3:15-cv-675 (JBA) |
| v. ) IFTIKAR A. AHMED ) ) | |
| Defendant, ) ) | |
| and ) ) | |
| IFTIKAR ALI AHMED SOLE PROP., et al., ) ) | |
| Relief Defendants. ) | SEPTEMBER 23, 2019 |

## STATEMENT OF DANIEL G. JOHNSON
## RE: SOURCE OF FUNDS FOR APPELLATE LEGAL FEES

Daniel G. Johnson ("Johnson"), in his capacity as trustee of the Iftikar A. Ahmed Family Trust (the "Trust") and the custodian of the UTMA accounts for the benefit of the three minor children of Iftikar A. Ahmed and Shalini A. Ahmed (the "UTMA Accounts"),[1] states his position concerning the potential for a partial liquidation of the assets held in the Trust or the UTMAs to provide funds for appellate counsel fees for the Relief Defendants and/or for the Defendant. In support of such objection, Johnson states as follows:

1. By order dated September 16, 2019, (CM/ECF #1287) the Court granted Relief Defendants' Motion for Funds for Appellate Counsel ("Relief Defendants' Motion"), authorizing the release of up to $350,000 from the Receivership Estate subject to certain conditions, leaving

---

[1] By order dated February 14, 2019, the Court granted Johnson's and the SEC's Joint Motion to Withdraw Motion to Intervene, pursuant to which the SEC agreed not to "move to strike filings that Mr. Johnson may make with respect to whether assets held in the name of the Trust and UTMA accounts should be liquidated or the consequences of such liquidation." CM/ECF #'s 1058 (motion), 1098 (order).

to the Receiver the choice of which assets of the Receivership Estate should be used to pay such fees.

2. In doing so, the Court overruled the SEC's objection to the Relief Defendants' Motion (CM/ECF #1286). In the SEC's objection, however, the SEC urged that if the Court granted the Relief Defendants' Motion, the funds for appellate counsel fees should be obtained from TD Ameritrade account #'s x7666, X7674, x7686 or x7700 - - the Trust and the UTMA accounts.

3. On September 17, 2019, Defendant filed an Emergency Motion for a Ruling on Defendant's Appellate Fees ("Defendant's Motion"), CM/ECF #1288, by which Defendant seeks access to $500,000 for appellate legal fees. The Court set a date of September 23, 2019 for responses to Defendant's Motion. Johnson anticipates the SEC will object to Defendant's Motion and will urge that assets from the Trust and UTMA accounts be used to generate such funds in the event Defendant's Motion is granted.

4. Johnson objects to the use of assets from the trust or the UTMA accounts for the appellate legal fees[2] approved for the Relief Defendants' and sought by Defendant. Based on the filings in this case it appears there are more than adequate assets in other accounts in the Receivership Estate from which such fees may be paid without endangering the SEC's ability to satisfy the judgment it has obtained, should the judgment be upheld on appeal.

5. Although the Court has found that the Trust and UTMAs are "nominees" for Defendant, the assets in these accounts are not the product of Defendant's alleged fraud and have been earmarked for the Defendant's and Ms. Ahmed's minor children.

---

[2] As the Court requested responses on the issue of appellate fees, this Response only addresses the use of Trust and/or UTMA accounts for the payment of such appellate fees. Johnson opposes the use of the Trust and/or UGMA assets to pay *any* attorney fees in this matter and reserves all rights to state such opposition.

6. The finding that the Trust and UTMAs are nominees for Defendant will be an issue on the appeals from this Court's rulings.[3] Pending a final appellate disposition of this issue, the assets in these accounts should be left undisturbed for the benefit of the minor children.

Dated this 23rd day of September, 2019.

DANIEL G. JOHNSON IN HIS CAPACITY
AS TRUSTEE OF THE IFTIKAR A. AHMED
FAMILY TRUST AND CUSTODIAN OF
THE UTMA ACCOUNTS

BY HIS ATTORNEYS
CUMMINGS & LOCKWOOD, LLC


By: /s/ John F. Carberry
 JOHN F. CARBERRY (ct02881)
 Six Landmark Square
 Stamford, CT 06901
 Phone: (203) 351-4280
 Facsimile: (203) 708-3933
 E-mail: jcarberry@cl-law.com

---

[3] These assets have been the subject of a previous inquiry by the Second Circuit and will specifically be addressed (among other issues) in the Relief Defendants' appeal.

## CERTIFICATE OF SERVICE

I do hereby certify that on September 23, 2019, a copy of the foregoing **STATEMENT OF DANIEL G. JOHNSON RE: SOURCE OF FUNDS FOR APPELLATE LEGAL FEES** was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System. a copy was also sent via email to:

Nicholas P. Heinke, Esq.
Mark L. Williams, Esq.
U.S. Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, CO 80294
HeinkeN@sec.gov
WilliamsML@sec.gov

Iftikar Ahmed
c/o Advocate Anil Sharma
10 Government Place East
Ground Floor
Kolkata, West Bengal, India 700-069
iftyahmed@icloud.com

Jonathan Harris, Esq.
Reid Skibell, Esq.
David Deitch, Esq.
Gabriel Hayes Williams, Esq.
Joseph Gallagher, Esq.
Harris, St. Laurent & Chaudhry LLP
40 Wall Street, 53rd Floor
New York, NY 10005
jon@sc-harris.com
jgallagher@sc-harris.com
rskibell@sc-harris.com
ghayeswilliams@sc-harris.com
ddeitch@sc-harris.com

                                         By  /s/ John F. Carberry
                                                 John F. Carberry

5549070_1.docx 9/23/2019