UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                                                                    )
UNITED STATES SECURITIES AND          )
EXCHANGE COMMISSION,                      )     No. 3:15-CV-675 (JBA)
                                                                    )
        Plaintiff,                                       )
                                                                    )
   v.                                                          )
                                                                    )
IFTIKAR AHMED,                                        )
        Defendant, and                              )
                                                                    )
IFTIKAR ALI AHMED SOLE PROP; *et al*  )
                                                                    )     OCTOBER 29, 2019
        Relief Defendants.                        )
_____)

## MOTION FOR RELEASE OF FUNDS FOR APPELLATE ATTORNEYS' FEES

Pursuant to the Court's Ruling Granting Relief Defendants' Emergency Motion for Appellate Attorney Fees (ECF No. 1287), Relief Defendants respectfully request the release of $19,711.25 for fees incurred in September 2019.

Consistent with this Court's Ruling, Relief Defendants submit an invoice to the Court (Ex. 1), as well as a sworn affidavit from Ms. Ahmed demonstrating her inability to pay the fees (Ex. 2).

Relief Defendants have requested the positions of both the Receiver and the SEC on this motion. The Receiver's position is as follows:

> At this time, the Receiver maintains his position as stated in his response to Relief Defendants' Emergency Motion for a Ruling on Relief Defendants' Appellate Fees, in Light of the Court's Recent Ruling on Defendant's Rule 59(e) Motion [Doc. No. 1273]. Specifically, in light of the current cumulative value of Receivership Assets, the Receiver does not believe that a disbursement of up to $350,000 to the Relief Defendants' appellate counsel will adversely impact

the Receiver's ability to fulfill his obligations under the Order Appointing Receiver. To be clear, this should not be interpreted as the Receiver opining on the sufficiency or insufficiency of the Relief Defendants' proposed filings in relation to the Court's Ruling Granting Relief Defendants' Emergency Motion for Appellate Attorney Fees [Doc. No. 1287].

The SEC's position, in turn, is as follows:

> Although the SEC preserves its position that assets should be liquidated sufficient to satisfy the judgment and the asset freeze should be lifted, the SEC recognizes that the Court has set forward a process by which Ms. Ahmed can apply for a release of frozen funds to pay appellate attorneys [Doc. # 1287]. The SEC therefore takes no position on the instant request.

Wherefore, Relief Defendants respectfully request that the Court authorize the release of $19,711.25 for payment of their appellate attorneys' fees incurred in September 2019.

Respectfully Submitted,

By: __/s/ Paul E. Knag__
Paul E. Knag – ct04194
pknag@murthalaw.com
Kristen L. Zaehringer – ct27044
kzaehringer@murthalaw.com

Murtha Cullina LLP
177 Broad Street, 16th Floor
Stamford, Connecticut 06901
Telephone: 203.653.5400
Facsimile:  203.653.5444

*Attorneys for Relief Defendants
I-Cubed Domain, LLC, Shalini Ahmed,
Shalini Ahmed 2014 Grantor Retained
Annuity Trust, Diya Holdings, LLC, Diya
Real Holdings, LLC, I.I. 1, I.I. 2 and I.I. 3*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing MOTION FOR RELEASE OF FUNDS FOR APPELLATE ATTORNEYS' FEES will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

      /s/ Paul E. Knag
Paul E. Knag – ct04194