# E<span></span>XHIBIT 1

# INVOICE

LAW OFFICES
# JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER:  59114
MATTER NUMBER:  10001

**DELIVERY VIA EMAIL**

SHALINI AHMED
505 NORTH STREET
GREENWICH, CT 06830

OCTOBER 10, 2019
INVOICE # 9502074

**SEC V. AHMED - SECOND CIRCUIT APPEAL**

FOR PROFESSIONAL SERVICES RENDERED                                $ 19,711.25
THROUGH SEPTEMBER 30, 2019:

DISBURSEMENTS                                                      $ .00

                              TOTAL INVOICE                        $ 19,711.25

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE          Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

SHALINI AHMED  
505 NORTH STREET  
GREENWICH, CT 06830

INVOICE # 9502074

CLIENT NUMBER: 59114

OCTOBER 10, 2019

FOR PROFESSIONAL SERVICES RENDERED
THROUGH SEPTEMBER 30, 2019:

SEC V. AHMED - SECOND CIRCUIT APPEAL                                MATTER NUMBER - 10001

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 9/17/19 | OGH | 1.00 | Communicated with A. Unikowsky and N. Conway re deadlines and logistics for appeal; reviewed forms C, D, and notice of appearance; drafted summary of next steps. | 725.00 |
| 9/18/19 | AGU | 2.50 | Conducted preliminary review of District Court case file in preparation for Second Circuit appeal. | 2,237.50 |
| 9/19/19 | AGU | 3.50 | Conducted preliminary review of District Court case file in preparation for Second Circuit appeal. | 3,132.50 |
| 9/20/19 | OGH | .25 | Communicated with N. Conway and A. Unikowsky re rules and logistics for filing appeal forms. | 181.25 |
| 9/22/19 | ZCS | .25 | Reviewed prior decisions in case in preparation for drafting appellate brief. | 211.25 |
| 9/23/19 | AGU | .50 | Participated in conversation with trial counsel. | 447.50 |
| 9/23/19 | ZCS | 3.25 | Reviewed prior rulings and record in preparation for drafting appellate brief; discussed case strategy with A. Unikowsky. | 2,746.25 |
| 9/24/19 | AGU | .75 | Composed memorandum to client. | 671.25 |
| 9/24/19 | ZCS | 2.75 | Reviewed record and hearing transcripts in preparation for drafting appellate brief. | 2,323.75 |
| 9/24/19 | OGH | .25 | Reviewed forms C, D, and notice of appearance and communicated with N. Conway re logistics of completing and filing same. | 181.25 |
| 9/25/19 | ZCS | 1.25 | Reviewed record in order to plan appellate brief. | 1,056.25 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

Page 1

LAW OFFICES
## JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 9/25/19 | OGH | 2.00 | Met with N. Conway regarding completion of Forms C and D, Notice of Appearance; reviewed examples of same; prepared summary of oustanding issues and communicated with A. Unikowsky re same; prepared draft forms. | 1,450.00 |
| 9/26/19 | AGU | 2.50 | Reviewed case file; prepared Second Circuit appellate forms. | 2,237.50 |
| 9/27/19 | AGU | 1.75 | Conducted further review of case file; conducted legal research re same; corresponded with client. | 1,566.25 |
| 9/27/19 | OGH | .50 | Reviewed form C, addenda thereto, and notice of appearance; pulled relevant docket entries. | 362.50 |
| 9/30/19 | OGH | .25 | Emailed with N. Conway and A. Unikowsky re oustanding issues regarding Forms C and D; revised same. | 181.25 |
| | | 23.25 | PROFESSIONAL SERVICES | $ 19,711.25 |

INVOICE TOTAL $ 19,711.25

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| ADAM G. UNIKOWSKY | 11.50 | 895.00 | 10,292.50 |
| ZACHARY C. SCHAUF | 7.50 | 845.00 | 6,337.50 |
| OLIVIA G. HOFFMAN | 4.25 | 725.00 | 3,081.25 |
| TOTAL | 23.25 | | $ 19,711.25 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE          Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER:  59114
MATTER NUMBER:  10001

SHALINI AHMED
505 NORTH STREET
GREENWICH, CT  06830

OCTOBER 10, 2019
INVOICE # 9502074

SEC V. AHMED - SECOND CIRCUIT APPEAL

## REMITTANCE ADVICE

**BALANCE DUE THIS INVOICE**        $ 19,711.25

**Bank information for Jenner & Block incoming EFT payments:**

| | |
|---|---|
| ABA Transit Number: | 271 070 801 |
| Bank Swift Code: | CITI-US-33 |
| Account Name: | Jenner & Block Operating Account |
| Account Number: | 800529352 |
| Receiving Bank Name: | Citibank |
| Receiving Bank Phone Number: | 312-384-1468 |
| Receiving Bank Fax Number: | 312-384-1355 |
| Receiving Bank Address: | 227 West Monroe Street, Chicago, IL 60606 |

Remittance advice information supporting EFT payments should be sent to: ARremittance@jenner.com

**If paying by check:**

Please return this page with your payment.

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE          Federal Identification No. 36-2192554