ZEISLER & ZEISLER, P.C.
Attorneys at Law

10 Middle Street, 15th Floor
Bridgeport, Connecticut 06604
Phone: (203) 368-4234
www.zeislaw.com

November 1, 2019

The Honorable Janet Bond Arterton
Senior United States District Judge for the District of Connecticut
Richard C. Lee United States Court House
141 Church Street, Room Number 118
New Haven, CT 06510

Re:   *SEC v. Iftikar Ahmed, et al.*, Case No. 3:15-cv-00675-JBA
      Receiver's Pending Applications for Fees and Expenses

Dear Judge Arterton,

The Receiver filed his First Interim Application for Professional Fees and Expenses Incurred by the Receiver and His Professionals [Doc. No. 1160] on May 15, 2019, and his Second Interim Application for Professional Fees and Expenses Incurred by the Receiver and His Professionals [Doc. No. 1249] on August 14, 2019 (collectively, the "Applications"). The Defendant and Relief Defendants have filed their objections to the Applications. [Doc. Nos. 1183, 1185, 1261, 1264.]

For this Court's information, pursuant to the Orders Appointing Receiver, the Receiver circulated a complete Third Interim Application for Professional Fees and Expenses Incurred by the Receiver and His Professionals to counsel to the Commission, the Defendant, and counsel to the Relief Defendants on October 15, 2019. The Receiver expects to file timely his third application for fees and expenses with this Court on November 14, 2019.

As set forth in the Applications, the Receiver and his counsel have provided substantial services to the Receivership Estate and the Receiver has fully and diligently performed his duties under the Orders Appointing Receiver. Accordingly, he and his counsel would like to receive fair and reasonable compensation for their services and the reimbursement of their expenses incurred on behalf of the Receivership Estate. The amount represented by the Receiver and his counsel to be due from the Receivership Estate is substantial and its nonpayment before the end of the calendar year would impose a financial burden upon them.



       Therefore, the Receiver hereby respectfully requests a telephonic status conference to discuss the adjudication of the Applications. The Receiver and his counsel are available at this Court's convenience.

                                      Respectfully submitted,

                                      JED HORWITT, ESQ., RECEIVER

                                      */s/ Stephen M. Kindseth*
                                      Stephen M. Kindseth (ct14640)
                                      Christopher H. Blau (ct30120)
                                      Zeisler & Zeisler, P.C.
                                      10 Middle Street, 15th Floor
                                      Bridgeport, CT 06604
                                      Telephone: 203-368-4234
                                      Facsimile: 203-549-0903
                                      Email: skindseth@zeislaw.com
                                      His attorney



## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2019, a copy of the foregoing letter was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System. Furthermore, a copy of the foregoing was sent via email to the Defendant, Iftikar A. Ahmed, at iftyahmed@icloud.com.

*/s/ Stephen M. Kindseth*
Stephen M. Kindseth (ct14640)