# HARRIS ST. LAURENT

November 1, 2019

**By CM/ECF**

The Honorable Janet Bond Arterton
U.S. District Court for the District of Connecticut
Richard C. Lee United States Courthouse
141 Church Street, Room No. 118
New Haven, CT 06510

Re: *SEC v. Ahmed, at al.*, No. 3:15-cv-00675 (JBA): Conference Request

Your Honor:

I write on behalf of Harris St. Laurent LLP ("HS"), which has asked to be relieved as counsel to the Relief Defendants.

HS has received the letter filed this afternoon (Dkt. No. 1306) by Mr. Kindseth, counsel to the Receiver, requesting a telephonic conference to discuss the Receiver's two pending applications for fees. While HS takes no position on the Receiver's fee requests, it joins the Receiver's request for a telephonic conference, and asks that the Court also address on that conference HS's *six* pending applications: five for payment of its nearly $2 million in outstanding fees, and one seeking a ruling on the other five. *See generally* Dkt. No. 1284 at 2.

The points raised by Mr. Kindseth apply with equal or greater force to HS's requests. Our two firms are approximately the same size, but HS has been carrying a far larger receivable, for a far longer time, than the Receiver's firm. The financial burden on HS is thus demonstrably greater. Likewise, both firms have worked on the expectation that they would be paid: the Receiver, under the order appointing him; and HS, pursuant to the Court's 2017 order that a portion of its fees would be paid on a regular basis from the rental proceeds of the two Park Avenue apartments owned by Relief Defendants. *See* Dkt. No. 1252-1 at 2. HS has not been paid since early 2018.

HS submits that a telephonic conference is an appropriate forum to discuss these issues.

Respectfully submitted,

Joseph Gallagher

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2019, a copy of the foregoing letter was filed electronically via CM/ECF. Notice of this filing will be sent by e-mail to all parties by operation of the CM/ECF system, on which parties may view the letter.

*/s/ Joseph Gallagher*
Joseph Gallagher (phv09604)
