The Honorable Janet Bond Arterton
United States District Court
District of Connecticut
141 Church Street, Courtroom 2
New Haven, CT 06510

November 4, 2019

Re: *SEC v. Ahmed, et al.*, No. 3:15-cv-675 (JBA)

Your Honor:

The Defendant is hereby responding to the Notices that were filed by the Receiver and Harris St. Laurent law firm on November 1, 2019 regarding payment of various purported outstanding fees [Doc. #1306, 1307]. The Defendant reserves all rights to all issues.

I. **THE DEFENDANT OPPOSES THE SCHEDULING OF A CALL.**

A call is unwarranted and wasteful. The Defendant opposes the scheduling of any call to discuss the payment of outstanding fees as it will only incur additional attorney fees and waste resources of the esteemed Court and all parties involved. It is not in the Receivership Estate's interest to incur yet additional attorney fees for an unnecessary call with no benefit at all to the Receivership Estate.

II. **THE DEFENDANT OPPOSES ANY PAYMENT TO THE RECEIVER AND/OR ATTORNEY FEES.**

The Defendant opposes the payment of any fees to any party[1] in this litigation in this district court, as already memorialized in various filings with the Court. The Defendant's views[2] are summarized below:

---

[1] The Defendant has only consented to the payment of $350,000 to the law firm of Murtha Cullina.

[2] The Defendant has standing to oppose payment to any party, as this Court has stated that ***all*** assets belong to the Defendant. None of these parties have benefited the Defendant in this litigation, none of

1

1. **<u>The Receiver:</u>**

The Defendant opposes the payment of any fees to the Receiver from the Receivership Estate as already detailed in the various filings opposing the payment of the Receiver's fees and expenses [Doc. ##1183, 1222, 1233, 1261].  As already established in these filings, amongst other reasons, (i) the Receiver is not working for the Defendant; (ii) the Defendant is not the Receiver's client; (iii) the Receiver has significantly over-billed for his services; (iv) the Receiver has submitted several unauthorized and unrelated line items in their invoices which need to fully audited and examined; and (v) the Receiver has even been repeatedly delinquent in discharging their responsibilities.  Above all, and most importantly, the Receiver Order [Doc. #1070] is currently under appeal with the Second Circuit Court of Appeals and jurisdiction has shifted to that court at this time.

However, to be clear, the Defendant does not oppose the payment of the Receiver's fees ***<u>if and only if</u>*** the payment is from ***<u>within the judgment</u>*** of $64.4MM[3] as the Receiver was appointed only to secure that judgment for the SEC and works for the SEC or the purported victim, but definitely not for or on behalf of the Defendant.

2. **<u>The law firm of Murtha Cullina:</u>**

The Defendant has already consented to the payment of $350,000 to Murtha Cullina.

3. **<u>The law firm of Harris St. Laurent:</u>**

The Defendant opposes ***<u>any and all</u>*** payments to Harris St. Laurent.  The Defendant has described such opposition in his various filings with the Court.  This law firm never represented

---

these attorneys have litigated on behalf of the Defendant.  The Defendant never engaged any of these law firms, has no commercial or professional engagement with them and has never been and is not a client of these various parties.  Thus, the Defendant has no obligation of any kind to any of these law firms.

[3] This amount is under appeal and likely to change.

the Defendant, they did not work for the Defendant, and the Defendant has no obligations to the law firm of Harris St. Laurent.

### III.     CONCLUSION:

In conclusion, the Defendant opposes any call to discuss payments to the Receiver and attorneys as such a call is unnecessary, incurs additional unjustified costs and is a wasteful expense to the Receivership Estate and all parties. The Defendant's views regarding payment to various law firms are already expressed in various filings with this Court and summarized above.

Respectfully submitted,

Iftikar Ahmed
*Pro Se*

cc:     All counsel (by ECF).