UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br>　　　　　　　　Plaintiff,<br><br>v.<br><br>IFTIKAR AHMED,<br>　　　　　　　　Defendant, and<br><br>IFTIKAR ALI AHMED SOLE PROP et al.,<br>　　　　　　　　Relief Defendants. | No. 3:15-CV-675 (JBA)<br><br><br><br><br><br><br><br><br>November 5, 2019 |

## NOTICE REGARDING FEES

On behalf of Murtha Cullina LLP, we would like to supplement the requests of the Receiver and the Harris firm (ECF Nos. 1306, 1307) to request that our fees be paid as well.

In particular, we would note that Murtha Cullina was local counsel in this matter, but after the appointment of the Receiver, was asked by the clients to become lead counsel in this Court and the Receiver himself felt comfort with continued representation of the Relief Defendants. Murtha Cullina agreed to do this in January, 2019. Since then, despite the fact that the valued assets of the Receivership estate were at least $18.7 million more than the amount deemed by the Receiver to be needed to fulfill the judgment, and the pendency of multiple motions for payment (ECF Nos. 898, 925, 970, 1171), no recent payment to Murtha Cullina has been authorized. The amount due, through billings for time incurred during the month of September, is $539,423.89. This is after substantial adjustments of the amount billed, as agreed to with clients. With these adjustments, the clients support payment in full of Murtha Cullina at this time.

It is indisputable that it is in the interests of all parties that the Relief Defendants continue to be represented in this matter. For such representation to continue, Murtha

Cullina requests the payment of their outstanding fee amounts.

We further note that our last motion (ECF No. 1191) requesting payment of at least $350,000 in fees or to allow Murtha to withdraw, which was filed in May, had the consent of Defendant Mr. Ahmed together with the Receiver's position being that he was not opposed to the proposed $350,000 payment, noting the relatively small amount involved and the continuing nature of Murtha Cullina's duties of representation that he supported.

We are therefore requesting that the Court authorize payment at this time of the amount due our firm, with monthly submission of additional bills to the Court for approval of such payment.

Respectfully Submitted,

By: /s/ Paul E. Knag
Paul E. Knag – ct04194
pknag@murthalaw.com
Murtha Cullina LLP
177 Broad Street, 16th Floor
Stamford, Connecticut 06901
Telephone: 203.653.5400
Facsimile:  203.653.5444

*Attorneys for Relief Defendants
I-Cubed Domain, LLC, Shalini Ahmed,
Shalini Ahmed 2014 Grantor Retained
Annuity Trust, Diya Holdings, LLC, Diya
Real Holdings, LLC, I.I. 1, I.I. 2 and I.I. 3*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

/s/ Paul E. Knag
Paul E. Knag – ct04194