UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br>　　　　　　　Plaintiff,<br>v.<br>IFTIKAR AHMED,<br>　　　　　　　Defendant,<br>and<br>IFTIKAR ALI AHMED SOLE PROP et al.,<br>　　　　　　　Relief Defendants. | No. 3:15-CV-675 (JBA)<br><br><br><br><br><br><br>November 6, 2019 |

## RESPONSE TO NOTICES REGARDING FEES

Relief Defendants hereby respond to the various Notices that were filed recently by Harris St. Laurent [ECF No. 1307], Murtha Cullina [ECF No. 1315], and the Receiver [ECF No. 1306] with respect to the payment of their fees. The Relief Defendants reserve all rights.

The Relief Defendants have addressed the fee applications of their current counsel, Murtha Cullina, and their former counsel, Harris St. Laurent[1], in multiple earlier filings with this Court.

**Payment to the Relief Defendants' current and former attorneys in this matter:**

The Relief Defendants prefer that the Court not schedule a call (as that in itself incurs yet additional attorney fees for the payment of attorney fees that have already

---

[1] Ms. Ahmed has filed briefs on behalf of the Relief Defendants regarding Harris St. Laurent fees. [ECF Nos. 1192, 1265.]

1

been incurred) and instead request that the Court release the following amounts to pay[2] the outstanding fees incurred for their attorneys in this litigation in District Court:

1. $539,423.89 to Murtha Cullina;[3]

2. $1,000,000[4], provided that the Harris St. Laurent firm agrees that such is full and final payment[5], and further provided that prior to payment, the Harris St. Laurent firm agrees to and provide a release (subject to such payment), and agrees to hand-over physical possession of the Harry Winston earrings to the Receiver and physical possession of the original documents regarding such earrings to Ms. Ahmed [see ECF Nos. 1300, 1303]. (As previously noted, Ms. Ahmed is acting pro se in respect of fee issues relating to the Harris St. Laurent firm.)

**Payment to the Receiver in this matter:**

As stated, the Relief Defendants prefer that the Court not schedule a call to incur yet additional unnecessary costs to the Receivership Estate.

The Relief Defendants' position on Receiver fees stands as previously detailed where the Relief Defendants oppose payment to the Receiver from the Receivership Estate.

---

[2] The Relief Defendants request that such payment to their current and former attorneys come from Ms. Ahmed's Fidelity account x-7540. Alternatively, the Relief Defendants request that such payment come from the proceeds of Ms. Ahmed's Aldrich investment (over $3MM) which is already in the Receiver's account.

[3] The Relief Defendants have requested a current release in the amount of $350,000 to Murtha Cullina for their representation since the Receiver was appointed. [ECF No. 1171.] While the Relief Defendants continue to advance that Murtha Cullina should be paid at least the amount incurred since the appointment of Receiver, the Relief Defendants believe that the Court should release the fees incurred throughout this litigation to Murtha Cullina.

[4] The Relief Defendants reserve the right to adjust this amount further if they continue to incur additional costs (including and not limited to any briefings, discussions, etc.) related to Harris St. Laurent's refusal to surrender physical possession of the Harry Winston earrings and all original documentation regarding such earrings.

[5] As stated in earlier filings, this would be the full and final payment and conclude all payments to Harris St. Laurent. To be clear, the Relief Defendants are requesting a full and final payment of $1.0MM to Harris St. Laurent to conclude the matter of payment to Harris St. Laurent, while Harris St. Laurent is demanding a payment of approximately $1.8MM.

2

Respectfully Submitted,

By: */s/ Paul E. Knag*
    Paul E. Knag – ct04194
    pknag@murthalaw.com
    Murtha Cullina LLP
    177 Broad Street, 16th Floor
    Stamford, Connecticut 06901
    Telephone: 203.653.5400
    Facsimile:  203.653.5444

*Attorneys for Relief Defendants
I-Cubed Domain, LLC, Shalini Ahmed,
Shalini Ahmed 2014 Grantor Retained
Annuity Trust, Diya Holdings, LLC, Diya
Real Holdings, LLC, I.I. 1, I.I. 2 and I.I. 3*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing RESPONSE TO NOTICES REGARDING FEES will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

                                          */s/ Paul E. Knag*
                                          Paul E. Knag – ct04194