UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br>*Plaintiff*,<br>v.<br>IFTIKAR AHMED,<br>*Defendant*, and<br><br>IFTIKAR ALI AHMED SOLE PROP; I-CUBED DOMAINS, LLC; SHALINI AHMED; SHALINI AHMED 2014 GRANTOR RETAINED ANNUITY TRUST; DIYA HOLDINGS LLC; DIYA REAL HOLDINGS, LLC; I.I. 1, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; I.I. 2, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; and I.I. 3, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents,<br><br>*Relief Defendants*. | Civil No. 3:15cv675 (JBA)<br><br>November 7, 2019 |

## RULING GRANTING RECEIVER'S EMERGENCY MOTION FOR AUTHORITY TO EFFECTUATE TRANSFER

Upon the Emergency Motion on Consent for Authority to Execute Certain Documents in Connection with Acquisition of Clues Network, Inc. by Qoo10 Pte. Ltd. (the "Motion") [Doc. # 1317] made pursuant to paragraph 28 of the Order Appointing Receiver [Doc. # 1070], and it appearing that granting the Motion is necessary and would be in the best interests of the Receivership Estate, and due deliberation having been had hereon and good and sufficient cause appearing, it is hereby:

ORDERED that the Motion is GRANTED absent any objection and the Receiver is hereby authorized to transfer clear title of The Essell Group's shares in Clues Network, Inc. and further execute such documents and take any and all other actions as may be reasonably necessary to exchange The Essell Group's shares in Clues Network, Inc. for shares in Qoo10 Pte. Ltd. in connection with the acquisition.

IT IS SO ORDERED.

/s/
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 7th day of November, 2019.