UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>v.<br><br>IFTIKAR AHMED<br><br>      Defendant, and<br><br>and<br><br>IFTIKAR ALI AHMED SOLE PROP; I-CUBED DOMAINS, LLC; SHALINI AHMED; SHALINI AHMED 2014 GRANTOR RETAINED ANNUITY TRUST; DIYA HOLDINGS LLC; DIYA REAL HOLDINGS, LLC; I.I. 1, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; I.I. 2, a minor child, by and through his next friends, IFTIKAR and SHALINI AHMED, his parents; I.I. 3, a minor child, by and through his next friends, IFTIKAR and SHALINI AHMED, his parents<br><br>      Relief Defendants. | Civil Action No.<br>3:15-cv-675-JBA<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>November 7, 2019 |

**NOTICE REGARDING PAYMENT OF FEES TO JENNER & BLOCK LLP**

Pursuant to this Court's Ruling Granting Relief Defendants' Emergency Motion for Appellate Attorney Fees [Doc. No. 1287], Jed Horwitt, Esq., in his capacity as Court-appointed receiver of the Receivership Estate[1] (the "Receiver"), through his undersigned counsel, respectfully provides this notice (the "Notice") regarding the payment of $19,711.25 (the "Payment") to Jenner & Block LLP ("JB"), as authorized by this Court's November 4, 2019, order [Doc. No. 1312].

---

[1] Unless expressly defined otherwise, the Receiver incorporates by reference the definitions of terms set forth in the Report of Receiver [Doc. No. 1135] (the "Report").

The Receiver made the Payment to JB on November 5, 2019, via check sent to JB's Chicago office, pursuant to instructions provided to the Receiver by JB. Following consultation with the Relief Defendants' counsel, the Receiver made the Payment from the funds transferred from Aldrich Capital Partners (SEC. No. 69) now held in the secondary Receivership Account created pursuant to paragraph 25 of the Appointment Order. As with all other payments made by the Receiver from the Receivership Accounts and other accounts within the Receivership Estate, the Receiver is maintaining up to date records of payments made to JB.

      Respectfully submitted,
      JED HORWITT, ESQ., RECEIVER

      /s/ Christopher H. Blau
      Stephen M. Kindseth (ct14640)
      Christopher H. Blau (ct30120)
      Zeisler & Zeisler, P.C.
      10 Middle Street, 15th Floor
      Bridgeport, CT  06604
      Telephone: 203-368-4234 X 236
      Facsimile: 203-549-0903
      Email: cblau@zeislaw.com;
      skindseth@zeislaw.com
      *Counsel to the Receiver*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2019, a copy of the foregoing Notice was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System. Furthermore, a copy of the foregoing was sent via email to the Defendant, Iftikar A. Ahmed, at iftyahmed@icloud.com.

        */s/ Christopher H. Blau*
        Christopher H. Blau (ct30120)