# EXHIBITS D-1 to D-6

**Zeisler & Zeisler, P.C.**
10 Middle St., 15th Fl
Bridgeport, Connecticut  06604
Phone (203) 368-4234


October 7, 2019

Invoice#        61726     SMK
Our file#        13374        000001
Billing through 09/30/2019


Zeisler & Zeisler PC

10 Middle St, 15th Fl
Bridgeport, CT  06855


Case Administration

| | | |
|---|---|---|
| Balance forward as of invoice dated   July 11, 2019 | $149,995.70 | |
| Payments received since last invoice | 0.00 | |
| Accounts receivable balance carried forward | $149,995.70 | |

**PROFESSIONAL SERVICES**

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 07/01/2019 | CHB | Review Iftikar Ahmed filing in 2nd circuit re matter status | 0.10 hrs. | 22.50 |
| 07/01/2019 | CHB | Exchange correspondence with PK regarding fidelity noncompliance with living expense instruction | 0.10 hrs. | 22.50 |
| 07/01/2019 | CHB | Call with NH (SEC) regarding outstanding receivership issues (continued market risk) | 0.10 hrs. | 22.50 |
| 07/02/2019 | SMK | Attention to various outstanding matters | 0.30 hrs. | 101.10 |
| 07/02/2019 | CHB | Review SEC objection to motion for stay under Liu | 0.20 hrs. | 45.00 |
| 07/02/2019 | CHB | Discuss outstanding receivership issues with SMK | 0.20 hrs. | 45.00 |
| 07/02/2019 | CHB | Draft follow up email to PK regarding DIYA entity EIN | 0.10 hrs. | 22.50 |
| 07/02/2019 | CHB | Attention to finalizing and filing receiver objection to 1187 | 0.10 hrs. | 22.50 |
| 07/03/2019 | CHB | Attention to completion of ACRIS form, exchange correspondence with First American re same | 0.30 hrs. | 67.50 |
| 07/09/2019 | CHB | Exchange correspondence with Jonathan Tornberg regarding recording appointment order on 530 Park properties | 0.20 hrs. | 45.00 |
| 07/10/2019 | SMK | Telephone conference with  Mark Williams re: latest developments on tax return issue | 0.20 hrs. | 67.40 |

13374    Jed Horwitt, Rcvr - Ahmed                Invoice#  61726      Page  2

| | | | | |
|---|---|---|---|---|
| 07/12/2019 | SMK | Attention to withdrawal of motion re: MA civil action | 0.30 hrs. | 101.10 |
| 07/15/2019 | SMK | Telephone conference with Attorney Paul Knag re: receivership entities | 0.20 hrs. | 67.40 |
| 07/15/2019 | CHB | Draft follow up correspondence to PK regarding SA SSN number for ACRIS form recording | 0.10 hrs. | 22.50 |
| 07/15/2019 | CHB | Discuss outstanding receivership issues with SMK | 0.20 hrs. | 45.00 |
| 07/15/2019 | CHB | Receive and review correspondence from Iftikar Ahmed regarding settlement counter offer | 0.10 hrs. | 22.50 |
| 07/15/2019 | CHB | Review and analyze all filings between doc no 1222 to 1234 in connection with analyzing impact of same on receivership estate | 2.10 hrs. | 472.50 |
| 07/16/2019 | SMK | Attention to Ahmed's proposal and compare to receiver's; discuss with receiver issues presented | 0.40 hrs. | 134.80 |
| 07/17/2019 | SMK | Attention to defendants motion for leave to file and / or continue arbitration against Oak | 0.20 hrs. | 67.40 |
| 07/22/2019 | DAA | Work with Stretto to add new bank acct to software; review procedures; email to team re transfer. | 0.50 hrs. | 71.00 |
| 07/22/2019 | DAA | Return TelCon to D Duksa; send email in lieu. | 0.10 hrs. | 14.20 |
| 07/23/2019 | CHB | Discuss Oak arbitration issues with SMK, review Iftikar Ahmed doc no 1225, call to David Momborquette re same | 0.80 hrs. | 180.00 |
| 07/23/2019 | CHB | Further Calls with David Momborquette regarding receivership estate issues (arbitration with Iftikar Ahmed), discuss same with SMK | 1.00 hrs. | 225.00 |
| 07/23/2019 | CHB | Draft correspondence to Iftikar Ahmed and David Momborquette re confidential arb documents | 0.10 hrs. | 22.50 |
| 07/24/2019 | CHB | Attention to recording orders on 12F and 12A apartments, draft correspondence to Jonathan Tomberg at First American re same | 0.20 hrs. | 45.00 |
| 07/25/2019 | JED | Attn. to issues related to farm | 0.40 hrs. | 100.00 |
| 07/25/2019 | SMK | Attention to Ahmed's email on AAA complaint and counter claim; email response | 0.20 hrs. | 67.40 |
| 07/25/2019 | DAA | TelCon with D Duksa re Essell Farm; email re same. | 0.30 hrs. | 42.60 |
| 07/25/2019 | DAA | Email to D Duksa re request and Receiver's response. | 0.10 hrs. | 14.20 |

13374      Jed Horwitt, Rcvr - Ahmed                    Invoice#  61726      Page  3

| 07/25/2019 | CHB | Draft follow up correspondence to Iftikar Ahmed re request for arbitration documents | 0.10 hrs. | 22.50 |
|---|---|---|---|---|
| 07/25/2019 | CHB | Exchange correspondence with Iftikar Ahmed re request for documents relative to motion to lift stay, discuss with SMK | 0.30 hrs. | 67.50 |
| 07/25/2019 | CHB | Receive and review correspondence from Carol Quartararo (First American) re recording status as to 12A and 12F | 0.10 hrs. | 22.50 |
| 07/25/2019 | CHB | Exchange correspondence with JHR group re farm management, request from former tenant | 0.10 hrs. | 22.50 |
| 07/26/2019 | SMK | Review defendants motion for leave to file and / or continue arbitration; review and revise objection to same | 0.80 hrs. | 269.60 |
| 07/26/2019 | CHB | Draft objection to Defendant's motion to lift stay | 0.30 hrs. | 67.50 |
| 07/29/2019 | SMK | Strategize re: apartment and Ahmed's counter proposal | 0.30 hrs. | 101.10 |
| 07/29/2019 | SMK | Review Ahmed's proposal; discuss with receiver; draft and email response | 0.60 hrs. | 202.20 |
| 07/29/2019 | CHB | Finalize and file objection to D 1225 motion to lift stay | 0.40 hrs. | 90.00 |
| 07/29/2019 | CHB | Multiple calls with Paul Knag re renting of 12F/management of same, review appointment order re renting requirements, discussions with SMK re 12F management and response to Iftikar Ahmed settlement proposal | 0.80 hrs. | 180.00 |
| 07/29/2019 | CHB | Exchange correspondence with PK regarding monthly living expense letter | 0.10 hrs. | 22.50 |
| 07/29/2019 | CHB | Review Oak objection to motion to lift stay for arbitration filed by defendant | 0.30 hrs. | 67.50 |
| 07/30/2019 | JED | Attn. to issues raised by emergency motion to terminate receivership | 0.60 hrs. | 150.00 |
| 07/30/2019 | SMK | Read emergency motion to terminate receivership; analyze and strategize re: same | 0.80 hrs. | 269.60 |
| 07/30/2019 | CHB | Attention to revisions to motion to compel tax returns | 0.30 hrs. | 67.50 |
| 07/30/2019 | CHB | Review SEC opposition to defendant motion to lift stay | 0.20 hrs. | 45.00 |
| 07/30/2019 | CHB | Attention to management of Rakitfi Holdings assets, potential transfer to higher interest account, discuss with DAA | 0.30 hrs. | 67.50 |
| 07/31/2019 | SMK | Attention to Ahmed's motion for the immediate removal of Attorney Horwitt as receiver, and | 0.50 hrs. | 168.50 |

