UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>IFTIKAR AHMED,<br>　　　　　　　　Defendant, and<br><br>IFTIKAR ALI AHMED SOLE PROP et al.,<br><br>　　　　　　　　Relief Defendants. | No. 3:15-CV-675 (JBA)<br><br><br><br><br><br><br><br>November 17ᵀᴴ, 2019 |

## DEFENDANT'S EMERGENCY MOTION FOR FEES TO RETAIN COUNSEL

The *pro se* Defendant files this Emergency Motion for a Release of Funds to Retain legal counsel in a criminal matter in MA[1]. The Defendant reserve all rights.

## BACKGROUND

The Defendant provides the following for the Court's benefit:

1) The Court has frozen all of the Defendant's assets since May 7, 2019 and further extended that freeze via a Preliminary Injunction [Doc. #113].

2) The Defendant has no means to retain legal counsel without a release of funds from his frozen assets.

---

[1] *US v. Iftikar Ahmed*, Case 1:15-cr-10131-NMG (D. Mass.) (the "MA Case")

1

3) The Receiver has confirmed a value of <u>over</u> $90MM of assets frozen, not including assets he "deemed not necessary to value" and the allegedly forfeited Oak assets that are approximately another $40MM. [Doc. #1330-5 at 6].

4) This Court has issued a judgment for $64.4MM, which is currently under appeal.

## **ARGUMENTS**

The *pro se* Defendant requests a release of funds so that he can retain legal counsel in his MA criminal matter. There is good cause for the Court to grant this Motion.

**I.       The frozen assets far outweigh the judgment.**

The Receiver has confirmed <u>over</u> $90MM of frozen assets, not including assets he deemed "not necessary to value" and not including the allegedly forfeited Oak assets. [Doc. #1330-5 at 6]. The Court has given a judgment of $64.4MM, which is currently under appeal. As such, there are tens of millions of dollars of assets frozen above the judgment amount.

**II.      The Defendant has a constitutional right to assets to retain counsel.**

The Defendant has a Sixth Amendment constitutional right to retain legal counsel of his choice using his own untainted assets. *See Luis v. United States*, 578 U.S. ___. The Defendant's Sixth Amendment rights have attached as he has been indicted in both of his criminal matters. And it appears as if the MA insider trading matter is moving forward, as the government has sought and obtained a declaration of bond forfeiture in that matter, even without the Defendant's knowledge. Had the Defendant been represented in that matter, he would have had counsel who would have responded on the Defendant's behalf. The Defendant needs legal counsel immediately in that criminal matter.

**III.     There is Good Cause for the Court to Consider this Motion on an Expedited Basis.**

Pursuant to District of Connecticut Local Rule 7(a)(6), the Defendant has designated this Motion as an "emergency" Motion and seeks expedited consideration of the same by this Court. The Defendant respectfully represents that good cause exists for such expedited consideration due to the fact that his Sixth Amendment constitutional rights have attached, there is a significant and undisputed over-freezing of assets in this case, the MA Court has declared a bond forfeiture in the matter and the MA Case is moving forward.

**IV.     Conclusion.**

For the reasons set forth above, the Defendant respectfully requests that the Court grant the relief requested and release funds so that the Defendant can be adequately represented in the MA criminal matters.

Respectfully Submitted,

Dated:     November 17TH, 2019          /s/ Iftikar Ahmed
                                             _____
                                             Iftikar A. Ahmed
                                             C/O Advocate Anil Sharma
                                             Government Place East
                                             Kolkata 700 069, India

                                             Tel:    +91-983-008-9945
                                             e-mail: iftyahmed@icloud.com

                                             *Pro Se*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and served by electronic mail to:

MR. NICHOLAS P. HEINKE, *ESQ*.
U.S. Securities and Exchange Commission
Byron G. Rogers Federal Building
1961 Stout Street, Ste. 1700
Denver, CO 80294
(303) 844-1071
e-mail: heinken@sec.gov

MR. MARK L. WILLIAMS, *ESQ*.
U.S. Securities and Exchange Commission
Byron G. Rogers Federal Building
1961 Stout Street, Ste. 1700
Denver, CO 80294
(303) 844-1027
e-mail: williamsml@sec.gov

MR. PAUL E. KNAG, *ESQ*.
Murtha Cullina, LLP
177 Broad Street, 4th Floor
Stamford, CT 06901
(203) 653-5400
Fax: (203) 653-5444
e-mail: pknag@murthalaw.com

MS. KRISTEN LUISE ZAEHRINGER, *ESQ*.
Murtha Cullina, LLP
177 Broad Street, 4th Floor
Stamford, CT 06901
(203) 653-5406
Fax: (860) 240-5758
e-mail: kzaehringer@murthalaw.com