# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of November, two thousand nineteen.

Before:    Ralph K. Winter,
              *Circuit Judge.*

_____

United States Securities and Exchange Commission,

    Plaintiff - Appellee,

NMR e-tailing, LLC

    Intervenor-Plaintiff-Appellee,

Oak Management Corporation,

    Movant-Appellee,

v.

Iftikar Ahmed, I-Cubed Domains, LLC, Shalini Ahmed, Shalini Ahmed 2014 Grantor Retained Annuity Trust, DIYA Holdings, LLC, DIYA Real Holdings, LLC, I.I. 1, A minor child, by and through his next friends Iftikar and Shalini Ahmed, his parents, I.I. 2, A minor child, by and through his next friends Iftikar and Shalini Ahmed, his parents, I.I. 3, A minor child, by and through his next friends Iftikar and Shalini Ahmed, his parents,

    Defendants-Appellants.

**ORDER**

Docket Nos. 18-2903(L), 18-2932(CON), 19-102(CON), 19-103(CON), 19-355(CON), 19-2974(CON), 19-3375(CON), 19-3721(CON)

_____

    Appellants move to hold the appeals in abeyance pending the Supreme Court's decision in *Liu v. SEC*, docket no. 18-1501.

    IT IS HEREBY ORDERED that the motions are GRANTED.

    For the Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 11/21/2019