UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>IFTIKAR AHMED,<br><br>Defendant, and<br><br>IFTIKAR ALI AHMED SOLE PROP; I-CUBED DOMAINS, LLC; SHALINI AHMED; SHALINI AHMED 2014 GRANTOR RETAINED ANNUITY TRUST; DIYA HOLDINGS LLC; DIYA REAL HOLDINGS, LLC; I.I. 1, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; I.I. 2, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; and I.I. 3, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents,<br><br>Relief Defendants. | Civil Action No. 3:15cv675 (JBA) |

**PLAINTIFF UNITED STATES SECURITIES AND EXCHANGE COMMISSION'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR SANCTIONS ON <u>OAK'S COUNSEL</u>**

Plaintiff United States Securities and Exchange Commission ("SEC") files this opposition to Defendant Iftikar Ahmed's Motion for Sanctions on Oak's Counsel [Doc. # 1314] ("Motion"). The SEC does not comment on Defendant's unsupported claims regarding Oak Management Corporation's counsel and Defendant's purported Indian attorney. Defendant's Motion should be denied on the simple ground that Defendant has not shown how this Court has jurisdiction over any private dispute between Defendant and counsel for third party Oak

Management Corporation. As this Court previously held in denying Defendant's motion to compel Oak Management Corporation to return certain items to him, "this Court is one of limited jurisdiction, meaning '[i]t is to be presumed that a cause lies outside this limited jurisdiction, and the burden of establishing the contrary rests upon the party asserting jurisdiction,' which in this case is Defendant." Doc. # 640 (quoting *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 378 (1994)). As Defendant has not met this burden, Defendant's Motion should be denied.

DATED: November 25, 2019.

*s/ Nicholas P. Heinke*
Nicholas P. Heinke
Mark L. Williams
U.S. Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, CO 80294-1961
(303) 844-1071 (Heinke)
(303) 844-1027 (Williams)
HeinkeN@sec.gov
WilliamsML@sec.gov
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

    I certify that on November 25, 2019, a copy of the foregoing document was emailed to Defendant Iftikar Ahmed at IftyAhmed@icloud.com, and served via ECF upon the following:

Jonathan Harris
Reid Skibell
David Deitch
Alexander Sakin
S. Gabriel Hayes-Williams
Harris, St. Laurent & Chaudhry LLP
40 Wall Street, 53rd Floor
New York, NY 10005
(Counsel for Relief Defendants)

                                        *s/ Nicholas P. Heinke*
                                        Nicholas P. Heinke