UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>IFTIKAR AHMED<br><br>        Defendant, and<br>and<br><br>IFTIKAR ALI AHMED SOLE PROP; I-CUBED DOMAINS, LLC; SHALINI AHMED; SHALINI AHMED 2014 GRANTOR RETAINED ANNUITY TRUST; DIYA HOLDINGS LLC; DIYA REAL HOLDINGS, LLC; I.I. 1, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; I.I. 2, a minor child, by and through his next friends, IFTIKAR and SHALINI AHMED, his parents; I.I. 3, a minor child, by and through his next friends, IFTIKAR and SHALINI AHMED, his parents<br><br>        Relief Defendants. | Civil Action No.<br>3:15-cv-675-JBA<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>December 2, 2019 |

### RECEIVER'S RESPONSE TO DEFENDANT'S MOTION TO REDUCE DISGORGEMENT IN THIS CASE FOR THE DEFAULT JUDGMENT ENTERED AGAINST HIM IN THE NMR E-TAILING NEW YORK STATE PROCEEDING

Jed Horwitt, Esq., in his capacity as Court-appointed receiver of the Receivership Estate[1] (the "Receiver"), through his undersigned counsel, respectfully responds (the "Response") to the Defendant's Motion to Reduce Disgorgement in this Case for the Default Judgment Entered Against Him in The NMR E-tailing New York State Proceeding [Doc. No. 1325] (the "Motion"), filed on November 10, 2019. In support thereof, the Receiver respectfully represents as follows.

---

[1] Unless expressly defined otherwise, the Receiver incorporates by reference the definitions of terms set forth in the Report of Receiver [Doc. No. 1135] (the "Report").

1

The Receiver and his counsel have reviewed the Motion and the relief requested therein. The Receiver takes no position with respect to the Defendant's request to adjust the disgorgement portion of the Judgment. As a threshold matter, the Receiver notes that the court in the *NMR e-Tailing LLC v. Oak Investment Partners, et al., Index No. 656450/2017* (the "NMR Case") only granted "a judgment on liability against" the Defendant, further providing that "[t]he issue of damages is reserved for trial," which has not yet occurred. In the Receiver's view, the absence of such a determination of damages in NMR's favor against the Defendant renders a final determination as to the offset of such damages against the disgorgement portion of the Judgment, even if appropriate, impossible at this time.

Regardless, in that any decrease of the disgorgement portion of the Judgment by way of an offset for funds awarded to NMR would not burden the Receiver in the execution of his duties under the Appointment Order or otherwise prejudice the Receivership Estate, the Receiver takes no position with respect to the offset requested by the Defendant.

Upon request, the Receiver or his counsel will attend any hearings scheduled by the Court on this matter and provide any relevant information and assistance that the Court may request in addressing this Motion.

    Respectfully submitted,
    JED HORWITT, ESQ., RECEIVER


    */s/ Christopher H. Blau*
    Stephen M. Kindseth (ct14640)
    Christopher H. Blau (ct30120)
    Zeisler & Zeisler, P.C.
    10 Middle Street, 15th Floor
    Bridgeport, CT  06604
    Telephone: 203-368-4234 X 236
    Facsimile: 203-549-0903
    Email: cblau@zeislaw.com;
    skindseth@zeislaw.com
    *Counsel to the Receiver*

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2019, a copy of the foregoing Response was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System. Furthermore, a copy of the foregoing was sent via email to the Defendant, Iftikar A. Ahmed, at iftyahmed@icloud.com.

                                            */s/ Christopher H. Blau*
                                            Christopher H. Blau (ct30120)