UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>IFTIKAR AHMED )<br>)<br>Defendant, and )<br>and )<br>)<br>IFTIKAR ALI AHMED SOLE PROP; I-CUBED )<br>DOMAINS, LLC; SHALINI AHMED; SHALINI )<br>AHMED 2014 GRANTOR RETAINED )<br>ANNUNITY TRUST; DIYA HOLDINGS LLC; )<br>DIYA REAL HOLDINGS, LLC; I.I. 1, a minor child, )<br>by and through his next friends IFTIKAR and )<br>SHALINI AHMED, his parents; I.I. 2, a minor child, )<br>by and through his next friends, IFTIKAR and )<br>SHALINI AHMED, his parents; I.I. 3, a minor child, )<br>by and through his next friends, IFTIKAR and )<br>SHALINI AHMED, his parents )<br>)<br>Relief Defendants. )<br>) | Civil Action No.<br>3:15-cv-675-JBA<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>December 2, 2019 |

**RECEIVER'S RESPONSE TO DEFENDANT'S
EMERGENCY MOTION FOR ORDER STAYING AAA ACTION PENDING APPEAL**

Jed Horwitt, Esq., in his capacity as Court-appointed receiver of the Receivership Estate[1] (the "Receiver"), through his undersigned counsel, respectfully responds (the "Response") to the Defendant's Emergency Motion for Order Staying AAA Action Pending Appeal [Doc. No. 1323] (the "Motion"), filed on November 10, 2019. In support thereof, the Receiver respectfully represents as follows.

---

[1] Unless expressly defined otherwise, the Receiver incorporates by reference the definitions of terms set forth in the Report of Receiver [Doc. No. 1135] (the "Report").

1

The Receiver and his counsel have reviewed the Motion and the relief requested therein. The Receiver does not take a position with respect to the relief requested in the Motion because the Receiver has concluded that the relief requested would not adversely impact the Receiver's ability to fulfill his primary obligation in this receivership—to fully secure the Required Amount through the liquidation of Receivership Assets—or to execute in any other regard his duties pursuant to the Appointment Order.

Upon request, the Receiver or his counsel will attend any hearings scheduled by the Court on this matter and provide any relevant information and assistance that the Court may request in addressing this Motion.

Respectfully submitted,
JED HORWITT, ESQ., RECEIVER

 /s/ Christopher H. Blau
Stephen M. Kindseth (ct14640)
Christopher H. Blau (ct30120)
Zeisler & Zeisler, P.C.
10 Middle Street, 15th Floor
Bridgeport, CT  06604
Telephone: 203-368-4234 X 236
Facsimile: 203-549-0903
Email: cblau@zeislaw.com;
skindseth@zeislaw.com
*Counsel to the Receiver*

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2019, a copy of the foregoing Response was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System. Furthermore, a copy of the foregoing was sent via email to the Defendant, Iftikar A. Ahmed, at iftyahmed@icloud.com.

　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Christopher H. Blau*　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　Christopher H. Blau (ct30120)