UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br> v.<br><br>IFTIKAR AHMED,<br>      Defendant, and<br><br>IFTIKAR ALI AHMED SOLE PROP; I-CUBED DOMAINS LLC; SHALINI AHMED; SHALINI AHMED 2014 GRANTOR RETAINED ANNUITY TRUST; DIYA HOLDINGS LLC; DIYA REAL HOLDINGS, LLC; I.I. 1, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents, I.I. 2, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; and I.I. 3, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents,<br><br>      Relief Defendants. | No. 3:15-CV-675 (JBA)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>December 2, 2019 |

**RELIEF DEFENDANTS' RESPONSE IN OPPOSITION TO THE RECEIVER'S THIRD APPLICATION FOR FEES AND EXPENSES**

The Relief Defendants join the Defendant's Response in Opposition to the Receiver's Third Application for Fees and Expenses (ECF No. 1354) to the extent that it does not conflict with the Relief Defendants' currently pending motions before the Court.

            Respectfully Submitted,
            By:_____
            Paul E. Knag – ct04194
            pknag@murthalaw.com
            Kristen L. Zaehringer – ct27044
            kzaehringer@murthalaw.com
            Murtha Cullina LLP
            177 Broad Street, 16th Floor
            Stamford, Connecticut 06901
            Telephone: 203.653.5400
            Facsimile:  203.653.5444

            *Attorneys for Relief Defendants*
            *I-Cubed Domain, LLC, Shalini Ahmed,*
            *Shalini Ahmed 2014 Grantor Retained*
            *Annuity Trust, Diya Holdings, LLC, Diya*
            *Real Holdings, LLC, I.I. 1, I.I. 2 and I.I. 3*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the foregoing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                                     Paul E. Knag – ct04194