# Exhibit

~   ~   ~

# A

# SUPREME COURT OF THE STATE OF NEW YORK
# NEW YORK COUNTY

## BARRY R. OSTRAGER
JSC

PRESENT: _____          PART 61

_____
*Justice*

Index Number : 656450/2017
NMR E-TAILING LLC
vs.
OAK INVESTMENT PARTNERS
SEQUENCE NUMBER : 003
EXTEND TIME TO SERVE

INDEX NO. _____

MOTION DATE _____

MOTION SEQ. NO. _____

The following papers, numbered 1 to _____ , were read on this motion to/for _____

Notice of Motion/Order to Show Cause — Affidavits — Exhibits _____ | No(s)._____

Answering Affidavits — Exhibits _____ | No(s). _____

Replying Affidavits _____ | No(s). _____

MOTION/CASE IS RESPECTFULLY REFERRED TO JUSTICE
FOR THE FOLLOWING REASON(S):

Upon the foregoing papers, it is ordered that this motion is *ex parte application is granted in accordance with the accompanying long-form order.*

Dated: December 21, 2017

_____, J.S.C.

**BARRY R. OSTRAGER**
**JSC**

1. CHECK ONE: ...................................................... ☐ CASE DISPOSED     ☒ NON-FINAL DISPOSITION

2. CHECK AS APPROPRIATE: ...........................MOTION IS: ☒ GRANTED  ☐ DENIED  ☐ GRANTED IN PART  ☐ OTHER

3. CHECK IF APPROPRIATE: ................................................ ☐ SETTLE ORDER     ☐ SUBMIT ORDER

☐ DO NOT POST   ☐ FIDUCIARY APPOINTMENT   ☐ REFERENCE

At I.A.S. Part _____ of the
Supreme Court of the State of New
York, held in and for the County of
New York, at the County Courthouse,
on the _____ day of
_____, 20____

Present: _____

Hon. *Barry R. Ostrager*
                                    Justice

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
----------------------------------------------------------------X

NMR E-TAILING LLC

                            Plaintiff,

            -against-

OAK INVESTMENT PARTNERS, OAK
MANAGEMENT CORPORATION, OAK
INVESTMENT PARTNERS XIII, LP, OAK
ASSOCIATES XIII, LLC, ANN HUNTRESS
LAMONT, EDWARD GLASSMEYER, FREDERIC
W. HARMAN, BANDEL CARANO,
IFTIKAR AHMED,

                            Defendants.
----------------------------------------------------------------X

**EX PARTE ORDER
PURSUANT TO CPLR § 308(5)**
~~(PROPOSED)~~

**MOTION SEQUENCE #003**

Index No. 656450/2017

*E-Filing*

        Upon reading the annexed Affirmation of Scott A. Ziluck, dated December 21, 2017 and

the annexed Affidavit of Kevin G. Hroblak, and the exhibits annexed thereto, and upon the

pleadings filed and prior proceedings herein; and the Court having reviewed the foregoing

submissions and due deliberation having been had, and good cause having been shown, it is

hereby

        **ORDERED,** that, pursuant to CPLR § 308(5), service of the Summons, Verified

Complaint and Notice of Commencement By Electronic Filing, along with a copy of this Order,

on defendant Iftikar Ahmed via electronic mail at iftyahmed@icloud.com be deemed good and

sufficient service thereof. *Service shall include notice that a conference has been scheduled at the Courthouse at 60 Centre Street, NY NY, Room 232 on February 13, 2018 @ 9:30 a.m.*

        ENTER:

        _____
                            J.S.C.

        **BARRY R. OSTRAGER
                            JSC**