# EXHIBIT A

# Christopher Blau

| | |
|---|---|
| From: | Allan Rappleyea <abr@cgrlaw.com> |
| Sent: | Thursday, November 7, 2019 10:49 AM |
| To: | Christopher Blau |
| Subject: | **Possible Spam** Fwd: County Route 7, Town of Ancram |

---------- Forwarded message ----------
From: **Ifty Ahmed** <iftyahmed@icloud.com>
Date: Fri, Nov 1, 2019 at 12:59 AM
Subject: Re: County Route 7, Town of Ancram
To: Nadell Swanson <ncs@cgrlaw.com>
Cc: Attorney Allan B. Rappleyea (Buyer's attorney) <abr@cgrlaw.com>, <jaideep@amritrajassociates.com>, Shalini Ahmed <shalini.ahmed@me.com>, Young Ku <ybku@qoo10.com>

Dear Nadell:

I am the counsel to Mr. Ahmed and Mr. Ahmed is currently unable to attend to any email or business.

If you want us to get any documents reviewed and/or notarized, your client will have to pay for all legal fees and expenses as Mr. Ahmed is indigent and indisposed to attend to these matters. I estimate the total cost for us to review the documents and execute / notarize etc will cost around $10,000 (Ten Thousand US Dollars).

If your client is willing to pay for our fees and expenses, we shall promptly attend to the request and do the needful.

Thanks and regards,
Jaideep Amritraj, Esq.

---

On 30 October 2019 at 9:01 pm, Nadell Swanson <ncs@cgrlaw.com> wrote:

> Dear Mr. Ahmed,
>
> I am reaching out to you on behalf of Don and Betty Duksa.
>
> The first attachment to this email is a "correction deed" which was done in October 2018, it turns out that this "correction deed" is also incorrect.
>
> The first couple paragraphs are the property description of the house that was occupied by the Ducks'a daughter Sarah.
>
> The Duksa's have always paid the taxes on this property.
>
> The Duksa's are under contract to sell this home, and learned of the error in this "correction deed".
>
> The second attachment to this email are deed and transfer documents which will correct this error.

1

The purpose of these documents is to correct the "correction deed" and make it clear that this property is the Duksa's.

To correct this error please execute the following:

Deed, please sign in front of a notary. Notary language is on the last page of the deed.

TP584, on page 1 please fill in the EIN of the LLC in the upper right corner.

On page 3 please sign in the bottom left corner on the line above "Grantor signature".

RP5217, please print on legal sized paper and sign in the lower left corner on the line under "Seller Signature"

Columbia County Supplemental Real Estate Transfer Tax Return, please sign in the lower left on the line above "Grantor"

IT2663, please sign in the lower left in the box marked "signature of transferor/seller"

Once fully executed please over night **all original documents** to our office at:

Corbally, Gartland and Rappleyea, LLP

ATTN: Allan B. Rappleyea

35 Market Street

Poughkeepsie, NY 12601

If you have any questions please call the Duksa's or Allan Rappleyea.

Thank you.

_____

**Nadell C. Swanson**

*Legal Assistant*

Corbally, Gartland and Rappleyea, LLP

Bardavon Building | 35 Market Street

2

Poughkeepsie, NY 12601

tel 845 240 7364  |  fax 845 240 7365

ncs@cgrlaw.com