# Auto reply: Check email.

10 December 2019 at 9:53 pm

From Ifty Ahmed

To Ifty Ahmed

PLEASE NOTE UPDATED EMAIL ADDRESS: This email account is now managed and monitored by the legal advisors to the email owner. For any legal matter, you may please write directly to jaideep@amritrajassociates.com