# Re: SEC v. Ahmed, et al. - 1804 County Route 7 property

18 November 2019 at 9:10 pm

From Ifty Ahmed

To Christopher Blau

Cc "'Paul E. Knag'", Young Ku, "'Se Jin Yeo(여세진)'", Shalini Ahmed, JHorwitt@zeislaw.com , jaideep@amritrajassociates.com

---

Dear Mr. Blau:

I am sorry about a delayed response.  On behalf of The Essell Farms LLC, I **do not** consent to the request from the lawyers representing Mr. Duksa.

I understand that the Receiver is reviewing the documents. However, the wishes of The Essell Farms LLC is that the Receiver ***not*** execute any documents on behalf of The Essell Farms, especially since this asset is not necessary to satisfy the current judgement as per the Receiver's own report to the CT Court.  And if he does sign any documents, assuming any harm is caused to The Essell Farms LLC, we reserve the right to sue the Receiver personally to recover any losses and punitive damages from him.

Please note that this is ***not*** a threat (as one of your esteemed colleagues is prone to misrepresent) but only an assertion of our rights and to preserve such rights in the event that the Receiver's actions cause harm and damage to The Essell Farms LLC.

Thanks and regards,
Iftikar Ahmed
Managing Member, The Essell Farms LLC

---

On 6 November 2019 at 7:19 pm, Christopher Blau <cblau@zeislaw.com> wrote:

> All –
>
> It has come to our attention that Donald Duksa is attempting to sell property located at 1804 County Route 7, which is adjacent to the main Essell Farm LLC property at 1820 County Route 7.
>
> In reviewing the deeds (both the initial deed in 2012 as well as the corrected deed in 2018), it appears that 1804 County Route 7 was purchased by Essell Farm LLC in 2012. Specifically, see this portion of the property description:
>
>> BEGINNING at a point in the southerly side of the county Highway leading from West Copake to Ancram, which point is north 30° 38' west 17-1/10 feet from an iron driven in the ground, and runs from thence by needle of October 13, 1932, along said highway south 80° 15' east 428-17/100 feet to a point in the southerly side of said highway and at lands of Albert C. Bristol, formerly of Harold Shultz, said point being north 59° 38' east 7-4/10 feet from an iron driven in the ground, thence along said lands of said Shultz, formerly, south 59° 38' west 326-17/100 feet to an iron driven in the ground, thence, leaving said Shultz land, formerly,

    North 30° 38' west 277-4/10 feet along lands of Frank Tompkins to the beginning.
    FOR INROFMATION ONLY, NOT INSURED: Containing 1-3/10 acres of land.

    EXCEPTING AND RESERVING a 0.092 acre parcel conveyed by J. & R. Martilotta by deed dated January 22, 1974 to the County of Columbia, for highway purposes, which deed was recorded January 30, 1974 in Liber 505 of Deeds at page 502 in the office of the Clerk of Columbia County.

The Receiver is in the process of evaluating this issue. However, any information and/or documentation you may have as to the intention of the parties in 2012 with respect to the purchase of the property in Ancram by Essell Farm LLC would be helpful.

Thank you,

Chris

Christopher H. Blau, Esq.
ZEISLER & ZEISLER, P.C.
10 Middle Street
15th Floor
Bridgeport, CT 06604
Phone: (203) 368-5465
cblau@zeislaw.com