UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>IFTIKAR AHMED,<br><br>Defendant, and<br><br>IFTIKAR AHMED SOLE PROP; *et al*<br><br>Relief Defendants. | Civil Action No. 3:15-cv-675 (JBA)<br><br><br><br><br><br>December 13TH, 2019 |

**NOTICE OF CORRECTION TO DEFENDANT'S RESPONSE [DOC. #1384] TO THE SEC'S OPPOSITION TO DEFENDANT'S MOTION [DOC. #1325] TO REDUCE DISGORGEMENT IN THIS CASE FOR THE DEFAULT JUDGMENT ENTERED AGAINST HIM IN THE NMR E-TAILING NEW YORK STATE PROCEEDING**

**NOTICE OF CORRECTION**

The *pro se* Defendant respectfully submits this Notice of Correction to his Response [Doc. #1384] to the SEC's Opposition to Defendant's Motion [Doc. #1325] to Reduce Disgorgement in this Case for the Default Judgment Entered Against Him in the NMR e-Tailing New York State Proceeding, which was filed on December 13th, 2019 at Docket No. 1384, in order to correct an inadvertent error.

On page one, the Response stated that "The *pro se* Defendant submits this Response to the SEC's Opposition [Doc. #1366]," when in fact it should have read "The *pro se* Defendant submits this Response to the SEC's Opposition [Doc. #1367]." The Defendant is concurrently filing a corrected Response that corrects this mistake and makes no other changes.

Respectfully Submitted,

Dated: December 13^(TH), 2019        /s/ Iftikar Ahmed

_____
Iftikar A. Ahmed
C/O Advocate Anil Sharma
Government Place East
Kolkata 700 069, India

Tel:    +91-983-008-9945
e-mail: iftyahmed@icloud.com

*Pro Se*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and served by electronic mail to:

| | |
|---|---|
| MR. NICHOLAS P. HEINKE, *ESQ.* <br> U.S. Securities and Exchange Commission <br> Byron G. Rogers Federal Building <br> 1961 Stout Street, Ste. 1700 <br> Denver, CO 80294 <br> (303) 844-1071 <br> e-mail: heinken@sec.gov | MR. MARK L. WILLIAMS, *ESQ.* <br> U.S. Securities and Exchange Commission <br> Byron G. Rogers Federal Building <br> 1961 Stout Street, Ste. 1700 <br> Denver, CO 80294 <br> (303) 844-1027 <br> e-mail: williamsml@sec.gov |
| MR. PAUL E. KNAG, *ESQ.* <br> Murtha Cullina, LLP <br> 177 Broad Street, 4th Floor <br> Stamford, CT 06901 <br> (203) 653-5400 <br> Fax: (203) 653-5444 <br> e-mail: pknag@murthalaw.com | MS. KRISTEN LUISE ZAEHRINGER, *ESQ.* <br> Murtha Cullina, LLP <br> 177 Broad Street, 4th Floor <br> Stamford, CT 06901 <br> (203) 653-5406 <br> Fax: (860) 240-5758 <br> e-mail: kzaehringer@murthalaw.com |