UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>  v.<br><br>IFTIKAR AHMED,<br><br>      Defendant, and<br><br>IFTIKAR AHMED SOLE PROP; *et al*<br><br>      Relief Defendants. | Civil Action No. 3:15-cv-675 (JBA)<br><br><br><br>December 18TH, 2019 |

**DEFENDANT'S MOTION FOR COURTESY EMAIL COPIES OF ALL SUBMISSIONS**

  The *pro se* Defendant humbly submits this Motion for an order making it mandatory for all parties who file papers with this esteemed Court concerning this matter to send courtesy copies by email to the Defendant. At this time, only the SEC and the Receiver sends courtesy copies of all their submissions by email to the Defendant.

  While the Defendant is able to download one (1) free copy of all case-related documents from PACER, it is not something that works perfectly all the time. Given frequent power failures and intermittent breakdown in broadband connectivity in India, oftentimes the download is abruptly disconnected, and the Defendant is unable to download the documents from PACER as the system counts the start of the process as the free download despite a failed or aborted download, leaving the Defendant without access to filed documents. This also happens with certain internet browser versions, and the download times out with slow internet connections too.

1

There have been quite a few occasions when the Defendant had to request the SEC to share certain filed documents that he had failed to download; and while they have often accorded the courtesy, it appears that the SEC may not be willing to accommodate such requests going forward.   Please see **EXHIBIT 1**.

Because the esteemed Court denied the Defendant's Motion [Doc. #749] for the release of $28.50 to pay PACER for fees he has earlier incurred by downloading documents pertaining to this dispute at times when the free download did not succeed, now the Defendant is unable to access documents if and when the free download fails for any reason beyond his control.

Being unable to access submissions made by various parties (other than the SEC and the Receiver) severely disadvantages the Defendant in being able to respond appropriately and on a timely manner.

Since the Court is unlikely to release funds for accessing legal documents pertaining to this dispute if and when the one free download of documents does not work for a variety of reasons outside the control of the Defendant, the *pro se* Defendant  humbly requests that the Court order all parties making submissions to this Court pertaining to this dispute to email courtesy copies of their submissions to the Defendant within twenty four (24) hours of such submissions to this Court just as the SEC and the Receiver has been doing all along.

                                            Respectfully Submitted,

Dated:　　　December 18TH, 2019　　　/s/ Iftikar Ahmed
　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Iftikar A. Ahmed
　　　　　　　　　　　　　　　　　　　　　　　　　C/O Advocate Anil Sharma
　　　　　　　　　　　　　　　　　　　　　　　　　Government Place East
　　　　　　　　　　　　　　　　　　　　　　　　　Kolkata 700 069, India

　　　　　　　　　　　　　　　　　　　　　　　　　Tel:　　+91-983-008-9945
　　　　　　　　　　　　　　　　　　　　　　　　　e-mail: iftyahmed@icloud.com

　　　　　　　　　　　　　　　　　　　　　　　　　*Pro Se*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and served by electronic mail to:

| | |
|---|---|
| MR. NICHOLAS P. HEINKE, *ESQ.* <br> U.S. Securities and Exchange Commission <br> Byron G. Rogers Federal Building <br> 1961 Stout Street, Ste. 1700 <br> Denver, CO 80294 <br> (303) 844-1071 <br> e-mail: heinken@sec.gov | MR. MARK L. WILLIAMS, *ESQ.* <br> U.S. Securities and Exchange Commission <br> Byron G. Rogers Federal Building <br> 1961 Stout Street, Ste. 1700 <br> Denver, CO 80294 <br> (303) 844-1027 <br> e-mail: williamsml@sec.gov |
| MR. PAUL E. KNAG, *ESQ.* <br> Murtha Cullina, LLP <br> 177 Broad Street, 4th Floor <br> Stamford, CT 06901 <br> (203) 653-5400 <br> Fax: (203) 653-5444 <br> e-mail: pknag@murthalaw.com | MS. KRISTEN LUISE ZAEHRINGER, *ESQ.* <br> Murtha Cullina, LLP <br> 177 Broad Street, 4th Floor <br> Stamford, CT 06901 <br> (203) 653-5406 <br> Fax: (860) 240-5758 <br> e-mail: kzaehringer@murthalaw.com |