# EXHIBIT C

# Christopher Blau

| | |
|---|---|
| **From:** | Christopher Blau |
| **Sent:** | Wednesday, September 11, 2019 12:27 PM |
| **To:** | 'Paul E. Knag' |
| **Cc:** | Jed Horwitt; Stephen Kindseth; Deborah Accurso |
| **Subject:** | RE: Fidelity Alerts: Order Execution |

Thank you, Paul. We will investigate.

Chris

Christopher H. Blau, Esq.
ZEISLER & ZEISLER, P.C.
10 Middle Street
15th Floor
Bridgeport, CT 06604
Phone: (203) 368-5465
cblau@zeislaw.com

**From:** Paul E. Knag
**Sent:** Wednesday, September 11, 2019 12:20 PM
**To:** Christopher Blau
**Subject:** FW: Fidelity Alerts: Order Execution

Please see following.


**PAUL E. KNAG | PARTNER**
Direct: 203-653-5407 | Fax: 860-240-5711| Mobile: 203-561-6438 | pknag@murthalaw.com

# MURTHACULLINA
Murtha Cullina LLP | Attorneys at Law | www.murthalaw.com
177 Broad Street | Stamford | CT | 06901

**Boston Office:** 99 High Street | Boston, MA 02110-2320
Direct: 617-457-4066 | Main: 617-457-4000

Member
**LexMundi**
World Ready

Lex Mundi is the world's leading network of independent law firms with in-depth experience in 100+ countries worldwide.

CONFIDENTIALITY NOTICE: This message originates from the law firm of Murtha Cullina LLP. The information contained in this e-mail and any files transmitted with it may be a confidential attorney-client communication or may otherwise be privileged and confidential. If the reader of this message, regardless of the address or routing, is not an intended recipient, you are hereby notified that you have received this transmittal in error and any review, use, distribution, dissemination or copying is strictly prohibited. If you have received this message in error, please delete this e-mail and all files transmitted with it from your system and immediately notify Murtha Cullina by sending a reply e-mail to the sender of this message. Thank you.

**From:** Shalini Ahmed [mailto:shalini.ahmed@me.com]
**Sent:** Monday, September 09, 2019 1:21 PM
**To:** Paul E. Knag
**Subject:** Fwd: Fidelity Alerts: Order Execution

Paul -

There has been no court order to sell securities. Please forward this email to the Receiver so he can figure out what is going on at Fidelity and so he can tell us and the parties (Ifty and SEC) what is going on.

Thanks,

Shalini


Begin forwarded message:

> **From:** Fidelity Investments <Fidelity.Alerts@Fidelity.com>
> **Date:** September 9, 2019 at 12:22:42 PM EDT
> **To:** shalini.ahmed@me.com
> **Subject: Fidelity Alerts: Order Execution**
> **Reply-To:** Fidelity_Investments_Service_DoNotReply@fidelity.com

Fidelity Alert: Order Execution

*Subscription Alert*

Mon Sep 09, 2019
12:22:42 p.m. ET

# Order Execution

Account: XXXXX7540

Unit Investment Trust **SELL:** 6000 units of **PAA** was **FILLED.**
**Execution Price:** $21.24
**Execution Time:** 12:22 p.m. ET
**Order Number:** I09CKRWF

View details

Or log in to Fidelity.com and select Accounts & Trade > Portfolio > Activity & Orders > Orders.

2

Unsubscribe | Send a Secure Message | Fidelity Alerts User Agreement

Please do not reply to this email. To verify this email was sent by Fidelity Investments, log in to your account and visit Research > Alerts > View Alerts History.

**Important information:**
Fidelity automatically emails certain alerts to customers who have provided an email address.

Fidelity Brokerage Services LLC, Member NYSE, SIPC, 900 Salem Street, Smithfield, RI 02917.

537048

© 2019 FMR LLC. All rights reserved.

**Total Control Panel**                                                                 Login

To: cblau@zeislaw.com

From: pknag@murthalaw.com

*You received this message because the domain murthalaw.com is on the enterprise allow list. Please contact your administrator to block messages from the domain murthalaw.com*