# EXHIBIT E

**Christopher Blau**

| | |
|---|---|
| **From:** | Ifty Ahmed <iftyahmed@icloud.com> |
| **Sent:** | Thursday, September 12, 2019 6:55 PM |
| **To:** | Christopher Blau |
| **Cc:** | Williams, Mark L; 'Heinke, Nicholas'; 'Paul E. Knag'; Jed Horwitt; Stephen Kindseth; Deborah Accurso; Shalini Ahmed |
| **Subject:** | Re: SEC v. Ahmed, et al. - trade in Fidelity x7540 |
| **Attachments:** | ATT00001.htm |

Dear Sir:

I have reviewed the documents you have sent and I wish to categorically state that I _**did not execute or authorize, and I was not in any manner involved with the trade**_ in the said Fidelity account belonging to the Relief Defendant(s).

I do access the account online (as I do all other online accounts at Northern Trust) from India on a daily basis as I maintain and update every day an asset tracking Excel file which I have been maintaining since the very inception of this dispute in 2015 so that I know how all the frozen assets are performing. At the time the said trade was made, it was roughly 3 AM in India I think and I was definitely fast asleep.

In the past, I have requested the SEC that all cash holdings be reallocated to market indices (which the SEC rejected). I believe my access to the Fidelity and the Northern Trust accounts only allows me to see the various account values and nothing else (such as trading etc.) anyway.

Thanks and regards,
Iftikar

On 13 September 2019 at 1:18 AM, Christopher Blau wrote:

All –

Please be advised that the Receiver has been made aware of a certain trade in Fidelity x7540, which occurred on September 9, 2019. The Receiver is continuing to investigate the matter and will be filing a notice with the Court regarding this violation of the Asset Freeze and Appointment Order, and intends to take further action thereafter.

Attached please find the following documents:

- Correspondence from Mrs. Ahmed with the Fidelity Order Execution (forwarded to me by Paul Knag).
- Detailed transaction confirmations provided to the Receiver this afternoon by Fidelity.
- Online account activity with IP addresses for the relevant Fidelity account, also provided by Fidelity this afternoon.

Please provide any information you may have concerning this transaction to assist the Receiver in his investigation.

Thank you,

Christopher H. Blau, Esq.

ZEISLER & ZEISLER, P.C.

10 Middle Street

15th Floor

Bridgeport, CT 06604

Phone: (203) 368-5465

cblau@zeislaw.com

---

**Total Control Panel**                                                                              Login

To: cblau@zeislaw.com                    Remove icloud.com from my allow list
From: iftyahmed@icloud.com

*You received this message because the domain icloud.com is on your allow list.*