# EXHIBIT J

Avast SecureLine VPN

## Your online privacy is protected

Your connection is encrypted and your location is disguised.



ON

Your IP address is hidden ⓘ
173.220.243.226

Virtual IP ⓘ
199.187.211.203

Connection duration
00:00:41







Your location now appears to others as:

Seattle, USA

CHANGE LOCATION