# EXHIBIT K

Fidelity
Highly Confidential

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | DATE | TIME | IPADDR | SSN | TID | UA_DESC | | | | |
| 2 | 6/1/2019 | 01:01:14 | 171.79.110.11 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/74.0.3729.169 Safari/537.36 | | | | |
| 3 | 6/3/2019 | 23:37:50 | 122.163.175.10 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/74.0.3729.169 Safari/537.36 | | | | |
| 4 | 6/3/2019 | 23:37:50 | 122.163.175.10 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/74.0.3729.169 Safari/537.36 | | | | |
| 5 | 6/5/2019 | 01:41:37 | 122.162.3.133 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/74.0.3729.169 Safari/537.36 | | | | |
| 6 | 6/7/2019 | 11:13:40 | 106.202.92.91 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/74.0.3729.169 Safari/537.36 | | | | |
| 7 | 6/8/2019 | 07:35:33 | 122.162.3.133 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/74.0.3729.169 Safari/537.36 | | | | |
| 8 | 6/11/2019 | 08:29:45 | 122.163.226.68 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/74.0.3729.169 Safari/537.36 | | | | |
| 9 | 6/12/2019 | 08:36:20 | 122.163.173.48 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/74.0.3729.169 Safari/537.36 | | | | |
| 10 | 6/13/2019 | 00:44:03 | 122.163.246.223 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/74.0.3729.169 Safari/537.36 | | | | |
| 11 | 6/14/2019 | 05:50:49 | 171.79.56.228 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/74.0.3729.169 Safari/537.36 | | | | |
| 12 | 6/15/2019 | 03:06:21 | 171.79.56.228 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/74.0.3729.169 Safari/537.36 | | | | |
| 13 | 6/18/2019 | 08:59:43 | 122.176.227.223 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/74.0.3729.169 Safari/537.36 | | | | |
| 14 | 6/19/2019 | 07:01:30 | 182.64.247.173 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/74.0.3729.169 Safari/537.36 | | | | |
| 15 | 6/20/2019 | 06:52:49 | 182.64.247.173 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/74.0.3729.169 Safari/537.36 | | | | |
| 16 | 6/21/2019 | 19:51:10 | 182.64.247.173 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 | | | | |
| 17 | 6/21/2019 | 19:51:10 | 182.64.247.173 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 | | | | |
| 18 | 6/21/2019 | 04:05:52 | 122.162.18.116 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 | | | | |
| 19 | 6/25/2019 | 22:49:29 | 47.31.191.160 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 | | | | |
| 20 | 6/25/2019 | 22:49:29 | 47.31.191.160 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 | | | | |
| 21 | 6/25/2019 | 05:48:03 | 122.162.50.178 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 | | | | |
| 22 | 6/27/2019 | 12:39:56 | 182.64.247.173 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 | | | | |
| 23 | 6/27/2019 | 12:39:56 | 182.64.247.173 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 | | | | |
| 24 | 6/28/2019 | 22:40:48 | 182.64.247.173 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 | | | | |
| 25 | 6/28/2019 | 22:40:48 | 182.64.247.173 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 | | | | |
| 26 | 6/28/2019 | 04:03:40 | 182.64.247.173 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 | | | | |
| 27 | 7/1/2019 | 23:12:04 | 182.64.247.173 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 | | | | |
| 28 | 7/1/2019 | 23:12:04 | 182.64.247.173 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 | | | | |
| 29 | 7/3/2019 | 23:43:26 | 122.162.158.3 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 | | | | |
| 30 | 7/3/2019 | 23:43:26 | 122.162.158.3 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 | | | | |
| 31 | 7/6/2019 | 23:30:35 | 122.180.186.159 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 | | | | |
| 32 | 7/6/2019 | 23:30:35 | 122.180.186.159 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 | | | | |
| 33 | 7/8/2019 | 22:51:01 | 122.180.186.159 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 | | | | |
