STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>v.<br><br>IFTIKAR AHMED,<br><br>      Defendant, and<br><br>IFTIKAR AHMED SOLE PROP; *et al*<br><br>      Relief Defendants | Civil Action No. 3:15-cv-675 (JBA)<br><br><br>January 27TH, 2020 |

**DEFENDANT'S NOTICE OF APPEAL ON ORDER DIRECTING PAYMENT OF RECEIVER'S APPROVED FEES AND EXPENSES [DOC. #1419]**

  Notice is hereby given that the *pro se* Defendant in the aforementioned case, hereby appeals to the United States Court of Appeals for the Second Circuit from Order Directing Payment of Receiver's Approved Fees and Expenses [Doc. #1419] that the district court entered:

  1. Order Directing Payment of Receiver's Approved Fees and Expenses [Doc. #1419 dated 27 January 2020].

                   Respectfully Submitted,

Dated:  January 27TH, 2020  /s/ Iftikar Ahmed
                    _____
                    Iftikar A. Ahmed
                    C/O Advocate Anil Sharma
                    Government Place East
                    Kolkata 700 069, India
                    Tel: +91-983-008-9945
                    e-mail: iftyahmed@icloud.com

                    *Pro Se*

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and served by electronic mail to:

| | |
|---|---|
| MR. NICHOLAS P. HEINKE, *ESQ*.<br>U.S. Securities and Exchange Commission<br>Byron G. Rogers Federal Building<br>1961 Stout Street, Ste. 1700<br>Denver, CO 80294<br>(303) 844-1071<br>e-mail: heinken@sec.gov | MR. MARK L. WILLIAMS, *ESQ*.<br>U.S. Securities and Exchange Commission<br>Byron G. Rogers Federal Building<br>1961 Stout Street, Ste. 1700<br>Denver, CO 80294<br>(303) 844-1027<br>e-mail: williamsml@sec.gov |
| MR. PAUL E. KNAG, *ESQ*.<br>Murtha Cullina, LLP<br>177 Broad Street, 4th Floor<br>Stamford, CT 06901<br>(203) 653-5400<br>Fax: (203) 653-5444<br>e-mail: pknag@murthalaw.com | MS. KRISTEN LUISE ZAEHRINGER, *ESQ*.<br>Murtha Cullina, LLP<br>177 Broad Street, 4th Floor<br>Stamford, CT 06901<br>(203) 653-5406<br>Fax: (860) 240-5758<br>e-mail: kzaehringer@murthalaw.com |