UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br>*Plaintiff*,<br>v.<br>IFTIKAR AHMED,<br>*Defendant*, and<br><br>IFTIKAR ALI AHMED SOLE PROP; I-CUBED DOMAINS, LLC; SHALINI AHMED; SHALINI AHMED 2014 GRANTOR RETAINED ANNUITY TRUST; DIYA HOLDINGS LLC; DIYA REAL HOLDINGS, LLC; I.I. 1, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; I.I. 2, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; and I.I. 3, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents,<br><br>*Relief Defendants*. | Civil No. 3:15cv675 (JBA)<br><br>January 27, 2020 |

**ORDER ON EX PARTE COMMUNICATIONS AND SEALED DOCUMENTS**

On January 27, 2020, Defendant emailed the Court requesting information about how to "submit certain documents for '*in-camera review*' by the Honorable Judge Janet Bond Arterton." (Ex. 1 (Email).) The recipients of Defendant's email included several members of this Court's staff and Jaideep Amritraj, the Indian lawyer who has at times communicated with the Court on Defendant's behalf, but did not include counsel for the SEC, the Relief Defendants, the Receiver, or any other parties. Such *ex parte* communication with the Court is improper, and counsel and parties are to be copied on future communications from Defendant to the Court.

Defendant does not indicate the purpose for which he wishes to submit medical records to the Court. Defendant indicated that the documents which he wishes to submit to the Court "relate to medical records," and thus he is "unwilling to submit them as part of PACER filing for public consumption." (*Id.*) Specifically, Defendant is concerned "about divulging information that may jeopardize [his] physical safety given past incidents when [he] ha[s] been attacked by people sent by Oak and their agents." (*Id.*)

To submit documents for review by the Court without permitting public access to those documents, Defendant is directed to Local Rule 5(e) regarding procedures for submission of confidential documents, which sets forth in detail the procedural options and requirements for filing documents under seal.

IT IS SO ORDERED.

/s/

Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 27th day of January 2020.