UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiff,<br><br>   v.<br><br>IFTIKAR AHMED,<br>              Defendant, and<br><br>IFTIKAR ALI AHMED SOLE PROP; *et al*<br><br>              Relief Defendants. | No. 3:15-CV-675 (JBA)<br><br><br><br><br><br><br><br><br><br>JANUARY 31, 2020 |

## RELIEF DEFENDANTS' RESPONSE REGARDING FIDELITY TRADES

The Relief Defendants submit this Response, as per the Court's request [ECF No. 1414]. The Relief Defendants reserve all rights with respect to all issues

It was the Relief Defendants who alerted the Receiver about the trades [ECF No. 1412-3].

Respectfully Submitted,

By: /s/ Paul E. Knag
     Paul E. Knag – ct04194
     pknag@murthalaw.com

Murtha Cullina LLP
177 Broad Street, 16th Floor
Stamford, Connecticut 06901
Telephone: 203.653.5400
Facsimile:  203.653.5444

*Attorneys for Relief Defendants
I-Cubed Domain, LLC, Shalini Ahmed,
Shalini Ahmed 2014 Grantor Retained
Annuity Trust, Diya Holdings, LLC, Diya
Real Holdings, LLC, I.I. 1, I.I. 2 and I.I. 3*

10546656v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing RELIEF DEFENDANTS' RESPONSE REGARDING FIDELITY TRADEs will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                                              */s/ Paul E. Knag*
                                                              Paul E. Knag – ct04194

10546656v1