


| Location | Local Time | Time Zone | UTC Offset |
|---|---|---|---|
| Hartford (USA - Connecticut) | Monday, 9 September 2019, 12:20:00 | EDT | UTC-4 hours |
| New Delhi (India - Delhi) | Monday, 9 September 2019, 21:50:00 | IST | UTC+5:30 hours |
| Corresponding UTC (GMT) | Monday, 9 September 2019, 16:20:00 | | |

How to use the Time Zone Converter

**Glossary**

**UTC** Coordinated Universal Time - the international basis for other time zones. Same time as for GMT (Greenwich Mean Time) and Zulu time. Note that United Kingdom is not on GMT during summer.