

| Name: Mr.IFTIKAR A AHMED | Age: ███ | Sex: MALE |
|---|---|---|
| Address: ███ | Date :09/09/19  Arrival Time:6 PM | |
| Source of History:patient | Triage:    P1    P2    P3 | |
| Allergies(if any):NKDA | Phone no: ███ | |
| MLC no:  -------- | IP .NO: ███ | |
| DOA: 09/09/2019 | DOD:10/09/2019 | |

**CONSULTANT – Dr.Amarnath reddy  (MD** ███**)**

**PRESENTING COMPLAINTS:**

███

**VITALS:**

| BP: ███ mmHg | PULSE ███ /min | RESP: ███ /min |
|---|---|---|
| TEMP: ███ F | SPO2: ███ % on room air | GRBS: ███ mg/dl |

**CLINICAL FINDINGS**

| GENERAL/EXAM: ███ |
|---|
| CVS: ███ |
| RS: ███ |
| PER ABD ███ |
| CNS : ███ |



# Axon Hospitals
## Multi Speciality Hospital

**INVESTIGATIONS DONE IN ER:**

**WORKING DIAGNOSIS:**

ADMITTED IN ROOMS FOR ONE DAY OBSERVATION UNDER

**TREATMENT GIVEN IN HOSPITAL :**

| DRUG | DOSE | ROUTE | FREQUENCY |
|---|---|---|---|
| | | PO | Q 12 HRLY |
| | | PO | Q 12HRLY |
| | | IV | Q 8TH HRLY |
| | | IV | Q 24 Hrly |
| | | P/N | Q 6 HRLY |
| | | P/N | Q 12 HRLY |
| | | | |
| | | | |

**DISCHARGE ADVICE:**

TAB 8AM – 8PM FOR 5 DAYS AFTER FOOD

CAP 8.30AM – 8.30PM FOR 5 DAYS AFTER FOOD

TAB Q EVERY 6TH HRLY AFTER FOOD

ONE TAB @ 7 AM FOR 5 DAYS BEFORE BREAKFAST

7.5ml Q EVERY 8 TH HRLY FOR 5 DAYS AFTER FOOD

AB @ 9PM AFTER FOOD FOR 5 DAYS

Dr. AMARNATH REDDY
(MD.