AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Connecticut ▼

| | | |
|---|---|---|
| U.S. Securities and Exchange Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:15-cv-00675-JBA |
| Iftikar Ahmed, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Brown Rudnick LLP                                                                                          .

Date:       01/31/2020

/s/ Anthony J. Boccamazzo
*Attorney's signature*

Anthony J. Boccamazzo, Bar # ct30747
*Printed name and bar number*
Brown Rudnick LLP
185 Asylum St., 38th Floor
Hartford, CT 06103

*Address*

aboccamazzo@brownrudnick.com
*E-mail address*

(860) 509-6568
*Telephone number*

(860) 509-6614
*FAX number*

## <u>CERTIFICATION</u>

I hereby certify that on January 31, 2020, a copy of the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operating of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/ Anthony J. Boccamazzo
Anthony J. Boccamazzo, Esq. (ct30747)