**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiff,<br><br>   v.<br><br>IFTIKAR AHMED,<br><br>             Defendant, and<br><br>IFTIKAR ALI AHMED SOLE PROP; I-CUBED DOMAINS, LLC; SHALINI AHMED; SHALINI AHMED 2014 GRANTOR RETAINED ANNUNITY TRUST; DIYA HOLDINGS LLC; DIYA REAL HOLDINGS, LLC; I.I. 1, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; I.I. 2, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; and I.I. 3, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents,<br><br>              Relief Defendants. | Civil Action No. 3:15-cv-675 (JBA) |

**NON-PARTY BROWN RUDNICK LLP'S**
**MOTION TO LIFT LITIGATION STAY**

Non-party Brown Rudnick LLP ("Brown Rudnick") hereby moves for an order lifting the litigation stay previously entered in this matter as part of its Order Appointing Receiver (ECF No. 1070). Brown Rudnick seeks to lift the stay for the limited purpose of commencing a foreign attachment proceeding against Defendant Iftikar Ahmed to recover unpaid attorneys' fees stemming from Brown Rudnick's representation of Mr. Ahmed. As noted in the

accompanying Memorandum of Law, the damages to be sought in the foreign attachment proceeding were not sought by or awarded to the SEC in this action and Brown Rudnick does not intend to disturb the asset freeze or take priority over the SEC's claim to any of the frozen assets. In addition, lifting of the stay will not affect or impair the Court-appointed Receiver's ability to fulfill his duties in liquidating the estate.

The arguments in support of this motion, as well as the applicable law, are discussed more fully in the accompanying Memorandum of Law.

**BROWN RUDNICK LLP**

**By:** /s/ Anthony J. Boccamazzo
Anthony J. Boccamazzo, Esq. (ct30747)
185 Asylum Street, 38th floor
Hartford, CT 06103
Phone: (860) 509-6500
Fax: (860) 509-6614
aboccamazzo@brownrudnick.com

## **CERTIFICATION**

 I hereby certify that on January 31, 2020, a copy of the foregoing Motion to Lift Litigation Stay was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operating of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

                /s/ Anthony J. Boccamazzo
                Anthony J. Boccamazzo (ct30747)