# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>                                Plaintiff,<br><br>                    v.<br><br>IFTIKAR AHMED,<br><br>                                Defendant, and<br><br>IFTIKAR ALI AHMED SOLE PROP; I-CUBED DOMAINS, LLC; SHALINI AHMED; SHALINI AHMED 2014 GRANTOR RETAINED ANNUNITY TRUST; DIYA HOLDINGS LLC; DIYA REAL HOLDINGS, LLC; I.I. 1, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; I.I. 2, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; and I.I. 3, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents,<br><br>                                Relief Defendants. | Civil Action No. 3:15-cv-675 (JBA) |

## [PROPOSED] ORDER GRANTING NON-PARTY BROWN RUDNICK LLP'S MOTION TO LIFT LITIGATION STAY

Upon the Motion to Lift Litigation Stay and the Memorandum of Law filed by Non-Party Brown Rudnick LLP ("Brown Rudnick") in the above-styled action, and it appearing that good cause exists for the relief requested therein, it is hereby:

1. **ORDERED**, that the Motion is granted, and it is further

2. **ORDERED,** that the litigation stay in place in this proceeding is lifted solely to permit Brown Rudnick to proceed with its foreign attachment proceeding as it relates to any possible residual assets of the Receivership Estate.

                                                IT IS SO ORDERED.

                                                Janet Bond Arterton, U.S.D.J.