UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>v.<br><br>IFTIKAR AHMED,<br><br>      Defendant, and<br><br>IFTIKAR AHMED SOLE PROP; *et al*<br><br>      Relief Defendants | Civil Action No. 3:15-cv-675 (JBA)<br><br><br><br>February 03RD, 2020 |

**DEFENDANT'S NOTICE OF APPEAL ON RULING ON RELIEF DEFENDANTS' COUNSEL'S MOTIONS FOR FEES AND WITHDRAWAL [DOC. #1424]**

  Notice is hereby given that the *pro se* Defendant in the aforementioned case, hereby appeals to the United States Court of Appeals for the Second Circuit from Ruling [Doc. #1424] on Relief Defendants' Counsel's Motions for Fees and Withdrawal that the District Court entered on the 29th January 2020.

                              Respectfully Submitted,

Dated:      February 03RD, 2020      /s/ Iftikar Ahmed

                              _____
                              Iftikar A. Ahmed
                              C/O Advocate Anil Sharma
                              Government Place East
                              Kolkata 700 069, India
                              Tel:   +91-983-008-9945
                              e-mail: iftyahmed@icloud.com

                              *Pro Se*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and served by electronic mail to:

MR. NICHOLAS P. HEINKE, *ESQ.*
U.S. Securities and Exchange Commission
Byron G. Rogers Federal Building
1961 Stout Street, Ste. 1700
Denver, CO 80294
(303) 844-1071
e-mail: heinken@sec.gov

MR. MARK L. WILLIAMS, *ESQ.*
U.S. Securities and Exchange Commission
Byron G. Rogers Federal Building
1961 Stout Street, Ste. 1700
Denver, CO 80294
(303) 844-1027
e-mail: williamsml@sec.gov

MR. PAUL E. KNAG, *ESQ.*
Murtha Cullina, LLP
177 Broad Street, 4th Floor
Stamford, CT 06901
(203) 653-5400
Fax: (203) 653-5444
e-mail: pknag@murthalaw.com

MS. KRISTEN LUISE ZAEHRINGER, *ESQ.*
Murtha Cullina, LLP
177 Broad Street, 4th Floor
Stamford, CT 06901
(203) 653-5406
Fax: (860) 240-5758
e-mail: kzaehringer@murthalaw.com