UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>IFTIKAR AHMED<br><br>    Defendant, and<br>and<br><br>IFTIKAR ALI AHMED SOLE PROP; I-CUBED DOMAINS, LLC; SHALINI AHMED; SHALINI AHMED 2014 GRANTOR RETAINED ANNUNITY TRUST; DIYA HOLDINGS LLC; DIYA REAL HOLDINGS, LLC; I.I. 1, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; I.I. 2, a minor child, by and through his next friends, IFTIKAR and SHALINI AHMED, his parents; I.I. 3, a minor child, by and through his next friends, IFTIKAR and SHALINI AHMED, his parents<br><br>    Relief Defendants. | Civil Action No.<br>3:15-cv-675-JBA<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>February 7, 2019 |

**NOTICE REGARDING PAYMENT OF FEES TO JENNER & BLOCK LLP**

Pursuant to this Court's Ruling Granting Relief Defendants' Emergency Motion for Appellate Attorney Fees [Doc. No. 1287], Jed Horwitt, Esq., in his capacity as Court-appointed receiver of the Receivership Estate[1] (the "Receiver"), through his undersigned counsel, respectfully provides this notice (the "Notice") regarding the payment of $48,310.29 (the "Payment") to Jenner & Block LLP ("JB"), as authorized by this Court's January 30, 2020, order [Doc. No. 1426].

---

[1] Unless expressly defined otherwise, the Receiver incorporates by reference the definitions of terms set forth in the Report of Receiver [Doc. No. 1135] (the "Report").

1

The Receiver determined that he should use the Bank of America ("BoA") account ending x3831 held by DIYA Holdings, LLC (the "x3831 Account") as the source of funds for the Payment. The Receiver consulted with the Defendant, the Relief Defendants, and the Commission as to the source of funds to be used to make the Payment. Following such consultation, no parties objected to the Receiver's selection of the x3831 Account. The Receiver has instructed BoA to make the Payment from the x3831 Account via check sent to JB's Chicago office, pursuant to instructions previously provided to the Receiver by JB. As with all other payments made by the Receiver from the Receivership Accounts and other accounts within the Receivership Estate, the Receiver is maintaining up to date records of payments made to JB.

Respectfully submitted,
JED HORWITT, ESQ., RECEIVER

 /s/ Christopher H. Blau
Stephen M. Kindseth (ct14640)
Christopher H. Blau (ct30120)
Zeisler & Zeisler, P.C.
10 Middle Street, 15th Floor
Bridgeport, CT  06604
Telephone: 203-368-4234 X 236
Facsimile: 203-549-0903
Email: cblau@zeislaw.com;
skindseth@zeislaw.com
*Counsel to the Receiver*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2020, a copy of the foregoing Notice was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System. Furthermore, a copy of the foregoing was sent via email to the Defendant, Iftikar A. Ahmed, at iftyahmed@icloud.com.

          */s/ Christopher H. Blau*
          Christopher H. Blau (ct30120)