UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> IFTIKAR AHMED, <br><br> Defendant, and <br><br> IFTIKAR AHMED SOLE PROP; *et al* <br><br> Relief Defendants | Civil Action No. 3:15-cv-675 (JBA) <br><br><br> February 16TH, 2020 |

**DEFENDANT'S RESPONSE TO THE RELIEF DEFENDANTS' EMERGENCY MOTION FOR A TEMPORARY INJUNCTION [ DOC. #1446]**

The *pro se* Defendant humbly submits this Response to the Relief Defendants' Emergency Motion for a Temporary Injunction on all litigation/arbitration against Defendant/Relief Defendants until Ninety (90) days after Supreme Court's decision in Liu v. SEC and its impact on the judgment in this proceeding is determined [Doc. #1446, or the "Motion"].

The Defendant consents to the relief sought for reasons and legal arguments outlined in the Motion to the extent that they do not contradict any of the Defendant's submissions to the Court in this matter.

The Defendant reserves all rights to all issues in this dispute and does not waive any rights by way of this submission.

1

2

                                                                                 Respectfully Submitted,

Dated:       February 16TH, 2020        /s/ Iftikar Ahmed

                                                                                 _____

Iftikar A. Ahmed
C/O Advocate Anil Sharma
Government Place East
Kolkata 700 069, India

Tel:   +91-983-008-9945
e-mail: iftyahmed@icloud.com

*Pro Se*

## CERTIFICATE OF SERVICE

       I hereby certify that a copy of the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and served by electronic mail to:

| | |
|---|---|
| MR. NICHOLAS P. HEINKE, *ESQ.*<br>U.S. Securities and Exchange Commission<br>Byron G. Rogers Federal Building<br>1961 Stout Street, Ste. 1700<br>Denver, CO 80294<br>(303) 844-1071<br>e-mail: heinken@sec.gov | MR. MARK L. WILLIAMS, *ESQ.*<br>U.S. Securities and Exchange Commission<br>Byron G. Rogers Federal Building<br>1961 Stout Street, Ste. 1700<br>Denver, CO 80294<br>(303) 844-1027<br>e-mail: williamsml@sec.gov |
| MR. PAUL E. KNAG, *ESQ.*<br>Murtha Cullina, LLP<br>177 Broad Street, 4th Floor<br>Stamford, CT 06901<br>(203) 653-5400<br>Fax: (203) 653-5444<br>e-mail: pknag@murthalaw.com | MS. KRISTEN LUISE ZAEHRINGER, *ESQ.*<br>Murtha Cullina, LLP<br>177 Broad Street, 4th Floor<br>Stamford, CT 06901<br>(203) 653-5406<br>Fax: (860) 240-5758<br>e-mail: kzaehringer@murthalaw.com |