UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>v.<br><br>IFTIKAR AHMED,<br>            Defendant, and<br><br>IFTIKAR ALI AHMED SOLE PROP et al.,<br>            Relief Defendants. | No. 3:15-CV-675 (JBA)<br><br><br><br><br><br><br><br><br><br>February 19, 2020 |

**CONSENT MOTION TO MODIFY ASSET FREEZE ORDER TO RELEASE FUNDS TO PAY MURTHA CULLINA'S FEES AND DISBURSEMENTS FOR MONTHS OF MAY 2019 THROUGH JANUARY 2020**

Pursuant to the Court's Modified Omnibus Order on Consent (ECF No. 387) and the Court's Ruling on Relief Defendants' Counsel's Motions for Fees and Withdrawal (ECF No. 1424), Relief Defendants I-Cubed Domains, LLC, Shalini Ahmed, Shalini Ahmed 2014 Grantor Retained Annuity Trust, DIYA Holdings, LLC, DIYA Real Holdings, LLC, I.I. 1, I.I. 2, and I.I. 3 (together, "Relief Defendants"), by and through undersigned counsel, respectfully seek relief from the Court for fees and disbursements for the period June 2019 through January 2020. The Relief Defendants reserve all rights.

Specifically, this Motion seeks a release of funds in the amount of $248,000, representing $31,000 per month for eight months (June 2019 through January 2020).

The Defendant consents to this Motion.

Murtha's previous request for the release of monies to account for Murtha's costs and fees was partially granted. (ECF No. 1424 at 6.) The Court "authorize[d] the

release of funds for partial payment of fees in accordance with the sums which counsel for the Relief Defendants could reasonably have expected and relied upon in continuing their representation of the Relief Defendants" in the amount of $155,000, representing five months from January to May 2019.  (*Id*.)  Although Murtha acted as local counsel prior to that, no amount was awarded to Murtha for the months of May to December 2018 wherein Murtha billed $110,503.01.  Murtha is now primary counsel for the Relief Defendants and has also not been paid for June 2019 through January 2020.  The Court further "decline[d] to issue any funds for a retainer as requested by [Murtha], but [would] consider a motion for fees incurred since May 2019 at the monthly rate."  (*Id*.)  The instant application is made pursuant to the court's express instruction that it would consider another motion for fees incurred since May 2019.[1]

As of January 31, 2020, Relief Defendants' outstanding accounts receivable balance is $589,633.25, up from $422,241.99 at the time of the filing of its motion filed in May.  This includes substantial write downs in fees as requested by clients.  After accounting for the $155,000.00 to be released to Murtha Cullina ("Murtha") in the January 29, 2020 Ruling, Relief Defendants' total balance to Murtha would be $434,633.25.  The Defendant consents to this motion.

As the Court has recognized, a release of Relief Defendants' attorneys' fees continues to be appropriate as an equitable matter.  Equity requires that the Court weigh "the disadvantages and possible deleterious effect of a freeze" against "the

---

[1] The Relief Defendants note that the Defendant has appealed the Ruling on Relief Defendants' Counsel's Motion for Fees and Withdrawal [ECF No. 1424], but the Defendant has made it clear that he only appeals the portion of the ruling regarding the payment to Harris St. Laurent and not the payment to Murtha Cullina.  Thus, this request for "fees incurred since May 2019 at the monthly rate" does not interfere with appellate jurisdiction, as payment to Murtha Cullina is not under appeal by the Defendant.

2

considerations indicating the need for such relief." *S.E.C. v. Duclaud Gonzalez de Castilla*, 170 F. Supp. 2d 427, 430 (S.D.N.Y. 2001) (internal citations omitted).

WHEREFORE, the Relief Defendants respectfully that the Receiver be directed to pay fees to Murtha in the amount of $248,000, representing $31,000 per month from June 1, 2019 through January 31, 2020.

Respectfully Submitted,

By: /s/ Paul E. Knag
    Paul E. Knag – ct04194
    pknag@murthalaw.com
Murtha Cullina LLP
177 Broad Street, 16th Floor
Stamford, Connecticut 06901
Telephone: 203.653.5400
Facsimile:  203.653.5444

*Attorneys for Relief Defendants*
*I-Cubed Domain, LLC, Shalini Ahmed,*
*Shalini Ahmed 2014 Grantor Retained*
*Annuity Trust, Diya Holdings, LLC, Diya*
*Real Holdings, LLC, I.I. 1, I.I. 2 and I.I. 3*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of February, 2020, a copy of the foregoing CONSENT MOTION TO MODIFY ASSET FREEZE ORDER TO RELEASE FUNDS TO PAY MURTHA CULLINA'S FEES AND DISBURSEMENTS FOR MONTHS OF MAY 2019 THROUGH JANUARY 2020 will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

I further certify that a copy of this motion will be sent to Attorney John F. Carberry (jcarberry@cl-law.com) of Cummings & Lockwood LLC as counsel for Daniel G. Johnson, in his capacity as trustee of the Iftikar A. Ahmed Family Trust and as custodian of the UTMA accounts for the benefit of the three minor children of Iftikar A. Ahmed and Shalini Ahmed.

I further certify that, in accordance with D. Conn. L. Civ. R. 7(e), the undersigned has sent a copy of this motion to the Relief Defendants by email to Ms. Ahmed and will also send a copy via certified mail to Ms. Ahmed at her home address: 505 North Street, Greenwich, CT 06830.

       /s/ Paul E. Knag
       Paul E. Knag – ct04194

10580576v2