UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>IFTIKAR AHMED,<br>　　　　　　Defendant, and<br><br>IFTIKAR ALI AHMED SOLE PROP et al.,<br>　　　　　　Relief Defendants. | No. 3:15-CV-675 (JBA)<br><br><br><br>[PROPOSED] ORDER |

It is Hereby Ordered that Relief Defendants' Emergency Motion to Partially Pay Murtha Cullina's Fees is GRANTED and, pursuant to the Court's Ruling on Relief Defendants' Counsel's Motions for Fees and Withdrawal dated January 29, 2020 [ECF No. 1424], the Court's Asset Freeze Order dated August 12, 2015 [ECF No. 113], as modified by the Endorsement Order dated February 19, 2016 [ECF No. 195], and the Omnibus Order on Consent dated January 3, 2017 [ECF No. 387], is further modified as follows:

> The Receiver is ordered to pay Murtha Cullina LLP the sum of $248,000, within five days of the date hereof.

IT IS SO ORDERED this ___ day of _____, 2020

_____
Janet Bond Arterton, U.S.D.J.

5

10580576v2