# EXHIBIT A

# PROPOSED ORDER

10580608v2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>IFTIKAR AHMED,<br>　　　　　Defendant, and<br><br>IFTIKAR ALI AHMED SOLE PROP et al.<br>　　　　　Relief Defendants. | No. 3:15-CV-675 (JBA)<br><br>[PROPOSED] ORDER |

It is Hereby Ordered that Relief Defendants' Motion to Compel the Receiver to Release Murtha Cullina's Fees is GRANTED and, pursuant to the Court's Ruling on Relief Defendants' Counsel's Motions for Fees and Withdrawal dated January 29, 2020 [ECF No. 1424] Receiver shall pay the sum of $155,000 to Murtha Cullina immediately upon issuance of this Order.

　　IT IS SO ORDERED this ___ day of _____, 2020

_____
Janet Bond Arterton, U.S.D.J.

5

10580608v2