UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>IFTIKAR AHMED,<br>　　　　　Defendant, and<br><br>IFTIKAR ALI AHMED SOLE PROP et al.,<br>　　　　　Relief Defendants. | No. 3:15-CV-675 (JBA)<br><br><br><br><br><br><br><br><br>February 19, 2020 |

**SUPPLEMENTAL STATEMENT REGARDING RELIEF DEFENDANTS' MOTIONS TO MODIFY THE ASSET FREEZE ORDER TO PAY MURTHA CULLINA'S FEES AND DISBURSEMENTS FOR MAY 2019 THROUGH JANUARY 2020 [ECF NO. 1484] AND TO RELEASE FUNDS TO PAY MURTHA CULLINA'S FEES AND DISBURSEMENTS AS PREVIOUSLY ORDERED [ECF NO. 1485]**

Relief Defendants hereby provide the following supplement to their Consent Motion to Modify Asset Freeze Order to Release Funds to Pay Murtha Cullina's Fees and Disbursements for Months of May 2019 Through January 2020 [ECF No. 1484] and Consent Motion to Release Funds to Pay Murtha Cullina's Fees and Disbursements As Previously Ordered By The Court [ECF No. 1485]:

We wish to highlight that as to ECF No. 1484, relating to payment for the months of May 2019 to January 2020, only Defendant Iftikar Ahmed has consented. We did not intend to label that motion a Consent Motion. With reference to ECF No. 1485, relating to the previously-ordered payment of $155,000, and as stated in the motion, (a) the Securities and Exchange Commission consents to said motion and will separately file a statement of its position on or before Friday, February 21, 2020, (b) the Defendant also

consents to the motion and may separately file a statement of his position on or before Friday, February 21, 2020, and (c) the Receiver takes no position at this time other than that he will pay the $155,000 upon further order of the Court.

Respectfully Submitted,

By: /s/ Paul E. Knag
    Paul E. Knag – ct04194
    pknag@murthalaw.com
Murtha Cullina LLP
177 Broad Street, 16th Floor
Stamford, Connecticut 06901
Telephone: 203.653.5400
Facsimile: 203.653.5444

*Attorneys for Relief Defendants
I-Cubed Domain, LLC, Shalini Ahmed,
Shalini Ahmed 2014 Grantor Retained
Annuity Trust, Diya Holdings, LLC, Diya
Real Holdings, LLC, I.I. 1, I.I. 2 and I.I. 3*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of February, 2020, a copy of the foregoing SUPPLEMENTAL STATEMENT REGARDING RELIEF DEFENDANTS' MOTIONS TO MODIFY THE ASSET FREEZE ORDER TO PAY MURTHA CULLINA'S FEES AND DISBURSEMENTS FOR MAY 2019 THROUGH JANUARY 2020 [ECF NO. 1484] AND TO RELEASE FUNDS TO PAY MURTHA CULLINA'S FEES AND DISBURSEMENTS AS PREVIOUSLY ORDERED [ECF NO. 1485] will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

I further certify that a copy of this motion will be sent to Attorney John F. Carberry (jcarberry@cl-law.com) of Cummings & Lockwood LLC as counsel for Daniel G. Johnson, in his capacity as trustee of the Iftikar A. Ahmed Family Trust and as custodian of the UTMA accounts for the benefit of the three minor children of Iftikar A. Ahmed and Shalini Ahmed.

    /s/ Paul E. Knag
    Paul E. Knag – ct04194