## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>IFTIKAR AHMED,<br><br>Defendant, and<br><br>IFTIKAR ALI AHMED SOLE PROP; I-CUBED DOMAINS, LLC; SHALINI AHMED; SHALINI AHMED 2014 GRANTOR RETAINED ANNUITY TRUST; DIYA HOLDINGS LLC; DIYA REAL HOLDINGS, LLC; I.I. 1, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; I.I. 2, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; and I.I. 3, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents,<br><br>Relief Defendants. | Civil Action No. 3:15-cv-675 (JBA) |

## NON-PARTY BROWN RUDNICK LLP'S MOTION FOR EXTENSION OF TIME TO FILE A REPLY IN FURTHER SUPPORT OF BROWN RUDNICK'S MOTION TO LIFT LITIGATION STAY

Non-party Brown Rudnick LLP ("Brown Rudnick") hereby moves for an extension of time to file a Reply in Further Support of Brown Rudnick's Motion to Lift Litigation Stay, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Local Rule 7(b).

On January 31, 2020, Brown Rudnick filed its Motion to Lift Litigation Stay in order to commence an action against Mr. Ahmed to collect unpaid legal fees and expenses (the "Motion").  On February 21, 2020, the parties filed their responses to Brown Rudnick's Motion. Brown Rudnick's reply in further support of its Motion is currently due March 6, 2020. However, good cause exists for extending time as requested by Brown Rudnick.

In response to Brown Rudnick's six-page Memorandum of Law in Support of its Motion, Mr. Ahmed submitted a fifteen-page opposition, containing numerous accusations against Brown Rudnick.  Brown Rudnick requires additional time to respond to Mr. Ahmed's misstatements and to correct the record.  To this end, Brown Rudnick is diligently collecting and reviewing Mr. Ahmed's communications with Brown Rudnick, including Mr. Ahmed's communications with attorneys who are no longer at the firm.  As a result, Brown Rudnick requires additional time to file its reply.

For these reasons, Brown Rudnick respectfully requests a fourteen (14) day extension of time, through and including March 20, 2020, to file its reply in further support of its Motion. This is the first motion for an extension of time filed by Brown Rudnick.

The Receiver and the SEC have no objection to the extension requested herein. Notwithstanding his request that the Court stay any decision on Brown Rudnick's Motion, Mr. Ahmed has stated that he objects to this extension.  In addition, the Relief Defendants have stated that they object to Brown Rudnick's request.

**BROWN RUDNICK LLP**


**By:**      /s/ Anthony J. Boccamazzo
Anthony J. Boccamazzo, Esq. (ct30747)
185 Asylum Street, 38th floor
Hartford, CT 06103
Phone: (860) 509-6500
Fax: (860) 509-6614
aboccamazzo@brownrudnick.com

## **CERTIFICATION**

I hereby certify that on February 25, 2020, a copy of the foregoing Motion for Extension of Time to File a Reply in Further Support of Brown Rudnick's Motion to Lift the Litigation Stay was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operating of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/ Anthony J. Boccamazzo
Anthony J. Boccamazzo, Esq. (ct30747)