UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| _____ ) | |
| UNITED STATES SECURITIES ) | |
| AND EXCHANGE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:15cv675 (JBA) |
| ) | |
| IFTIKAR AHMED, ) | |
| ) | |
| Defendant, and ) | |
| ) | |
| IFTIKAR ALI AHMED SOLE PROP; ) | |
| I-CUBED DOMAINS, LLC;  SHALINI AHMED; ) | |
| SHALINI AHMED 2014 GRANTOR RETAINED ) | |
| ANNUITY TRUST; DIYA HOLDINGS LLC; ) | |
| DIYA REAL HOLDINGS, LLC; I.I. 1, a minor ) | |
| child, by and through his next friends IFTIKAR ) | |
| and SHALINI AHMED, his parents; I.I. 2, a minor ) | |
| child, by and through his next friends IFTIKAR ) | |
| and SHALINI AHMED, his parents; and I.I. 3, a ) | |
| minor child, by and through his next friends ) | |
| IFTIKAR and SHALINI AHMED, his parents, ) | |
| ) | |
| Relief Defendants. ) | |
| _____ ) | |

**PLAINTIFF UNITED STATES SECURITIES AND EXCHANGE COMMISSION'S
OBJECTION TO DEFENDANT'S AND RELIEF DEFENDANTS' MOTION TO
OFFSET ALL RECEIVER'S FEES AND EXPENSES AGAINST THE JUDGMENT**

Plaintiff United States Securities and Exchange Commission (the "SEC") hereby files this

objection to the "motions" filed by Defendant [Doc. # 1472] and Relief Defendants [Doc. # 1471]

arguing that the Receiver's fees should be offset against the judgment.

This Court previously ruled that any party wishing to address the Court "on the question

of whether the cost of the receivership should count against the amount of the judgment against

Defendant" was permitted to "file an indication of its position and supporting memorandum of

law" by February 12, 2020.  Rul. Granting Receiver's Mots. for Fees [Doc. # 1415] at 8-9.

Because the Court did not request motions or otherwise indicate responsive filing would be

permitted – and notwithstanding Defendant and Relief Defendants' response briefs [Doc.##

1476; 1483] to the SEC's filing – the SEC will only respond to Defendant's and Relief

Defendants' "motions" upon the Court's request. The SEC files the instant objection only to

make clear that it continues to oppose Defendant and Relief Defendants' request that the

Receiver's fees be offset against the judgment.


        DATED: March 4, 2020.


                                        Respectfully submitted,

                                        _s/ Mark L. Williams___
                                        Nicholas P. Heinke
                                        Mark L. Williams
                                        U.S. Securities and Exchange Commission
                                        1961 Stout Street, Suite 1700
                                        Denver, CO 80294-1961
                                        (303) 844-1071 (Heinke)
                                        (303) 844-1027 (Williams)
                                        HeinkeN@sec.gov
                                        WilliamsML@sec.gov
                                        *Attorneys for Plaintiff*

<u>CERTIFICATE OF SERVICE</u>

I certify that on March 4, 2020, a copy of the foregoing document was emailed to

Defendant Iftikar Ahmed at IftyAhmed@icloud.com, and served via ECF upon the following:

Paul E. Knag
Kristen L. Zaehringer
Murtha Cullina, LLP
177 Broad Street, 4th Floor
Stamford, CT 06901
(Counsel for Relief Defendants)

Christopher H. Blau
Stephen M. Kindseth
Zeisler & Zeisler, P.C.
10 Middle Street, 15th Floor
Bridgeport, CT 06604
(Counsel for Receiver, Jed Horwitt, Esq.)

*s/ Mark L. Williams*
Mark L. Williams