UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>   v.<br><br>IFTIKAR AHMED,<br><br>        Defendant, and<br><br>IFTIKAR ALI AHMED SOLE PROP;<br>I-CUBED DOMAINS, LLC; SHALINI AHMED;<br>SHALINI AHMED 2014 GRANTOR RETAINED<br>ANNUITY TRUST; DIYA HOLDINGS LLC;<br>DIYA REAL HOLDINGS, LLC; I.I. 1, a minor<br>child, by and through his next friends IFTIKAR<br>and SHALINI AHMED, his parents; I.I. 2, a minor<br>child, by and through his next friends IFTIKAR<br>and SHALINI AHMED, his parents; and I.I. 3, a<br>minor child, by and through his next friends<br>IFTIKAR and SHALINI AHMED, his parents,<br><br>        Relief Defendants. | Civil Action No. 3:15cv675 (JBA) |

**PLAINTIFF UNITED STATES SECURITIES AND EXCHANGE COMMISSION'S OBJECTION TO DEFENDANT'S AND RELIEF DEFENDANTS' MOTION TO OFFSET ALL RECEIVER'S FEES AND EXPENSES AGAINST THE JUDGMENT**

      Plaintiff United States Securities and Exchange Commission (the "SEC") hereby files this objection to the "motions" filed by Defendant [Doc. # 1472] and Relief Defendants [Doc. # 1471] arguing that the Receiver's fees should be offset against the judgment.

      This Court previously ruled that any party wishing to address the Court "on the question of whether the cost of the receivership should count against the amount of the judgment against Defendant" was permitted to "file an indication of its position and supporting memorandum of

1

law" by February 12, 2020.  Rul. Granting Receiver's Mots. for Fees [Doc. # 1415] at 8-9. Because the Court did not request motions or otherwise indicate responsive filing would be permitted – and notwithstanding Defendant and Relief Defendants' response briefs [Doc.## 1476; 1483] to the SEC's filing – the SEC will only respond to Defendant's and Relief Defendants' "motions" upon the Court's request. The SEC files the instant objection only to make clear that it continues to oppose Defendant and Relief Defendants' request that the Receiver's fees be offset against the judgment.

DATED: March 4, 2020.

Respectfully submitted,

*s/ Mark L. Williams*
Nicholas P. Heinke
Mark L. Williams
U.S. Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, CO 80294-1961
(303) 844-1071 (Heinke)
(303) 844-1027 (Williams)
HeinkeN@sec.gov
WilliamsML@sec.gov
*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I certify that on March 4, 2020, a copy of the foregoing document was emailed to Defendant Iftikar Ahmed at IftyAhmed@icloud.com, and served via ECF upon the following:

Paul E. Knag
Kristen L. Zaehringer
Murtha Cullina, LLP
177 Broad Street, 4th Floor
Stamford, CT 06901
(Counsel for Relief Defendants)

Christopher H. Blau
Stephen M. Kindseth
Zeisler & Zeisler, P.C.
10 Middle Street, 15th Floor
Bridgeport, CT 06604
(Counsel for Receiver, Jed Horwitt, Esq.)

*s/ Mark L. Williams*
Mark L. Williams