UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES SECURITIES AND EXCHANGE
COMMISSION

   *Plaintiff,*

   *v.*

IFTIKAR AHMED

   *Defendant,* and

IFTIKAR AHMED ALI AHMED SOLE PROP, *et al.*

   *Relief Defendants.*

Civil No. 3:15-cv-675 JBA

## **<u>PROPOSED ORDER</u>**

Upon consideration of NMR e-tailing, LLC's Motion to Modify Litigation Stay Relief (the "Motion") and its Memorandum of Law in Support thereof, it is this _____ day of _____, 2020 hereby:

**ORDERED**, that NMR e-tailing, LLC's Motion to Modify is **GRANTED**; and it is further

**ORDERED**, that NMR e-tailing, LLC's litigation stay relief approved in the Ruling of this Court on May 21, 2019 (Doc. No. 1167), is hereby **MODIFIED,** and the stay imposed in this Court's Order Appointing Receiver is **LIFTED** so that:

(i) the Supreme Court of the State of New York, County of New York, in Index No. 656450/2017 (the "New York Case") can sever the claims against Ahmed from the claims against the non-defaulting defendants, or issue such other orders it deems appropriate to address NMR's claims against Ahmed in the New York Case; and

(ii)    NMR's claims against Ahmed can be liquidated, including by way of judgment on damages in the New York Case.

                                              _____

                                              **JANET BOND ARTERTON**
                                              United States District Court Judge

Dated at New Haven, Connecticut this _____ day of _____, 2020.