UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>   Plaintiff,<br><br>v.<br><br>IFTIKAR AHMED<br><br>   Defendant, and<br>and<br><br>IFTIKAR ALI AHMED SOLE PROP; I-CUBED DOMAINS, LLC; SHALINI AHMED; SHALINI AHMED 2014 GRANTOR RETAINED ANNUITY TRUST; DIYA HOLDINGS LLC; DIYA REAL HOLDINGS, LLC; I.I. 1, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; I.I. 2, a minor child, by and through his next friends, IFTIKAR and SHALINI AHMED, his parents; I.I. 3, a minor child, by and through his next friends, IFTIKAR and SHALINI AHMED, his parents<br><br>   Relief Defendants. | Civil Action No.<br>3:15-cv-675-JBA<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>March 27, 2019 |

**CONSENT MOTION TO RELEASE FUNDS TO PAY INSURANCE PREMIUMS**

Jed Horwitt, Esq., in his capacity as Court-appointed receiver of the Receivership Estate[1] (the "Receiver"), through his undersigned counsel, respectfully moves (the "Motion") for permission to release funds from the Receivership Estate to pay certain insurance premiums to AIG Private Client Group ("AIG") arising out of two insurance policies (the "AIG Policies") that provide various insurance coverage to property located at (a) 505 North Street, Greenwich, CT; (b) Apartment 12A and Apartment 12F at 530 Park Avenue, New York, NY; and, (c) 1820

---

[1] Unless expressly defined otherwise, the Receiver incorporates by reference the definitions of terms set forth in the Report of Receiver [Doc. No. 1130] (the "Report").

County Route 7, Ancram, NY.

The Commission, the Defendant, and the Relief Defendants each consent to the payment of the premiums for the AIG Policies. In the Receiver's view, it is in the interest of the Receivership Estate to maintain the AIG Policies and the Receiver does not believe that payment of the premiums due AIG will impair the Receiver's ability to perform his duties under the Appointment Order.

By way of background, the parties previously sought permission from this Court to pay the premiums for the AIG Policies for the 2019-2020 period via a consent motion filed on March 22, 2019 (Doc. No. 1126), which the Court granted on March 26, 2019 (Doc. No. 1127) and the Receiver paid such premiums shortly thereafter.

For the 2020-2021 period, the premiums for the AIG Policies total $14,474.00. However, the Receiver submits that it is in the best interest of the Receivership Estate to pay the premiums for the AIG Policies in installments as permitted by AIG, which adds a $6.00 "Installment Fee" and brings the total due AIG to $14,480.00. The first installment payment is due April 8, 2020.

For the reasons stated above, the Receiver respectfully requests that the Court grant this Motion and enter an order permitting the Receiver to disburse from the Receivership Estate up to $14,480.00 to AIG in payment of the premiums for the AIG Policies for the 2020-2021 period, and grant such other relief as the Court deems just and proper. Upon request, the Receiver or his counsel will attend any hearings scheduled by the Court on this matter and provide any relevant information and assistance that the Court may request in addressing this Motion.

                                                                Respectfully submitted,
JED HORWITT, ESQ., RECEIVER

 /s/ *Christopher H. Blau*
Christopher H. Blau (ct30120)
Zeisler & Zeisler, P.C.
10 Middle Street, 15th Floor
Bridgeport, CT  06604
Telephone: 203-368-4234
Facsimile: 203-549-0903
Email: cblau@zeislaw.com
*Counsel to the Receiver*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System. Furthermore, a copy of the foregoing was sent via email to the Defendant, Iftikar A. Ahmed, at iftyahmed@icloud.com.

 */s/ Christopher H. Blau*
Christopher H. Blau (ct30120)