UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, <br> Plaintiff, <br> v. <br> IFTIKAR AHMED, <br> Defendant, <br> and <br> IFTIKAR ALI AHMED SOLE PROP; *et al* <br> Relief Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 3:15-CV-675 (JBA) <br><br><br><br><br><br><br><br> APRIL 8, 2020 |

## **RELIEF DEFENDANTS' SUPPLEMENTAL MOTION TO PAY MURTHA CULLINA FEES**

On January 29, 2020, this Court entered an order [ECF No. 1424] in respect of ECF No. 1171, in which Murtha Cullina had sought payment of fees. The Court granted such motion in part, authorizing "release of funds for partial payment of fees in accordance with the sums which counsel for the Relief Defendants could reasonably have expected and relied upon in continuing their representation of Relief Defendants" in the amount of $155,000. The Court further stated that it would consider a motion for fees incurred from May 2019 to January 2020 at the monthly rate $31,000. Such a motion was filed [ECF No. 1484] whereby Murtha sought payment of fees and disbursement at the rate of $31,000 per month for the months of May 2019 to January 2020. Moreover, because the Receiver has not paid the $155,000 previously ordered, a Motion for Release of Funds [ECF No. 1485] was filed, with consent from the SEC, directing the Receiver to pay the amount previously ordered. These two motions remain pending, and Murtha Cullina has still not received the $155,000 that the Court previously ordered.

10679840v1
10680906v1

The Relief Defendants now move for an order directing the Receiver to pay Murtha Cullina's fees and disbursements at the rate of $31,000 per month for February and March for a total of $62,000. During that period, Murtha Cullina rendered bills totaling $61,618.37, and the total amount owed is now $651,251.62.

This $62,000 sought is in addition to the $155,000 previously ordered, and the $248,000 sought for the period May 2019 to January 2020.

The Coronavirus pandemic has created a great challenge to many businesses in our country. Law firms such as Murtha Cullina are no exception. With lawyers unable to work at the office and clients in many cases unable to pay, this is a time of great financial stress to firms like Murtha Cullina, which is continuing to represent the Relief Defendants in this matter and continuing to accrue fees and expenses related to this matter. We therefore respectfully ask the court to grant this motion and the related motions at this time.

Respectfully submitted,

By: /s/ Paul E. Knag
   Paul E. Knag – ct04194
   pknag@murthalaw.com
Murtha Cullina LLP
177 Broad Street, 16th Floor
Stamford, Connecticut 06901
Telephone: 203.653.5400
Facsimile:  203.653.5444

*Attorneys for Relief Defendants Shalini Ahmed, I.I. 1, I.I. 2 and I.I. 3, I-Cubed Domain, LLC, Diya Holdings, LLC, Diya Real Holdings, LLC, Shalini Ahmed 2014 Grantor Retained Annuity Trust*

10679840v1
10680906v1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of April, 2020, a copy of the foregoing RELIEF DEFENDANTS' SUPPLEMENTAL MOTION TO PAY MURTHA CULLINA FEES will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                                       */s/ Paul E. Knag*
                                                       Paul E. Knag – ct04194

10679840v1
10680906v1