# EXHIBIT E

| SEC NO. | Asset | Brief Desc. | Approx. or Actual Value | Notes and Proposed Disposition / Reason for Retaining Asset |
|---|---|---|---|---|
| NONE | Receivership Accounts | Cash | $3,534,503.98 | To be used to pay for ongoing Receivership Estate expenses, balance to be moved to CRIS account to secure Judgment. |
| 1 | E*Trade: x6818 | Cash | $243.65 | Majority transferred to Receivership Accounts. See Note 4. |
| 2 | HSBC: x2984 | Cash | $9.50 | See Note 4. |
| 3 | Northern Trust: x5218 | Cash | $5,359,620.21 | See Note 4. |
| 5 | Northern Trust: x0901 | Cash | $0.00 | See Note 4. |
| 6 | Northern Trust: x5226 | Cash | $27,576.51 | Value represents Defendant's 50% interest in Essell Farms, LLC. See Note 4. Corrected value from DN 1550 following clarification of account statement notation. |
| 7 | Northern Trust: x5234 | Cash | $2,567,953.63 | Value represents Defendant's 60% interest in Essell Group, LLC. See Note 4. |
| 8 | Northern Trust: x3781 | Cash | $82,597.96 | See Note 4. |
| 9 | Northern Trust: x7193 | Money market/equity | $914,771.20 | See Note 4. |
| 10 | TD Bank: x5279 | Cash | $19,378.86 | See Note 4. |
| 11 | TD Bank: x8551 | Cash | $8,193.19 | See Note 4. |
| 12 | Fidelity: x8133 | Money market | $0.31 | Value represents Defendant's 50% interest in Essell Farms, LLC. See Note 4. |
| 13 | Fidelity: x7417 | Cash | $2.83 | Value represents Defendant's 60% interest in Essell Group, LLC. See Note 4. |
| 14 | Fidelity: x9637 | Cash | $836.06 | See Note 4. |
| 15 | Circle Internet Finance Bitcoin Wallet | 27.60520050 Bitcoins | $262,436.02 | As of May 15, 2020. See Note 4. |
| 16 | Oak Management Corp. 2015 distribution | Forfeited | $0.00 | See Note 3. |
| 17 | Oak Management Corp. 2016 distribution | Forfeited | $0.00 | See Note 3. |
| 18 | Essell Farm (1820 County Route 7, Ancram, NY) | Real Estate | $1,500,000.00 | Approximate value based on Doc. No. 888-1 and Mr. Ahmed's 50% interest in The Essell Farms, LLC. Subject to aggregate value of other assets of the Receivership Estate, may not need to be liquidated. |
| 19 | Ribbit Capital | Private investment | $3,563,328.95 | Value provided is capital account. Value represents Defendant's 60% interest in Essell Group, LLC. Subject to aggregate value of other assets of the Receivership Estate, may not need to be liquidated. |
| 20 | Ribbit Capital II | Private investment | $883,194.93 | Value provided is capital account. Value represents Defendant's 60% interest in Essell Group, LLC. Subject to aggregate value of other assets of the Receivership Estate, may not need to be liquidated. |
| 21 | Qoo10 Pte. Ltd. | 77,267 Redeemable Convertible Preference Shares | $401,131.63 | $8.6525 per share (Result of Clues Network merger). Subject to aggregate value of other assets of the Receivership Estate, may not need to be liquidated. Value represents Defendant's 60% interest in Essell Group, LLC. |
| 22 | Oak HC/FT Associates Capital Account | Forfeited interest | - | See Note 3. |
|  | Oak HC/FT - Cash Distributions | Cash (forfeited) | - | See Note 3. |
| 23 | Crypto Currency Partners LP | Private investment | $191,465.00 | Value provided is capital account. Subject to aggregate value of other assets of the Receivership Estate, may not need to be liquidated. |
| 24 | iMENA | Private investment | $169,200.00 | Approximate value based on .18% interest held by Defendant. Subject to aggregate value of other assets of the Receivership Estate, may not need to be liquidated. |

| | | | | |
|---|---|---|---|---|
| NONE | Playsino | Private investment | $0.00 | Approximate value based on current status of acquisition by third party. Subject to aggregate value of other assets of the Receivership Estate, may not need to be liquidated. |
| 25 | MetLife Whole Life Insurance Policy (Iftikar Ahmed) | Insurance policy | $1,322,999.29 | Approximate surrender value. See Note 4. |
