**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>IFTIKAR AHMED,<br>　　　　　　　Defendant, and<br><br>IFTIKAR ALI AHMED SOLE PROP et al.,<br>　　　　　　　Relief Defendants. | No. 3:15-CV-675 (JBA)<br><br><br><br><br><br><br><br><br>May 27, 2020 |

### RELIEF DEFENDANTS' MOTION TO SEAL MOTION FOR FUNDS

Pursuant to Fed. R. Civ. P. 7 and D. Conn. L. Civ. R. 5(e), Relief Defendants respectfully request that the Court enter an order sealing the instant Motion and supporting Memorandum of Law and Relief Defendants' Motion for Funds. Relief Defendants have filed unredacted versions of this Motion and Memorandum of Law and Motion for Funds under seal and redacted versions of the same documents publicly.[1]

As set forth further in the accompanying memorandum of law, the instant Motion and Motion for Funds should be sealed. In previously sealing portions of Ms. Ahmed's deposition transcript, the Court stated that it "must determine the weight of the presumption of public access to that document and balance against it any competing considerations, such as the privacy interest of those resisting disclosure." [ECF No. 954 at 2 (citing *United States v. Amodeo*, 71 F.3d 1044, 1050 (2d Cir. 1995).] "The 'privacy

---

[1] Consistent with the privacy interests discussed in this Motion and the accompanying memorandum of law, Relief Defendants will be serving the sealed versions of their papers solely on the SEC, the Receiver, and the Defendant, the real parties in interest in this dispute.

10776150v1

interests of innocent third parties . . . should weigh heavily in a court's balancing equation' between the presumption of access and a request to seal." *Id*. *citing Amodeo*, 71 F.3d at 1050. "Both 'financial records' and 'family affairs' are among those 'privacy interests' which may support sealing of documents." *Id*. Here, the information sought sealed deals solely with ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ The Motions certainly do not implicate any public interest. As such, the motions should be sealed.

WHEREFORE, for the foregoing reasons, and for those reasons set forth in Relief Defendants' accompanying memorandum of law, Relief Defendants request that the Motion to Seal and the Motion for Funds be sealed.

Respectfully Submitted,

By: /s/ Paul E. Knag.
Paul E. Knag – ct04194
pknag@murthalaw.com
Murtha Cullina LLP
177 Broad Street, 16th Floor
Stamford, Connecticut 06901
Telephone: 203.653.5400
Facsimile:  203.653.5444

*Attorneys for Relief Defendants
I-Cubed Domain, LLC, Shalini Ahmed,
Shalini Ahmed 2014 Grantor Retained
Annuity Trust, Diya Holdings, LLC, Diya
Real Holdings, LLC, I.I. 1, I.I. 2 and I.I. 3*

2

10776150v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

          */s/ Paul E. Knag*
          Paul E. Knag – ct04194