UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br> v.<br><br>IFTIKAR AHMED,<br>    Defendant, and<br><br>IFTIKAR ALI AHMED SOLE PROP et al.,<br>    Relief Defendants. | No. 3:15-CV-675 (JBA)<br><br><br><br><br><br><br><br><br>May 27, 2020 |

## **RELIEF DEFENDANTS' MOTION FOR FUNDS**

The Relief Defendants submit this Motion for a release of funds ███████ ███████████████ The Relief Defendants are filing this Motion in conjunction with a Motion to Seal pursuant to D. Conn. L. Civ. R. 5(e). The Relief Defendants reserve all rights.

## **BACKGROUND**



███████████

This Court has frozen the entirety of the Relief Defendants' assets to secure the Defendant's judgment. ███████████

As such, Ms. Ahmed requests that the Court grant the request for an immediate release of funds in the amount of ███████ ███████ from the Family Trust to pay ███████ ███████ There is good reason for the Court to grant this request.

## ARGUMENT

### I. There are Assets Frozen in Excess of the Judgment Amount

While the exact amount of the judgment is disputed, it is clear that there are assets frozen in excess of the judgment amount. In his latest Motion for Fees, the Receiver submits a value of the Estate assets at nearly $85 million [ECF No. 1555-11 at 4], which does not include assets he deemed not necessary to value or the disputed

███████████

Oak assets. Given the clear excess of funds over the judgment amount and the equitable nature of the request, the requested release is entirely reasonable under the circumstances.

## II. Equity Favors A Release of Funds

In allowing for a release of funds, albeit subject to conditions, for the Defendant to retain counsel in his Second Circuit appeals, the Court stated that "[S]everal key changes have occurred … amount of judgment has been determined … some Residual Assets will likely remain [after judgment is satisfied] … liquidation has been… delayed." [ECF No. 1405 at 4.] The same considerations apply to the Relief Defendants' request here where the request is ███████████████████████████████████

This Court sits in equity. ███████████████████████████████



## III. The Trust is a Disputed Asset and For the Most Part is Not Being Used to Secure the Judgment.

The Iftikar A. Ahmed Family Trust ("Family Trust") is an appropriate source of funds for the requested relief. The Family Trust was established in 2009 for the benefit of the minor children only. It is an irrevocable, spendthrift Trust under a third-party

Trustee and consists of approximately $6.9 million [ECF No. 1555-11 at 4] held in a TD Ameritrade Account. The Trust also owns a MetLife Insurance Policy and a 99% ownership stake in The Rakitfi Holdings LLC. The Relief Defendants have inquired of the Trustee and he consents to the requested release of the funds ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

While the Court has stated that the Trust can be used to secure the SEC's judgment, that decision is under appeal. In addition, while the Receiver has stated that he only intends to use approximately $31,000[3] [ECF No. 1130-1 at 3] from the Trust for use towards the judgment, that amount is nominal compared to the Trust value and the overall Estate and still leaves millions of dollars in the Trust such that the comparatively nominal requested amount should be released.

### IV. Conclusion.

Wherefore, for the reasons within, the Relief Defendants respectfully request that the Court grant the Motion and allow for release of funds to pay ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

Respectfully Submitted,

By: /s/ Paul E. Knag.
Paul E. Knag – ct04194
pknag@murthalaw.com
Murtha Cullina LLP
177 Broad Street, 16th Floor

---

[3] The Relief Defendants note that the Receiver's estimate amount for the judgment is outdated, and subject to pending motions, appeals and the Supreme Court case *Liu*. The Relief Defendants oppose the use of any of the children's assets including, *inter alia*, the Trust and UGMAs, towards the Defendant's judgment.

10776018v1                                    4

Stamford, Connecticut 06901
Telephone: 203.653.5400
Facsimile:  203.653.5444

*Attorneys for Relief Defendants
I-Cubed Domain, LLC, Shalini Ahmed,
Shalini Ahmed 2014 Grantor Retained
Annuity Trust, Diya Holdings, LLC, Diya
Real Holdings, LLC, I.I. 1, I.I. 2 and I.I. 3*

10776018v1                                     5

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                             _/s/ Paul E. Knag_
                                             Paul E. Knag – ct04194