UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                                            )
UNITED STATES SECURITIES AND                )
EXCHANGE COMMISSION,                        )   No. 3:15-CV-675 (JBA)
            Plaintiff,                      )
                                            )
v.                                          )
                                            )
IFTIKAR AHMED,                              )
            Defendant, and                  )
                                            )
IFTIKAR ALI AHMED SOLE PROP et al.,         )
            Relief Defendants.              )   JUNE 5, 2020
_____ )

## RELIEF DEFENDANTS' RESPONSE IN OPPOSITION TO THE RECEIVER'S FIFTH APPLICATION FOR FEES AND EXPENSES

The Relief Defendants join the Defendant's Response in Opposition (ECF No. 1563) to the Receiver's Fifth Application for Fees and Expenses (ECF No. 1555) to the extent that it does not conflict with the Relief Defendants' currently pending motions before the Court.

Respectfully Submitted,


By: /s/ Paul E. Knag
    Paul E. Knag – ct04194
    pknag@murthalaw.com
Murtha Cullina LLP
177 Broad Street, 16th Floor
Stamford, Connecticut 06901
Telephone: 203.653.5400
Facsimile:  203.653.5444

*Attorneys for Relief Defendants
I-Cubed Domain, LLC, Shalini Ahmed,
Shalini Ahmed 2014 Grantor Retained
Annuity Trust, Diya Holdings, LLC, Diya
Real Holdings, LLC, I.I. 1, I.I. 2 and I.I. 3*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of June, 2020, a copy of the foregoing RELIEF DEFENDANTS' RESPONSE IN OPPOSITION TO THE RECEIVER'S FIFTH APPLICATION FOR FEES AND EXPENSES will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                            */s/ Paul E. Knag*
                                            Paul E. Knag – ct04194