UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>IFTIKAR AHMED,<br><br>Defendant, and<br><br>IFTIKAR AHMED SOLE PROP; *et al*<br><br>Relief Defendants | Civil Action No. 3:15-cv-675 (JBA)<br><br><br><br>June 28TH, 2020 |

**DEFENDANT'S EMERGENCY NOTICE ON HIS MOTION SEEKING LEAVE TO FILE/CONTINUE ARBITRATION [DOC. #1225] AND EMERGENCY MOTION FOR ATTORNEY FEES FOR AAA ACTION [DOC. #1371]**

The *pro se* Defendant respectfully brings to the kind attention of the esteemed Court that it has been an inordinately long time since certain emergency motions were filed with the esteemed Court but they remain pending and undecided. On the other hand, the AAA Action is proceeding in a manner that would render both those motions moot, which would cause irreparable harm and prejudice to the Defendant.

1. The Defendant's **EMERGENCY MOTION SEEKING LEAVE TO FILE/CONTINUE ARBITRATION** (against Oak) [Doc. #1225] was filed on July 08TH, 2019 and was fully briefed as of August 03RD, 2019. It has now been 330 (Three Hundred and Thirty) days (and counting); but a decision by this esteemed Court is yet pending. Compare this time period of 330 days with the esteemed Court's decision in the Oak Motion for Lifting Litigation Stay [Doc. #1132] filed on April 05TH 2019, wherein the esteemed Court took a mere 11 (eleven) days to issue its Order

1

granting Oak's motion since it was fully briefed on May 10TH 2019.

2.	The Defendant's **EMERGENCY MOTION FOR ATTORNEY FEES FOR THE OAK AAA ACTION** [Doc. #1371], which this esteemed Court ruled could proceed, was filed on December 09TH 2010 and was fully briefed as of January 04TH 2020.  That AAA Action is now proceeding full steam, with hearings scheduled for the later part of July 2020, less than a month away.  The Defendant urgently needs legal counsel to represent him in that Action.  This motion for Attorney Fees is now pending a decision of this esteemed Court for over 176 (One Hundred & Seventy Six) days!

The Defendant seeks the esteemed Court's immediate and urgent attention to both these motions and requests a decision on both these long-pending motions at the earliest.

Respectfully Submitted,

Dated:	June 28TH, 2020	/s/ Iftikar Ahmed

_____

Iftikar A. Ahmed
C/O Advocate Anil Sharma
Government Place East
Kolkata 700 069, India

Tel:	+91-983-008-9945
e-mail: iftyahmed@icloud.com

*Pro Se*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and served by electronic mail to:

| | |
|---|---|
| MR. NICHOLAS P. HEINKE, *ESQ.* <br> U.S. Securities and Exchange Commission <br> Byron G. Rogers Federal Building <br> 1961 Stout Street, Ste. 1700 <br> Denver, CO 80294 <br> (303) 844-1071 <br> e-mail: heinken@sec.gov | MR. MARK L. WILLIAMS, *ESQ.* <br> U.S. Securities and Exchange Commission <br> Byron G. Rogers Federal Building <br> 1961 Stout Street, Ste. 1700 <br> Denver, CO 80294 <br> (303) 844-1027 <br> e-mail: williamsml@sec.gov |
| MR. PAUL E. KNAG, *ESQ.* <br> Murtha Cullina, LLP <br> 177 Broad Street, 4th Floor <br> Stamford, CT 06901 <br> (203) 653-5400 <br> Fax: (203) 653-5444 <br> e-mail: pknag@murthalaw.com | MS. KRISTEN LUISE ZAEHRINGER, *ESQ.* <br> Murtha Cullina, LLP <br> 177 Broad Street, 4th Floor <br> Stamford, CT 06901 <br> (203) 653-5406 <br> Fax: (860) 240-5758 <br> e-mail: kzaehringer@murthalaw.com |