WHITEFORD, TAYLOR & PRESTON L.L.P.

SEVEN SAINT PAUL STREET
BALTIMORE, MARYLAND  21202-1636

MAIN TELEPHONE (410) 347-8700
FACSIMILE (410) 752-7092

DELAWARE*
DISTRICT OF COLUMBIA
KENTUCKY
MARYLAND
MICHIGAN
NEW YORK
PENNSYLVANIA
VIRGINIA

WWW.WTPLAW.COM
(800) 987-8705

EDWARD M. BUXBAUM
DIRECT LINE  (410) 347-9408
DIRECT FAX  (410) 223-4308
ebuxbaum@wtplaw.com

March 1, 2021

**VIA ECF ONLY**
**The Honorable Janet Bond Arterton**
*Senior United States District Judge for the District of Connecticut*
Richard C. Lee United States Courthouse
141 Church Street - Room Number 118
New Haven, Connecticut 06510

      RE:    *United States Securities and Exchange Commission v. Ahmed et al.*
             **Case No.: 3:15-cv-00675-JBA**

             Status Update to NMR e-tailing, LLC's Motion to Modify (Dkt. No. 1512)

Dear Judge Arterton,

      I represent intervening party NMR e-tailing, LLC ("NMR") in the above captioned case and write to provide the Court with a status update on issues pertinent to NMR's pending motion to modify (Dkt. No. 1512) the litigation stay relief it previously obtained from this Court (Dkt. No. 1167).

      NMR is a plaintiff in a case pending before the Supreme Court of the State of New York, County of New York, Index No. 656450/2017 (the "New York Case"). That case was filed by NMR in 2017 against Iftikar Ahmed, Oak Management Corporation (his former employer), and other Oak-related entities. Mr. Ahmed defaulted, and judgment as to liability only was entered against him in the New York Case in March 2018. The New York Supreme Court reserved on the entry of damages until trial. Having become aware of this Court's December 20, 2018 Order Appointing Receiver, NMR filed a motion to intervene in the above-referenced case pending before Your Honor to lift the stay imposed by such Order so that NMR could proceed with its claims against the Oak defendants in the New York Case. Your Honor granted NMR's request on May 21, 2019. Dkt. No. 1167.[1]

      Thereafter, the Oak defendants and others obtained relief from this Court to liquidate claims against Mr. Ahmed. *See* Dkt. No. 1167 at p. 13; 1424 at p. 13. On March 9, 2020, and in anticipation of the trial date in the New York Case, NMR filed its motion

---

[1] Mr. Ahmed filed an appeal of this Order to the United States Court of Appeals for the Second Circuit, however, on February 16, 2021, Mr. Ahmed agreed to dismiss this appeal with prejudice. *See* 2nd Circuit Case No.: 19-2974, Dkt. No. 229.

*Whiteford, Taylor & Preston L.L.P. is a limited liability partnership.  Our Delaware offices are operated under a separate Delaware limited liability company, Whiteford, Taylor & Preston L.L.C.*

March 1, 2021
Page 2

to modify the stay relief it obtained from the Court so that it could liquidate its default judgment against Ahmed in the New York Case. Importantly, NMR's motion to modify made clear that in pursing this judgment, NMR *does not seek* to collect or otherwise enforce any money judgment obtained against Mr. Ahmed. Indeed, NMR's motion to modify specifically represented that NMR would not "interfere with the Receiver's interest to preserve Receivership assets and to not enforce any judgment NMR may obtain until further relief from this Court." Dkt. No. 1512 at 2.

The SEC did not oppose NMR's motion to modify. The Receiver filed a response to NMR's motion to modify (Dkt. No. 1535), and requested two minor changes to the proposed order. NMR complied with the Receiver's request, as explained in its reply brief. Dkt. No. 1538. Mr. Ahmed and the Relief Defendants filed oppositions (Dkt. Nos. 1534 and 1566) to NMR's motion, to which NMR filed reply briefs demonstrating why the motion should be granted. Therefore, NMR's motion to modify was fully briefed and ripe for resolution on June 19, 2020.

Trial against Mr. Ahmed was originally set to begin on November 16, 2020. However, due to the pending motion to modify, the New York Supreme Court adjourned the trial date to April 19, 2021 so that Your Honor could address the pending motion and provide authority for NMR to liquidate its claim against Mr. Ahmed. Counsel for NMR informed the New York Court at a February 26, 2021 pretrial conference that the motion to modify remains pending. As a result, the trial date has now been adjourned to May 26, 2021 to provide additional time for Your Honor to rule on NMR's motion to modify. The pretrial conference is set for May 11, 2021. To avoid a further adjournment of the trial in the New York Case, NMR respectfully requests that this Court grant its pending motion to modify so that it may bring the New York Case to a close.

Should Your Honor require any additional information regarding the New York Case, the undersigned will promptly supplement this letter accordingly.

Very truly yours,

/s/ Edward M. Buxbaum

Edward M. Buxbaum

cc: Iftikar Ahmed and all other parties via ECF

*11673114*