UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br>    *Plaintiff*,<br>    *v.*<br>IFTIKAR AHMED,<br>    *Defendant*, and<br><br>IFTIKAR ALI AHMED SOLE PROP; I-CUBED DOMAINS, LLC; SHALINI AHMED; SHALINI AHMED 2014 GRANTOR RETAINED ANNUNITY TRUST; DIYA HOLDINGS LLC; DIYA REAL HOLDINGS, LLC; I.I. 1, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; I.I. 2, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; and I.I. 3, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents,<br><br>    *Relief Defendants*. | Civil No. 3:15cv675 (JBA)<br><br>March 3, 2021 |

**RULING DENYING DEFENDANT'S MOTION TO FILE A SUR-REPLY AND RELIEF DEFENDANT'S MOTION TO JOIN SUR-REPLY OF DEFENDANT**

Defendant moves this Court to file a sur-reply to the Receiver's report [Doc. # 1203] of June 2019 and Relief Defendants move to join him. (Def.'s Mot. to File Sur-Reply [Doc. # 1209]; Relief Def.'s Mot. to Join Sur-Reply [Doc. # 1212].) Leave to file a sur-reply is at the sound discretion of the Court and this Court's chamber preferences clearly state that it does not typically permit them. As neither motion by either Defendant or Relief Defendants articulates persuasive grounds upon which the Court should grant their requests, both motions [Doc. # 1209; Doc. # 1212] are DENIED.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　/s/

Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 3rd day of March 2021