UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>IFTIKAR AHMED,<br><br>Defendant, and<br><br>IFTIKAR AHMED SOLE PROP; *et al*<br><br>Relief Defendants | Civil Action No. 3:15-cv-675 (JBA)<br><br><br><br>MARCH 19TH, 2021 |

**DEFENDANT'S NOTICE REGARDING HIS EMERGENCY MOTION FOR RELEASE OF FUNDS FOR LIVING EXPENSES**

The *pro se* Defendant respectfully files this Notice informing the Court that he now has the means for about one week more for provisions for food and shelter, as per his pending Emergency Motion for Release of Funds for Living Expenses [Doc. #1796, or the "Motion"]. The Defendant respectfully requests that the esteemed Court grant his Motion as the Defendant is in imminent danger of not having a roof over his head or food to eat without the release of funds.

Wherefore, the Defendant urgently requests the esteemed Court to grant the Motion and, thereby, release $1,000 (One Thousand Dollars Only) per month for his living expenses as he has now met all the requirements as earlier stipulated by this Court.

Respectfully Submitted,

Dated: March 19TH, 2021   /s/ Iftikar Ahmed

_____
Iftikar A. Ahmed
C/O Advocate Anil Sharma
Government Place East
Kolkata 700 069, India

Tel:   +91-983-008-9945
e-mail: iftyahmed@icloud.com

*Pro Se*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and served by electronic mail to:

MR. NICHOLAS P. HEINKE, *ESQ.*
U.S. Securities and Exchange Commission
Byron G. Rogers Federal Building
1961 Stout Street, Ste. 1700
Denver, CO 80294
(303) 844-1071
e-mail: heinken@sec.gov

MR. MARK L. WILLIAMS, *ESQ.*
U.S. Securities and Exchange Commission
Byron G. Rogers Federal Building
1961 Stout Street, Ste. 1700
Denver, CO 80294
(303) 844-1027
e-mail: williamsml@sec.gov

MR. PAUL E. KNAG, *ESQ.*
Murtha Cullina, LLP
177 Broad Street, 4th Floor
Stamford, CT 06901
(203) 653-5400
Fax: (203) 653-5444
e-mail: pknag@murthalaw.com

MS. KRISTEN LUISE ZAEHRINGER, *ESQ.*
Murtha Cullina, LLP
177 Broad Street, 4th Floor
Stamford, CT 06901
(203) 653-5406
Fax: (860) 240-5758
e-mail: kzaehringer@murthalaw.com