UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br>            Plaintiff,<br><br>v.<br><br>IFTIKAR AHMED,<br>            Defendant, and<br><br>IFTIKAR ALI AHMED SOLE PROP et al.,<br>            Relief Defendants. | No. 3:15-CV-675 (JBA)<br><br><br><br>March 22, 2021 |

## RELIEF DEFENDANTS' MOTION FOR FUNDS

The Relief Defendants submit this Motion for a release of funds to pay the three minor children's school fees. The Relief Defendants are filing this Motion in conjunction with a Motion to Seal pursuant to D. Conn. L. Civ. R. 5(e). The Relief Defendants reserve all rights.

## BACKGROUND

The three minor children [Redacted] [Redacted] respectively. Throughout the pendency of this litigation, Ms. Ahmed has tried to maintain as much stability in the three minor children's lives as possible, given the extreme circumstances where the entirety of their assets are frozen and where they are now effectively being raised by a single parent, which has unquestionably had a significant impact on their lives. This effort has included, *inter alia*, keeping the children in the same school for both emotional and psychological reasons as they have been at the same school for years, where they know the teachers and have lifelong friends, and which is a safe and secure place for them. In addition, as

the Court and the parties know, there has been significant harassment of Ms. Ahmed (and others) in this case and this has further necessitated and supported keeping the children in the school where Ms. Ahmed is assured of their safety and security.

This Court has frozen the entirety of the Relief Defendants' assets to secure the Defendant's judgment. The Court released funds to pay for the school tuition for the three minor children for the current school year 2020-2021. [ECF No. 1597.] Ms. Ahmed requests that the Court release $162,065 to pay for the tuition and fees for the 2021-2022 school year for the three minor children.

In particular, <span style="color:red">Redacted</span>

Thus, Ms. Ahmed requests a total release of $162,065 from the Iftikar A. Ahmed Family Trust ("Family Trust") to pay the children's school fees and tuition for the academic school year 2021-2022. There is good reason for the Court to grant this request.

---

1 <span style="color:red">Redacted</span>

2 <span style="color:red">Redacted</span>

# ARGUMENT

## I. Equity Favors A Release of Funds

This Court sits in equity. This instant litigation is about to enter its seventh year and the three minor children have experienced significant and severe disruption in their personal lives. Equity would favor a release of funds so that they can continue to have some semblance of continuity and stability in their lives. *Redacted*

– which includes whether the Family Trust assets (established for the sole benefit of the minor children only) can be used to satisfy the Defendant's judgment – would prematurely and irreparably harm the children.

## II. The Trust is a Disputed Asset and the Second Circuit Court May Rule that It May Not Be Used to Secure the Judgment.

The Iftikar A. Ahmed Family Trust ("Family Trust") is an appropriate source of funds for the requested relief. The Family Trust was established in 2009 for the benefit of the minor children only. It is an irrevocable, spendthrift Trust under a third-party Trustee and consists of approximately $7.9 million [ECF No. 1764-5 at 4] held in a TD Ameritrade Account. The Trust also owns a MetLife Insurance Policy and a 99% ownership stake in The Rakitfi Holdings LLC. The Relief Defendants have inquired of the Trustee and he consents to the requested release of the funds to pay the school tuition and fees requested for the benefit of the three minor children.[4]

---

[3] *Redacted*

[4] The Defendant consents to the request. The SEC and the Receiver object to the request.

While the Court has stated that the Trust can be used towards the SEC's judgment, that decision is under appeal.

## CONCLUSION

WHEREFORE, for the reasons within, the Relief Defendants respectfully request that the Court grant the Motion and allow for release of funds to pay the school tuition and fees for the three minor children for the academic year 2021-2022.

Respectfully Submitted,

By: */s/ Paul E. Knag*
Paul E. Knag – ct04194
pknag@murthalaw.com
Murtha Cullina LLP
177 Broad Street, 16th Floor
Stamford, Connecticut 06901
Telephone: 203.653.5400
Facsimile: 203.653.5444

*Attorneys for Relief Defendants
I-Cubed Domain, LLC, Shalini Ahmed, Shalini Ahmed 2014 Grantor Retained Annuity Trust, Diya Holdings, LLC, Diya Real Holdings, LLC, I.I. 1, I.I. 2 and I.I. 3*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of March, 2021, a copy of the foregoing RELIEF DEFENDANTS' MOTION FOR FUNDS will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ Paul E. Knag*
Paul E. Knag – ct04194