UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br>    *Plaintiff*,<br>    *v.*<br>IFTIKAR AHMED,<br>    *Defendant*, and<br><br>IFTIKAR ALI AHMED SOLE PROP; I-CUBED DOMAINS, LLC; SHALINI AHMED; SHALINI AHMED 2014 GRANTOR RETAINED ANNUITY TRUST; DIYA HOLDINGS LLC; DIYA REAL HOLDINGS, LLC; I.I. 1, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; I.I. 2, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; and I.I. 3, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents,<br><br>    *Relief Defendants*. | Civil No. 3:15cv675 (JBA)<br><br>March 23, 2021 |

**RULING DENYING DEFENDANT'S MOTION TO RECONSIDER THE ORDER GRANTING PARTIAL PAYMENT OF FEES TO HARRIS ST. LAURENT**

Defendant moves the Court to reconsider its partial granting of payment to Harris St. Laurent (HSL) [Doc. # 1424] for substantially the same reasons he opposed HSL's original motion seeking a release of fees. (Def.'s Mot. for Reconsideration of Ruling Granting Partial Payment of Fees to HSL [Doc. 1443]; *see also* Def.'s Response to HSL & Chaudhry's Mot. to Withdraw, for Payment of Atty's Fees, and, in the Alt., for Relief from the Stay of Lit. [Doc. # 1174].) The only additional ground he raises in support of his motion for reconsideration is that, because HSL has retained possession of Ms. Ahmed's Harry Winston earrings, the payment released to HSL is excessive. However, the earrings at issue have since been transferred to the possession of the Receiver and therefore HSL's retention of the earrings no longer constitutes grounds for reconsideration. (*See* Receiver's Mot. to Withdraw Mot. for Entry of an Order Compelling Transfer of Physical Possession of Certain

Earrings [Doc. # 1671] at 2 (noting that HSL surrendered the earrings to the Receiver's counsel on October 27, 2020).) Accordingly, Defendant's motion [Doc. # 1443] is DENIED as moot.

IT IS SO ORDERED.

/s/

Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 23rd day of March 2021.