UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>IFTIKAR AHMED<br><br>        Defendant, and<br>and<br><br>IFTIKAR ALI AHMED SOLE PROP; I-CUBED DOMAINS, LLC; SHALINI AHMED; SHALINI AHMED 2014 GRANTOR RETAINED ANNUNITY TRUST; DIYA HOLDINGS LLC; DIYA REAL HOLDINGS, LLC; I.I. 1, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; I.I. 2, a minor child, by and through his next friends, IFTIKAR and SHALINI AHMED, his parents; I.I. 3, a minor child, by and through his next friends, IFTIKAR and SHALINI AHMED, his parents<br><br>        Relief Defendants. | Civil Action No.<br>3:15-cv-675-JBA<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>April 1, 2021 |

**RECEIVER'S CONSOLIDATED RESPONSE TO THE MOTIONS TO SEAL AND MOTIONS TO UNSEAL FILED BY THE COMMISSION AND THE DEFENDANT**

Jed Horwitt, Esq., in his capacity as Court-appointed receiver of the Receivership Estate[1] (the "Receiver"), through his undersigned counsel, responds (the "Response") to the Defendant's Motion and Memorandum of Law to Seal [Doc. No. 1793]; Plaintiff United States Securities and Exchange Commission's Consolidated (1) Motion to Unseal its Motion to Preclude Further Affidavits from Defendant Iftikar Ahmed and (2) Opposition to Ahmed's Motion to Seal [Doc.

---

[1] Unless expressly defined otherwise, the Receiver incorporates by reference the definitions of terms set forth in the Report of Receiver [Doc. No. 1130] (the "Report").

1

No. 1803]; Defendant's Cross-Motion to Unseal All Sealed Documents Used in the Adjudication of Summary Judgment on Liability and Summary Judgment on Damages in this Proceeding [Doc. No. 1807]; Plaintiff United States Securities and Exchange Commission's Motion to Seal Exhibit 1 of its Opposition to Defendant's Emergency Motion for the Release of Funds for Living Expenses [Doc. No. 1834]; and, Defendant's Motion to Seal SEC's Opposition to Defendant's Emergency Motion for the Release of Funds for Living Expenses [Doc. No. 1837] (collectively, the "Motions"). In support of his Response, the Receiver respectfully states as follows.

In the Receiver's view the relief sought in the Motions and the granting or denial thereof does not impair the Receiver's ability to fulfill his obligations under the Appointment Order. Therefore, the Receiver takes no position with respect to the relief requested in the Motions. Upon request, the Receiver or his counsel will attend any hearings scheduled by the Court on this matter and provide any relevant information and assistance that the Court may request in addressing the issues outlined in the Motions.

> Respectfully submitted,
> JED HORWITT, ESQ., RECEIVER
>
>  /s/ Christopher H. Blau
> Eric A. Henzy (ct12849)
> Christopher H. Blau (ct30120)
> Zeisler & Zeisler, P.C.
> 10 Middle Street, 15th Floor
> Bridgeport, CT  06604
> Telephone: 203-368-4234
> Facsimile: 203-549-0903
> Email: cblau@zeislaw.com;
> ehenzy@zeislaw.com
> *Counsel to the Receiver*

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2021, a copy of the foregoing Response was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System. Furthermore, a copy of the foregoing was sent via email to the Defendant, Iftikar A. Ahmed, at iftyahmed@icloud.com and i3siam@protonmail.com.

        */s/ Christopher H. Blau*
        Christopher H. Blau (ct30120)