UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> IFTIKAR AHMED, <br><br> Defendant, and <br><br> IFTIKAR AHMED SOLE PROP; *et al* <br><br> Relief Defendants | Civil Action No. 3:15-cv-675 (JBA) <br><br><br><br><br><br> APRIL 04TH, 2021 |

**DEFENDANT'S RESPONSE TO RECEIVER'S CONSOLIDATED RESPONSE TO DEFENDANT'S MOTION TO COMPEL TRACY KLESTADT TO DISCLOSE TERMS OF SETTLEMENT WITH OAK AND DEFENDANT'S MOTION FOR NMR E-TAILING TO DISCLOSE TERMS OF SETTLEMENT WITH OAK**

The *pro se* Defendant respectfully files this Response to the Receiver's Consolidated Response [Doc. #1841, or "Response"] to the Defendant's Motion to Compel Tracy Klestadt to Disclose Terms of Settlement with Oak [Doc. #1786] and the Defendant's Motion to Compel NMR E-Tailing to Disclose Terms of Settlement with Oak [Doc. #1783].

The Defendant reserves all rights.

Since the Receiver "takes no position with respect to the relief sought in the Motions to Compel" [Response at 3], the *pro se* Defendant simply addresses the procedural concerns raised by the Receiver.

The Defendant is *pro se* and the Court has denied the Defendant the ability to have counsel in this proceeding, which has irreparably prejudiced the Defendant and which is an issue on appeal in the Second Circuit Court of Appeals.

1

The *pro se* Defendant has no idea *how* to subpoena and indeed, was not able to earlier in this proceeding because he cannot sign any papers for subpoena, as he is not an attorney or officer of the Court, and he cannot get any papers to the Clerk's office for the signature. Should the Court deem it necessary for the *pro se* and indigent Defendant to first subpoena Tracy Klestadt and/or NMR e-Tailing before seeking to compel, the *pro se* Defendant respectfully requests the aid or guidance of someone who can lead him through that process, else the Defendant is irreparably prejudiced.

Alternatively, until and unless the Court allows for the Defendant to have some sort of representative who can do so for the Defendant (which would have been legal counsel had Defendant been represented in this proceeding), the Defendant is unable to do so as this Court has frozen all of the Defendant's assets. Not only is the Defendant not able to obtain a proper *subpoena*, the Defendant cannot serve papers without counsel or funds released by this Court. Should the Court release funds for the Defendant to be represented in his Company C matters (which is pending), the Defendant would ask counsel to properly subpoena both Tracy Klestadt and NMR e-Tailing.

However, as it is, the Defendant is a proper party to the NMR e-Tailing proceeding against Oak as well as the SDNY Bankruptcy Proceeding where Oak seeks to be substituted as Plaintiff as a result of the settlement obtained in the Plan Administrator/Oak proceeding.

Most importantly, the information requested impacts this instant proceeding as it is Oak that claims to be the alleged victim and these proceedings between Tracy Klestadt and Oak, and also NMR e-Tailing and Oak, were settled based on a transaction at issue in this instant proceeding.

These settlements impact the amount of judgment in this instant proceeding.

Respectfully Submitted,

Dated:     APRIL 04TH, 2021            /s/ Iftikar Ahmed

_____
Iftikar A. Ahmed
C/O Advocate Anil Sharma
Government Place East
Kolkata 700 069, India

Tel:    +91-983-008-9945
e-mail: iftyahmed@icloud.com
*Pro Se*

3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and served by electronic mail to:

MR. NICHOLAS P. HEINKE, *ESQ.*
U.S. Securities and Exchange Commission
Byron G. Rogers Federal Building
1961 Stout Street, Ste. 1700
Denver, CO 80294
(303) 844-1071
e-mail: heinken@sec.gov

MR. MARK L. WILLIAMS, *ESQ.*
U.S. Securities and Exchange Commission
Byron G. Rogers Federal Building
1961 Stout Street, Ste. 1700
Denver, CO 80294
(303) 844-1027
e-mail: williamsml@sec.gov

MR. PAUL E. KNAG, *ESQ.*
Murtha Cullina, LLP
177 Broad Street, 4th Floor
Stamford, CT 06901
(203) 653-5400
Fax: (203) 653-5444
e-mail: pknag@murthalaw.com

MS. KRISTEN LUISE ZAEHRINGER, *ESQ.*
Murtha Cullina, LLP
177 Broad Street, 4th Floor
Stamford, CT 06901
(203) 653-5406
Fax: (860) 240-5758
e-mail: kzaehringer@murthalaw.com