EXHIBIT   A

**DISGORGEMENT CONCEDED BY THE SEC AS TIME-BARRED, FINAL DECISION RENDERED, NOT APPEALED**

| Company | Date of Transaction | SEC's Alleged Disgorgement Amount | Conceded by SEC As Time-Barred | Court Ruling as Time-Barred |
|---|---|---|---|---|
| Company D | Dec-04 | NA | Yes, Doc #667 at 10, 13 | Yes, Doc. #835 at 29-30 |
| | Jul-06 | $1,800,000 | Yes, Doc #667 at 10, 13 | Yes, Doc. #835 at 29-30 |
| | Jan-07 | $6,600,000 | Yes, Doc #667 at 10, 13 | Yes, Doc. #835 at 29-30 |
| | Aug-07 | $800,528.81 | Yes, Doc #667 at 10, 13 | Yes, Doc. #835 at 29-30 |
| Company E | Jul-05 | $1,360,000 | Yes, Doc #667 at 10, 13 | Yes, Doc. #835 at 29-30 |
| | Nov-05 | $92,285.15 | Yes, Doc #667 at 10, 13 | Yes, Doc. #835 at 29-30 |
| Company J | Apr-06 | $1,800,000 | Yes, Doc #667 at 10, 13 | Yes, Doc. #835 at 29-30 |
| Company F | Jun-07 | $250,030 | Yes, Doc #667 at 10, 13 | Yes, Doc. #835 at 29-30 |
| | Oct-07 | $516,417 | Yes, Doc #667 at 10, 13 | Yes, Doc. #835 at 29-30 |
| Company G | Dec-07 / Jan-08 | $4,701,050.56 | Yes, Doc #667 at 10, 13 | Yes, Doc. #835 at 29-30 |
| | Oct-09 | $2,101,185.45 | Yes, Doc #667 at 10, 13 | Yes, Doc. #835 at 29-30 |
| Company H | Apr-09 | $2,229,509.58 | Yes, Doc #667 at 10, 13 | Yes, Doc. #835 at 29-30 |

**TOTAL TIME-BARRED**        **$22,251,006.55**