# EXHIBIT B

**DISGORGEMENT CONCEDED BY THE SEC AS TIME-BARRED**
**PREJUDGMENT INTEREST AS A % OF SEC DISGORGEMENT**

| Company | Date of Transaction | SEC's Alleged Disgorgement Amount | Conceded by SEC As Time-Barred | Court Ruling as Time-Barred | SEC's prejudgment interest calculation | SEC's prejudgment interest as % of SEC's disgorgement amount (1) |
|---|---|---|---|---|---|---|
| Company D | Dec-04 | NA | Yes, Doc #667 at 10, 13 | Yes, Doc. #835 at 29-30 | NA | |
|  | Jul-06 | $1,800,000 | Yes, Doc #667 at 10, 13 | Yes, Doc. #835 at 29-30 | $854,245.33 | 47.5% |
|  | Jan-07 | $6,600,000 | Yes, Doc #667 at 10, 13 | Yes, Doc. #835 at 29-30 | $2,751,277.09 | 41.7% |
|  | Aug-07 | $800,528.81 | Yes, Doc #667 at 10, 13 | Yes, Doc. #835 at 29-30 | $282,707.40 | 35.3% |
| Company E | Jul-05 | $1,360,000 | Yes, Doc #667 at 10, 13 | Yes, Doc. #835 at 29-30 | $787,755 | 57.9% |
|  | Nov-05 | $92,285.15 | Yes, Doc #667 at 10, 13 | Yes, Doc. #835 at 29-30 | $50,348.80 | 54.6% |
| Company J | Apr-06 | $1,800,000 | Yes, Doc #667 at 10, 13 | Yes, Doc. #835 at 29-30 | $887,415 | 49.3% |
| Company F | Jun-07 | $250,030 | Yes, Doc #667 at 10, 13 | Yes, Doc. #835 at 29-30 | $92,866 | 37.1% |
|  | Oct-07 | $516,417 | Yes, Doc #667 at 10, 13 | Yes, Doc. #835 at 29-30 | $173,184 | 33.5% |
| Company G | Dec-07 / Jan-08 | $4,701,050.56 | Yes, Doc #667 at 10, 13 | Yes, Doc. #835 at 29-30 | $1,476,809.93 | 31.4% |
|  | Oct-09 | $2,101,185.45 | Yes, Doc #667 at 10, 13 | Yes, Doc. #835 at 29-30 | $416,451.48 | 19.8% |
| Company H | Apr-09 | $2,229,509.58 | Yes, Doc #667 at 10, 13 | Yes, Doc. #835 at 29-30 | $491,674.81 | 22.1% |
| **TOTAL TIME-BARRED** | | **$22,251,006.55** | | | **$8,264,734.59** | **37.1%** |

Note (1): Calculated as "SEC's Prejudgment Interest Calculation" divided by "SEC's Alleged Disgorgement Amount." For example, using July-06 Company D transaction would result in $854,245.33 divided by $1,800,000 which equals 47.5%. The same methodology is used for all transactions.