UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br>    *Plaintiff*,<br>    *v.*<br>IFTIKAR AHMED,<br>    *Defendant*, and<br><br>IFTIKAR ALI AHMED SOLE PROP; I-CUBED DOMAINS, LLC; SHALINI AHMED; SHALINI AHMED 2014 GRANTOR RETAINED ANNUITY TRUST; DIYA HOLDINGS LLC; DIYA REAL HOLDINGS, LLC; I.I. 1, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; I.I. 2, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; and I.I. 3, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents,<br><br>    *Relief Defendants*. | Civil No. 3:15cv675 (JBA)<br><br>May 12, 2021 |

**ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION**

Motions for reconsideration "shall not be routinely filed," D. Conn. L. R. Civ. P. 7(c), and may be granted only if the movant brings to the Court's attention "an intervening change of controlling law, the availability of new evidence, or the need to correct a clear error or prevent manifest injustice." *Virgin Atl. Airways, Ltd. v. Nat'l Mediation Bd.*, 956 F.2d 1245, 1255 (2d Cir. 1992). Defendant's claim that he received funds "as the equivalent of charity," (Def.'s Mot. for Recon. [Doc. # 1932] at 1), is not new, just Defendant's reformulation of his prior statement "[f]or my services, they give me cash, [which] I spend on [my] commute to work," ([Doc. # 1795-3]).  Defendant's correction that he did not receive "free" housing but paid a portion of his cash received for services ($270) for rent does not alter the result. (*Id.*) His claim of manifest injustice ignores the Court's discrediting of Defendant's self-serving representations. As Defendant does not identify a

change of law, new evidence, or a verifiable clear error or manifest injustice, his motion for reconsideration [Doc. # 1932] is DENIED.

                                              IT IS SO ORDERED.

                                              _____/s/_____

                                              Janet Bond Arterton, U.S.D.J.

                                              Dated at New Haven, Connecticut this 12th day of May 2021.