UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br>　　　　　　Plaintiff,<br><br>v.<br><br>IFTIKAR AHMED,<br>　　　　　　Defendant, and<br><br>IFTIKAR AHMED SOLE PROP; *et al*<br>　　　　　　Relief Defendants | Civil Action No. 3:15-cv-675 (JBA)<br><br><br><br><br><br>MAY 25TH, 2021 |

**DEFENDANT'S THIRD EMERGENY NOTICE OF SUPPORT FOR A RELEASE OF FUNDS FOR COUNSEL IN THE NMR E-TAILING NY STATE CASE**

The *pro se* Defendant respectfully files this Third **Emergency** Notice of Support for his Motion for an immediate release of funds to be able to retain legal counsel in the NMR e-Tailing ("NMR") New York State Litigation (the "NMR Case" and the "NY Court")[1] [Doc. #1910 or the "Motion"],[2] following and supporting his First and Second Notices [Doc. ##1950, 1983] of Support for the Motion

The trial on damages in the NMR Case is scheduled for tomorrow morning, Wednesday May 26TH 2021. Within the last couple of hours, the Defendant has received, from NMR, document that has the designation "**CONFIDENTIAL – FOIA Confidentiality Requested**" and "**OAK-SEC-00000001**" on it. The Defendant believes that is a document produced in this instant matter under the protective order but does not know for sure.

---

[1] Supreme Court of the State of New York, County of New York, Index No. 656450/2017.

[2] The Motion is fully briefed and pending.

The *pro se* Defendant requires the immediate assistance of legal counsel in the NMR Case.

                              Respectfully Submitted,

Dated:  May 25TH, 2021                       /s/ Iftikar Ahmed

                                         Iftikar A. Ahmed
                                         C/O Advocate Anil Sharma
                                         Government Place East
                                         Kolkata 700 069, India
                                         Tel:     +91-983-008-9945
                                         e-mail: iftyahmed@icloud.com
                                         *Pro Se*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and served by electronic mail to:

MR. NICHOLAS P. HEINKE, *ESQ*.
U.S. Securities and Exchange Commission
Byron G. Rogers Federal Building
1961 Stout Street, Ste. 1700
Denver, CO 80294
(303) 844-1071
e-mail: heinken@sec.gov

MR. MARK L. WILLIAMS, *ESQ*.
U.S. Securities and Exchange Commission
Byron G. Rogers Federal Building
1961 Stout Street, Ste. 1700
Denver, CO 80294
(303) 844-1027
e-mail: williamsml@sec.gov

MR. PAUL E. KNAG, *ESQ*.
Murtha Cullina, LLP
177 Broad Street, 4th Floor
Stamford, CT 06901
(203) 653-5400
Fax: (203) 653-5444
e-mail: pknag@murthalaw.com