UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br>　　　　　　　Plaintiff,<br><br>v.<br><br>IFTIKAR AHMED,<br>　　　　　　　Defendant, and<br><br>IFTIKAR AHMED SOLE PROP; *et al*<br>　　　　　　　Relief Defendants | Civil Action No. 3:15-cv-675 (JBA)<br><br><br><br>July 08TH, 2021 |

## NOTICE OF APPEAL

　　Notice is hereby given that the *pro se* Defendant in the above mentioned case, hereby appeals to the United States Court of Appeals for the Second Circuit from the following Orders and Rulings of this esteemed Court.

1. Redetermination of Defendant's Disgorgement Obligation [Doc. #1997] dated June 16TH 2020; and

2. Redetermined Final Amended Judgment [Doc. #2011] dated July 06TH 2021.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

Dated:  July 08TH, 2021　　　　　　　　　/s/ Iftikar Ahmed
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Iftikar A. Ahmed
　　　　　　　　　　　　　　　　　　　　　　　C/O Advocate Anil Sharma
　　　　　　　　　　　　　　　　　　　　　　　Government Place East
　　　　　　　　　　　　　　　　　　　　　　　Kolkata 700 069, India
　　　　　　　　　　　　　　　　　　　　　　　Tel:　　+91-983-008-9945
　　　　　　　　　　　　　　　　　　　　　　　e-mail: iftyahmed@icloud.com
　　　　　　　　　　　　　　　　　　　　　　　*Pro Se*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and served by electronic mail to:

| | |
|---|---|
| MR. NICHOLAS P. HEINKE, *ESQ.*<br>U.S. Securities and Exchange Commission<br>Byron G. Rogers Federal Building<br>1961 Stout Street, Ste. 1700<br>Denver, CO 80294<br>(303) 844-1071<br>e-mail: heinken@sec.gov | MR. MARK L. WILLIAMS, *ESQ.*<br>U.S. Securities and Exchange Commission<br>Byron G. Rogers Federal Building<br>1961 Stout Street, Ste. 1700<br>Denver, CO 80294<br>(303) 844-1027<br>e-mail: williamsml@sec.gov |

MR. PAUL E. KNAG, *ESQ.*
Murtha Cullina, LLP
177 Broad Street, 4th Floor
Stamford, CT 06901
(203) 653-5400
Fax: (203) 653-5444
e-mail: pknag@murthalaw.com