# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

_____
|                                              | )
| UNITED STATES SECURITIES AND                 | )
| EXCHANGE COMMISSION,                         | )    No. 3:15-CV-675 (JBA)
|                                              | )
|                     Plaintiff,               | )
|                                              | )
|         v.                                   | )
|                                              | )
| IFTIKAR AHMED,                               | )
|                     Defendant, and           | )
|                                              | )
| IFTIKAR ALI AHMED SOLE PROP et al.,          | )
|                                              | )    SEPTEMBER 20, 2021
|                     Relief Defendants.       | )
_____ )

## RELIEF DEFENDANTS' RESPONSE IN OPPOSITION TO THE RECEIVER'S TENTH APPLICATION FOR FEES AND EXPENSES

The Relief Defendants join the Defendant's Response in Opposition (ECF No. 2082) to the Receiver's Tenth Application for Fees and Expenses (ECF No. 2039) to the extent that it does not conflict with the Relief Defendants' currently pending motions before the Court.

Respectfully Submitted,

By: /s/ Paul E. Knag
Paul E. Knag – ct04194
pknag@murthalaw.com
Kristen L. Zaehringer – ct27044
kzaehringer@murthalaw.com
Murtha Cullina LLP
107 Elm Street, 11th Floor
Stamford, Connecticut 06902
Telephone: 203.653.5400
Facsimile:  203.653.5444

*Attorneys for Relief Defendants*
*I-Cubed Domain, LLC, Shalini Ahmed,*
*Shalini Ahmed 2014 Grantor Retained*
*Annuity Trust, Diya Holdings, LLC, Diya*
*Real Holdings, LLC, I.I. 1, I.I. 2 and I.I. 3*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

 /s/ Paul E. Knag
Paul E. Knag – ct04194