UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>IFTIKAR AHMED,<br><br>Defendant, and<br><br>IFTIKAR ALI AHMED SOLE PROP; I-CUBED DOMAINS, LLC; SHALINI AHMED; SHALINI AHMED 2014 GRANTOR RETAINED ANNUITY TRUST; DIYA HOLDINGS LLC; DIYA REAL HOLDINGS, LLC; I.I. 1, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; I.I. 2, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; and I.I. 3, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents,<br><br>Relief Defendants. | Civil Action No. 3:15cv675 (JBA) |

**PLAINTIFF UNITED STATES SECURITIES AND EXCHANGE COMMISSION'S RESPONSE TO THE RECEIVER'S APPLICATION FOR AUTHORITY TO EMPLOY VERDOLINO & LOWEY, P.C. NUNC PRO TUNC TO NOVEMBER 29, 2021 AS TAX AND FORENSIC ACCOUNTING PROFESSIONALS FOR THE RECEIVER**

Plaintiff United States Securities and Exchange Commission ("SEC") hereby files this response in support of the Receiver's application for an order authorizing the Receiver to retain and employ Verdolino & Lowey, P.C. ("V&L"), *nunc pro tunc* to November 29, 2021, as tax and forensic accounting professionals to the Receiver. Doc. # 2041 ("Application").

As outlined in the Application, the Receiver's request to retain V&L is consistent with both the Order Appointing Receiver (Doc. # 1070) as well as this Court's ruling at the December

20, 2021 hearing whereby the Receiver was directed to promptly file an application to retain tax professionals. In the SEC's view, V&L is qualified to provide the necessary tax and forensic accounting services to the Receiver, and the retention of V&L for those services is necessary to, among other things, effectuate the Court's Order that certain tax obligations be paid upon liquidation.

In sum, the Court should grant the Receiver's Application.

DATED: January 24, 2022.

*s/ Mark L. Williams*
Nicholas P. Heinke
Mark L. Williams
U.S. Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, CO 80294-1961
(303) 844-1071 (Heinke)
(303) 844-1027 (Williams)
HeinkeN@sec.gov
WilliamsML@sec.gov
Attorneys for Plaintiff

CERTIFICATE OF SERVICE

      I certify that on January 24, 2022, a copy of the foregoing document was emailed to Defendant Iftikar Ahmed at IftyAhmed@icloud.com, and served via ECF upon the following:

Paul E. Knag
Kristen L. Zaehringer
Murtha Cullina, LLP
177 Broad Street, 4th Floor
Stamford, CT 06901
(Counsel for Relief Defendants)

Christopher H. Blau
Stephen M. Kindseth
Zeisler & Zeisler, P.C.
10 Middle Street, 15th Floor
Bridgeport, CT 06604
(Counsel for Receiver, Jed Horwitt, Esq.)

                                                  *s/ Mark L. Williams*
                                                  Mark L. Williams