UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                                               )
UNITED STATES SECURITIES AND    )
EXCHANGE COMMISSION,               )    No. 3:15-CV-675 (JBA)
                                               )
                 Plaintiff,                   )
                                               )
      v.                                     )
                                               )
IFTIKAR AHMED,                         )
                Defendant, and     )
                                               )
IFTIKAR ALI AHMED SOLE PROP et al.,  )
                                             )    February 15, 2022
               Relief Defendants.   )
_____)

## **RELIEF DEFENDANTS' MOTION TO KEEP ACCOUNTS OPEN**

The Relief Defendants submit this Motion for an Order from the Court to keep various accounts open that hold the assets that the Receiver has liquidated in Phase I. The Relief Defendants reserve all rights.

## **BACKGROUND**

The Court has ordered the liquidation of non-unique assets in the Receiver's Phase I liquidation plan. [ECF No. 2147.] The Relief Defendants have requested of the Receiver that the various accounts holding these funds remain open, pending appellate resolution of the various issues on appeal. The Receiver's counsel has stated that he "do[es] not believe the Receiver has an obligation… to keep the accounts open" but that they will stay open "for the time being."

## **ARGUMENT**

The Relief Defendants are concerned that the various accounts will automatically close once funds are transferred out of an account. The Relief Defendants respectfully

request that the Court order that the accounts remain open, pending appeals. There is good reason for the Court to grant this request.

*First*, there are a variety of issues under appeal that could change the judgment amount. There is also nominee issue that is under appeal. Should the Second Circuit find, inter alia, for the Relief Defendants, the Relief Defendants will request a transfer back to the original account of any funds taken from that account in the amount before liquidation.

*Second*, there have been several attempts by the financial firms to close the various accounts. In particular, Bank of America has tried to close an account and also a safe deposit box, during the pendency of the litigation. Having the Court order the continued maintenance of these accounts will ensure that the accounts stay open pending appeal.

*Third*, certain accounts have been opened as UTMA and/or Trust accounts only. It would simplify matters logistically to keep the original accounts in the event of a reversal by the Second Circuit.

*Fourth*, as the SEC and Receiver are aware, the Defendant has found it extremely difficult, if not impossible, to open accounts during the pendency of this litigation. It is possible that the Relief Defendants will face the same issue, by association with this case, if any of the accounts are closed.

*Lastly*, there is no prejudice to any party by this request, which simply assures that if the appellate courts find for the Relief Defendants, or Defendant, that a seamless transfer back of funds can occur to the original account.

## CONCLUSION

The Relief Defendants respectfully request the Court order that the accounts where the Receiver has liquidated assets, remain open, pending appeal.

Respectfully Submitted,

By: /s/ Paul E. Knag
    Paul E. Knag – ct04194
    pknag@murthalaw.com
Murtha Cullina LLP
107 Elm Street, Suite 1101
Four Stamford Plaza, 11th Floor
Stamford, Connecticut 06902
Telephone: 203.653.5400
Facsimile:  203.653.5444

*Attorneys for Relief Defendants
I-Cubed Domain, LLC, Shalini Ahmed,
Shalini Ahmed 2014 Grantor Retained
Annuity Trust, Diya Holdings, LLC, Diya
Real Holdings, LLC, I.I. 1, I.I. 2 and I.I. 3*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of February, 2022, a copy of the foregoing RELIEF DEFENDANTS' MOTION TO KEEP ACCOUNTS OPEN will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

    /s/ Paul E. Knag
    Paul E. Knag – ct04194