**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

_____
                                          )
UNITED STATES SECURITIES AND              )
EXCHANGE COMMISSION,                      )   No. 3:15-CV-675 (JBA)
                                          )
        Plaintiff,                      )
                                          )
   v.                                     )
                                          )
IFTIKAR AHMED,                            )
        Defendant, and                  )
                                          )
IFTIKAR ALI AHMED SOLE PROP et al.,       )
                                          )   MAY 10, 2022
        Relief Defendants.              )
_____ )

## RELIEF DEFENDANTS' MOTION FOR RELEASE OF FUNDS TO PAY APPELLATE COUNSEL FEES AND EXPENSES

The Relief Defendants submit this Motion for release of funds to pay appellate counsel fees and expenses in the amount of $53,981.25 for the month of March 2022 [Exhibit 1]. The Relief Defendants have redacted some information on the exhibits presented in support, pursuant to the Court's order [ECF No. 2200] with respect to similar information presented in two pending motions for release of funds to pay appellate counsel fees and expenses. [ECF Nos. 2204, 2209 (resubmitted Motion and Reply) and ECF Nos. 2230, 2238]

The Relief Defendants provide the Court with an updated declaration [Exhibit 2] as well as supporting documentation [Exhibit 3]. Relief Defendants provide the Court with the amount of expenditures incurred in March 2022, for which Relief Defendants seek attorney's fees, aggregated into general categories for the Court's convenience. *See* Exhibit 3, p. 1. These monthly expenditures have been aggregated from credit card

12187331v1
12191142v1

statements, check and cash payments.[1]  The expenses vary from month to month, due to the nature of the expenses incurred.

As depicted, Relief Defendants' expenses in March 2022 exceeded the amount of money released from the Court for living expenses.  These expenses have increased over time, as the children are older now and also due to significant inflation. Over the last six years, there has been rising inflation and the most recent annual inflation rate "accelerated to 8.5% in March of 2022, the highest since December of 1981" [Exhibit 4]. The amount fixed for living expenses has not been updated in over six years; resulting in double digit increase to expenses since then. [Exhibit 5, showing inflation near 0% in 2015, increasing on average 2% per year until 2022, wherefrom it has consistently increased to 8.5% currently]. Furthermore, expenses have increased as the three minor children are older now and also, prices have increased and are expected to continue to rise.

In an effort to comply with the Court's order without overloading the Court with documents, Relief Defendants have submitted examples of the types of invoices that Ms. Ahmed has incurred or paid in the month of March 2022.[2]  These include regular expenditures as well as unexpected expenditures.

---

[1] One credit card has a billing cycle from mid-month to mid-month, but Ms. Ahmed has attempted to aggregate the expenses accrued for each month.

[2] Consistent with Relief Defendants' prior requests for appellate attorney's fees (which remain pending before the Court), Relief Defendants have not submitted the invoice for every expenditure incurred or paid in March 2022, but have instead submitted exemplary invoices.  If the Court concludes that additional documentation is needed, Relief Defendants respectfully request guidance from the Court as to what documentation is needed.

12187331v1
12191142v1

WHEREFORE, the Relief Defendants respectfully request that the Court grant the requested release of funds for payment towards outstanding appellate fees and expenses.

                              Respectfully Submitted,

                              By: /s/ Paul E. Knag
                              Paul E. Knag – ct04194
                              pknag@murthalaw.com
                              Murtha Cullina LLP
                              107 Elm Street, Suite 1101
                              Four Stamford Plaza, 11th Floor
                              Stamford, Connecticut 06902
                              Telephone: 203.653.5400
                              Facsimile:  203.653.5444

*Attorneys for Relief Defendants I-Cubed Domain, LLC, Shalini Ahmed, Shalini Ahmed 2014 Grantor Retained Annuity Trust, Diya Holdings, LLC, Diya Real Holdings, LLC, I.I. 1, I.I. 2 and I.I. 3*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                                           /s/ Paul E. Knag
                                                  Paul E. Knag – ct04194

12187331v1
12191142v1