# Exhibit 2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) | No. 3:15-CV-675 (JBA) |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| IFTIKAR AHMED, | ) ) | |
| Defendant, and | ) ) | |
| IFTIKAR ALI AHMED SOLE PROP; *et al* | ) ) | May 2, 2022 |
| Relief Defendants. | ) ) | |

**DECLARATION OF SHALINI AHMED REGARDING
<u>INABILITY TO PAY ATTORNEY FEES</u>**

Pursuant to 28 U.S.C. § 1746, I, Ms. SHALINI AHMED, hereby declare under penalty of perjury under the laws of the United States of America that the following is true and correct to the best of my knowledge and belief:

1. The Court has allowed for the release of up to $350,000 (Three Hundred and Fifty Thousand Dollars only) for the payment of the Relief Defendants' appellate counsel's fees and expenses (ECF. No. 1287).

2. On the Court's instructions, I am submitting this declaration regarding my inability to pay the appellate attorney fees and expenses of Relief Defendants' counsel, Jenner & Block.

3. I do not have sufficient funds from any source to pay appellate counsel, as my self-employment efforts have not yielded net income, I have no other source of income that will allow me to pay these fees, and no other individual will pay or lend funds to pay my

attorney's fees. My assets that could be used to pay for appellate counsel have been frozen by the Court's order.

4. I do not have funds left from the amounts released for monthly living expenses for my three minor children and myself, to use towards payment of attorney fees and have provided detail to the Court on such.

5. In view of the Court's guidance, I have, to the best of my ability, prepared a spreadsheet of amount of expenditures incurred in the month for which I seek fees, *i.e.*, March 2022. These monthly expenditures have been aggregated from credit card statements, check and cash payments. One credit card has a billing cycle from mid-month to mid-month, but I have attempted to aggregate the expenses accrued for each month. That spreadsheet appears at the front of Exhibit 3.

6. To the best of my ability, I have tried to identify various expenses I have incurred in March 2022 and divided them into general categories such as Food/Grocery, and so forth.

7. As the spreadsheet shows, my expenses have exceeded the monthly release for living expenses from the Court.

8. I have also collected some of the invoices for expenses that have been incurred or paid in the month of March 2022. These are simply examples of the various bills, both regular and unexpected, for expenses that have been incurred or paid in those months.

9. My professional experience is entirely in finance, but it has been very difficult for me to find employment opportunities in finance, given the public nature of this case. I have made good-faith efforts but have not obtained employment. I have also kept my Chartered Financial Analyst designation current and continue to pay the annual dues towards that program.

10. I continue to make good-faith efforts to obtain income producing employment outside of finance. They include:

    a. Writing and self-publishing guides and books that are available via Amazon; including writing Book 2 of the children's book that received good reviews;

    b. Starting a company to teach women how to become financially independent by learning how to invest in the stock market. The company offers courses and products, as well as a weekly newsletter available on Substack. I continue to work on weekly newsletters to send, as well as additional products to offer. To date, I do not have subscribers who pay for the newsletter nor has anyone purchased a course or product. This is mostly due to the inability to market these offerings;

    c. Being a part of a women's networking group, but have not achieved employment via that route. Given the cost of annual membership and the unsuccessful results, I have decided not to renew membership to this networking group.

11. In summary, I am unable to pay the appellate attorney fees and expenses absent a release of funds from the Receivership Estate.

Dated: May 2, 2022
      Greenwich, CT

/s/ Shalini Ahmed
_____
Ms. Shalini Ahmed