# Exhibit 3

|                                                              | Mar '22  |
|--------------------------------------------------------------|----------|
| Food/Grocery                                                 | $1,833   |
| Children's extracurricular/activities/books/supplies, etc.   | 1,010    |
| Medical/Pharmacy/Vision/Dental, etc.                         | 2,259    |
| Cases, etc related (1)                                       | 844      |
| Self employment/business expenses (2)                        | 371      |
| Cable, Apps, News, Phones, etc                               | 685      |
| Natural Gas/Electricity                                      | 1,320    |
| Auto insurance, gas, maintenance                             | 869      |
| Clothing, shoes, etc.                                        | 52       |
| Household (supplies, maintenance, services, etc)             | 80       |
| Misc. (3)                                                    | 682      |
| **Total**                                                    | **$10,005** |

(1) Includes expenses related to PACER, Casetext, photocopying, Fedex, post office mailings, faxes, Adobe, etc.
(2) Includes expenses related to web hosting, course hosting, email provider, LLC, etc.
(3) Includes travel, interest charged, haircuts for children, Apple expenses, etc.

**verizon✓** Billing period Feb 22, 2022 - Mar 21, 2022

# You're all set.

### Pay in cash
Go to vzw.com/stores to find a Verizon Wireless store near you or find a Check Free Pay or Western Union near you to make a cash payment. Go to vzw.com/support/pay-bill-faqs/ to learn more.

### Autopay scheduled
$167.58 will be charged to your credit card on April 10.

### My Verizon
Use the My Verizon app or download it at go.vzw.com/mva to manage your account, pay your bill, check data usage, and much more.

### Go paper-free
Enroll in paper-free billing; the easy, clutter-free way to manage and pay your bill. Enroll at go.vzw.com/gopaperfree.

---



SHALINI AHMED
505 NORTH ST
GREENWICH, CT  06830-3422

**Bill date**          March 21, 2022

**Total Amount Due**

Will be submitted to credit card on 04/10/22
DO NOT MAIL PAYMENT

$167.58

Please see back for instructions on writing to us.

P.O. BOX 15062
ALBANY, NY  12212-5062



**COMMERCIAL** — **RESIDENTIAL**
JAMES R SANTAGUIDA LLC
65 VALLEY RD
COS COB, CT 06807
203-869-6987

**Invoice Date:** 03/01/2022
**Bill Period:** 3/1/22-3/31/22
**Service Name:** MR IFTIKAR AHMED
**Service Address:** 505 NORTH ST
GREENWICH CT 06830

| Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|
| 03/01/2022 | RESI REFUSE & RECYCLING # P/U: 2 | | 1.00 | $80.00 |
| | 3/1/22-3/31/22 | | | |

**Total Invoice:** $80.00



YOUR CREDIT CARD HAS BEEN CHARGED!

THIS IS YOUR RECEIPT

THANK YOU!

Visit www.santaguidasanitation.com

to access and pay your account.

| CURRENT | 31 - 60 | 61 - 90 | OVER 90 | ACCOUNT BALANCE |
|---|---|---|---|---|
| $80.00 | $0.00 | $0.00 | $0.00 | $80.00 |

Keep This Portion For Your Records.

---



**COMMERCIAL** — **RESIDENTIAL**
JAMES R SANTAGUIDA LLC
65 VALLEY RD
COS COB, CT 06807
203-869-6987

CHECK CARD USING FOR PAYMENT
☐ MASTERCARD   ☐ VISA   ☐ AMERICAN EXPRESS   ☐ DISCOVER

CARD NUMBER:
SIGNATURE:
SECURITY CODE:
EXP DATE:

| DUE DATE | | INVOICE AMOUNT |
|---|---|---|
| UPON RECEIPT | | $80.00 |

**AMOUNT ENCLOSED $**

☐ One Time Charge   ☐ Recurring Charge

RETURN THIS PORTION WITH PAYMENT - THANK YOU

**MAKE CHECKS PAYABLE TO:**

JAMES R SANTAGUIDA LLC
65 VALLEY RD
COS COB, CT 06807

MR IFTIKAR AHMED
505 NORTH ST
GREENWICH CT 06830

**optimum.**

PAGE 1 OF 4

ISTIKAR AHMED
505 NORTH ST
GREENWICH CT 06830-3423

### Your Monthly Statement

| Billing Period | Due Date | Amount |
|---|---|---|
| 03/22 - 04/21 | April 05, 2022 | $362.86 |

Your account is enrolled for Auto Pay.

