**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION )<br><br>Plaintiff, )<br>v. )<br>)<br>IFTIKAR AHMED )<br>)<br>Defendant, and )<br>)<br>and )<br>)<br>IFTIKAR ALI AHMED SOLE PROP; I-CUBED DOMAINS, LLC; SHALINI AHMED; SHALINI AHMED 2014 GRANTOR RETAINED ANNUITY TRUST; DIYA HOLDINGS LLC; DIYA REAL HOLDINGS, LLC; I.I. 1, a minor child, By and through his next friends IFTIKAR and SHALINI AHMED, his parents; I.I. 2, a minor child, By and this his next friends, IFTIKAR and SHALINI AHMED, his parents; I.I.3, a minor child, By and through his next friends, IFTIKAR and SHALINI AHMED, his parents )<br>)<br>Relief Defendants. ) | Civil Action No.<br>3:15-cv-675-JBA |

## NOTICE OF APPEARANCE

The undersigned counsel, DANIEL A. BYRD, of the law firm of Zeisler & Zeisler, P.C., hereby gives notice of his appearance in this case on behalf of the Receiver, Stephen Kindseth, Esq., and requests service of all notices, pleadings and other papers filed in this case as required by the applicable rules of procedure or by order of the Court.

I certify that I am admitted to practice in this Court.

Dated: July 7, 2022
Bridgeport, Connecticut

                                              */s/ Daniel A. Byrd*
                                              Daniel A. Byrd (ct31151)
                                              Zeisler & Zeisler, P.C.
                                              10 Middle Street, 15th Floor
                                              Bridgeport, CT  06604
                                              Telephone: 203-368-4234
                                              Facsimile: 203-368-5478
                                              Email: [dbyrd@zeislaw.com](mailto:dbyrd@zeislaw.com)

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2022, a copy of the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System. Furthermore, a copy of the foregoing was sent via email to the Defendant, Iftikar A. Ahmed, at iftyahmed@icloud.com and i3siam@protonmail.com.

                                                  */s/ Daniel A. Byrd*
                                                  Daniel A. Byrd (ct31151)