UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br>　　　　　Plaintiff,<br><br>v.<br><br>IFTIKAR AHMED,<br>　　　　　Defendant, and<br><br>IFTIKAR ALI AHMED SOLE PROP et al.,<br>　　　　　Relief Defendants. | No. 3:15-CV-675 (JBA)<br><br><br><br><br><br><br><br><br><br>July 25, 2022 |

## MOTION OF MURTHA CULLINA TO WITHDRAW AS COUNSEL FOR RELIEF DEFENDANTS

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, Murtha Cullina ("Murtha") hereby moves to withdraw as counsel on behalf of the Relief Defendants Shalini Ahmed, I-Cubed Domains, LLC, Shalini Ahmed 2014 Grantor Retained Annuity Trust, DIYA Holdings, LLC, DIYA Real Holdings, LLC, I.I. 1, I.I. 2 and I.I. 3 (collectively, the "Relief Defendants"), in this action.

Murtha is unable to effectively represent its clients or continue to fund this litigation. Rule 1.16(b)(6) of the Connecticut Rules of Professional Conduct provides that "a lawyer may withdraw from representing a client if … the representation will result in an unreasonable financial burden on the lawyer…" The accumulated unpaid fees in this case unquestionably constitute such a burden, and those fees—and the associated burden—have become and are becoming greater as this case continues. There are significant outstanding invoices in this matter and fees are continuing to run up every month.

-1-

Specifically, Murtha is currently owed more than $596,956.56 and has not been paid since January 2021. [ECF No. 1740] While the Court stated that it would consider fees incurred for the work Murtha did towards the consideration of the impact of § 6501 of the National Defense Authorization Act ("NDAA") on this case, no order has issued yet on the payment of those fees. *See* ECF No. 2122, ("December Order") stating:

> After the Second Circuit's remand to consider Mr. Ahmed's disgorgement obligation in light of § 6501 of the National Defense Authorization Act, on March 16, 2021, the Court ordered the parties' responsive briefing [Doc. # 1801]. Reasonable fees for this work have not been previously considered. While the interest of justice requires that Murtha Cullina be compensated for the reasonable fees it incurred complying with the Court's order, Murtha Cullina's motion provides no billing records for the covered period of work on which a reasonable fee can be ascertained. Murtha Cullina may file its supplemental record in seven days from the date of this ruling."

Upon issuance of the December Order, Murtha promptly filed a supplemental record on December 14, 2021, as directed by the Court's Order, outlining $107,434 fees incurred for issues related to the NDAA remand. [ECF No. 2128]. Murtha also recently provided the fees outstanding through May 31, 2022 in the amount of $596,956.56, even with discounts given to the invoiced amounts. [ECF No. 2257].

Murtha has continued to incur fees in this case, representing the Relief Defendants in ongoing litigation for issues that arise and this Court has recognized the "inability of most of the Relief Defendants to proceed pro se" [ECF 1287]. While Ms. Ahmed has tried to limit and reduce legal fees incurred by undertaking more of the work by becoming *pro se* on certain matters, such as related to taxes and dissolution of marriage, there still remains work for Murtha to do as counsel for the other Relief Defendants – who consist of three minor children and four legal entities who cannot represent themselves – and for Ms. Ahmed on certain matters.

12330188v1

...

Murtha also expects that there will be substantial briefing on the upcoming Receiver's Phase I Report, and Murtha simply cannot take on the added burden of incurring more unpaid fees.

Relief Defendant Shalini Ahmed consents to this motion to withdraw.

In accordance with Local Rule 7(e) a copy of this motion has been provided to each of the Relief Defendants.

WHEREFORE, Murtha Cullina respectfully requests that the Court grant the instant Motion and withdraw its appearance on behalf of the Relief Defendants Ms. Ahmed, I-Cubed Domains, LLC, Shalini Ahmed 2014 Grantor Retained Annuity Trust, DIYA Holdings, LLC, DIYA Real Holdings, LLC, I.I. 1, I.I. 2 and I.I. 3.

Respectfully Submitted,

 /s/Paul E. Knag
Paul E. Knag
pknag@murthalaw.com
Murtha Cullina LLP
107 Elm Street, Suite 1101
Four Stamford Plaza, 11th Floor
Stamford, Connecticut 06902
Telephone: 203.653.5400
Facsimile:  203.653.5444

12330188v1

-4-

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of July, 2022, a copy of the foregoing MOTION OF MURTHA CULLINA TO WITHDRAW AS COUNSEL will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Additionally, in accordance with D. Conn. L. Civ. R. 7(e), the undersigned has sent a copy of this motion to the Relief Defendants by email to shalini.ahmed@me.com and by certified mail (tracking number 7013 2730 0000 2324 1055) to Shalini Ahmed, 505 North Street, Greenwich, CT 06830.

　　　　　　　　　　　　　　　　　　　　 /s/ Paul E. Knag
　　　　　　　　　　　　　　　　　　　　Paul E. Knag