UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br>v.<br><br>IFTIKAR AHMED,<br><br>                Defendant, and<br><br>IFTIKAR AHMED SOLE PROP; *et al*<br><br>                Relief Defendants. | Civil Action No. 3:15-cv-675 (JBA)<br><br>July 27TH, 2022 |

**DEFENDANT'S JOINDER TO RELIEF DEFENDANTS' OPPOSITION TO OAK'S MOTION TO LIFT LITIGATION STAY AND PRELIMINARY INJUNCTION**

The *pro se* Defendant joins the Relief Defendants' Opposition to Oak's Motion to Lift Litigation Stay and Preliminary Injunction [Doc. #2281, or the "Opposition"] to the extent that it does not conflict with the Defendant's currently pending motions before the Court.

The Defendant has issued a subpoena to Oak and respectfully requests the Court allow him to respond further once he has received and reviewed the Oak/NMRE settlement agreement, and with more time allowed for the appropriate research.

The *pro se* Defendant reserves all rights.

1

                                                Respectfully Submitted,

Dated: July 27TH, 2022                     /s/ Iftikar Ahmed

                                                _____
                                                Iftikar A. Ahmed
                                                C/O Advocate Anil Sharma
                                                Government Place East
                                                Kolkata 700 069, India
                                                Tel:   +91-983-008-9945
                                                e-mail: iftyahmed@icloud.com

                                                *Pro Se*

## CERTIFICATE OF SERVICE

       I hereby certify that a copy of the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and served by electronic mail to:

MR. NICHOLAS P. HEINKE, *ESQ.*
U.S. Securities and Exchange Commission
Byron G. Rogers Federal Building
1961 Stout Street, Ste. 1700
Denver, CO 80294
(303) 844-1071
e-mail: heinken@sec.gov

MR. MARK L. WILLIAMS, *ESQ.*
U.S. Securities and Exchange Commission
Byron G. Rogers Federal Building
1961 Stout Street, Ste. 1700
Denver, CO 80294
(303) 844-1027
e-mail: williamsml@sec.gov

MR. PAUL E. KNAG, *ESQ.*
Murtha Cullina, LLP
177 Broad Street, 4th Floor
Stamford, CT 06901
(203) 653-5400
Fax: (203) 653-5444
e-mail: pknag@murthalaw.com