UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br>v.<br><br>IFTIKAR AHMED,<br><br>  Defendant, and<br><br>IFTIKAR AHMED SOLE PROP; *et al*<br><br>  Relief Defendants. | Civil Action No. 3:15-cv-675 (JBA)<br><br>July 28th, 2022 |

**DEFENDANT'S JOINDER TO RELIEF DEFENDANTS' EMERGENCY MOTION FOR EXTENSION OF TIME TO RESPOND TO RECEIVER'S PHASE I REPORT AND FOR BIFURCATION OF ISSUES IN RESPONSE**

The *pro se* Defendant joins the Relief Defendants' Emergency Motion for Extension of Time to Respond to Receiver's Phase I Report and for Bifurcation of Issues in Response [Doc. #2283, or "Motion"] to the extent that it does not conflict with the Defendant's currently pending motions before the Court. The Defendant requests the same relief as in the Motion.

The *pro se* Defendant reserves all rights.

Respectfully Submitted,

Dated: July 28th, 2022

/s/ Iftikar Ahmed

_____
Iftikar A. Ahmed
C/O Advocate Anil Sharma
Government Place East
Kolkata 700 069, India
Tel:    +91-983-008-9945
e-mail: iftyahmed@icloud.com

*Pro Se*

1

## **CERTIFICATE OF SERVICE**

       I hereby certify that a copy of the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and served by electronic mail to:

MR. NICHOLAS P. HEINKE, *ESQ.*
U.S. Securities and Exchange Commission
Byron G. Rogers Federal Building
1961 Stout Street, Ste. 1700
Denver, CO 80294
(303) 844-1071
e-mail: heinken@sec.gov

MR. MARK L. WILLIAMS, *ESQ.*
U.S. Securities and Exchange Commission
Byron G. Rogers Federal Building
1961 Stout Street, Ste. 1700
Denver, CO 80294
(303) 844-1027
e-mail: williamsml@sec.gov

MR. PAUL E. KNAG, *ESQ.*
Murtha Cullina, LLP
177 Broad Street, 4th Floor
Stamford, CT 06901
(203) 653-5400
Fax: (203) 653-5444
e-mail: pknag@murthalaw.com