## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

_____
|                                                 |                          |
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | No. 3:15-CV-675 (JBA) |

| | ) |
| UNITED STATES SECURITIES AND | ) |
| EXCHANGE COMMISSION, | )   No. 3:15-CV-675 (JBA) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| IFTIKAR AHMED, | ) |
| Defendant, and | ) |
| | ) |
| IFTIKAR ALI AHMED SOLE PROP et al., | ) |
| | )   August 7, 2022 |
| Relief Defendants. | ) |
_____ )

### EX PARTE SUBMISSION OF BILLING RECORDS AS PER COURT ORDER DATED JULY 29, 2022

Relief Defendants I-Cubed Domains, LLC, Shalini Ahmed, Shalini Ahmed 2014 Grantor Retained Annuity Trust, DIYA Holdings LLC, DIYA Real Holdings, LLC, and three minor children by and through their next friends Iftikar and Shalini Ahmed, their parents (collectively, "Relief Defendants"), respectfully submit, for in-camera review, these billing records, *ex parte*, pursuant to the Court's Endorsement Order dated July 29, 2022. (ECF No. 2286, or "July 29 Order").

Specifically, the July 29 Order stated: "To properly determine if Murtha Cullina's fee request . . .was reasonably incurred to comply with the Court's briefing order, the Court directs Murtha Cullina to submit its unredacted billing records . . . for an in camera review."

The billing submission has been revised to reflect the date range specified by the Court and to make other minor adjustments.  To correct an inadvertent error, time entries

reflecting multiple tasks have been reduced to reflect the time and fee requested for the relevant NDAA remand.  The Relief Defendants request a release of funds in the revised amount of $87,298.50[1] towards payment of outstanding fees of Murtha Cullina for work performed related to the NDAA remand and request that the funds for such payment come from either (i) Ms. Ahmed's Fidelity Account x7540 and/or (ii) proceeds of Ms. Ahmed's Aldrich investment that are currently in the Receiver's Account.

WHEREFORE, the Relief Defendants respectfully request that the Court grant the requested release of funds for payment towards these outstanding fees and expenses related to the NDAA remand.

Respectfully Submitted,

By: _/s/ Paul E. Knag_____
    Paul E. Knag – ct04194
    pknag@murthalaw.com
    Murtha Cullina LLP
    107 Elm Street, Suite 1101
    Four Stamford Plaza, 11th Floor
    Stamford, Connecticut 06902
    Telephone: 203.653.5400
    Facsimile:  203.653.5444

    *Attorneys for Relief Defendants*
    *I-Cubed Domain, LLC, Shalini Ahmed,*
    *Shalini Ahmed 2014 Grantor Retained*
    *Annuity Trust, Diya Holdings, LLC, Diya*
    *Real Holdings, LLC, I.I. 1, I.I. 2 and I.I. 3*

---

[1]    The total of $87,298.50 is the sum of the amounts shown on the newly submitted billing statements less a client requested write-off of $1,517.50 relating to the adjusted period.  For billing entries where multiple tasks were listed in a single entry, the time for which payment is sought is highlighted and the total claimed is adjusted from the full amount billed for that entry, as shown in the December 14, 2021 submission.  (ECF No. 2128-1). Lead counsel had believed that this adjustment had been done in December but it had not.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on August 7, 2022, a copy of the foregoing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ Paul E. Knag*
        Paul E. Knag – ct04194