UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, <br><br>               Plaintiff, <br><br>v. <br><br>IFTIKAR AHMED, <br>               Defendant, and <br><br>IFTIKAR ALI AHMED SOLE PROP, <br>I-CUBED DOMAINS, LLC; SHALINI AHMED; <br>SHALINI AHMED 2014 GRANTOR RETAINED <br>ANNUITY TRUST; DIYA HOLDINGS LLC; <br>DIYA REAL HOLDINGS, LLC; I.I. 1, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; I.I. 2, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; and I.I. 3, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents, <br>               Relief Defendants. | Civil Action No. <br>3:15-CV-675 (JBA) <br><br>August 9, 2022 |

---

## ORDER GRANTNG MOTION ON CONSENT FOR ORDER AUTHORIZING THE RECEIVER TO PURCHASE SHORT-MATURITY UNITED STATES GOVERNMENT DEBT [DOC. # 2301]

Receiver's motion for authorization to purchase short-maturity U.S. Government debt [Doc. # 2301] is granted, on consent. The Receiver may use up to 100% of funds in the Morgan Stanley Account to purchase T-Bills, and may instruct Morgan Stanley to purchase additional T-Bills from this account upon any T-Bill maturing.

                                  IT IS SO ORDERED.

                                  /s/_____
                                  Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 9th day of August 2022.