UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br>    *Plaintiff*,<br><br>v.<br><br>IFTIKAR AHMED,<br>    *Defendant*, and<br><br>IFTIKAR ALI AHMED SOLE PROP; I-CUBED DOMAINS, LLC; SHALINI AHMED; SHALINI AHMED 2014 GRANTOR RETAINED ANNUITY TRUST; DIYA HOLDINGS LLC; DIYA REAL HOLDINGS, LLC; I.I. 1, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; I.I. 2, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; and I.I. 3, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents,<br><br>    *Relief Defendants*. | Civil No. 3:15cv675 (JBA)<br><br>September 22, 2022 |

**ENDORSEMENT ORDER REGARDING DOCKET # 1991**

On March 11, 2021 the Second Circuit remanded this case to the Court for a determination of Defendant Ahmed's disgorgement obligation in light of § 6501 of the National Defense Authorization Act ("NDAA") [Doc. # 1810]. On March 16, 2021, the Court ordered the parties to "file memoranda setting out their respective positions and analyses." (Order for Briefing on Remand [Doc. # 1801] at 1.) Although the Court had previously concluded that it would "not entertain any further requests for Relief Defendants' district court legal fees until liquidation is complete," (Order Directing Payment of Fees to Relief Defs.' Counsel [Doc. # 1740] at 3), it later determined that it would narrowly compensate Murtha Cullina for the "reasonable fees it incurred complying with the Court's order[ed

briefing on remand]," (Ruling on Murtha Cullina's Mot. for Fees [Doc. # 2122] at 4). The Court therefore directed Murtha Cullina to file "its billing records for the covered period of work on which a reasonable fee c[ould] be ascertained." (*Id.*)

Murtha Cullina asked the Court to release $107,434. (Murtha Cullina's Supp. Record for Work Incurred in Connection with NDAA Remand ("Murtha Cullina's Resp.") [Doc. # 2128] at 2.) However, the billing records Murtha Cullina submitted were too heavily redacted for the Court to ascertain whether some entries pertained to the NDAA issue or reflected a reasonable expenditure of time. (Endorsement Order [Doc. # 2286] at 2.) The Court therefore directed Murtha Cullina to submit its unredacted billing records for *in camera* review. Murth Cullina complied [Doc. # 2302], and now requests $87,298.50 (*Id.* at 2.)

After full review, for the $48,021 in fees for which the records show time pertained to the NDAA remand and was reasonably incurred, the Court grants the motion. The Court denies the motion for $34,315 for the reasons that follow:

- No detail provided:

| DATE | HOURS | FEE |
|---|---|---|
| N/A | 2 | $1,300.00 |

- Insufficient detail to ascertain relationship to NDAA remand:

| DATE | HOURS | FEE |
|---|---|---|
| 4/18/2021 | 4 | $2,600.00 |
| 4/15/2021 | 0.1 | $41.50 |
| 4/15/2021 | 0.1 | $43.50 |
| 4/16/2021 | 0.1 | $43.50 |
| 4/20/2021 | 1 | $435.00 |
| 4/20/2021 | 0.9 | $337.50 |
| 3/16/2021 | 0.5 | $325.00 |
| 3/22/2021 | 0.2 | $87.00 |
| 4/7/2021 | 2 | $1,300.00 |
| 4/9/2021 | 0.1 | $43.50 |
| 4/28/2021 | 1.5 | $937.50 |
| 4/29/2021 | 2 | $1,300.00 |
| 5/3/2021 | 1 | $650.00 |
| 5/4/2021 | 2 | $1,300.00 |
| 5/5/2021 | 1 | $650.00 |

| | | |
|---|---|---|
| 4/28/2021 | 0.6 | $249.00 |
| 4/23/2021 | 3.3 | $1,369.50 |
| 4/23/2021 | 0.5 | $312.50 |
| 4/24/2021 | 1 | $650.00 |
| 4/26/2021 | 0.4 | $166.00 |
| 4/27/2021 | 5.4 | $2,241.00 |

- Insufficient detail to ascertain reasonableness of time expended:

| DATE | HOURS | FEE |
|---|---|---|
| 6/3/2021 | 0.5 | $325.00 |
| 6/15/2021 | 0.2 | $130.00 |
| 5/5/2021 | 0.2 | $83.00 |
| 5/6/2021 | 1.8 | $1,170.00 |
| 5/10/2021 | 1 | $625.00 |
| 5/11/2021 | 3 | $1,950.00 |
| 5/12/2021 | 4 | $2,600.00 |
| 5/13/2021 | 3.5 | $2,275.00 |
| 5/14/2021 | 5 | $3,250.00 |
| 5/17/2021 | 7.5 | $4,875.00 |
| 4/8/2021 | 1 | $650.00 |

The Court partially grants the motion for $3,250 (half the total billed) for entries where entries combined tasks and there was sufficient information only as to some of the listed tasks. Those entries are as follows:

- Insufficient detail to ascertain relationship to NDAA remand:

| DATE | HOURS | FEE |
|---|---|---|
| 4/26/2021 | 2 | $1,300.00 |

- Insufficient detail to ascertain reasonableness of time expended:

| DATE | HOURS | FEE |
|---|---|---|
| 4/27/2021 | 2 | $1,300.00 |
| 5/18/2021 | 6 | $3,900.00 |

Accordingly, the Court GRANTS IN PART Murtha Cullina's request for fees for the NDAA briefing from March 16, 2021 to June 16, 2021 [Doc. # 1991] in the amount of $51,271. The Reciever is requested to effectuate this payment.

IT IS SO ORDERED.

_____/s/_____

Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 22nd day of September, 2022