UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>IFTIKAR AHMED,<br><br>Defendant, and<br><br>IFTIKAR ALI AHMED SOLE PROP; I-CUBED DOMAINS, LLC; SHALINI AHMED; SHALINI AHMED 2014 GRANTOR RETAINED ANNUITY TRUST; DIYA HOLDINGS LLC; DIYA REAL HOLDINGS, LLC; I.I. 1, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; I.I. 2, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents; and I.I. 3, a minor child, by and through his next friends IFTIKAR and SHALINI AHMED, his parents,<br><br>Relief Defendants. | Civil Action No. 3:15cv675 (JBA) |

**PLAINTIFF UNITED STATES SECURITIES AND EXCHANGE COMMISSION'S REQUEST FOR REMOTE APPEARANCE AT DECEMBER 19 HEARING**

Plaintiff United States Securities and Exchange Commission ("SEC") respectfully submits this request that the hearing scheduled for December 19, 2022 at 10:00 a.m. be conducted remotely, or in the alternative that the SEC be permitted to appear remotely.

In connection with the Court's approval of the Receiver's liquidation plan, the Court has scheduled a hearing for December 19, 2022 at 10:00 a.m. to address the sale of two apartments

that are part of the Receivership Estate (the "Hearing").[1] *See* Doc. # 2395 at 32. As noted in Relief Defendants' Request for the Scheduled December 19, 2022 Hearing to be Conducted Remotely (Doc. # 2402), all parties have consented to the hearing being conducted remotely. The SEC makes this filing to clarify that, in addition to consenting, it also requests that the hearing be conducted remotely. Alternatively, to the extent the Court requires certain parties to appear in person, the SEC requests that SEC counsel be permitted to appear remotely. The SEC supports the Court scheduling the Hearing as early as possible. However, SEC counsel has prior engagements in Colorado that would make it impractical for counsel to travel for an in-person appearance at the Hearing. Therefore, to the extent the Court does not conduct the Hearing remotely, the SEC respectfully requests that it be permitted to appear remotely.

DATED: December 8, 2022.

*s/ Nicholas P. Heinke*
Nicholas P. Heinke
Mark L. Williams
U.S. Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, CO 80294-1961
(303) 844-1071 (Heinke)
(303) 844-1027 (Williams)
HeinkeN@sec.gov
WilliamsML@sec.gov
Attorneys for Plaintiff

---

[1] The SEC has advised the Receiver of its estimated amount of time to make argument at the Hearing and anticipates that the Receiver will submit a proposed schedule for the Hearing on or before December 9, 2022. *See* Doc. # 2395 at 32.

CERTIFICATE OF SERVICE

I certify that on December 8, 2022, a copy of the foregoing document was emailed to Defendant Iftikar Ahmed at IftyAhmed@icloud.com and Shalini Ahmed at shalini.ahmed@me.com, and served via ECF upon the following:

Paul E. Knag
Murtha Cullina, LLP
177 Broad Street, 4th Floor
Stamford, CT 06901
(Counsel for Relief Defendants I-Cubed Domains, LLC, Shalini Ahmed 2014 Grantor Retained Annuity Trust, DIYA Holdings LLC, DIYA Real Holdings, LLC, and three minor children by and through their next friends Iftikar and Shalini Ahmed, their parents)

Christopher H. Blau
Zeisler & Zeisler, P.C.
10 Middle Street, 15th Floor
Bridgeport, CT 06604
(Counsel for Receiver, Stephen M. Kindseth)

                                                                              *s/ Nicholas P. Heinke*
                                                                              Nicholas P. Heinke