UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> IFTIKAR AHMED, <br>          Defendant, and <br><br> IFTIKAR ALI AHMED SOLE PROP *et al.*, <br>          Relief Defendants | No. 3:15-CV-675 (JBA) <br><br><br> JANUARY 30, 2023 |

### RELIEF DEFENDANTS' RESPONSE IN OPPOSITION TO THE RECEIVER'S APPLICATION FOR AUTHORITY TO EMPLOY COMPASS RE NY, LLC AS REAL ESTATE BROKER FOR THE RECEIVER

Relief Defendants three minor children I.1, I.2, and I.3, I-Cubed Domains, LLC, Shalini Ahmed 2014 Grantor Retained Annuity Trust, DIYA Holdings LLC, DIYA Real Holdings LLC (together, the "Relief Defendants"), (represented by the undersigned) join Ms. Ahmed's Response in Opposition (ECF 2432) to the Receiver's Application for Authority to Employ Compass RE NY, LLC as Real Estate Broker for the Receiver (ECF 2428). Relief Defendants reserve all rights.

Respectfully Submitted,

By:  */s/ Paul E. Knag*

Paul E. Knag – ct04194
pknag@murthalaw.com

Murtha Cullina LLP
107 Elm Street, Suite 1101
Four Stamford Plaza, 11th Floor
Stamford, Connecticut 06902
Telephone: 203.653.5400
Facsimile:  203.653.5444

*Attorneys for Relief Defendants
I-Cubed Domain, LLC,
Shalini Ahmed 2014 Grantor Retained
Annuity Trust, Diya Holdings, LLC, Diya
Real Holdings, LLC, I.I. 1, I.I. 2 and I.I. 3*


By:  /s/ Shalini Ahmed
Shalini A. Ahmed
505 North Street
Greenwich, CT 06830
Tel: 646-309-8110
Email: shalini.ahmed@me.com
*Pro Se*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.


 /s/ Paul E. Knag
Paul E. Knag – ct04194

2