UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br>v.<br><br>IFTIKAR AHMED,<br><br>          Defendant, and<br><br>IFTIKAR AHMED SOLE PROP; *et al*<br><br>          Relief Defendants. | Civil Action No. 3:15-cv-675 (JBA)<br><br>January 30TH, 2023 |

**DEFENDANT'S JOINDER IN OPPOSITION TO THE RECEIVER'S APPLICATION FOR AUTHORITY TO EMPLOY COMPASS RE NY, LLC AS REAL ESTATE <u>BROKER FOR THE RECEIVER</u>**

The *pro se* Defendant Iftikar Ahmed respectfully files this Joinder to Ms. Shalini Ahmed's (or "Ms. Ahmed") Opposition [Doc. #2432] to the Receiver's Application for Authority to Employ Compass RE NY, LLC as Real Estate Broker for the Receiver [Doc. #2428].

The Defendant reserves all rights.

                                                                         Respectfully Submitted,

Dated: January 30TH, 2023            /s/ Iftikar Ahmed
                                                                         Iftikar A. Ahmed
                                                                         C/O Advocate Anil Sharma
                                                                         Government Place East
                                                                         Kolkata 700 069, India
                                                                         Tel:    +91-983-008-9945
                                                                         e-mail: iftyahmed@icloud.com

                                                                         *Pro Se*

1

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and served by electronic mail to:

Mr. Nicholas P. Heinke, *Esq.*
U.S. Securities and Exchange Commission
Byron G. Rogers Federal Building
1961 Stout Street, Ste. 1700
Denver, CO 80294
(303) 844-1071
e-mail: heinken@sec.gov

Mr. Mark L. Williams, *Esq.*
U.S. Securities and Exchange Commission
Byron G. Rogers Federal Building
1961 Stout Street, Ste. 1700
Denver, CO 80294
(303) 844-1027
e-mail: williamsml@sec.gov

Mr. Paul E. Knag, *Esq.*
Murtha Cullina, LLP
177 Broad Street, 4th Floor
Stamford, CT 06901
(203) 653-5400
Fax: (203) 653-5444
e-mail: pknag@murthalaw.com

Ms. Shalini Ahmed
Shalini.Ahmed@me.com