13374      Jed Horwitt, Rcvr - Ahmed                    Invoice#  61726      Page  4

| | | | | |
|---|---|---|---|---|
| | | develop response | | |
| 07/31/2019 | CHB | Review motion to terminate receiver (.4), discuss with SMK (.4), participate in telephone conferences with PK regarding resolution of management issues related to 12F (.7), participate in telephone conference with representative of classic realty regarding resolution of management issues related to 12F (.4), begin drafting detailed objection to motion to terminate receiver (2.8), conduct research in connection with drafting detailed objection (.8) | 5.50 hrs. | 1,237.50 |
| 08/01/2019 | CHB | Draft correspondence to PK regarding BoA compliance with Appointment Order | 0.10 hrs. | 22.50 |
| 08/01/2019 | CHB | Continued drafting of objection to Iftikar Ahmed's motion to terminate (2.9), discussions with SMK re same (.2) | 3.10 hrs. | 697.50 |
| 08/05/2019 | CHB | Review Iftikar Ahmed filings (replies) regarding motion to lift stay, review claim/counterclaim filed by Ifitikar Ahmed in detail, research related to such review and analysis | 3.60 hrs. | 810.00 |
| 08/05/2019 | CHB | Review Ifitkar Ahmed most recent filing in 2nd Circuit regarding matter status | 0.10 hrs. | 22.50 |
| 08/06/2019 | CHB | Receive and review correspondence from Se Jin Yeo re farm and Essell group, exchange correspondence re same with DAA | 0.10 hrs. | 22.50 |
| 08/06/2019 | CHB | Draft correspondence to Se Jin Yeo re Essell farm/essell group status, review Ribbit capital distribution details in connection with same, attention to other Essell Farm/Essel Group developments | 0.40 hrs. | 90.00 |
| 08/12/2019 | SMK | Further draft response to motion to terminate receivership | 1.40 hrs. | 471.80 |
| 08/12/2019 | CHB | Attention to outstanding receivership issues (12F mgmt, local counsel, subpoena for rules and regs, objection to motion to terminate, etc.) | 0.60 hrs. | 135.00 |
| 08/12/2019 | CHB | Attention to 2nd cir case status, review docket for recent filings | 0.10 hrs. | 22.50 |
| 08/13/2019 | SMK | Further extensive draft of objection to motion to remove receiver | 4.50 hrs. | 1,516.50 |
| 08/13/2019 | CHB | Review historical checks/payment history from 12F tenant | 0.10 hrs. | 22.50 |
| 08/13/2019 | CHB | Review prior correspondence with PK regarding 12F issues, discuss same with SMK | 0.30 hrs. | 67.50 |
| 08/13/2019 | CHB | Review prior lease agreement with 12F tenants | 0.50 hrs. | 112.50 |

13374    Jed Horwitt, Rcvr - Ahmed                    Invoice# 61726      Page  5

| | | re insurance requirements, review AIG policies, draft correspondence to David Schulhof re insurance proof | | |
|---|---|---|---|---|
| 08/13/2019 | CHB | Calls with MW (SEC) (one with SMK) regarding outstanding receivership issues | 0.40 hrs. | 90.00 |
| 08/14/2019 | SMK | Further work on objection to motion to remove receiver and terminate receivership | 3.00 hrs. | 1,011.00 |
| 08/14/2019 | SMK | Email Schulof re: policy; attention to certificate of insurance; follow up policy | 0.30 hrs. | 101.10 |
| 08/14/2019 | SMK | Final edits to objection to motion to remove receiver | 0.30 hrs. | 101.10 |
| 08/14/2019 | DAA | Review homeowners insurance; email Atty Blau re same | 0.30 hrs. | 42.60 |
| 08/14/2019 | CHB | Follow up with David Schulhof re insurance | 0.10 hrs. | 22.50 |
| 08/14/2019 | CHB | Review/revise objection to motion to terminate receivership, discuss same with SMK | 1.30 hrs. | 292.50 |
| 08/14/2019 | CHB | Review insurance policies relative to 12F, discuss same with SMK, draft correspondence to David Schulhof re same | 0.60 hrs. | 135.00 |
| 08/15/2019 | CHB | Finalize objection to motion to terminate, re-review Iftikar Ahmed's motion in connection with same, attention to filing, discuss with SMK, and draft correspondence to Ifitikar Ahmed regarding service of PDF copies | 1.50 hrs. | 337.50 |
| 08/19/2019 | SMK | Analysis of issues raised by Ahmed's motion to lift stay in light of his response | 0.30 hrs. | 101.10 |
| 08/19/2019 | CHB | Check status of 2nd circuit docket in connection with assessing impact of any filings thereon on receivership | 0.10 hrs. | 22.50 |
| 08/20/2019 | SMK | Further attention to issues related to Ahmed motion to terminate receivership | 0.80 hrs. | 269.60 |
| 08/20/2019 | SMK | Review and revise statement re: medical expenses, provide update to Receiver. | 0.20 hrs. | 67.40 |
| 08/20/2019 | CHB | Discuss further response to Iftikar Ahmed motion to terminate receivership with SMK | 0.10 hrs. | 22.50 |
| 08/20/2019 | CHB | Review SEC objection to motion to terminate receiver | 0.10 hrs. | 22.50 |
| 08/21/2019 | CHB | Discuss Iftikar Ahmed motion to terminate receivership with SMK/Receiver | 0.10 hrs. | 22.50 |
| 08/22/2019 | CHB | Review court orders regarding recent procedural motions, discuss with SMK | 0.20 hrs. | 45.00 |
| 08/22/2019 | CHB | Receive and review correspondence from PK regarding monthly disbursements, draft cover | 0.30 hrs. | 67.50 |

13374      Jed Horwitt, Rcvr - Ahmed                    Invoice#  61726        Page  6

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | letter, instruction to KJ re signing and sending, draft correspondence to PK re service on Fidelity |  |  |
| 08/26/2019 | SMK | Read defendant's reply to objection to motion to remove receiver | 0.40 hrs. | 134.80 |
| 08/26/2019 | SMK | Review and revise application to employ eviction counsel; address issues | 0.80 hrs. | 269.60 |
| 08/26/2019 | CHB | Review 2nd circuit dockets in connection with monitoring Iftikar Ahmed filing thereon for impacts on receivership estate | 0.10 hrs. | 22.50 |
| 08/26/2019 | CHB | Attention to outstanding receivership issues, draft summary of same to SMK (collecting earrings, motion to retain NY counsel, Grace/Classic subpoena, motion to compel tax returns, supplemental filing to motion to stay) | 0.60 hrs. | 135.00 |
| 08/26/2019 | CHB | Review Iftikar Ahmed replies to objections to terminate receivership, research in connection with same, discuss same with SMK | 0.80 hrs. | 180.00 |
| 08/26/2019 | CHB | Discuss monthly BoA check with DAA, instructions to DAA re same | 0.10 hrs. | 22.50 |
| 08/28/2019 | SMK | Further attention to miscellaneous pending matters | 0.20 hrs. | 67.40 |
| 08/28/2019 | SMK | Address various issues including earring held by law firm, retention of New York eviction counsel, production by Classic, and respond to lift stay motion | 0.40 hrs. | 134.80 |
| 09/03/2019 | CHB | Review 2nd circuit docket for recent filings, exchange correspondence to PK regarding monthly BoA health insurance payment | 0.20 hrs. | 45.00 |
| 09/03/2019 | CHB | Draft subpoena and schedule a thereto to be served on Classic NY Realty, call with PK re same | 0.50 hrs. | 112.50 |
| 09/04/2019 | CHB | Review arbitration pleadings, draft supplement to objection to Ifitkar Ahmed motion to lift stay | 1.20 hrs. | 270.00 |
| 09/09/2019 | CHB | Attention to second circuit docket status following rule 59 decision from court | 0.10 hrs. | 22.50 |
| 09/09/2019 | CHB | Review court order regarding motion to stay in light of Liu, discuss with SMK, review Liu cert status | 0.30 hrs. | 67.50 |
| 09/09/2019 | CHB | Review court order on Iftikar Ahmed motion for mistrial | 0.20 hrs. | 45.00 |
| 09/10/2019 | DAA | Review Fidelity 2019 statements to ensure in compliance with instructions in Doc 695 (no active trading); discuss with Atty Blau re same. | 0.40 hrs. | 56.80 |