| 34 | 7/8/2019 | 22:51:01 | 122.180.186.159 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 | | | | |
| 35 | 7/10/2019 | 06:43:14 | 122.180.186.159 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 | | | | |
| 36 | 7/12/2019 | 22:24:27 | 199.187.211.220 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 | | | | |
| 37 | 7/12/2019 | 05:09:49 | 199.187.211.15 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 | | | | |
| 38 | 7/15/2019 | 22:17:10 | 122.162.92.183 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 | | | | |
| 39 | 7/15/2019 | 22:17:10 | 122.162.92.183 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 | | | | |
| 40 | 7/17/2019 | 11:56:46 | 122.162.14.128 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 | | | | |
| 41 | 7/18/2019 | 02:44:38 | 122.162.14.128 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.142 Safari/537.36 | | | | |
| 42 | 7/19/2019 | 01:42:41 | 122.162.14.128 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.142 Safari/537.36 | | | | |
| 43 | 7/20/2019 | 04:18:14 | 122.162.14.128 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.142 Safari/537.36 | | | | |
| 44 | 7/21/2019 | 13:50:08 | 122.162.14.128 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.142 Safari/537.36 | | | | |
| 45 | 7/23/2019 | 00:29:36 | 122.162.14.128 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.142 Safari/537.36 | | | | |
| 46 | 7/24/2019 | 08:25:03 | 47.31.181.39 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.142 Safari/537.36 | | | | |
| 47 | 7/25/2019 | 23:41:48 | 182.68.13.57 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.142 Safari/537.36 | | | | |

Fidelity
Highly Confidential

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 48 | 7/25/2019 | 23:41:48 | 182.68.13.57 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.142 Safari/537.36 | | | | |
| 49 | 7/25/2019 | 12:17:39 | 182.68.13.57 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.142 Safari/537.36 | | | | |
| 50 | 7/25/2019 | 12:17:39 | 182.68.13.57 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.142 Safari/537.36 | | | | |
| 51 | 7/26/2019 | 23:30:05 | 122.162.12.206 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.142 Safari/537.36 | | | | |
| 52 | 7/26/2019 | 23:30:05 | 122.162.12.206 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.142 Safari/537.36 | | | | |
| 53 | 7/29/2019 | 19:16:30 | 117.99.185.171 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.142 Safari/537.36 | | | | |
| 54 | 8/2/2019 | 22:36:37 | 122.180.232.59 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.142 Safari/537.36 | | | | |
| 55 | 8/2/2019 | 22:36:37 | 122.180.232.59 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.142 Safari/537.36 | | | | |
| 56 | 8/2/2019 | 01:22:17 | 117.99.185.171 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.142 Safari/537.36 | | | | |
| 57 | 8/3/2019 | 22:37:41 | 122.180.232.59 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.142 Safari/537.36 | | | | |
| 58 | 8/5/2019 | 21:35:46 | 122.180.232.59 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.142 Safari/537.36 | | | | |
| 59 | 8/5/2019 | 21:35:46 | 122.180.232.59 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.142 Safari/537.36 | | | | |
| 60 | 8/6/2019 | 21:44:36 | 122.180.232.59 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.142 Safari/537.36 | | | | |
| 61 | 8/6/2019 | 21:44:36 | 122.180.232.59 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.142 Safari/537.36 | | | | |
| 62 | 8/6/2019 | 12:13:52 | 122.180.232.59 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.142 Safari/537.36 | | | | |
| 63 | 8/7/2019 | 22:58:35 | 122.180.232.59 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.142 Safari/537.36 | | | | |
| 64 | 8/7/2019 | 22:58:35 | 122.180.232.59 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.142 Safari/537.36 | | | | |
| 65 | 8/8/2019 | 23:52:25 | 122.180.232.59 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.142 Safari/537.36 | | | | |