| 26 | Genworth Life and Annuity Insurance Policy (Iftikar Ahmed) | Insurance policy | $0.00 | No surrender value. See Note 2. |
| 27 | American General Life Insurance Policy (Iftikar Ahmed) | Insurance policy | $0.00 | No surrender value. See Note 2. |
| 28 | Oak Management Corp. | Forfeited interest | $0.00 | See Note 3. |
| 29 | Oak Associates X, LLC | Forfeited interest | $0.00 | See Note 3. |
| 30 | Oak Associates XI, LLC | Forfeited interest | $0.00 | See Note 3. |
| 31 | Oak Associates XI-A, LLC | Forfeited interest | $0.00 | See Note 3. |
| 32 | Oak Associates XII, LLC | Forfeited interest | $0.00 | See Note 3. |
| 33 | Oak Associates XII-A, LLC | Forfeited interest | $0.00 | See Note 3. |
| 34 | Oak Associates XIII, LLC | Forfeited interest | $0.00 | See Note 3. |
| 35 | Oak Associates XIII-A, LLC | Forfeited interest | $0.00 | See Note 3. |
| 36 | Oak Frozen Distributions | Cash | $1,257,794.00 | See Note 4. |
| 37 | Porsche Cayenne | Car | unk. | See Note 1. |
| 38 | Cadillac Escalade | Car | unk. | See Note 1. |
| 39 | Household Furnishings of 505 North Street | Personal propery | unk. | See Note 1. |
| 40 | Bank of America: x9566 | Cash | $4,184.54 | See Note 4. |
| 41 | Bank of America: x0482 | Cash | $221,043.68 | See Note 4. |
| 42 | Bank of America: x3754 | Cash | $171,472.11 | See Note 4. |
| 43 | Chase Bank: x9065 | Cash | $20,612.98 | See Note 4. |
| 44 | Chase Bank: x9001 | Cash | $14,372.35 | See Note 4. |
| 45 | Northern Trust Brokerage: x5188 | Cash | $451,796.75 | See Note 4. |
| 46 | Northern Trust Brokerage: x3934 | Cash/equity | $11,257,121.70 | See Note 4. |
| 47 | Northern Trust Brokerage: x3935 | Cash/fixed income/equity | $11,640.68 | See Note 4. |
| 48 | Northern Trust Brokerage: x0895 | Cash/equity | $3,292,738.15 | See Note 4. |
| 50 | 505 North St, Greenwich, CT | Real Estate | $0.00 | No value to Receivership Estate due to bond matter. |
| 51 | Painting - M.F. Husain, "Ashoka's Pillar" | Personal propery | unk. | See Note 1. |
| 52 | Harry Winston Diamond Ring | Personal propery | unk. | See Note 1. |
| 53 | Various gold or silver coins given to minor children | Personal propery | unk. | See Note 1. |
| 54 | Jewelry rec'd as wedding presents (42 pcs) | Personal propery | unk. | See Note 1. |
| 55 | Jewelry acquired during marriage (8 pieces) | Personal propery | unk. | See Note 1. |
| 56 | Jewelry acquired during marriage (2 pieces) | Personal propery | unk. | See Note 1. |
| 57 | Various gold or silver coins given to minor children (specific weights) | Personal propery | n/a | N/A (see below treatment of silver in safe deposit boxes). |
| 58 | Gold pieces received as wedding presents | Personal propery | unk. | See Note 1. |
| 59 | 1 KG gold bars acquired during marriage (9 pcs) | Personal propery | n/a | N/A (see below treatment of gold in safe deposit boxes). |
| 60 | Remaining contents in safety deposit boxes | Personal propery | unk. | See Note 1. |
| NONE | Gold in safe deposit boxes (weighted items only) | 333.78 troy ounces | $585,783.90 | Approximate value based on spot price as of May 15, 2020. See Note 4. |
| NONE | Silver in safe deposit boxes (weighted items only) | 3 troy ounces | $46.77 | Approximate value based on spot price as of May 15, 2020. See Note 4. |
| 61 | Bank of America: x4199 | Cash | $2,442.44 | See Note 4. |
| 62 | Bank of America: x3831 | Cash | $11,368.46 | See Note 4. |
| 63 | Apartment (530 Park, 12A, New York, NY) | Real Estate | $5,940,200.00 | Approximate realizable value after transaction expenses, subject to change. See Note 4. |
| 64 | Bank of America: x6009 | n/a | $0.00 | See Note 2. |
| 65 | Bank of America: x7632 | Cash | $386,520.23 | See Note 4. |
| 66 | Apartment (530 Park, 12F, New York, NY) | Real Estate | $6,172,512.50 | Approximate realizable value after transaction expenses, subject to change. See Note 4. |
| 67 | Bank of America: x8384 | Cash | $2,540.00 | See Note 4. |

| | | | | |
|---|---|---|---|---|