### Your Account Summary

**Includes Payments Received By 03/19/22**
Any payments and other activities after this date will be on the next bill.

| | |
|---|---|
| **Previous Balance and Payments** | |
| Balance Last Statement | $320.51 |
| Payment(s) - Thank You | -$320.51 cr |
| **Previous Balance** | **$0.00** |
| **New Bill Activity** | |
| Current Monthly Charges | $333.34 |
| (Includes credits and adjustments since last statement) | |
| Total Taxes & Fees | $29.52 |
| **Total Amount Due by April 05, 2022** | **$362.86** |

Total Savings this month = $30.00. Please see page 3 for details.



Get your questions answered

Tweet us @OptimumHelp, message us, get the Optimum Support App and more.

 See all the ways at optimum.net/support

⌐ Please turn over for payment. ⌐

**optimum.**

1111 STEWART AVENUE
BETHPAGE NY 11714-3581

**CHANGE SERVICE REQUESTED**



ISTIKAR AHMED
505 NORTH ST
GREENWICH CT 06830-3423



To message us, scan with your phone's camera.



**verizon** IFTIKAR AHMED

Bill Date: March 12, 2022

Ways to pay
- Via the My Fios app
- Online at verizon.com/PayOnline

## You're enrolled in auto pay:

# $94.44

Auto pay date Mar 25

### This month's charges

| | |
|---|---|
| Services & Equipment | $70.98 |
| Fees & Other Charges | $23.46 |
| **Total Due by April 6** | **$94.44** |

### Offers & benefits

**Get home accessories**

Shop accessories for your home to get the most out of your network and devices. Find the latest deals on smart home, streaming and audio at the online Verizon accessories store. You can even add accessory purchases directly to your bill. Visit m.myfios.com/home-accessories

Auto Pay Amount: $94.44
Auto Pay Scheduled - Do Not Send Payment

IFTIKAR AHMED
505 NORTH ST
GREENWICH CT 06830-3422



**CNG**

| Payment Due Date | Amount Now Due |
|---|---|
| 4/07/22 | $916.67 |

Please make your check payable to:
CNG

Please Indicate Amount Paid

Please mail payment to:

CONNECTICUT NATURAL GAS CORPORATION
PO BOX 847820
BOSTON MA 02284-7820

IFTIKAR AHMED
505 NORTH ST
GREENWICH CT 06830

Please consider adding $1 for Operation Fuel to your payment this month or call 860-524-8361 to donate more than $1.

CT LIC. S1-0303125, MECH 1109

---

IFTIKAR AHMED
505 NORTH ST
GREENWICH, CT 06830

Rate: CNG Residential Heating
Billing Period: 2/05/22 - 3/07/22
Statement Date: 3/10/22
Next Meter Reading (on or about): 4/07/22

For emergency services or billing inquiries. Please call:
Hartford, New Britain   860-524-8361
Mansfield   860-456-8745
Greenwich   203-869-6900
For All Towns To Report Gas Odor Only:
Toll Free 1-866-924-5325

**MESSAGES**

Your gas supplier is:
Connecticut Natural Gas Corporation
PO BOX 1500
HARTFORD, CT 06144-1500
1-860-524-8361
www.cngcorp.com

**Previous Charges & Credits**

| | | | |
|---|---|---|---|
| Amount of Previous Bill | 2/09/22 | $ | 1,077.04 |
| Payment Received. Thanks! | 3/04/22 | $ | 1,077.04 cr |
| **Balance Forward** | | $ | 0.00 |

If you're facing financial hardships and having trouble managing your energy bill, we have several programs and services to help. Please call us at 860.524.8361 (Hartford area) or 203.869.6900 (Greenwich), or visit cngcorp.com/HelpWithBill.