13374      Jed Horwitt, Rcvr - Ahmed                     Invoice#  61726      Page  7

| Date | Staff | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 09/10/2019 | DAA | Locate GA process server; discussions with same; exchange emails re same. | 0.50 hrs. | 71.00 |
| 09/12/2019 | JED | Attn, to Court's Order re: motion to terminate receivership | 0.30 hrs. | 75.00 |
| 09/12/2019 | CHB | Review order re Iftikar Ahmed motion to terminate receivership, draft correspondence re same to SMK | 0.30 hrs. | 67.50 |
| 09/13/2019 | CHB | Draft correspondence to Northern Trust representative regarding account restrictions | 0.10 hrs. | 22.50 |
| 09/13/2019 | CHB | Exchange correspondence with Suzanne Morse at Fidelity regarding account restrictions | 0.10 hrs. | 22.50 |
| 09/13/2019 | CHB | Draft correspondence to PK regarding suggestions for handling Fidelity trade, discuss same with SMK | 0.10 hrs. | 22.50 |
| 09/13/2019 | CHB | Draft correspondence to David Momborquette re Iftikar Ahmed's request for K-1 and updated account balance figures | 0.10 hrs. | 22.50 |
| 09/15/2019 | DAA | Correspondence to NT re checks; attention to bank statements | 0.40 hrs. | 56.80 |
| 09/16/2019 | CHB | Attention to status of 2nd circuit appeal, review dockets for new filings to determine impact on Receivership | 0.10 hrs. | 22.50 |
| 09/16/2019 | CHB | Communicate with David Momborquette regarding Iftikar Ahmed questions about K1 and frozen distributions | 0.20 hrs. | 45.00 |
| 09/16/2019 | CHB | Draft correspondence to TD Ameritrade rep MJ re account restrictions | 0.10 hrs. | 22.50 |
| 09/16/2019 | CHB | Exchange correspondence with Pershing rep LL re account restrictions | 0.20 hrs. | 45.00 |
| 09/16/2019 | CHB | Call with LL regarding account restrictions at Pershing, research relative to same | 0.40 hrs. | 90.00 |
| 09/17/2019 | CHB | Exchange correspondence with PK regarding new letter from BoA received by Shalini Ahmed | 0.10 hrs. | 22.50 |
| 09/17/2019 | CHB | Exchange multiple correspondence with MJ at TD Ameritrade re account restrictions | 0.20 hrs. | 45.00 |
| 09/18/2019 | CHB | Attention to outstanding receivership issues, discussion with SMK re same | 0.30 hrs. | 67.50 |
| 09/18/2019 | CHB | Exchange correspondence with LL at Pershing re account restrictions | 0.10 hrs. | 22.50 |
| 09/24/2019 | SMK | Attention to defendant's motion for leave to file and / or continue arbitration against Oak; Oak's memo in opposition, complaint for damages by | 0.70 hrs. | 235.90 |

13374    Jed Horwitt, Rcvr - Ahmed                    Invoice#  61726      Page  8

|  |  | Iftikar Ahmed, and defendant's reply; review and revise supplement |  |  |
|---|---|---|---|---|
| 09/24/2019 | SMK | Attention to issues with Ahmed's stay motion in light of claims made | 0.20 hrs. | 67.40 |
| 09/24/2019 | CHB | Discuss outstanding receivership issues with SMK | 0.20 hrs. | 45.00 |
| 09/24/2019 | CHB | Attention to living expense letter, exchange correspondence with PK re same | 0.10 hrs. | 22.50 |
| 09/24/2019 | CHB | Attention to recent 2nd circuit filings to analyze impact of same, if any, on Receivership | 0.20 hrs. | 45.00 |
| 09/24/2019 | CHB | Attention to outstanding bank statement collection, restrictions on Pershing account (exchange correspondence with LL at Pershing re same) | 0.30 hrs. | 67.50 |
| 09/24/2019 | CHB | Discuss handling of Oak arbitration with SMK | 0.30 hrs. | 67.50 |
| 09/25/2019 | JED | Attn. to misc. issues including apartment 12F and Northern Trust account | 0.30 hrs. | 75.00 |
| 09/25/2019 | CHB | Attention to various emails and discussion with receiver and SMK re Harry Winston earrings, northern trust account, tenant eviction, and other receivership issues. | 1.50 hrs. | 337.50 |
| 09/26/2019 | CHB | Receive and review correspondence from Iftikar Ahmed regarding Oak K-1s | 0.10 hrs. | 22.50 |
| 09/26/2019 | CHB | Draft correspondence to David Momborquette re frozen distributions | 0.10 hrs. | 22.50 |
| 09/26/2019 | CHB | Call with David Momborquette regarding frozen distributions at Oak, draft correspondence re same to SMK | 0.30 hrs. | 67.50 |
| 09/30/2019 | SMK | Strategize re: various issues (eviction action, earrings, Northern Trust Account) | 0.30 hrs. | 101.10 |
| 09/30/2019 | CHB | Discuss outstanding receivership issues with SMK | 0.30 hrs. | 67.50 |
| 09/30/2019 | CHB | Call with SMK/Receiver re management of apartment and NT accounts, call to MW (SEC) regarding commission's possession on same | 0.90 hrs. | 202.50 |

$15,902.40

**TIMEKEEPER FEE SUMMARY**

13374     Jed Horwitt, Rcvr - Ahmed                    Invoice#   61726        Page  9

| Timekeeper | Total Hours | Rate | Total Fee |
|------------|-------------|------|-----------|
| Accurso, Deborah | 2.60 | 142.00 | 369.20 |
| Blau, Christopher | 39.40 | 225.00 | 8,865.00 |
| Horwitt, Jed | 1.60 | 250.00 | 400.00 |
| Kindseth, Stephen M. | 18.60 | 337.00 | 6,268.20 |
| | 62.20 | | $15,902.40 |

**BILLING SUMMARY**

| | |
|---|---|
| Total professional services | $15,902.40 |
| Total of new charges for this invoice | $15,902.40 |
| Plus net balance forward | $149,995.70 |
| **TOTAL NOW DUE** | **$165,898.10** |

*INVOICES DUE AND PAYABLE UPON RECEIPT*

*we now accept mastercard, visa, discover & amex - limitations may apply*

** Trust account remaining balance is          $0.00

**Zeisler & Zeisler, P.C.**
10 Middle St., 15th Fl
Bridgeport, Connecticut  06604
Phone (203) 368-4234

October 7, 2019

| | | |
|---|---|---|
| Invoice# | 61727 | SMK |
| Our file# | 13374 | 000002 |
| Billing through | 09/30/2019 | |

Zeisler & Zeisler PC

10 Middle St, 15th Fl
Bridgeport, CT  06855

Asset Analysis & Recovery

| | |
|---|---|
| Balance forward as of invoice dated   July 11, 2019 | $67,378.90 |
| Payments received since last invoice | 0.00 |
| Accounts receivable balance carried forward | $67,378.90 |

## PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 07/01/2019 | CHB | Exchange correspondence with Kamran Bajwa regarding confirmation of transfer of funds | 0.10 hrs. | 22.50 |
| 07/01/2019 | CHB | Exchange correspondence with Iftikar Ahmed regarding Aldrich funds | 0.10 hrs. | 22.50 |
| 07/03/2019 | DAA | Attention to asset document; bank reconciliation; update bank activity ledger for Receiver's report. | 0.50 hrs. | 71.00 |
| 07/03/2019 | CHB | Attention to Northern Trust compliance with document requests | 0.10 hrs. | 22.50 |
| 07/08/2019 | CHB | Exchange correspondence with David Momborquette regarding iMENA financials | 0.20 hrs. | 45.00 |
| 07/15/2019 | CHB | Draft correspondence to David Momborquette regarding iMENA financials | 0.10 hrs. | 22.50 |
| 07/15/2019 | CHB | Review iMena consolidated financials for 2018 | 0.30 hrs. | 67.50 |
| 07/30/2019 | DAA | Review new NT statements; update asset and tracking spreadsheets. | 0.70 hrs. | 99.40 |
| 08/07/2019 | DAA | Review new NT statements; attention to valuation spreadsheet. | 0.30 hrs. | 42.60 |
| 08/22/2019 | JED | Evaluate options and approach to issues with earrings | 0.30 hrs. | 75.00 |
| 08/22/2019 | CHB | Receive, review, and discuss with JHR group: Iftikar Ahmed email re Harry Winston earrings | 0.70 hrs. | 157.50 |
| 08/23/2019 | CHB | Travel (including traffic) to/from and | 4.50 hrs. | 506.25 |