| 66 | 8/8/2019 | 23:52:25 | 122.180.232.59 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.142 Safari/537.36 | | | | |
| 67 | 8/9/2019 | 23:36:45 | 122.180.232.59 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36 | | | | |
| 68 | 8/9/2019 | 23:36:45 | 122.180.232.59 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36 | | | | |
| 69 | 8/12/2019 | 01:31:22 | 199.187.211.193 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36 | | | | |
| 70 | 8/12/2019 | 01:30:56 | 199.187.211.193 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36 | | | | |
| 71 | 8/12/2019 | 01:28:53 | 199.187.211.193 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36 | | | | |
| 72 | 8/13/2019 | 20:32:36 | 122.180.232.59 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36 | | | | |
| 73 | 8/13/2019 | 20:32:36 | 122.180.232.59 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36 | | | | |
| 74 | 8/13/2019 | 08:24:32 | 122.180.232.59 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36 | | | | |
| 75 | 8/13/2019 | 08:22:27 | 122.180.232.59 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36 | | | | |
| 76 | 8/14/2019 | 20:50:35 | 122.180.232.59 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36 | | | | |
| 77 | 8/14/2019 | 20:50:35 | 122.180.232.59 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36 | | | | |
| 78 | 8/15/2019 | 21:10:16 | 122.180.232.59 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36 | | | | |
| 79 | 8/15/2019 | 21:10:16 | 122.180.232.59 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36 | | | | |
| 80 | 8/16/2019 | 22:25:10 | 182.64.242.114 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36 | | | | |
| 81 | 8/16/2019 | 22:25:10 | 182.64.242.114 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36 | | | | |
| 82 | 8/20/2019 | 21:19:49 | 182.77.106.117 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36 | | | | |
| 83 | 8/20/2019 | 21:19:49 | 182.77.106.117 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36 | | | | |
| 84 | 8/20/2019 | 08:50:08 | 182.77.106.117 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36 | | | | |
| 85 | 8/21/2019 | 21:54:19 | 182.77.106.117 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36 | | | | |
| 86 | 8/21/2019 | 21:54:19 | 182.77.106.117 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36 | | | | |
| 87 | 8/22/2019 | 20:44:04 | 182.69.32.22 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36 | | | | |
| 88 | 8/22/2019 | 20:44:04 | 182.69.32.22 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36 | | | | |
| 89 | 8/23/2019 | 23:03:58 | 182.69.32.22 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36 | | | | |
| 90 | 8/23/2019 | 23:03:58 | 182.69.32.22 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36 | | | | |
| 91 | 8/23/2019 | 23:00:36 | 182.69.32.22 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36 | | | | |
| 92 | 8/23/2019 | 23:00:36 | 182.69.32.22 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36 | | | | |
| 93 | 8/24/2019 | 01:18:41 | 182.69.32.22 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36 | | | | |
| 94 | 8/27/2019 | 01:49:36 | 47.15.221.60 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36 | | | | |

Fidelity
Highly Confidential

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 95 | 8/28/2019 | 22:13:12 | 171.48.62.213 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.132 Safari/537.36 | | | | |
| 96 | 8/28/2019 | 22:13:12 | 171.48.62.213 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.132 Safari/537.36 | | | | |
| 97 | 8/28/2019 | 00:06:01 | 122.161.237.221 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.132 Safari/537.36 | | | | |
| 98 | 8/30/2019 | 06:45:00 | 171.48.62.213 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.132 Safari/537.36 | | | | |
| 99 | 8/31/2019 | 23:20:33 | 49.36.11.66 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.132 Safari/537.36 | | | | |
| 100 | 8/31/2019 | 23:20:33 | 49.36.11.66 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.132 Safari/537.36 | | | | |