| 68 | Blade Networks Investment | Private investment | $2,100.00 | Approximate value based on interest in private entity's book value. Subject to aggregate value of other assets of the Receivership Estate, may not need to be liquidated. |
| NONE | Lola Travel Co. | Private investment. Contingent interest in series A preferred shares | $13,000.00 | Value based on most recent 409a report of common stock. Subject to aggregate value of other assets of the Receivership Estate, may not need to be liquidated. |
| 69 | Aldrich Capital Investment (liquidated April 2018) | Cash | $0.00 | Value transferred to Receivership Account. See Note 4. |
| 70 | Reserve Media Investment | Private investment | $0.00 | Value likely wiped out after merger. See Note 2. |
| 71 | TD Ameritrade: x7686 | Approx. cash/equity | $6,904,961.93 | See Note 4. |
| 72 | Iftikar A. Ahmed Family Trust interest in Rakitfi Holdings LLC | n/a | $0.00 | See Note 2. |
| 73 | Bank Check - Iftikar Foundation | Cash | $14,560.00 | See Note 4. |
| 74 | Fidelity: x8965 | Cash/equity | $9,476,865.47 | See Note 4. |
| 75 | Fidelity: x7540 | Cash/equity | $13,890,977.79 | See Note 4. |
| 76 | Fidelity: x5070 | Cash | $5,996.41 | See Note 4. |
| 77 | Fidelity: x5760 | Cash | $399.26 | See Note 4. |
| 78 | Pershing/BNY Brokerage: x0166 | Cash/fixed income | $897,588.68 | See Note 4. |
| 79 | TD Bank Checking: x2774 | Cash | $29.51 | See Note 4. |
| 80 | Cash (Held by HSC LLP) | Cash | $55,223.93 | See Note 4. |
| 81 | Cash (Held by Murtha Cullina LLP) | Cash | $25,000.00 | See Note 4. |
| 82 | Paintings (2) | Personal propery | unk. | See Note 1. |
| 83 | Sculpture of hand | Personal propery | unk. | See Note 1. |
| 84 | Harry Winston Earrings | Personal propery | unk. | See Note 1. |
| 85 | 13 women's designer handbags | Personal propery | unk. | See Note 1. |
| 86 | Fidelity: x1895 | Cash | $95,903.00 | See Note 4. |
| 87 | Fidelity: x8036 | Cash/equity | $96,671.88 | See Note 4. |
| 88 | Fidelity: x9441 | Cash | $85,746.73 | See Note 4. |
| 89 | TD Ameritrade: x7666 | Cash/equity | $1,130,429.94 | See Note 4. |
| 90 | TD Ameritrade: x7674 | Cash/equity | $1,279,891.05 | See Note 4. |
| 91 | TD Ameritrade: x7700 | Cash/equity | $351,979.40 | See Note 4. |
| 92 | Bank of America Trust: x4104 | Cash | $5,002.81 | See Note 4. |
| 93 | Bank of America Trust: x0070 | Cash | $5,002.83 | See Note 4. |
| 94 | Bank of America Trust: x5699 | Cash | $5,004.04 | See Note 4. |
| None | Moat, Inc. / Oracle (Essell Group) | Contingent interest in funds (max value) | $3,566.40 | If funds available, see note 4. Reflects Defendant's 60% interest. |
| | | TOTAL | $84,959,536.01 | |
| | **NOTE 1:** Where value is "unk." no independent valuation was performed as liquidation of the asset does not appear necessary given aggregate value of other Receivership Assets at this time. In an abundance of caution, however, the Receiver proposes to keep the asset frozen and in the Receivership Estate until the Judgment is fully secured in the CRIS account. | **NOTE 2:** Where value is $0, the asset has no appreciable value to the Receivership Estate for a reason other than forfeiture (such as an account balance of $0 or an insurance policy without a surrender value, for example). In an abundance of caution, however, the Receiver proposes to keep the asset frozen and in the Receivership Estate until the Judgment is fully secured in the CRIS account. | **NOTE 3:** Except when indicated, where value is "forfeited," the asset has either (a) been determined to be forfeited by a Court and/or (b) the holder of the asset takes the position that the asset has been forfeited. | **NOTE 4:** The Receiver may need to liquidate this asset and transfer the proceeds of such liquidation to the CRIS account to secure the Judgment. At the appropriate time, and subject to further order of the Court, the Receiver anticipates providing an updated plan of liquidation. |