Current Supplier: Connecticut Natural Gas Corporation

| | | | |
|---|---|---|---|
| Customer Charge | | $ | 18.00 |
| Delivery Charge | 30.000 CCF @ $.818800 | $ | 24.56 |
| Delivery Charge | 662.000 CCF @ $.342200 | $ | 226.54 |
| Distribution Integrity Management Program | 692.000 CCF @ $.003400 | $ | 2.35 |
| Sales Service Charge | 692.000 CCF @ $.081900 | $ | 56.67 |
| Purchased Gas Adjustment | 692.000 CCF @ $.758800 | $ | 525.09 |
| Conservation Adjustment Mechanism | 692.000 CCF @ $.046000 | $ | 31.83 |
| Decoupling Adjustment | 692.000 CCF @ $.028000 | $ | 19.38 |
| System Expansion Adjustment | 692.000 CCF @ $.017700 | $ | 12.25 |
| **Total Gas Charges** | | $ | 916.67 |

**Total New Charges**   $   916.67

With market energy prices forecasted to increase this winter season, we have many free services to help you understand and manage your energy use. If you purchase your supply from us, we pass through that cost without profit and purchase and store natural gas supplies to buffer market fluctuations in energy prices. Visit cngcorp.com/UnderstandYourUsage for more information.

Have a question for CNG?
Click on Contact Us on CNG's website at www.cngcorp.com.

**Amount Now Due: $   916.67**

All charges are due as of your Statement Date. Any unpaid charges will be subject to interest as of your Statement Date, at the rate of 1.25% per month, if not paid on or before **April 7, 2022**. Making your payment on the Due Date at an authorized payment agent may not post until the following business day. If you have a question, contact CNG.

**Gas Usage**

| Meter | Service Period | Meter Reading Current | Meter Reading Last | Correction Factor | Total CCF |
|---|---|---|---|---|---|
| | 31 days | 78450 | 77758 | 1 | 692 |



Daily Usage Chart

Page 1 of 2

# EVERSOURCE

Statement Date: 03/03/22
Service Provided To:
IFTIKAR AHMED

| | |
|---|---|
| Total Amount Due by 03/31/22 | **$402.98** |
| Amount Due On 03/02/22 | $389.59 |
| Last Payment Received On 02/28/22 | -$389.59 |
| Balance Forward | $0.00 |
| Total Current Charges | $402.98 |

## Electric Usage History - Kilowatt Hours (kWh)



## Current Charges for Electricity

| Supply | Delivery |
|---|---|
| **$186.62** | **$216.36** |
| Cost of electricity from Eversource | Cost to deliver electricity from Eversource |



**Supply Information**
Standard Service Rate: 11.484 ¢/kWh
Term/Expiration: 6 mos until Jun 30, 2022

**Your electric supplier is**
Eversource
PO Box 270
Hartford, CT 06141-0270

To view supplier offers, visit the Rate Board at www.EnergizeCT.com

## Electric Usage Summary

This month your average daily electric use was **56.0 kWh**

This month you used **27.3% less** than at the same time last year

27.3 % USAGE ↓

## News For You

As temperatures go down, energy bills go up. The market cost of electricity is higher than normal this winter, driven by the high cost and decreased supply of natural gas, which is used to generate electricity. We are here to help you manage your energy use and bill. Visit Eversource.com.

Remit Payment To: Eversource, PO Box 56002, Boston, MA 02205-6002

---

# EVERSOURCE

Non-residential customers may be subject to a 1.00% late payment charge if the "Total Amount Due" is not received by 03/31/22.

Please make your check payable to Eversource and consider adding $1 for Operation Fuel.
To add more or make a payment today, visit Eversource.com. If mailing, please allow up to 5 business days to post.

| Total Amount Due by 03/31/22 | **$402.98** |
|---|---|
| Amount Enclosed | |

IFTIKAR AHMED
505 NORTH ST
GREENWICH CT 06830-3422

Eversource
PO Box 56002
Boston, MA 02205-6002



AIG Private Client Group

## Billing Statement

Thank you for choosing AIG. We appreciate your business.

Iftikar A Ahmed
Shalini Ahmed
505 North Street
Greenwich, CT 06830

**Statement Date:** March 19, 2022

**Ways to Pay**
*Automated Electronic Payment:* Visit www.aig.com/us/mybill

### Account Summary

Please refer to each policy's declarations page for complete details about your coverage and Premium.

| Coverage | Policy No. | Effective | Past due* | Min.Due* | To Pay in Full* |
|---|---|---|---|---|---|
| Automobile | | 04/09/22 | $0.00 | $662.00 | $2,636.00 |
| | | | $0.00 | $662.00 | $2,636.00 |

Payment Due 04/09/22

**Billing Customer Service**
888-978-5371 (M- F 8:00 am–5:30 pm)
Billing.Help@aig.com

**Your AIG Broker/Agent Is**
Cross Insurance, Inc.-CT dba
Daigle & Travers Ins Agency
22 Thorndal Circle, Suite 2
Darien, CT 06820
(203) 655-6974

Thank you. We appreciate your prompt payment.
Consider enrolling in automatic bill payment. It's a fast way to pay, and you won't have to worry about missed payments. To learn more, please visit www.aig.com/us/mybill.