13374    Jed Horwitt, Rcvr - Ahmed                  Invoice# 61727      Page  2

|  |  | tour/check-in on Essell Farm property in Ancram NY |  |  |
|---|---|---|---|---|
| 08/28/2019 | CHB | Draft correspondence to Jon Harris regarding Harry Winston earrings | 0.20 hrs. | 45.00 |
| 09/04/2019 | CHB | Receive, review, and respond to correspondence from Ifitkar Ahmed regarding Harry Winston earrings, discuss with SMK | 0.30 hrs. | 67.50 |
| 09/04/2019 | CHB | Receive and review correspondence from Jon Harris regarding Harry Winston earrings, discuss with SMK | 0.20 hrs. | 45.00 |
| 09/04/2019 | CHB | Draft response to Jon Harris regarding Harry Winston earrings | 0.60 hrs. | 135.00 |
| 09/05/2019 | SMK | Telephone conference with  Jonathan Harris re: earrings | 0.40 hrs. | 134.80 |
| 09/05/2019 | CHB | Telephone conference with Attorney Harris and SMK regarding earrings, research relative to security interest for personal items held by attorneys | 0.60 hrs. | 135.00 |
| 09/05/2019 | CHB | Draft correspondence to Iftikar Ahmed regarding earrings | 0.10 hrs. | 22.50 |
| 09/10/2019 | DAA | Prepare requests for updated statements for accounts under freeze order. | 0.70 hrs. | 99.40 |
| 09/10/2019 | DAA | Transmit, etc., statements requests to financial institutions. | 0.40 hrs. | 56.80 |
| 09/10/2019 | DAA | Review bank/investment statements (.7); address various emails from Atty Blau and response (.2); attention to valuation spreadsheet (.3). | 1.20 hrs. | 170.40 |
| 09/11/2019 | CHB | Attention to trades in fidelity account, exchange correspondence and discuss with JHR group, exchange correspondence with Fidelity, exchange correspondence with PK | 0.80 hrs. | 180.00 |
| 09/11/2019 | CHB | Receive and review correspondence from Iftikar Ahmed re Oak K-1 and Oak distributions, exchange voicemails with David Momborquette re same | 0.30 hrs. | 67.50 |
| 09/12/2019 | JED | Attn. to issues with unauthorized trade in Fidelity account; address how to approach | 0.20 hrs. | 50.00 |
| 09/12/2019 | SMK | Telephone conference with SEC to discuss violation of asset freeze order by sale of securities | 0.20 hrs. | 67.40 |
| 09/12/2019 | SMK | Review and revise notice to court re: unauthorized account activity | 0.20 hrs. | 67.40 |
| 09/12/2019 | SMK | Attention to sale of securities issue (Fidelity) | 0.30 hrs. | 101.10 |

13374      Jed Horwitt, Rcvr - Ahmed              Invoice#  61727      Page  3

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 09/12/2019 | CHB | Review and sign correspondence to account custodians to get updated account statements | 0.20 hrs. | 45.00 |
| 09/12/2019 | CHB | Draft follow up correspondence to Jon Harris re earrings | 0.10 hrs. | 22.50 |
| 09/12/2019 | CHB | Receive and review correspondence from Joe Gallagher at Harris re earrings | 0.10 hrs. | 22.50 |
| 09/12/2019 | CHB | Discuss active trading analysis with DAA | 0.10 hrs. | 22.50 |
| 09/12/2019 | CHB | Attention to unauthorized transactions in Fidelity accounts (including discuss with Receiver, SMK, DAA, exchange correspondence with representative of Fidelity, draft and revise and file notice re transactions) | 3.20 hrs. | 720.00 |
| 09/13/2019 | CHB | Begin drafting subpoena to TSS relative to VPN records for unauthorized trades | 0.50 hrs. | 112.50 |
| 09/13/2019 | CHB | Attention to identifying local counsel to accept TSS subpoena compliance | 0.20 hrs. | 45.00 |
| 09/16/2019 | CHB | Draft follow up correspondence to Joe Gallagher (Harris) re earrings | 0.10 hrs. | 22.50 |
| 09/16/2019 | CHB | Call with Andrew Prussack (counsel for total server solutions LLC) re subpoena, TSS business, etc. | 0.20 hrs. | 45.00 |
| 09/16/2019 | CHB | Finish drafting schedule A for TSS subpoena, research subpoenas relative to VPN/ISPs | 1.90 hrs. | 427.50 |
| 09/17/2019 | DAA | Review NT Statements; attention to asset spreadsheet, etc. | 0.80 hrs. | 113.60 |
| 09/19/2019 | DAA | Review Fidelity statements; attention to asset spreadsheet | 0.70 hrs. | 99.40 |
| 09/19/2019 | DAA | Review TDAmeritrade statements; attention to asset spreadsheet | 0.30 hrs. | 42.60 |
| 09/24/2019 | DAA | Prepare subpoena to BoA re statement production. | 0.20 hrs. | 28.40 |
| 09/24/2019 | CHB | Call and email to Jon Harris regarding earrings, review Iftikar Ahmed email re same | 0.20 hrs. | 45.00 |
| 09/24/2019 | CHB | Attention to investigation of unauthorized Fidelity trades | 0.40 hrs. | 90.00 |
| 09/24/2019 | CHB | Receive and review correspondence from Iftikar Ahmed regarding earrings | 0.10 hrs. | 22.50 |
| 09/24/2019 | CHB | Attention to earrings in possession of Harris firm, draft correspondence to Iftikar Ahmed re same, discuss same with SMK, draft correspondence to Joe Gallager (Harris) re same | 0.30 hrs. | 67.50 |
| 09/25/2019 | DAA | Review BoA balance letter; attention to asset spreadsheet; email to Atty Blau re discrepancy. | 0.30 hrs. | 42.60 |

13374        Jed Horwitt, Rcvr - Ahmed                    Invoice#  61727        Page  4

| | | | | |
|---|---|---|---|---|
| 09/25/2019 | CHB | Call with NH (SEC) re TSS subpoena | 0.20 hrs. | 45.00 |
| 09/25/2019 | CHB | Second call with NH (SEC) re TSS subpoena | 0.50 hrs. | 112.50 |
| 09/26/2019 | DAA | Review NT bank statements; attention to asset spreadsheet | 0.10 hrs. | 14.20 |
| 09/26/2019 | CHB | Review materials provided by Harris firm re earrings, research relative to attorney retaining liens, draft correspondence to SMK re same | 1.60 hrs. | 360.00 |
| 09/27/2019 | CHB | Discuss northern trust account investment objective with SMK | 0.10 hrs. | 22.50 |
| 09/30/2019 | CHB | Draft correspondence to Ifitkar Ahmed regarding Harris earrings motion, review correspondence from Iftikar Ahmed re same | 0.10 hrs. | 22.50 |
| 09/30/2019 | CHB | Exchange correspondence with Suzanne Morse regarding unauthorized trades in Fidelity account | 0.10 hrs. | 22.50 |
| 09/30/2019 | CHB | Draft/revise motion for order and proposed order re surrender of earrings, discuss with SMK | 1.80 hrs. | 405.00 |

$5,639.85

**TIMEKEEPER FEE SUMMARY**

| Timekeeper | Total Hours | Rate | Total Fee |
|---|---|---|---|
| Accurso, Deborah | 6.20 | 142.00 | 880.40 |
| Blau, Christopher | 21.20 | 225.00 | 4,263.75 |
| Horwitt, Jed | 0.50 | 250.00 | 125.00 |
| Kindseth, Stephen M. | 1.10 | 337.00 | 370.70 |
| | 29.00 | | $5,639.85 |

**BILLING SUMMARY**

| | |
|---|---|
| Total professional services | $5,639.85 |
| Total of new charges for this invoice | $5,639.85 |
| Plus net balance forward | $67,378.90 |
| **TOTAL NOW DUE** | **$73,018.75** |

13374     Jed Horwitt, Rcvr - Ahmed                    Invoice#   61727        Page   5

*INVOICES DUE AND PAYABLE UPON RECEIPT*

*we now accept mastercard, visa, discover & amex - limitations may apply*

** Trust account remaining balance is        $0.00

**Zeisler & Zeisler, P.C.**
10 Middle St., 15th Fl
Bridgeport, Connecticut  06604
Phone (203) 368-4234

October 8, 2019

Invoice#        61728     SMK
Our file#       13374        000003
Billing through 09/30/2019

Zeisler & Zeisler PC

10 Middle St, 15th Fl
Bridgeport, CT  06855

Asset Disposition

| | |
|---|---|
| Balance forward as of invoice dated   July 11, 2019 | $12,626.30 |
| Payments received since last invoice | 0.00 |
| Accounts receivable balance carried forward | $12,626.30 |