| 101 | 9/3/2019 | 22:40:59 | 122.180.194.26 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.132 Safari/537.36 | | | | |
| 102 | 9/3/2019 | 22:40:59 | 122.180.194.26 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.132 Safari/537.36 | | | | |
| 103 | 9/4/2019 | 23:31:54 | 122.180.194.26 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.132 Safari/537.36 | | | | |
| 104 | 9/4/2019 | 23:31:54 | 122.180.194.26 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.132 Safari/537.36 | | | | |
| 105 | 9/4/2019 | 09:26:45 | 122.180.194.26 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.132 Safari/537.36 | | | | |
| 106 | 9/5/2019 | 17:15:36 | 122.180.194.26 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.132 Safari/537.36 | | | | |
| 107 | 9/6/2019 | 22:46:48 | 122.180.194.26 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.132 Safari/537.36 | | | | |
| 108 | 9/6/2019 | 22:46:48 | 122.180.194.26 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.132 Safari/537.36 | | | | |
| 109 | 9/7/2019 | 06:05:26 | 122.180.194.26 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.132 Safari/537.36 | | | | |
| 110 | 9/8/2019 | 00:24:21 | 122.180.194.26 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.132 Safari/537.36 | | | | |
| 111 | 9/9/2019 | 22:30:19 | 122.163.246.231 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.132 Safari/537.36 | | | | |
| 112 | 9/9/2019 | 22:30:19 | 122.163.246.231 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.132 Safari/537.36 | | | | |
| 113 | 9/9/2019 | 12:20:39 | 199.187.211.223 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.132 Safari/537.36 | | | | |
| 114 | 9/10/2019 | 22:54:01 | 199.187.211.203 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.132 Safari/537.36 | | | | |
| 115 | 9/10/2019 | 22:54:01 | 199.187.211.203 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.132 Safari/537.36 | | | | |
| 116 | 9/11/2019 | 21:49:28 | 199.187.211.162 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.132 Safari/537.36 | | | | |
| 117 | 9/11/2019 | 21:49:28 | 199.187.211.162 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.132 Safari/537.36 | | | | |
| 118 | 9/12/2019 | 23:46:07 | 117.96.9.209 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.132 Safari/537.36 | | | | |
| 119 | 9/12/2019 | 23:46:07 | 117.96.9.209 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.132 Safari/537.36 | | | | |
| 120 | 9/12/2019 | 06:15:11 | 110.227.115.113 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.132 Safari/537.36 | | | | |
| 121 | 9/13/2019 | 23:02:48 | 122.163.173.11 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.132 Safari/537.36 | | | | |
| 122 | 9/13/2019 | 23:02:48 | 122.163.173.11 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.132 Safari/537.36 | | | | |
| 123 | 9/13/2019 | 06:14:35 | 122.163.129.51 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.132 Safari/537.36 | | | | |
| 124 | 9/14/2019 | 00:28:25 | 122.163.199.125 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.132 Safari/537.36 | | | | |
| 125 | 9/16/2019 | 23:24:37 | 122.163.193.22 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.132 Safari/537.36 | | | | |
| 126 | 9/16/2019 | 23:24:37 | 122.163.193.22 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.132 Safari/537.36 | | | | |
| 127 | 9/16/2019 | 18:11:36 | 67.80.105.160 | | 5d3ee4fc0a084811200130c60001aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_12_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.142 Safari/537.36 | | | | |
| 128 | 9/17/2019 | 23:13:19 | 110.227.113.111 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.132 Safari/537.36 | | | | |
| 129 | 9/17/2019 | 23:13:19 | 110.227.113.111 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.132 Safari/537.36 | | | | |
| 130 | 9/18/2019 | 22:23:55 | 110.227.113.111 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.132 Safari/537.36 | | | | |