*Includes any state assessments, credits and fees.

Please see reverse side.                                                                 Continued on back



## Payment Stub

| | |
|---|---|
| Past Due (Due Immediately) | $0.00 |
| Minimum Due by April 9, 2022 | $662.00 |
| To Pay in Full | $2,636.00 |

AIG Private Client Group
P.O. Box 35423
Newark, NJ 07193-5423

Statement Date: March 19, 2022

Client Name: Iftikar A Ahmed

Amount Enclosed

If you pay by check, please allow five to seven business days for your payment to reach us. Write your billing account number on your check
Group.

**From:** Anthem Blue Cross and Blue Shield Communications DoNotReply-MemberComm@email.anthem.com
**Subject:** Your monthly bill is ready
**Date:** March 8, 2022 at 11:32:07 AM
**To:** Shalini Ahmed

Pay your bill by Tuesday, March 1, 2022　　　　　　　　　　　　　　View email in a browser

　　　　　　　　　　  

## Your bill is ready to view

Pay your bill online

Your total amount due is **$1,948.77**. Please pay by **Tuesday, March 1, 2022**.

Online payments are quick and easy. Go to **Pay My Bills** on the **Sydney℠ Health** mobile app or at **anthem.com**.

### We're here to help

You can find answers to most questions quickly by using the Sydney Health mobile app. You can also send us a secure note using our Message Center or call us at the Member Services number on your ID card.

### Sign up for automatic bill payments

Using Autopay ensures that your payments will be made on time. It gives you peace of mind in knowing your payment is taken care of for you.

If you'd like to change your paperless billing preference, log in to Sydney Health or **anthem.com**. Select **Profile**, then choose **Plan Notifications** under *Communication Preferences*.

Sydney Health is offered through an arrangement with CareMarket, Inc., a separate company offering mobile application services on behalf of Anthem Blue Cross and Blue Shield health plans. ©2021-2022.

Please don't reply to this email. We want to help you, but these messages aren't monitored. If you have questions, please use our secure Message Center. It's the quickest and safest way to contact us.

VIEW WITH IMAGES | ADD US TO YOUR SAFE SENDERS LIST OR ADDRESS BOOK.

# ONS
**Orthopaedic & Neurosurgery Specialists**

GREENWICH | HARRISON | STAMFORD

**ONSMD.COM | 800.999.9ONS**
PO Box 22747, New York, NY 10087-2747

Pay Online at www.onsmd.com   PATIENT SELF SERVICE - PAY MY BILL

☐ VISA  Card Number              AUTHORIZATION CODE / 3-4 Digit Security Code
☐ MasterCard  Signature          Exp. Date    Amount
☐ Discover  Print Cardholder Name
☐ American Express  Statement Date    03/23/2022

**Pay This Amount**  $80.69
**Due Date:** 04/20/2022

FORWARDING SERVICE REQUESTED 0    0

SHALINI AHMED
505 NORTH ST
GREENWICH, CT 06830-3422

ORTHOPAEDIC & NEUROSURGERY SPECIALISTS
PO Box 22747
NEW YORK NY 10087-2747

☐ Please check box if above address is incorrect or Insurance information has changed, and indicate change(s) on reverse side.

**STATEMENT**   Please detach and return top portion with payment

| DATE OF SERVICE | PROVIDER | DESCRIPTION | CHARGES | INSURANCE | PATIENT |
|---|---|---|---|---|---|
| 03/04/2022 | | | $304.28 | | $40.00 |
| 03/04/2022 | | | $65.31 | | |
| 03/04/2022 | | | $105.00 | | ($40.00) |
| | | | | ($184.45) | |
| | | | | ($169.45) | $80.69 |

Reflects transactions posted through 03/23/2022

Scan with the camera on your smartphone for direct link to Patient Payment Portal

Pay Online at www.onsmd.com
PATIENT SELF SERVICE – PAY MY BILL
Page 1 of 1

Please Make Checks Payable to:
**Orthopaedic & Neurosurgery Specialists (ONS)**
PO Box 22747
New York, NY 10087-2747

**STATEMENT DATE** 03/23/2022
**PATIENT BALANCE DUE** $80.69

**PAYMENT DUE UPON RECEIPT**