## PROFESSIONAL SERVICES

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 07/03/2019 | CHB | Review/analyze DN 1220, draft correspondence re same to SMK | 0.30 hrs. | 67.50 |
| 07/15/2019 | CHB | Exchange correspondence with Stacey Froelich regarding sale of 530 Park properties | 0.10 hrs. | 22.50 |
| 07/16/2019 | JED | Attn. to issues related to compass, motion to compel related to apartments | 0.50 hrs. | 125.00 |
| 07/16/2019 | CHB | Review mtn to rent apartments (1220), discuss with SMK | 0.20 hrs. | 45.00 |
| 07/16/2019 | CHB | Research and review article provided by Iftikar Ahmed on Compass, discuss with SMK, draft correspondence to Receiver re same | 0.30 hrs. | 67.50 |
| 07/16/2019 | CHB | Draft objection to motion to rent 530 Park Apartments (1.9), discuss matter with Stacey Froelich of Compass (.2), draft affidavit in support of objection to motion (.3) | 2.40 hrs. | 540.00 |
| 07/17/2019 | SMK | Attention to motion to immediately rent the two NYC apartments filed by relief defendants; review and revise objection | 0.40 hrs. | 134.80 |
| 07/17/2019 | CHB | Review SMK edits to objection to motion to rent apartments (1220) | 0.20 hrs. | 45.00 |
| 07/19/2019 | SMK | Attention to motion to compel renting apartments; attention to response | 0.30 hrs. | 101.10 |
| 07/19/2019 | CHB | Exchange correspondence with Stacey Froelich regarding affidavit, revise affidavit | 0.10 hrs. | 22.50 |

13374     Jed Horwitt, Rcvr - Ahmed                    Invoice#   61728       Page   2

| 07/19/2019 | CHB | Call with MW (SEC) regarding outstanding receivership estate issues (apartment management) | 0.20 hrs. | 45.00 |
|---|---|---|---|---|
| 07/22/2019 | SMK | Strategize re: how to proceed with apartment 12F in light of expired lease and inability to reach agreement on purchase price | 0.20 hrs. | 67.40 |
| 07/22/2019 | CHB | Discuss 12F management strategy with DAA, email SMK re same | 0.30 hrs. | 67.50 |
| 07/23/2019 | CHB | Draft follow up correspondence to Stacey Froelich re affidavit | 0.10 hrs. | 22.50 |
| 07/23/2019 | CHB | Exchange correspondence with Stacey Froelich, review signed affidavit | 0.20 hrs. | 45.00 |
| 07/24/2019 | SMK | Further review objections to motion to compel receiver to immediately rent two apartments | 0.50 hrs. | 168.50 |
| 07/24/2019 | DAA | Review Park Ave lease re landlord obligation re notice to vacate; email to Atty Blau re same. | 0.10 hrs. | 14.20 |
| 07/24/2019 | CHB | Finalize and attention to efiling objection to DN 1220 (objection to rental of apartments) | 0.20 hrs. | 45.00 |
| 07/26/2019 | SMK | Attention to issue of tenant and renting and listing apartment | 0.50 hrs. | 168.50 |
| 07/26/2019 | SMK | Attention to Ahmed's reply to response re: motion to immediately rent apartments | 0.30 hrs. | 101.10 |
| 07/26/2019 | CHB | Review reply to objection to motion to rent apartments | 0.40 hrs. | 90.00 |
| 07/26/2019 | CHB | Receive and review correspondence from Classic NY Apartments representatives re common charges and re-renting | 0.20 hrs. | 45.00 |
| 07/29/2019 | SMK | Telephone conference with Attorney Paul Knag re: status of tenant, sale of apartment and response to Iftikar's latest offer | 0.30 hrs. | 101.10 |
| 07/30/2019 | SMK | Attention to email from Paul Knag re: apartment 12F and consequence of holdover tenant; draft and email extensive response; Telephone conference with  Paul Knag re: how to proceed with tenant | 0.60 hrs. | 202.20 |
| 07/30/2019 | CHB | Attention to 12F unit, including exchange correspondence from PK regarding management of 12F unit, discuss with SMK, participate in telephone call with SMK and PK re same, draft correspondence to 530 Park management company re regulations and rules on leasing property, preliminary research on holdover tenancy creation in New York state | 1.10 hrs. | 247.50 |
| 07/31/2019 | SMK | Multiple telephone conferences with Attorney | 1.50 hrs. | 505.50 |

13374      Jed Horwitt, Rcvr - Ahmed                    Invoice#  61728      Page  3

|            |     | Paul Knag re: issues raised by the defendant and relief defendants re: apartment 12F and mgmt company's objection (.7); Telephone conference with Grace Rulli re: issues raised (.4); strategize re: all issues (.4) | | |
|------------|-----|----------------------------------------------------------------|-----------|--------|
| 07/31/2019 | SMK | Email follow up to property manager | 0.10 hrs. | 33.70 |
| 07/31/2019 | SMK | Email follow up to Grace Rolli re: apartment | 0.20 hrs. | 67.40 |
| 07/31/2019 | SMK | Further email to Knag re: apartment 12F | 0.20 hrs. | 67.40 |
| 08/01/2019 | SMK | Telephone conference with Paul Knag re: relief defendants position with respect to tenant; analysis of issues raised | 0.40 hrs. | 134.80 |
| 08/01/2019 | SMK | Review and revise email to tenant | 0.30 hrs. | 101.10 |
| 08/01/2019 | SMK | Further strategize re: tenant | 0.20 hrs. | 67.40 |
| 08/01/2019 | SMK | Telephone conference with SEC to update on removal motion; attention to apartment strategy. | 0.80 hrs. | 269.60 |
| 08/01/2019 | SMK | Telephone conference with tenant re: offer and option | 0.20 hrs. | 67.40 |
| 08/01/2019 | CHB | Draft follow up correspondence to GR at Classic NY Apts (530 Park management co) regarding building rules and regulations | 0.10 hrs. | 22.50 |
| 08/02/2019 | CHB | Follow up call to Grace R at Classic re rules and regulations for 530 Park | 0.10 hrs. | 22.50 |
| 08/05/2019 | CHB | Draft follow up correspondence to David Schulhof | 0.10 hrs. | 22.50 |
| 08/05/2019 | CHB | Draft further follow up correspondence to GR at Classic NY Apts (530 Park management co) regarding building rules and regulations | 0.10 hrs. | 22.50 |
| 08/06/2019 | CHB | Exchange correspondence with David Schulhof regarding his highest and best offer to purchase 12F before determining whether proceeding is in interest of Receivership Estate, review comparables, draft correspondence to SMK re same | 0.30 hrs. | 67.50 |
| 08/07/2019 | SMK | Review and revise email to Knag regarding tenant; further strategize re: tenant after call from Knag | 0.30 hrs. | 101.10 |
| 08/07/2019 | CHB | Review RD reply to objection to rent the two apartments, call with PK regarding clarifications re same, review underlying objection to RD motion to rent, review underlying RD motion to rent | 0.50 hrs. | 112.50 |
| 08/07/2019 | CHB | 3x calls and 2x voicemails with/from Paul Knag regarding 12F management (1.0), discuss with SMK (.3), draft correspondence to PK re | 1.60 hrs. | 360.00 |

13374      Jed Horwitt, Rcvr - Ahmed                    Invoice#  61728        Page  4

| | | | | |
|---|---|---|---|---|
| | | receiver position (.3) | | |
| 08/09/2019 | CHB | Draft follow up correspondence to GR at Classic re building rules and regs | 0.10 hrs. | 22.50 |
| 08/12/2019 | SMK | Legal research re: rent v. use and occupancy under New York Law | 0.50 hrs. | 168.50 |
| 08/13/2019 | SMK | Further legal research re: use and occupancy v. rent | 0.80 hrs. | 269.60 |
| 08/13/2019 | SMK | Telephone conference with  Mark Willram re: status of apartment 12F | 0.20 hrs. | 67.40 |
| 08/13/2019 | CHB | Discuss tenancy statutory issues as to 12F with SMK (.2), conduct research relative to same (1.2) | 1.40 hrs. | 315.00 |
| 08/14/2019 | SMK | Telephone conference with  David Schulof re: status  of occupation and potential sale; ability to move voluntarily; email Paul Knag | 0.30 hrs. | 101.10 |
| 08/14/2019 | SMK | Email tenants offer to Knag and Ahmed | 0.10 hrs. | 33.70 |
| 08/14/2019 | SMK | Email update on tenant to Knag and Ahmed | 0.10 hrs. | 33.70 |
| 08/14/2019 | SMK | Telephone conference with  Paul Knag re: latest offer by Schulof and continued occupancy until end of year | 0.20 hrs. | 67.40 |
| 08/15/2019 | SMK | Telephone conference with  Bill Neville re: eviction action against tenants | 0.20 hrs. | 67.40 |
| 08/15/2019 | SMK | Attention to emails from Ahmed re: tenant; email response | 0.30 hrs. | 101.10 |
| 08/15/2019 | CHB | Draft detailed correspondence to Bill Neville (proposed eviction counsel) regarding matter, current situation as to 12F, retention procedure, etc. | 0.30 hrs. | 67.50 |
| 08/16/2019 | CHB | Receive and review retainer letter for NY counsel, forward to JHR group with cover email | 0.10 hrs. | 22.50 |
| 08/19/2019 | SMK | Attention to fee structure / retainer for landlord / tenant counsel | 0.20 hrs. | 67.40 |
| 08/19/2019 | SMK | Attention to production of documents from Classic | 0.20 hrs. | 67.40 |
| 08/19/2019 | SMK | Attention to issues with tenant (retention of counsel and hold over period requested by tenant); Review lease and other documents re: same | 0.70 hrs. | 235.90 |
| 08/19/2019 | CHB | Discuss 12f strategy with SMK | 0.10 hrs. | 22.50 |
| 08/19/2019 | CHB | Exchange correspondence with David Schulhof regarding 12F status/next steps | 0.10 hrs. | 22.50 |
| 08/19/2019 | CHB | Multiple calls with Bill Neville re eviction process/strategy, draft correspondence re same | 0.80 hrs. | 180.00 |