| 131 | 9/18/2019 | 22:23:55 | 110.227.113.111 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.132 Safari/537.36 | | | | |
| 132 | 9/19/2019 | 21:32:33 | 77.234.44.183 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.132 Safari/537.36 | | | | |
| 133 | 9/19/2019 | 21:32:33 | 77.234.44.183 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.132 Safari/537.36 | | | | |
| 134 | 9/20/2019 | 21:02:13 | 122.163.201.54 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.132 Safari/537.36 | | | | |
| 135 | 9/20/2019 | 21:02:13 | 122.163.201.54 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.132 Safari/537.36 | | | | |
| 136 | 9/23/2019 | 22:31:34 | 122.163.203.88 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.132 Safari/537.36 | | | | |
| 137 | 9/23/2019 | 22:31:34 | 122.163.203.88 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.132 Safari/537.36 | | | | |
| 138 | 9/23/2019 | 05:26:16 | 122.163.181.162 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.132 Safari/537.36 | | | | |
| 139 | 9/24/2019 | 21:54:32 | 122.163.221.211 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.132 Safari/537.36 | | | | |
| 140 | 9/24/2019 | 21:54:32 | 122.163.221.211 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.132 Safari/537.36 | | | | |
| 141 | 9/26/2019 | 00:50:03 | 122.163.241.17 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.132 Safari/537.36 | | | | |

Fidelity
Highly Confidential

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 142 | 9/27/2019 | 23:28:13 | 122.163.198.163 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/77.0.3865.90 Safari/537.36 | | | | |
| 143 | 9/27/2019 | 23:28:13 | 122.163.198.163 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/77.0.3865.90 Safari/537.36 | | | | |
| 144 | 9/27/2019 | 00:03:13 | 171.79.104.63 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/77.0.3865.90 Safari/537.36 | | | | |
| 145 | 9/28/2019 | 04:13:21 | 157.43.75.147 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/77.0.3865.90 Safari/537.36 | | | | |
| 146 | 9/30/2019 | 23:37:01 | 171.50.180.155 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/77.0.3865.90 Safari/537.36 | | | | |
| 147 | 9/30/2019 | 23:37:01 | 171.50.180.155 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/77.0.3865.90 Safari/537.36 | | | | |
| 148 | 10/1/2019 | 04:09:05 | 182.64.31.241 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/77.0.3865.90 Safari/537.36 | | | | |
| 149 | 10/2/2019 | 22:55:41 | 171.50.180.155 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/77.0.3865.90 Safari/537.36 | | | | |
| 150 | 10/2/2019 | 22:55:41 | 171.50.180.155 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/77.0.3865.90 Safari/537.36 | | | | |
| 151 | 10/2/2019 | 02:28:03 | 171.50.180.155 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/77.0.3865.90 Safari/537.36 | | | | |
| 152 | 10/3/2019 | 17:58:56 | 171.50.173.218 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/77.0.3865.90 Safari/537.36 | | | | |
| 153 | 10/3/2019 | 17:58:56 | 171.50.173.218 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/77.0.3865.90 Safari/537.36 | | | | |
| 154 | 10/4/2019 | 01:04:03 | 122.163.227.55 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/77.0.3865.90 Safari/537.36 | | | | |
| 155 | 10/4/2019 | 01:03:53 | 122.163.227.55 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/77.0.3865.90 Safari/537.36 | | | | |
| 156 | 10/5/2019 | 01:55:45 | 122.163.159.42 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/77.0.3865.90 Safari/537.36 | | | | |
| 157 | 10/8/2019 | 22:04:10 | 77.234.44.187 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/77.0.3865.90 Safari/537.36 | | | | |
| 158 | 10/8/2019 | 22:04:10 | 77.234.44.187 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/77.0.3865.90 Safari/537.36 | | | | |
| 159 | 10/8/2019 | 02:12:59 | 122.163.195.44 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/77.0.3865.90 Safari/537.36 | | | | |
| 160 | 10/9/2019 | 21:49:30 | 171.79.105.101 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/77.0.3865.90 Safari/537.36 | | | | |