13374      Jed Horwitt, Rcvr - Ahmed                    Invoice#   61728      Page  5

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | to SMK, instruction to DAA re acceptance of funds |  |  |
| 08/19/2019 | CHB | Draft application to employ counsel for eviction proceedings in NY, draft proposed order, draft affidavit, discuss same with SMK | 3.40 hrs. | 765.00 |
| 08/19/2019 | CHB | Call to MW (SEC) regarding application to employ NY counsel, compliance with 20% holdback provision | 0.10 hrs. | 22.50 |
| 08/20/2019 | CHB | Research 26-521 unlawful eviction, other legal issues related to eviction process | 1.00 hrs. | 225.00 |
| 08/20/2019 | CHB | Call with MW (SEC) regarding counsel for 12F, fee structure for counsel and other outstanding receivership issues, draft correspondence to SMK re same | 0.60 hrs. | 135.00 |
| 08/21/2019 | CHB | Receive, review, and respond to correspondence from Stacey Froelich re 12F/12A plan | 0.10 hrs. | 22.50 |
| 08/22/2019 | JED | Strategize re: apartment 12F, retention of landlord/tenant counsel | 0.30 hrs. | 75.00 |
| 08/22/2019 | SMK | Review and revise  email to Ahmed re: earnings; strategize re: same | 0.30 hrs. | 101.10 |
| 08/26/2019 | CHB | Discuss soft cap for NY counsel fees with SMK, call to Bill Neville re same | 0.30 hrs. | 67.50 |
| 08/26/2019 | CHB | Revise application to retain MSNH | 0.60 hrs. | 135.00 |
| 08/28/2019 | SMK | Email Iftikar Ahmed with responses to proposal concerning tenant and employment of MSNH | 0.20 hrs. | 67.40 |
| 08/28/2019 | SMK | Telephone conference with tenant re: possible purchase and time to vacate apartment | 0.10 hrs. | 33.70 |
| 08/28/2019 | SMK | Review and revise application to employ MSNH | 0.40 hrs. | 134.80 |
| 08/28/2019 | CHB | Attention to finalizing mtn to retain MSNH/affidavit/proposed order, draft correspondence to Bill Neville re same, discuss same with SMK, telephone call with David Schulhof re 12F | 1.00 hrs. | 225.00 |
| 09/09/2019 | CHB | Review court scheduling order regarding emergency motion to employ NY eviction counsel | 0.10 hrs. | 22.50 |
| 09/10/2019 | DAA | Email exchange w/Classic Realty re service to condo. | 0.30 hrs. | 42.60 |
| 09/10/2019 | DAA | Exchange emails re process server with NYC firm; conversation with Ritter/Classic Realty re same. | 0.30 hrs. | 42.60 |
| 09/10/2019 | DAA | Multiple conversations with Classic Realty re: service; exchange emails.  Discussions with | 0.30 hrs. | 42.60 |

13374    Jed Horwitt, Rcvr - Ahmed                    Invoice#  61728      Page  6

Atty Blau

| | | | | |
|---|---|---|---|---|
| 09/10/2019 | CHB | Call with Neil Ritter re subpoena, draft correspondence re same to same | 0.20 hrs. | 45.00 |
| 09/11/2019 | CHB | Review RD response to motion to employ NY eviction counsel | 0.10 hrs. | 22.50 |
| 09/11/2019 | CHB | Review Iftikar Ahmed response to motion to employ NY counsel | 0.10 hrs. | 22.50 |
| 09/12/2019 | CHB | Review court order regarding employing MSNH, draft correspondence to Bill Neville re same, draft correspondence to JH regarding retention execution | 0.40 hrs. | 90.00 |
| 09/12/2019 | CHB | Draft correspondence to Bill Neville regarding retainer agreement | 0.10 hrs. | 22.50 |
| 09/12/2019 | CHB | Exchange further correspondence with Bill Neville re eviction, review notice, discuss with SMK | 0.40 hrs. | 90.00 |
| 09/13/2019 | CHB | Attention to notice to quit for NY apartments, draft correspondence with Bill Neville re same | 0.20 hrs. | 45.00 |
| 09/18/2019 | CHB | Voicemail from Schulhof counsel, exchange email with JHR group re same | 0.10 hrs. | 22.50 |
| 09/18/2019 | CHB | Draft correspondence to Bill Neville regarding 12F occupants' counsel voicemail | 0.10 hrs. | 22.50 |
| 09/24/2019 | DAA | Review Condo By-Laws, House Rules, etc., for Park Ave condos re sale/lease.  Email Atty Blau re same. | 0.90 hrs. | 127.80 |
| 09/24/2019 | CHB | Draft correspondence to Neil Ritter regarding Classic subpoena compliance | 0.10 hrs. | 22.50 |
| 09/25/2019 | CHB | Attention to TSS subpoena, discuss with SMK, circulate to SEC/Iftikar Ahmed/Paul Knag | 0.40 hrs. | 90.00 |
| 09/30/2019 | CHB | Draft correspondence to Bill Neville regarding status of eviction | 0.10 hrs. | 22.50 |
| 09/30/2019 | CHB | Draft correspondence to PK and Iftikar Ahmed regarding 530 park subpoena compliance | 0.10 hrs. | 22.50 |
| 09/30/2019 | CHB | Exchange correspondence with Iftikar Ahmed re EG state taxes, review state taxes | 0.10 hrs. | 22.50 |
| 09/30/2019 | CHB | Receive and review correspondence from Bill Neville, draft proposed email to PK/Iftikar Ahmed for SMK review regarding 12F management | 0.20 hrs. | 45.00 |

$9,475.00

13374      Jed Horwitt, Rcvr - Ahmed                          Invoice#   61728        Page   7

## TIMEKEEPER FEE SUMMARY

| Timekeeper | Total Hours | Rate | Total Fee |
|---|---|---|---|
| Accurso, Deborah | 1.90 | 142.00 | 269.80 |
| Blau, Christopher | 21.90 | 225.00 | 4,927.50 |
| Horwitt, Jed | 0.80 | 250.00 | 200.00 |
| Kindseth, Stephen M. | 12.10 | 337.00 | 4,077.70 |
| | 36.70 | | $9,475.00 |

## BILLING SUMMARY

| | |
|---|---|
| Total professional services | $9,475.00 |
| Total of new charges for this invoice | $9,475.00 |
| Plus net balance forward | $12,626.30 |
| **TOTAL NOW DUE** | **$22,101.30** |

*INVOICES DUE AND PAYABLE UPON RECEIPT*

*we now accept mastercard, visa, discover & amex - limitations may apply*

** Trust account remaining balance is        $0.00

**Zeisler & Zeisler, P.C.**
10 Middle St., 15th Fl
Bridgeport, Connecticut  06604
Phone (203) 368-4234

October 8, 2019

| | | |
|---|---|---|
| Invoice# | 61729 | SMK |
| Our file# | 13374 | 000004 |
| Billing through | 09/30/2019 | |

Zeisler & Zeisler PC

10 Middle St, 15th Fl
Bridgeport, CT  06855

Business Operations

**PROFESSIONAL SERVICES**

| | | | | |
|---|---|---|---|---|
| 07/25/2019 | CHB | Attention to Ribbit Capital distribution (exchange correspondence with Nic Heinke, review distribution notice, draft correspondence to counsel to Ribbit, instruction to DAA) | 0.30  hrs. | 67.50 |
| 07/29/2019 | CHB | Attention to Ribbit Capital distribution (discuss with DAA, exchange multiple correspondence with Ribbit's counsel) | 0.30  hrs. | 67.50 |
| 08/06/2019 | DAA | Deposit 12F checks at BoA | 0.50  hrs. | 71.00 |
| | | | | $206.00 |