| 161 | 10/9/2019 | 21:49:30 | 171.79.105.101 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/77.0.3865.90 Safari/537.36 | | | | |
| 162 | 10/10/2019 | 18:40:13 | 171.79.105.101 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/77.0.3865.90 Safari/537.36 | | | | |
| 163 | 10/10/2019 | 18:40:13 | 171.79.105.101 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/77.0.3865.90 Safari/537.36 | | | | |
| 164 | 10/10/2019 | 01:13:56 | 122.163.136.10 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/77.0.3865.90 Safari/537.36 | | | | |
| 165 | 10/11/2019 | 22:55:43 | 122.162.9.124 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/77.0.3865.90 Safari/537.36 | | | | |
| 166 | 10/11/2019 | 22:55:43 | 122.162.9.124 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/77.0.3865.90 Safari/537.36 | | | | |
| 167 | 10/11/2019 | 01:43:42 | 122.162.9.124 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/77.0.3865.90 Safari/537.36 | | | | |
| 168 | 10/13/2019 | 06:54:20 | 150.129.236.83 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/77.0.3865.90 Safari/537.36 | | | | |
| 169 | 10/14/2019 | 23:44:30 | 122.163.168.133 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/77.0.3865.90 Safari/537.36 | | | | |
| 170 | 10/14/2019 | 23:44:30 | 122.163.168.133 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/77.0.3865.90 Safari/537.36 | | | | |
| 171 | 10/15/2019 | 20:50:50 | 122.163.216.66 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/77.0.3865.90 Safari/537.36 | | | | |
| 172 | 10/15/2019 | 20:50:50 | 122.163.216.66 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/77.0.3865.90 Safari/537.36 | | | | |
| 173 | 10/16/2019 | 17:59:01 | 122.163.159.182 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/77.0.3865.120 Safari/537.36 | | | | |
| 174 | 10/17/2019 | 06:51:58 | 223.231.16.75 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/77.0.3865.120 Safari/537.36 | | | | |
| 175 | 10/18/2019 | 00:05:52 | 122.163.159.182 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/77.0.3865.120 Safari/537.36 | | | | |
| 176 | 10/18/2019 | 00:04:42 | 122.163.159.182 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/77.0.3865.120 Safari/537.36 | | | | |
| 177 | 10/19/2019 | 03:01:57 | 122.163.223.25 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/77.0.3865.120 Safari/537.36 | | | | |
| 178 | 10/21/2019 | 22:50:11 | 122.163.159.182 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/77.0.3865.120 Safari/537.36 | | | | |
| 179 | 10/21/2019 | 22:50:11 | 122.163.159.182 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/77.0.3865.120 Safari/537.36 | | | | |
| 180 | 10/22/2019 | 22:38:55 | 122.163.233.225 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/77.0.3865.120 Safari/537.36 | | | | |
| 181 | 10/22/2019 | 22:38:55 | 122.163.233.225 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/77.0.3865.120 Safari/537.36 | | | | |
| 182 | 10/22/2019 | 05:32:36 | 122.163.196.141 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/77.0.3865.120 Safari/537.36 | | | | |
| 183 | 10/23/2019 | 21:45:42 | 122.163.233.225 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/77.0.3865.120 Safari/537.36 | | | | |
| 184 | 10/23/2019 | 21:45:42 | 122.163.233.225 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/77.0.3865.120 Safari/537.36 | | | | |
| 185 | 10/24/2019 | 23:49:04 | 122.180.228.85 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/77.0.3865.120 Safari/537.36 | | | | |
| 186 | 10/24/2019 | 23:49:04 | 122.180.228.85 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/77.0.3865.120 Safari/537.36 | | | | |
| 187 | 10/25/2019 | 22:32:57 | 122.162.69.57 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/78.0.3904.70 Safari/537.36 | | | | |
| 188 | 10/25/2019 | 22:32:57 | 122.162.69.57 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/78.0.3904.70 Safari/537.36 | | | | |

Fidelity
Highly Confidential