**TIMEKEEPER FEE SUMMARY**

| Timekeeper | Total Hours | Rate | Total Fee |
|---|---|---|---|
| Accurso, Deborah | 0.50 | 142.00 | 71.00 |
| Blau, Christopher | 0.60 | 225.00 | 135.00 |
| | 1.10 | | $206.00 |

**BILLING SUMMARY**

| | |
|---|---|
| Total professional services | $206.00 |
| Total of new charges for this invoice | $206.00 |

13374     Jed Horwitt, Rcvr - Ahmed                    Invoice#   61729        Page   2

**TOTAL NOW DUE**                                          **$206.00**

*INVOICES DUE AND PAYABLE UPON RECEIPT*

*we now accept mastercard, visa, discover & amex - limitations may apply*

** Trust account remaining balance is          $0.00

**Zeisler & Zeisler, P.C.**
10 Middle St., 15th Fl
Bridgeport, Connecticut  06604
Phone (203) 368-4234

October 8, 2019

| | | |
|---|---|---|
| Invoice# | 61730 | SMK |
| Our file# | 13374 | 000005 |
| Billing through | 09/30/2019 | |

Zeisler & Zeisler PC

10 Middle St, 15th Fl
Bridgeport, CT  06855

Claims Admin & Objections

| | |
|---|---|
| Balance forward as of invoice dated   July 11, 2019 | $20,425.80 |
| Payments received since last invoice | 0.00 |
| Accounts receivable balance carried forward | $20,425.80 |

## PROFESSIONAL SERVICES

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 07/03/2019 | CHB | Exchange correspondence with IAA and SMK regarding tax return analysis | 0.10 hrs. | 22.50 |
| 07/03/2019 | CHB | Review DN 1207, draft response to same | 0.30 hrs. | 67.50 |
| 07/09/2019 | SMK | Telephone conference with  Mark Williams re: relief defendants motion for release of money to pay taxes | 0.10 hrs. | 33.70 |
| 07/09/2019 | SMK | Email updates to Mark Williams on tax return issue | 0.20 hrs. | 67.40 |
| 07/09/2019 | SMK | Additional Email update to SEC re: latest on tax issue | 0.10 hrs. | 33.70 |
| 07/09/2019 | CHB | Exchange multiple correspondence with SMK re and otherwise analyze issues related to tax returns for relief defendants | 0.50 hrs. | 112.50 |
| 07/10/2019 | SMK | Further attention to motion to pay Reardon's fees; Telephone conference with Attorney Paul Knag re: issue raised; email request to Reardon to identify entities for whom he seeks to complete returns; review IRS rules governing disregarded entities; review Shalini Ahmed's 2017  Federal income tax return | 1.00 hrs. | 337.00 |
| 07/10/2019 | SMK | Telephone conference with accountant re: reporting of income for disregarded entities | 0.30 hrs. | 101.10 |
| 07/10/2019 | SMK | Attention to email from Reardon with answer; email response; further research/analysis of | 0.50 hrs. | 168.50 |

13374     Jed Horwitt, Rcvr - Ahmed                Invoice#  61730     Page  2

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| | | issue | | |
| 07/10/2019 | SMK | Further  review of motion to pay fees for Reardon (.2); additional email to Knag and Reardon (.1); formulate response to motion (1.3); further exchange with Reardon re: scope of services (.2) | 1.80 hrs. | 606.60 |
| 07/11/2019 | SMK | Final revision re: position statement on motion to pay Reardon  to prepare Mrs. Ahmed's return | 0.30 hrs. | 101.10 |
| 07/11/2019 | SMK | Telephone conference with  Mark Williams re: MA civil action | 0.20 hrs. | 67.40 |
| 07/16/2019 | CHB | Research and draft motion to compel and memorandum in support of motion to compel tax return authorizations | 3.10 hrs. | 697.50 |
| 07/16/2019 | CHB | Discuss motion to compel production of tax returns with SMK, review 26 USC 6103 re same | 0.30 hrs. | 67.50 |
| 07/17/2019 | SMK | Attention to serve subpoena upon IRS | 0.30 hrs. | 101.10 |
| 07/17/2019 | CHB | Continue drafting memorandum in support of motion to compel tax return form 4506 execution, review correspondence with defendant and Mrs Ahmed's counsel re prior requests, review Mrs Ahmed's 2017 redacted partial return re same | 3.20 hrs. | 720.00 |
| 07/18/2019 | CHB | Continue drafting/researching motion/memo in support/affidavit relative to compelling production of tax returns | 4.90 hrs. | 1,102.50 |
| 07/18/2019 | CHB | Preliminary review of DN 1236 | 0.10 hrs. | 22.50 |
| 07/19/2019 | SMK | Attention to consolidated reply re: Reardon's fees; strategize position | 0.30 hrs. | 101.10 |
| 07/19/2019 | CHB | Finish reviewing doc no 1236, discuss with SMK; attention to other receivership matters (doc no 1225, 505 North property taxes) draft correspondence to SMK re same | 0.30 hrs. | 67.50 |
| 07/22/2019 | SMK | Attention to issues related to nonpayment of taxes on residence; strategize re: options | 0.20 hrs. | 67.40 |
| 07/22/2019 | CHB | Call with Adam Cohen at Pullman Comley (representing Town of Greenwich) re 505 North St taxes, discuss with SMK, draft correspondence to JHR group re same, review title search for 505 North Street in connection with developing strategy | 1.00 hrs. | 225.00 |
| 07/22/2019 | CHB | Further discussions with SMK re 505 North Street property, draft correspondence to Adam Cohen re same | 0.40 hrs. | 90.00 |

13374      Jed Horwitt, Rcvr - Ahmed                    Invoice#   61730      Page 3

| Date | Staff | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 07/25/2019 | DAA | Attention to accounts payable for Receiver | 0.40 hrs. | 56.80 |
| 07/30/2019 | CHB | Attention to management of Ku's portion of Essell group assets, discuss same with DAA | 0.30 hrs. | 67.50 |
| 08/07/2019 | DAA | Attention to A/P for Receiver | 0.20 hrs. | 28.40 |
| 08/14/2019 | DAA | Attention to A/P for Receiver. | 0.50 hrs. | 71.00 |
| 08/16/2019 | CHB | Review Iftikar Ahmed motion for health costs, review exhibits, draft correspondence 2x to SMK re same | 0.30 hrs. | 67.50 |
| 08/20/2019 | SMK | Review and revise position re: medical expense | 0.30 hrs. | 101.10 |
| 08/20/2019 | SMK | Read motion of Harris St. Laurent for payment of Attorney's fees | 0.40 hrs. | 134.80 |
| 08/20/2019 | CHB | Review Harris motion re fees, status conference | 0.30 hrs. | 67.50 |
| 08/20/2019 | CHB | Review Iftikar motion for medical expenses, draft statement in response to same, discuss with SMK | 0.60 hrs. | 135.00 |
| 08/23/2019 | CHB | Review court order regarding motion for medical treatment by Iftikar Ahmed, discuss with SMK | 0.20 hrs. | 45.00 |
| 08/26/2019 | CHB | Receive and review expenses from Paul Bayer re expenses, review expense bills, draft correspondence to DAA with instruction for payment | 0.10 hrs. | 22.50 |
| 08/28/2019 | SMK | Review and revise motion to compel execution of tax form | 0.40 hrs. | 134.80 |
| 08/28/2019 | CHB | Discuss tax return strategy with SMK, research relative to form 4506 production per court order | 0.80 hrs. | 180.00 |
| 09/03/2019 | SMK | Review and revise requests for subpoena upon Classic | 0.30 hrs. | 101.10 |
| 09/03/2019 | CHB | Attention to local taxes due on 505 North Street | 0.10 hrs. | 22.50 |
| 09/04/2019 | CHB | Review Iftikar Ahmed response to Harris motion re fees, review Harris motion, exchange correspondence with SMK re same | 0.30 hrs. | 67.50 |
| 09/06/2019 | CHB | Review Shalini Ahmed response to HC fee motion | 0.10 hrs. | 22.50 |
| 09/09/2019 | CHB | Receive and review correspondence from Iftikar Ahmed regarding Ancram property tax, review bill, review balance of relevant NT account, instruction for payment to DAA | 0.20 hrs. | 45.00 |
| 09/10/2019 | DAA | Review invoice; prepare letter and transmit to NT. | 0.20 hrs. | 28.40 |
| 09/10/2019 | DAA | Review documentation/tax returns in order to process payments; associated banking; emails re: ID numbers. | 1.70 hrs. | 241.40 |