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 189 | 10/28/2019 | 22:28:26 | 49.36.7.238 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/78.0.3904.70 Safari/537.36 | | | | |
| 190 | 10/28/2019 | 02:44:09 | 49.36.7.238 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/78.0.3904.70 Safari/537.36 | | | | |
| 191 | 10/29/2019 | 21:10:39 | 49.36.7.238 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/78.0.3904.70 Safari/537.36 | | | | |
| 192 | 10/29/2019 | 21:10:39 | 49.36.7.238 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/78.0.3904.70 Safari/537.36 | | | | |
| 193 | 10/30/2019 | 22:33:22 | 49.36.7.238 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/78.0.3904.70 Safari/537.36 | | | | |
| 194 | 10/30/2019 | 22:33:22 | 49.36.7.238 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/78.0.3904.70 Safari/537.36 | | | | |
| 195 | 11/1/2019 | 17:01:12 | 49.32.233.223 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/78.0.3904.70 Safari/537.36 | | | | |
| 196 | 11/1/2019 | 05:24:48 | 49.36.0.30 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/78.0.3904.70 Safari/537.36 | | | | |
| 197 | 11/1/2019 | 00:00:30 | 49.36.0.30 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/78.0.3904.70 Safari/537.36 | | | | |
| 198 | 11/2/2019 | 06:04:21 | 49.36.0.30 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/78.0.3904.70 Safari/537.36 | | | | |
| 199 | 11/4/2019 | 21:37:35 | 122.163.141.248 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/78.0.3904.70 Safari/537.36 | | | | |
| 200 | 11/5/2019 | 23:48:35 | 122.163.144.213 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/78.0.3904.70 Safari/537.36 | | | | |
| 201 | 11/5/2019 | 23:48:35 | 122.163.144.213 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/78.0.3904.70 Safari/537.36 | | | | |
| 202 | 11/6/2019 | 20:37:57 | 157.40.107.92 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/78.0.3904.87 Safari/537.36 | | | | |
| 203 | 11/6/2019 | 20:37:57 | 157.40.107.92 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/78.0.3904.87 Safari/537.36 | | | | |
| 204 | 11/7/2019 | 21:26:48 | 122.163.150.127 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/78.0.3904.87 Safari/537.36 | | | | |
| 205 | 11/7/2019 | 21:26:48 | 122.163.150.127 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/78.0.3904.87 Safari/537.36 | | | | |
| 206 | 11/8/2019 | 18:55:52 | 122.163.224.128 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/78.0.3904.87 Safari/537.36 | | | | |
| 207 | 11/8/2019 | 18:55:52 | 122.163.224.128 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/78.0.3904.87 Safari/537.36 | | | | |
| 208 | 11/8/2019 | 18:55:52 | 122.163.224.128 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/78.0.3904.87 Safari/537.36 | | | | |
| 209 | 11/8/2019 | 18:53:40 | 122.163.224.128 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/78.0.3904.87 Safari/537.36 | | | | |
| 210 | 11/8/2019 | 18:53:40 | 122.163.224.128 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/78.0.3904.87 Safari/537.36 | | | | |
| 211 | 11/8/2019 | 18:53:40 | 122.163.224.128 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/78.0.3904.87 Safari/537.36 | | | | |
| 212 | 11/11/2019 | 21:37:57 | 122.163.188.23 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/78.0.3904.87 Safari/537.36 | | | | |
| 213 | 11/12/2019 | 20:42:35 | 122.163.188.23 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/78.0.3904.97 Safari/537.36 | | | | |
| 214 | 11/12/2019 | 20:42:35 | 122.163.188.23 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/78.0.3904.97 Safari/537.36 | | | | |
| 215 | 11/12/2019 | 20:17:14 | 122.163.188.23 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/78.0.3904.97 Safari/537.36 | | | | |
| 216 | 11/12/2019 | 20:17:14 | 122.163.188.23 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/78.0.3904.97 Safari/537.36 | | | | |
| 217 | 11/13/2019 | 10:07:05 | 122.163.188.23 | | 5cb9395b0a02288c200041060062aa33 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/78.0.3904.97 Safari/537.36 | | | | |