13374     Jed Horwitt, Rcvr - Ahmed                    Invoice# 61730      Page  4

| | | | | |
|---|---|---|---|---|
| 09/10/2019 | CHB | Review SEC objection to Harris motion re fees | 0.10 hrs. | 22.50 |
| 09/11/2019 | CHB | Receive and review correspondence from Iftikar Ahmed regarding tax payments due for various entities, preliminary review of returns | 0.30 hrs. | 67.50 |
| 09/11/2019 | CHB | Review emergency motion by RD re appellate fees | 0.20 hrs. | 45.00 |
| 09/11/2019 | CHB | Discuss tax payments for Essell group and Essell farm with SMK, instruction to DAA re payment of same | 0.20 hrs. | 45.00 |
| 09/12/2019 | CHB | Review all old motions for attorneys fees and parties responses to same to assess status and impact on receivership | 0.80 hrs. | 180.00 |
| 09/12/2019 | CHB | Draft response to Harris renewed motion for fees | 0.20 hrs. | 45.00 |
| 09/12/2019 | CHB | Discuss position with respect to RD appellate fee request with SMK, review asset summaries in connection with same | 0.50 hrs. | 112.50 |
| 09/12/2019 | CHB | Begin drafting statement re motion for appellate fees for RD | 0.60 hrs. | 135.00 |
| 09/13/2019 | SMK | Review and revise statement of receiver's position and motion to pay Jenner and Block | 0.30 hrs. | 101.10 |
| 09/13/2019 | CHB | Attention to tax payments, discuss with DAA/exchange correspondence with DAA re same | 0.30 hrs. | 67.50 |
| 09/13/2019 | CHB | Finish drafting statement of receiver position re RD appellate fees, discuss with SMK | 0.50 hrs. | 112.50 |
| 09/14/2019 | DAA | Attention to online tax payment. | 0.20 hrs. | 28.40 |
| 09/15/2019 | DAA | Travel to/from office to issue check; pmt deadline 9/15.  Unable to make online tax pmt for MA; site down 9/14 for maintenance; would not accept entity info 9/15. | 1.00 hrs. | 142.00 |
| 09/15/2019 | DAA | Attention to A/P | 0.40 hrs. | 56.80 |
| 09/15/2019 | DAA | Email and file re payment confirmation for EG/EF taxes. | 0.20 hrs. | 28.40 |
| 09/16/2019 | CHB | Review SEC objection to appellate fee motion, review filings referenced therein | 0.70 hrs. | 157.50 |
| 09/16/2019 | CHB | Discuss tax payments for Essell farm/essell group with DAA | 0.10 hrs. | 22.50 |
| 09/17/2019 | DAA | BoA safe deposit box payment | 0.20 hrs. | 28.40 |
| 09/17/2019 | CHB | Review court order re JB appellate fees, exchange correspondence re same with JHR group | 0.30 hrs. | 67.50 |

13374      Jed Horwitt, Rcvr - Ahmed                     Invoice#  61730        Page  5

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| 09/17/2019 | CHB | Review Iftikar Ahmed motion for appellate fees, draft correspondence re same to SMK | 0.30 hrs. | 67.50 |
| 09/23/2019 | SMK | Attention to defendants emergency motion for a ruling on defendant's appellate fees (.2); attention to prior ruling granting relief defendants emergency motion for appellate Attorney's fees (.5); draft receiver's position (.6) | 1.30 hrs. | 438.10 |
| 09/26/2019 | DAA | Attention to accounts payable. | 0.30 hrs. | 42.60 |
| 09/30/2019 | CHB | Attention to IRS subpoena, discuss with SMK | 0.30 hrs. | 67.50 |

$8,702.20

## TIMEKEEPER FEE SUMMARY

| Timekeeper | Total Hours | Rate | Total Fee |
|---|---|---|---|
| Accurso, Deborah | 5.30 | 142.00 | 752.60 |
| Blau, Christopher | 22.90 | 225.00 | 5,152.50 |
| Kindseth, Stephen M. | 8.30 | 337.00 | 2,797.10 |
| | 36.50 | | $8,702.20 |

## BILLING SUMMARY

| | |
|---|---|
| Total professional services | $8,702.20 |
| Total of new charges for this invoice | $8,702.20 |
| Plus net balance forward | $20,425.80 |
| **TOTAL NOW DUE** | **$29,128.00** |

*INVOICES DUE AND PAYABLE UPON RECEIPT*

*we now accept mastercard, visa, discover & amex - limitations may apply*

** Trust account remaining balance is          $0.00

**MITOFSKY SHAPIRO NEVILLE & HAZEN, LLP**
Attorneys At Law
152 Madison Avenue - 3rd Floor
New York, New York  10016
(212)  736-0500
WWW.MSNHLAW.COM

|  |  |
|---|---|
|  | Page: 1 |
|  | 08/30/2019 |
| Account No: | 21588-001 |
| Invoice No: | 268701 |

JED HORWITT, AS RECEIVER
Zeisler & Zeisler, P.C.
10 Middle Street, 15th Floor
Bridgeport  CT  06604

Attn: Christopher H. Blau Esq.


DAVID SCHULHOF AND LESLEY SCHULHOF
530 PARK AVENUE
UNIT 12F
NEW YORK, NY 10065

| | | | Hours | |
|---|---|---|---|---|
| 08/19/2019 | WJN | Examination and analysis of a message from Mr. Blau with the tenant's lease documents and the receiver's appointment; strategy conference with Mr. Blau. | 0.85 | |
| | | For Current Services Rendered | 0.85 | 297.50 |
| | | Total Current Work | | 297.50 |
| | | Balance Due | | $297.50 |

**MITOFSKY SHAPIRO NEVILLE & HAZEN, LLP**
**Attorneys At Law**
**152 Madison Avenue - 3rd Floor**
**New York, New York 10016**
**(212) 736-0500**
**WWW.MSNHLAW.COM**

JED HORWITT, AS RECEIVER
Zeisler & Zeisler, P.C.
10 Middle Street, 15th Floor
Bridgeport CT 06604

Attn: Christopher H. Blau Esq.

Page: 1
10/14/2019
Account No:      21588-001
Invoice No:        269710

DAVID SCHULHOF AND LESLEY SCHULHOF
530 PARK AVENUE
UNIT 12F
NEW YORK, NY 10065

Previous Balance                                                                                            $297.50

| Date | | Description | Hours | |
|------|------|-------------|-------|---|
| 08/28/2019 | WJN | Examination of messages from Mr. Blau with attachments; preparation of a message to Mr. Blau. | 0.85 | |
| 09/12/2019 | WJN | Examination of messages from Mr. Blau with the order approving our retention and the retainer agreement. | 1.00 | |
| | WJN | Preparation of Notice of Termination ; preparation of messages to Mr. Blau. | 0.80 | |
| 09/13/2019 | WJN | Examination of messages from Mr. Blau and Ms. Accurso and the process server's supervisor; phone conference with the process server supervisor; work on the logistics of the rush service. | 1.00 | |
| | WJN | Preparation of messages to Mr. Blau, Ms. Accurso and the process server supervisor. | 0.60 | |
| 09/14/2019 | WJN | Examination of a message from the process server's supervisor. | 0.20 | |
| 09/20/2019 | WJN | Examination of messages from Mr. Blau and Mr. Kindseth and the tenants' attorney; investigation of the tenants' attorney. | 0.80 | |
| | WJN | Phone conferences with Mr. Kindseth and the tenant's attorney's assistant; negotiations with the tenants' attorney; preparation of messages to Mr. Blau and Mr. Kindseth. | 0.80 | |
| 09/30/2019 | WJN | Examination of a message from Mr. Blau; preparation of a message to Mr. Blau and Mr. Kindseth. | 0.40 | |
| | | For Current Services Rendered | 6.45 | 2,257.50 |
| | | Total Current Work | | 2,257.50 |
| | | Balance Due | | $2,555.00 |

JED HORWITT, AS RECEIVER

Account No:  21588-001
Invoice No:    269710

DAVID SCHULHOF AND LESLEY SCHULHOF
530 PARK AVENUE
UNIT 12F
NEW YORK, NY 10065

Past Due Amounts

| Stmt Date | Stmt # | Billed | Due |
|-----------|--------|--------|--------|
| 08/30/2019 | 268701 | 297.50 | 297.50 |
|  |  |  | 297.50 |

YOUR SUCCESS IS OUR BUSINESS